UNOFFICIAL COPY
Portage County, WI

Document # 888822                                                      Page 1 of 3

State Bar of Wisconsin Form 1-2003
# WARRANTY DEED

| Document Number | Document Name |
|---|---|

**888822**

**CYNTHIA A. WISINSKI**
**REGISTER OF DEEDS**
**PORTAGE COUNTY**
**STEVENS POINT, WI**
**RECORDED ON**
**06/08/2022 12:30 PM**

**REC FEE: 30.00**
**TRANSFER FEE: 3,000.00**
**PAGES: 3**
**FEE EXEMPT:**

THIS DEED, made between **Plover 1011 Post Road WI, LLC, a Wisconsin limited liability company** ("Grantor"), and **Mountain Express Oil Company, a Georgia corporation** ("Grantee").

Grantor, for a valuable consideration, conveys to Grantee the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in **Portage** County, State of Wisconsin ("Property") (if more space is needed, please attach addendum):

Lot One (1) of Certified Survey Map No. 7641-28-121, as recorded in the office of the Register of Deeds for Portage County, Wisconsin on April 11, 2001, in Volume 28 of Surveys, page 121, as Document No. 586322; being part of Lot Two (2) of Certified Survey Map No. 5312-19-122 & 122A, being part of Lot Nineteen (19) of Certified Survey Map No. 5214-19-24, being part of Lot Nineteen (19) Plover Assessor's Plat No. 6, and being part of Lot One (1) of Certified Survey Map No. 6777-24-300, located in the Northeast Quarter (NE 1/4) of the Northeast Quarter (NE 1/4), Section Sixteen (16), Township Twenty-three (23) North, Range Eight (8) East, Village of Plover, Portage County, Wisconsin. EXCEPT any part thereof to be used for roadway purposes, as recorded in Document No. 576986.

Recording Area

Name and Return Address
Fidelity National Title Group
Attn: Erika L. Peeke
3301 Windy Ridge Pkwy, Suite 300
Atlanta, GA 30339

173-44-C190A
Parcel Identification Number (PIN)

This __is not__ homestead property.
(is) (is not)

Grantor warrants that the title to the Property is good, indefeasible in fee simple and free and clear of encumbrances arising by, through or under Grantor, except: **municipal and zoning ordinances and agreements entered under them, recorded easements for the distribution of utility and municipal services, recorded building and use restrictions and covenants, and further exceptions, if any, identified on any addendum attached hereto.**

Dated effective **March 31, 2022**.

Plover 1011 Post Road WI, LLC

_____(SEAL) By: _____(SEAL)
*                                                          *Frederick J. Schierl - Manager

_____(SEAL)     _____(SEAL)
*                                                          *

| AUTHENTICATION | ACKNOWLEDGMENT |
|---|---|
| Signature(s) _____<br>authenticated on _____ | STATE OF WISCONSIN )<br>) ss.<br>PORTAGE COUNTY ) |
| *<br>TITLE: MEMBER STATE BAR OF WISCONSIN<br>(If not, _____<br>authorized by Wis. Stat. § 706.06)<br><br>THIS INSTRUMENT DRAFTED BY:<br><br>Attorney Keith J. Pilger, Anderson O'Brien, LLP<br>1257 Main Street, Stevens Point, WI 54481 | Personally came before me on **March 23, 2022**<br>the above-named **Frederick J. Schierl**<br>to me known to be the person(s) who executed the foregoing instrument and acknowledged the same.<br><br>* Keith J. Pilger<br>Notary Public, State of Wisconsin<br>My Commission (is permanent)(expires: _____) |

(Signatures may be authenticated or acknowledged. Both are not necessary.)
NOTE: THIS IS A STANDARD FORM. ANY MODIFICATIONS TO THIS FORM SHOULD BE CLEARLY IDENTIFIED.

WARRANTY DEED                    ©2003 STATE BAR OF WISCONSIN                    FORM NO. 1-2003
*Type name below signatures. RAF:KJP:cpa/ 4859-5079-4770 19686.0002

EXHIBIT 1

# Addendum

## Permitted Exceptions

1. General taxes and assessments for the year 2022 that have become a lien against the property but are not yet due and payable.

   Tax Parcel Number: 173-44-C1904

2. Underground electric, telephone, gas and watermain lines, Building Setbacks, Easement for ingress, egress and maintenance of underground telephone and electric lines from phone booth to service station and vice versa as shown on Certified Survey Map No. 7641-28-121.

3. Existing easement along East boundary of the subject property for located and maintenance of the overhead utilities along Post Road as shown on Certified Survey Map No. 7641-28-121.

4. Overhead power as shown on Certified Survey Map No. 7641-28-121.

5. Restrictions for easements, building setback lines and other matters as shown on the recorded Certified Survey Map No. 7641-28-121.

6. Right-of-Way Easement dated August 1, 1978 and recorded in the office of the Register of Deeds for Portage County, Wisconsin on May 12, 1983, in Volume 440, Page(s) 144-145, as Document No. 367770 and as shown on Certified Survey Map No. 6777-24-300.

7. Utility Easement granted to Wisconsin Public Service Corporation dated October 11, 1990 and recorded in the office of the Register of Deeds for Portage County, Wisconsin on October 24, 1990, in Volume 540, Page 403, as Document No. 436019.

8. Utility Easement granted to Wisconsin Public Service Corporation dated September 13, 1990 and recorded in the office of the Register of Deeds for Portage County, Wisconsin on October 24, 1990, in Volume 538, Page 775, as Document No. 434836, of which said instrument was re-recorded in Volume 540, Page 400, as Document No. 436017, which said instrument was also recorded in Volume 540, Page 402, as Document No. 436018.

9. Amendment establishing an official map of the Village of Plover dated March 6, 1991 and recorded in the office of the Register of Deeds for Portage County,

EXHIBIT 1

Wisconsin on March 12, 1991, in Volume 544, Page 920, as Document No. 439020.

10. Right-of-Way Grant dated March 8, 1991 and recorded in the office of the Register of Deeds for Portage County, Wisconsin on March 25, 1991, in Volume 545, Page(s) 200-221, as Document No. 439289.

11. Easement Agreement dated March 5, 1998 and recorded in the office of the Register of Deeds for Portage County, Wisconsin on March 16, 1998, in Volume 796, Page 24, ad Document No. 536441.

12. Easement Agreement dated February 26, 1998 and recorded in the office of the Register of Deeds for Portage County, Wisconsin on February 27, 1998, in Volume 786, Page(s) 245-259, as Document No. 535740.

13. Easement, Access Rights and Temporary Limited Easement contained in Warranty Deed to State of Wisconsin, Department of Transportation recorded October 26, 2017 as Document No. 834073, as referenced on Transportation Project Plat 6414-00-25-4.08 as Document No. 820585.

EXHIBIT 1