| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90147 |
|---|---|---|---|
| | Debtor | In Re: | Mountain Oil Express Co., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John D. Elrod<br>Greenberg Traurig, LLP<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Tel. (678) 553-2259; Email: elrodj@gtlaw.com<br>Georgia Bar No. 246604 |
|---|---|

| Name of party applicant seeks to appear for: | First Horizon Bank, as Administrative Agent |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/18/2023 | Signed: | /s/ John D. Elrod |
|---|---|---|

| The state bar reports that the applicant's status is: | | |
|---|---|---|
| Dated: | Clerk's signature: | |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____        _____
United States Bankruptcy Judge