IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Joint Administration Requested) |

### NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE

On March 18, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. The undersigned proposed counsel for the Debtors believes that these chapter 11 cases qualify as complex chapter 11 cases because:

____X____   The Debtors have total debt of more than $10 million;

____X____   There are more than 50 parties in interest in these chapter 11 cases;

_____   Claims against the Debtors are publicly traded;

_____   Other (Substantial explanation is required. Attach additional sheets if necessary).

The Debtors request entry of an order granting the relief requested herein and granting such other and further relief as the Court deems just and proper under the circumstances.

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

| | |
|---|---|
| Dated: March 18, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ Michael D. Warner*
Michael D. Warner (SBT 00792304)
Steven W. Golden (SBT 24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
sgolden@pszjlaw.com

-and-

Jeffrey N. Pomerantz (*pro hac vice* forthcoming)
Jeffrey W. Dulberg (*pro hac vice* forthcoming)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com
jdulberg@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

I certify that, on March 18, 2023, a true and correct copy of the foregoing document was caused to be served by this Court's CM/ECF Filing System on parties that have registered to receive electronic service in the above cases.

*/s/ Michael D. Warner*
Michael D. Warner