IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| In re: | : : | Chapter 11 |
| MOUNTAIN EXPRESS OIL COMPANY, et al. | : : : | Case No. 23-90147 |
| Debtors. | : : : | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Jeffrey Kurtzman, Esquire of Kurtzman | Steady, LLC hereby appears for (a) NEPA Ventures LLC, (b) Fuel On Emporium LLC, (c) Fuel On St Mary's LLC, (d) NEPA Trading & Investments LLC and (e) Maan Corporation in the above-captioned Chapter 11 cases. The undersigned hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 9010 and 2002. All such notices should be addressed as follows:

> Jeffrey Kurtzman, Esquire
> **KURTZMAN | STEADY, LLC**
> 101 N. Washington, Suite 4A
> Margate, NJ  08402
> Telephone:  (215) 839-1222
> Email:  kurtzman@kurtzmansteady.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Dated:  March 20, 2023                            **KURTZMAN | STEADY, LLC**

By:   */s/ Jeffrey Kurtzman*
    Jeffrey Kurtzman, Esquire
    101 N. Washington Avenue, Suite 4A
    Margate, NJ 08402
    Telephone: (215) 839-1222
    Email:  kurtzman@kurtzmansteady.com

Attorneys for NEPA Ventures LLC,
Fuel On Emporium LLC, Fuel On
St Mary's LLC, NEPA Trading &
Investments LLC and Maan Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 20, 2023, he caused a copy of the foregoing Notice of Appearance and Request for Service of Papers Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 9010 and 2002 to be served upon all registered parties via the Court's CM/ECF electronic filing system.

*/s/ Jeffrey Kurtzman*
JEFFREY KURTZMAN