# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Joint Administration Requested) |

## WITNESS AND EXHIBIT LIST

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit the following *Witness and Exhibit List* (the "Witness and Exhibit List") with respect to the hearing scheduled on March 20, 2023 at 12:00 pm. (CT) (the "Hearing"), in the above-captioned bankruptcy cases (the "Cases"), pending before the Honorable David R. Jones, United States Bankruptcy Judge, Courtroom 400, 515 Rusk, Houston, Texas 77002.

## WITNESS LIST

The Debtors may call the following witnesses:

1. Michael Healy, Chief Restructuring Officer

2. Any witness listed, offered, or called by any other party.

3. Any witness required for rebuttal or impeachment.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 Cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Interim Cash Collateral Budget | | | | |
| 2. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 3 | Any exhibits necessary for rebuttal. | | | | |
| 4. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases and related adversary proceedings | | | | |

The Debtors reserve the right to modify, amend or supplement this Witness and Exhibit List at any time. The Debtors reserve the right to ask the Court to take judicial notice of pleadings, orders, transcripts and/or documents filed in or in connection with these Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the Hearing. Designation of any exhibit above does not waive any objections the Debtors may have to any exhibit listed on any other party's exhibit list.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 20, 2023　　　　　　　　　　**PACHULSKI STANG ZIEHL & JONES LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Michael D. Warner*
　　　　　　　　　　　　　　　　　　　　Michael D. Warner (SBT 00792304)
　　　　　　　　　　　　　　　　　　　　Steven W. Golden (SBT 24099681)
　　　　　　　　　　　　　　　　　　　　440 Louisiana Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　Telephone: (713) 691-9385
　　　　　　　　　　　　　　　　　　　　Facsimile:  (713) 691-9407
　　　　　　　　　　　　　　　　　　　　mwarner@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　sgolden@pszjlaw.com

　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　Jeffrey N. Pomerantz (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　Jeffrey W. Dulberg (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　10100 Santa Monica Blvd., 13th Floor
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90067
　　　　　　　　　　　　　　　　　　　　Telephone: (310) 277-6910
　　　　　　　　　　　　　　　　　　　　Facsimile:  (310) 201-0760
　　　　　　　　　　　　　　　　　　　　jpomerantz@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　jdulberg@pszjlaw.com

　　　　　　　　　　　　　　　　　　　　*Proposed Counsel to the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

　　　I hereby certify that on this 20th day of March, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

　　　　　　　　　　　　　　　　　　　　*/s/ Michael D. Warner*
　　　　　　　　　　　　　　　　　　　　Michael D. Warner