**Cash Collateral Budget WE 3/24**
**Mountain Express Oil**
*($ in '000s)*

| | Week 1<br>*Forecast*<br>24-Mar-23 |
|---|---:|
| Operating Receipts | |
| Net Fuel Profit | $2,771 |
| Rent Income | – |
| Net Retail Supporting Operations | (411) |
| **Total Operating Receipts** | **$2,360** |
| Operating Disbursements | |
| Rent Expense | – |
| Payroll & Benefits | – |
| Vendor Disbursements [1] | (6,000) |
| Utilities & Insurance | (3) |
| Other Operating Disbursements | (15) |
| **Total Operating Costs** | **($6,018)** |
| **Operating Cash Flow** | **($3,657)** |
| Non-Restructuring Related | |
| Inventory | 300 |
| Capital Expenditures | – |
| Funded Debt | – |
| **Total Non-Restructuring Related** | **$300** |
| Restructuring Related | |
| Restructuring Fees | – |
| Other Restructuring Related | – |
| **Total Restructuring Related** | **–** |
| **Net Cash Flow** | **($3,357)** |
| Cash (Unrestricted) | |
| Beginning Balance [2] | $3,696 |
| Net Cash Flow | (3,357) |
| **Ending Unrestricted Cash Balance** | **$339** |

[1]: Vendor disbursements of $6.0 million above solely reflect the postpetition purchase of fuel. Such fuel will improve the collateral position of the Prepetition Lenders. The Debtors expect to sell such fuel at a profit during this week and subsequent weeks of the Budget.
[2]: The beginning cash balance does not include $6.648 million hedge termination payment.