| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90147 |
|---|---|---|---|
| Debtor | In Re: | Mountain Express Oil Company | |

This lawyer, who is admitted to the State Bar of _California_:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey N. Pomerantz<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>(310) 277-6910<br>CA - 143717 |

Seeks to appear as the attorney for this party:

| Mountain Express Oil Company | |
|---|---|
| Dated: March 20, 2023 | Signed: /s/ Jeffrey N. Pomerantz |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                                        United States Bankruptcy Judge