UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90147 |
|---|---|---|---|
| Debtor | In Re: | Mountain Express Oil Company | |

This lawyer, who is admitted to the State Bar of _____California_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Henry C. Kevane<br>Pachulski Stang Ziehl & Jones LLP<br>One Sansome Street, Suite 3430<br>San Francisco, CA 94104<br>(415) 263-7000<br>CA - 125757 |
|---|---|

Seeks to appear as the attorney for this party:

| Mountain Express Oil Company | |
|---|---|
| Dated: March 20, 2023 | Signed: /s/ Henry C. Kevane |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                _____
                                     United States Bankruptcy Judge