IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MOUNTAIN EXPRESS OIL COMPANY, *et al.*, | Case No. 23-90147 (DRJ) |
| Debtors.[1] | (Joint Administration Requested) |

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Buchalter, a Professional Corporation, hereby appears as counsel of record for creditor, Bank of Hope, under Federal Rule of Bankruptcy Procedures ("FRBP") 9010. Bank of Hope also requests that the Court clerk serve any notices enumerated under FRBP 2002 upon the following:

> William S. Brody
> Buchalter, A Professional Corporation
> 1000 Wilshire Blvd., Suite 1500
> wbrody@buchalter.com
> Phone:  (213) 891-5015
> Facsimile:  (213) 896-0400

**PLEASE TAKE FURTHER NOTICE** that Bank of Hope requests service of all orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "*Filings*"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of the entities to counsel listed at the above address.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance does not (a) waive Bank of Hope's rights to contest service of any Filing; (b) waive rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (c) waive rights to trial by jury in any proceeding as to any and all matters so triable; (d) waive rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (e) waive any rights, claims actions, defenses, setoffs, or recoupments all of which Bank of Hope expressly reserves; or (f) constitute Bank of Hope's consent to the

jurisdiction of the United States Bankruptcy Court for the Southern District of Texas in any proceeding commenced in this case against or otherwise involving Bank of Hope.

DATED: March 20, 2023 BUCHALTER

By: */s/ William S. Brody*
William S. Brody
Attorneys for Bank of Hope

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served on March 20 2023, by electronic mail at the time of filing via CM/ECF system which sends notification of such filings to those parties receiving electronic notification.

*/s/ William S. Brody*
William S. Brody