United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90147 |
|---|---|---|---|
| Debtor | | In Re: | Mountain Oil Express Co., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John D. Elrod<br>Greenberg Traurig, LLP<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Tel. (678) 553-2259; Email: elrodj@gtlaw.com<br>Georgia Bar No. 246604 |
|---|---|

| Name of party applicant seeks to appear for: | First Horizon Bank, as Administrative Agent |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: | 3/18/2023 | Signed: | /s/ John D. Elrod |
|---|---|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature: |

| **Order**<br>(Docket No. 3) | The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.<br><br>**This lawyer is admitted *pro hac vice*.** |
|---|---|

**Signed:  March 20, 2023**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**