United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90147 |
|---|---|---|---|
| Debtor | In Re: | Mountain Express Oil Company, et al. | |

This lawyer, who is admitted to the State Bar of __Illinois; New York__ :

| | |
|---|---|
| Name | Steven N. Serajeddini |
| Firm | Kirkland & Ellis LLP |
| Street | 601 Lexington Avenue |
| City & Zip Code | New York, New York 10022 |
| Telephone | 212-446-4800 |
| Licensed: State & Number | IL: 6305051; NY: 4802732 |

Seeks to appear as the attorney for this party:

Oak Street Real Estate Capital, LLC

Dated: March 20, 2023    Signed: /s/ Steven N. Serajeddini

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                  Deputy Clerk

Order  (Docket No. 8)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  March 20, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**