United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90147 |
|---|---|---|---|
| Debtor | In Re: | Mountain Express Oil Company, et al. | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Joshua Greenblatt |
| Firm | Kirkland & Ellis LLP |
| Street | 601 Lexington Avenue |
| City & Zip Code | New York, New York 10022 |
| Telephone | 212-446-4800 |
| Licensed: State & Number | NY: 4085049 |

Seeks to appear as the attorney for this party:

| Oak Street Real Estate Capital, LLC |   |
|---|---|
| Dated: March 20, 2023 | Signed: /s/ Joshua Greenblatt |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |   |
|---|---|
| Dated: | Signed: _____ Deputy Clerk |

Order   (Docket No. 11)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: March 20, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**