United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90147 |
|---|---|---|---|
| Debtor | In Re: | Mountain Express Oil Company | |

This lawyer, who is admitted to the State Bar of __California__:

| | |
|---|---|
| Name | Jeffrey W. Dulberg |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | 10100 Santa Monica Blvd., 13th Floor |
| City & Zip Code | Los Angeles, CA 90067 |
| Telephone | (310) 277-6910 |
| Licensed: State & Number | CA - 181200 |

Seeks to appear as the attorney for this party:

| Mountain Express Oil Company | |
|---|---|
| Dated: March 20, 2023 | Signed: /s/ Jeffrey W. Dulberg |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

Order   (Docket No. 16)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  March 20, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**