United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90147 |
|---|---|---|---|
| Debtor | In Re: | Mountain Express Oil Company | |

This lawyer, who is admitted to the State Bar of ___California___:

| | |
|---|---|
| Name | Henry C. Kevane |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | One Sansome Street, Suite 3430 |
| City & Zip Code | San Francisco, CA 94104 |
| Telephone | (415) 263-7000 |
| Licensed: State & Number | CA - 125757 |

Seeks to appear as the attorney for this party:

Mountain Express Oil Company

Dated: March 20, 2023     Signed: /s/ Henry C. Kevane

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                    Deputy Clerk

Order   (Docket No. 18)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  March 20, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**