**<u>Exhibit A</u>**

(Corporate Organizational Chart)

**MOUNTAIN EXPRESS**
OIL COMPANY

Mountain Express Oil Company *(GA)*

- Mountain Express Ethanol Company *(GA)*
- Consolidated HR Services, LLC *(WY)*
- Spartan Tank Management LLC *(GA)*
- Texas MEX Limited Company, LLC *(TX)*
- MEX North Alabama, LLC *(GA)*
- Star Mountain Express, LLC *(TX)*
- Mountain Express Baking and Coffee Co. *(GA)*
- WHRG-LA, LLC *(LA)*

Mountain Express Oil Company Southeast, LLC *(GA)*

Mississippi MEX Company, LLC *(MS)*

West Hill Ranch Group LLC *(DE)*

B&T Petroleum LLC[18] *(NV)*

MEX RE Holdings LLC *(WY)*

MEX Fuels LLC *(WY)*

WHRG-LA2, LLC *(LA)*

Alabama Terminal Property, LLC *(GA)*

Madison Auto Truck Plaza and Lucky Dollar Casino, LLC *(LA)*

Loan Party

**Retail Entities**

WHRG Retail Ops LLC *(WY)*

WHRG TC LLC *(WY)*

- WHRGOPS NE LLC[1] *(WY)*
- WHRG TC-NE LLC[5] *(WY)*
- WHRGOPS NW LLC[2] *(WY)*
- WHRG TC-NW LLC[6] *(WY)*
- WHRGOPS SE LLC[3] *(WY)*
- WHRG TC-SE LLC[7] *(WY)*
- WHRGOPS SW LLC[4] *(WY)*
- WHRG TC-SW LLC[8] *(WY)*

**MEX RE Entities**

- MEX RE-NE LLC[9] *(WY)*
- MEX Fuels NE LLC[13] *(WY)*
- MEX RE-NW LLC[10] *(WY)*
- MEX Fuels NW LLC[14] *(WY)*
- MEX RE-SE LLC[11] *(WY)*
- MEX Fuels SE LLC[15] *(WY)*
- MEX RE-SW LLC[12] *(WY)*
- MEX Fuels SW LLC[16] *(WY)*

**Brothers Entities**

- Brothers Petroleum, LLC[17] *(LA)*
- 300 Lee Drive, LLC *(LA)*
- Brothers Expressway, Inc. *(LA)*
- Brothers Stonebridge, Inc. *(LA)*
- Brothers Terry Parkway, Inc. *(LA)*

## Notes to Org Chart

[1] Holds 100% of the membership interests in each of WHRGOPS NE-PA LLC and WHRGOPS NE-NY LLC, each a Wyoming limited liability company.  WHRGOPS NE-NY LLC holds 100% of the membership interests in NE-NY-LI LLC, a Wyoming limited liability company.

[2] Holds 100% of the membership interests in each of WHRGOPS NW-MI LLC; WHRGOPS NW-WI LLC; WHRGOPS NW-IA LLC; and WHRGOPS NW-MO LLC, each a Wyoming limited liability company.  WHRGOPS NW-WI LLC holds 100% of the membership interests in WHRGOPS NW-WI-NWI LLC, a Wyoming limited liability company.  WHRGOPS NW-IA LLC holds 100% of the membership interests in WHRGOPS NW-IA-WIA LLC, a Wyoming limited liability company.  WHRGOPS NW-MO LLC holds 100% of the membership interests in WHRGOPS NW-MO-NMO LLC, a Wyoming limited liability company.

[3] Holds 100% of the membership interests in each of WHRGOPS SE-SC LLC; WHRGOPS SE-TN LLC; and WHRGOPS SE-AL-North LLC, each a Wyoming limited liability company.  WHRGOPS SE-TN LLC holds 100% of the membership interests in WHRGOPS SE-TN-WTN LLC, a Wyoming limited liability company.

[4] Holds 100% of the membership interests in each of WHRGOPS SW-AR LLC; WHRGOPS SW-OK LLC; and WHRGOPS SW-TX LLC, each a Wyoming limited liability company.  WHRGOPS SW-AR LLC holds 100% of the membership interests in WHRGOPS SW-AR-NWAR LLC, a Wyoming limited liability company.  WHRGOPS SW-OK LLC holds 100% of the membership interests in WHRGOPS SW-OK-OKC LLC, a Wyoming limited liability company.  WHRGOPS SW-TX LLC holds 100% of the membership interests in each of WHRGOPS SW-TX-STX LLC and WHRGOPS SW-TX-Dallas LLC, each a Wyoming limited liability company.

[5] Holds 100% of the membership interests in WHRG TC-NE-PA LLC, a Wyoming limited liability company.

[6] Holds 100% of the membership interests in each of WHRG TC-NW-ND, LLC; WHRG TC-NW-IA, LLC; WHRG TC-NW-KS, LLC; WHRG TC-NW-MO, LLC; and WHRG TC-NW-WY, LLC, each a Wyoming limited liability company.

[7] Holds 100% of the membership interests in each of WHRG TC-SE-AL LLC and WHRG TC-SE-SC LLC, each a Wyoming limited liability company.

[8] Holds 100% of the membership interests in each of WHRG TC-SW-AR LLC and WHRG TC-SW-LA LLC, each a Wyoming limited liability company.  WHRG TC-SW-LA LLC holds 100% of the membership interests in each of Webster P LLC and Webster P II LLC, each a Louisiana limited liability company.

[9] Holds 100% of the membership interests in each of MEX RE-NE-NJ LLC; MEX RE-NE-NY LLC; MEX RE-NE-IN LLC; MEX RE-NE-OH LLC; and MEX RE-NE-PA LLC, each a Wyoming limited liability company.  MEX RE-NE-NY LLC holds 100% of the membership interests in MEX RE-NE-NY-LI LLC, a Wyoming limited liability company.

[10] Holds 100% of the membership interests in each of MEX RE-NW-IA LLC; MEX RE-NW-MN LLC; MEX RE-NW-MO LLC; MEX RE-NW-ND LLC; and MEX RE-NW-WI LLC, each a Wyoming limited liability company.

[11] Holds 100% of the membership interests in each of MEX RE-SE-AL LLC; MEX RE-SE-MS LLC; MEX RE-SE-GA LLC; and MEX RE-SE-NC LLC, each a Wyoming limited liability company.

[12] Holds 100% of the membership interests in each of MEX RE-SW-OK LLC; MEX RE-SW-TX LLC; MEX RE-SW-LA LLC; and MEX RE-SW-AR LLC, each a Wyoming limited liability company.

[13] Holds 100% of the membership interests in each of MEX Fuels NE-NY LLC; MEX Fuels NE-NJ LLC; MEX Fuels NE-IN LLC; MEX Fuels NE-OH LLC; MEX Fuels NE-KY LLC; and MEX Fuels NE-IL LLC, each a Wyoming limited liability company.

[14] Holds 100% of the membership interests in each of MEX Fuels NW-IA LLC and MEX Fuels NW-MO LLC, each a Wyoming limited liability company.

[15] Holds 100% of the membership interests in each of MEX Fuels SE-GA LLC; MEX Fuels SE-MS LLC; and MEX Fuels SE-TN LLC, each a Wyoming limited liability company.

[16] Holds 100% of the membership interests in each of MEX Fuels SW-OK LLC and MEX Fuels SW-LA LLC, each a Wyoming limited liability company.

[17] Holds (a) 100% of the equity interests in Newton Brothers, Inc. and Brothers I-10 Service Road, Inc., each a Louisiana corporation; and (b) 100% of the membership interests in each of 4408 S. I-10 Service Road LLC; Crowder Brothers, LLC; Exxon General DeGaulle, LLC; 4662 GDD LLC; 5310 Flannery Road, LLC; 4520 Jefferson Highway LLC; Jamie Boulevard, LLC; 13289 Old Hammond Highway LLC; 1308 Jefferson Davis LLC; 2850 Belle Chasse Hgwy LLC; 2698 Barataria Blvd LLC; 1227 Veterans, LLC; Brothers Belle Chasse, LLC; Avondale Brothers No 128 LLC; 1200 Wego LLC; Claiborne Operations LLC; Lapalco Brothers No. 25, LLC; 8692 River Road, LLC; Brothers Carol Sue, LLC; Gause Operation, LLC; 4940 Groom Road, LLC; 2601 Gen. DeGaulle LLC; 9410 Greenwell Springs, LLC; 4115 Airline Hgwy., LLC; 798 Jean Lafitte, LLC; 3049 Loyola Drive LLC; South Claiborne Operation LLC; 1600 Manhattan Blvd, LLC; 4915 Westbank Expwy LLC; 2701 Canal Street LLC; and 300 Lee Drive LLC, each a Louisiana limited liability company.