IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Joint Administration Requested) |

**AGENDA FOR HEARING SCHEDULED FOR
MARCH 22, 2023 AT 3:30 P.M. (PREVAILING CENTRAL TIME),**

The above-referenced debtors and debtors in possession (collectively, the "<u>Debtors</u>") file this Agenda for Hearing Scheduled for March 22, 2023 at 3:30 p.m. (prevailing Central Time) before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002:

A.   **First Day Motions**

1.   *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (III) Granting Related Relief* [Docket No. 43].

   **Responses Received**:  Informal comments from the U.S. Trustee have been received and incorporated into the proposed orders.

   **Status**:  The matter is going forward.

2.   *Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, and (D) Statements of Financial Affairs, And (II) Granting Related Relief* [Docket No. 51]

   **Responses Received**:  Informal comments from the U.S. Trustee have been received and incorporated into the proposed orders.

---

[1]   A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

1

    **Status**: The matter is going forward.

3. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Honor and Renew the Premium Financing Agreement Entered Into Prepetition and Satisfy Obligations Related Thereto, and (C) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (II) Granting Related Relief* [Docket No. 50].

    **Responses Received**: Informal comments from the U.S. Trustee have been received and incorporated into the proposed orders.

    **Status**: The matter is going forward.

4. *Debtors' Emergency Motion For Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 49].

    **Responses Received**: Informal comments from the U.S. Trustee have been received and incorporated into the proposed orders.

    **Status**: The matter is going forward.

5. *Debtors' Emergency Motion for the Entry of an Order (I) Approving the Proposed Adequate Assurance Deposit for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving the Proposed Adequate Assurance Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 53].

    **Responses Received**: Informal comments from the U.S. Trustee have been received and incorporated into the proposed orders.

    **Status**: The matter is going forward.

6. *Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (i) Pay and/or Honor Prepetition Wages, Salaries, Bonus Payments, Employee Benefits, and Other Compensation; (ii) Remit Withholding Obligations and Deductions; (iii) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (iv) Have Applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* [Docket No. 44].

    **Responses Received**: Informal comments from the U.S. Trustee have been received and incorporated into the proposed orders.

    **Status**: The matter is going forward.

7. *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Fuel Suppliers and Transporters and (II) Granting Related Relief* [Docket No. 45].

**Responses Received**: Informal comments from the U.S. Trustee have been received and incorporated into the proposed orders.

**Status**: The matter is going forward.

8. *Debtors' Emergency Motion for the Entry of an Order (I) Authorizing the Debtors to Maintain and Administer their Existing Dealer Account-Reconciliation Practices and (II) Granting Related Relief* [Docket No. 48].

    **Responses Received**: Informal comments from the U.S. Trustee have been received and incorporated into the proposed orders.

    **Status**: The matter is going forward.

9. *Debtors' Emergency Motion for Entry of Order Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants and Granting Related Relief* [Docket No. 46].

    **Responses Received**: Informal comments from the U.S. Trustee have been received and incorporated into the proposed orders.

    **Status**: The matter is going forward.

10. *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance of Existing Bank Accounts; (I) Authorizing Continuance of Existing Cash Management System; (III) Granting Limited Waiver of Section 345(B) Deposit Requirements; (IV) Authorizing Continued Performance of Intercompany Transactions and Funding; and (V) Granting Related Relief* [Docket No. 52].

    **Responses Received**: Informal comments from the U.S. Trustee have been received and incorporated into the proposed orders.

    **Status**: The matter is going forward.

B. **Related Documents**

1. *Declaration of Michael Healy in Support of Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 57].

2. Notice of Telephonic and Video Conference Hearing on Certain Emergency Motions [Docket No. 60].

3. Debtors' Witness and Exhibit List [Docket No. 61].

Dated: March 21, 2023        **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael D. Warner*
Michael D. Warner (SBT 00792304)
Steven W. Golden (SBT 24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
sgolden@pszjlaw.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Jeffrey W. Dulberg (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
jpomerantz@pszjlaw.com
jdulberg@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of March, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

                                                  */s/ Michael D. Warner*
                                                  Michael D. Warner

DOCS_DE:242531.2 58614/001