United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 23, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 23-90147** |
| **MOUNTAIN EXPRESS OIL COMPANY,** | § | **CHAPTER 11** |
| | § | **David R. Jones** |
| Debtors. | § | **Jointly Administered** |

### ORDER REGARING VIOLATIONS OF THE AUTOMATIC STAY

During a hearing on March 23, 2023, the Debtors informed the Court that certain vendors/creditors have engaged in self-help activities after the filing of the bankruptcy case by removing items from the Debtors' business locations. Such actions would appear to intentionally violate 11 U.S.C. § 362(a)(3) and/or (a)(6). If true, such actions could result in the imposition of compensatory and coercive sanctions. Any party that has engaged in such an action shall return all items taken to the specific location from which the items were taken at its sole expense within 48 hours of receiving a copy of this Order. The failure to comply with this order may constitute a separate violation of a court order. Should the Debtors seek relief again any person or entity that has violated the automatic stay or this order, such person or entity shall be required to attend a hearing in person before the Court in Houston, Texas. The failure to appear at the hearing may result in the issuance of a bench warrant.

**SIGNED: March 23, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**