United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered) |

**ORDER TO APPEAR AND SHOW CAUSE AGAINST PEPSI-COLA BOTTLING CO. OF MCALESTER, INC.,**
(Related Docket No. 152 )

Mr. Charles Rogers, Chief Executive Officer of Pepsi-Cola Bottling Co. of McAlester, Inc. ("PCB"), shall personally appear on 3/29/2023, 2023 at 8:30 A.m. in Courtroom 400, 4th Floor, 515 Rusk, Houston, TX 77002 and show cause (i) why PCB should not be held in contempt of court for violations of Court Orders and violations of the automatic stay contained in section 362(a) of the Bankruptcy Code, and (ii) why the Court should not order compensatory and coercive sanctions against PCB.

Failure to appear at the time and date above may result in the Court issuing a bench warrant for Mr. Roger's arrest. Mr. Rogers may obtain a continuance of the hearing by returning all items taken and certifying such under oath.

**Signed: March 28, 2023.**

*[signature]*

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

1