IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: <br><br> MOUNTAIN EXPRESS OIL COMPANY, <br> DEBTOR | Case No.  23-90147 <br> CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take notice that the undersigned firm of attorneys is appearing on behalf of Stephenson Wholesale Co., Inc. dba Indian Nation Wholesale in the above referenced bankruptcy case. This party is a party in interest in this case and a creditor of the Debtor.

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

Respectfully submitted,

/s/ *Tami J. Hines*
Tami J. Hines, Texas Bar No. 24133319
Larry G. Ball, Oklahoma Bar No. 12205
**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone (405) 553-2828
Facsimile (405) 553-2855
Email: thines@hallestill.com
Email: lball@hallestill.com
**ATTORNEY FOR CREDITOR
1ST CHOICE ACCIDENT & INJURY, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, a true and correct copy of the above and foregoing was electronically served using the CM/ECF system to all CM/ECF registrants appearing in the above-styled matter.

/s/ *Tami J. Hines*  
Tami J. Hines