IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| MOUNTAIN EXPRESS OIL COMPANY, *et al.*,[1] | Case No. 23-90147 (DRJ) |
| Debtors. | (Jointly Administered) |

### THE UNITED STATES TRUSTEE'S
### NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| The Necessity Retail REIT, Inc.<br>Michael Anderson, General Counsel<br>38 Washington Square<br>Newport, RI  02840<br>(212) 415-6507<br>Manderson@ar-global.com | Karl Burrer<br>Greenberg Traurig LLC<br>1000 Louisiana Street, Suite 6700<br>Houston, Texas 77002<br>(713) 374-3612<br>F: (715) 583-9502<br>burrerk@gtlaw.com |
| Total Image Solutions, LLC<br>Jason Dawson<br>196 Theater Road<br>South Hill, VA  23970<br>T: (434) 447-3347<br>F: (434) 447-3201<br>jason@totalimagesolutions.com | John H. Maddock, III<br>McGuire Woods<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA  23219<br>T: (804) 775-1178<br>jmaddock@mcguirewoods.com |
| Coca-Cola Bottling Company United, Inc. | (none provided) |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

| Stephen Wood<br>4600 East Lake Boulevard<br>Birmingham, AL  35217<br>T: (205) 612-4856<br>stephenwood@ccbcu.com | |

SIGNED on April 4, 2023.

                                          Respectfully submitted,

                                          KEVIN M. EPSTEIN
                                          UNITED STATES TRUSTEE
                                          REGION 7, SOUTHERN and WESTERN
                                          DISTRICTS OF TEXAS
                                          515 Rusk Street, Suite 3516
                                          Houston, Texas  77002
                                          (713) 718-4650 - Telephone
                                          (713) 718-4670  - Fax

                                By:     /s/ *Jana Smith Whitworth*
                                                   Jana Smith Whitworth, Trial Attorney
                                                   Texas Bar No. 00797453/Fed. ID No. 20656
                                                   Email: Jana.Whitworth@usdoj.gov
                                                   Jayson B. Ruff, Trial Attorney
                                                   Michigan Bar No. P69893
                                                   Email: Jayson.B.Ruff@usdoj.gov


                                                   CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 4th day of April 2023.

                                                   */s/Jana Smith Whitworth*
                                                   Jana Smith Whitworth