| 19 Week Cash Flow Forecast<br>Mountain Express Oil<br>($ in '000s) | | Week 1<br>Forecast<br>14-Apr-23 | Week 2<br>Forecast<br>21-Apr-23 | Week 3<br>Forecast<br>28-Apr-23 | Week 4<br>Forecast<br>5-May-23 | Week 5<br>Forecast<br>12-May-23 | Week 6<br>Forecast<br>19-May-23 | Week 7<br>Forecast<br>26-May-23 | Week 8<br>Forecast<br>2-Jun-23 | Week 9<br>Forecast<br>9-Jun-23 | Week 10<br>Forecast<br>16-Jun-23 | Week 11<br>Forecast<br>23-Jun-23 | Week 12<br>Forecast<br>30-Jun-23 | Week 13<br>Forecast<br>7-Jul-23 | Week 14<br>Forecast<br>14-Jul-23 | Week 15<br>Forecast<br>21-Jul-23 | Week 16<br>Forecast<br>28-Jul-23 | Week 17<br>Forecast<br>4-Aug-23 | Week 18<br>Forecast<br>11-Aug-23 | Week 19<br>Forecast<br>18-Aug-23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Operating Receipts* | | | | | | | | | | | | | | | | | | | | |
| Net Fuel Profit | $ | 2,856 | 3,510 | 4,560 | 1,839 | 1,848 | 1,848 | 1,848 | 1,947 | 2,045 | 2,045 | 2,045 | 2,045 | 1,977 | 1,977 | 1,977 | 1,977 | 1,977 | 1,977 | 1,977 |
| Rent Income | | 906 | 560 | - | 3,796 | 757 | 542 | 542 | 3,887 | 555 | 555 | 555 | - | 3,935 | 562 | 562 | 562 | 4,073 | 582 | 582 |
| Net Retail Supporting Operations | | 873 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 |
| Other Receipts | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | $ | **4,635** | **4,215** | **4,705** | **5,781** | **2,751** | **2,536** | **2,536** | **5,979** | **2,745** | **2,745** | **2,745** | **2,190** | **6,057** | **2,685** | **2,685** | **2,685** | **6,196** | **2,705** | **2,705** |
| *Operating Disbursements* | | | | | | | | | | | | | | | | | | | | |
| Rent Expense | | (16) | - | - | (8,037) | - | - | - | (8,029) | - | - | - | - | (8,053) | - | - | - | (8,053) | - | - |
| Payroll & Benefits | | (1,047) | (63) | (856) | (193) | (874) | (63) | (874) | (193) | (874) | (63) | (874) | (193) | (874) | (63) | (874) | (63) | (1,004) | (63) | (874) |
| Vendor Disbursements | | (2,704) | (3,106) | (1,539) | (1,691) | (941) | (610) | (449) | (602) | (941) | (610) | (449) | (545) | (602) | (941) | (610) | (449) | (602) | (941) | (610) |
| Utilities & Insurance | | (11) | (4) | (3) | (444) | (23) | (4) | (3) | (444) | (23) | (4) | (3) | - | (444) | (23) | (4) | (3) | (444) | (23) | (4) |
| Tax | | - | (236) | (639) | (342) | (109) | (236) | (639) | (342) | (109) | (236) | (639) | - | (342) | (109) | (236) | (639) | (342) | (109) | (236) |
| Other Operating Disbursements | | (1) | (80) | (80) | (80) | (80) | (80) | (80) | (64) | (64) | (64) | (64) | (64) | (80) | (80) | (80) | (80) | (80) | (80) | (80) |
| **Total Operating Costs** | $ | **(3,779)** | **(3,490)** | **(3,117)** | **(10,788)** | **(2,028)** | **(994)** | **(2,045)** | **(9,674)** | **(2,012)** | **(978)** | **(2,029)** | **(802)** | **(10,396)** | **(1,216)** | **(1,805)** | **(1,234)** | **(10,526)** | **(1,216)** | **(1,805)** |
| **Operating Cash Flow** | $ | **857** | **725** | **1,589** | **(5,007)** | **723** | **1,542** | **490** | **(3,695)** | **734** | **1,768** | **716** | **1,388** | **(4,339)** | **1,469** | **880** | **1,451** | **(4,330)** | **1,488** | **900** |
| *Non-Restructuring Related* | | | | | | | | | | | | | | | | | | | | |
| Inventory | | - | - | - | - | - | - | (450) | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Restructuring Related** | $ | **-** | **-** | **-** | **-** | **-** | **-** | **(450)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| *Restructuring Related* | | | | | | | | | | | | | | | | | | | | |
| Restructuring Fees | | (2,869) | (669) | (669) | (1,611) | (556) | (556) | (556) | (1,106) | (751) | (751) | (751) | (1,201) | (751) | (751) | (751) | (751) | (1,500) | (600) | (1,475) |
| Employee Retention | | - | - | - | - | (236) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Interest & Fees | | - | - | - | (215) | - | - | - | (262) | - | - | - | - | (253) | - | - | - | (315) | - | (197) |
| Other Restructuring Related | | - | - | - | (150) | (75) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Restructuring Related** | $ | **(2,869)** | **(669)** | **(669)** | **(1,976)** | **(867)** | **(556)** | **(556)** | **(1,368)** | **(751)** | **(751)** | **(751)** | **(1,201)** | **(1,004)** | **(751)** | **(751)** | **(751)** | **(1,816)** | **(600)** | **(1,672)** |
| **Net Cash Flow** | $ | **(2,013)** | **56** | **920** | **(6,982)** | **(143)** | **986** | **(515)** | **(5,063)** | **(17)** | **1,017** | **(35)** | **187** | **(5,343)** | **718** | **129** | **700** | **(6,146)** | **888** | **(773)** |
| *Cash (Unrestricted)* | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ | 9,407 | 7,394 | 7,450 | 16,970 | 9,988 | 9,845 | 10,831 | 10,316 | 5,253 | 5,236 | 6,253 | 6,218 | 6,406 | 5,343 | 8,013 | 8,731 | 8,860 | 11,860 | 5,714 |
| Net Cash Flow | | (2,013) | 56 | 920 | (6,982) | (143) | 986 | (515) | (5,063) | (17) | 1,017 | (35) | 187 | (5,343) | 718 | 129 | 700 | (6,146) | 888 | (773) |
| (+ / −) DIP Draws / (Repayments) | | - | - | 8,600 | - | - | - | - | - | - | - | - | - | 6,950 | - | - | 2,300 | - | - | - |
| **Ending Unrestricted Cash Balance** | $ | **7,394** | **7,450** | **16,970** | **9,988** | **9,845** | **10,831** | **10,316** | **5,253** | **5,236** | **6,253** | **6,218** | **6,406** | **8,013** | **8,731** | **8,860** | **11,860** | **5,714** | **6,602** | **5,830** |
| *DIP* | | | | | | | | | | | | | | | | | | | | |
| Beginning DIP Balance | $ | 20,000 | 20,000 | 20,000 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 28,600 | 35,550 | 35,550 | 35,550 | 37,850 | 37,850 | 37,850 |
| (+ / −) DIP Draws / (Repayments) | | - | - | 8,600 | - | - | - | - | - | - | - | - | - | 6,950 | - | - | 2,300 | - | - | - |
| **Ending DIP Balance Excl. Roll-Up** | $ | **20,000** | **20,000** | **28,600** | **28,600** | **28,600** | **28,600** | **28,600** | **28,600** | **28,600** | **28,600** | **28,600** | **28,600** | **35,550** | **35,550** | **35,550** | **37,850** | **37,850** | **37,850** | **37,850** |
| *Memo - Professional Fee Schedule* | | | | | | | | | | | | | | | | | | | | |
| [1] Debtor Professional Fees | | 2,757 | 519 | 519 | 468 | 418 | 418 | 418 | 468 | 591 | 591 | 591 | 641 | 591 | 591 | 591 | 591 | 523 | 473 | 498 |
| [2] Lender Professional Fees | | - | - | - | 600 | - | - | - | 500 | - | - | - | 400 | - | - | - | - | 400 | - | 625 |
| [3] Other Professional Fees | | 113 | 150 | 150 | 543 | 138 | 138 | 138 | 138 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 578 | 128 | 353 |
| **Total Professional Fees** | $ | **2,869** | **669** | **669** | **1,611** | **556** | **556** | **556** | **1,106** | **751** | **751** | **751** | **1,201** | **751** | **751** | **751** | **751** | **1,500** | **600** | **1,475** |

[1]: Debtor professionals include Pachulski, FTI, Raymond James, and independent board fees
[2]: Lender professionals include Greenberg Traurig and Alvarez & Marsal
[3]: Other professionals include advisors for the Unsecured Creditors Committee, claims agent, U.S. Trustee, and fee reimbursements