IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered )<br><br>**[Re: Docket Nos. 52, 89 and 295]** |

**NOTICE OF CONTINUANCE OF: (A) DEBTORS' EMERGENCY FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES, SUBLEASES AND RELATED CONTRACTS PURSUANT TO 11 U.S.C. § 365, AND (II) GRANTING RELATED RELIEF, AND (B) CANCELLATION OF FINAL CASH MANAGEMENT HEARING**

**PLEASE TAKE NOTICE** that on March 18, 2023, the above-referenced debtors and debtors in possession (the "Debtors") commenced these chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on April 18, 2023, the Debtors filed their *Emergency First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases, Subleases and Related Contracts Pursuant to 11 U.S.C. § 365, and (II) Granting Related Relief* [Docket No. 295] (the "Rejection Motion"), set for hearing on April 27, 2027 at 9:00 a.m. (prevailing Central Time) (the "Rejection Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Rejection Hearing has been continued to **May 4, 2023 at 11:00 a.m.** (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that any party objecting to the relief requested in the Rejection Motion must either appear at the hearing or file an objection with the Court prior to the date relief was requested in the Rejection Motion (*i.e.* April 27, 2023).

**PLEASE TAKE FURTHER NOTICE** on March 21, 2023, the Debtors filed their *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Granting Limited Waiver of Section 345(b) Deposit Requirements; (IV) Authorizing Continued Performance of Intercompany Transactions and Funding; and (V) Granting Related Relief* [Docket No. 52] (the "Cash Management Motion").

**PLEASE TAKE FURTHER NOTICE** that on March 22, 2023, the Court entered the *Interim Order (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Authorizing Continuance of Intercompany Transactions*

---

[1]   A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

and Funding; (IV) Granting Limited Waiver of Section 345(b) Deposit Requirements; and (V) Granting Related Relief* [Docket No. 89] (the "Interim Cash Management Order"), scheduling the final hearing for April 27, 2023 at 9:00 a.m. (prevailing Central Time) before Judge David R. Jones of the Court (the "Final Cash Management Hearing").

**PLEASE TAKE FURTHER NOTICE** that on April 26, 2023, the Court entered the *Final Order (I) Authorizing Maintenance of Existing Bank Accounts; (II) Authorizing Continuance of Existing Cash Management System; (III) Authorizing Continuance of Intercompany Transactions and Funding; (IV) Granting Limited Waiver of Section 345(b) Deposit Requirements; and (V) Granting Related Relief* [Docket No. 336] (the "Final Cash Management Order").

**PLEASE TAKE FURTHER NOTICE** that the Final Cash Management Hearing set for April 27, 2023 at 9:00 a.m. (prevailing Central Time) is hereby **cancelled**. There are no matters going forward on April 27, 2023.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is **205691**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's homepage. The meeting code is "**JudgeJones**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the Hearing. To make your appearance, click the "Electronic Appearance" link on Judge Jones's homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance. All documents filed in this chapter 11 case are available free of charge by visiting www.kccllc.net/mountainexpressoil. Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

<table>
<tr><td>Dated: April 26, 2023</td><td>**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael D. Warner*
Michael D. Warner (SBT 00792304)
Steven W. Golden (SBT 24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
sgolden@pszjlaw.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Jeffrey W. Dulberg (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
jpomerantz@pszjlaw.com
jdulberg@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Michael D. Warner*
Michael D. Warner