United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **MOUNTAIN EXPRESS OIL** ) | |
| **COMPANY, et al.,** ) | Case No. 23-90147 (DRJ) |
| ) | **(Jointly Administered)** |
| ) | |
| Debtors.[1] ) | |

**AGREED ORDER GRANTING
DEBTORS' EMERGENCY MOTION FOR (I) ENTRY OF AN ORDER TO
APPEAR AND SHOW CAUSE AGAINST INDEPENDENT BOTTLER,
ADA COCA-COLA BOTTLING COMPANY, AND (II) THE IMPOSITION OF
COMPENSATORY AND COERCIVE SANCTIONS FOR VIOLATIONS
OF THE AUTOMATIC STAY AND COURT ORDERS**
(Related Docket No. 229)

Before the Court is the *Debtors' Emergency Motion for (I) Entry of an Order to Appear and Show Cause Against Independent Bottler, Ada Coca-Cola Bottling Company, and (II) the Imposition of Compensatory and Coercive Sanctions for Violations of the Automatic Stay and Court Orders* [Docket No. 229] (the "Motion"),[2] filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). Upon review of the Motion, and upon the statements made by counsel for the Debtors and counsel for Ada Coca-Cola Bottling Company ("ACC") at the April 12, 2023 hearing on the Motion, the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); that the venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and that the Motion should be granted.

---

[1]   A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[2]   A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

1

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**, as set forth herein.

2. Actual damages, including the amount of professional fees and expenses incurred by the Debtors' estates, incurred by the Debtors with respect to the violations of the Automatic Stay and the Stay Orders by ACC are awarded to the Debtors in the agreed aggregate amount of $49,829.13 (the "Damages Amount").

3. ACC shall transfer the Damages Amount to the trust account of Debtors' counsel no later than three (3) business days following entry of this Order (the "Payment Deadline"). The Debtors shall be entitled to set a status conference on 24 hours' notice following the conclusion of the Payment Deadline (subject to the availability of the Court) if the Damages Amount is not timely received by Debtors' counsel in clear funds. Upon the later of (a) the Court's entry of this Order and (b) the receipt of the Damages Amount by Debtors' counsel, the Debtors are authorized to remit applicable amounts of the Damages Amount to the Debtors' estates, and to apply the amounts held in trust to the professional fees incurred with respect to ACC's violations of the Automatic Stay and Stay Orders, subject to Bankruptcy Code sections 330 and 331 and any applicable orders of this Court regarding the award of professional fees.

4. Any and all violations of the Automatic Stay and Stay Orders committed by ACC up to and through the entry date of this Order are deemed fully cured, resolved, and compensated by and through the entry of this Order.

[*Remainder of Page Intentionally Left Blank*]

5. The hearing on the Motion previously scheduled for April 26, 2023 at 1:30 p.m. (Central Time) is hereby canceled.

6. The Court retains exclusive jurisdiction and power with respect to all matters arising from or related to the implementation of this Order.

**Signed: April 24, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**AGREED AS TO FORM AND CONTENT:**

| **PACHULSKI STANG ZIEHL & JONES LLP** | **CROWE & DUNLEVY P.C.** |
|---|---|
| */s/ Benjamin L. Wallen* | */s/ Mark A. Craige* |
| Michael D. Warner (SBT 00792304) | Mark A. Craige, OBA #1992 (*Admitted Pro Hac Vice*) |
| Steven W. Golden (SBT 24099681) | 222 N. Detroit Avenue |
| Benjamin L. Wallen (SBT 24102623) | 6th Floor |
| 440 Louisiana Street, Suite 900 | Tulsa, OK 74120 |
| Houston, TX 77002 | (918) 592-9800 |
| Telephone: (713) 691-9385 | (918) 592-9801 (Facsimile) |
| Facsimile: (713) 691-9407 | mark.craige@crowedunlevy.com |
| mwarner@pszjlaw.com | |
| sgolden@pszjlaw.com | And |
| bwallen@pszjlaw.com | |
| | Christopher M. Staine |
| -and- | State Bar No. 24104576 |
| | S.D. Tex. Bar No. 3233944 |
| Jeffrey N. Pomerantz (admitted *pro hac vice*) | 2525 McKinnon St., Ste. 425 |
| Jeffrey W. Dulberg (admitted *pro hac vice*) | Dallas, TX 75201 |
| 10100 Santa Monica Blvd., 13th Floor | Telephone: 214.420.2163 |
| Los Angeles, CA 90067 | Facsimile: 214.736.1763 |
| Telephone: (310) 277-6910 | Email: christopher.staine@crowedunlevy.com |
| Facsimile: (310) 201-0760 | |
| jpomerantz@pszjlaw.com | *Counsel to Ada Coca-Cola Bottling Company* |
| jdulberg@pszjlaw.com | |
| | |
| *Proposed Counsel to the Debtors and Debtors in Possession* | |

**AGREED AS TO FORM:**

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS 5
15 Rusk Street, Suite 3516
Houston, Texas 77002
(713) 718-4650 - Telephone
(713) 718-4670 - Fax

By: */s/ Jayson B. Ruff*
Jana Smith Whitworth, Trial Attorney
Texas Bar No. 00797453/Fed. ID No. 20656
Email: Jana.Whitworth@usdoj.gov
Jayson B. Ruff, Trial Attorney
Michigan Bar No. P69893
Email: Jayson.B.Ruff@usdoj.gov

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                  Case No. 23-90147-drj
Mountain Express Oil Company                         Chapter 11
Official Committee Of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                                 User: ADIuser                                       Page 1 of 13
Date Rcvd: Apr 25, 2023                         Form ID: pdf002                             Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mountain Express Oil Company, 3650 Mansell Road, Suite 250, Alpharetta, GA 30022-7200 |
| cr | + | AFN ABSPROP001, LLC, c/o Karl D. Burrer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Aftermarket Sales & Consulting, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| intp | + | Christopher R/ Murray, 602 Sawyer St., Suite 400, Houston, Tx 77007-7510 |
| cr | + | City of Mesquite, Grimes & Linebarger, LLP, 120 W. Main Suite 201, Mesquite, TX 75149-4224 |
| cr | + | ExxonMobil Oil Corporation, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| intp | + | First Horizon Bank, as Administrative Agent, c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Fuel On Emporium LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | Fuel On St Mary's LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | | Goose Creek Consolidate Independent School Distric, c/o Reid Strickland & Gillette LLP, PO Box 809, Baytown, TX 77522-0809 |
| cr | + | Imperial Capital LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Reliance LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Trading Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | LJM5903 Properties, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | Maan Corporation, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | Marathon Petroleum Company LP, c/o Ronald E. Gold, Frost Brown Todd LLP, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Mesa Valley Housing Associates, LP, Tiffany & Bosco, PA, c/o Christopher R. Kaup, 2525 E Camelback Rd #700, Phoenix, AZ 85016-9240 |
| cr | + | NEPA Trading & Investments LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | NEPA Ventures LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | Oklahoma County Treasurer, c/o Tammy Jones, 320 Ribert S. Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | + | Phillips 66 Company, PO Box 421959, Houston, TX 77242-1959 |
| cr | + | Realty Income Corporation, Hemar, Rousso & Heald, c/o J. Alexandra Rhim, 15910 Ventura Blvd., 12th Fl, Encino, CA 91436 UNITED STATES 91436-2802 |
| cr | + | SASS Petroleum LLC, c/o Fellows LaBriola LLP, 233 Peachtree Street NE, Ste. 2400, Atlanta, GA 30303-1509 |
| cr | + | Samnosh, LLC, The Gibson Law Group, 15400 Knoll Trail Drive, Suite 205, Dallas, TX 75248, UNITED STATES 75248-3465 |
| cr | + | Weslaco ISD and City of Weslaco, c/o Hiram Gutierrez, 2805 Fountain Plaza Blvd., Suite B, Edinburg, Tx 78539-8031 |
| cr | + | Zoom One, LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: tleday@mvbalaw.com | | |
| | | | Apr 25 2023 20:10:00 | Bowie Central Appraisal District, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269., Round Rock, TX 78680-1269 |
| cr | + | Email/Text: fileroom@rubin-levin.net | | |
| | | | Apr 25 2023 20:10:00 | CAM-PL Cedar Rapids LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | + | Email/Text: fileroom@rubin-levin.net | | |

District/off: 0541-4 User: ADIuser Page 2 of 13
Date Rcvd: Apr 25, 2023 Form ID: pdf002 Total Noticed: 42

| Recip | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: fileroom@rubin-levin.net | Apr 25 2023 20:10:00 | CAM-PL Cokeville LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| | | | Apr 25 2023 20:10:00 | CAM-PL Kansas City LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 25 2023 20:10:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K Turner, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 25 2023 20:10:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: brnotices@dor.ga.gov | Apr 25 2023 20:10:00 | Georgia Department of Revenue, 1800 Century Boulevard, NE, Atlanta, GA 30345 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 25 2023 20:10:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 25 2023 20:10:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 25 2023 20:10:00 | Irving ISD, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 25 2023 20:10:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 25 2023 20:10:00 | Liberty County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: tammy.jones@oklahomacounty.org | Apr 25 2023 20:10:00 | Oklahoma County Treasurer, c/o Tammy Jones, 320 Ribert S. Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Apr 25 2023 20:09:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 25 2023 20:10:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 25 2023 20:10:00 | Texas City ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | ^ MEBN | Apr 25 2023 20:09:30 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ADA Coca-Cola Bottling Company |
| cr | | AFN ABSPROP001, LLC |
| cr | | ARG E19PCK001, LLC |
| cr | | ARG MESMOAR001, LLC |
| cr | | ARG MEVNAAL001, LLC |
| cr | | Ada Coca-Cola Bottling Company |
| cr | | BFM Enterprises, LLC |
| cr | | Bank of Hope |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 13 |
| Date Rcvd: Apr 25, 2023 | Form ID: pdf002 | Total Noticed: 42 |

| | |
|---|---|
| cr | Brazoria County, et al |
| cr | CITGO Petroleum Corporation |
| cr | Cameron County |
| cr | City Of McAllen |
| cr | Cross Oil Refining & Marketing |
| cr | Ford Motor Credit Company LLC |
| cr | HF Sinclair Refining & Marketing, LLC and Sinclair |
| cr | Hidalgo County |
| cr | Hunt Refining Company |
| cr | ICC MOTOR FUEL I LLC |
| cr | KeyBank National Association |
| op | Kurtzman Carson Consultants LLC |
| cr | MVI Facility Services, LLC |
| cr | MVI Field Services, LLC |
| cr | MVI Fuel Services, LLC |
| cr | McLane Company, Inc. |
| cr | My Mother Inc. |
| cr | Oak Street Real Estate Capital, LLC |
| crcm | Official Committee Of Unsecured Creditors |
| cr | Pepsi-Cola Bottling Co. of McAlester, Inc. |
| cr | PepsiCo, Inc., PepsiCo Sales, Inc. and Frito-Lay N |
| cr | Pilot Travel Centers LLC |
| cr | Raj Marathon LLC |
| cr | Rio Grande City Grulla ISD |
| cr | Royal Exxon Investment Ltd. Co. |
| cr | Royal Stores LLC |
| cr | Spirit SPE Portfolio CA C-Stores, LLC |
| cr | Spring Branch Independent School District, et al |
| cr | Starr County |
| cr | Stephenson Wholesale Co. Inc. dba Indian Nation Wh |
| cr | Sunoco LLC |
| cr | Sunoco LP |
| cr | Sunoco Retail, LLC |
| cr | Sunoco, Inc. |
| cr | TWP1 USA LLC |
| cr | The Necessity Retail REIT Inc. |
| cr | Valero Marketing and Supply Company |

TOTAL: 45 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2023                              Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Frank Dearing | on behalf of Creditor Georgia Department of Revenue adearing@law.ga.gov |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 13 |
| Date Rcvd: Apr 25, 2023 | Form ID: pdf002 | Total Noticed: 42 |

| | |
|---|---|
| Andrew G Edson | on behalf of Creditor HF Sinclair Refining & Marketing  LLC and Sinclair Oil LLC aedson@clarkhill.com, mina.alvarez@clarkhillstrasburger.com |
| Andrew I Silfen | on behalf of Creditor ARG MESMOAR001  LLC andrew.silfen@afslaw.com |
| Andrew I Silfen | on behalf of Creditor The Necessity Retail REIT Inc. andrew.silfen@afslaw.com |
| Andrew I Silfen | on behalf of Creditor ARG MEVNAAL001  LLC andrew.silfen@afslaw.com |
| Andrew I Silfen | on behalf of Creditor ARG E19PCK001  LLC andrew.silfen@afslaw.com |
| Andrew I Silfen | on behalf of Creditor AFN ABSPROP001  LLC andrew.silfen@afslaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW-WI LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW-MO-NMO LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRG TC-SE-SC LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS SE-SC LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS SE-MS-JACKSON LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW-KS LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW-MO LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS SE-AL-NORTH LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor Lapalco Brothers No. 125  LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS SE-MS LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NE-NY-LI LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRG-LA  LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW-IA-WIA LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRG TC-SW LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW-IA LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NE-NY LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS SE LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRG TC-SW-AR LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NE LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS SE-TN-WTN LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | |

District/off: 0541-4                          User: ADIuser                          Page 5 of 13
Date Rcvd: Apr 25, 2023                      Form ID: pdf002                         Total Noticed: 42

| | |
|---|---|
| | on behalf of Debtor WHRGOPS NW-WI-NWI LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | |
| | on behalf of Debtor WHRGOPS NE-PA LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | |
| | on behalf of Debtor WHRG TC-SW-LA LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | |
| | on behalf of Debtor WHRGOPS NW-MI LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | |
| | on behalf of Debtor WHRGOPS SE-TN LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | |
| | on behalf of Debtor WHRG TC-SE-AL LLC ahassell@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-NW-IA LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-NE-PA LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-SW-OK LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-SE-MS LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-SE-SC LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-NE-IN LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-SW-TX LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-SE-AL LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-SE-GA LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE Holdings LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-SW LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-NW LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-SE-FL LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-NE-OH LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-NW-ND LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-NE-NJ LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-NW-KS LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-SE-NC LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-NE-NY LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-SE LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor Mountain Express Baking and Coffee Co. bwallen@pszjlaw.com  klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | |
| | on behalf of Debtor MEX RE-NW-WI LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com |

| District/off: 0541-4 | User: ADIuser | Page 6 of 13 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: pdf002 | Total Noticed: 42 |

Benjamin Lawrence Wallen
    on behalf of Debtor MEX RE-NE-NY-LI LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
    on behalf of Debtor MEX RE-NW-MN LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
    on behalf of Debtor MEX RE-SW-LA LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
    on behalf of Debtor MEX RE-NE LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
    on behalf of Debtor MEX RE-SW-AR LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
    on behalf of Debtor MEX RE-NW-MO LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
    on behalf of Debtor Mountain Express Oil Company bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
    on behalf of Debtor MEX RE-SE-TN LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Bradley Clay Knapp
    on behalf of Creditor Phillips 66 Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Brandon Bell
    on behalf of Creditor McLane Company  Inc. bbell@hunton.com

Brandon Eric Benoit
    on behalf of Creditor Goose Creek Consolidate Independent School District and Lee College District bbenoit@rsg-llp.com
    tax@rsg-llp.com,ejuarez@rsg-llp.com

Brent Strickland
    on behalf of Creditor CITGO Petroleum Corporation bstrickland@wtplaw.com

Bruce J Ruzinsky
    on behalf of Creditor ExxonMobil Oil Corporation bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Charles R Gibbs
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors crgibbs@mwe.com
    dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com

Christopher Dylla
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cdylla@oag.texas.gov,
    Sherri.Simpson@oag.texas.gov

Christopher M Staine
    on behalf of Creditor ADA Coca-Cola Bottling Company christopher.staine@crowedunlevy.com
    ecf@crowedunlevy.com;elisa.weaver@crowedunlevy.com;sarah.prince@crowedunlevy.com

Christopher M Staine
    on behalf of Creditor Pepsi-Cola Bottling Co. of McAlester  Inc. christopher.staine@crowedunlevy.com,
    ecf@crowedunlevy.com;elisa.weaver@crowedunlevy.com;sarah.prince@crowedunlevy.com

Christopher M Staine
    on behalf of Creditor Ada Coca-Cola Bottling Company christopher.staine@crowedunlevy.com
    ecf@crowedunlevy.com;elisa.weaver@crowedunlevy.com;sarah.prince@crowedunlevy.com

Christopher R Kaup
    on behalf of Creditor Mesa Valley Housing Associates  LP crk@tblaw.com, mburns@tblaw.com

David D Ferguson
    on behalf of Creditor KeyBank National Association dferguson@polsinelli.com

David R Gibson
    on behalf of Creditor Samnosh  LLC david.gibson@gibsonlawgroup.com

Deborah Daywood Williamson
    on behalf of Creditor Valero Marketing and Supply Company dwilliamson@dykema.com  maraiza@dykema.com

Diane Wade Sanders
    on behalf of Creditor Rio Grande City Grulla ISD austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor City Of McAllen austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor Starr County austin.bankruptcy@publicans.com

Diane Wade Sanders
    on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

District/off: 0541-4                              User: ADIuser                                  Page 7 of 13
Date Rcvd: Apr 25, 2023                      Form ID: pdf002                              Total Noticed: 42

Diane Wade Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Donald L Turbyfill
    on behalf of Creditor Ford Motor Credit Company LLC dturbyfill@dntlaw.com jody@dntlaw.com;janie@dntlaw.com

Erin Elizabeth Jones
    on behalf of Interested Party Christopher R/ Murray erin@jonesmurray.com 8597346420@filings.docketbird.com

Evan Gershbein
    on behalf of Other Prof. Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com ecfpleadings@kccllc.com

Fareed I Kaisani
    on behalf of Creditor My Mother Inc. fkaisani@pcrfirm.com lmarczak@pcrfirm.com;mmartinez@pcrfirm.com

Fareed I Kaisani
    on behalf of Creditor TWP1 USA LLC fkaisani@pcrfirm.com lmarczak@pcrfirm.com;mmartinez@pcrfirm.com

Fareed I Kaisani
    on behalf of Creditor Royal Stores LLC fkaisani@pcrfirm.com lmarczak@pcrfirm.com;mmartinez@pcrfirm.com

Fareed I Kaisani
    on behalf of Creditor Royal Exxon Investment Ltd. Co. fkaisani@pcrfirm.com lmarczak@pcrfirm.com;mmartinez@pcrfirm.com

Fareed I Kaisani
    on behalf of Creditor Raj Marathon LLC fkaisani@pcrfirm.com lmarczak@pcrfirm.com;mmartinez@pcrfirm.com

Hiram A Gutierrez
    on behalf of Creditor Weslaco ISD and City of Weslaco edinburgbankruptcy@pbfcm.com

J. Alexandra Rhim
    on behalf of Creditor Realty Income Corporation arhim@hrhlaw.com

James Edward Rossow, Jr
    on behalf of Creditor CAM-PL Cokeville LLC jim@rubin-levin.net mralph@rubin-levin.net

James Edward Rossow, Jr
    on behalf of Creditor CAM-PL Kansas City LLC jim@rubin-levin.net mralph@rubin-levin.net

James Edward Rossow, Jr
    on behalf of Creditor CAM-PL Cedar Rapids LLC jim@rubin-levin.net mralph@rubin-levin.net

Jana Smith Whitworth
    on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Jason S Brookner
    on behalf of Creditor ICC MOTOR FUEL I LLC jbrookner@grayreed.com lwebb@grayreed.com

Jayson B. Ruff
    on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey Kurtzman
    on behalf of Creditor Maan Corporation kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
    on behalf of Creditor Fuel On St Mary's LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
    on behalf of Creditor NEPA Ventures LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
    on behalf of Creditor Fuel On Emporium LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
    on behalf of Creditor NEPA Trading & Investments LLC kurtzman@kurtzmansteady.com

Jeremy C. Kleinman
    on behalf of Creditor PepsiCo Inc., PepsiCo Sales, Inc. and Frito-Lay North America, Inc. jkleinman@fgllp.com, csucic@fgllp.com

John F Higgins, IV
    on behalf of Creditor Oak Street Real Estate Capital LLC jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Kendrick Turner
    on behalf of Creditor Tarrant County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor City of Mesquite john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
    on behalf of Creditor Irving ISD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

District/off: 0541-4 | User: ADIuser | Page 8 of 13
Date Rcvd: Apr 25, 2023 | Form ID: pdf002 | Total Noticed: 42

John Kendrick Turner
    on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

Joseph Frank
    on behalf of Creditor PepsiCo Inc., PepsiCo Sales, Inc. and Frito-Lay North America, Inc. jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Joshua Lee Shepherd
    on behalf of Creditor Aftermarket Sales & Consulting LLC jshepherd@qslwm.com, dcruz@qslwm.com

Joshua Lee Shepherd
    on behalf of Creditor LJM5903 Properties LLC jshepherd@qslwm.com, dcruz@qslwm.com

Julie Anne Parsons
    on behalf of Creditor Bowie Central Appraisal District jparsons@mvbalaw.com vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Karl Daniel Burrer
    on behalf of Creditor AFN ABSPROP001 LLC burrerk@gtlaw.com, jamrokg@gtlaw.com,

Kelsey Elizabeth Hodgdon
    on behalf of Creditor KeyBank National Association khodgdon@polsinelli.com tbackus@polsinelli.com;docketing@polsinelli.com

Maegan Quejada
    on behalf of Creditor Hunt Refining Company mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Maegan Quejada
    on behalf of Creditor Pilot Travel Centers LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Marcus Alan Helt
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors mhelt@mwe.com cgreer@mwe.com;marcus-helt-5389@ecf.pacerpro.com

Mark A Craige
    on behalf of Creditor Pepsi-Cola Bottling Co. of McAlester Inc. mark.craige@crowedunlevy.com, lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com

Maxim Boris Litvak
    on behalf of Debtor WHRG TC-NW-KS LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor MEX Fuels NW-MO LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor WHRG TC-NW-MO LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor MEX North Alabama LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor MEX Fuels SE LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor Spartan Tank Management LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor WHRG TC-NW-IA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor MEX Fuels SE-TN LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor West Hill Ranch Group LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor WebsterP L.L.C. mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor WHRG TC-NW-WY LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor MEX Fuels NE-IN LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor MEX Fuels NE-NJ LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak
    on behalf of Debtor Webster P II L.L.C. mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

District/off: 0541-4 | User: ADIuser | Page 9 of 13
Date Rcvd: Apr 25, 2023 | Form ID: pdf002 | Total Noticed: 42

| | |
|---|---|
| | on behalf of Debtor Alabama Terminal Property  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels SE-GA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels NW-IA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor WHRG-LA2  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor WHRG TC-NW-ND LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels NE-NY LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor Mississippi MEX Company  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor WHRG TC-NW LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels NE-KY LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor Madison Auto Truck Plaza and Lucky Dollar Casino  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor B&T Petroleum LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor WHRG TC-NE LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor Mountain Express Ethanol Company mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels NW LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor WHRG TC-SE LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor WHRG TC-NE-PA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels NE-OH LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor Consolidated HR Services LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor WHRGOPS NW-WI-NWI LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor WHRG Retail Ops LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels SW-OK LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels SE-MS LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor WHRG TC LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels SW-LA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor Mountain Express Oil Company Southeast  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels NE-IL LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | on behalf of Debtor MEX Fuels NE LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 10 of 13 |
| Date Rcvd: Apr 25, 2023 | Form ID: pdf002 | Total Noticed: 42 |

Melissa E Valdez
    on behalf of Creditor Spring Branch Independent School District  et al mvaldez@pbfcm.com, osonik@pbfcm.com,mvaldez@ecf.courtdrive.com

Melissa E Valdez
    on behalf of Creditor Brazoria County  et al mvaldez@pbfcm.com, osonik@pbfcm.com,mvaldez@ecf.courtdrive.com

Michael Gilmore
    on behalf of Creditor Imperial Capital LLC mgilmore@haywardfirm.com

Michael Gilmore
    on behalf of Creditor Imperial Reliance LLC mgilmore@haywardfirm.com

Michael D Warner
    on behalf of Debtor WHRGOPS SW LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS SW-OK LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS SW-TX-DALLAS LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS SW-TX LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor Mountain Express Oil Company mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS SW-AR-NWAR LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor MEX Fuels SW LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS SW-TX-STX LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor Star Mountain Express  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor Texas MEX Limited Company  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS SW-OK-OKC LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS SW-AR LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael P Cooley
    on behalf of Creditor Spirit SPE Portfolio CA C-Stores  LLC mpcooley@reedsmith.com, Anixon@reedsmith.com;ahinson@reedsmith.com

Michaela Christine Crocker
    on behalf of Creditor Sunoco LLC michaela.crocker@katten.com

Michaela Christine Crocker
    on behalf of Creditor Sunoco Retail  LLC michaela.crocker@katten.com

Michaela Christine Crocker
    on behalf of Creditor Sunoco LP michaela.crocker@katten.com

Michaela Christine Crocker
    on behalf of Creditor Sunoco  Inc. michaela.crocker@katten.com

Nicholas Zugaro
    on behalf of Creditor Valero Marketing and Supply Company NZugaro@dykema.com Twheeler@dykema.com;DocketHOU@dykema.com

Omer F Kuebel, III
    on behalf of Creditor Imperial Trading Company  LLC rkuebel@lockelord.com, Yamille.harrison@lockelord.com

Robert P Franke
    on behalf of Creditor Cross Oil Refining & Marketing bfranke@clarkhill.com  malvarez@clarkhill.com;ahornisher@clarkhill.com

Ronald E Gold
    on behalf of Creditor Marathon Petroleum Company LP rgold@fbtlaw.com awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com

Ronald Gene Steen, Jr
    on behalf of Creditor MVI Facility Services  LLC ronn.steen@thompsonburton.com

Ronald Gene Steen, Jr

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 11 of 13 |
| Date Rcvd: Apr 25, 2023 | Form ID: pdf002 | Total Noticed: 42 |

| | |
|---|---|
| | on behalf of Creditor MVI Field Services LLC ronn.steen@thompsonburton.com |
| Ronald Gene Steen, Jr | |
| | on behalf of Creditor MVI Fuel Services LLC ronn.steen@thompsonburton.com |
| Ronald Lee Turbyfill, Jr | |
| | on behalf of Creditor Ford Motor Credit Company LLC lturbyfill@dntlaw.com janie@dntlaw.com |
| Shari L Heyen | |
| | on behalf of Interested Party First Horizon Bank as Administrative Agent heyens@gtlaw.com, jamrokg@gtlaw.com |
| Simon Richard Mayer | |
| | on behalf of Creditor BFM Enterprises LLC simon.mayer@lockelord.com, Autodocket@lockelord.com |
| Stephen R. Butler | |
| | on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov |
| Steven Kushner | |
| | on behalf of Creditor SASS Petroleum LLC skushner@fellab.com 3221523420@filings.docketbird.com;e-filings@fellab.com;kconklin@fellab.com;legalassistant2@fellab.com |
| Steven N Serajeddini | |
| | on behalf of Creditor Oak Street Real Estate Capital LLC steven.serajeddini@kirkland.com, anne.wallice@kirkland.com;jaimie.fedell@kirkland.com;rachael.bazinski@kirkland.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Steven William Golden | |
| | on behalf of Debtor 1200 Wego LLC sgolden@pszjlaw.com lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 4662 GDD LLC sgolden@pszjlaw.com lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Brothers Petroleum L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 4940 Groom Road L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Brothers Carol Sue LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 2601 Gen. Degaulle LLC sgolden@pszjlaw.com lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 8692 River Road LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Newton Brothers Inc sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 5310 Flannery Road LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 2850 Belle Chasse Hgwy LLC sgolden@pszjlaw.com lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 1227 Veterans LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Avondale Investments L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 13289 Old Hammond Highway LLC sgolden@pszjlaw.com lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Brothers Belle Chasse L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 2698 Barataria Blvd LLC sgolden@pszjlaw.com lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Brothers Stonebridge Inc. sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 4520 Jefferson Highway LLC sgolden@pszjlaw.com lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Brothers I-10 Service Road Inc. sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 9410 Greenwell Springs LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 12 of 13 |
| Date Rcvd: Apr 25, 2023 | Form ID: pdf002 | Total Noticed: 42 |

| | |
|---|---|
| | on behalf of Debtor 4915 Westbank Expwy LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 4115 Airline Hgwy. LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 4408 S. I-10 Service Road LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 2701 Canal Street LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 1600 Manhattan Blvd  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Brothers Terry Parkway  Inc. sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 1308 Jefferson Davis LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 798 Jean Lafitte  L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor South Claiborne Operation LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Avondale Brothers No 128 LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Mountain Express Oil Company sgolden@pszjlaw.com  lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Exxon General Degaulle  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Crowder Brothers  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Jamie Boulevard  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 3049 Loyola Drive LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Gause Operation  L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor 300 Lee Drive LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com |
| Steven William Golden | |
| | on behalf of Debtor Brothers Expressway  Inc. sgolden@pszjlaw.com, lcanty@pszjlaw.com |
| Susan Tran Adams | |
| | on behalf of Creditor Zoom One  LLC stran@ts-llp.com, stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com |
| Tami J Hines | |
| | on behalf of Creditor Stephenson Wholesale Co. Inc. dba Indian Nation Wholesale thines@hallestill.com  tbeams@hallestill.com |
| Tara L Grundemeier | |
| | on behalf of Creditor Texas City ISD houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | |
| | on behalf of Creditor Liberty County houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | |
| | on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | |
| | on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | |
| | on behalf of Creditor Harris County houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | |
| | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |
| William S. Brody | |
| | on behalf of Creditor Bank of Hope wbrody@buchalter.com  dbodkin@buchalter.com;docket@buchalter.com |

District/off: 0541-4 User: ADIuser Page 13 of 13
Date Rcvd: Apr 25, 2023 Form ID: pdf002 Total Noticed: 42
TOTAL: 243