IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered )<br><br>**[Re: Docket No. 295]** |

**NOTICE OF FILING OF (A) AMENDED PROPOSED ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES, SUBLEASES AND RELATED CONTRACTS PURSUANT TO 11 U.S.C. § 365, AND (II) GRANTING RELATED RELIEF, AND (B) CONTINUANCE OF MAY 4, 2023 HEARING**

**PLEASE TAKE NOTICE** that on March 18, 2023, the above-referenced debtors and debtors in possession (the "Debtors") commenced these chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on April 18, 2023, the Debtors filed their *Emergency First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases, Subleases and Related Contracts Pursuant to 11 U.S.C. § 365, and (II) Granting Related Relief* [Docket No. 295] (the "Rejection Motion"), set for hearing on May 4, 2023 at 11:00 a.m. (prevailing Central Time) (the "Rejection Hearing").[2]

**PLEASE TAKE FURTHER NOTICE** that the Rejection Hearing has been continued to **May 25, 2023 at 1:30 p.m.** (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the amended proposed version of the *Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases, Subleases and Related Contracts Pursuant to 11 U.S.C. § 365, and (II) Granting Related Relief* (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the attached Proposed Order against the version of the Proposed Order filed with the Rejection Motion, which modifies the identified Rejected Agreements set forth in Schedule 1 to the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is **205691**.

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Rejection Motion.

1

Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's homepage. The meeting code is "**JudgeJones**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the Hearing. To make your appearance, click the "Electronic Appearance" link on Judge Jones's homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance. All documents filed in this chapter 11 case are available free of charge by visiting www.kccllc.net/mountainexpressoil. Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: May 3, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Michael D. Warner*<br>Michael D. Warner (SBT 00792304)<br>Steven W. Golden (SBT 24099681)<br>440 Louisiana Street, Suite 900<br>Houston, TX 77002<br>Telephone: (713) 691-9385<br>Facsimile:  (713) 691-9407<br>mwarner@pszjlaw.com<br>sgolden@pszjlaw.com<br><br>-and-<br><br>Jeffrey N. Pomerantz (admitted *pro hac vice*)<br>Jeffrey W. Dulberg (admitted *pro hac vice*)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile:  (310) 201-0760<br>jpomerantz@pszjlaw.com<br>jdulberg@pszjlaw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

/s/ Michael D. Warner
Michael D. Warner