# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> MOUNTAIN EXPRESS OIL COMPANY, et al., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-90147 (DRJ) <br><br> (Jointly Administered) |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES, SUBLEASES AND OTHER CONTRACTS PURSUANT TO 11 U.S.C. § 365, AND (II) GRANTING RELATED RELIEF**

(Related Docket No. 295)

Upon consideration of the first omnibus motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject those unexpired leases and subleases (the "Rejected Agreements") set forth in **Exhibit 1** hereto; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**, as set forth herein.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2. The Rejected Agreements listed on **Exhibit 1** attached hereto are deemed rejected effective as of the date of entry of this Order.

3. Within three (3) business days after entry of this Order, the Debtors will serve this Order on the counterparties to each Rejected Agreement.

4. Notwithstanding the possible applicability of Rules 6004(g), 7062, or 9014 of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court shall retain exclusive jurisdiction and power with respect to all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

Dated: _____, 2023

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1-A**

(*Rejected Agreements – Leases and Subleases*)

*Listed in Alphabetical Order by State and City*

| Store No. | Property Location Information | | | | Contract Counterparty(ies)[1] | Debtor Entity | Contract Title[2] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| 551 | 3259 Alabama Hwy 157 | Cullman | AL | 35058 | VAULT CS 3259 CULLMAN LLC | MEX NORTH ALABAMA LLC | LEASE AGREEMENT | Lease |
| 551 | 3259 Alabama Hwy 157 | Cullman | AL | 35058 | SAMU2018, INC., MAMINDRA KARKI | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 561 | 200 Governors Drive | Huntsville | AL | 35801 | VAULT CS GOVERNORS | MEX NORTH ALABAMA LLC | LEASE AGREEMENT | Lease |
| 561 | 200 Governors Drive | Huntsville | AL | 35801 | ZOOM ONE LLC, SALIM SADHUBHAI VIRANI | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 560 | 8000 (a/k/a 8150) Whitesburg Drive S. | Huntsville | AL | 35802 | VAULT CS WHITESBURG LLC | MEX NORTH ALABAMA LLC | LEASE AGREEMENT | Lease |
| 560 | 8000 (a/k/a 8150) Whitesburg Drive S. | Huntsville | AL | 35802 | EMPIRE 1 INC., HELAL MOHAMED NAGI ALFAQEH | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 557 | 8500 Old Madison Pk. | Huntsville | AL | 35758 | VAULT CS MADISON PK. LLC | MEX NORTH ALABAMA LLC | LEASE AGREEMENT | Lease |
| 557 | 8500 Old Madison Pk. | Huntsville | AL | 35758 | MADISON FOOD MART, INC., EMAN ALGUMAI | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 567 | 21 Cherry Street (a/k/a 7454 Hwy 19)[3] | Vina | AL | 35593 | VAULT CS VINA LLC | MEX NORTH ALABAMA, LLC | LEASE AGREEMENT | Lease |
| 675 | 3631 Hwy 367 S. | Searcy | AR | 72143 | VAULT CS 3631 HWY 367 LLC | MOUNTAIN EXPRESS OIL COMPANY | LEASE AGREEMENT | Lease |

---

[1]   In certain instances, identified contract counterparties may be predecessors in interest to current contract counterparties. *See* Docket No. 293.

[2]   Any and all amendments, supplements, restatements, extensions, and other modifications of each agreement listed herein are incorporated by this reference, whether or not they are expressly listed below.

[3]   The premises located at 21 Cherry Street (a/k/a 7454 Hwy 19), Vina, AL 35593 suffered a casualty loss, and there is no sublease applicable to this location.

DOCS_NY:47433.2 58614/00247433.4 58614/002

| Store No. | Property Location Information | | | | Contract Counterparty(ies)[1] | Debtor Entity | Contract Title[2] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| 675 | 3631 Hwy 367 S. | Searcy | AR | 72143 | KARMA ALLIANCE LLC<br>MOHSIN VIRANI<br>ASIF VALANI<br>HYDER K. LALANI<br>SAMAYA ENTERPRISES LLC<br>SAMSHU MERCHANT | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 528 | 2155 Buford Dam Rd. | Buford | GA | 30518 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 528 | 2155 Buford Dam Rd. | Buford | GA | 30518 | 2155 BUFORD DAM LLC, BANTIKUMAR RAMANLAL THAKKAR | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL REAL ESTATE LEASE CONTRACT | Sublease |
| 181 | 2380 Peachtree Industrial Blvd. | Buford | GA | 30518 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 181 | 2380 Peachtree Industrial Blvd. | Buford | GA | 30518 | AA FUELS LLC, AND KAZI WADUD | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 153 | 2619 Holly Springs Pkway | Canton | GA | 30115 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 153 | 2619 Holly Springs Pkway | Canton | GA | 30115 | HOLLY KWIK MART INC.<br>TANISHA DAMANI<br>BHAVESH N SHAH | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 413 | 1801 Sigman Rd NW | Conyers | GA | 30012 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 413 | 1801 Sigman Rd NW | Conyers | GA | 30012 | 1801 SIGMAN LLC, NAVEEN KUMAR KOTHA, SIGMAN CAPITAL LLC, LINDEN MICHAEL AULT | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 359 | 9123 US-278 | Covington | GA | 30014 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE | Lease |

| Store No. | Property Location Information | | | | Contract Counterparty(ies)[1] | Debtor Entity | Contract Title[2] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| | | | | | | EXPRESS OIL COMPANY | AGREEMENT | |
| 359 | 9123 US-278 | Covington | GA | 30014 | COVINGTON FRIENDS LLC, AMIN MADHANI, SHAHEED SIRAJ MOTANI | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 271 | 4150 Hwy 19 | Dahlonega | GA | 30533 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 271 | 4150 Hwy 19 | Dahlonega | GA | 30533 | OPEN COUNT, LLC SONIKA AHLUWALIA TUSHAR PATEL ASPEN GOLD LLC | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL REAL ESTATE CONTRACT | Sublease |
| 457 | 1431 Bowman Hwy | Elberton | GA | 30635-3905 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 457 | 1431 Bowman Hwy | Elberton | GA | 30635-3905 | ~~S~~JTG ~~&G~~ PAWAR LLC | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL REAL ESTATE CONTRACT | Sublease |
| 289 | 4209 Jonesboro Rd. | Forest Park | GA | 30297 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 289 | 4209 Jonesboro Rd. | Forest Park | GA | 30297 | AKAS USA LLC SARMAN MAPCHHAN | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 486 | 4700 Jonesboro Rd. | Forest Park | GA | 30297 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 486 | 4700 Jonesboro Rd. | Forest Park | GA | 30297 | NABEEL GROUP OF COMPANIES | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL REAL ESTATE LEASE CONTRACT | Sublease |

| Store No. | Property Location Information | | | | Contract Counterparty(ies)[1] | Debtor Entity | Contract Title[2] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| 366 | 10355 Tara Blvd | Jonesboro | GA | 30014 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 366 | 10355 Tara Blvd | Jonesboro | GA | 30014 | SMART BUSINESS VENTURES, INC. | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL REAL ESTATE CONTRACT | Sublease |
| 606 | 10801 E. Veterans Memorial Hwy | Lithia Springs | GA | 30122 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 606 | 10801 E. Veterans Memorial Hwy | Lithia Springs | GA | 30122 | LITHIA KWIK MART INC. KARIM FEROZALI KESHWANI BHAVESH SHAH | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 374 | 3229 Bankhead Hwy | Lithia Springs | GA | 30122 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 374 | 3229 Bankhead Hwy | Lithia Springs | GA | 30122 | MASELA SPRINGS, INC., NUR LAILI SHOIM, HAGIAO THI NGUYEN | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 405 | 780 Conyers Rd. | Loganville | GA | 30052 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 405 | 780 Conyers Rd. | Loganville | GA | 30052 | LOGANVILLE VENTURES LLC, ADNANALI MAKHANI | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 497 | 1105 Gray Hwy | Macon | GA | 31211 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |

| Store No. | Property Location Information | | | | Contract Counterparty(ies)[1] | Debtor Entity | Contract Title[2] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| 497 | 1105 Gray Hwy | Macon | GA | 31211 | RIYZAH LLC, ZOHRA ARIF AMLANI MAYANKN PANDYA | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL REAL ESTATE LEASE CONTRACT | Sublease |
| 415 | 3705 Irwinton Rd | Macon | GA | 31217 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 415 | 3705 Irwinton Rd | Macon | GA | 31217 | FASYNC LLC, MUHAMMAD NADEEM AHMAD | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL REAL ESTATE CONTRACT | Sublease |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | RYSHA MEDLOCK INC. HARSHAD JERAM RIYAZ KHETANI | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 183 | 336 Hwy 138 SW, Suite A | Riverdale | GA | 30274 | VAULT CS 336 HWY 138 LLC, | MOUNTAIN EXPRESS OIL COMPANY | LEASE AGREEMENT | Lease |
| 183 | 336 Hwy 138 SW, Suite A | Riverdale | GA | 30274 | ~~TONY ENTERPRISES USA INC/ TAHIR N KHAN~~SHAMIR LALANI | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 498 | 2355 Scenic Hwy | Snellville | GA | 30078 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 498 | 2355 Scenic Hwy | Snellville | GA | 30078 | SIDDHI VINAYAK CAPITAL LLC, SHAILESH KRISHNALAL SHAH | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL REAL ESTATE LEASE CONTRACT | Sublease |
| 485 | 4606 E. Fairview Rd. SW | Stockbridge | GA | 30281 | ARG ME19PCK001 LLC | MOUNTAIN EXPRESS OIL COMPANY | MASTER LEASE AGREEMENT | Lease |
| 485 | 4606 E. Fairview Rd. SW | Stockbridge | GA | 30281 | SHEIKH'S LLC, IRAM M MAHMOOD | MOUNTAIN EXPRESS OIL | COMMERCIAL LEASE | Sublease |

| Store No. | Property Location Information | | | | Contract Counterparty(ies)[1] | Debtor Entity | Contract Title[2] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| | | | | | | COMPANY | | |
| 190 | 12499 Hwy 27 | Summerville | GA | 30747 | VAULT CS SUMMERVILLE LLC | MOUNTAIN EXPRESS OIL COMPANY | LEASE AGREEMENT | Lease |
| 190 | 12499 Hwy 27 | Summerville | GA | 30747 | GOLDEN YORK LLC ANKIT KIRITBHAI PATEL | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 220 | 6425 Bells Ferry Rd. | Woodstock | GA | 30189 | VAULT CS 6425 BELLS FERRY LLC | MOUNTAIN EXPRESS OIL COMPANY | LEASE AGREEMENT | Lease |
| 220 | 6425 Bells Ferry Rd. | Woodstock | GA | 30189 | KHALEDA FANCY M.D. FAZUL HOQUE | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 514 | 5270 E. Hwy 83 | Rio Grande City | TX | 78582 | VAULT RS RIO GRANDE LLC | TEXAS MEX LIMITED COMPANY LLC | LEASE AGREEMENT | Lease |
| 514 | 5270 E. Hwy 83 | Rio Grande City | TX | 78582 | ~~AZMAN MOSANI; MOSANI INVESTMENTS, INC.; AND NEW PASADENA INVESTMENTS, INC~~ NAWAZ SAYANI, IQBAL NASAR, AND ALI SHAHZAD | ~~TEXAS MEX LIMITED~~ MOUNTAIN EXPRESS OIL COMPANY ~~LLC~~ | COMMERCIAL LEASE | Sublease |

**Exhibit 1-B**

(*Rejected Agreements – Related Agreements*)

*Listed in Alphabetical Order by State and City*

| Store No. | Property Location Information | | | | Contract Counterparty(ies) | Debtor Entity | Contract Title[1] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| 181 | 2380 Peachtree Industrial Blvd. | Buford | GA | 30518 | THE DAWG HOUSE BURGERS AND MORE LLC, AND MICHAEL SETH SAMUELS | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 181 | 2380 Peachtree Industrial Blvd. | Buford | GA | 30518 | THE DAWG HOUSE BURGERS AND MORE LLC, AND MICHAEL SETH SAMUELS | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 181 | 2380 Peachtree Industrial Blvd. | Buford | GA | 30518 | THE DAWG HOUSE SEAFOOD COMPANY, AND MICHAEL SAMUELS | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 181 | 2380 Peachtree Industrial Blvd. | Buford | GA | 30518 | THE DAWG HOUSE BURGERS AND MORE LLC, AND MICHAEL SETH SAMUELS | MOUNTAIN EXPRESS OIL COMPANY | ACKNOWLEDGEMENT LETTER | Miscellaneous |
| 181 | 2380 Peachtree Industrial Blvd. | Buford | GA | 30518 | STATE BANK AND TRUST COMPANY | MOUNTAIN EXPRESS OIL COMPANY | EQUIPMENT FINANCE AGREEMENT | Equipment Agreement |

---

[1] Any and all amendments, supplements, restatements, extensions, and other modifications of each agreement listed herein are incorporated by this reference, whether or not they are expressly listed below.

DOCS_NY:47433.2 58614/00247433.4 58614/002

| Store No. | Property Location Information | | | | Contract Counterparty(ies) | Debtor Entity | Contract Title[1] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| | | | | | D/B/A PATRIOT CAPITAL | | | |
| ~~153~~359 | ~~2619 Holly Springs Pkway~~9123 US-278 | ~~Canton~~Covington | GA | ~~30115~~30014 | ~~MOHAMMAD K. ALI AND SARAH M. ALI~~ROLLING ROCK VAPOR III LLC | MOUNTAIN EXPRESS OIL COMPANY | AMENDED AND EXTENDED COMMERCIAL REAL ESTATE LEASE CONTRACT | Sublease |
| ~~413~~ | ~~1801 Sigman Rd NW~~ | ~~Conyers~~ | ~~GA~~ | ~~30012~~ | ~~S&B INVESTMENTS INC, AND MD OSMAN~~ | ~~MOUNTAIN EXPRESS OIL COMPANY~~ | ~~COMMERCIAL LEASE~~ | ~~Sublease~~ |
| ~~359~~ | ~~9123 US-278~~ | ~~Covington~~ | ~~GA~~ | ~~30014~~ | ~~ASCENTIUM~~ | ~~MOUNTAIN EXPRESS OIL COMPANY~~ | ~~EQUIPMENT FINANCE AGREEMENT~~ | ~~Equipment Agreement~~ |
| 359 | 9123 US-278 | Covington | GA | 30014 | TITLEMAX OF GEORGIA, INC | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| ~~271~~ | ~~4150 Hwy 19~~ | ~~Dahlonega~~ | ~~GA~~ | ~~30533~~ | ~~ASCENTIUM CAPITAL LLC~~ | ~~MOUNTAIN EXPRESS OIL COMPANY~~ | ~~EQUIPMENT FINANCE AGREEMENT~~ | ~~Equipment Agreement~~ |
| ~~457~~ | ~~1431 Bowman Hwy~~ | ~~Elberton~~ | ~~GA~~ | ~~30635-3905~~ | ~~PATRIOT CAPITAL~~ | ~~MOUNTAIN EXPRESS OIL COMPANY~~ | ~~EQUIPMENT FINANCE AGREEMENT~~ | ~~Equipment Agreement~~ |
| ~~289~~ | ~~4209 Jonesboro Rd.~~ | ~~Forest Park~~ | ~~GA~~ | ~~30297~~ | ~~ASCENTIUM CAPITAL LLC~~ | ~~MOUNTAIN EXPRESS OIL COMPANY~~ | ~~EQUIPMENT FINANCE AGREEMENT~~ | ~~Equipment Agreement~~ |
| 486 | 4700 Jonesboro Rd. | Forest Park | GA | 30297 | STATE BANK AND TRUST COMPANY D/B/A PATRIOT CAPITAL | MOUNTAIN EXPRESS OIL COMPANY | EQUIPMENT FINANCE AGREEMENT | Equipment Agreement |
| ~~405~~ | ~~3229 Bankhead Hwy~~ | ~~Lithia Springs~~ | ~~GA~~ | ~~30122~~ | ~~INDIRA TRIPHATHI~~ | ~~MOUNTAIN EXPRESS OIL~~ | ~~COMMERCIAL REAL ESTATE AGREEMENT~~ | ~~Sublease~~ |

| Store No. | Property Location Information | | | | Contract Counterparty(ies) | Debtor Entity | Contract Title[1] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| | | | | | | ~~COMPANY~~ | | |
| 497 | 1105 Gray Hwy | Macon | GA | 31211 | STATE BANK AND TRUST COMPANY D/B/A PATRIOT CAPITAL | MOUNTAIN EXPRESS OIL COMPANY | EQUIPMENT FINANCE AGREEMENT | Equipment Agreement |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | SOUTHEAST FITNESS GROUP LLC | MOUNTAIN EXPRESS OIL COMPANY | AMENDED AND RESTATED COMMERCIAL LEASE | Sublease |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | SABRINA ALANIS | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | OR AFLALO | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | HA NGOC LE PHAM d/b/a HAIR CREATIONS, AND HA NGOC LE PHAM | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | 1804 LLC, AND YOUBE PIERRE-LOUIS | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | 1804 CARIBBEAN ~~FOOD DEPOT~~ LLC, AND YOUBE PIERRE-LOUIS | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | ALLSOUTH ATHLETICS LLC | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | GIL'S INVESTMENTS | MEX RE-SE-GA LLC | COMMERCIAL LEASE | Sublease |

| Store No. | Property Location Information | | | | Contract Counterparty(ies) | Debtor Entity | Contract Title[1] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| | | | | | OF ATL, LLC, AND PABLO G VICENS | | | |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | KUAN ZUAN ZHENG | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 183 | 336 Hwy 138 SW, Suite A | Riverdale | GA | 30274 | TD 88 LLC, AND MINTAN YANG | MOUNTAIN EXPRESS OIL COMPANY | COMMERCIAL LEASE | Sublease |
| 485 | 4606 E. Fairview Rd. SW | Stockbridge | GA | 30281 | STATE BANK AND TRUST COMPANY D/B/A PATRIOT CAPITAL | MOUNTAIN EXPRESS OIL COMPANY | EQUIPMENT FINANCE AGREEMENT | Equipment Agreement |
| ~~220~~ | ~~6425 Bells Ferry Rd.~~ | ~~Woodstock~~ | ~~GA~~ | ~~30189~~ | ~~PEPSI-COLA ADVERTISING AND MARKETING~~ | ~~MOUNTAIN EXPRESS OIL COMPANY~~ | ~~PRIMARY CUSTOMER DEVELOPMENT AGREEMENT~~ | ~~Beverage Supply Agreement~~ |
| 220 | 6425 Bells Ferry Rd. | Woodstock | GA | 30189 | EL TACO LOCO, LLC, AND JOSE LUIS LOPEZ | MEX RE-SE-GA LLC | COMMERCIAL LEASE | Sublease |
| 514 | 5270 E. Hwy 83 | Rio Grande City | TX | 78582 | SPARTAN NUTRITION LLC, AND CYNTHIA RAMIREZ | MEX RE-SW-TX LLC | COMMERCIAL LEASE | Sublease |
| ~~514~~ | ~~5270 E. Hwy 83~~ | ~~Rio Grande City~~ | ~~TX~~ | ~~78582~~ | ~~NAWAZ SAYANI, IQBAL NASAR, AND ALI SHAHZAD~~ | ~~MOUNTAIN EXPRESS OIL COMPANY~~ | ~~COMMERCIAL LEASE~~ | ~~Sublease~~ |
| ~~514~~ | ~~5270 E. Hwy 83~~ | ~~Rio Grande City~~ | ~~TX~~ | ~~78582~~ | ~~WEST HILL RANCH GROUP LLC~~ | ~~MOUNTAIN EXPRESS OIL COMPANY~~ | ~~COMMERCIAL LEASE~~ | ~~Sublease~~ |

Document comparison by Workshare Compare on Wednesday, May 3, 2023 5:34:12 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://DOCS_NY/47433/2 |
| Description | DOCS_NY-#47433-v2-MEX_-_Exhibit_to_AR_Global_Motion |
| Document 2 ID | PowerDocs://DOCS_NY/47433/4 |
| Description | DOCS_NY-#47433-v4-MEX_-_Exhibit_to_AR_Global_Motion |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|

|  | Count |
|---|---:|
| Insertions | 63 |
| Deletions | 105 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 168 |