United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 11, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90147 |
| MOUNTAIN EXPRESS OIL COMPANY, | § | CHAPTER 11 |
| | § | David R. Jones |
| Debtors. | § | Jointly Administered |

**ORDER**
(Docket No. 384)

The Court has reviewed the Committee's motion to compel the production of documents from First Horizon Bank ("First Horizon") and to extend the Challenge Date (Docket No. 384) and First Horizon's objection (Docket No. 390). After due consideration, it is

**ORDERED THAT:**

1.      First Horizon shall produce all non-privileged responsive documents no later than 5:00 p.m. (Central time) on Friday, May 12, 2023.

2.      Except for privilege, all objections are waived.

3.      All documents received by the Committee shall be kept confidential and viewed only by the Committee's professionals pending further order.

4.      The parties shall jointly contact the Court's case manager to obtain a mutually convenient setting for a hearing to consider the Committee's request to extend the Challenge Date and to discuss appropriate limitations on confidentiality.

    **SIGNED: May 11, 2023.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**