IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MOUNTAIN EXPRESS OIL COMPANY, et al., | ) ) ) | Case No. 23-90147 (DRJ) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Ashley M. Raddatz, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On May 8, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Lugenbuhl Wheaton Peck Rankin & Hubbard as Special Litigation Counsel to the Debtors Effective as of April 7, 2023** [Docket No. 376]

- **Certificate of No Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of March 18, 2023** [Docket No. 378]

- **Certificate of Counsel to Debtors' Application for Authority to (I) Employ and Retain FTI Consulting, Inc., (II) Designate Michael Healy to Serve as Chief Restructuring Officer, and (III) Provide Additional Personnel for Debtors** [Docket No. 379]

- **Certificate of Counsel to Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses** [Docket No. 380]

- **Certificate of Counsel to Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business** [Docket No. 381]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

Furthermore, on May 8, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Certificate of Counsel to Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business** [Docket No. 381]

Dated: May 12, 2023

*/s/ Ashley M. Raddatz*
Ashley M. Raddatz
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

Exhibit A
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alabama Dept of Environmental Mgmt | Alabama Dept of Environmental Mgmt | Office of General Counsel | ogcmail@adem.alabama.gov |
| Counsel for Lance & Nancy Ratto 2007 Revocable Trust | Andrews Myers, P.C. | T. Josh Judd | jjudd@andrewsmyers.com |
| Counsel for The Necessity Retail REIT Inc. | ArentFox Schiff LLP | Andrew I. Silfen, Beth M. Brownstein | andrew.silfen@afslaw.com; beth.brownstein@afslaw.com |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arizona Dept of Environmental Quality | Arizona Dept of Environmental Quality | | slade.edwin@azdeq.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Counsel to The Texas Comptroller of Public Accounts, Revenue Accounting Division | Attorney General's Office - Bankruptcy & Collections Div | Christopher J. Dylla, Assistant AG | Christopher.Dylla@oag.texas.gov |
| Counsel to Turjo Wadud | Berger Singerman LLP | Paul Singerman, Esq. | singerman@bergersingerman.com |
| Counsel for Bank of Hope | Buchalter, A Professional Corporation | William S. Brody | wbrody@buchalter.com |
| Bureau of Safety and Environmental Enforcement | Bureau of Safety and Environmental Enforcement | | karla.marshall@bsee.gov |
| Secured Party | Cary Oil Co., Inc. | | info@caryoil.com |
| Counsel to HF Sinclair Refining & Marketing, LLC, Sinclair Oil LLC, & Cross Oil Refining & Marketing | Clark Hill PLC | Robert P. Franke, Andrew G. Edson, Audrey L. Hornisher | bfranke@clarkhill.com; aedson@clarkhill.com; ahornisher@clarkhill.com |
| Creditors Committee | Coca-Cola Bottling Company United, Inc. | Stephen Wood | stephenwood@ccbcu.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Colorado Dept of Health & Environment | Colorado Dept of Health & Environment | | cdphe.information@state.co.us |
| Counsel for Pepsi-Cola Bottling Co. of McAlester, Inc., & Ada Coca-Cola Bottling Company | Crowe & Dunlevy, A Professional Corporation | Christopher M. Staine | christopher.staine@crowedunlevy.com |
| Counsel for Pepsi-Cola Bottling Co. of McAlester, Inc. | Crowe & Dunlevy, A Professional Corporation | Mark A. Craige | mark.craige@crowedunlevy.com |
| Department of Conservation | Department of Conservation | | calgem_webmaster@conservation.ca.gov |
| Counsel to Ford Motor Credit Company LLC | Devlin, Naylor & Turbyfill, P.L.L.C. | Donald L. Turbyfill, R. Lee Turbyfill | dturbyfill@dntlaw.com; lturbyfill@dntlaw.com |
| Counsel for Duckland, LLC | Duckland, LLC | c/o Corey E. Dunbar, Esq. | cdunbar@pivachlaw.com |
| Counsel to Valero Marketing and Supply Company | Dykema Gossett, PLLC | Deborah Williamson | Dwilliamson@dykema.com |
| Counsel to Valero Marketing and Supply Company | Dykema Gossett, PLLC | Nichols Zugaro | Nzugaro@dykema.com |
| Regional EPA for Region 8 | Environmental Protection Agency | | r8eisc@epa.gov |
| Regional EPA for Region 9 | Environmental Protection Agency | | r9.info@epa.gov |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | | customer@ferc.gov |
| Counsel to SASS Petroleum LLC | Fellows LaBriola LLP | Steven M. Kushner, Esq. | skushner@fellab.com |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Florida Dept of Environmental Protection | Florida Dept of Environmental Protection | | Public.Services@FloridaDEP.gov |
| Counsel for Marathon Petroleum Company, LP | Frost Brown Todd LLP | Ronald E. Gold, Esq | rgold@fbtlaw.com |
| Counsel for Marathon Petroleum Company, LP | Frost Brown Todd LLP | Ronald E. Gold, Esq | rgold@fbtlaw.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Counsel to ICC Motor Fuel I LLC | Gray Reed | Jason S. Brookner, Micheal W. Bishop | jbrookner@grayreed.com; mbishop@grayreed.com |
| Counsel for AFN ABSPROP001 LLC | Greenberg Traurig, LLP | Cara Kelly | Cara.Kelly@gtlaw.com |
| Counsel to First Horizon & AR Global (Prepetition Lenders & Agent) | Greenberg Traurig, LLP | John Elrod, Steven Rosenwasser | elrodj@gtlaw.com; Steven.Rosenwasser@gtlaw.com |
| Counsel for AFN ABSPROP001 LLC, Creditors Committee | Greenberg Traurig, LLP | Karl D. Burrer | BurrerK@gtlaw.com |
| Counsel to First Horizon Bank | Greenberg Traurig, LLP | Shari L. Heyen | Shari.Heyen@gtlaw.com |
| Counsel to ICC Motor Fuel I LLC | Greensfelder, Hemker & Gale, P.C. | Randall F. Scherck | rscherck@greensfelder.com |
| Counsel to City of Mesquite | Grimes & Linebarger, LLP | John K. Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Stephenson Wholesale Co., Inc. dba Indian Nation Wholesale, Imperial Capital, LLC, BRVictory1, LLC and BRVictory2, LLC, Imperial Reliance, LLC, and Joy Ricky, LLC, RVictory1, LLC, and RVictory2, LLC | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | Tami J. Hines, Larry G. Ball | thines@hallestill.com; lball@hallestill.com |

Exhibit A
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Realty Income Corporation | Hemar, Rousso & Heald, LLP | J. Alexandra Rhim | arhim@hrhlaw.com |
| Counsel for McLane Company, Inc. | Hunton Andrews Kurth LLP | Brandon Bell | bbell@HuntonAK.com |
| Counsel for McLane Company, Inc. | Hunton Andrews Kurth LLP | Gregory G. Hesse | ghesse@HuntonAK.com |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Illinois Environmental Protection Agency | Illinois Environmental Protection Agency | | EPA.ContactUs@illinois.gov |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Counsel to ExxonMobil Oil Corporation | Jackson Walker L.L.P. | Bruce J. Ruzinsky | bruzinsky@jw.com |
| Counsel to Christopher R. Murray, Chapter 7 Trustee for the bankruptcy estate of First Coast Energy TX LLC | Jones Murray LLP | Erin Jones | erin@jonesmurray.com |
| Counsel to Sunoco, Inc., Sunoco Retail, LLC, Sunoco LLC, and Sunoco LP | Katten Muchin Rosenman LLP | John E. Mitchell, Michaela C. Crocker, Yelena E. Archiyan | john.mitchell@katten.com; michaela.crocker@katten.com; Yelena.archiyan@katten.com |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Kentucky Dept for Environmental Protection | Kentucky Dept for Environmental Protection | | envhelp@ky.gov |
| Counsel to Oak Street Real Estate Capital, LLC | Kirkland & Ellis LLP | Benjamin Kurtz, David Rosenberg, Ashley L. Surinak | benjamin.kurtz@kirkland.com; david.rosenberg@kirkland.com; ashley.surinak@kirkland.com |
| Counsel to Oak Street Real Estate Capital, LLC | Kirkland & Ellis LLP | Steven Serajeddini, P.C., Joshua Greenblatt, P.C. | steven.serajeddini@kirkland.com; josh.greenblatt@kirkland.com |
| Counsel for NEPA Ventures LLC, Fuel On Emporium LLC, Fuel On St Mary's, LLC, NEPA Trading & Investments LLC and Maan Corporation | Kurtzman Steady, LLC | Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Counsel to Rio Grande City Grulla ISD, Cameron County, Starr County, Hidalgo County, City of Mcallen | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Counsel to Dallas County, Tarrant County, Irving ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Harris County, Fort Bend County, Texas City ISD, Jefferson County, Liberty County, Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel for Phillips 66 Company | Locke Lord LLP | Bradley C. Knapp | bknapp@lockelord.com |
| Counsel for Imperial Trading Company, LLC | Locke Lord LLP | Jason M. Cerise | jcerise@lockelord.com |
| Counsel for Phillips 66 Company, Imperial Trading Company, LLC | Locke Lord LLP | Omer F. Kuebel, III | rkuebel@lockelord.com |
| Counsel for Phillips 66 Company | Locke Lord LLP | Philip G. Eisenberg | peisenberg@lockelord.com |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Louisiana Dept of Environmental Quality | Louisiana Dept of Environmental Quality | | webmaster-deq@la.gov |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Maryland Dept of the Environment | Maryland Dept of the Environment | | mde.webmaster@maryland.gov |
| Counsel for Bowie Central Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | jparsons@mvbalaw.com |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery LLP | Charles R. Gibbs, Marcus A. Helt, Jane A. Gerber | crgibbs@mwe.com; mhelt@mwe.com; jagerber@mwe.com |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery LLP | Maris J. Kandestin | mkandestin@mwe.com |
| Creditors Committee | McGuire Woods | John H. Maddock, III | jmaddock@mcguirewoods.com |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Michigan Dept of Environmental Quality | Michigan Dept of Environmental Quality | Constitution Hall | EGLE-Assist@Michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Minnesota Pollution Control Agency | Minnesota Pollution Control Agency | | info.pca@state.mn.us |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Missouri Dept of Natural Resources | Missouri Dept of Natural Resources | Division of Environmental Quality | contact@dnr.mo.gov |
| National Institute of Standards and Technology | National Institute of Standards and Technology | | owm@nist.gov |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| Nebraska Department of Environment & Energy | Nebraska Department of Environment & Energy | | ndee.moreinfo@nebraska.gov; ndeq.moreinfo@nebraska.gov |

Exhibit A
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Carolina Dept of Environment & Natl Resources | North Carolina Dept of Environment & Natl Resources | | lisa.tolley@ncdenr.gov; marty.wiggins@ncdenr.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| North Dakota Department of Health | North Dakota Department of Health | Department of Environmental Quality | deq@nd.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Ohio Environmental Protection Agency | Ohio Environmental Protection Agency | | web.requests@epa.ohio.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oklahoma County Treasurer | Oklahoma County Treasurer | Tammy Jones | tammy.jones@oklahomacounty.org |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Pennsylvania Dept of Environmental Protection | Pennsylvania Dept of Environmental Protection | Bureau of Waste Management | ra-hazwaste@pa.gov |
| Counsel for Weslaco ISD, City of Weslaco | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| Counsel to Spring Branch ISD, Friendswood ISD, Sante Fe ISD, Fort Bend ISD, Alief ISD, Clear Creek ISD, Brazoria County, Port Freeport, Brazoria Drainage District # 4, Brazoria County Emergency Services District # 3, Special Road and Bridge District, Alvin ISD, City of Alvin, Alvin Community College District, Brazoria County Conservation and Reclamation District # 3, Brazoria County Emergency Services District # 4, Brazosport ISD, City of Clute, Brazosport College amd Velasco Drainage District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Melissa E. Valdez | mvaldez@pbfcm.com |
| Counsel For My Mother Inc., TWP1 USA LLC, Raj Marathon LLC, Royal Stores LLC, Royal Exxon Investment Ltd. Co. | Platt Cheema Richmond PLLC | Fareed Kaisani, William S. Richmond, Robert A. Hawkins | fkaisani@pcrfirm.com; brichmond@pcrfirm.com; bhawkins@pcrfirm.com |
| Counsel to Oak Street Real Estate Capital, LLC | Porter Hedges LLP | John F. Higgins, Megan N. Young-John | jhiggins@porterhedges.com; myoung-john@porterhedges.com |
| Counsel for Aftermarket Sales & Consulting, LLC and LJM5903 Properties, LLC | Quilling, Selander, Lownds, Winslett & Moser, P.C. | Joshua L. Shepherd | jshepherd@qslwm.com |
| Counsel to Spirit SPE Portfolio CA C-Stores, LLC | Reed Smith LLP | Keith M. Aurzada, Michael P. Cooley | kaurzada@reedsmith.com; mpcooley@reedsmith.com |
| SEC Regional Office | Securities & Exchange Commission | Fort Worth Regional Office | dfw@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Counsel for Hunt Refining Company, Pilot Travel Centers LLC, and each of their affiliates | Sidley Austin LLP | Duston K. McFaul, Maegan Quejada | dmcfaul@sidley.com; mquejada@sidley.com |
| Counsel for Hunt Refining Company, Pilot Travel Centers LLC, and each of their affiliates | Sidley Austin LLP | Robert Velevis, Chelsea McManus | rvelevis@sidley.com; cmcmanus@sidley.com |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| South Carolina Dept of Health & Environment | South Carolina Dept of Health & Environment | | info@dhec.sc.gov |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Texas State EPA Agency | Texas Commission on Environmental Quality | Office of the Commissioner | info@tceq.texas.gov |
| Texas Commission on Environmental Quality | Texas Commission on Environmental Quality | | info@tceq.texas.gov |
| Counsel for Samnosh, LLC | The Gibson Law Group, P.C. | David R. Gibson, Reagan R. Herod | david.gibson@gibsonlawgroup.com; reagan.herod@gibsonlawgroup.com |
| Creditors Committee | The Necessity Retail REIT, Inc. | Michael Anderson, General Counsel | Manderson@ar-global.com |
| Counsel for Mesa Valley Housing Associated Limited Partnership | Tiffany & Bosco, P.A. | Christopher R. Kaup, Emily S. Fann | CRK@tblaw.com; ESF@tblaw.com |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | steve.butler@ag.tn.gov |
| Top Creditor, Creditors Committee | Total Image Solutions, LLC | Jason Dawson | vasignguy@hotmail.com; jason@totalimagesolutions.com |
| Counsel to Zoom One, LLC, Creditor | Tran Singh LLP | Susan Tran Adams, Brendon Singh, Mayur Patel | stran@ts-llp.com; bsingh@ts-llp.com; mpatel@ts-llp.com |
| United States Attorney Office for the Southern District of Texas | US Attorney, Southern District of Texas | | usatxs.bankruptcy@usdoj.gov |
| Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Houston Division) | Jayson B. Ruff, Jana Smith Whitworth | jayson.b.ruff@usdoj.gov; jana.whitworth@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | uag@utah.gov |
| Utah Dept of Environmental Quality | Utah Dept of Environmental Quality | | deqinfo@utah.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Counsel for CITGO Petroleum Corporation | Whiteford, Taylor & Preston LLC | Stephen B Gerald, Esq. | sgerald@wtplaw.com |
| Counsel for CITGO Petroleum Corporation | Whiteford, Taylor & Preston LLP | Brent C. Strickland, Esq. | bstrickland@wtplaw.com |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |

# Exhibit B

Exhibit B
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | Phoenix | AZ | 85005-6123 |
| Arkansas Dept Environmental Protection | Arkansas Dept Environmental Protection | Arkansas Department of Environmental Quality | 5301 Northshore Drive | | North Little Rock | AR | 72118-5317 |
| Secured Party | BancorpSouth Bank | | PO Box 14100 | | Monroe | LA | 71207 |
| Secured Party | Bank of Hope | | 3200 Wilshire Blvd., Suite 1400 | | Los Angeles | CA | 90010 |
| Secured Party | BB&T Commercial Equipment Capital | | 2 Great Valley Parkway | Suite 300 | Malvern | PA | 19355 |
| Secured Party | Blue Owl | | 399 Park Avenue, 37th FL | | New York | NY | 10022 |
| Bureau of Land Management | Bureau of Land Management | Oil & Gas Program | 1849 C Street NW | | Washington | DC | 20240 |
| Secured Party | Cadence Bank, NA | | 1349 W Peachtree St NW Ste 100 | | Atlanta | GA | 30309-2919 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 |
| California Environmental Protection Agency | California Environmental Protection Agency | Headquarters Building | 1001 I Street | P.O. Box 2815 | Sacramento | CA | 95814 |
| Secured Party | Cary Oil Co., Inc. | | 110 MacKenan Drive | Suite 300 | Cary | NC | 27511 |
| Secured Party | CT Corporation System, Representative | | 330 N. Brand Blvd. Ste 700 | Attn SPRD | Glendale | CA | 91203 |
| Counsel for Duckland, LLC | Duckland, LLC | c/o Corey E. Dunbar, Esq. | Pivach, Pivach, Thriffiley & Dunbar, LLC | 8311 Highway 23, Suite 104 | Belle Chasse | LA | 70037 |
| Energy & Commerce Committee | Energy & Commerce Committee | | 2125 Rayburn House Office Building | | Washington | DC | 20515 |
| Energy and Natural Resources Committee Office | Energy and Natural Resources Committee Office | | 304 Dirksen Senate Building | | Washington | DC | 20510 |
| Regional EPA for Region 1 | Environmental Protection Agency | | 5 Post Office Square | Suite 100 | Boston | MA | 02109-3912 |
| Regional EPA for Region 2 | Environmental Protection Agency | | 290 Broadway | | New York | NY | 10007-1866 |
| Regional EPA for Region 3 | Environmental Protection Agency | | Four Penn Center | 1600 JFK Blvd. | Philadelphia | PA | 19103-2029 |
| Regional EPA for Region 4 | Environmental Protection Agency | | Atlanta Federal Center | 61 Forsyth Street SW | Atlanta | GA | 30303-3104 |
| Regional EPA for Region 5 | Environmental Protection Agency | | 77 West Jackson Blvd. | | Chicago | IL | 60604-3507 |
| Regional EPA for Region 6 | Environmental Protection Agency | | 1201 Elm Street Suite 500 | | Dallas | TX | 75270 |
| Regional EPA for Region 7 | Environmental Protection Agency | | 11201 Renner Blvd | | Lenexa | KS | 66219 |
| Regional EPA for Region 10 | Environmental Protection Agency | | 1200 Sixth Ave | Suite 155 | Seattle | WA | 98101 |
| Secured Party | ExxonMobil Corp. | | 3225 Gallows Road | | Fairfax | VA | 22037 |
| Secured Party | First Commonwealth Equipment Finance | | A Div. of First Commonwealth Bank | 200 Berwyn Park, Ste 310 | Berwyn | PA | 19312 |
| Georgia Department of Natural Resources | Georgia Department of Natural Resources | Environmental Protection Division | 2 Martin Luther King Jr Drive, SE | Suite 1456 - East Tower | Atlanta | GA | 30334 |
| Counsel to City of Mesquite | Grimes & Linebarger, LLP | John K. Turner | 120 W. Main, Suite 201 | | Mesquite | TX | 75149 |
| Secured Party | Hancock Whitney Bank | | PO Box 211269 | | Montgomery | AL | 36121 |
| Secured Party | IberiaBank, as Administrative Agent | | 11 East Greenway Plaza | Suite 2700 | Houston | TX | 77046 |
| Indiana Dept of Environmental Mgmt | Indiana Dept of Environmental Mgmt | Office of Legal Counsel | 100 North Senate Ave | | Indianapolis | IN | 46204-2251 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Iowa Dept of Natural Resources | Iowa Dept of Natural Resources | | Wallace State Office Building | 502 East 9th Street, 4th Floor | Des Moines | IA | 50319-0034 |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | Topeka | KS | 66612-1597 |
| Kansas Dept of Health and Environment | Kansas Dept of Health and Environment | | Charles Curtis State Office Building | 1000 SW Jackson | Topeka | KS | 66612 |
| Counsel to Rio Grande City Grulla ISD, Cameron County, Starr County, Hidalgo County, City of Mcallen | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | PO Box 17428 | | Austin | TX | 78760-7428 |
| Counsel to Dallas County, Tarrant County, Irving ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 |

In re Mountain Express Oil Company, et al.
Case No. 23-91047 (DRJ)

Page 1 of 2

Exhibit B
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to Harris County, Fort Bend County, Texas City ISD, Jefferson County, Liberty County, Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | PO Box 3064 | | Houston | TX | 77253-3064 |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Mississippi Dept of Environmental Quality | Mississippi Dept of Environmental Quality | Legal Division | 515 E. Amite St | | Jackson | MS | 39201 |
| Secured Party | MoneyGram Payment Systems Inc. | | 1550 Utica Ave. South | Suite 100 | Minneapolis | MN | 55416 |
| Secured Party | Navitas Credit Corp. | | 201 Executive Center Drive | Suite 100 | Columbia | SC | 29210 |
| Secured Party | NEPA Trading & Investments, LLC | | Fuel on St. Mary's LLC | 100 N. Wilkes Barre Blvd., Ste 322 | Wilkes Barre | PA | 18702 |
| Nevada Dept of Conservation & Natural Resources | Nevada Dept of Conservation & Natural Resources | Division of Environmental Protection | 901 S. Stewart St Suite 1003 | | Carson City | NV | 89701-5249 |
| New Jersey Dept of Environmental Protection | New Jersey Dept of Environmental Protection | | 401 East State St. | | Trenton | NJ | 08625 |
| New Mexico Environment Dept | New Mexico Environment Dept | | Harold Runnels Building | 1190 St Francis Drive Suite N4050 | Santa Fe | NM | 87505 |
| New York Dept of Environmental Conservation | New York Dept of Environmental Conservation | | 625 Broadway | | Albany | NY | 12233-0001 |
| Oak Street | Oak Street, a Division of Blue Owl | Michael Reiter, Jared Sheiker, Stash Rowley | 399 Park Avenue, 37th Flr. | | New York | NY | 10022 |
| Oklahoma Corporation Commission | Oklahoma Corporation Commission | Oil & Gas Division | 2101 North Lincoln Blvd | | Oklahoma City | OK | 73105 |
| Oklahoma Dept of Environmental Quality | Oklahoma Dept of Environmental Quality | | PO Box 1677 | | Oklahoma City | OK | 73101-1677 |
| Secured Party | Pinnacle Bank | | P.O. Box 430 | | Elberton | GA | 30635 |
| Counsel for Goose Creek Consolidated Independent School District and Lee College District | Reid, Strickland & Gillette, L.L.P. | Brandon E. Benoit | PO Box 809 | | Baytown | TX | 77522-0809 |
| Secured Party | Sinclair Oil LLC | | 550 E. South Temple | | Salt Lake City | UT | 84102 |
| Secured Party | South State Bank | | 1101 First St South, Suite 202 | | Winter Haven | FL | 33880 |
| Secured Party | Sumitomo Mitsui Finance and Leasing Co., Ltd. | | 666 Third Avenue | 8th Floor | New York | NY | 10017 |
| Secured Party | Synovus Bank | | 1148 Broadway | | Columbus | GA | 31901 |
| Secured Party | TCF National Bank | | 1110 Wayzata Blvd. | Suite 801 | Minnetonka | MN | 55305 |
| Tennessee Dept of Environment & Conservation | Tennessee Dept of Environment & Conservation | | 312 Rosa L. Parks Ave | Tenessee Tower 2nd Floor | Nashville | TN | 37243 |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Secured Party | United Community Bank | | HWY 515 | PO Box 398 | Blairsville | GA | 30514 |
| US Department of Energy | US Department of Energy | | 1000 Independence Ave SW | | Washington | DC | 20585 |
| EPA Headquarters | USEPA William Jefferson Clinton Building | | 1200 Pennsylvania Ave NW | | Washington | DC | 20004 |
| Virginia Dept of Environmental Quality | Virginia Dept of Environmental Quality | | 1111 East Main Street, Suite 1400 | | Richmond | VA | 23219 |
| Wisconsin Dept of Natural Resources | Wisconsin Dept of Natural Resources | | 101 S Webster Street | PO Box 7921 | Madison | WI | 53707-7921 |

In re Mountain Express Oil Company, et al.
Case No. 23-91047 (DRJ)

Page 2 of 2

# Exhibit C

**Exhibit C**
**Ordinary Course Professionals Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Accel IP Law, PLLC | Stephen D. Milbrath | smilbrath@acceliplaw.com |
| BDO USA LLP | Charles A. Henderson IV | chenderson@bdo.com |
| Bondurant Mixson & Elmore LLP | Ronan P. Doherty | doherty@bmelaw.com |
| Crowley Fleck | Trevor A. Hunter | thunter@crowleyfleck.com |
| GableGotwals | Nicholas V. Merkley | nmerkley@gablelaw.com |
| Leonard L. Levenson & Associates | Leonard Levenson | lenlawyer@aol.com |
| Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | Benjamin Kadden | bkadden@lawla.com |
| Parker Poe Adams & Bernstein, LLP | Christian F. Torgrimson | christiantorgrimson@parkerpoe.com |
| Robison, Curphey & OConnell | Jeff Smith | jsmith@rcolaw.com |
| Young Moore and Henderson, P.A. | Walter E. Brock, Jr. | Walter.Brock@youngmoorelaw.com |

# Exhibit D

**Exhibit D**
**Ordinary Course Professionals Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Accel IP Law, PLLC | Stephen D. Milbrath | 1137 Edgewater Dr. | | Orlando | FL | 32804 |
| Allison U. Rovira, Attorney at Law | Allison Rovira | 730 North Street | | Baton Rouge | LA | 70821 |
| BDO USA LLP | Charles A. Henderson IV | 1100 Peachtree Street NE, Suite 700 | | Atlanta | GA | 30309 |
| BDO USA LLP | | 2929 Allen Parkway | 20th Floor | Houston | TX | 77019-7100 |
| Bondurant Mixson & Elmore LLP | Ronan P. Doherty | 3900 One Atlantic Center | 1201 West Peachtree Street NW | Atlanta | GA | 30339 |
| Burkhalter Law | | 900 Circle 75 Pkwy | Suite 950 | Atlanta | GA | 30339 |
| Canero Lammers Fadul Acevedo, PLLC | | 1101 Brickell Ave | South Tower, Suite 700 | Miami | FL | 33131 |
| Crowley Fleck | Trevor A. Hunter | 511 W 19th Street, Suite 100 | | Cheyenne | WY | 82001 |
| Crowley Fleck | | 490 N 31st St. #500 | | Billings | MT | 59101 |
| David M. DeClement, Esq., Attorney at Law | David M. DeClement | 221 Grandview Avenue | | Pitman | NJ | 08071 |
| Declement, David M. | | PO Box 217 | | Pitman | NJ | 08071 |
| Gable Gotwals | | 110 N Elgin Ave | Ste 200 | Tulsa | OK | 74120 |
| GableGotwals | Nicholas V. Merkley | 499 W. Sheridan Avenue | Suite 2200 | Oklahoma City | OK | 73102 |
| Grant Thornton, LLP | | 700 Milam St | Suite 300 | Houston | TX | 77002 |
| James T Johnston, Jr | | 900 Circle 75 Parkway | Suite 1125 | Atlanta | GA | 30339 |
| James T. Johnston, Jr., LLC | James T. Johnson, Jr. | 900 Circle 75 Parkway, SE | Suite 1735 | Atlanta | GA | 30339 |
| Leonard L. Levenson & Associates | Leonard Levenson | 650 Poydras Street | Suite 2750 | New Orleans | LA | 70130 |
| Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | Benjamin Kadden | 601 Pydras Street | Suite 2775 | New Orleans | LA | 70103 |
| McCormick Landry Munoz, PLLC | Andrew McCormick | 4950 Bissonnet Street | Suite A | Bellaire | TX | 77401 |
| Nichols, Cauley & Associates, LLC | | 1825 Barrett Lakes Blvd | Suite 200 | Kennesaw | GA | 30144 |
| Parker Poe Adams & Bernstein, LLP | Christian F. Torgrimson | 1075 Peachtree Street N.E. | Suite 1500 | Atlanta | GA | 30309 |
| Robison, Curphey & OConnell | Jeff Smith | 433 N. Summit St., Four SeaGate | Ninth Floor | Toledo | OH | 43604 |
| Wimberley, Lawson, Steckel, Schneider | | 3400 Peachtree Rd NE | Suite 400 | Atlanta | GA | 30326-1107 |
| Young Moore and Henderson, P.A. | Walter E. Brock, Jr. | 3101 Glenwood Ave. | Ste 200 | Raleigh | NC | 27612 |

In re Mountain Express Oil Company, et al.
Case No. 23-90147 (DRJ)

Page 1 of 1