United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered) |

**ORDER (I) EXTENDING TIME TO FILE (A) SCHEDULES OF ASSETS AND LIABILITIES, (B) SCHEDULES OF CURRENT INCOME AND EXPENDITURES, (C) SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (D) STATEMENTS OF FINANCIAL AFFAIRS, AND (E) BANKRUPTCY RULE 2015.3 REPORTS, AND (II) GRANTING RELATED RELIEF**

(Related Docket No. 363)

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), authorizing the Debtors to (a) extend the deadline to file the Schedules and Statements and 2015.3 Reports and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**, to the extent set forth herein.

2. The time within which the Debtors must file the Schedules and Statements is extended to and including June 19, 2023, without prejudice to the Debtors' right to seek additional extensions.

3. The time within which the Debtors must file the 2015.3 Reports is extended to and including June 19, 2023, without prejudice to the Debtors' ability to request additional extensions. The Debtors reserve the rights to file a motion with the Court seeking a modification of the reporting for cause.

4. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and Bankruptcy Local Rules are satisfied by such notice.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

8. This Court retains exclusive jurisdiction and power with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  May 12, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 23-90147-drj
Mountain Express Oil Company   Chapter 11
Official Committee Of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 4
Date Rcvd: May 12, 2023      Form ID: pdf002      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mountain Express Oil Company, 3650 Mansell Road, Suite 250, Alpharetta, GA 30022-7200 |
| cr | + | AFN ABSPROP001, LLC, c/o Karl D. Burrer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Aftermarket Sales & Consulting, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| intp | + | Christopher R/ Murray, 602 Sawyer St., Suite 400, Houston, Tx 77007-7510 |
| cr | + | City of Mesquite, Grimes & Linebarger, LLP, 120 W. Main Suite 201, Mesquite, TX 75149-4224 |
| cr | + | ExxonMobil Oil Corporation, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| intp | + | First Horizon Bank, as Administrative Agent, c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Fuel On Emporium LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | Fuel On St Mary's LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | GSS Holdings LA, LLC and Sukhranjan Multani, Kean Miller LLP, 711 Louisiana St., Suite 1800, South Tower, Houston, TX 77002 UNITED STATES 77002-2832 |
| cr | | Goose Creek Consolidate Independent School Distric, c/o Reid Strickland & Gillette LLP, PO Box 809, Baytown, TX 77522-0809 |
| cr | + | Imperial Capital LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Reliance LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Trading Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | LJM5903 Properties, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | Maan Corporation, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | Marathon Petroleum Company LP, c/o Ronald E. Gold, Frost Brown Todd LLP, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Mesa Valley Housing Associates, LP, Tiffany & Bosco, PA, c/o Christopher R. Kaup, 2525 E Camelback Rd #700, Phoenix, AZ 85016-9240 |
| cr | + | NEPA Trading & Investments LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | NEPA Ventures LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A Margate, NJ 08402-1195 |
| cr | + | Oklahoma County Treasurer, c/o Tammy Jones, 320 Ribert S. Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | + | Phillips 66 Company, PO Box 421959, Houston, TX 77242-1959 |
| cr | + | Realty Income Corporation, Hemar, Rousso & Heald, c/o J. Alexandra Rhim, 15910 Ventura Blvd., 12th Fl, Encino, CA 91436 UNITED STATES 91436-2802 |
| cr | + | SASS Petroleum LLC, c/o Fellows LaBriola LLP, 233 Peachtree Street NE, Ste. 2400, Atlanta, GA 30303-1509 |
| cr | + | Samnosh, LLC, The Gibson Law Group, 15400 Knoll Trail Drive, Suite 205, Dallas, TX 75248, UNITED STATES 75248-3465 |
| cr | + | Weslaco ISD and City of Weslaco, c/o Hiram Gutierrez, 2805 Fountain Plaza Blvd., Suite B, Edinburg, Tx 78539-8031 |
| cr | + | Zoom One, LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: tleday@mvbalaw.com | | |
| | | | May 12 2023 19:55:00 | Bowie Central Appraisal District, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269., Round Rock, TX 78680-1269 |
| cr | + | Email/Text: fileroom@rubin-levin.net | | |
| | | | May 12 2023 19:56:00 | CAM-PL Cedar Rapids LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, |

| District/off: 0541-4 | User: ADIuser | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: pdf002 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: fileroom@rubin-levin.net | May 12 2023 19:56:00 | CAM-PL Cokeville LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | + | Email/Text: fileroom@rubin-levin.net | May 12 2023 19:56:00 | CAM-PL Kansas City LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | May 12 2023 19:56:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K Turner, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 12 2023 19:56:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | May 12 2023 19:56:00 | Fuel On Emporium LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | May 12 2023 19:56:00 | Fuel On St Mary's LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | | Email/Text: brnotices@dor.ga.gov | May 12 2023 19:56:00 | Georgia Department of Revenue, 1800 Century Boulevard, NE, Atlanta, GA 30345 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 12 2023 19:56:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 12 2023 19:56:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | May 12 2023 19:56:00 | Irving ISD, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 12 2023 19:56:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 12 2023 19:56:00 | Liberty County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | May 12 2023 19:56:00 | Maan Corporation, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | May 12 2023 19:56:00 | NEPA Trading & Investments LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | May 12 2023 19:56:00 | NEPA Ventures LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: tammy.jones@oklahomacounty.org | May 12 2023 19:56:00 | Oklahoma County Treasurer, c/o Tammy Jones, 320 Ribert S. Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | May 12 2023 19:55:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | May 12 2023 19:56:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 12 2023 19:56:00 | Texas City ISD, Linebarger Goggan Blair & |

| District/off: 0541-4 | User: ADIuser | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: pdf002 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| cr | | ^ MEBN | | Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| | | | May 12 2023 19:50:31 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ADA Coca-Cola Bottling Company |
| cr | | AFN ABSPROP001, LLC |
| cr | | ARG E19PCK001, LLC |
| cr | | ARG MESMOAR001, LLC |
| cr | | ARG MEVNAAL001, LLC |
| cr | | Ada Coca-Cola Bottling Company |
| cr | | BFM Enterprises, LLC |
| cr | | BRVictory1, LLC |
| cr | | BRVictory2, LLC |
| cr | | Bank of Hope |
| cr | | Brazoria County, et al |
| cr | | CITGO Petroleum Corporation |
| cr | | Cameron County |
| cr | | City Of McAllen |
| cr | | Cross Oil Refining & Marketing |
| cr | | Duckland, LLC |
| cr | | Ford Motor Credit Company LLC |
| cr | | Fowler Property Investment LP |
| cr | | HF Sinclair Refining & Marketing, LLC and Sinclair |
| cr | | Hidalgo County |
| cr | | Hunt Refining Company |
| cr | | ICC MOTOR FUEL I LLC |
| cr | | Joy Ricky, LLC |
| cr | | KeyBank National Association |
| op | | Kurtzman Carson Consultants LLC |
| cr | | Lance & Nancy Ratto 2007 Revocable Trust |
| cr | | MVI Facility Services, LLC |
| cr | | MVI Field Services, LLC |
| cr | | MVI Fuel Services, LLC |
| cr | | McLane Company, Inc. |
| cr | | My Mother Inc. |
| cr | | Oak Street Real Estate Capital, LLC |
| crcm | | Official Committee Of Unsecured Creditors |
| cr | | Pepsi-Cola Bottling Co. of McAlester, Inc. |
| cr | | PepsiCo, Inc., PepsiCo Sales, Inc. and Frito-Lay N |
| cr | | Pilot Travel Centers LLC |
| cr | | RVictory1, LLC |
| cr | | RVictory2, LLC |
| cr | | Raj Marathon LLC |
| cr | | Rio Grande City Grulla ISD |
| cr | | Royal Exxon Investment Ltd. Co. |
| cr | | Royal Stores LLC |
| cr | | Spirit SPE Portfolio CA C-Stores, LLC |
| cr | | Spring Branch Independent School District, et al |
| cr | | Starr County |
| cr | | Stephenson Wholesale Co. Inc. dba Indian Nation Wh |
| cr | | Sunoco LLC |
| cr | | Sunoco LP |
| cr | | Sunoco Retail, LLC |
| cr | | Sunoco, Inc. |

| District/off: 0541-4 | User: ADIuser | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: pdf002 | Total Noticed: 43 |

| cr | TWP1 USA LLC |
|---|---|
| cr | The Necessity Retail REIT Inc. |
| cr | Valero Marketing and Supply Company |

TOTAL: 53 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023        Signature:        /s/Gustava Winters