**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| MOUNTAIN EXPRESS OIL COMPANY, et al., | Case No. 23-90127 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF FILING OF ADDITIONAL PROFESSIONAL TO BE**
**EMPLOYED BY THE DEBTORS IN THE ORDINARY COURSE OF BUSINESS**

**PLEASE TAKE NOTICE** that on April 28, 2023, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Amended Motion for Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [Docket No. 343] (the "Motion"), seeking authority to employ and retain professionals (the "Ordinary Course Professionals") employed by the Debtors in the ordinary course of business as well as certain procedures in connection therewith.  On May 15, 2023, this Court entered the *Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [Docket No. 407] (the "OCP Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the procedures described in the Motion and OCP Order, the Debtors hereby provide notice of proposed retention of the following Tier 1 Ordinary Course Professional:

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

**Additional Tier 2 Ordinary Course Professional**

| OCP Name | Service |
|---|---|
| GableGotwals | Legal |

Dated: May 18, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael D. Warner*
Michael D. Warner (SBT 00792304)
Steven W. Golden (SBT 24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
sgolden@pszjlaw.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Jeffrey W. Dulberg (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
jpomerantz@pszjlaw.com
jdulberg@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

### Certificate of Service

I certify that on May 18 2023, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Michael D. Warner*
Michael D. Warner