**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOUNTAIN EXPRESS OIL COMPANY, et al., | ) | Case No. 23-90147 (DRJ) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| _____ | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**BY LOOPER GOODWINE P.C. AS ATTORNEYS**
**FOR AMYNTA SURETY SOLUTIONS**

**PLEASE TAKE NOTICE** that the undersigned law firm, Looper Goodwine P.C., hereby appears in the above-captioned case on behalf of Amynta Surety Solutions ("Amynta"), a creditor and a party-in-interest in the above-captioned bankruptcy case, pursuant to Sections 102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007, 9008, 9010(b), 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests that copies of all notices given or required to be given in this case and all papers served or required to be served in this case be transmitted to:

Paul J. Goodwine
pgoodwine@loopergoodwine.com
**LOOPER GOODWINE P.C.**
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 503 – 1500
Facsimile: (504) 503-1501

Lindsey M. Johnson
ljohnson@loopergoodwine.com
**LOOPER GOODWINE P.C.**
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 503 – 1500
Facsimile: (504) 503-1501

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109 of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

Rules and the Bankruptcy Code provisions specified above, but also includes without any limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to this case and any other proceedings herein which affect or seek to affect, in any way, the debtors or property or proceeds in which the debtors may claim or have an interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice is not intended to be, and shall not constitute, consent by Amynta to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, or core jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Amynta is, or may be, entitled under agreements, in law or in equity, are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be added to any official service list for notice of all contested matters, adversary proceedings or any other proceedings in this case.

Dated: May 18, 2023.

Respectfully Submitted,

**LOOPER GOODWINE P.C.**

*/s/ Lindsey M. Johnson*
Paul J. Goodwine (La. Bar No. 23757)
SDTX Federal ID No. 437800
Lindsey M. Johnson (La. Bar No. 34610)
SDTX Federal ID No. 2127344
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 503-1500
Facsimile: (504) 503-1501
Email: pgoodwine@loopergoodwine.com
Email: ljohnson@loopergoodwine.com

***Attorneys for Amynta Surety Solutions***

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2023, a true and correct copy of the foregoing document was served via this Court's CM/ECF system on all parties having consented to such electronic service in this case.

*/s/ Lindsey M. Johnson*
Lindsey M. Johnson