IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered)<br><br>**[Re: Docket Nos. 283, 288 and 295]** |

**NOTICE OF (I) AMENDED MAY 25, 2023 HEARING TIME AND (II) CONTINUED HEARING REGARDING DEBTORS' EMERGENCY FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES, SUBLEASES AND RELATED CONTRACTS PURSUANT TO 11 U.S.C. § 365, AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on March 18, 2023, the above-referenced debtors and debtors in possession (the "Debtors") commenced these chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on April 14, 2023, the Debtors filed their *Motion for Entry of Order (I) Ratifying the Appointment of Independent Directors Effective as of the Petition Date; and (II) Authorizing the Payment of Director Fees* [Docket No. 283] (the "Independent Director Motion").

**PLEASE TAKE FURTHER NOTICE** that on April 14, 2023, the Debtors filed the *Application for Entry of an Order (I) Authorizing the Employment and Retention of Raymond James & Associates, Inc. as Investment Banker for the Debtors, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 288] (the "RJ Retention Application").

**PLEASE TAKE FURTHER NOTICE** that on April 14, 2023, the Debtors filed the *Notice of Hearing Regarding: (A) Debtors' Motion for Entry of Order (I) Ratifying the Appointment of Independent Directors Effective as of the Petition Date; and (II) Authorizing the Payment of Director Fees; and (B) Application for Entry of an Order (I) Authorizing the Employment and Retention of Raymond James & Associates, Inc. as Investment Banker for the Debtors, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 397] (the "Hearing Notice"). The Hearing Notice indicated that the hearing on the Independent Director Motion and RJ Retention Application was scheduled for May 25, 2023 at 1:30 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the time of the hearing on the Independent Director Motion and RJ Retention Application has been rescheduled to **May 25, 2023 at 1:00 p.m.**

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

1

(prevailing Central Time) in Courtroom 400, 4th Floor, 515 Rusk, Houston, Texas 77002. Parties may participate in this hearing in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that on April 18, 2023, the Debtors filed their *Debtors' Emergency First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases, Subleases and Related Contracts Pursuant to 11 U.S.C. § 365, and (II) Granting Related Relief* [Docket No. 295] (the "Rejection Motion"). The Rejection Motion indicated that the hearing on the Rejection Motion was set on April 27, 2023 at 11:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that on April 26, 2023 the Debtors filed the *Notice of Continuance of: (A) Debtors' Emergency First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases, Subleases and Related Contracts Pursuant to 11 U.S.C. § 365, and (II) Granting Related Relief, and (B) Cancellation of Final Cash Management Hearing* [Docket No. 338] continuing the Rejection Motion to May 4, 2023 at 11:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that on May 3, 2023, the Debtors filed the *Notice of Filing of (A) Amended Proposed Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases, Subleases and Related Contracts Pursuant to 11 U.S.C. § 365, and (II) Granting Related Relief, and (B) Continuance of May 4, 2023 Hearing* [Docket No. 360] further continuing the Rejection Motion to May 25, 2023 at 1:30 p.m.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Rejection Motion has been further continued to **June 14, 2023 at 2:00 p.m.** (prevailing Central Time) in Courtroom 400, 4th Floor, 515 Rusk, Houston, Texas 77002. Parties may participate in this hearing in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is **205691**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's homepage. The meeting code is "**JudgeJones**." Click the settings icon in the upper right corner and enter your name under the personal information setting.

[*Remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the Hearing. To make your appearance, click the "Electronic Appearance" link on Judge Jones's homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance. All documents filed in this chapter 11 case are available free of charge by visiting www.kccllc.net/mountainexpressoil. Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: May 23, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Michael D. Warner*
Michael D. Warner (SBT 00792304)
Steven W. Golden (SBT 24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile:  (713) 691-9407
mwarner@pszjlaw.com
sgolden@pszjlaw.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Jeffrey W. Dulberg (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
jpomerantz@pszjlaw.com
jdulberg@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Michael D. Warner*
Michael D. Warner