UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY<br><br>Debtor. | Chapter 11<br><br>Case No. 23-90147 (DRJ) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Vault CS 100 Service LLC ("**Vault CS**"), hereby appears by its counsel Parkins & Rubio LLP ("**P&R**"). P&R hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and requests that the undersigned be added to the official mailing matrix and service list of all contested matters, adversary and other proceedings in this case. P&R requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of any and all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, complaints, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Vault CS through service upon P&R at the address, telephone, and facsimile numbers set forth below:

**PARKINS & RUBIO LLP**
Lenard M. Parkins
Charles M. Rubio
Parkins & Rubio LLP
Pennzoil Place
700 Milam, Suite 1300
Houston, TX 77002
Phone: 713-715-1660
Fax:    713-715-1669
lparkins@parkinsrubio.com
crubio@parkinsrubio.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case including contested matters and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that P&R consents to ECF and e-mail service.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Vault CS, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Vault CS may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: May 31, 2023 | **PARKINS & RUBIO LLP**<br><br>*/s/ draft*<br>Lenard M. Parkins<br>TX Bar No. 15518200<br>Charles M. Rubio<br>TX Bar No. 24083768<br>Pennzoil Place<br>700 Milam Street, Suite 1300<br>Houston, TX 77002<br>Email: lparkins@parkinsrubio.com<br>         crubio@parkinsrubio.com<br>Phone: 713-715-1660<br>Fax:    713-715-1669<br><br>***Counsel to Vault CS 100 Service LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 31, 2023, a true and correct copy of the foregoing was filed and served to all parties via the ECF notification system of the U.S. Bankruptcy Court Southern District of Texas, Houston Division.

*/s/ Jennifer Cook*
Jennifer Cook