# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered) |

**MONTHLY FEE STATEMENT OF RAYMOND JAMES & ASSOCIATES, INC. FOR THE FINANCING FEE APPROVED PURSUANT TO THE FINAL DIP ORDER**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 408] (the "Compensation Order"), the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507, Bankruptcy Rules 2002, 4001, 6004, and 9014, and Local Rule 4001-1 (I) Authorizing the Debtors to Use Cash Collateral and Obtain Post-Petition Financing, (II) Granting Liens and Providing Super-Priority Administrative Expense Status, (III) Granting Adequate Protection, and (IV) Granting Related Relief* [Docket No. 332] (the "Final DIP Order"),[2] and the *Order (I) Authorizing the Employment and Retention of Raymond James & Associates, Inc. as Investment Banker for the Debtors, Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 457] (the "RJA Retention Order"), Raymond James & Associates, Inc. ("RJA"), investment bankers for the above-captioned debtors and debtors in possession (the "Debtors"), submits this monthly statement of

---

1   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 Cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

2   A capitalized term used but not otherwise defined herein shall have the meaning ascribed to it in the Final DIP Order.

services ("Monthly Fee Statement") rendered in connection with the Financing Fee approved under the Final DIP Order.

I. **Itemization of Services Rendered by RJA:**

A. Pursuant to the RJA Retention Order, RJA is entitled to a Financing Fee equal to $4,190,000.00 in connection with the financing approved pursuant to the Final DIP Order.

B. In addition, Advisory Fees in the amount of $200,000.00 (the "Advisory Fee Credit") are to be credited against the Financing Fee pursuant to section 2(a) of the RJA engagement letter.

II. **Itemization of Disbursements Incurred By Category**

A. The expense disbursements incurred by RJA for this Monthly Fee Statement are as follows:

| Expense Category | Total Expenses |
|---|---|
| Airfare | $1,131.81 |
| Ground Transportation | $3,202.88 |
| Lodging | $ 476.92 |
| Telephone and Data | $ 39.90 |
| Travel and Overtime Meals | $3,562.33 |
| **SubTotal** | **$8,413.84** |
| Less Remaining Prepetition Retainer Balance | ($5,281.21) |
| **Totals** | **$3,132.63** |

An itemized list of expense disbursements is attached hereto as **Exhibit A**.

1. Accordingly, the amount of compensation and expenses payable under this Monthly Fee Statement is **$3,192,000.00** which is calculated as follows:

| | |
|---|---|
| Total Fees for Services Rendered During Statement Period | $4,190,000.00 |
| Advisory Fee Credit | ($200,000.00) |
| Twenty Percent (20%) Holdback | ($798,000.00) |
| Expenses | $   3,132.63 |
| **Total Fees and Expenses Less Holdback** | **$3,195,132.63** |

**WHEREFORE**, pursuant to the Interim Compensation Order, RJA requests payment of compensation in the amount of (i) **$3,192,000.00** (80% of $4,190,000.00 less Advisory Fee Credit) on account of the Financing Fee approved pursuant to the Final DIP Order and RJA Retention Order and (ii) reimbursement of actual and necessary costs and expenses in the amount of **$3,132.63** incurred on behalf of the Debtors by RJA.

| | |
|---|---|
| Dated: June 7, 2023 | **RAYMOND JAMES & ASSOCIATES, INC.** |
| | */s/ Geoffrey Richards* |
| | Geoffrey Richards |
| | 880 Carillon Parkway |
| | St. Petersburg, FL 33716 |
| | Tel. 757-567-1000 |
| | geoffrey.richards@raymondjames.com |
| | |
| | *Investment Banker to the Debtors and Debtors in Possession* |

# EXHIBIT A

Mountain Express Oil Company
23-90147 (DRJ)

**RAYMOND JAMES®**

| Date | Banker Name | External Description | Amount |
|---|---|---|---|
| 3/18/2023 | Kyle Sulkowski | Travel and Overtime Meals | $21.56 |
| 3/18/2023 | Kyle Sulkowski | Travel and Overtime Meals | $14.00 |
| 3/19/2023 | Jake Wainwright | Telephone and Data | $8.00 |
| 3/20/2023 | Geoffrey Richards | Ground Transportation | $26.00 |
| 3/20/2023 | Jake Wainwright | Ground Transportation | $18.14 |
| 3/21/2023 | Frank Yodice | Ground Transportation | $73.18 |
| 3/21/2023 | Jake Wainwright | Ground Transportation | $7.46 |
| 3/21/2023 | Kyle Sulkowski | Travel and Overtime Meals | $29.95 |
| 3/21/2023 | Michael Maceluch | Ground Transportation | $16.63 |
| 3/21/2023 | Michael Maceluch | Travel and Overtime Meals | $20.47 |
| 3/21/2023 | Michael Maceluch | Travel and Overtime Meals | $18.00 |
| 3/21/2023 | Roger Woodman | Ground Transportation | $12.00 |
| 3/22/2023 | Benjamin Brownlow | Travel and Overtime Meals | $37.91 |
| 3/22/2023 | Frank Yodice | Ground Transportation | $56.08 |
| 3/22/2023 | Frank Yodice | Travel and Overtime Meals | $36.88 |
| 3/22/2023 | Geoffrey Richards | Airfare | $35.00 |
| 3/22/2023 | Jake Wainwright | Travel and Overtime Meals | $27.36 |
| 3/22/2023 | Roger Woodman | Travel and Overtime Meals | $598.16 |
| 3/22/2023 | Michael Maceluch | Ground Transportation | $18.83 |
| 3/22/2023 | Michael Maceluch | Travel and Overtime Meals | $16.85 |
| 3/22/2023 | Scott Garfinkel | Airfare | $477.26 |
| 3/23/2023 | Benjamin Brownlow | Travel and Overtime Meals | $37.91 |
| 3/23/2023 | Frank Yodice | Ground Transportation | $65.83 |
| 3/23/2023 | Frank Yodice | Travel and Overtime Meals | $32.07 |
| 3/23/2023 | Jake Wainwright | Ground Transportation | $24.43 |
| 3/23/2023 | Kyle Sulkowski | Travel and Overtime Meals | $20.00 |
| 3/23/2023 | Michael Maceluch | Ground Transportation | $19.79 |
| 3/23/2023 | Scott Garfinkel | Lodging | $45.56 |
| 3/23/2023 | Scott Garfinkel | Lodging | $240.00 |
| 3/23/2023 | Scott Garfinkel | Ground Transportation | $10.86 |
| 3/24/2023 | Benjamin Brownlow | Travel and Overtime Meals | $30.70 |
| 3/24/2023 | Frank Yodice | Ground Transportation | $76.00 |
| 3/24/2023 | Frank Yodice | Travel and Overtime Meals | $36.77 |
| 3/24/2023 | Jake Wainwright | Ground Transportation | $10.03 |
| 3/24/2023 | Michael Maceluch | Travel and Overtime Meals | $16.55 |
| 3/24/2023 | Michael Maceluch | Ground Transportation | $17.51 |
| 3/25/2023 | Michael Maceluch | Travel and Overtime Meals | $26.81 |
| 3/24/2023 | Scott Garfinkel | Ground Transportation | $11.10 |
| 3/24/2023 | Scott Garfinkel | Travel and Overtime Meals | $107.41 |
| 3/24/2023 | Scott Garfinkel | Ground Transportation | $43.64 |
| 3/24/2023 | Scott Garfinkel | Ground Transportation | $55.68 |
| 3/24/2023 | Scott Garfinkel | Ground Transportation | $28.00 |
| 3/25/2023 | Geoffrey Richards | Ground Transportation | $34.28 |
| 3/25/2023 | Geoffrey Richards | Ground Transportation | $150.43 |
| 3/25/2023 | Geoffrey Richards | Ground Transportation | $110.90 |
| 3/25/2023 | Jake Wainwright | Ground Transportation | $12.26 |
| 3/27/2023 | Michael Maceluch | Travel and Overtime Meals | $20.09 |
| 3/28/2023 | Frank Yodice | Travel and Overtime Meals | $35.55 |
| 3/28/2023 | Frank Yodice | Ground Transportation | $81.42 |
| 3/28/2023 | Jake Wainwright | Ground Transportation | $23.63 |
| 3/28/2023 | Jake Wainwright | Airfare | $35.00 |
| 3/28/2023 | Jake Wainwright | Airfare | $35.00 |
| 3/28/2023 | Jake Wainwright | Airfare | $210.70 |
| 3/28/2023 | Jake Wainwright | Airfare | $338.85 |
| 3/28/2023 | Kyle Sulkowski | Travel and Overtime Meals | $29.00 |
| 3/28/2023 | Michael Maceluch | Travel and Overtime Meals | $17.18 |
| 3/28/2023 | Michael Maceluch | Ground Transportation | $15.88 |
| 3/29/2023 | Frank Yodice | Travel and Overtime Meals | $34.01 |
| 3/29/2023 | Frank Yodice | Ground Transportation | $66.04 |
| 3/29/2023 | Jake Wainwright | Ground Transportation | $16.35 |
| 3/29/2023 | Jake Wainwright | Lodging | $30.36 |
| 3/29/2023 | Jake Wainwright | Travel and Overtime Meals | $27.93 |
| 3/29/2023 | Jake Wainwright | Lodging | $161.00 |
| 3/29/2023 | Michael Maceluch | Ground Transportation | $19.63 |
| 3/30/2023 | Benjamin Brownlow | Travel and Overtime Meals | $36.29 |
| 3/30/2023 | Kyle Sulkowski | Travel and Overtime Meals | $21.17 |

Mountain Express Oil Company
23-90147 (DRJ)

**RAYMOND JAMES®**

| Date | Banker Name | External Description | Amount |
|------|-------------|---------------------|--------|
| 3/31/2023 | Frank Yodice | Travel and Overtime Meals | $36.15 |
| 3/31/2023 | Frank Yodice | Ground Transportation | $61.61 |
| 3/31/2023 | Jake Wainwright | Ground Transportation | $54.43 |
| 3/31/2023 | Jake Wainwright | Ground Transportation | $57.72 |
| 3/31/2023 | Jake Wainwright | Ground Transportation | $9.65 |
| 4/3/2023 | Frank Yodice | Travel and Overtime Meals | $20.87 |
| 4/3/2023 | Kyle Sulkowski | Travel and Overtime Meals | $25.54 |
| 4/4/2023 | Kyle Sulkowski | Travel and Overtime Meals | $11.34 |
| 4/4/2023 | Frank Yodice | Travel and Overtime Meals | $29.89 |
| 4/5/2023 | Frank Yodice | Ground Transportation | $71.67 |
| 4/5/2023 | Frank Yodice | Ground Transportation | $12.03 |
| 4/5/2023 | Frank Yodice | Travel and Overtime Meals | $31.90 |
| 4/5/2023 | Kyle Sulkowski | Travel and Overtime Meals | $21.17 |
| 4/6/2023 | Frank Yodice | Ground Transportation | $68.60 |
| 4/7/2023 | Benjamin Brownlow | Travel and Overtime Meals | $37.01 |
| 4/6/2023 | Kyle Sulkowski | Travel and Overtime Meals | $27.93 |
| 4/10/2023 | Kyle Sulkowski | Travel and Overtime Meals | $28.26 |
| 4/11/2023 | Frank Yodice | Travel and Overtime Meals | $33.00 |
| 4/11/2023 | Frank Yodice | Ground Transportation | $53.01 |
| 4/11/2023 | Kyle Sulkowski | Travel and Overtime Meals | $25.54 |
| 4/11/2023 | Michael Maceluch | Ground Transportation | $18.80 |
| 4/11/2023 | Michael Maceluch | Travel and Overtime Meals | $31.08 |
| 4/12/2023 | Frank Yodice | Ground Transportation | $69.40 |
| 4/12/2023 | Frank Yodice | Travel and Overtime Meals | $31.73 |
| 4/12/2023 | Kyle Sulkowski | Travel and Overtime Meals | $19.55 |
| 4/12/2023 | Michael Maceluch | Travel and Overtime Meals | $26.48 |
| 4/10/2023 | Michael Maceluch | Travel and Overtime Meals | $19.35 |
| 4/12/2023 | Michael Maceluch | Ground Transportation | $17.27 |
| 4/12/2023 | Benjamin Brownlow | Travel and Overtime Meals | $34.91 |
| 4/13/2023 | Frank Yodice | Ground Transportation | $75.02 |
| 4/13/2023 | Frank Yodice | Travel and Overtime Meals | $38.08 |
| 4/13/2023 | Michael Maceluch | Ground Transportation | $14.74 |
| 4/13/2023 | Michael Maceluch | Travel and Overtime Meals | $21.34 |
| 4/13/2023 | Benjamin Brownlow | Travel and Overtime Meals | $26.64 |
| 4/14/2023 | Geoffrey Richards | Travel and Overtime Meals | $317.00 |
| 4/14/2023 | Kyle Sulkowski | Travel and Overtime Meals | $20.67 |
| 4/13/2023 | Kyle Sulkowski | Travel and Overtime Meals | $26.82 |
| 4/17/2023 | Michael Maceluch | Travel and Overtime Meals | $11.74 |
| 4/18/2023 | Frank Yodice | Travel and Overtime Meals | $31.21 |
| 4/18/2023 | Frank Yodice | Ground Transportation | $64.03 |
| 4/18/2023 | Michael Maceluch | Ground Transportation | $17.09 |
| 4/18/2023 | Benjamin Brownlow | Travel and Overtime Meals | $37.49 |
| 4/19/2023 | Frank Yodice | Ground Transportation | $69.84 |
| 4/19/2023 | Frank Yodice | Travel and Overtime Meals | $36.21 |
| 4/18/2023 | Kyle Sulkowski | Travel and Overtime Meals | $25.19 |
| 4/19/2023 | Michael Maceluch | Travel and Overtime Meals | $31.08 |
| 4/19/2023 | Michael Maceluch | Ground Transportation | $21.73 |
| 4/19/2023 | Benjamin Brownlow | Travel and Overtime Meals | $24.60 |
| 4/20/2023 | Frank Yodice | Ground Transportation | $96.78 |
| 4/19/2023 | Kyle Sulkowski | Travel and Overtime Meals | $28.44 |
| 4/20/2023 | Kyle Sulkowski | Travel and Overtime Meals | $28.26 |
| 4/20/2023 | Benjamin Brownlow | Travel and Overtime Meals | $40.79 |
| 4/21/2023 | Frank Yodice | Travel and Overtime Meals | $37.10 |
| 4/21/2023 | Frank Yodice | Ground Transportation | $82.33 |
| 4/21/2023 | Kyle Sulkowski | Travel and Overtime Meals | $20.00 |
| 4/21/2023 | Michael Maceluch | Ground Transportation | $24.83 |
| 4/21/2023 | Michael Maceluch | Travel and Overtime Meals | $32.23 |
| 4/20/2023 | Benjamin Brownlow | Travel and Overtime Meals | $30.64 |
| 4/22/2023 | Jake Wainwright | Travel and Overtime Meals | $15.55 |
| 4/23/2023 | Kyle Sulkowski | Travel and Overtime Meals | $14.00 |
| 4/24/2023 | Kyle Sulkowski | Travel and Overtime Meals | $9.64 |
| 4/24/2023 | Michael Maceluch | Travel and Overtime Meals | $19.35 |
| 4/25/2023 | Frank Yodice | Travel and Overtime Meals | $33.00 |
| 4/25/2023 | Frank Yodice | Ground Transportation | $65.17 |
| 4/25/2023 | Michael Maceluch | Ground Transportation | $17.00 |
| 4/25/2023 | Michael Maceluch | Travel and Overtime Meals | $17.18 |

Mountain Express Oil Company
23-90147 (DRJ)

**RAYMOND JAMES®**

| Date | Banker Name | External Description | Amount |
|---|---|---|---|
| 4/26/2023 | Frank Yodice | Travel and Overtime Meals | $35.04 |
| 4/26/2023 | Frank Yodice | Ground Transportation | $68.76 |
| 4/26/2023 | Jake Wainwright | Ground Transportation | $59.53 |
| 4/26/2023 | Jake Wainwright | Ground Transportation | $33.53 |
| 4/26/2023 | Kyle Sulkowski | Travel and Overtime Meals | $21.22 |
| 4/26/2023 | Kyle Sulkowski | Travel and Overtime Meals | $12.93 |
| 4/25/2023 | Kyle Sulkowski | Travel and Overtime Meals | $26.60 |
| 4/26/2023 | Michael Maceluch | Ground Transportation | $25.51 |
| 4/27/2023 | Frank Yodice | Travel and Overtime Meals | $36.72 |
| 4/27/2023 | Jake Wainwright | Ground Transportation | $7.47 |
| 4/28/2023 | Frank Yodice | Travel and Overtime Meals | $36.32 |
| 4/28/2023 | Frank Yodice | Ground Transportation | $75.10 |
| 4/28/2023 | Jake Wainwright | Ground Transportation | $8.94 |
| 4/27/2023 | Kyle Sulkowski | Travel and Overtime Meals | $25.43 |
| 4/29/2023 | Jake Wainwright | Telephone and Data | $21.95 |
| 5/1/2023 | Kyle Sulkowski | Travel and Overtime Meals | $19.00 |
| 5/2/2023 | Kyle Sulkowski | Travel and Overtime Meals | $17.24 |
| 5/3/2023 | Benjamin Brownlow | Travel and Overtime Meals | $12.60 |
| 5/3/2023 | Frank Yodice | Travel and Overtime Meals | $34.60 |
| 5/4/2023 | Michael Maceluch | Travel and Overtime Meals | $33.48 |
| 5/5/2023 | Michael Maceluch | Ground Transportation | $18.22 |
| 5/8/2023 | Jake Wainwright | Telephone and Data | $9.95 |
| 5/8/2023 | Frank Yodice | Travel and Overtime Meals | $30.45 |
| 5/9/2023 | Frank Yodice | Ground Transportation | $64.84 |
| 5/9/2023 | Frank Yodice | Travel and Overtime Meals | $18.56 |
| 5/9/2023 | Michael Maceluch | Ground Transportation | $18.30 |
| 5/8/2023 | Michael Maceluch | Travel and Overtime Meals | $33.70 |
| 5/9/2023 | Michael Maceluch | Travel and Overtime Meals | $16.09 |
| 5/10/2023 | Benjamin Brownlow | Travel and Overtime Meals | $24.35 |
| 5/10/2023 | Benjamin Brownlow | Travel and Overtime Meals | $41.15 |
| 5/10/2023 | Frank Yodice | Travel and Overtime Meals | $22.26 |
| 5/10/2023 | Frank Yodice | Ground Transportation | $56.17 |
| 5/10/2023 | Michael Maceluch | Travel and Overtime Meals | $17.64 |
| 5/10/2023 | Michael Maceluch | Ground Transportation | $16.52 |
| 5/11/2023 | Benjamin Brownlow | Travel and Overtime Meals | $10.75 |
| 5/11/2023 | Frank Yodice | Ground Transportation | $11.23 |
| 5/11/2023 | Frank Yodice | Ground Transportation | $74.61 |
| 5/11/2023 | Jake Wainwright | Ground Transportation | $7.24 |
| 5/11/2023 | Michael Maceluch | Travel and Overtime Meals | $20.44 |
| 5/11/2023 | Michael Maceluch | Ground Transportation | $16.20 |
| 5/12/2023 | Benjamin Brownlow | Travel and Overtime Meals | $10.01 |
| 5/12/2023 | Jake Wainwright | Ground Transportation | $10.81 |
| 5/12/2023 | Michael Maceluch | Ground Transportation | $24.93 |
| 5/15/2023 | Kyle Sulkowski | Travel and Overtime Meals | $16.28 |
| 5/15/2023 | Michael Maceluch | Travel and Overtime Meals | $57.07 |
| 5/16/2023 | Benjamin Brownlow | Travel and Overtime Meals | $25.03 |
| 5/16/2023 | Frank Yodice | Ground Transportation | $74.18 |
| 5/16/2023 | Frank Yodice | Travel and Overtime Meals | $34.37 |
| 5/16/2023 | Michael Maceluch | Ground Transportation | $16.48 |
| 5/16/2023 | Michael Maceluch | Ground Transportation | $277.35 |
| 5/16/2023 | Michael Maceluch | Travel and Overtime Meals | $19.35 |
| 5/17/2023 | Frank Yodice | Ground Transportation | $56.41 |
| 5/17/2023 | Frank Yodice | Travel and Overtime Meals | $37.12 |
| 5/17/2023 | Michael Maceluch | Ground Transportation | $15.79 |
| | | **Total** | **$8,413.84** |

| Category | Total |
|---|---|
| Ground Transportation | $ 3,202.88 |
| Travel and Overtime Meals | 3,562.33 |
| Airfare | 1,131.81 |
| Telephone and Data | 39.90 |
| Lodging | 476.92 |
| **Total** | **$ 8,413.84** |