United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered) |

### ORDER TO APPEAR AND SHOW CAUSE
(Related Docket No. __488__)

A fully authorized agent or other representative of each of Monto Food Mart Inc.; Yonkers Fuel Inc.; Broadway Fuel Inc.; Prime Petro Inc; American 1 Gas Inc.; Commack Fuel Inc.; M & Y Pump Services Inc.; and VM Petro, Inc.; (all together, the "Subject Parties") shall appear on __June 20__, 2023 at __4:00__ p.m. in Courtroom 400, 4th Floor, 515 Rusk, Houston, TX 77002 and show cause (i) why the Subject Parties should not be held in contempt of court for violations of Court Orders and violations of the automatic stay contained in section 362(a) of the Bankruptcy Code, and (ii) why the Court should not order compensatory and coercive sanctions, to the extent demanded by the Debtors, against the Subject Parties. Video appearances by any party are not permitted. Any responses shall be filed by June 16, 2023.

**Signed: June 12, 2023.**

DAVID R. JONES
**UNITED STATES BANKRUPTCY JUDGE**

---

¹ A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.