IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered )<br><br>**[Re: Docket Nos. 295 and 398]** |

**NOTICE OF: (A) CONTINUANCE OF HEARING REGARDING DEBTORS' EMERGENCY FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES, SUBLEASES AND RELATED CONTRACTS PURSUANT TO 11 U.S.C. § 365, AND (II) GRANTING RELATED RELIEF; AND (B) HEARING ON SAMNOSH, LLC'S FIRST AMENDED MOTION TO COMPEL REJECTION OF EXECUTORY CONTRACT AND NOTICE OF OBJECTION DEADLINE**

**PLEASE TAKE NOTICE** that on March 18, 2023, the above-referenced debtors and debtors in possession (the "Debtors") commenced these chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on April 18, 2023, the Debtors filed their *Emergency First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases, Subleases and Related Contracts Pursuant to 11 U.S.C. § 365, and (II) Granting Related Relief* [Docket No. 295] (the "Rejection Motion"). The Rejection Motion indicated that the hearing on the Rejection Motion was set on April 27, 2023 at 11:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that on April 26, 2023 the Debtors filed the *Notice of Continuance of: (A) Debtors' Emergency First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases, Subleases and Related Contracts Pursuant to 11 U.S.C. § 365, and (II) Granting Related Relief, and (B) Cancellation of Final Cash Management Hearing* [Docket No. 338] continuing the hearing on the Rejection Motion to May 4, 2023 at 11:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that on May 3, 2023, the Debtors filed the *Notice of Filing of (A) Amended Proposed Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases, Subleases and Related Contracts Pursuant to 11 U.S.C. § 365, and (II) Granting Related Relief, and (B) Continuance of May 4, 2023 Hearing* [Docket No. 360] further continuing the hearing on the Rejection Motion to May 25, 2023 at 1:30 p.m. (prevailing Central Time).

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

1

**PLEASE TAKE FURTHER NOTICE** that on May 23, 2023 the Debtors filed the *Notice of (I) Amended May 25, 2023 Hearing Time and (II) Continued Hearing Regarding Debtors' Emergency First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases, Subleases and Related Contracts Pursuant to 11 U.S.C. § 365, and (II) Granting Related Relief* [Docket No. 437] continuing the hearing on the Rejection Motion to June 14, 2023 at 2:00 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that on May 12, 2023, Samnosh, LLC filed its *First Amended Motion to Compel Rejection of Executory Contract and Notice of Objection Deadline* [Docket No. 398] (the "Samnosh Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Rejection Motion has been further continued to **June 22, 2023 at 3:00 p.m.** (prevailing Central Time) (the "June 22 Hearing") in Courtroom 400, 4th Floor, 515 Rusk, Houston, Texas 77002. The Samnosh Motion will also be heard at the June 22 Hearing. Parties may participate in the June 22 Hearing in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by the use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's homepage. The meeting code is "JudgeJones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: June 13, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Michael D. Warner* |
| | Michael D. Warner (SBT 00792304) |
| | Steven W. Golden (SBT 24099681) |
| | 440 Louisiana Street, Suite 900 |
| | Houston, TX 77002 |
| | Telephone: (713) 691-9385 |
| | Facsimile:  (713) 691-9407 |
| | mwarner@pszjlaw.com |
| | sgolden@pszjlaw.com |
| | |
| | -and- |
| | |
| | Jeffrey N. Pomerantz (admitted *pro hac vice*) |
| | Jeffrey W. Dulberg (admitted *pro hac vice*) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile:  (310) 201-0760 |
| | jpomerantz@pszjlaw.com |
| | jdulberg@pszjlaw.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

/s/ Michael D. Warner
Michael D. Warner

3

DOCS_LA:349540.2 58614/002