David R. Gibson
SBN 07861220
david.gibson@gibsonlawgroup.com
15400 Knoll Trail Dr., Suite 205
Dallas, Texas 75248
(817) 769-4044
(817) 764-4313 (facsimile)

**COUNSEL FOR CREDITOR SAMNOSH, LLC**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: MOUNTAIN EXPRESS OIL COMPANY, | § § § § § | CASE NO. 23-90147<br><br>CHAPTER 11 |
| *Debtor* | § | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that **Samnosh LLC's First Amended Motion to Compel Rejection of Executory Contract and Notice of Objection Deadline** [Docket No. 398] is hereby WITHDRAWN.

Respectfully submitted,

THE GIBSON LAW GROUP, P.C.

*By*: _____
David R. Gibson
SBN 07861220
david.gibson@gibsonlawgroup.com

15400 Knoll Trail Dr., Ste. 205
Dallas, Texas 75248
(817) 769-4002
(817) 764-4313 Facsimile

**COUNSEL FOR SAMNOSH, LLC**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing *Notice of Withdrawal* was served on June 20, 2023, by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means.

_____
David R. Gibson

David R. Gibson
SBN 07861220
david.gibson@gibsonlawgroup.com
15400 Knoll Trail Dr., Suite 205
Dallas, Texas 75248
(817) 769-4044
(817) 764-4313 (facsimile)

**COUNSEL FOR CREDITOR SAMNOSH, LLC**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| IN RE: MOUNTAIN EXPRESS OIL, ET AL., COMPANY, | § § § § § § | CASE NO. 23-90147<br><br>CHAPTER 11 |
|---|---|---|
| *Debtor* | | |

**CERTIFICATE OF SERVICE**

    I, David R. Gibson, certify that on the 20th day of June 2023, I caused true and correct copies of Samnosh, LLC's Notice of Withdrawal to be served via electronic mail upon the parties listed in the service list attached hereto as <u>Exhibit A</u>.

    I further certify that on this 20th day of June 2023, I caused the Notice of Withdrawal to be served by via U.S. First Class Mail, by depositing true and correct copies thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of Texas, upon the parties listed in the service list attached hereto as <u>Exhibit B</u>.

    Dated: June 20, 2023
           Dallas, Texas

Respectfully submitted,

THE GIBSON LAW GROUP, P.C.

*By*: _____
David R. Gibson
SBN 07861220
david.gibson@gibsonlawgroup.com

15400 Knoll Trail Dr., Ste. 205
Dallas, Texas 75248
(817) 769-4002
(817) 764-4313 Facsimile

**COUNSEL FOR CREDITOR SAMNOSH, LLC**

**EXHIBIT A**

Master Service List

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| Counsel for The Necessity Retail REIT Inc. | ArentFox Schiff LLP | Andrew I. Silfen, Beth M. Brownstein | andrew.silfen@afslaw.com; beth.brownstein@afslaw.com |
| Counsel for Realty Income Corporation | Hemar, Rousso & Heald, LLP | J. Alexandra Rhim | arhim@hrhlaw.com |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Counsel to Rio Grande City Grulla ISD, Cameron County, Starr County, Hidalgo County, City of Mcallen | Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@lgbs.com |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Counsel for McLane Company, Inc. | Hunton Andrews Kurth LLP | Brandon Bell | bbell@HuntonAK.com |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Counsel to Oak Street Real Estate Capital, LLC | Kirkland & Ellis LLP | Benjamin Kurtz, David Rosenberg, Ashley L. Surinak | benjamin.kurtz@kirkland.com; david.rosenberg@kirkland.com; ashley.surinak@kirkland.com |
| Counsel to HF Sinclair Refining & Marketing, LLC, Sinclair Oil LLC, & Cross Oil Refining & Marketing | Clark Hill PLC | Robert P. Franke, Andrew G. Edson, Audrey L. Hornisher | bfranke@clarkhill.com; aedson@clarkhill.com; ahornisher@clarkhill.com |
| Counsel for Phillips 66 Company | Locke Lord LLP | Bradley C. Knapp | bknapp@lockelord.com |
| Counsel to ExxonMobil Oil Corporation | Jackson Walker L.L.P. | Bruce J. Ruzinsky | bruzinsky@jw.com |
| Counsel for CITGO Petroleum Corporation | Whiteford, Taylor & Preston LLP | Brent C. Strickland, Esq. | bstrickland@wtplaw.com |
| Counsel for AFN ABSPROP001 LLC, Creditors Committee | Greenberg Traurig, LLP | Karl D. Burrer | BurrerK@gtlaw.com |
| Department of Conservation | Department of Conservation | | calgem_webmaster@conservation.ca.gov |
| Counsel for AFN ABSPROP001 LLC | Greenberg Traurig, LLP | Cara Kelly | Cara.Kelly@gtlaw.com |
| Colorado Dept of Health & Environment | Colorado Dept of Health & Environment | | cdphe.information@state.co.us |
| Counsel for Duckland, LLC | Duckland, LLC | c/o Corey E. Dunbar, Esq. | cdunbar@pivachlaw.com |
| Counsel to The Texas Comptroller of Public Accounts, Revenue Accounting Division | Attorney General's Office - Bankruptcy & Collections Div | Christopher J. Dylla, Assistant AG | Christopher.Dylla@oag.texas.gov |

In re Mountain Express Oil Company, et al.
Case No. 23-91047 (DRJ)

Page 1 of 6

Master Service List

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Pepsi-Cola Bottling Co. of McAlester, Inc., & Ada Coca-Cola Bottling Company | Crowe & Dunlevy, A Professional Corporation | Christopher M. Staine | christopher.staine@crowedunlevy.com |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Missouri Dept of Natural Resources | Missouri Dept of Natural Resources | Division of Environmental Quality | contact@dnr.mo.gov |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery LLP | Charles R. Gibbs, Marcus A. Helt, Jane A. Gerber | crgibbs@mwe.com; mhelt@mwe.com; jagerber@mwe.com |
| Counsel for Mesa Valley Housing Associated Limited Partnership | Tiffany & Bosco, P.A. | Christopher R. Kaup, Emily S. Fann | CRK@tblaw.com; ESF@tblaw.com |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | | customer@ferc.gov |
| Counsel to City of Mesquite | Grimes & Linebarger, LLP | John K. Turner | dallas.bankruptcy@lgbs.com |
| Counsel to Dallas County, Tarrant County, Irving ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Counsel for Samnosh, LLC | The Gibson Law Group, P.C. | David R. Gibson, Reagan R. Herod | david.gibson@gibsonlawgroup.com; reagan.herod@gibsonlawgroup.com |
| North Dakota Department of Health | North Dakota Department of Health | Department of Environmental Quality | deq@nd.gov |
| Utah Dept of Environmental Quality | Utah Dept of Environmental Quality | | deqinfo@utah.gov |
| SEC Regional Office | Securities & Exchange Commission | Fort Worth Regional Office | dfw@sec.gov |
| Counsel for Hunt Refining Company, Pilot Travel Centers LLC, and each of their affiliates | Sidley Austin LLP | Duston K. McFaul, Maegan Quejada | dmcfaul@sidley.com; mquejada@sidley.com |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Counsel to Ford Motor Credit Company LLC | Devlin, Naylor & Turbyfill, P.L.L.C. | Donald L. Turbyfill, R. Lee Turbyfill | dturbyfill@dntlaw.com; lturbyfill@dntlaw.com |
| Counsel to Valero Marketing and Supply Company | Dykema Gossett, PLLC | Deborah Williamson | Dwilliamson@dykema.com |
| Counsel for Weslaco ISD, City of Weslaco | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Hiram Gutierrez | edinburgbankruptcy@pbfcm.com |
| Michigan Dept of Environmental Quality | Michigan Dept of Environmental Quality | Constitution Hall | EGLE-Assist@Michigan.gov |
| Counsel to First Horizon & AR Global (Prepetition Lenders & Agent) | Greenberg Traurig, LLP | John Elrod, Steven Rosenwasser | elrodj@gtlaw.com; Steven.Rosenwasser@gtlaw.com |

In re Mountain Express Oil Company, et al.
Case No. 23-91047 (DRJ)

Page 2 of 6

Master Service List

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Kentucky Dept for Environmental Protection | Kentucky Dept for Environmental Protection | | envhelp@ky.gov |
| Illinois Environmental Protection Agency | Illinois Environmental Protection Agency | | EPA.ContactUs@illinois.gov |
| Counsel to Christopher R. Murray, Chapter 7 Trustee for the bankruptcy estate of First Coast Energy TX LLC | Jones Murray LLP | Erin Jones | erin@jonesmurray.com |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Counsel For My Mother Inc., TWP1 USA LLC, Raj Marathon LLC, Royal Stores LLC, Royal Exxon Investment Ltd. Co. | Platt Cheema Richmond PLLC | Fareed Kaisani, William S. Richmond, Robert A. Hawkins | fkaisani@pcrfirm.com; brichmond@pcrfirm.com; bhawkins@pcrfirm.com |
| Counsel for McLane Company, Inc. | Hunton Andrews Kurth LLP | Gregory G. Hesse | ghesse@HuntonAK.com |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| Counsel to Harris County, Fort Bend County, Texas City ISD, Jefferson County, Liberty County, Galveston County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Minnesota Pollution Control Agency | Minnesota Pollution Control Agency | | info.pca@state.mn.us |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Secured Party | Cary Oil Co., Inc. | | info@caryoil.com |
| South Carolina Dept of Health & Environment | South Carolina Dept of Health & Environment | | info@dhec.sc.gov |
| Texas State EPA Agency | Texas Commission on Environmental Quality | Office of the Commissioner | info@tceq.texas.gov |
| Texas Commission on Environmental Quality | Texas Commission on Environmental Quality | | info@tceq.texas.gov |
| Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Houston Division) | Jayson B. Ruff, Jana Smith Whitworth | jayson.b.ruff@usdoj.gov; jana.whitworth@usdoj.gov |
| Counsel to ICC Motor Fuel I LLC | Gray Reed | Jason S. Brookner, Micheal W. Bishop | jbrookner@grayreed.com; mbishop@grayreed.com |
| Counsel for Imperial Trading Company, LLC | Locke Lord LLP | Jason M. Cerise | jcerise@lockelord.com |
| Counsel to Oak Street Real Estate Capital, LLC | Porter Hedges LLP | John F. Higgins, Megan N. Young-John | jhiggins@porterhedges.com; myoung-john@porterhedges.com |
| Creditors Committee | McGuire Woods | John H. Maddock, III | jmaddock@mcguirewoods.com |

In re Mountain Express Oil Company, et al.
Case No. 23-91047 (DRJ)

Page 3 of 6

**Master Service List**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Sunoco, Inc., Sunoco Retail, LLC, Sunoco LLC, and Sunoco LP | Katten Muchin Rosenman LLP | John E. Mitchell, Michaela C. Crocker, Yelena E. Archiyan | john.mitchell@katten.com; michaela.crocker@katten.com; Yelena.archiyan@katten.com |
| Counsel for Bowie Central Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | jparsons@mvbalaw.com |
| Proposed Counsel for the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Jeffrey W. Dulberg | jpomerantz@pszjlaw.com; jdulberg@pszjlaw.com |
| Counsel for Aftermarket Sales & Consulting, LLC and LJM5903 Properties, LLC | Quilling, Selander, Lownds, Winslett & Moser, P.C. | Joshua L. Shepherd | jshepherd@qslwm.com |
| Bureau of Safety and Environmental Enforcement | Bureau of Safety and Environmental Enforcement | | karla.marshall@bsee.gov |
| Counsel to Spirit SPE Portfolio CA C-Stores, LLC | Reed Smith LLP | Keith M. Aurzada, Michael P. Cooley | kaurzada@reedsmith.com; mpcooley@reedsmith.com |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Counsel for NEPA Ventures LLC, Fuel On Emporium LLC, Fuel On St Mary's, LLC, NEPA Trading & Investments LLC and Maan Corporation | Kurtzman Steady, LLC | Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| North Carolina Dept of Environment & Natl Resources | North Carolina Dept of Environment & Natl Resources | | lisa.tolley@ncdenr.gov; marty.wiggins@ncdenr.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Creditors Committee | The Necessity Retail REIT, Inc. | Michael Anderson, General Counsel | Manderson@ar-global.com |
| Counsel for Pepsi-Cola Bottling Co. of McAlester, Inc. | Crowe & Dunlevy, A Professional Corporation | Mark A. Craige | mark.craige@crowedunlevy.com |
| Maryland Dept of the Environment | Maryland Dept of the Environment | | mde.webmaster@maryland.gov |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery LLP | Maris J. Kandestin | mkandestin@mwe.com |
| Claims and Noticing Agent | KCC | Sydney Reitzel | MtnExpOilinfo@kccllc.com |

In re Mountain Express Oil Company, et al.
Case No. 23-91047 (DRJ)

Page 4 of 6

Master Service List

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Spring Branch ISD, Friendswood ISD, Sante Fe ISD, Fort Bend ISD, Alief ISD, Clear Creek ISD, Brazoria County, Port Freeport, Brazoria Drainage District # 4, Brazoria County Emergency Services District # 3, Special Road and Bridge District, Alvin ISD, City of Alvin, Alvin Community College District, Brazoria County Conservation and Reclamation District # 3, Brazoria County Emergency Services District # 4, Brazosport ISD, City of Clute, Brazosport College amd Velasco Drainage District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Melissa E. Valdez | mvaldez@pbfcm.com |
| Proposed Counsel for the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | Michael D. Warner, Steven W. Golden | mwarner@pszjlaw.com; sgolden@pszjlaw.com |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| Nebraska Department of Environment & Energy | Nebraska Department of Environment & Energy | | ndee.moreinfo@nebraska.gov; ndeq.moreinfo@nebraska.gov |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| Counsel to Valero Marketing and Supply Company | Dykema Gossett, PLLC | Nichols Zugaro | Nzugaro@dykema.com |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Alabama Dept of Environmental Mgmt | Alabama Dept of Environmental Mgmt | Office of General Counsel | ogcmail@adem.alabama.gov |
| National Institute of Standards and Technology | National Institute of Standards and Technology | | owm@nist.gov |
| Counsel for Phillips 66 Company | Locke Lord LLP | Philip G. Eisenberg | peisenberg@lockelord.com |
| Florida Dept of Environmental Protection | Florida Dept of Environmental Protection | | Public.Services@FloridaDEP.gov |
| Regional EPA for Region 8 | Environmental Protection Agency | | r8eisc@epa.gov |
| Regional EPA for Region 9 | Environmental Protection Agency | | r9.info@epa.gov |
| Pennsylvania Dept of Environmental Protection | Pennsylvania Dept of Environmental Protection | Bureau of Waste Management | ra-hazwaste@pa.gov |
| Counsel for Marathon Petroleum Company, LP | Frost Brown Todd LLP | Ronald E. Gold, Esq | rgold@fbtlaw.com |
| Counsel for Marathon Petroleum Company, LP | Frost Brown Todd LLP | Ronald E. Gold, Esq | rgold@fbtlaw.com |
| Counsel for Phillips 66 Company, Imperial Trading Company, LLC | Locke Lord LLP | Omer F. Kuebel, III | rkuebel@lockelord.com |
| Counsel to ICC Motor Fuel I LLC | Greensfelder, Hemker & Gale, P.C. | Randall F. Scherck | rscherck@greensfelder.com |

In re Mountain Express Oil Company, et al.
Case No. 23-91047 (DRJ)

Page 5 of 6

**Master Service List**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Hunt Refining Company, Pilot Travel Centers LLC, and each of their affiliates | Sidley Austin LLP | Robert Velevis, Chelsea McManus | rvelevis@sidley.com; cmcmanus@sidley.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Counsel for CITGO Petroleum Corporation | Whiteford, Taylor & Preston LLC | Stephen B Gerald, Esq. | sgerald@wtplaw.com |
| Counsel to First Horizon Bank | Greenberg Traurig, LLP | Shari L. Heyen | Shari.Heyen@gtlaw.com |
| Counsel to Turjo Wadud | Berger Singerman LLP | Paul Singerman, Esq. | singerman@bergersingerman.com |
| Counsel to SASS Petroleum LLC | Fellows LaBriola LLP | Steven M. Kushner, Esq. | skushner@fellab.com |
| Arizona Dept of Environmental Quality | Arizona Dept of Environmental Quality | | slade.edwin@azdeq.gov |
| Creditors Committee | Coca-Cola Bottling Company United, Inc. | Stephen Wood | stephenwood@ccbcu.com |
| Tennessee Department of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | steve.butler@ag.tn.gov |
| Counsel to Oak Street Real Estate Capital, LLC | Kirkland & Ellis LLP | Steven Serajeddini, P.C., Joshua Greenblatt, P.C. | steven.serajeddini@kirkland.com; josh.greenblatt@kirkland.com |
| Counsel to Zoom One, LLC, Creditor | Tran Singh LLP | Susan Tran Adams, Brendon Singh, Mayur Patel | stran@ts-llp.com; bsingh@ts-llp.com; mpatel@ts-llp.com |
| Oklahoma County Treasurer | Oklahoma County Treasurer | Tammy Jones | tammy.jones@oklahomacounty.org |
| Counsel to Stephenson Wholesale Co., Inc. dba Indian Nation Wholesale | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | Tami J. Hines, Larry G. Ball | thines@hallestill.com; lball@hallestill.com |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | uag@utah.gov |
| United States Attorney Office for the Southern District of Texas | US Attorney, Southern District of Texas | | usatxs.bankruptcy@usdoj.gov |
| Top Creditor, Creditors Committee | Total Image Solutions, LLC | Jason Dawson | vasignguy@hotmail.com; jason@totalimagesolutions.com |
| Counsel for Bank of Hope | Buchalter, A Professional Corporation | William S. Brody | wbrody@buchalter.com |
| Ohio Environmental Protection Agency | Ohio Environmental Protection Agency | | web.requests@epa.ohio.gov |
| Louisiana Dept of Environmental Quality | Louisiana Dept of Environmental Quality | | webmaster-deq@la.gov |

In re Mountain Express Oil Company, et al.
Case No. 23-91047 (DRJ)

Page 6 of 6

**EXHIBIT B**

AFDOCS:27411025.1

Master Service List

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | Phoenix | AZ | 85005-6123 |
| Arkansas Dept Environmental Protection | Arkansas Dept Environmental Protection | Arkansas Department of Environmental Quality | 5301 Northshore Drive | | North Little Rock | AR | 72118-5317 |
| Secured Party | BancorpSouth Bank | | PO Box 14100 | | Monroe | LA | 71207 |
| Secured Party | Bank of Hope | | 3200 Wilshire Blvd., Suite 1400 | | Los Angeles | CA | 90010 |
| Secured Party | BB&T Commercial Equipment Capital | | 2 Great Valley Parkway | Suite 300 | Malvern | PA | 19355 |
| Secured Party | Blue Owl | | 399 Park Avenue, 37th FL | | New York | NY | 10022 |
| Bureau of Land Management | Bureau of Land Management | Oil & Gas Program | 1849 C Street NW | | Washington | DC | 20240 |
| Secured Party | Cadence Bank, NA | | 1349 W Peachtree St NW Ste 100 | | Atlanta | GA | 30309-2919 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | Sacramento | CA | 95814-2919 |
| California Environmental Protection Agency | California Environmental Protection Agency | Headquarters Building | 1001 I Street | P.O. Box 2815 | Sacramento | CA | 95814 |
| Secured Party | Cary Oil Co., Inc. | | 110 MacKenan Drive | Suite 300 | Cary | NC | 27511 |
| Secured Party | CT Corporation System, Representative | | 330 N. Brand Blvd. Ste 700 | Attn SPRD | Glendale | CA | 91203 |
| Energy & Commerce Committee | Energy & Commerce Committee | | 2125 Rayburn House Office Building | | Washington | DC | 20515 |
| Energy and Natural Resources Committee Office | Energy and Natural Resources Committee Office | | 304 Dirksen Senate Building | | Washington | DC | 20510 |
| Regional EPA for Region 1 | Environmental Protection Agency | | 5 Post Office Square | Suite 100 | Boston | MA | 02109-3912 |
| Regional EPA for Region 2 | Environmental Protection Agency | | 290 Broadway | | New York | NY | 10007-1866 |
| Regional EPA for Region 3 | Environmental Protection Agency | | Four Penn Center | 1600 JFK Blvd. | Philadelphia | PA | 19103-2029 |
| Regional EPA for Region 4 | Environmental Protection Agency | | Atlanta Federal Center | 61 Forsyth Street SW | Atlanta | GA | 30303-3104 |
| Regional EPA for Region 5 | Environmental Protection Agency | | 77 West Jackson Blvd. | | Chicago | IL | 60604-3507 |
| Regional EPA for Region 6 | Environmental Protection Agency | | 1201 Elm Street Suite 500 | | Dallas | TX | 75270 |
| Regional EPA for Region 7 | Environmental Protection Agency | | 11201 Renner Blvd | | Lenexa | KS | 66219 |
| Regional EPA for Region 10 | Environmental Protection Agency | | 1200 Sixth Ave | Suite 155 | Seattle | WA | 98101 |
| Secured Party | ExxonMobil Corp. | | 3225 Gallows Road | | Fairfax | VA | 22037 |
| Secured Party | First Commonwealth Equipment Finance | | A Div. of First Commonwealth Bank | 200 Berwyn Park, Ste 310 | Berwyn | PA | 19312 |
| Georgia Department of Natural Resources | Georgia Department of Natural Resources | Environmental Protection Division | 2 Martin Luther King Jr Drive, SE | Suite 1456 - East Tower | Atlanta | GA | 30334 |
| Secured Party | Hancock Whitney Bank | | PO Box 211269 | | Montgomery | AL | 36121 |
| Secured Party | IberiaBank, as Administrative Agent | | 11 East Greenway Plaza | Suite 2700 | Houston | TX | 77046 |
| Indiana Dept of Environmental Mgmt | Indiana Dept of Environmental Mgmt | Office of Legal Counsel | 100 North Senate Ave | | Indianapolis | IN | 46204-2251 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| Iowa Dept of Natural Resources | Iowa Dept of Natural Resources | | Wallace State Office Building | 502 East 9th Street, 4th Floor | Des Moines | IA | 50319-0034 |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | Topeka | KS | 66612-1597 |
| Kansas Dept of Health and Environment | Kansas Dept of Health and Environment | | Charles Curtis State Office Building | 1000 SW Jackson | Topeka | KS | 66612 |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Mississippi Dept of Environmental Quality | Mississippi Dept of Environmental Quality | Legal Division | 515 E. Amite St | | Jackson | MS | 39201 |
| Secured Party | MoneyGram Payment Systems Inc. | | 1550 Utica Ave. South | Suite 100 | Minneapolis | MN | 55416 |
| Debtors and Debtors in Possession | Mountain Express Oil Company | | 3650 Mansell Road, Suite 250 | | Alpharetta | GA | 30022 |

In re Mountain Express Oil Company, et al.
Case No. 23-91047 (DRJ)

Master Service List

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Secured Party | Navitas Credit Corp. | | 201 Executive Center Drive | Suite 100 | Columbia | SC | 29210 |
| Secured Party | NEPA Trading & Investments, LLC | | Fuel on St. Mary's LLC | 100 N. Wilkes Barre Blvd., Ste 322 | Wilkes Barre | PA | 18702 |
| Nevada Dept of Conservation & Natural Resources | Nevada Dept of Conservation & Natural Resources | Division of Environmental Protection | 901 S. Stewart St Suite 1003 | | Carson City | NV | 89701-5249 |
| New Jersey Dept of Environmental Protection | New Jersey Dept of Environmental Protection | | 401 East State St. | | Trenton | NJ | 08625 |
| New Mexico Environment Dept | New Mexico Environment Dept | | Harold Runnels Building | 1190 St Francis Drive Suite N4050 | Santa Fe | NM | 87505 |
| New York Dept of Environmental Conservation | New York Dept of Environmental Conservation | | 625 Broadway | | Albany | NY | 12233-0001 |
| Oak Street | Oak Street, a Division of Blue Owl | Michael Reiter, Jared Sheiker, Stash Rowley | 399 Park Avenue, 37th Flr. | | New York | NY | 10022 |
| Oklahoma Corporation Commission | Oklahoma Corporation Commission | Oil & Gas Division | 2101 North Lincoln Blvd | | Oklahoma City | OK | 73105 |
| Oklahoma Dept of Environmental Quality | Oklahoma Dept of Environmental Quality | | PO Box 1677 | | Oklahoma City | OK | 73101-1677 |
| Secured Party | Pinnacle Bank | | P.O. Box 430 | | Elberton | GA | 30635 |
| Counsel for Goose Creek Consolidated Independent School District and Lee College District | Reid, Strickland & Gillette, L.L.P. | Brandon E. Benoit | PO Box 809 | | Baytown | TX | 77522-0809 |
| Secured Party | Sinclair Oil LLC | | 550 E. South Temple | | Salt Lake City | UT | 84102 |
| Secured Party | South State Bank | | 1101 First St South, Suite 202 | | Winter Haven | FL | 33880 |
| Secured Party | Sumitomo Mitsui Finance and Leasing Co., Ltd. | | 666 Third Avenue | 8th Floor | New York | NY | 10017 |
| Secured Party | Synovus Bank | | 1148 Broadway | | Columbus | GA | 31901 |
| Secured Party | TCF National Bank | | 1110 Wayzata Blvd. | Suite 801 | Minnetonka | MN | 55305 |
| Tennessee Dept of Environment & Conservation | Tennessee Dept of Environment & Conservation | | 312 Rosa L. Parks Ave | Tenessee Tower 2nd Floor | Nashville | TN | 37243 |
| Secured Party | United Community Bank | | HWY 515 | PO Box 398 | Blairsville | GA | 30514 |
| US Department of Energy | US Department of Energy | | 1000 Independence Ave SW | | Washington | DC | 20585 |
| EPA Headquarters | USEPA William Jefferson Clinton Building | | 1200 Pennsylvania Ave NW | | Washington | DC | 20004 |
| Virginia Dept of Environmental Quality | Virginia Dept of Environmental Quality | | 1111 East Main Street, Suite 1400 | | Richmond | VA | 23219 |
| Wisconsin Dept of Natural Resources | Wisconsin Dept of Natural Resources | | 101 S Webster Street | PO Box 7921 | Madison | WI | 53707-7921 |

In re Mountain Express Oil Company, et al.
Case No. 23-91047 (DRJ)

Page 2 of 2