United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 22, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered) |

**ORDER (I) AUTHORIZING THE DEBTORS TO
REJECT CERTAIN EXECUTORY CONTRACTS PURSUANT
TO 11 U.S.C. § 365, AND (II) GRANTING RELATED RELIEF
(Fuel Supply Agreements)**

(Related Docket No. 660)

Upon consideration of the second omnibus motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Debtors to reject those executory contracts (the "Fuel Supply Agreements") set forth in **Exhibit 1** hereto; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**, as set forth herein.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2

2.       Each of the Fuel Supply Agreements listed on **Exhibit 1** attached hereto is deemed rejected effective as of June 30, 2023.

3.       Within three (3) business days after entry of this Order, the Debtors will serve this Order on the counterparties to each Fuel Supply Agreement.

4.       Pursuant to Rule 3002(c)(4), any claim arising from the rejection of a Fuel Supply Agreement shall be filed within 60 days from the date of entry of this Order.

5.       Notwithstanding the possible applicability of Rules 6004(g), 7062, or 9014 of the Federal Rules of Bankruptcy Procedure, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.       The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7.       This Court shall retain exclusive jurisdiction and power with respect to all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.

**Signed:  June 22, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

# Exhibit 1

(*Fuel Supply Agreements*)

| Store No. | Property Location Information | | | | Contract Counterparty(ies)[1] | Debtor Entity | Contract Title[2] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| 551 | 3259 Alabama Hwy 157 | Cullman | AL | 35058 | MAMINDRA KARKI | MOUNTAIN EXPRESS OIL COMPANY | PETROLEUM PRODUCTS SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 561 | 200 Governors Drive | Huntsville | AL | 35801 | ZOOM ONE LLC | MOUNTAIN EXPRESS OIL COMPANY | PETROLEUM PRODUCTS SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 560 | 8000 (a/k/a 8150) Whitesburg Drive S. | Huntsville | AL | 35802 | HELAL MOHAMED NAGI ALFAQEH | MOUNTAIN EXPRESS OIL COMPANY | PETROLEUM PRODUCTS SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 557 | 8500 Old Madison Pk. | Huntsville | AL | 35758 | MADISON FOOD MART INC. | MOUNTAIN EXPRESS OIL COMPANY | PETROLEUM PRODUCTS SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 675 | 3631 Hwy 367 S. | Searcy | AR | 72143 | KARMA ALLIANCE LLC; MOHSIN VIRANI; ASIF VALANI; HYDER K LALANI; SAMAYA ENTERPRISES LLC; SAMSHU MERCHANT | MOUNTAIN EXPRESS OIL COMPANY | PETROLEUM PRODUCTS SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 528 | 2155 Buford Dam Rd. | Buford | GA | 30518 | 2155 BUFORD DAM LLC; BANTIKUMAR RAMANLAL THAKKAR | MOUNTAIN EXPRESS OIL COMPANY | FUEL SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 181 | 2380 Peachtree Industrial Blvd. | Buford | GA | 30518 | AA FUELS LLC; KAZI WADUD | MOUNTAIN EXPRESS OIL COMPANY | FUEL SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 153 | 2619 Holly Springs Pkwy | Canton | GA | 30115 | HOLLY KWIK MART INC; TANISHA DAMANI; BHAVESH N SHAH | MOUNTAIN EXPRESS OIL COMPANY | FUEL SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |

---

[1] In certain instances, identified contract counterparties may be predecessors in interest to current contract counterparties.

[2] Any and all amendments, supplements, restatements, extensions, and other modifications of each agreement listed herein are incorporated by this reference, whether or not they are expressly listed below.

| Store No. | Property Location Information | | | | Contract Counterparty(ies)[1] | Debtor Entity | Contract Title[2] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| 413 | 1801 Sigman Rd NW | Conyers | GA | 30012 | 1801 SIGMAN LLC; NAVEENKUMAR KOTHA; SIGMAN CAPITAL INC; LINDEN MICHAEL AULT | MOUNTAIN EXPRESS OIL COMPANY | FUEL SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 359 | 9123 US-278 | Covington | GA | 30014 | COVINGTON FRIENDS INC; AMIN MADHANI; SHAHEED SIRAJ MOTANI | MOUNTAIN EXPRESS OIL COMPANY | FUEL SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 271 | 4150 Hwy 19 | Dahlonega | GA | 30533 | OPEN COUNT, LLC; SONIKA AHLUWALIA; TUSHAR PATEL; ASPEN GOLD LLC | MOUNTAIN EXPRESS OIL COMPANY | MOTOR FUEL SUPPLY AND COMMISSIONED SALES AGREEMENT | FUEL SUPPLY AGREEMENT |
| 457 | 1431 Bowman Hwy | Elberton | GA | 30635-3905 | JTG PAWAR LLC; DALJIT KAUR | MOUNTAIN EXPRESS OIL COMPANY | PETROLEUM PRODUCTS SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 289 | 4209 Jonesboro Rd. | Forest Park | GA | 30297 | AKAS USA LLC; SARMAN MAPCHHAN | MOUNTAIN EXPRESS OIL COMPANY | MOTOR FUEL SUPPLY AND COMMISSIONED SALES AGREEMENT | FUEL SUPPLY AGREEMENT |
| 486 | 4700 Jonesboro Rd. | Forest Park | GA | 30297 | NABEEL GROUP OF COMPANIES INC; NABEEL MEMON; NADIM HIRANI | MOUNTAIN EXPRESS OIL COMPANY | PETROLEUM PRODUCTS SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 366 | 10355 Tara Blvd | Jonesboro | GA | 30014 | SMART BUSINESS VENTURES, INC. | MOUNTAIN EXPRESS OIL COMPANY | MOTOR FUEL SUPPLY AND COMMISSIONED SALES AGREEMENT | FUEL SUPPLY AGREEMENT |
| 606 | 10801 E. Veterans Memorial Hwy | Lithia Springs | GA | 30122 | LITHIA KWIK MART INC; KARIM FEROZALI KESHWANI; BHAVESH SHAH | MOUNTAIN EXPRESS OIL COMPANY | FUEL SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |

| Store No. | Property Location Information | | | | Contract Counterparty(ies)[1] | Debtor Entity | Contract Title[2] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| 374 | 3229 Bankhead Hwy | Lithia Springs | GA | 30122 | MASELA SPRINGS, INC.; NUR LAILI SHOIM; HAGIAO THI NGUYEN | MOUNTAIN EXPRESS OIL COMPANY | MOTOR FUEL SUPPLY AND COMMISSIONED SALES AGREEMENT | FUEL SUPPLY AGREEMENT |
| 405 | 780 Conyers Rd. | Loganville | GA | 30052 | LOGANVILLE VENTURES LLC; ADNANALI MAKHANI | MOUNTAIN EXPRESS OIL COMPANY | FUEL SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 497 | 1105 Gray Hwy | Macon | GA | 31211 | RIYZAH LLC; ZOHRA ARIF AMLANI; ZIYARH LLC; MAYANK N PANDAYA | MOUNTAIN EXPRESS OIL COMPANY | MOTOR FUEL SUPPLY AND COMMISSIONED SALES AGREEMENT | FUEL SUPPLY AGREEMENT |
| 415 | 3705 Irwinton Rd | Macon | GA | 31217 | MUHAMMAD NADEEM AHMAD | MOUNTAIN EXPRESS OIL COMPANY | MOTOR FUEL SUPPLY AND COMMISSIONED SALES AGREEMENT | FUEL SUPPLY AGREEMENT |
| 241 | 3425 Medlock Bridge Rd. | Norcross | GA | 30092 | RYSHA MEDLOCK INC; HARSHAD JERAM; RIYAZ KHETANI | MOUNTAIN EXPRESS OIL COMPANY | FUEL SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 183 | 336 Hwy 138 SW, Suite A | Riverdale | GA | 30274 | TONY ENTERPRISES USA INC; TAHIR N KHAN; SHAMIR LALANI | MOUNTAIN EXPRESS OIL COMPANY | PETROLEUM PRODUCTS SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 498 | 2355 Scenic Hwy | Snellville | GA | 30078 | NABEEL GROUP OF COMPANIES, INC.; BAFNA LLC; VIRAG SHAH | MOUNTAIN EXPRESS OIL COMPANY | FUEL SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 485 | 4606 E. Fairview Rd. SW | Stockbridge | GA | 30281 | SHEIKH'S LLC; IRAM M MAHMOOD | MOUNTAIN EXPRESS OIL COMPANY | FUEL SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 190 | 12499 Hwy 27 | Summerville | GA | 30747 | GOLDENYORK LLC | ANKIT KIRITBHAI PATEL | MOUNTAIN EXPRESS OIL COMPANY | PETROLEUM PRODUCTS | FUEL SUPPLY AGREEMENT |

| Store No. | Property Location Information | | | | Contract Counterparty(ies)[1] | Debtor Entity | Contract Title[2] | Contract Description |
|---|---|---|---|---|---|---|---|---|
| | Address | City | State | Zip | | | | |
| | | | | | | | SUPPLY AGREEMENT | |
| 220 | 6425 Bells Ferry Rd. | Woodstock | GA | 30189 | KHALEDA FANCY; MD FAZUL HUQUE | MOUNTAIN EXPRESS OIL COMPANY | PETROLEUM PRODUCTS SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |
| 514 | 5270 E. Hwy 83 | Rio Grande City | TX | 78582 | NAWAZ SAYANI; IQBAL NASAR; ALI SHAHZAD | MOUNTAIN EXPRESS OIL COMPANY | FUEL SUPPLY AGREEMENT | FUEL SUPPLY AGREEMENT |