United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered) |

**ORDER (I) RESETTING THE SHOW CAUSE HEARING AND
(II) GRANTING RELATED RELIEF**
(Related Docket Nos. 488, 511, 675, 697 & 726 )

Upon the *Emergency Motion for Entry of an Order (i) Resetting the Show Cause Hearing and (ii) Granting Related Relief* (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**, to the extent set forth herein.

2. The Supplemental Show Cause Hearing shall be adjourned and reset on July 10, 2023 at 1:00 p.m. in Courtroom 400, 4th Floor, 515 Rusk, Houston, TX 77002.

3. Prior to the Supplemental Show Cause Hearing, each of the Contemnors and Subject Parties shall cooperate fully with the Debtors and M&Y Pump Services, Inc. to complete the Restoration Projects for each of the Subject Stores.

4. Subject to completion of the Restoration Projects at each of the Subject Stores, as may be verified by the Debtors at the Supplemental Show Cause Hearing, the Court shall set a hearing to determine the Debtors' entitlement to compensatory sanctions.

5. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

6. This Court retains exclusive jurisdiction and power with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  June 28, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**