IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MOUNTAIN EXPRESS OIL COMPANY, *et al.*, | ) ) ) | Case No. 23-90147 (DRJ) |
| Debtors.[1] | ) ) | (Jointly Administered) |
| | ) ) | **Docket Nos. 384, 390, 489, and 721** |

### NOTICE OF HEARING REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO EXTEND CHALLENGE PERIOD

On June 5, 2023, the Official Committee of Unsecured Creditors (the "Committee") appointed in the above captioned chapter 11 cases filed the *Official Committee of Unsecured Creditors' Motion to Extend Challenge Period* (the "Motion") [Docket No. 489].

The hearing to consider the relief sought in the Motion has been set for **July 19, 2023, at 3:30 p.m. (prevailing Central Time)** before Judge David R. Jones at the United States Bankruptcy Court, Houston Division.

**You may participate in the hearing either in person or by an audio and video connection.** Audio communication will be by the use of the Court's dial-in facility. You may access the facility at **(832)917-1510**. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is **205691**. Video communication will be by use of the GoToMeeting platform. Connect via the GoToMeeting application or click the link on Judge Jones's homepage. The meeting code is "JudgeJones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones's homepage. Select your case name, complete the required fields and click "Submit" to complete your appearance.

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

1

Dated: July 7, 2023
     Dallas, Texas

Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs (Texas Bar No. 7846300)
Marcus A. Helt (Texas Bar No. 24052187)
Jane A. Gerber (Texas Bar No. 24092416)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
crgibbs@mwe.com
mhelt@mwe.com
jagerber@mwe.com

-and-

Maris J. Kandestin (admitted *pro hac vice*)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
mkandestin@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

      I certify that on July 7, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Charles R. Gibbs*

DM_US 197953024-2.120657.0011