## Exhibit A

### List of Blue Owl Real Estate Capital LLC Affiliates

MOUNTAIN DATX001 LLC
MOUNTAIN BSTX001 LLC
MOUNTAIN DATX003 LLC
MOUNTAIN PORTFOLIO OWNER LA 3 LLC
MOUNTAIN PORTFOLIO OWNER LA 2 LLC
MOUNTAIN PORTFOLIO OWNER LA 2 LLC
MOUNTAIN PORTFOLIO OWNER NJ LLC
MOUNTAIN PORTFOLIO OWNER NC 2 LLC
MOUNTAIN PORTFOLIO OWNER OK LLC
MOUNTAIN BMTX001 LLC
MOUNTAIN FWTX001 LLC
MOUNTAIN FWTX002 LLC
MOUNTAIN FWTX003 LLC
MOUNTAIN NRTX001 LLC
MOUNTAIN PORTFOLIO OWNER NY LLC
MOUNTAIN PORTFOLIO OWNER MS LLC
MOUNTAIN PORTFOLIO OWNER LA 5 LLC
MOUNTAIN PORTFOLIO OWNER NJ LLC
MOUNTAIN PORTFOLIO OWNER PA LLC
MOUNTAIN PORTFOLIO OWNER LA 4 LLC
MOUNTAIN PORTFOLIO OWNER LA 6 LLC
MOUNTAIN PORTFOLIO OWNER LA ND LLC
MOUNTAIN PORTFOLIO OWNER WI MI LLC
MOUNTAIN PORTFOLIO OWNER NJ 2 LLC
MOUNTAIN PORTFOLIO OWNER MS 3 LLC
MOUNTAIN PORTFOLIO OWNER AL LLC
MOUNTAIN PORTFOLIO OWNER OK 2 LLC
MOUNTAIN DATX002 LLC
MOUNTAIN DATX004 LLC
MOUNTAIN DATX005 LLC
MOUNTAIN IRTX001 LLC
MOUNTAIN METX001 LLC
MOUNTAIN PORTFOLIO OWNER LLC MOUNTAIN PORTFOLIO OWNER AR LLC
MOUNTAIN PORTFOLIO OWNER LA LLC MOUNTAIN PORTFOLIO OWNER NC LLC
MOUNTAIN PORTFOLIO OWNER ALARMS LLC
MOUNTAIN PORTFOLIO OWNER AROKMS LLC
MOUNTAIN PORTFOLIO OWNER IA LLC
MOUNTAIN PORTFOLIO OWNER IN LLC
MOUNTAIN PORTFOLIO OWNER KS LLC
MOUNTAIN PORTFOLIO OWNER LA 8 LLC
MOUNTAIN PORTFOLIO OWNER LAKS LLC
MOUNTAIN MCTX001 LLC
MOUNTAIN PORTFOLIO OWNER MS 2 LLC

MOUNTAIN PORTFOLIO OWNER NLP OH LLC
MOUNTAIN PORTFOLIO OWNER OH LLC
MOUNTAIN PORTFOLIO OWNER OK 2 LLC
MOUNTAIN PORTFOLIO OWNER OK 3 LLC
MOUNTAIN PORTFOLIO OWNER PA 3 LLC
MOUNTAIN PORTFOLIO OWNER SCMNWI LLC