**Exhibit B**

**Cure Amounts**

| Entity | Outstanding Issue | Amount |
|---|---|---|
| Mountain NRTX001 LLC | Notice of Violation of State Statutes | $3,750.00 |
| Mountain Portfolio Owner LA 2 LLC | Tax Bill - Property Tax | $1,349.60 |
| Mountain Portfolio Owner LA 2 LLC | Tax Bill - Property Tax | $1,654.00 |
| Mountain Portfolio Owner LA 3 LLC | Tax Bill - Property Tax | $31,577.45 |
| Mountain Portfolio Owner NJ LLC | Sewer Bill | $243.37 |
| Mountain Portfolio Owner NJ LLC | Water Bill | $4,732.10 |
| Mountain Portfolio Owner NJ LLC | Tax Bill | $10,247.60 |
| Mountain Portfolio Owner NJ LLC | Tax Bill | $5,145.62 |
| Mountain Portfolio Owner PA LLC | Annual Assessment Invoice | $491.89 |
| Mountain Portfolio Owner PA LLC | Tax Bill | $9,801.30 |
| Mountain Portfolio Owner NY LLC | Tax Bill – Delinquent Notice | $46,573.47 |
| Mountain Portfolio Owner NY LLC | Tax Bill | $18,880.50 |
| | **Total Monetary Cure Amount** | **$129,301.28** |

**List of Counterparties**

MOUNTAIN DATX001 LLC
MOUNTAIN BSTX001 LLC
MOUNTAIN DATX003 LLC
MOUNTAIN PORTFOLIO OWNER LA 3 LLC
MOUNTAIN PORTFOLIO OWNER LA 2 LLC
MOUNTAIN PORTFOLIO OWNER LA 2 LLC
MOUNTAIN PORTFOLIO OWNER NJ LLC
MOUNTAIN PORTFOLIO OWNER NC 2 LLC
MOUNTAIN PORTFOLIO OWNER OK LLC
MOUNTAIN BMTX001 LLC
MOUNTAIN FWTX001 LLC
MOUNTAIN FWTX002 LLC
MOUNTAIN FWTX003 LLC
MOUNTAIN NRTX001 LLC
MOUNTAIN PORTFOLIO OWNER NY LLC
MOUNTAIN PORTFOLIO OWNER MS LLC
MOUNTAIN PORTFOLIO OWNER LA 5 LLC
MOUNTAIN PORTFOLIO OWNER NJ LLC
MOUNTAIN PORTFOLIO OWNER PA LLC
MOUNTAIN PORTFOLIO OWNER LA 4 LLC
MOUNTAIN PORTFOLIO OWNER LA 6 LLC
MOUNTAIN PORTFOLIO OWNER LA ND LLC
MOUNTAIN PORTFOLIO OWNER WI MI LLC
MOUNTAIN PORTFOLIO OWNER NJ 2 LLC
MOUNTAIN PORTFOLIO OWNER MS 3 LLC
MOUNTAIN PORTFOLIO OWNER AL LLC
MOUNTAIN PORTFOLIO OWNER OK 2 LLC