**Exhibit C**

**Cure Amounts**

| Entity | Outstanding Issue | Amount |
|---|---|---|
| Mountain DATX004 LLC | Delinquent Weed/Mow Fees | $202.99 |
| Mountain DATX004 LLC | Violation Notice | $386.00 |
| Mountain DATX004 LLC | Violation Notice | $286.00 |
| Mountain DATX005 LLC | Code Violation | $176.00 |
| Mountain IRTX001 LLC | Delinquent Tax Bill | $30,828.96 |
| Mountain Portfolio Owner LA LLC | Assessment Notice | $463.18 |
| Mountain Portfolio Owner LLC | Tax Bill | $1,953.93 |
| Mountain Portfolio Owner LLC | Water Bill | $78.39 |
| Mountain Portfolio Owner LLC | Tax Bill | $2,673.08 |
| Mountain Portfolio Owner NC LLC | Tax Bill | $5,226.60 |
| Mountain Portfolio Owner NC LLC | Tax Bill | $7,633.17 |
| **Total Monetary Cure Amount** | | **$49,908.30** |

**List of Counterparties**

MOUNTAIN DATX002 LLC
MOUNTAIN DATX004 LLC
MOUNTAIN DATX005 LLC
MOUNTAIN IRTX001 LLC
MOUNTAIN METX001 LLC
MOUNTAIN PORTFOLIO OWNER LLC MOUNTAIN PORTFOLIO OWNER AR LLC
MOUNTAIN PORTFOLIO OWNER LA LLC MOUNTAIN PORTFOLIO OWNER NC LLC