**Exhibit D**

**Cure Amounts**

| Entity | Outstanding Issue | Amount |
|---|---|---|
| Mountain Portfolio Owner ALARMS LLC | Tax Bill | $3,929.23 |
| Mountain Portfolio Owner IA LLC | Violation for Non-Removal of Snow and Ice | $35.00 |
| Mountain Portfolio Owner LA 9 LLC (Mountain Portfolio Owner LAKS LLC) | Delinquent Tax Notice | $1,631.13 |
| Mountain Portfolio Owner LAKS LLC | Tax Bill - Property Tax | $292.24 |
| Mountain Portfolio Owner OK 3 LLC | Tax Bill | $779.38 |
| Mountain Portfolio Owner OK 3 LLC | Storage Tank | $500.00 |
| Mountain Portfolio Owner SCMNWI LLC | Tax Bill | $215,112.31 |
| Mountain Portfolio Owner PA 3 LLC | Tax Bill | $1,606.90 |
| Mountain Portfolio Owner PA 3 LLC | Tax Bill | $3021.00 |
| Mountain Portfolio Owner SCMNWI LLC | Tax Bill – Courtesy Letter | $4,019.92 |
| | **Total Monetary Cure Amount** | **$230,927.11** |

**List of Counterparties**

MOUNTAIN PORTFOLIO OWNER ALARMS LLC
MOUNTAIN PORTFOLIO OWNER AROKMS LLC
MOUNTAIN PORTFOLIO OWNER IA LLC
MOUNTAIN PORTFOLIO OWNER IN LLC
MOUNTAIN PORTFOLIO OWNER KS LLC
MOUNTAIN PORTFOLIO OWNER LA 8 LLC
MOUNTAIN PORTFOLIO OWNER LAKS LLC
MOUNTAIN MCTX001 LLC
MOUNTAIN PORTFOLIO OWNER MS 2 LLC
MOUNTAIN PORTFOLIO OWNER NLP OH LLC
MOUNTAIN PORTFOLIO OWNER OH LLC
MOUNTAIN PORTFOLIO OWNER OK 2 LLC
MOUNTAIN PORTFOLIO OWNER OK 3 LLC
MOUNTAIN PORTFOLIO OWNER PA 3 LLC
MOUNTAIN PORTFOLIO OWNER SCMNWI LLC