Case # 23-90147 (DRJ)

Pinky's Bar & Grill 870 Dallas Hwy Suite C Douglasville GA 30134.

Phone: 404-924-9267       email sturne1963@gmail.com

Nathan Ochsner, Clerk of Court
United States Courts
Southern District of Texas
FILED
JUL 1 2 2023

On behalf of SONIA TURNER AND TROY NEAL. WE REJECT YOUR SALE OF THIS PROPERTY!!!!!

  I leased the place at the location above.

I OBJECT TO THE COMPANY STATING THAT I'M NOT OWED ANY FUNDS FOR THIS BUILDING. I HAVE PUT THOUSANDS OF DOLLARS TO BRING THIS PLACE UP TO PAR! WHEN I GOT THE PLACE, IT WAS AN EMPTY BOX. I HAVE PUT EVERYTHING INTO THIS BUILDING TO TURN IT INTO A BAR AND GRILL! THE BUILDING IS READY TO SERVE THE COMMUNITY. I HAVE BEEN PAYING BILLS AND I'M STILL PAYING BILLS EVEN THOUGH I'M SERVING THE COMMUNITY. I HAVE not BEEN ABLE TO SERVE THE COMMUNITY DO TO MOUNTAIN EXPRESS NOT FIXING AN issue for environmental service! I Object you do owe US THE business the compensation for the two year's we've been waiting to open. April 14th 2023 at 3:13 pm. I filed with A CLAIM WITH Mountain Express Oil Company I sent in receipts and a letter I was given a pin number, today I'm sending some of the same items again. Here is the case number 23-90147(DRJ). We reject, object the sale or auction!!!!!

Here is exhibit A some receipts



06/01/2022

**Receipt for Douglas County Environmental Health Fees**

Paid By:   SONIA TURNER

Service Location:   !! PINK PLACE
870 DALLAS HWY 92 STE C
DOUGLASVILLE, GA 30134
Phone: (404) 771-2062

Invoice ID:       841487
Invoice Date:    03/22/2022

| Fee Type | Fee | Quantity | Subtotal |
|---|---|---|---|
| (D) Annual Inspection Fee Risk Type II -Category I | $560.00 | 1 | $560.00 |
| (D) Plan Review for Existing Facility (New Owner or Remodel): Minor Changes | $215.00 | 1 | $215.00 |
| | | Total Fees | $775.00 |
| | | Total Charges | $775.00 |

| Payment Type | | Amount |
|---|---|---|
| Check    # 807 | | $775.00 |
| | Payment Total | $775.00 |
| | Remaining Owed by 04/21/2022 | $0.00 |
| Received By: | Vanessa Alvarado | Date Received: | 06/01/2022 |

Thank you for your payment.

Local Payment Reference:

# *Fowles Ventilator Hoods*

*INVOICE*
*220103*

3800 Wendell Drive SW, Suite 403
Atlanta, GA 30336
Phone 404-691-2046
Fax 404-691-2096

January 2, 2022

**To:** Owner

*Terms:*  $Payment @ Sign of Contract
         $Final @ Complete Install

*Job:* 870 Dallas Hwy Ste. C
       Douglasville, GA

---

**Installation of Owner Supplied:**

*6' Stainless Steel Grease Hood*
*Exhaust Fan*
*Supply Air Unit*

Stainless Steel Metal on wall
16 Gauge all Welded Grease Duct
Supply Air Duct
Parts and Installation

**TOTAL** ~~$4000~~

PAID IN FULL 4000.00
1/12/22

**Fire System by Others**

No Electric or Plumbing

Made and Installed to meet NFPA 96

Please call with any questions
Thank You

*Signature* Sonia Susher

## *WE APPRECIATE YOUR BUSINESS*

Mr.V's Restaurant Equipment & Store
510 Jones Ave. NW
Atlanta, GA 30314

# Estimate

| Date | Estimate # |
|---|---|
| 10/26/2021 | 1866 |

**Name / Address**

Pinks Bar & Grill
Sonia Turner
6389 Cardiff Lane
Douglasville, GA 30134

| Project |
|---|
|  |

| Description | Qty | Cost | Total |
|---|---|---|---|
| New Hand Sink Bowl size 9 x 9 | 2 | 121.50 | 243.00T |
| 8" Center Wall Faucet 12" Spout | 3 | 71.42 | 214.26T |
| 3 Compartment Sink drain board right side | | 771.00 | 771.00T |
| Klingers | | | |
| 18" | | | |
| 16" x 20" x 12" | | | |
| DUKERS 72" SALAD PREP TABLE | | 2,742.12 | 2,742.12T |
| DIMENSIONS: 74 1/4* 31 1/2* 45 5/8* | | | |
| | | | |
| GSW 24" x 48" Stainless Steel Work Table | | 182.05 | 182.05T |
| Dukers Upright Single Door Freezer | | 2,361.96 | 2,361.96T |
| Dukers Top Mount 1 Door Refrigerator | | 2,003.87 | 2,003.87T |
| M: D28AR | | | |
| S/N: 1161000DUK200508200600150 | | | |
| Migali 2 Burner Hot Plate - NG | | 487.35 | 487.35T |
| M: C-HP-2-12 | | | |
| Sales Tax | | 8.90% | 801.50 |

.24

| Total | $9,807.11 |
|---|---|

Customer Signature

Mr.V's Restaurant
Equipment & Store Fixtures

510 Jones Ave. NW
Atlanta, GA 30314

Sonia Turner

**PAID 10/26/2021**

# Invoice

| Date | Invoice # |
|---|---|
| 10/26/2021 | 15987 |

| Bill To | Ship To |
|---|---|
| Pinky'des Bar & Grill<br>Sonia Turner<br>6389 Cardiff Lane<br>Douglasville, GA 30134 | |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| HS-10-CWP | New Hand Sink Bowl size 9 x 9 | 2 | 121.50 | 243.00T |
| MF12 | 8" Center Wall Faucet 12" Spout | 4 | 71.42 | 285.68T |
| ECS-3-DR | 3 Compartment Sink drain board right side Klingers 18" 16" x 20" x 12" |  | 771.00 | 771.00T |
| ECS-1DL | 1 Compartment Sink with Drainboard on Left |  | 473.20 | 473.20T |

EQUIPMENT SOLD AS IS, NO RETURNS, No Cash Refund, Layaway not paid and/or picked up is subject to a 25% Restocking Fee. If equipement paid and not picked up by the end of the 30days, there will be a 30%Holding/Storage Fee added to the invoice. Mr. V's Restaurant Equipement & Store Fixtures is not responsible for damage to equipment or personal property. Customers are responsible for equipment getting into the building. By signing this invoice, customer acknowledges that you have read and understand the terms.

| | |
|---|---|
| **Sales Tax (8.9%)** | $157.79 |
| **Total** | $1,930.67 |
| **Payments/Credits** | -$1,930.67 |
| **Balance Due** | $0.00 |

**Mr.V's Restaurant Equipment & Store Fixtures**
510 Jones Ave. NW
Atlanta, GA 30314

# Invoice

| Date | Invoice # |
|---|---|
| 11/16/2021 | 16063 |

**PAID 11/29/2021**

**Bill To**
ClickLease LLC
1182 W. 2400 S. STE A
West Valley, UT 84119

**Ship To**
Pinkys bar and grill
870 Dallas Highway 92 Suite C
DOUGLASVILLE, GA 30134

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 11/16/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Hood | 6' Hood Exhaust, Return, curb | 3,200.00 | 3,200.00T |
| 1 | AEF-4050-S-E-NG... | Asber 40/50lb Stainless Steel Natural Gas Fryer w/o Casters SN# 8102342396 *missing baskets and hose* | 856.78 | 856.78T |
| 1 | SGR-2B-24G | Serv-Ware 36" RANGE 2 BURNER w/ 24" GRIDDLE | 2,197.80 | 2,197.80T |
| 1 | DBB-60-S2 | DUKERS 60" BACK BAR COOLER | 2,262.60 | 2,262.60T |
| 1 | 0960 | Used Master-Bilt single door glass cooler M: BGF-23 S/N: JV100960 | 995.00 | 995.00T |
| ~~1~~ | DUC29R0220 | Dukers 7 cu. ft. Single Door Refrigerator In Stainless Steel S/N:1100020DUK190603190700220 | 1,247.40 | 1,247.40T |
| ~~1~~ | FMS-2016 | Floor Mop Sinks OD: 24x20x12H, Bowl: 16x20x6 Klingers | 504.23 | 504.23T |
| 1 | ICEU15FA5 | Ice-O-Matic Mdl: ICEU15FA5 | 1,300.00 | 1,300.00T |
| 1 | D28AF | Dukers Upright Single Door Freezer | 2,361.96 | 2,361.96T |
| ~~1~~ | A-20 | 3 Pack Bottle Rack | 74.23 | 74.23T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

**RECEIVED DEC 2 1 2021 By____**

| | Total | $15,000.00 |
|---|---|---|

Mr.V's Restaurant Equipment & Store Fixtures
510 Jones Ave. NW
Atlanta, GA 30314

# Estimate

| Date | Estimate # |
|---|---|
| 10/26/2021 | 1866 |

**Name / Address**

Pinky'dcs Bar & Grill
Sonia Turner
6389 Cardiff Lane
Douglasville, GA 30134

Project

| Description | Qty | Cost | Total |
|---|---|---|---|
| New Hand Sink Bowl size 9 x 9 | 2 | 121.50 | 243.00T |
| 8" Center Wall Faucet 12" Spout | 4 | 71.42 | 285.68T |
| 3 Compartment Sink drain board right side | | 771.00 | 771.00T |
| Klingers | | | |
| 18" | | | |
| 16" x 20" x 12" | | | |
| GSW 24" x 48" Stainless Steel Work Table | | 182.05 | 182.05T |
| Dukers Upright Single Door Freezer | | 2,361.96 | 2,361.96T |
| Dukers Top Mount 1 Door Refrigerator | | 2,003.87 | 2,003.87T |
| M: D28AR | | | |
| S/N: 1161000DUK200508200600150 | | | |
| Migali 2 Burner Hot Plate - NG | | 487.35 | 487.35T |
| M: C-HP-2-12 | | | |
| 1 Compartment Sink with Drainboard on Left | | 473.20 | 473.20T |
| Serv-Ware 24" ELECTRIC THERMOSTATIC GRIDDLE | | 577.80 | 577.80T |
| M: ETG-24 | | | |
| Sales Tax | | 8.90% | 657.35 |

**Total** $8,043.26

Customer Signature

**Contractors Invoice**

TO:
[illegible handwritten addressee]

WORK PERFORMED AT: Pinky's Bar & Grill
870 Dallas Hwy Suite
Douglasville GA

DATE: [illegible]    YOUR WORK ORDER NO.:    OUR BID NO.:

**DESCRIPTION OF WORK PERFORMED**

Repair flashing around thie unit / material used - 1.0 tube of caulking one roll of mesh 6" inch on the linket of Ranch —

Michael Sutton

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _Four hundred_ Dollars ($ 400.00 ).

This is a ☐ Partial ☒ Full invoice due and payable by: _____

□ce with our ☒ Agreement ☐ Proposal    No. _____    Dated August 10, 2022

☐ Walk-In
☐ Phone
☐ Fax
☐ Field
☐ E-Mail
☐ Mail

**Extreme Images**
Signs, Graphics, & B
770-949-5

11 16 2022

2118-A Fairburn Rd. • Douglasv
www.extremeimagesllc.com   Fa:
info@extremeimagesll

EXTREME IMAGES
2118 A FAIRBURN RD
DOUGLASVILLE, GA 30135

11:04:09

DEBIT CARD
DEBIT SALE

Card #
Network:
Chip Card
AID:
SEQ #:
Batch #:
INVOICE
Approval Code:
Entry Method:
Mode:
Tax Amount:

XXXXXXXXXXXX5274
MASTERCARD
US Debit
A0000000042203
1
174
1
100849
Chip Read
Issuer - PIN Bypassed
$0.00

SALE AMOUNT
$270.28

CUSTOMER COPY

**RECEIPT**

INVOICE # _____
_____ DATE 11/16 TIME _____
_____ DATE _____ TIME _____

☐ WILL CALL WHEN READY
☐ NO          ☐ SHIP ☐ DROP SHIP
ail ☐ Call

Sold To: Pinky's Bar d (- Sonia

urhel963@gmail.co[m]

Phone _____ Fax _____
Pager _____ Cell 404

| QTY | | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|
| 1 | 2'x4' S.S. prir ...anel | | | 108 00 |
| | Recreation | | | 200 00 |
| | Installati... | | | 225 00 |
| | Cust. is applying for her own permit! | | | |

| | |
|---|---|
| Shipping & Handling | |
| Subtotal | 533 00 |
| Tax | 7 56 |
| Total | 540 56 |
| Deposit | 270 28 |
| Balance | |

File Name _____ Date _____ ☐ Ck. # _____ ☐ Cash ☑ C. Cd.
Supplier _____

**CUSTOMER'S APPROVAL** _____

I have ordered the above imprinted merchandise. I have proofed the above information and agree it is correct. *I understand that the scheduled pick up date is approximate and is NOT GUARANTEED.
I agree to pay balance on or before pick-up date, unless otherwise arranged.

Mr.V's Restaurant Equipment & Store
Fixtures
510 Jones Ave. NW
Atlanta, GA 30314

# Estimate

| Date | Estimate # |
|---|---|
| 10/26/2021 | 1866 |

**Name / Address**

Pinks Bar & Grill
Sonia Turner
6389 Cardiff Lane
Douglasville, GA 30134

| | Project |
|---|---|
| | |

| Description | Qty | Cost | Total |
|---|---|---|---|
| New Hand Sink Bowl size 9 x 9 | 2 | 121.50 | 243.00T |
| 8" Center Wall Faucet 12" Spout | 3 | 71.42 | 214.26T |
| 3 Compartment Sink drain board right side | | 771.00 | 771.00T |
| Klingers | | | |
| 18" | | | |
| 16" x 20" x 12" | | | |
| DUKERS 72" SALAD PREP TABLE | | 2,742.12 | 2,742.12T |
| DIMENSIONS: 74 1/4* 31 1/2* 45 5/8* | | | |
| GSW 24" x 48" Stainless Steel Work Table | | 182.05 | 182.05T |
| Dukers Upright Single Door Freezer | | 2,361.96 | 2,361.96T |
| Dukers Top Mount 1 Door Refrigerator | | 2,003.87 | 2,003.87T |
| M: D28AR | | | |
| S/N: 1161000DUK200508200600150 | | | |
| Migali 2 Burner Hot Plate - NG | | 487.35 | 487.35T |
| M: C-HP-2-12 | | | |
| Sales Tax | | 8.90% | 801.50 |

24

**Total** $9,807.11

Customer Signature

# *Fowles Ventilator Hoods*

**INVOICE**
*220103*

3800 Wendell Drive SW, Suite 403
Atlanta, GA 30336
Phone 404-691-2046
Fax 404-691-2096

January 2, 2022

**To:   Owner**

*Terms:*   $Payment @ Sign of Contract
           $Final @ Complete Install

*Job:*
870 Dallas Hwy Ste. C
Douglasville, GA

**Installation of Owner Supplied:**

*6' Stainless Steel Grease Hood*
*Exhaust Fan*
*Supply Air Unit*

Stainless Steel Metal on wall
16 Gauge all Welded Grease Duct
Supply Air Duct
Parts and Installation

**TOTAL** ~~$8000.00~~

PAID 4000.00 ~~4000~~
IN
FULL
1/12/22

**Fire System by Others**

No Electric or Plumbing

Made and Installed to meet NFPA 96

Please call with any questions
Thank You

Signature *Sonia Surher*

## *WE APPRECIATE YOUR BUSINESS*

# Atlanta's A4dable 1

P.O. Box 491887
College Pk., GA 30349
Phone: 404-528-9948
Email: a4dable1@yahoo.com

INVOICE

Perkys
870 Dallas Hwy
Douglasville, GA

| DATE | ACCOUNT NO. | ORDER NO. | SALESMAN |
|---|---|---|---|
| 6/22 | | | |

SHIPPING TERMS: ☐ PPD NO CHARGE TO CUSTOMER ☐ PPD CHARGE TO CUSTOMER ☐ COLLECT
SHIP BY: ☐ OUR TRUCK ☐ UPS ☐ TRUCKLINE ☐ PICK UP
SHIP WHEN:
ORDER PLACED BY: AK Perry
PHONE#:
SPECIAL INSTRUCTIONS:
CHANGE:

| QUANTITY | | | ITEM CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| ed | Shipped | B.O. | | | | |
| | | | | Ballow Test | | 200.00 |
| | | | | | | |
| | | | | | TOTAL | 200.00 |

CUSTOMER SIGNATURE

Mr.V's Restaurant Equipment & Store
Fixtures
510 Jones Ave. NW
Atlanta, GA 30314

# Estimate

| Date | Estimate # |
|---|---|
| 10/26/2021 | 1866 |

**Name / Address**

Pinky'dcs Bar & Grill
Sonia Turner
6389 Cardiff Lane
Douglasville, GA 30134

| Project |
|---|
|  |

| Description | Qty | Cost | Total |
|---|---|---|---|
| New Hand Sink Bowl size 9 x 9 | 2 | 121.50 | 243.00T |
| 8" Center Wall Faucet 12" Spout | 4 | 71.42 | 285.68T |
| 3 Compartment Sink drain board right side | | 771.00 | 771.00T |
| Klingers | | | |
| 18" | | | |
| 16" x 20" x 12" | | | |
| GSW 24" x 48" Stainless Steel Work Table | | 182.05 | 182.05T |
| Dukers Upright Single Door Freezer | | 2,361.96 | 2,361.96T |
| Dukers Top Mount 1 Door Refrigerator | | 2,003.87 | 2,003.87T |
| M: D28AR | | | |
| S/N: 1161000DUK200508200600150 | | | |
| Migali 2 Burner Hot Plate - NG | | 487.35 | 487.35T |
| M: C-HP-2-12 | | | |
| 1 Compartment Sink with Drainboard on Left | | 473.20 | 473.20T |
| Serv-Ware 24" ELECTRIC THERMOSTATIC GRIDDLE | | 577.80 | 577.80T |
| M: ETG-24 | | | |
| Sales Tax | | 8.90% | 657.35 |

**Total**  $8,043.26

Customer Signature

**A4dable 1**
P. O. Box 281
Hahnville, LA 70057
Phone: 404-528-9948
Email: A4dable1@yahoo.com

| SOLD TO | | | | Date 1/22 | Account No | Order No. | SALESMAN |
|---|---|---|---|---|---|---|---|
| | | | | SHIPPING TERMS ☐ PPD Charge to Customer ☐ Collect | | | |
| | 870 Dallas Hwy | | | ☐ PPD Charge to Customer | | | |
| | Douglasville GA | | | SHIP BY ☐ Our Truck ☐ UPS ☐ Truckline ☐ Pick-up | | | |
| SHIP TO | | | | SHIP WHEN | | | |
| | | | | ORDER PLACED BY Ms Pinky | | PHONE # 4) 924-9267 | |
| | | | | SPECIAL INSTRUCTIONS | | | |
| | | | | CHANGE | | | |

| QUANTITY | | | ITEM CODE | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| Ordered | Shipped | B.O. | | | | |
| | | | | Install Drotex L3000 | | |
| | | | | 1- 10Gram CO2 Actuator | | |
| | | | | 3- 340° Fuse Link Kits | | |
| | | | | 1- 1" Gas Valve | | |
| | | | | 1- Manual Pull Station | | |
| | | | | 1- 6LTR K Class Extinguisher | | |

Sub Total 2,800
Tax 0
Total Due 2,800

| | |
|---|---|
| Bar (TV's) floor $25,000<br>Labor<br>~~5th~~ building of<br>3 thousand<br>floor 1,200<br>liquor license 5,000 | Bar TV's tables chairs<br>building of bar table<br>floor $30,000  $3,000<br>Labor - building bar<br>$2,500<br>Electrical $1,500<br>Labor<br>Liquor license $7,000 |
| $401.66<br>402 34<br>Internet<br>1680<br>3621<br>1392<br>4 | $101,809.64<br>Total<br>$216,000 Liquor<br>$161,000 Food |

**Jones Safe & Lock Co. LLC**
6438 Brownsville Rd
Lithia Springs, Ga 30122
(770) 949-5050

PAY FROM THIS INVOICE
NO STATEMENT WILL BE SENT

**No. 8291**

| DATE OF ORDER | TELEPHONE | DATE COMPLETED |
|---|---|---|
| NAME | | 3-1-22 |

ADDRESS: 870 Dallas Hwy S.T.C
CITY: Dallasville

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| Rekey | front door lock | | 75 00 |
| | Paid | | |
| | | SUB TOTAL | 75 00 |
| | | SERVICE CALL | |
| | | TAX | |
| | | TOTAL | 75 00 |

REMARKS:

TERMS: CASH ON COMPLETION OF WORK

I hereby accept above performed service, and charges, as being satisfactory and acknowledge that equipment has been left in good condition.

Technician _____  Customer's Signature _____

# ROTO-ROOTER PLUMBING & DRAIN SERVICE
## 1-800-GET-ROTO (438 7686)

SEE BINDING TERMS ON REVERSE
Roto-Rooter Services Company
Remit to: 5672 Collections Center Drive, Chicago IL 60693-0056
For Service Please Call 1-800-GET-ROTO (438-7686)
General (770) 369-0224 • FAX (770) 369-7997

LOCATION: ATLANTA
# 8367
SERVICE TECHNICIAN'S NAME
INVOICE NO: 125-2420/805

- [ ] SEWER & DRAIN
- [ ] PLUMBING
- [x] PUMPING
- [ ] INDUSTRIAL
- [ ] EXCAVATION
- [ ] DRAIN TILE

CUSTOMER CLASS:
- [x] RESIDENTIAL
- [x] COMMERCIAL

| Field | Value |
|---|---|
| CUSTOMER NAME | SPD PINKUS |
| BILLING ADDRESS | 8700 DALLAS HWY Suite C |
| CITY | DOUGLASVILLE |
| STATE/PROVINCE | GA |
| ZIP/POSTAL | 30134 |
| CUSTOMER PHONE NO. | 4-924-9267 |
| FEDERAL I.D. # | 42-0199300 |

**WORK ORDER AUTHORIZATION** I authorize the services indicated and agree to pay the amounts specified. I have read and agree to the terms on the reverse side, including the limits on Roto-Rooter's responsibility specified in those terms. I acknowledge that under paragraph 2(b) of those terms, if Roto-Rooter equipment gets stuck in a pipe, I may be responsible for the cost of removing that equipment, including any required excavation.

(SIGNATURE) X Sonia Turner  (PRINT NAME) X SONIA TURNER

| REPAIR CODE | ESTIMATE AND DESCRIPTION OF WORK TO BE PERFORMED | $ AMOUNT |
|---|---|---|
| 111 | LABOR TO REALIGN 6" DRAIN UNDER KITCHEN SINK | 500.00 |
| | 159738 | |

**COMPLETION** I acknowledge completion of the above described work which has been done to my complete satisfaction.

(SIGNATURE) X Sonia Turner
(PRINT NAME) X SONIA TURNER

**TOTAL $ 500.00**

| SUGGESTIONS FOR REPAIR / REPLACEMENT | | | |
|---|---|---|---|
| ITEM | LOCATION | ESTIMATED COST | YOU SAVE TODAY |
| WATER HEATER | | | |
| DISPOSER | | | |
| SINK | | | |
| TOILET | | | |
| BATHTUB | | | |
| SHOWER | | | |
| FAUCET | | | |
| DRAIN | | | |
| OTHER | | | |

Rely on the experts at Roto-Rooter for complete plumbing and drain services. Call **1-800-GET-ROTO** (438-7686).

Visit us at **rotorooter.com** for coupons, helpful hints and more. Complete our customer survey at: rotorooter.com/contact-us/customer-survey.

And, follow us online for news, timely updates, and other plumbing and drain information.

twitter.com/rotorooter    facebook.com/rotorooter
rotorooter.com/blog    youtube.com/rotorootertv

(Service Technician's Signature)

