UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90147 |
|---|---|---|---|
| Debtor | In Re: | Mountain Express Oil Company, et al. | |

This lawyer, who is admitted to the State Bar of _____Virginia_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | John H. Maddock III<br>McGuireWoods LLP<br>800 East Canal Street<br>Richmond, Virginia 23219<br>(804) 775-1178<br>Virginia 41044 |
|---|---|

Seeks to appear as the attorney for this party:

| Total Image Solutions, LLC | |
|---|---|
| Dated: July 17, 2023 | Signed: /s/ John H. Maddock III |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:　　　　　　　　　Signed: _____<br>　　　　　　　　　　　　　　　　Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　United States Bankruptcy Judge