**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>Jointly Administered<br><br>**[Re: Docket Nos. 384, 390, and 489]** |

**NOTICE OF ADJOURNMENT OF
HEARING REGARDING THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS MOTION TO EXTEND CHALLENGE PERIOD**

    **PLEASE TAKE NOTICE** that on June 5, 2023, the Official Committee of Unsecured Creditors (the "Committee") filed its *Motion to Extend Challenge Period* [Docket No 489] (the "Motion"). On July 7, 2023, the Committee filed its *Notice of Hearing Regarding the Official Committee of Unsecured Creditors' Motion to Extend Challenge Period* [Docket No. 753] (the "Notice of Hearing"), stating that a hearing on the Motion had been set for July 19, 2023, at 3:30 p.m. (prevailing Central Time) (the "Hearing").

    **PLEASE TAKE FURTHER NOTICE** that the Hearing has been continued to **a date to be determined and noticed at a later time.**

*[Remainder of Page Intentionally Left Blank]*

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

1

DM_US 198187647-2.120657.0011

Dated: July 17, 2023
Dallas, Texas

**MCDERMOTT WILL & EMERY LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs (Texas Bar No. 7846300)
Marcus A. Helt (Texas Bar No. 24052187)
Jane A. Gerber (Texas Bar No. 24092416)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com
         mhelt@mwe.com
         jagerber@mwe.com

-and-

Maris J. Kandestin (admitted *pro hac vice*)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email:  mkandestin@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I certify that on July 17, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Gibbs*
Charles R. Gibbs