**EXHIBIT A**

| C-Store Operator | Store Address |
|---|---|
|  |  |
| A&S Gas and Food | 1301 S Eufaula Ave Eufaula, AL 36027 |
| Gepp Food Mart LLC | 17995 US 62, Gepp AR 72538 |
| Magnolia Market and Deli Inc | 2322 Vine Ave, Magniolia, AR 71753 |
| Magnolia Market and Deli Inc | 203 N Elm St Emerson AR 71740 |
| Top Fuel Express Inc | 7301 S Orange Blossom Trl Orlando, FL 32809 |
| ARG ME19PCK001 LLC | 1801 NW SIGMAN RD- Conyers, GA |
| FITZGERALD FUEL STOP LLC | 227 E Central Ave, Fitzgerald, GA 31750 |
| 1601 RUSTON LLC | Central Station Ruston, 1601 Farmerville Hwy, Ruston, LA 71270 |
| ATWAIN 2 Inc | 200 Main St., Junction City, LA 71749 |
| ATWAIN 3 Inc | 331 LA-546 West Monroe, LA 71291 |
| DELHI FUEL SMART 17 LLC | 433 Hwy 577 South, Delhi, LA 71232 |
| FUEL SMART 18 INC | 3201 Desiard Street, Monroe LA 71203 |
| ARBUDA ENT INC | 527 Old Liberty Road Asheboro NC |
| Community Shop LLC | (2) 512 West Main Street Locust NC |
| DOSAJI HOLDING LLC | 800 Bryan Road Thomasville NC |
| DOSAJI HOLDING LLC | 433 Albemarle Road, Troy NC |
| Fuel Smart 10 Inc | 231 South Main Street |
| Fuel Smart 11 Inc | 18074 S. NC HWY 109 |
| Fuel Smart 12 Inc | 11126 N NC Highway 150 |
| Fuel Smart 13 Inc | 402 West Swannanoa Street |
| Fuel Smart 14 Inc | 7039 Jordan Road |
| Fuel Smart 15 Inc | 324 W. MAIN ST. |
| Fuel Smart 16 Inc | 511 East Main Street |
| Fuel Smart 4 Inc | 627 NC HWY 24/27 BYPASS E. |
| Fuel Smart 5 Inc | 100 Highway 52 South |
| Fuel Smart 6 Inc | 2271 Main Street |

| C-Store Operator | Store Address |
|---|---|
| Fuel Smart 7 Inc | 713 Main Street |
| Fuel Smart 9 Inc | 100 West NC Highway 705 |
| GOPI OF NC LLC | 1634 Zoo Parkway Asheboro NC |
| Gunwanti Inc | 315 Randolph Street Thomasville NC |
| M&A Mini Mart 1 Inc | 2921 E MLK Jr Drive High Point NC 27260 |
| M&A Mini Mart 2 Inc | 1901 Brentwood Street, High Point NC 27260 |
| M&A Mini Mart 3 Inc | 2715 Elm-Eugene St, Greensboro NC 27406 |
| QUIK FUEL LEXINGTON INC | 4416 South NC 150 Lexington, NC |
| SACHCHIYA MATA LLC | 515 East Main Street Candor NC |
| SACHCHIYA MATA LLC | 103 South Main Street Candor NC |
| SAI ENT INC | 1011 Liberty Road Archdale NC - |
| SHREE KANUDO LLC | 408 BROAD ST. Seagrove NC |
| SHREEJI C STORE 2 INC | 2655 North Church Street Haw River NC |
| TROY COMMUNITY MART 1 LLC | (3)  530 North Main Street Troy NC |
| TROY COMMUNITY MART 2 LLC | (1) 1050 Albemarle Road Troy NC |
| Value Mart 1 Inc | 509 SUNSET AVE. |
| Value Mart 2 Inc | 2003 North Fayetteville Street |
| HPRP Northwood LLC | 4101 Woodville Rd, Northwood, OH 43619 |
| HPRP Toledo LLC | 4468 Monroe St, Toledo, OH 43613 |
| STOP & SHOP 9 | 4468 Monroe St, Toledo, OH 43613 |
| ASHOK TECH LLC | 3233 Wow Road, Randleman NC. |
| Bajrang Enterprises LLC | 4417 S High Avenue Oklahoma City, OK 73129 |
| ESAIAS PROJECT INC | 17901 N Pennsylvania Avenue Edmond OK 73012 |
| Hanuman Enterprises LLC | 3701 S High Avenue Oklahoma City, OK 73129 |
| Mahadev LLC | 20460 NE 23rd St, Harrah, OK 73045. |

| C-Store Operator | Store Address |
|---|---|
| FAM FUELS INC 1 | 401 W 4TH ST EMPORIUM, PA -5834 |
| FAM FUELS INC 2 | 807 S. MICHEAL ST, ST. MARY'S, PA 15857 |
| FAM FUELS INC 3 | 208 FILBERT ST CURWENSVILLE, PA 16833 |
| FAM FUELS INC 4 | 135 CENTER ST JOHNSONBURG, PA 15845 |