# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MOUNTAIN EXPRESS OIL COMPANY, *et al.*, | Case No. 23-90147 (DRJ) |
| Debtors.[3] | (Jointly Administered) |

**ORDER GRANTING AD HOC C-STORE OPERATOR'S EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE CURE/ASSIGNMENT OBJECTIONS**
[Relates to Doc. No. ___]

After considering the *Emergency Motion for Extension of Time to File Cure/Assignment Objections* (the "Emergency Motion"),[4] which was filed by the Ad Hoc C-Store Operators, and all respones, replies, objections, and/or arguments of counsel (if any), the Court hereby orders the following:

**IT IS ORDERED** that the Emergency Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the deadline to file a Cure/Assignment Objection for the Ad Hoc C-Store Operators is extended through and including Thursday, **July 27, 2023.**

**IT IS FURTHER ORDERED** that parties are not prejudiced from requesting additional time extensions.

[*Signature on Next Page*.]

---

[3] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[4] All capitalized but undefined terms shall have the same meaning as ascribed to in the Emergency Motion.

Signed on _____ July of 2023

_____
THE HON. DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE