**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MOUNTAIN EXPRESS OIL COMPANY, *et al.*, | Case No. 23-90147 (DRJ) |
| Debtors.[1] | Jointly Administered |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
WITNESS AND EXHIBIT LIST**

The Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), hereby submits the following *Witness and Exhibit List* (the "Witness and Exhibit List") with respect to the hearing scheduled for July 31, 2023 at 2:00 p.m. (Prevailing Central Time) (the "Hearing") in the above-captioned bankruptcy cases (the "Cases"), pending before the Honorable David R. Jones, United States Bankruptcy Judge, 515 Rusk Street, Houston, Texas 77002.

The Committee designates the following witnesses and exhibits that may be offered at the Hearing.

**WITNESSES**

1. Any witness listed, offered, or called by any other party;

2. Any witness necessary to authenticate a document; and

3. Any witness required for rebuttal or impeachment.

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

1

## **EXHIBITS**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| A. | Any pleading on file in these cases | | | | |
| B. | Any exhibits listed, designated, or offered by any other party | | | | |
| C. | Any exhibits necessary for rebuttal | | | | |

The Committee reserves the right to modify, amend or supplement this Witness and Exhibit List at any time prior to the Hearing. The Committee reserves the right to ask the Court to take judicial notice of pleadings, orders, transcripts, and/or other documents filed in or in connection with these Cases, and to offer rebuttal exhibits. Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

*[Remaining Page Intentionally Left Blank]*

Dated: July 28, 2023
      Dallas, Texas

**MCDERMOTT WILL & EMERY LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs (Texas Bar No. 7846300)
Marcus A. Helt (Texas Bar No. 24052187)
Jane A. Gerber (Texas Bar No. 24092416)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com
      mhelt@mwe.com
      jagerber@mwe.com

-and-

Maris J. Kandestin (admitted *pro hac vice*)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
Email:  mkandestin@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I certify that on July 28, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Gibbs*
Charles R. Gibbs