Electronic Appearance Sheet

Jane Gerber, McDermott Will & Emery LLP
Client(s): The Official Committee of Unsecured Creditors

Jeffrey Dulberg, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtors' Counsel

Ben Wallen, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtors' Counsel

James Britton, ArentFox Schiff LLP
Client(s): Necessity Landlords

Jayson Ruff, US DOJ
Client(s): US Trustee

John Elrod, Greenberg Traurig, LLP
Client(s): First Horizon Bank, as DIP Agent