IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | CHAPTER 11 | |
| § | | |
| MOUNTAIN EXPRESS OIL COMPANY, ET AL.,[1] § | CASE NO. 23-90147 (DRJ) | |
| § | | |
| § | | |
| *Debtors.* § | (JOINTLY ADMINISTERED) | |

## SAMNOSH LLC'S WITNESS AND EXHIBIT LIST

Samnosh LLC ("Samnosh"), through its counsel, files its *Samnosh LLC's Witness and Exhibit List* for the hearing scheduled on August 7, 2023, at 2:00 p.m., in the above-captioned bankruptcy cases, relating to the *Debtors' Notice of Auction for the Sale of the Debtors Assets Free and Clear of Any and All Claims, Interests, and Encumbrances* [Docket No. 717], *Notice of Rescheduled Auction for the Sale of the Debtors Assets Free and Clear of Any and All Claims, Interests, and Encumbrances* [Docket No. 1099], and *Notice of Rescheduled Deadlines in Connection with the Sale of the Debtors Assets Free and Clear of Any and All Claims, Interests, and Encumbrances* [Docket No. 1099]. Samnosh designates the following witnesses and exhibits for the August 7, 2023 hearing:

### WITNESSES

1. Nosheen Kahn, Creditor; and

2. Any witness designated or called by counsel for any other party.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 Cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

**EXHIBITS**

One or more of the following documents may be used as Exhibits:

A. *Samnosh LLC's Complaint Against Mountain Express Oil Company for Declaratory Judgment* filed in Adversary Proceeding No. 23-03122;

B. Petroleum Products Supply Agreement dated December 18, 2018 between Mountain Express Oil Company, Samnosh LLC, and Gaurab Basnet;

C. Certificate of Amendment filed in the Office of the Secretary of State of Texas on March 2, 2021, for Samnosh LLC; and

D. Any exhibit designated or relied upon by any other party.

**ADDITIONAL MATTERS**

1. Samnosh reserves the right to add to the above list of Exhibits any other document later produced, discovered or inadvertently omitted.

2. Samnosh reserves the right to add to the above list of Witnesses any other witness later discovered or inadvertently omitted.

3. If necessary, Samnosh will rely on Rule 807 of the Federal Rules of Evidence to admit into evidence any one or more of the listed Exhibits and/or any other exhibits offered into evidence by any other party.

Respectfully submitted,

THE GIBSON LAW GROUP, P.C.

By: /s/ David R. Gibson
David R. Gibson
SBN 07861220
david.gibson@gibsonlawgroup.com

15400 Knoll Trail Dr., Ste. 205
Dallas, Texas 75248

(817) 769-4002
(817) 764-4313 Facsimile

**COUNSEL FOR SAMNOSH, LLC**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on August 3, 2023, by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Southern District of Texas on all parties-in-interest submitting to service of papers in this case by said means.

_____
David R. Gibson