**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **MOUNTAIN EXPRESS OIL** | § | **Case No. 23-90147 (DRJ)** |
| **COMPANY, et al.,** | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |

**CHEVRON OBJECTION AND RESERVATION OF RIGHTS REGARDING ADEQUATE ASSURANCE OF FUTURE PERFORMANCE**

Chevron Products Company, a division of Chevron U.S.A. Inc. ("Chevron"), files this *Objection and Reservation of Rights Regarding Adequate Assurance of Future Performance* in respect to the *Notice to Counterparties to Potentially Assume Executory Contracts and Unexpired Leases* ("Cure Notice") [Doc. No. 728] and the *Order (I) Approving Bid Procedures for Sale of the Debtors' Assets, (II) Approving Bid Protections, (C) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Related Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures* (the "Bidding Procedures Order") [Doc. No. 701], and states as follows:

**BACKGROUND**

1. Pre-petition, Chevron and certain of the Debtors entered into agreements that relate to the branding, incentives for branding, and/or point of sale operations of certain of the Debtors' stations, including agreements and incentives for the supply of fuel.

2. On or about June 28, 2023, the Debtors filed their Cure Notice. The Cure Notice lists several agreements with divisions of Chevron (the "Chevron Agreements"). By agreement

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

with counsel for the Debtors, the deadline for this objection and reservation of rights was extended to July 17, 2023.

3. Chevron filed its *Objection to Proposed Cure Claims and Reservation of Rights* on July 17, 2023 [Doc. No. 1012] and an *Amended Objection to Proposed Cure Claims and Reservation of Rights* (collectively, the "Chevron Objection") [Doc. No. 1110], which are incorporated by reference.[2]

4. In addition to reserving rights relating to potential Cure Amounts that might be due in respect to the Chevron Agreements, Chevron reserved its rights relating to potential assumption and/or assignment of any of the Chevron Agreements pursuant to the Bidding Procedures Order.

5. Pursuant to the Bidding Procedure Order, an auction was scheduled for July 28, 2023, and adequate assurance of future performance objections were due on August 3, 2023, which allowed at least three full business days to evaluate adequate assurance. The Court set a sale for August 7, 2023.

6. As of the time of this Objection, a sale hearing remains set for August 7, 2023, at 2:00 p.m. (central), providing less than a full day for Chevron to consider any proposed sale transaction. As of the time of this Objection, the Debtors have not disclosed a winning bidder or bidders, nor have they disclosed any information as to which assets, if any, will be sold or what any proposed buyers intend to provide in the way of adequate assurance of future performance. Chevron thus has no information regarding the identity of any buyer, the ability of any buyer to perform, the contracts being assumed, the treatment of individual retail locations, or the basic terms of any sale. Meanwhile the adequate assurance objection deadline remains set for today and the

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Chevron Objection.

sale hearing remains scheduled for August 7. Chevron cannot evaluate the creditworthiness of an undisclosed buyer.

**OBJECTION AND RESERVATION OF RIGHTS**

7. Chevron renews its previous objections and further objects on the grounds of lack of information regarding adequate assurance of future performance. As of the date of the Objection, the Debtors have failed to provide any information that demonstrates adequate assurance of future performance by any buyer or buyers. Chevron on this record objects to assumption of any of the Chevron Agreements to any buyer.

8. Chevron reserves all rights in respect to the Chevron Agreements against the Debtors and any prospective buyers of any of Debtors' assets. Chevron also reserves its rights of recoupment, setoff, and indemnification under the Chevron Agreements. Chevron further reserves its right to amend or supplement this Objection.at any time prior to any assumption or assignment of the Master Lease to assert additional defaults or any rights for indemnification or contribution against the Debtors under the Chevron Agreements, and to assert any further objections as it deems necessary or appropriate any future sale hearing. Any order providing for the assumption of any one or more of the Chevron Agreements should recognize and provide that such rights are not altered, remain in full force and effect, and are fully exercisable by Chevron under applicable non-bankruptcy law.

Dated: August 4, 2023

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Hugh M. Ray, III*
Hugh M. Ray, III
Texas Bar No. 24004246
Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1028
Tel: (713) 276-7600
hugh.ray@pillsburylaw.com

***Counsel for Chevron Products Company, a Chevron U.S.A. division***

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, a true and correct copy of the foregoing was electronically filed and served on all parties entitled to receive CM/ECF notifications in the above-captioned proceeding.

*/s/ Hugh M. Ray, III*
Hugh M. Ray, III