**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MOUNTAIN EXPRESS OIL COMPANY, *et al.*,** | **Case No. 23-90147** |
| **Debtors.** | **Judge David R. Jones** |
| | **(Jointly Administered)** |

**SUPPLEMENTAL OBJECTION AND RESERVATION OF RIGHTS OF MARATHON PETROLEUM COMPANY LP REGARDING THE PROPOSED SALE AND ADEQUATE ASSURANCE INFORMATION**

Marathon Petroleum Company LP ("MPC"), by its undersigned counsel, Frost Brown Todd LLP, files this supplemental objection and reservation of rights (this "Supplemental Objection") to the proposed assumption and assignment of the MPC Contracts and the Proposed Sale. This Supplemental Objection is in addition to MPC's (i) *Limited Objection and Reservation of Rights of Marathon Petroleum Company LP to the Proposed Assumption and Assignment of its Contracts* at Docket No. 765 and MPC's (ii) *Amended Limited Objection and Reservation of Rights of Marathon Petroleum Company LP to the Proposed Assumption and Assignment of its Contracts* at Docket No. 1097 (collectively, the "Original Limited Objections").[1] In support, MPC respectfully states:

## BACKGROUND

1. As set forth in the Original Limited Objections, the Debtor Mountain Express Oil Company and MPC are parties to nine unexpired executory contracts (collectively, the "MPC Contracts").

2. On June 22, 2023, this Court entered the *Order (I) Approving Bid Procedures for Sale of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto,*

[1] Terms used herein but not otherwise defined herein shall have the meanings used in the Original Limited Objections.

*(IV) Approving the Form and Manner of Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures* (Docket No. 701) (the "Bidding Procedures Order").

3. Under the Bidding Procedures Order, the Debtors were required to provide adequate assurance information promptly following the auction, but with an absolute deadline of **July 31, 2023 at 9:00 a.m. CT.** The original deadline to object to adequate assurance was **August 3, 2023 at 4:00 p.m. CT**.

4. The auction was rescheduled until **August 2, 2023 at 9:00 a.m.**, and the adequate assurance objection deadline was rescheduled to **August 4, 2023**, pursuant to the *Notice of Rescheduled Deadlines in Connection with the Sale of the Debtors' Assets Free and Clear of Any and All Claims, Interests, and Encumbrances* (Docket No. 1109). Even if the auction had finished on August 2, this would have provided MPC only two days to evaluate and object to adequate assurance, significantly shrinking the time it should have been allotted pursuant to the Bidding Procedures Order – but the auction did not finish on August 2… or August 3.

5. As of August 4, 2023, the date hereof, upon information and belief, the Debtors have not (i) identified the Successful Bidders in connection with the Proposed Sale; (ii) disclosed whether any of the MPC Contracts have been designated for assumption and assignment; (iii) filed the Proposed Sale Order with this Court or (iv) filed the definitive or proposed Purchase Agreement(s) with this Court.

6. As set forth in the Bidding procedures Order, the Debtors were required to provide adequate assurance information regarding the Successful Bidder(s) by a date that afforded contract counterparties with at least three and one-half days to evaluate the adequate assurance information.. . However, as of the date hereof, no adequate assurance information has been provided to MPC regarding the Successful Bidder(s), and the identity of the Successful Bidder(s) remains unknown. Under the best of circumstances, MPC will have less than one full business day to evaluate the adequate assurance

information prior to the August 7th sale hearing. It will be almost impossible for MPC and other similarly situated contract counterparties to review and meaningfully evaluate the adequate assurance information in such a short amount of time. Accordingly, MPC reserves all rights to object to adequate assurance.

7. In order for MPC to fairly evaluate adequate assurance, MPC must be given at least the following information: (i) the identity of the Successful Bidder(s); (ii) the ability of the Successful Bidder(s)to fulfill all of the obligations to MPC under the MPC contracts, (iii) the Successful Bidder(s) profitability and financial projections, (iv) the Successful Bidder(s) experience and record of performance in the industry, (v) whether the Successful Bidder(s) existing business and contractual relationships could conflict with its obligations under the MPC Contracts or pose any legal or regulatory concerns, and (vi) any other information which MPC deems necessary to evaluate the Successful Bidder(s).

## RESERVATION OF RIGHTS

8. Nothing in this Supplemental Objection is intended to be, or should be construed as, a waiver by MPC of any of its rights under the MPC Contracts, the Bankruptcy Code, or applicable law. MPC expressly reserves all such rights including, without limitation, the right to: (a) supplement and/or amend the Limited Objections and this Supplemental Objection and to assert any additional objections with respect to the Proposed Sale and the Purchase Agreement; and (b) assert any further objections with respect to the relief that may subsequently be sought by the Debtors and/or any other party, to the extent that such requested relief relates to the MPC Contracts and/or the interests of MPC.

## CONCLUSION

WHEREFORE, MPC respectfully requests that this Court enter an order: (a) sustaining this Supplemental Objection; and (b) granting MPC such other and further relief as this Court deems just and appropriate under the circumstances.

Dated: August 4, 2023

Respectfully submitted,

**FROST BROWN TODD LLP**

*/s/ Mark A. Platt, Esq.*

Mark A. Platt, Esq.
Texas Bar No. 00791453
400 Post Oak Parkway, Suite 2850
Houston, TX 77027
Tel: (713) 590-9300
Fax: (713) 590-9399
Email: mplatt@fbtlaw.com

-and –

Ronald E. Gold, Esq.
Ohio Bar No. 0061351
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
Email: rgold@fbtlaw.com

**COUNSEL FOR MARATHON PETROLEUM COMPANY LP**

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023 a true and correct copy of the foregoing *Second Amended Limited Objection and Reservation of Rights* was sent via CM/ECF electronic mail to all parties receiving CM/ECF noticing.

*/s/ Mark A. Platt*

0105786.0768154 4874-5908-1845v3