# Exhibit A

Page 1

1

2      IN THE UNITED STATES BANKRUPTCY COURT

           FOR THE SOUTHERN DISTRICT OF TEXAS

3                  HOUSTON DIVISION

4

5                      In re:

6      MOUNTAIN EXPRESS OIL COMPANY, et al.,

7                     Debtors.

8

9            Case No. 23-90147(DRJ)

10                 Chapter 11

11

12                    Auction

13         Moderated by Geoffrey Richards

14           Friday, August 4, 2023

15        6:09 p.m. EDT/5:09 p.m. CDT

16

17

18            Remote Proceeding

19        320 Park Avenue, 12th Floor

20        New York, New York 10022

21

22

23   Reported by: Nicole Veltri, RPR, CRR

24

25

```
 1
 2    A P P E A R A N C E S:
 3
 4
      RAYMOND JAMES & ASSOCIATES
 5       320 Park Avenue, 12th Floor
         New York, New York 10022
 6       BY: GEOFFREY RICHARDS, ESQ.
             SCOTT GARFINKEL, ESQ.
 7           ROGER WOODMAN, ESQ.
             BEN BROWNLOW, ESQ.
 8           JAKE WAINWRIGHT, ESQ.
             MICHAEL MACELUCH, ESQ.
 9
10
11    PACHULSKI STANG ZIEHL & JONES LLP
         10100 Santa Monica Boulevard, 13th Floor
12       Los Angeles, California 90067-4003
         BY: JEFF POMERANTZ, ESQ.
13           JEFFREY DULBERG, ESQ.
14
15
      FTI CONSULTING
16       166 Avenue of the Americas, 15th Floor
         New York, New York 10036
17       BY: MICHAEL HEALY
18
19
      GREENBERG TRAURIG LLP
20       Terminus 200
         3333 Piedmont Road NE, Suite 2500
21       Atlanta, Georgia 30305
         BY: JOHN ELROD, ESQ.
22           SHARI HEYEN, ESQ.
23
24
25
```

Page 3

1

2   List of Attendees:

3        John Tibus, as financial adviser to

4        the agent

5        Paula Davis, First Horizon Bank

6        Donald Turbyfill, Ford Motor Credit

7        Company LLC

8        Ron English, JT Petroleum LLC

9        Alex Rhim, Realty Income

10       Sam Nasser, SMD Oil

11       Tom Terry, Sunoco

12       Chip Damico, Sunoco

13       Adam Rosen, the Creditors' Committee

14       Julius Schwarz, GPM Investment/ARKO

15       Corp.

16       Eyal Nuchamovitz, GPN

17       Arie Kotler, ARKO Corp./GPM

18       Investment

19       Travis Booth, GPM Investments

20

21

22            *         *         *

23

24

25

1           Proceedings

2           MR. RICHARDS:  Good evening.

3       My name is Geoffrey Richards, and I'm

4       the senior managing director of

5       Raymond James, the Debtors'

6       court-approved investment banker.

7       I'm joined by a number of other

8       representatives both from my firm as

9       well as Pachulski Stang, the Debtors'

10      court-approved law firm, and FTI; and

11      what I would like to do is to ask the

12      representatives first from Raymond

13      James to identify themselves, then

14      the Pachulski team, and then the FTI

15      team, please.

16          MR. GARFINKEL:  Scott Garfinkel

17      from Raymond James.

18          MR. WOODMAN:  Roger Woodman,

19      Raymond James.

20          MR. BROWNLOW:  Ben Brownlow,

21      Raymond James.

22          MR. WAINWRIGHT:  Jake

23      Wainwright, Raymond James.

24          MR. MACELUCH:  Michael

25      Maceluch, Raymond James.

Page 5

1                    Proceedings
2            MR. POMERANTZ:  Jeff Pomerantz,
3        Pachulski Stang.
4            MR. DULBERG:  Jeffrey Dulberg,
5        Pachulski.
6            MR. RICHARDS:  And then I think
7        the FTI team.
8            MR. HEALY:  Michael Healy, FTI
9        Consulting.
10           MR. RICHARDS:  Okay.
11           And then with that, if I can
12       ask the other people on the line to
13       identify themselves and which
14       constituents they represent, please.
15           MR. ELROD:  Good evening.  It's
16       John Elrod, of Greenberg Traurig LLP,
17       on behalf of First Horizon Bank as
18       DIP agent.
19           MS. HEYEN:  Shari Heyen,
20       Greenberg Traurig, on behalf of First
21       Horizon, the agent.
22           MR. TIBUS:  John Tibus, as
23       financial adviser to the agent.
24           MS. DAVIS:  Paula Davis, First
25       Horizon Bank.

1             Proceedings

2         MR. TURBYFILL:  Donald

3    Turbyfill on behalf of Ford Motor

4    Credit Company LLC.

5         MR. ENGLISH:  Ron English for

6    JT Petroleum LLC.

7         MS. RHIM:  And this is Alex

8    Rhim on behalf of Realty Income, the

9    successor to 42 ARLA (phonetic) and

10   42 OKLA (phonetic) are the parties

11   indicated as the contract parties.

12        MR. NASSER:  This is Sam

13   Nasser, SMD Oil.

14        MR. RICHARDS:  Tom Terry, are

15   you on?

16        MR. TERRY:  Yes.  Tom Terry is

17   on from Sunoco, as is Chip Damico,

18   which is D-A-M-I-C-O.

19        MR. RICHARDS:  And then I also

20   see -- sorry, again, this is Geoff

21   Richards.  I also see a

22   representative from the Creditors'

23   Committee, Adam Rosen; is that right?

24        MR. ROSEN:  Yes.  Adam Rosen

25   with Province, financial adviser to

```
 1                    Proceedings
 2          the Creditors' Committee.
 3               MR. RICHARDS:  And I see that
 4          Julius Schwarz has joined.  Julius,
 5          can you just identify yourself for
 6          the record?  We are just going around
 7          to identify who all the participants
 8          are on the call, please?
 9               (There was no response.)
10               MR. RICHARDS:  Julius, are you
11          able to just identify yourself for
12          the record?
13               MR. SCHWARZ:  I'm sorry, Julius
14          Schwarz is on.  I'm sorry, I'm
15          actually in the car.
16               MR. RICHARDS:  Can you just
17          identify who you represent?
18               MR. SCHWARZ:  I apologize.
19          Julius Schwarz is on representing GPM
20          Investment/ARKO Corp.
21               MR. RICHARDS:  Thank you,
22          Julius.  Are there any other people
23          who are on this Zoom who have not yet
24          identified themselves for the court
25          reporter?
```

```
                                            Page 8
 1                    Proceedings
 2          MR. POMERANTZ:  Jeff, there's a
 3     215 number, did we get an appearance
 4     from them?  Doesn't say a name.
 5          MS. SCHWARZ:  By the way, I
 6     assume Arie and Eyal were invited.  I
 7     assume they should be getting on in a
 8     second if they are not on yet.
 9          MR. POMERANTZ:  Is the 215 --
10          MR. RICHARDS:  I see Eyal
11     joining.
12          MR. NUCHAMOVITZ:  We didn't get
13     the invite.
14          MR. RICHARDS:  I'm sorry, as we
15     talk, just to try to make it
16     efficient for the court reporter.
17     This is Geoff Richards.  As people
18     speak, we should identify ourselves
19     to try to make it as easy for the
20     court reporter as we can.  The person
21     who is at the 215-901-3991 number --
22          MR. DAMICO:  That's me, Chip
23     Damico with Sunoco LP.
24          MR. RICHARDS:  Thank you very
25     much, Chip.
```

```
 1                    Proceedings
 2            And then, Eyal, I notice that
 3       you're on.  Can you just identify
 4       yourself and who you're with for the
 5       record, please?
 6            MR. NUCHAMOVITZ:  Yes, Eyal
 7       Nuchamovitz from GPN, E-Y-A-L.
 8            MR. RICHARDS:  Again, Geoffrey
 9       Richards.  Is there anybody else who
10       has joined the call and not
11       identified themselves?
12            MR. NUCHAMOVITZ:  I know that
13       Arie is trying to call in.  I see
14       he's connecting.  Travis is
15       connecting, too.
16            MR. RICHARDS:  Again, Geoff
17       Richards.  I think we've had two
18       additional people who joined from
19       GPM/ARKO.
20            Arie, if I could ask you to
21       identify yourself and who you're
22       with; and then, Travis, if I can ask
23       you to do the same, please.
24            MR. KOTLER:  Yes, this is Arie
25       Kotler, A-R-I-E, last name,
```

1                        Proceedings

2          K-O-T-L-E-R, with ARKO Corp./GPM

3          Investment.

4               MR. BOOTH:  This is Travis

5          Booth, B-O-O-T-H; and I am with GPM

6          Investments.

7               MR. RICHARDS:  Anyone else who

8          has joined the call who has not yet

9          identified themselves?

10              (There was no response.)

11              MR. RICHARDS:  All right.

12              So we are here to conduct the

13         auction as contemplated by that

14         certain Order approving bid

15         procedures for sale of the Debtors'

16         assets, approving bid protections,

17         scheduling certain dates with respect

18         thereto, approving the form and

19         manner of notice thereof, and

20         approving contract assumption and

21         assignment procedures entered by the

22         United States Bankruptcy Court for

23         the Southern District of Texas on

24         June 22nd, 2023, at Docket No. 701.

25              I will refer to this Order as

1                    Proceedings
2        the Bid Procedures Order.  Pursuant
3        to the Bid Procedures Order,
4        July 21st was established as the
5        deadline to submit bids; and
6        July 28th was established as the date
7        of the auction.
8              The Debtors received 12 bids on
9        or before the July 21st bid deadline
10       and four additional bids following
11       the July 21st bid deadline.  Certain
12       of the bids were for the entire
13       business, and others were for
14       discrete groups of assets.  While the
15       bids in totality indicated
16       significant interest in the Debtors'
17       assets, it included bid values
18       ranging from $500,000 to $97 million.
19       None of the bids were qualified bids
20       as defined in the Bid Procedures
21       Order.
22             Based upon consultation with
23       the Lenders and the Creditors'
24       Committee, the Debtors needed more
25       time to discuss the bids with the

Page 12

```
 1                   Proceedings
 2        different bidders in order to attempt
 3        to eliminate contingencies in those
 4        bids and to negotiate documentation
 5        in an effort to convert those bids
 6        into qualified bids.
 7             Accordingly, on July 27th, the
 8        Debtors filed a Notice continuing the
 9        auction until August 2nd.  That
10        document appears at Docket No. 1099.
11        Subsequently, the Debtors filed the
12        Notice extending the dates for
13        objections to adequate assurance and
14        objections to the sale until
15        August 4th and August 7th
16        respectively.
17             Prior to August 2nd, Raymond
18        James had conversations with
19        virtually all of the bidders to
20        further understand their bids,
21        discuss contingencies in those bids,
22        understand how the bidders were
23        valuing the assets, explore whether
24        there was flexibility on what assets
25        those bidders were proposing to
```

Page 13

1                    Proceedings
2        acquire, and the price those bidders
3        were willing to pay.
4            The goal was to determine
5        whether there were bids or groups of
6        bids that were competitive with one
7        another as well as complementary to
8        one another.  It could be grouped
9        together to maximize value and
10       present an alternative to WholeCo
11       bids that have been submitted.
12           Several of the many challenges
13       the Debtors faced in the process was
14       a substantial overlap amongst certain
15       bids, the challenges in breaking up
16       the mass releases for certain of the
17       bids, the requirement in many of the
18       bids for substantial lease
19       concessions from different landlords,
20       and the time required to close.
21           As a result of these
22       discussions, six parties indicated
23       that they intended to participate in
24       the auction.  Of those bids, only one
25       was a bid for the whole company, or a

1                 Proceedings

2            WholeCo bid, and the rest were for

3            discrete groups of assets.  The

4            Debtors' professionals also asked

5            that representatives of the Debtors'

6            REITs, their major landlords, be

7            available during the auction to meet

8            with bidders, either in person or

9            virtually, to discuss the terms on

10           which those bidders would be willing

11           to restructure their leases.

12                The parties convened at Raymond

13           James' offices at 10 a.m. on

14           August 2nd.  The Debtors'

15           professionals met with each of the

16           bidders and the REIT landlords and

17           explained that over the next several

18           hours, the Debtors would be

19           facilitating discussions between

20           bidders and landlords, meeting with

21           bidders to explore ways that bidders

22           might be able to increase their bids

23           and approach the WholeCo bidder to

24           encourage the carve-out of certain

25           assets from that bid to allow the

Page 15

```
 1                    Proceedings
 2        Debtors to try to maximize value by
 3        adding partial lot bids to the
 4        WholeCo bid.
 5             After extended negotiations
 6        with all of the parties and with many
 7        discussions still ongoing, the
 8        Debtors' professionals informed all
 9        the parties that it was unlikely that
10        the auction would be able to commence
11        on August 2nd.
12             Thereafter, the Debtors'
13        professionals kept parties, as well
14        as the Committee and landlord
15        advisors, updated throughout the day;
16        and during the day, the Debtors'
17        professionals had more than 20
18        meetings with the various parties all
19        with the goal of maximizing value of
20        the Debtors' assets and trying to
21        increase certainty of close.
22             Negotiations with parties
23        continued throughout the evening, and
24        the parties, as well as the Committee
25        and Lender advisers, were informed
```

Page 16

```
 1                    Proceedings
 2        that the auction would recommence on
 3        Thursday, August 3rd, at 11 a.m.; and
 4        then throughout the day, that time
 5        was postponed as negotiations
 6        continued.
 7             The auction was rescheduled for
 8        Friday, August 4th, at 10 a.m.; and
 9        we've continued the auction
10        throughout the day today while
11        parties worked on developing an
12        actionable bid.  The discussions
13        among the Debtors' professionals and
14        the various bidders revealed certain
15        realities which affected the auction
16        dynamic and constrained bid value.
17             First, ARKO, the WholeCo bid
18        whom the Debtors are going to
19        announce in a few minutes as the
20        party that has submitted the highest
21        and best proposal declined to
22        carve-out assets from its bid in
23        order to enable the Debtor to sell
24        those assets to other bidders as a
25        means of potentially increasing
```

Page 17

```
 1              Proceedings
 2       overall value.
 3            Second, many of the bidders'
 4       contingencies relating for lease
 5       concessions were not satisfied.
 6            Third, several parties revealed
 7       material time to close the
 8       transaction, or rather required
 9       material time to close the
10       transaction; and the Lenders
11       indicated that they were unwilling to
12       extend any further financing to reach
13       a closing.
14            And, fourth, because the
15       Debtors are unable to break their
16       mass release with Oak Street, absent
17       Oak Street and for that matter the
18       other landlords' consent, this
19       prevented partial bids seeking only a
20       small portion of REIT portfolios from
21       being actionable.
22            As a result, the Debtors
23       focused their efforts on negotiating
24       a WholeCo bid with ARKO and seeking
25       significant concessions from Oak
```

1                    Proceedings
2          Street in connection therewith.
3               As a result of these
4          protracted, constructive, and at
5          times contentious negotiations is a
6          Letter of Intent which is in the
7          process of being finalized but has a
8          number of key features.
9               Before I describe those
10         features, Jeff Pomerantz, is there
11         anything that you want like to add
12         before I go through that, please?
13              MR. POMERANTZ:  No.  It's in
14         the process of being finalized.
15         There isn't an agreement yet, but we
16         hope to have that finalized later
17         today and on the docket.
18              MR. RICHARDS:  Thank you.  With
19         respect to the key features, first is
20         a purchase price of approximately
21         $49 million for all assets except the
22         Debtors' owned real estate and
23         pre-petitioned litigation claims
24         against all parties except Oak Street
25         and ARKO, also known as GPN.

Page 19

```
 1              Proceedings
 2          Second, a $13-and-a-half
 3      million nonrefundable deposit would
 4      be available to the Debtors to fund
 5      operations and professional fees
 6      until a closing not later than
 7      October 31st, 2023.  Approximately
 8      $16 million would be available at
 9      closing from which to pay certain
10      claims which are subject to the DIP
11      carve-out and also to pay certain
12      excise taxes among other
13      administrative claims.
14          Importantly, Raymond James has
15      agreed to reduce its M&A fee by $1
16      million subject to recapture if there
17      are cash flow savings prior to close;
18      and Pachulski and FTI have agreed not
19      to be paid $2 million at closing in
20      fees which exceeded the budget.  Up
21      to $20 million at close to pay the
22      Lenders.  The Lenders would also be
23      entitled to any surplus funds not
24      spent through the budget after
25      Raymond James has paid its $1 million
```

```
 1                  Proceedings
 2        deferred fee.
 3             Oak Street would contribute to
 4        ARKO $18.75 million, which will be
 5        used to pay a portion of the purchase
 6        price.  Oak Street would defer three
 7        months of rent beginning in August
 8        until closing.  All other landlords
 9        would be given the option of
10        deferring rent through closing,
11        agreeing to restructure their leases
12        and waive cure claims or the leases
13        would be rejected at the end of
14        August.
15             The foregoing transaction of
16        which that is a summary, as
17        Mr. Pomerantz indicated a few minutes
18        ago, the further details of which are
19        in the process of being finalized and
20        will be filed with the Court,
21        provides the Lenders with up to a
22        $20 million cash recovery on its new
23        money DIP loan, plus upside related
24        to assets that are retained under
25        this transaction structure.
```

```
 1                    Proceedings
 2            The Debtors believe that this
 3        bid is superior to a liquidation of
 4        conversion.  It would preserve
 5        thousands of jobs and more than one
 6        hundred small businesses, and the
 7        Debtors intend to proceed with this
 8        transaction at the court hearing on
 9        Monday.
10            Mr. Pomerantz, is there
11        anything you would like to add to my
12        comments?
13            MR. POMERANTZ:  Yes.  Let me
14        just clarify that last comment.
15            We will not seek approval of
16        the transaction on Monday.  We are
17        going to provide the Court with an
18        update regarding the process.  We're
19        going to provide the Court,
20        obviously, with a Letter of Intent;
21        and then we are going to discuss a
22        path for finalizing an Asset Purchase
23        Agreement and coming back to Court
24        for further Court approval.  So any
25        objections people have to the sale,
```

```
 1                    Proceedings
 2         to assumption and assignment of their
 3         contracts, or to the cure amounts
 4         will be preserved; and they will be
 5         provided sufficient time to file and
 6         prosecute those objections if they
 7         can't be resolved.
 8              MR. TIBUS:  This will be
 9         documented and sent over, you said
10         around tonight?
11              MR. POMERANTZ:  That's our
12         intent and goal.  We are at the final
13         stages, a couple issues left to
14         resolve; but we will send it over to
15         you, John, and the Lenders, in
16         advance of filing it with the Court.
17              MR. ELROD:  This is John Elrod
18         on behalf of Lenders.  The Lenders
19         object to the conduct of the auction
20         as it was not conducted in accordance
21         with the bid procedures.  We object
22         to the characterization that the
23         Lenders were consulted regarding the
24         adjournment of the auction.  The
25         Debtors did this without the consent
```

Page 23

1              Proceedings
2       of the DIP agent.
3            The Debtors' counsel has
4       acknowledged that there are no
5       qualified bidders and it has done --
6       and the Debtors' investment banker
7       has acknowledged that on the record
8       here today.  The Debtors, moreover,
9       did not consult with the consultation
10      parties during the course of the
11      auction as required under the bid
12      procedures.
13           Based on what we know today as
14      the bid has been described, it is
15      clear that the bid does not pay the
16      secured Lenders in full.  The DIP
17      agent, therefore, objects to the
18      Debtors' proposed sale.  There are no
19      definitive documents relating to the
20      structure of the bid.  There's no
21      Asset Purchase Agreement for us to
22      review as of today.  And, therefore,
23      we reserve all rights until we see
24      the final documents.
25           MR. POMERANTZ:  This is Jeff

```
                                    Page 24
 1                   Proceedings
 2         Pomerantz.  Objections are noted, and
 3         I will not respond in this forum to
 4         these statements and assertions
 5         you've made and reserve all our
 6         rights to challenge you to these
 7         statements you've made today on the
 8         record.
 9              MR. RICHARDS:  So Geoff
10         Richards again.  Unless,
11         Mr. Pomerantz, you think there is
12         anything else that we ought to cover,
13         this, I think, concludes today; and
14         we appreciate everyone's time and
15         patience over the preceding days.
16              Mr. Pomerantz, is there
17         anything to add?
18              MR. POMERANTZ:  Jeff Pomerantz,
19         nothing else.
20              MR. RICHARDS:  Thank you all
21         for your time this evening.
22              Again, we appreciate it very
23         much.  I think, Ms. Veltri, we're off
24         the record.
25                      * * * * *
```

Page 25

1                    Proceedings

2          (Whereupon, at 6:30 p.m., the

3      Proceedings were concluded.)

4

5          ○              ○              ○              ○

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 26

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK          )
                                :   SS.:
5    COUNTY OF SUFFOLK          )

6

7

8          I, NICOLE VELTRI, RPR, CRR, a Notary

9    Public for and within the State of New

10   York, do hereby certify:

11         That the within is a true and

12   accurate transcript of the proceedings

13   taken on August 4, 2023.

14         I further certify that I am not

15   related to any of the parties to this

16   action by blood or marriage and that I am

17   in no way interested in the outcome of this

18   matter.

19         IN WITNESS WHEREOF, I have hereunto

20   set my hand this August 4, 2023.

21

22                    *Nicole Veltri*

23         _____

24              NICOLE VELTRI, RPR, CRR

25

| & | | | |
| --- | --- | --- | --- |
| **&**   2:4,11 | | | |

**1**

**1**   19:15,25
**10**   14:13 16:8
**10022**   1:20 2:5
**10036**   2:16
**10100**   2:11
**1099**   12:10
**11**   1:10 16:3
**12**   11:8
**12th**   1:19 2:5
**13**   19:2
**13th**   2:11
**15th**   2:16
**16**   19:8
**166**   2:16
**18.75**   20:4
**19900**   26:22

**2**

**2**   19:19
**20**   15:17 19:21
  20:22
**200**   2:20
**2023**   1:14
  10:24 19:7
  26:13,20
**215**   8:3,9
**215-901-3991**
  8:21
**21st**   11:4,9,11
**22nd**   10:24
**23-90147**   1:9

**2500**   2:20
**27th**   12:7
**28th**   11:6
**2nd**   12:9,17
  14:14 15:11

**3**

**30305**   2:21
**31st**   19:7
**320**   1:19 2:5
**3333**   2:20
**3rd**   16:3

**4**

**4**   1:14 26:13,20
**42**   6:9,10
**49**   18:21
**4th**   12:15 16:8

**5**

**500,000**   11:18
**5:09**   1:15

**6**

**6:09**   1:15
**6:30**   25:2

**7**

**701**   10:24
**7th**   12:15

**9**

**90067-4003**
  2:12
**97**   11:18

**a**

**a.m.**   14:13 16:3
  16:8

**able**   7:11 14:22
  15:10
**absent**   17:16
**accordance**
  22:20
**accurate**   26:12
**acknowledged**
  23:4,7
**acquire**   13:2
**action**   26:16
**actionable**
  16:12 17:21
**actually**   7:15
**adam**   3:13 6:23
  6:24
**add**   18:11
  21:11 24:17
**adding**   15:3
**additional**   9:18
  11:10
**adequate**   12:13
**adjournment**
  22:24
**administrative**
  19:13
**advance**   22:16
**adviser**   3:3
  5:23 6:25
**advisers**   15:25
**advisors**   15:15
**affected**   16:15
**agent**   3:4 5:18
  5:21,23 23:2
  23:17

**ago**   20:18
**agreed**   19:15
  19:18
**agreeing**   20:11
**agreement**
  18:15 21:23
  23:21
**al**   1:6
**alex**   3:9 6:7
**allow**   14:25
**alternative**
  13:10
**americas**   2:16
**amounts**   22:3
**angeles**   2:12
**announce**
  16:19
**anybody**   9:9
**apologize**   7:18
**appearance**   8:3
**appears**   12:10
**appreciate**
  24:14,22
**approach**
  14:23
**approval**   21:15
  21:24
**approved**   4:6
  4:10
**approving**
  10:14,16,18,20
**approximately**
  18:20 19:7
**arie**   3:17 8:6
  9:13,20,24

[arko - company]                                          Page 2

**arko** 3:14,17
  7:20 9:19 10:2
  16:17 17:24
  18:25 20:4
**arla** 6:9
**asked** 14:4
**assertions** 24:4
**asset** 21:22
  23:21
**assets** 10:16
  11:14,17 12:23
  12:24 14:3,25
  15:20 16:22,24
  18:21 20:24
**assignment**
  10:21 22:2
**associates** 2:4
**assume** 8:6,7
**assumption**
  10:20 22:2
**assurance**
  12:13
**atlanta** 2:21
**attempt** 12:2
**attendees** 3:2
**auction** 1:12
  10:13 11:7
  12:9 13:24
  14:7 15:10
  16:2,7,9,15
  22:19,24 23:11
**august** 1:14
  12:9,15,15,17
  14:14 15:11
  16:3,8 20:7,14

26:13,20
**available** 14:7
  19:4,8
**avenue** 1:19 2:5
  2:16

**b**

**b** 10:5
**back** 21:23
**bank** 3:5 5:17
  5:25
**banker** 4:6
  23:6
**bankruptcy** 1:2
  10:22
**based** 11:22
  23:13
**beginning** 20:7
**behalf** 5:17,20
  6:3,8 22:18
**believe** 21:2
**ben** 2:7 4:20
**best** 16:21
**bid** 10:14,16
  11:2,3,9,11,17
  11:20 13:25
  14:2,25 15:4
  16:12,16,17,22
  17:24 21:3
  22:21 23:11,14
  23:15,20
**bidder** 14:23
**bidders** 12:2,19
  12:22,25 13:2
  14:8,10,16,20
  14:21,21 16:14

16:24 17:3
  23:5
**bids** 11:5,8,10
  11:12,15,19,19
  11:25 12:4,5,6
  12:20,21 13:5
  13:6,11,15,17
  13:18,24 14:22
  15:3 17:19
**blood** 26:16
**booth** 3:19 10:4
  10:5
**boulevard** 2:11
**break** 17:15
**breaking** 13:15
**brownlow** 2:7
  4:20,20
**budget** 19:20
  19:24
**business** 11:13
**businesses** 21:6

**c**

**c** 2:2 6:18 26:2
  26:2
**california** 2:12
**call** 7:8 9:10,13
  10:8
**car** 7:15
**carve** 14:24
  16:22 19:11
**case** 1:9
**cash** 19:17
  20:22
**cdt** 1:15

**certain** 10:14
  10:17 11:11
  13:14,16 14:24
  16:14 19:9,11
**certainty** 15:21
**certify** 26:10,14
**challenge** 24:6
**challenges**
  13:12,15
**chapter** 1:10
**characterizati...**
  22:22
**chip** 3:12 6:17
  8:22,25
**claims** 18:23
  19:10,13 20:12
**clarify** 21:14
**clear** 23:15
**close** 13:20
  15:21 17:7,9
  19:17,21
**closing** 17:13
  19:6,9,19 20:8
  20:10
**coming** 21:23
**commence**
  15:10
**comment** 21:14
**comments**
  21:12
**committee** 3:13
  6:23 7:2 11:24
  15:14,24
**company** 1:6
  3:7 6:4 13:25

competitive
13:6
complementary
13:7
concessions
13:19 17:5,25
concluded  25:3
concludes
24:13
conduct  10:12
22:19
conducted
22:20
connecting
9:14,15
connection
18:2
consent  17:18
22:25
constituents
5:14
constrained
16:16
constructive
18:4
consult  23:9
consultation
11:22 23:9
consulted
22:23
consulting  2:15
5:9
contemplated
10:13

contentious
18:5
contingencies
12:3,21 17:4
continued
15:23 16:6,9
continuing
12:8
contract  6:11
10:20
contracts  22:3
contribute  20:3
convened  14:12
conversations
12:18
conversion
21:4
convert  12:5
corp  3:15,17
7:20 10:2
counsel  23:3
county  26:5
couple  22:13
course  23:10
court  1:2 4:6
4:10 7:24 8:16
8:20 10:22
20:20 21:8,17
21:19,23,24
22:16
cover  24:12
credit  3:6 6:4
creditors  3:13
6:22 7:2 11:23

crr  1:23 26:8
26:24
cure  20:12 22:3

d

d  6:18
damico  3:12
6:17 8:22,23
date  11:6
dates  10:17
12:12
davis  3:5 5:24
5:24
day  15:15,16
16:4,10
days  24:15
deadline  11:5,9
11:11
debtor  16:23
debtors  1:7 4:5
4:9 10:15 11:8
11:16,24 12:8
12:11 13:13
14:4,5,14,18
15:2,8,12,16,20
16:13,18 17:15
17:22 18:22
19:4 21:2,7
22:25 23:3,6,8
23:18
declined  16:21
defer  20:6
deferred  20:2
deferring  20:10
defined  11:20

definitive  23:19
deposit  19:3
describe  18:9
described
23:14
details  20:18
determine  13:4
developing
16:11
different  12:2
13:19
dip  5:18 19:10
20:23 23:2,16
director  4:4
discrete  11:14
14:3
discuss  11:25
12:21 14:9
21:21
discussions
13:22 14:19
15:7 16:12
district  1:2
10:23
division  1:3
docket  10:24
12:10 18:17
document
12:10
documentation
12:4
documented
22:9
documents
23:19,24

**[donald - highest]**

**donald**   3:6 6:2
**drj**   1:9
**dulberg**   2:13
   5:4,4
**dynamic**   16:16

**e**

**e**   2:2,2 9:7,25
   10:2 26:2,2
**easy**   8:19
**edt**   1:15
**efficient**   8:16
**effort**   12:5
**efforts**   17:23
**either**   14:8
**eliminate**   12:3
**elrod**   2:21 5:15
   5:16 22:17,17
**enable**   16:23
**encourage**
   14:24
**english**   3:8 6:5
   6:5
**entered**   10:21
**entire**   11:12
**entitled**   19:23
**esq**   2:6,6,7,7,8
   2:8,12,13,21,22
**established**
   11:4,6
**estate**   18:22
**et**   1:6
**evening**   4:2
   5:15 15:23
   24:21

**everyone's**
   24:14
**exceeded**   19:20
**except**   18:21,24
**excise**   19:12
**explained**
   14:17
**explore**   12:23
   14:21
**express**   1:6
**extend**   17:12
**extended**   15:5
**extending**
   12:12
**eyal**   3:16 8:6,10
   9:2,6

**f**

**f**   26:2
**faced**   13:13
**facilitating**
   14:19
**features**   18:8
   18:10,19
**fee**   19:15 20:2
**fees**   19:5,20
**file**   22:5
**filed**   12:8,11
   20:20
**filing**   22:16
**final**   22:12
   23:24
**finalized**   18:7
   18:14,16 20:19
**finalizing**   21:22

**financial**   3:3
   5:23 6:25
**financing**   17:12
**firm**   4:8,10
**first**   3:5 4:12
   5:17,20,24
   16:17 18:19
**flexibility**
   12:24
**floor**   1:19 2:5
   2:11,16
**flow**   19:17
**focused**   17:23
**following**   11:10
**ford**   3:6 6:3
**foregoing**
   20:15
**form**   10:18
**forum**   24:3
**four**   11:10
**fourth**   17:14
**friday**   1:14
   16:8
**fti**   2:15 4:10,14
   5:7,8 19:18
**full**   23:16
**fund**   19:4
**funds**   19:23
**further**   12:20
   17:12 20:18
   21:24 26:14

**g**

**garfinkel**   2:6
   4:16,16

**geoff**   6:20 8:17
   9:16 24:9
**geoffrey**   1:13
   2:6 4:3 9:8
**georgia**   2:21
**getting**   8:7
**given**   20:9
**go**   18:12
**goal**   13:4 15:19
   22:12
**going**   7:6 16:18
   21:17,19,21
**good**   4:2 5:15
**gpm**   3:14,17,19
   7:19 9:19 10:2
   10:5
**gpn**   3:16 9:7
   18:25
**greenberg**   2:19
   5:16,20
**grouped**   13:8
**groups**   11:14
   13:5 14:3

**h**

**h**   10:5
**half**   19:2
**hand**   26:20
**healy**   2:17 5:8
   5:8
**hearing**   21:8
**hereunto**   26:19
**heyen**   2:22 5:19
   5:19
**highest**   16:20

**hope**  18:16
**horizon**  3:5
  5:17,21,25
**hours**  14:18
**houston**  1:3
**hundred**  21:6

7:20 10:3 23:6
**investments**
  3:19 10:6
**invite**  8:13
**invited**  8:6
**issues**  22:13

**key**  18:8,19
**know**  9:12
  23:13
**known**  18:25
**kotler**  3:17
  9:24,25

**los**  2:12
**lot**  15:3
**lp**  8:23

**m**

**m**  6:18
**m&a**  19:15
**maceluch**  2:8
  4:24,25
**made**  24:5,7
**major**  14:6
**make**  8:15,19
**managing**  4:4
**manner**  10:19
**marriage**  26:16
**mass**  13:16
  17:16
**material**  17:7,9
**matter**  17:17
  26:18
**maximize**  13:9
  15:2
**maximizing**
  15:19
**means**  16:25
**meet**  14:7
**meeting**  14:20
**meetings**  15:18
**met**  14:15
**michael**  2:8,17
  4:24 5:8
**million**  11:18
  18:21 19:3,8
  19:16,19,21,25
  20:4,22

**i**

**identified**  7:24
  9:11 10:9
**identify**  4:13
  5:13 7:5,7,11
  7:17 8:18 9:3
  9:21
**importantly**
  19:14
**included**  11:17
**income**  3:9 6:8
**increase**  14:22
  15:21
**increasing**
  16:25
**indicated**  6:11
  11:15 13:22
  17:11 20:17
**informed**  15:8
  15:25
**intend**  21:7
**intended**  13:23
**intent**  18:6
  21:20 22:12
**interest**  11:16
**interested**
  26:17
**investment**
  3:14,18 4:6

**j**

**jake**  2:8 4:22
**james**  2:4 4:5
  4:13,17,19,21
  4:23,25 12:18
  14:13 19:14,25
**jeff**  2:12 5:2 8:2
  18:10 23:25
  24:18
**jeffrey**  2:13 5:4
**jobs**  21:5
**john**  2:21 3:3
  5:16,22 22:15
  22:17
**joined**  4:7 7:4
  9:10,18 10:8
**joining**  8:11
**jones**  2:11
**jt**  3:8 6:6
**julius**  3:14 7:4
  7:4,10,13,19,22
**july**  11:4,6,9,11
  12:7
**june**  10:24

**k**

**k**  10:2
**kept**  15:13

**l**

**l**  9:7 10:2
**landlord**  15:14
**landlords**
  13:19 14:6,16
  14:20 17:18
  20:8
**law**  4:10
**lease**  13:18
  17:4
**leases**  14:11
  20:11,12
**left**  22:13
**lender**  15:25
**lenders**  11:23
  17:10 19:22,22
  20:21 22:15,18
  22:18,23 23:16
**letter**  18:6
  21:20
**line**  5:12
**liquidation**
  21:3
**list**  3:2
**litigation**  18:23
**llc**  3:7,8 6:4,6
**llp**  2:11,19 5:16
**loan**  20:23

**minutes** 16:19 20:17
**moderated** 1:13
**monday** 21:9 21:16
**money** 20:23
**monica** 2:11
**months** 20:7
**motor** 3:6 6:3
**mountain** 1:6

**n**

**n** 2:2
**name** 4:3 8:4 9:25
**nasser** 3:10 6:12,13
**ne** 2:20
**needed** 11:24
**negotiate** 12:4
**negotiating** 17:23
**negotiations** 15:5,22 16:5 18:5
**new** 1:20,20 2:5 2:5,16,16 20:22 26:4,9
**nicole** 1:23 26:8 26:24
**nonrefundable** 19:3
**notary** 26:8
**noted** 24:2

**notice** 9:2 10:19 12:8,12
**nuchamovitz** 3:16 8:12 9:6,7 9:12
**number** 4:7 8:3 8:21 18:8

**o**

**o** 6:18 10:2,5,5
**oak** 17:16,17 17:25 18:24 20:3,6
**object** 22:19,21
**objections** 12:13,14 21:25 22:6 24:2
**objects** 23:17
**obviously** 21:20
**october** 19:7
**offices** 14:13
**oil** 1:6 3:10 6:13
**okay** 5:10
**okla** 6:10
**ongoing** 15:7
**operations** 19:5
**option** 20:9
**order** 10:14,25 11:2,3,21 12:2 16:23
**ought** 24:12
**outcome** 26:17
**overall** 17:2

**overlap** 13:14
**owned** 18:22

**p**

**p** 2:2,2
**p.m.** 1:15,15 25:2
**pachulski** 2:11 4:9,14 5:3,5 19:18
**paid** 19:19,25
**park** 1:19 2:5
**partial** 15:3 17:19
**participants** 7:7
**participate** 13:23
**parties** 6:10,11 13:22 14:12 15:6,9,13,18,22 15:24 16:11 17:6 18:24 23:10 26:15
**party** 16:20
**path** 21:22
**patience** 24:15
**paula** 3:5 5:24
**pay** 13:3 19:9 19:11,21 20:5 23:15
**people** 5:12 7:22 8:17 9:18 21:25
**person** 8:20 14:8

**petitioned** 18:23
**petroleum** 3:8 6:6
**phonetic** 6:9,10
**piedmont** 2:20
**please** 4:15 5:14 7:8 9:5,23 18:12
**plus** 20:23
**pomerantz** 2:12 5:2,2 8:2 8:9 18:10,13 20:17 21:10,13 22:11 23:25 24:2,11,16,18 24:18
**portfolios** 17:20
**portion** 17:20 20:5
**postponed** 16:5
**potentially** 16:25
**pre** 18:23
**preceding** 24:15
**present** 13:10
**preserve** 21:4
**preserved** 22:4
**prevented** 17:19
**price** 13:2 18:20 20:6

**prior**  12:17
  19:17
**procedures**
  10:15,21 11:2
  11:3,20 22:21
  23:12
**proceed**  21:7
**proceeding**
  1:18
**proceedings**
  4:1 5:1 6:1 7:1
  8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  25:3 26:12
**process**  13:13
  18:7,14 20:19
  21:18
**professional**
  19:5
**professionals**
  14:4,15 15:8
  15:13,17 16:13
**proposal**  16:21
**proposed**  23:18
**proposing**
  12:25
**prosecute**  22:6
**protections**
  10:16
**protracted**
  18:4

**provide**  21:17
  21:19
**provided**  22:5
**provides**  20:21
**province**  6:25
**public**  26:9
**purchase**  18:20
  20:5 21:22
  23:21
**pursuant**  11:2

**q**

**qualified**  11:19
  12:6 23:5

**r**

**r**  2:2 9:25 10:2
  26:2
**ranging**  11:18
**rather**  17:8
**raymond**  2:4
  4:5,12,17,19,21
  4:23,25 12:17
  14:12 19:14,25
**reach**  17:12
**real**  18:22
**realities**  16:15
**realty**  3:9 6:8
**recapture**
  19:16
**received**  11:8
**recommence**
  16:2
**record**  7:6,12
  9:5 23:7 24:8
  24:24

**recovery**  20:22
**reduce**  19:15
**refer**  10:25
**regarding**
  21:18 22:23
**reit**  14:16 17:20
**reits**  14:6
**rejected**  20:13
**related**  20:23
  26:15
**relating**  17:4
  23:19
**release**  17:16
**releases**  13:16
**remote**  1:18
**rent**  20:7,10
**reported**  1:23
**reporter**  7:25
  8:16,20
**represent**  5:14
  7:17
**representative**
  6:22
**representatives**
  4:8,12 14:5
**representing**
  7:19
**required**  13:20
  17:8 23:11
**requirement**
  13:17
**rescheduled**
  16:7
**reserve**  23:23
  24:5

**resolve**  22:14
**resolved**  22:7
**respect**  10:17
  18:19
**respectively**
  12:16
**respond**  24:3
**response**  7:9
  10:10
**rest**  14:2
**restructure**
  14:11 20:11
**result**  13:21
  17:22 18:3
**retained**  20:24
**revealed**  16:14
  17:6
**review**  23:22
**rhim**  3:9 6:7,8
**richards**  1:13
  2:6 4:2,3 5:6
  5:10 6:14,19
  6:21 7:3,10,16
  7:21 8:10,14
  8:17,24 9:8,9
  9:16,17 10:7
  10:11 18:18
  24:9,10,20
**right**  6:23
  10:11
**rights**  23:23
  24:6
**road**  2:20
**roger**  2:7 4:18

**[ron - two]**                                                 Page 8

| | | | |
|---|---|---|---|
| **ron**  3:8 6:5 | **several**  13:12 | **substantial** | **tibus**  3:3 5:22 |
| **rosen**  3:13 6:23 | 14:17 17:6 | 13:14,18 | 5:22 22:8 |
| 6:24,24 | **shari**  2:22 5:19 | **successor**  6:9 | **time**  11:25 |
| **rpr**  1:23 26:8 | **signature**  26:22 | **sufficient**  22:5 | 13:20 16:4 |
| 26:24 | **significant** | **suffolk**  26:5 | 17:7,9 22:5 |

**s**

| | | | |
|---|---|---|---|
| **s**  2:2 | 11:16 17:25 | **suite**  2:20 | 24:14,21 |
| **sale**  10:15 | **six**  13:22 | **summary**  20:16 | **times**  18:5 |
| 12:14 21:25 | **small**  17:20 | **sunoco**  3:11,12 | **today**  16:10 |
| 23:18 | 21:6 | 6:17 8:23 | 18:17 23:8,13 |
| **sam**  3:10 6:12 | **smd**  3:10 6:13 | **superior**  21:3 | 23:22 24:7,13 |
| **santa**  2:11 | **sorry**  6:20 7:13 | **surplus**  19:23 | **together**  13:9 |
| **satisfied**  17:5 | 7:14 8:14 | | **tom**  3:11 6:14 |

**t**

| | | | |
|---|---|---|---|
| **savings**  19:17 | **southern**  1:2 | **t**  10:2,5 26:2,2 | 6:16 |
| **scheduling** | 10:23 | **taken**  26:13 | **tonight**  22:10 |
| 10:17 | **speak**  8:18 | **talk**  8:15 | **totality**  11:15 |
| **schwarz**  3:14 | **spent**  19:24 | **taxes**  19:12 | **transaction** |
| 7:4,13,14,18,19 | **ss**  26:4 | **team**  4:14,15 | 17:8,10 20:15 |
| 8:5 | **stages**  22:13 | 5:7 | 20:25 21:8,16 |
| **scott**  2:6 4:16 | **stang**  2:11 4:9 | **terminus**  2:20 | **transcript** |
| **second**  8:8 17:3 | 5:3 | **terms**  14:9 | 26:12 |
| 19:2 | **state**  26:4,9 | **terry**  3:11 6:14 | **traurig**  2:19 |
| **secured**  23:16 | **statements** | 6:16,16 | 5:16,20 |
| **see**  6:20,21 7:3 | 24:4,7 | **texas**  1:2 10:23 | **travis**  3:19 9:14 |
| 8:10 9:13 | **states**  1:2 10:22 | **thank**  7:21 8:24 | 9:22 10:4 |
| 23:23 | **street**  17:16,17 | 18:18 24:20 | **true**  26:11 |
| **seek**  21:15 | 18:2,24 20:3,6 | **thereof**  10:19 | **try**  8:15,19 |
| **seeking**  17:19 | **structure**  20:25 | **thereto**  10:18 | 15:2 |
| 17:24 | 23:20 | **therewith**  18:2 | **trying**  9:13 |
| **sell**  16:23 | **subject**  19:10 | **think**  5:6 9:17 | 15:20 |
| **send**  22:14 | 19:16 | 24:11,13,23 | **turbyfill**  3:6 |
| **senior**  4:4 | **submit**  11:5 | **third**  17:6 | 6:2,3 |
| **sent**  22:9 | **submitted** | **thousands**  21:5 | **two**  9:17 |
| **set**  26:20 | 13:11 16:20 | **three**  20:6 | |
| | **subsequently** | **thursday**  16:3 | |
| | 12:11 | | |

**[unable - zoom]**                                                Page 9

| u | |
|---|---|
| unable  17:15 | |
| under  20:24 | |
|   23:11 | |
| understand | |
|   12:20,22 | |
| united  1:2 | |
|   10:22 | |
| unwilling  17:11 | |
| update  21:18 | |
| updated  15:15 | |
| upside  20:23 | |
| used  20:5 | |

| v | |
|---|---|
| value  13:9 15:2 | |
|   15:19 16:16 | |
|   17:2 | |
| values  11:17 | |
| valuing  12:23 | |
| various  15:18 | |
|   16:14 | |
| veltri  1:23 | |
|   24:23 26:8,24 | |
| virtually  12:19 | |
|   14:9 | |

| w | |
|---|---|
| wainwright  2:8 | |
|   4:22,23 | |
| waive  20:12 | |
| want  18:11 | |
| way  8:5 26:17 | |
| ways  14:21 | |
| we've  9:17 16:9 | |

| | |
|---|---|
| whereof  26:19 | |
| wholeco  13:10 | |
|   14:2,23 15:4 | |
|   16:17 17:24 | |
| willing  13:3 | |
|   14:10 | |
| witness  26:19 | |
| woodman  2:7 | |
|   4:18,18 | |
| worked  16:11 | |

| y | |
|---|---|
| y  9:7 | |
| york  1:20,20 | |
|   2:5,5,16,16 | |
|   26:4,10 | |

| z | |
|---|---|
| ziehl  2:11 | |
| zoom  7:23 | |