**Cash Collateral Budget - WE 8.18**

| 1 Week Cash Collateral Budget<br>Mountain Express Oil<br>($ in '000s) | | Week 1<br>*Forecast*<br>18-Aug-23 |
|---|---|---:|
| <u>Operating Receipts</u> | | |
|     Net Fuel Profit | $ | 650 |
|     Rent Income | | 84 |
|     Net Retail Supporting Operations | | 149 |
|     Other Receipts | | - |
| **Total Operating Receipts** | $ | **883** |
| <u>Operating Disbursements</u> | | |
|     Rent Expense | | - |
|     Payroll & Benefits [1] | | (1,300) |
|     Vendor Disbursements | | (300) |
|     Utilities & Insurance | | (4) |
|     Tax | | - |
|     Other Operating Disbursements | | (8) |
| **Total Operating Costs** | $ | **(1,612)** |
| **Operating Cash Flow** | $ | **(729)** |
| <u>Restructuring Related</u> | | |
|     Restructuring Fees | | (697) |
|     DIP Interest & Fees | | - |
| **Total Restructuring Related** | $ | **(697)** |
| **Net Cash Flow** | $ | **(1,426)** |
| <u>Cash (Unrestricted)</u> | | |
|     Beginning Balance [2] | $ | 4,341 |
|     Net Cash Flow | | (1,426) |
| **Ending Unrestricted Cash Balance** | $ | **2,914** |

[1]: Payroll funded for wages accrued through WE 8.4 - 8/18.
[2]: Given expiry of cash collateral order.  Major oil companies are currently withholding a significant portion of credit card receipts.