United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 23-90147** |
| **MOUNTAIN EXPRESS OIL COMPANY,** | § | **CHAPTER 11** |
| | § | **David R. Jones** |
| Debtors. | § | **Jointly Administered** |

## ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

For the reasons stated on the record and with the restrictions noted, the Court directs the United States Trustee to appoint a chapter 11 trustee.

**SIGNED: August 16, 2023.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**