UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| MOUNTAIN EXPRESS OIL COMPANY | § | 23-90147 (DRJ) |
| | § | (Chapter 11) |
| | § | |
| | § | |
| DEBTORS[1] | § | (Jointly Administered) |

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

Pursuant to the Order of the Bankruptcy Court entered on August 16, 2023, (the "Order") directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints JANET S. NORTHRUP to serve as the chapter 11 trustee in the jointly administered Mountain Express Oil Company cases.

This appointment is made on the 17th day of August 2023.

Dated: August 18, 2023

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE REGION 7

By: /s/ *C. Ross Travis*
C. Ross Travis
LA Bar No. 40083
515 Rusk, Suite 3516
Houston, Texas 77002
Phone: (713) 718-4650
Fax: (713) 718-4670
Email: C.Ross.Travis@usdoj.gov

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.