UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| MOUNTAIN EXPRESS OIL COMPANY | § | 23-90147 (DRJ) |
| | § | (Chapter 11) |
| | § | |
| DEBTORS[1] | § | (Jointly Administered) |

## VERIFIED STATEMENT OF PROPOSED CHAPTER 11 TRUSTEE

1.  I hereby verify that I do not have any connections with the Debtors, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

2.  I declare under penalty of perjury that the foregoing is true and correct.

Date: August 17th, 2023.

Janet S. Northrup

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.