United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered) |

**INTERIM ORDER LIFTING AUTOMATIC STAY**
**(No. 1238)**

Came on for consideration *Emergency Motion to Lift the Automatic Stay* filed by American 1 Gas, Inc., Broadway Fuel, Inc., Commack Fuel, Inc., Monto Food Mart, Inc., Prime Petro, Inc., and Riverdale Fuel, Inc (the "Operators" and the "Motion"). After considering the pleading, the Court finds cause to grant the requested relief. It is therefore,

**ORDERED**:

1. The Motion is granted to the extent as set forth herein.

2. The Operators are authorized to use any means necessary to purchase fuel from non-debtor entities and to facilitate payment, including but not limited to the disconnection of the Debtors' credit card processing machines and black boxes. Notwithstanding the foregoing, the Operators are required to account for and report all purchases and sales of fuel from non-debtor entities made through and including September 1, 2023.

3. Relief in this order is authorized through September 1, 2023, or upon further order by this Court. The Court will hold a further hearing on September 1, 2023 at 11:00 a.m. (Central)

4. The fourteen (14) day stay provided for under the Federal Rules of Bankruptcy Procedure 4001(a)(3) is hereby waived and the Operators, their successors and assigns, are authorized to immediately and enforce and implement the terms of this Order.

5. The Court retains exclusive jurisdiction and power with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

**Signed:  August 17, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**