**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| MOUNTAIN EXPRESS OIL COMPANY, et al., | Case No. 23-90147 (DRJ) |
| Debtors. [1] | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF AKERMAN LLP**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT**
**OF EXPENSES AS SPECIAL ENVIRONMENTAL COUNSEL TO THE DEBTORS FOR**
**THE PERIOD FROM JUNE 7, 2023 THROUGH JUNE 30, 2023**

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Compensation Order") [Docket No. 408], Akerman LLP, ("Akerman"), as special environmental attorneys for the above-captioned debtors and debtors in possession (the "Debtors"), submits this monthly statement of services rendered and expenses incurred in this case for the period from June 9, 2023 through June 30, 2023 (the "Statement Period").

**I.     Itemization of Services Rendered by Akerman:**

Akerman is authorized[2] to represent the Debtors in connection with counseling and related legal advice to the Debtors in connection with certain environmental regulatory review and environmental compliance matters related to (a) the Debtors' owned real property, leased

---

1    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 Cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

2    On July 6, 2023, the Debtors filed *Debtors' Application For Entry Of An Order Authorizing The Retention And Employment Of Akerman LLP As Special Environmental Counsel For The Debtors, Effective As Of June 9, 2023* (Docket No. 752) (the "Application"). The order granting the Application is currently pending.

locations, and underground storage tank systems, and (b) the Debtors' ongoing sale and marketing process.

A.          The following is a list of individuals and their respective titles that provided services during the Statement Period.  It includes information regarding their respective billing rates and the total number of hours spent by each individual providing services during the Statement Period for which Akerman seeks compensation.

## SUMMARY

| Name | Position / Dept. | State of Bar Admission / Year | Hourly Rate | Hours | Total Compensation |
|---|---|---|---|---|---|
| Jason S. Lichtstein | Partner | GA 1999; FL 2001 | $875.00 | 5.10 | $4,462.50 |
| Mark C. McElree | Partner | TX 1988 | $895.00 | 0.80 | $716.00 |
| Michael J. Larson | Partner | GA 2021; FL 2012; NY 2009; IL 2017 | $710.00 | 3.20 | $2,272.00 |
| Matthew J. Schroeder | Partner | TX 1994 | $975.00 | 5.60 | $5,460.00 |
| Robyn D. Neely | Partner | FL 1987 | $975.00 | 35.60 | $34,710.00 |
| Tracy S. Plott | Partner | GA 1991 | $790.00 | 1.70 | $1,343.00 |
| Sydney Sgovio | Associate | TX 2022 | $495.00 | 19.30 | $9,553.50 |
| **Total:** | | | | **71.30** | **$58,517.00** |

B.          The time records of Akerman consisting of a daily breakdown of the time spent by each person on each day, and detail as to the disbursements incurred are attached as **Exhibit A** to this Statement.

## II.    **Itemization of Services Rendered and Disbursements Incurred By Category**

The following itemization presents the services rendered by Akerman by Task Category, and provides a summary of disbursements incurred by category of disbursement.

1.      Services Rendered

The following services were rendered in the following Task Category:

| Task Category | Hours | Fees Earned |
|---|---|---|
| Asset Disposition | 71.30 | $58,517.00 |
| **Total** | **71.30** | **$58,517.00** |

A detailed itemization of the services rendered in the above Task Category is set forth in

**Exhibit A**.

2.      Disbursements Incurred

The disbursements incurred by Akerman for this Statement are as follows:

| Expense Category | Total Expenses |
|---|---|
| N/A | $0.00 |
| **Total** | **$0.00** |

3.      Accordingly, the amount of compensation and expenses payable for this Statement Period

is **$46,813.60** and is calculated as follows:

| | |
|---|---|
| Total Fees for Services Rendered During Statement Period | $58,517.00 |
| Twenty Percent (20%) Holdback | ($11,703.40) |
| Fees Minus Holdback | $46,813.60 |
| Costs (100%) | $0.00 |
| **TOTAL** | **$46,813.60** |

**WHEREFORE**, pursuant to the Interim Compensation Order, Akerman requests payment of compensation in the amount of **$46,813.60** (80% of $58,517.00) on account of actual, reasonable and necessary professional services rendered to the Debtors by Akerman.

Dated: August 22, 2023          **AKERMAN LLP**

*/s/ Laura M. Taveras*

Laura M. Taveras
SBN: 24127243
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Facsimile:  (214) 981-9339
laura.taveras@akerman.com

*Special Environmental Counsel to the Debtors and Debtors in Possession*

# EXHIBIT A



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date: | July 14, 2023 |
| Invoice No.: | 9896928 |

Mountain Express Oil Company
5333 Bells Ferry Road
Suite 201
Acworth
Georgia, FL 30102

| | |
|---|---|
| Client Name: | **Mountain Express Oil Company** |
| Matter Name: | **Assistance with Environmental and Regulatory Review** |
| Client/Matter Number: | **097548.00423098** |

---

*For professional services rendered through June 30, 2023*

| | |
|---|---|
| Services | $58,517.00 |
| | ————————— |
| **Total Amount Due** | **$58,517.00** |

*To ensure proper credit to the above account, please indicate invoice no. 9896928*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o Truist Bank, Atlanta, GA
ABA Number:
Account Number:
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN*

akerman.com

Akerman LLP

Client: Mountain Express Oil Company

Matter: Assistance with Environmental and
Regulatory Review

Invoice Date:        July 14, 2023

Invoice Number:        9896928

Matter Number:        097548.00423098

---

**Time Detail**

**Task Code:   B130 - ASSET DISPOSITION**

| Date | Initials | Services | Hours | Value |
|------|----------|----------|-------|-------|
| 11-Jun-23 | JSL | Plan and prepare for telephone conference with bankruptcy counsel / team | 0.30 | 262.50 |
| 12-Jun-23 | RDN | Review Oklahoma Corporation Commission regulations for Underground Storage Tanks, including change of ownership and registration requirements for Underground Storage Tanks for owners, operators and real property owners. | 1.20 | 1,170.00 |
| 12-Jun-23 | MJL | Analyze Georgia statutes and regulations regarding transfer of underground storage tanks | 3.20 | 2,272.00 |
| 12-Jun-23 | MS | Begin analyzing Oklahoma regulations on USTs to address permitting issues. | 0.30 | 292.50 |
| 12-Jun-23 | JSL | Research and review/analyze Georgia law and rules addressing UST transfer, notification, and additional requirements (1.6) ; plan and prepare for 6/13 telephone conference (.3); confer and work with Attorneys R. Neely and M. Larson addressing same (.4). | 2.30 | 2,012.50 |
| 13-Jun-23 | S S | Analyze case file and conduct research regarding the registration/change of ownership requirements for USTs under Oklahoma law. | 1.20 | 594.00 |
| 13-Jun-23 | S S | Draft analysis of next steps following meeting with MEX's bankruptcy counsel. | 0.20 | 99.00 |
| 13-Jun-23 | S S | Attend meeting with MEX's Bankruptcy Counsel to discuss environmental compliance and UST registration/change of ownership. | 1.10 | 544.50 |
| 13-Jun-23 | RDN | Additional review of Oklahoma Tank Regulations for purposes of registering the change in Underground Storage Tank Ownership, and questions regarding whether the Real Property Owner must execute the registration form, (.4) and review additional environmental background documents (.3) | 0.70 | 682.50 |

Akerman LLP
Client: Mountain Express Oil Company
Matter: Assistance with Environmental and
Regulatory Review

Invoice Date:        July 14, 2023
Invoice Number:    9896928
Matter Number:     097548.00423098

| Date | Initials | Services | Hours | Value |
|------|----------|----------|-------|-------|
| 13-Jun-23 | RDN | Confer with Gregory Demo, Henry Kevane, and Lisa Cioteli regarding additional environmental site background regarding Oklahoma Underground Storage Tank registration of change in ownership issues, and requests by Oklahoma Corporation Commission, and Landlord regarding change of ownership registration. | 0.70 | 682.50 |
| 13-Jun-23 | RDN | Follow up review and discussion regarding documents needed to assist in review of Oklahoma Underground Storage Tank registration questions and issues. | 0.30 | 292.50 |
| 13-Jun-23 | RDN | Confer with Steven Golden, Gregory Demo, Henry Kevane, James Bedison, and others to discuss environmental background and request for environmental legal assistance associated with representation of debtor, Mountain Express Oil Company, and environmental regulatory and environmental compliance issues. | 1.00 | 975.00 |
| 13-Jun-23 | MS | Continue analyzing Oklahoma law on ownership and compliance issues for USTs. | 0.50 | 487.50 |
| 13-Jun-23 | MS | Extended telephone conference with MEX's bankruptcy counsel regarding various environmental issues, including ownership issues of USTs in Oklahoma. | 1.00 | 975.00 |
| 13-Jun-23 | MS | Extended telephone conference with client's bankruptcy counsel and environmental consultant regarding USTs in Oklahoma, including ownership and compliance issues. | 0.90 | 877.50 |
| 13-Jun-23 | JSL | Telephone conference with bankruptcy counsel and team to discuss Georgia UST notification/transfer issues and other environmental issues (.8); plan and prepare for telephone conference (.3); follow-up re same (.2). | 1.30 | 1,137.50 |
| 14-Jun-23 | S S | Conduct research regarding whether underground storage tanks (USTs) are real or personal property under Oklahoma law. | 1.00 | 495.00 |
| 14-Jun-23 | S S | Draft analysis of whether underground storage tanks (USTs) are considered real or personal property under Oklahoma law. | 0.50 | 247.50 |

Akerman LLP

Client: Mountain Express Oil Company

Matter: Assistance with Environmental and
Regulatory Review

Invoice Date:          July 14, 2023

Invoice Number:     9896928

Matter Number:      097548.00423098

| Date | Initials | Services | Hours | Value |
|------|----------|----------|-------|-------|
| 14-Jun-23 | RDN | Review statutory and administrative code language for underground storage tanks treated as personal property and trade fixtures. | 0.40 | 390.00 |
| 14-Jun-23 | RDN | Begin review of additional environmental and compliance documentation from Lisa Ciotoli for Oklahoma. | 1.60 | 1,560.00 |
| 14-Jun-23 | RDN | Coordinate regarding update on ownership of UST systems by Mountain Express. | 0.40 | 390.00 |
| 14-Jun-23 | MS | Analyze legal research and cases on whether USTs are personal property under Oklahoma law. | 0.30 | 292.50 |
| 14-Jun-23 | MS | Analyze correspondence from Greg Demo discussing MEX's ownership of USTs. | 0.10 | 97.50 |
| 15-Jun-23 | S S | Analyze OCC letter to Mountain Portfolio Owner regarding change of ownership for the tank system under Oklahoma law. | 0.10 | 49.50 |
| 15-Jun-23 | S S | Attend meeting with MEX's Bankruptcy Counsel to discuss environmental compliance issues and Bills of Sale in Texas, Arkansas, Alabama, and Georgia. | 1.30 | 643.50 |
| 15-Jun-23 | S S | Conduct analysis regarding next steps for environmental compliance issues for Oklahoma USTs. | 0.40 | 198.00 |
| 15-Jun-23 | S S | Continue conducting research regarding how the OCC interprets the definitions of "owner" and "operator" under Oklahoma law. | 0.80 | 396.00 |
| 15-Jun-23 | RDN | Additional review of Oklahoma Tank environmental, ownership and notice of violation documents provided by Lisa Ciotoli. | 1.90 | 1,852.50 |
| 15-Jun-23 | RDN | Review and prepare draft Bill of Sale Form for sale/transfer of UST System, (.5) and coordinate regarding need for specific review for Georgia, Texas, Alabama, and Arkansas (.4) | 0.90 | 877.50 |
| 15-Jun-23 | RDN | Begin review of further additional environmental documents from Mountain Express outside professional team (1.4), and coordinate regarding environmental tasks requested to be completed (.4) | 1.80 | 1,755.00 |

Akerman LLP

Client: Mountain Express Oil Company

Matter: Assistance with Environmental and
Regulatory Review

Invoice Date:        July 14, 2023

Invoice Number:    9896928

Matter Number:      097548.00423098

| Date | Initials | Services | Hours | Value |
|------|----------|----------|-------|-------|
| 15-Jun-23 | RDN | Confer with Mountain Express outside professional team to discuss update and environmental background for Oklahoma sites, Oak Street sites, recommended contact to Oklahoma counsel, and proposed rejection of ARCO lease sites. | 1.00 | 975.00 |
| 15-Jun-23 | MS | Analyze correspondence from Greg Demo following up on Oklahoma UST change of ownership issues. | 0.10 | 97.50 |
| 15-Jun-23 | JSL | Plan and prepare for MEX / Georgia-based environmental legal and bill of sale review (.2); coordinate and work re Attorney T. Plott review of proposed bill of sale (.3). | 0.50 | 437.50 |
| 16-Jun-23 | S S | Engage with Texas real estate attorneys regarding drafting the Texas specific Bill of Sale. | 0.60 | 297.00 |
| 16-Jun-23 | S S | Conduct research regarding the OAC's definitions of "operator" under Oklahoma law. | 1.00 | 495.00 |
| 16-Jun-23 | S S | Conduct research regarding the OAC's definitions of "owner" under Oklahoma law. | 1.70 | 841.50 |
| 16-Jun-23 | S S | Conduct research regarding how red tags are removed from USTs under Oklahoma law. | 1.80 | 891.00 |
| 16-Jun-23 | S S | Draft analysis regarding the OAC's definitions of "owner" and "operator" under Oklahoma law. | 1.30 | 643.50 |
| 16-Jun-23 | RDN | Additional review of Oklahoma Tank Registration and compliance status documents (1.6), and review response from Chris Semenson, Counsel for Oakstreet (.3) | 1.90 | 1,852.50 |
| 16-Jun-23 | RDN | Confer with Aaron Johnson, Deputy General Counsel, Oklahoma Corporation Commission regarding issues with submittal of Change of Ownership Form. | 0.40 | 390.00 |
| 16-Jun-23 | RDN | Follow up with Chris Semenson, Oakstreet Environmental Counsel (.2) and provide summary update of discussion with Aaron Johnson, Deputy General Counsel, Oklahoma Corporation Commission (.3). | 0.50 | 487.50 |

Akerman LLP

Client: Mountain Express Oil Company

Matter: Assistance with Environmental and Regulatory Review

Invoice Date:    July 14, 2023

Invoice Number:    9896928

Matter Number:    097548.00423098

| Date | Initials | Services | Hours | Value |
|---|---|---|---|---|
| 16-Jun-23 | RDN | Prepare and provide Debtor's Counsel and Debtor's Environmental Professionals with summary update and recommended approach based upon discussions with Aaron Johnson, Deputy General Counsel, Oklahoma Corporation Commission. | 0.80 | 780.00 |
| 16-Jun-23 | RDN | Review summary update from Aaron Johnson, Deputy General Counsel, Oklahoma Corporation Commission regarding clarification on OCC's position as to tank registration and Change of Ownership form completion (.3), and prepare additional response (.3). | 0.60 | 585.00 |
| 16-Jun-23 | RDN | Prepare additional summary update to Lisa Ciotoli and Debtor's Counsel regarding response from Aaron Johnson, Deputy General Counsel for Oklahoma Corporation Commission concerning tank registration issues. | 0.80 | 780.00 |
| 16-Jun-23 | RDN | Confer with Lisa Ciotoli regarding coordination with OCC tank inspectors and information provided by Ciotoli to OCC tank inspectors to result in response from Aaron Johnson. | 0.40 | 390.00 |
| 16-Jun-23 | RDN | Confer with Greg Demo regarding discussions with Lisa Ciotoli and additional clarifying response from Aaron Johnson, and next steps. | 0.20 | 195.00 |
| 16-Jun-23 | MS | Continue researching Oklahoma and Texas law on ownership and permitting issues related to USTs. | 0.20 | 195.00 |
| 16-Jun-23 | JSL | Confer with Attorneys T. Plott and R. Neely addressing bill of sale issues and matter/project background (.3); review and evaluate same (.2). | 0.50 | 437.50 |
| 17-Jun-23 | MS | Analyze correspondence from Greg Demo discussing additional notices of violation served upon MEX. | 0.10 | 97.50 |
| 19-Jun-23 | RDN | Additional review of revised APA for ARCO Global and prepare environmental comments. | 0.90 | 877.50 |
| 19-Jun-23 | RDN | Further review of APA and prepare additional environmental comments to Section 3.14 Environmental Representations and Warranties. | 0.50 | 487.50 |

Akerman LLP

Client: Mountain Express Oil Company

Matter: Assistance with Environmental and
Regulatory Review

Invoice Date:        July 14, 2023

Invoice Number:    9896928

Matter Number:     097548.00423098

| Date | Initials | Services | Hours | Value |
|------|----------|----------|-------|-------|
| 19-Jun-23 | RDN | Review and coordinate as to additional email from Lisa Ciotoelli regarding Oklahoma environmental compliance issues and Change of Ownership Form issues. | 1.20 | 1,170.00 |
| 19-Jun-23 | RDN | Further review of Oklahoma UST Inspection documents and Notices of Violations, and Change of Ownership Forms to identify sites with USTs which are red tagged and out of service. | 1.30 | 1,267.50 |
| 19-Jun-23 | RDN | Confer with Greg Demo regarding: (i) update as to Oklahoma Change of Ownership form completion issues, (ii) UST Compliance Issues, (iii) discussions with Lisa Ciotelli, (iv) proposed updated discussion with Aaron Johnson, and (v) proposed updated discussion with Chris Semonsen. | 0.40 | 390.00 |
| 19-Jun-23 | RDN | Review AR Global Master Lease and UST Transfer Provisions. | 0.40 | 390.00 |
| 19-Jun-23 | RDN | Follow up and coordinate regarding Real Estate Counsel review of Bill of Sale Form for Texas and Georgia. | 0.60 | 585.00 |
| 19-Jun-23 | S S | Correspond with Greg Demo (Bankruptcy counsel) regarding environmental issues in Oklahoma. | 0.60 | 297.00 |
| 19-Jun-23 | S S | Analyze file and draft next steps. | 0.40 | 198.00 |
| 19-Jun-23 | S S | Attending meeting with Henry Kevane (Bankruptcy counsel) regarding MEX/ARCO Environmental redlines. | 0.80 | 396.00 |
| 19-Jun-23 | MS | Telephone conference with Henry Kevane discussing environmental clauses of draft APA. | 0.50 | 487.50 |
| 19-Jun-23 | MS | Analyze and revise draft of environmental obligations under draft APA. | 0.60 | 585.00 |
| 19-Jun-23 | MCM | Review and respond to correspondence from R. Neely regarding Bill of Sale (.1); review and revise same (.3); draft correspondence regarding same (.2); review and respond to correspondence regarding same(.2). | 0.10 | 89.50 |
| 19-Jun-23 | MCM | Review and respond to correspondence regarding same. | 0.20 | 179.00 |
| 19-Jun-23 | MCM | Draft correspondence regarding same. | 0.20 | 179.00 |
| 19-Jun-23 | MCM | Review and revise same. | 0.30 | 268.50 |

Akerman LLP

Client: Mountain Express Oil Company

Matter: Assistance with Environmental and Regulatory Review

Invoice Date:        July 14, 2023

Invoice Number:     9896928

Matter Number:      097548.00423098

| Date | Initials | Services | Hours | Value |
|------|----------|----------|-------|-------|
| 20-Jun-23 | RDN | Coordinate and begin review of revisions to draft Bill of Sale Documents for Texas and Georgia sites. | 0.80 | 780.00 |
| 20-Jun-23 | S S | Analyze case file and determine next steps. | 0.30 | 148.50 |
| 20-Jun-23 | S S | Confer with FTI regarding Oklahoma Storage Tanks and determine next steps. | 0.40 | 198.00 |
| 20-Jun-23 | MS | Analyze correspondence from Greg Demo regarding PADEP's notices of violation to MEX. | 0.10 | 97.50 |
| 20-Jun-23 | TSP | Drafting Georgia quitclaim deed and bill of sale regarding underground storage tank. | 1.30 | 1,027.00 |
| 20-Jun-23 | TSP | Emails with Robyn Neely regarding Georgia law and customs regarding underground storage tank conveyance documents. | 0.40 | 316.00 |
| 20-Jun-23 | JSL | Review emails and status re review of Georgia bill of sale | 0.20 | 175.00 |
| 21-Jun-23 | S S | Analyze list of Oklahoma sites provided by client to determine outstanding environmental issues. | 0.50 | 247.50 |
| 23-Jun-23 | RDN | Review Excel Spreadsheet of Oklahoma sites with outstanding violations and Change of Ownership Form issues (.8), and confer regarding site status identified on Excel Spreadsheet (.4). | 1.20 | 1,170.00 |
| 23-Jun-23 | RDN | Confer and provide update and request for additional information of Oklahoma sites with Change of Ownership Form issues. | 0.20 | 195.00 |
| 23-Jun-23 | RDN | Follow up with Oklahoma Corporate Commission Regional Counsel, Aaron Johnson. | 0.20 | 195.00 |
| 23-Jun-23 | RDN | Review and provide Bill of Sale Forms for Texas and Georgia properties to Henry Kevane (.4) and review Court Order Effective June 30, 2023 rejecting AR Global Leases (.2). | 0.60 | 585.00 |
| 23-Jun-23 | S S | Analyze Oklahoma sites provided by FTI to determine change of ownership issues. | 0.70 | 346.50 |
| 26-Jun-23 | RDN | Follow up discussion with Aaron Johnson, Oklahoma Corporation Commission Deputy General Counsel regarding Change of Ownership Registration issues and additional recommendations by Aaron Johnson. | 0.60 | 585.00 |

Akerman LLP

Client: Mountain Express Oil Company

Matter: Assistance with Environmental and
Regulatory Review

Invoice Date:      July 14, 2023

Invoice Number:   9896928

Matter Number:    097548.00423098

| Date | Initials | Services | Hours | Value |
|------|----------|----------|-------|-------|
| 26-Jun-23 | RDN | Follow up discussion with Greg Demo regarding additional discussion and recommendations from Aaron Johnson, Oklahoma Corporation Commission Deputy General Counsel, and recommended next steps. | 0.50 | 487.50 |
| 26-Jun-23 | RDN | Review and provide follow up documentation to Greg Demo regarding Notice of Violation and Notice of Hearing for Oklahoma Corporation Commission for Martin Luther King Avenue, Oklahoma City site. | 0.50 | 487.50 |
| 26-Jun-23 | RDN | Coordinate regarding need for list of all Oklahoma Sites with Enforcement Action ongoing by Oklahoma Corporation Commission (.2) , and review list of identified sites (.3). | 0.50 | 487.50 |
| 26-Jun-23 | S S | Correspond with Greg Demo (Bankruptcy counsel) regarding request for more information on the 12 sites and the specific site status. | 0.20 | 99.00 |
| 26-Jun-23 | S S | Analyze data regarding request for more information on the 12 sites and the specific site status. | 1.30 | 643.50 |
| 27-Jun-23 | MS | Analyze correspondence from Oak Street's counsel regarding new notices of violation and coordination on UST COO registration issues. | 0.10 | 97.50 |
| 27-Jun-23 | MS | Analyze OCC's no further action letter for Remington Discount site and Greg Demo's questions regarding impact of NFA letter. | 0.10 | 97.50 |
| 27-Jun-23 | RDN | Confer with Chris Semonsen regarding updated discussions with Aaron Johnson, Deputy General Counsel for Oklahoma Corporation Commission, recommended approach for Change of Ownership Forms, and need for additional contact information from the real property owner. (.5) Review follow up summary from Semonsen. (.3) | 0.80 | 780.00 |

Akerman LLP

Client: Mountain Express Oil Company

Matter: Assistance with Environmental and
Regulatory Review

Invoice Date:      July 14, 2023

Invoice Number:    9896928

Matter Number:     097548.00423098

| Date | Initials | Services | Hours | Value |
|------|----------|----------|-------|-------|
| 27-Jun-23 | RDN | Review no further action documentation from Greg Demo for Remington Tobacco Discount site, and review underlying violations identified in complaint (.3) and coordinate regarding current status of site including status of Change of Ownership form submittal and ability to obtain approval to cancel proposed July 12, 2023 hearing (.3), and provide additional response to Demo (.3) | 0.90 | 877.50 |
| 27-Jun-23 | S S | Analyze list of 12 Oklahoma sites with change of ownership issue. | 0.60 | 297.00 |
| 27-Jun-23 | S S | Correspond with Greg Demo (bankruptcy counsel) regarding current Oklahoma sites with change of ownership issues. | 0.10 | 49.50 |
| 27-Jun-23 | S S | Correspond with Greg Demo (bankruptcy counsel) regarding analyzing the 12 sites with change of ownership issues. | 0.10 | 49.50 |
| 28-Jun-23 | MS | Analyze correspondence from Oak Street's counsel discussing information necessary to complete COO forms for Oklahoma USTs. | 0.10 | 97.50 |
| 28-Jun-23 | S S | Analyze Oklahoma UST issues surrounding the change of ownership form. | 0.30 | 148.50 |
| 28-Jun-23 | RDN | Confer with Greg Demo regarding status update on Oklahoma Tank Ownership Registration. | 0.30 | 292.50 |
| 28-Jun-23 | RDN | Additional review of Change of Ownership Form and Oklahoma registration requirements (.6), and prepare proposed Template Instructions for completion of Change of Ownership Form (.9). | 1.50 | 1,462.50 |
| 28-Jun-23 | RDN | Follow up with Chris Semonsen regarding status of updated ownership information for the real property owner. | 0.20 | 195.00 |
| 28-Jun-23 | RDN | Further follow up regarding Change of Ownership submittal in the Oklahoma Petroleum Storage Tank Online Portal. | 0.30 | 292.50 |
| 29-Jun-23 | MS | Analyze correspondence from Greg Demo discussing outstanding information needed for COO forms for Oklahoma USTs. | 0.10 | 97.50 |
| 29-Jun-23 | MS | Analyze correspondence from Kayla Hauser regarding payment of outstanding UST fees to OCC. | 0.10 | 97.50 |

Akerman LLP

Client: Mountain Express Oil Company

Matter: Assistance with Environmental and
Regulatory Review

| | | | | |
|---|---|---|---|---|
| Invoice Date: | July 14, 2023 |
| Invoice Number: | 9896928 |
| Matter Number: | 097548.00423098 |

| Date | Initials | Services | Hours | Value |
|------|----------|---------|-------|-------|
| 29-Jun-23 | MS | Analyze correspondence from Lisa Ciotoli with additional information for Oklahoma UST COO forms. | 0.10 | 97.50 |
| 29-Jun-23 | RDN | Review update on Change of Ownership forms, proposed language for form and confer with Lisa Cioteli | 0.60 | 585.00 |
| 30-Jun-23 | MS | Analyze correspondence from Lisa Ciotoli discussing finalization of Oklahoma UST COO forms for various MEX sites. | 0.10 | 97.50 |
| 30-Jun-23 | MS | Analyze correspondence from Theresa Tankersley regarding finalized forms of Oklahoma UST COO forms. | 0.10 | 97.50 |
| 30-Jun-23 | MS | Analyze correspondence from Theresa Tankersley and Greg Demo regarding the OCC's rejection of MEX's UST COO forms. | 0.10 | 97.50 |
| 30-Jun-23 | RDN | Coordinate regarding confirmation of submittal of COO forms to OCC. | 0.20 | 195.00 |
| 30-Jun-23 | RDN | Confer with Aaron Johnson, OCC Deputy General Counsel regarding submittal of revised COO forms, and potential to postpone or dismiss the July 12th Enforcement Hearing for Remington Tobacco Discount site. | 0.30 | 292.50 |
| 30-Jun-23 | RDN | Confer with Jamie Andrews, OCC Deputy General Counsel regarding submittal of revised COO forms, and potential to postpone or dismiss the July 12th Enforcement Hearing for Remington Tobacco Discount site. | 0.40 | 390.00 |
| 30-Jun-23 | RDN | Review update regarding rejection of submitted COO forms (.1), and review example of rejected COO form (.2). | 0.30 | 292.50 |
| 30-Jun-23 | RDN | Confer with Greg Demo regarding rejection of COO forms and need to include the information for Real Property Owner, as well as Mountain Express as Tank Owner, and Tank Operator. | 0.30 | 292.50 |
| 30-Jun-23 | RDN | Review previous direction on completion of COO forms (.3), and provide additional direction and specific further direction on the Real Property Owner information (.3). | 0.60 | 585.00 |
| 30-Jun-23 | RDN | Confer with Michael Healey regarding request for background information as to COO form submittal issues. | 0.30 | 292.50 |

Akerman LLP

Client: Mountain Express Oil Company

Matter: Assistance with Environmental and
Regulatory Review

Invoice Date:        July 14, 2023

Invoice Number:      9896928

Matter Number:       097548.00423098

| Date | Initials | Services | Hours | Value |
|------|----------|----------|-------|-------|
| 30-Jun-23 | RDN | Coordinate regarding additional questions regarding need for additional revised planned submittal of the COO forms, and additional information needed. | 0.70 | 682.50 |
| **Task Total** | **B130 - ASSET DISPOSITION** | | **71.30** | **$58,517.00** |

Akerman LLP

Client: Mountain Express Oil Company

Matter: Assistance with Environmental and Regulatory Review

Invoice Date:        July 14, 2023

Invoice Number:    9896928

Matter Number:     097548.00423098

---

**Timekeeper Summary**

| Initials | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| JSL | J. S. Lichtstein | 5.10 | 875.00 | 4,462.50 |
| MCM | M. C. McElree | 0.80 | 895.00 | 716.00 |
| MJL | M. J. Larson | 3.20 | 710.00 | 2,272.00 |
| MS | M. Schroeder | 5.60 | 975.00 | 5,460.00 |
| RDN | R.D. Neely | 35.60 | 975.00 | 34,710.00 |
| S S | S. Sgovio | 19.30 | 495.00 | 9,553.50 |
| TSP | T. S. Plott | 1.70 | 790.00 | 1,343.00 |
| **Total** | | **71.30** | | **$58,517.00** |