# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MOUNTAIN EXPRESS OIL COMPANY, et al., | § | Case No. 23-90147 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Hearing Date:** August 24, 2023 |
| | § | **Hearing Time:** 4:30 p.m. (CST) |
| | § | **Location:** United States Courthouse |
| | § | Courtroom 400, 4th Floor |
| | § | 515 Rusk |
| | § | Houston, Texas 77002 |
| | § | **Judge Presiding:** David R. Jones |

## BFM'S *AMENDED* COMBINED WITNESS AND EXHIBIT LIST

Brothers Lapalco, LLC, Brothers Avondale LLC, Carol Sue Investments, LLC, Manhattan HSI Investments, LLC, Ames Investments No. 2, LLC, and Manhattan Place, LLC (collectively, "**BFM**") submit the following combined Witness and Exhibit List for the electronic hearing scheduled on **August 24, 2023, at 4:30 p.m. (CST)**, before the Honorable David R. Jones, United States Bankruptcy Judge.

## WITNESS LIST

1. Craig V. Peters, Chief Financial Officer, BFM Operations LLC

2. Any witness designated or called by any party; and

3. Any witness required for rebuttal.

1

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1 | Lapalco Lease and Amendments (9 pages) | | | | |
| 2 | Avondale Lease and Amendments (9 pages) | | | | |
| 3 | Carol Sue Lease of Commercial Property (Triple Net) and Amendments (16 pages) | | | | |
| 4 | 1600 Manhattan Lease and Amendments (33 pages) | | | | |
| 5 | Westbank Commercial Lease (Triple Net) and Amendments (58 pages) | | | | |
| 6 | Manhattan Office Lease (23 pages) | | | | |
| 7 | Lapalco Tenant Ledger (1 page) | | | | |
| 8 | Avondale Tenant Ledger (1 page) | | | | |
| 9 | Carol Sue Tenant Ledger (1 page) | | | | |
| 10 | 1600 Manhattan Tenant Ledger (1 page) | | | | |
| 11 | Westbank Tenant Ledger (1 page) (*Amended*) | | | | |
| 12 | Manhattan Office Tenant Ledger (1 page) | | | | |
| 13 | Lapalco Canopy Picture | | | | |
| 14 | Lapalco Canopy Picture 2 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Avondale Canopy Picture | | | | | |
| 16 | Avondale Canopy Picture 2 | | | | | |
| 17. | Avondale Gas Pump Picture | | | | | |
| 18. | Carol Sue Canopy Picture | | | | | |
| 19. | Carol Sue Gas Pump Picture | | | | | |
| 20. | WWW-TV.com Article (5 pages) | | | | | |
| 21. | 4520 Jefferson Highway Picture | | | | | |
| 22. | Declaration of Craig V. Peters | | | | | |
| | Any rebuttal or impeachment exhibits. | | | | | |
| | Any demonstrative exhibits. | | | | | |
| | Any exhibit identified or offered by any other party | | | | | |
| | Any pleadings or exhibits previously filed on the Court's docket. | | | | | |

BFM reserves the right to modify, amend, or supplement this Witness and Exhibit List at its discretion at any time prior to hearing on these matters.

Dated: August 24, 2023.

Respectfully submitted,

*/s/ Simon R. Mayer*
Philip G. Eisenberg
Texas Bar No. 24033923
Simon R. Mayer
Texas Bar No. 24060243
**LOCKE LORD LLP**
600 Travis St., Suite 2800
Houston, TX 77002
Telephone: (713) 226-1200
peisenberg@lockelord.com
simon.mayer@lockelord.com

Omer F. Kuebel, III
Federal Bar No. 32595
Louisiana State Bar No. 21682
**LOCKE LORD LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5155
Facsimile: (504) 558-5200
rkuebel@lockelord.com

*Attorneys for BFM*

### Certificate of Service

I certify that, on August 24, 2023, a true and correct copy of the foregoing Exhibit and Witness List and the corresponding exhibits, if any, were served on all parties who receive service in this jointly administered chapter 7 case via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Simon R. Mayer*
Simon R. Mayer