# Vriana Portillo

| | |
|---|---|
| **From:** | Albert Alonzo |
| **Sent:** | Thursday, August 24, 2023 5:51 PM |
| **To:** | Vriana Portillo |
| **Subject:** | Fwd: Mountain Express - List of Fuel Suppliers for Order Converting Case |

Albert Alonzo
Sent from my iPhone

Begin forwarded message:

> **From:** "Williamson, Deborah" <DWilliamson@dykema.com>
> **Date:** August 24, 2023 at 5:23:16 PM CDT
> **To:** Albert Alonzo <Albert_Alonzo@txs.uscourts.gov>
> **Subject: Mountain Express - List of Fuel Suppliers for Order Converting Case**
>
> CAUTION - EXTERNAL:
>
> Mr. Alonzo, the Court asked me to send a list of the Fuel Suppliers for Exhibit A.
>
> Hunt Refining Company; ExxonMobil Oil Corporation; Valero Marketing and Supply Company; Sunoco LLC; CITGO Petroleum Corporation; BP Products North America, INC.; Chevron Products Company; HF Sinclair Refining and Marketing LLC; Marathon Petroleum Company LP; Equilon Enterprises LLC dba Shell Oil Products US; Motiva Enterprises LLC; BP Products North America Inc.;  Gulf Oil LLC; Phillips 66 Company; Pilot Travel Centers LLC; Pilot Corporation; Saratoga Rack Marketing LLC; Parts and Service Authority LLC, and each of their affiliates.
>
> **Deborah D. Williamson**
> Member
>
> D 210-554-5275 · M 210-241-0591
> DWilliamson@dykema.com · dykema.com
>
> **BIO   VCARD   LINKEDIN**
>
> 112 E. Pecan Street, Suite 1800
> San Antonio, Texas 78205
>
> 
>
> *** Notice from Dykema Gossett PLLC: This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is

addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**