IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| MOUNTAIN EXPRESS OIL COMPANY, *et al.*, | Case No. 23-90147 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF PROPERTY INTEREST

**PLEASE TAKE NOTICE** that, as publicly announced on the record at the hearing held on August 24, 2023, Pilot Travel Centers LLC and its affiliates ("Pilot") own certain property described on **Schedule 1** attached hereto (collectively, "Pilot Property"). Some or all of the Pilot Property is located at locations previously associated with the Debtors, the addresses of which are listed on **Schedule 2** attached hereto (the "Locations").[2]

**PLEASE TAKE FURTHER NOTICE** that Pilot reserves all rights, claims, and legal recourse for any unauthorized sale, removal, disposal, damage, or other similar act to Pilot Property, including, but not limited to, involving law enforcement authorities for any theft or criminal conversion.

[*Remainder of page intentionally left blank.*]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[2] Pilot continues to work on identifying and locating the Pilot Property and reserves the right to amend **Schedule 1** or **Schedule 2** at any time.

*/s/ Maegan Quejada*
**SIDLEY AUSTIN LLP**
Duston K. McFaul (24003309)
Maegan Quejada (24105559)
1000 Louisiana St., Suite 5900
Houston, TX 77002
Telephone: (713) 495-4500
Facsimile:  (713) 495-7799
Email:  dmcfaul@sidley.com
            mquejada@sidley.com

-   *and -*

**SIDLEY AUSTIN LLP**
Robert S. Velevis (24047032)
Chelsea McManus (24131499)
2021 McKinney Ave, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile:  (214) 981-3400
Email:  rvelevis@sidley.com
            cmcmanus@sidley.com

*Attorneys for Pilot*

## CERTIFICATE OF SERVICE

I certify that on August 25, 2023, a copy of this document was served by electronic service on all counsel of record via the Court's CM/ECF system.

*/s/ Maegan Quejada*
Maegan Quejada

**Schedule 1**

**Pilot Property**

1. All diesel fuel and DEF held in underground storage tanks which supply fuel to the commercial diesel fueling lanes at the Locations

2. Pilot's proprietary equipment at all Locations, including but not limited to, NCR point of sale equipment (including any peripherals attached thereto), Dell and SuperMicro servers and related hardware and wiring, routers and switches, TCP/IP network card connected to Veeder Root system, driver kiosks, transflow machines, and assorted signage assets (*e.g.*, canopy branding, pump signage, high-rise, mid-rise, etc.)

3. Fuel pump dispensing equipment at the commercial diesel fueling lanes at certain Locations, which equipment was replaced by Pilot and for which the Debtors have not paid Pilot

4. Underground DEF storage tanks,[1] Flintloc fuel dispenser security system, and showers equipment each of which were installed by Pilot at certain Locations and for which Debtors have not paid Pilot

---

[1] The location of a DEF storage tank for which the Debtors have not yet paid Pilot is unknown to Pilot at this time.

**Schedule 2**

**Locations**

| MEX Store # | Pilot Store # | Address |
|---|---|---|
| 3060 | 369 | 901 Bankhead Hwy W, Birmingham, AL 35204 |
|  | 1376 | 3901 E Main St, Blytheville, Arkansas 72315 |
|  | 1365 | 5495 Co Rd 388, Cusseta, AL 36852 |
| 3270 | 1223 | 1212 North 47th, Grand Forks, ND 58206 |
|  | 1375 | 1617 MO-84, Hayti, Missouri 63851 |
|  | 1378 | 1200 E Washington St, Hayti, Missouri 63851 |
| 3160 | 524 | 4610 Kansas Avenue, Kansas City, KS 66106 |
| 3260 | 82 | 4301 Main St, LaPlace LA, 70068 |
|  | 1363 | 2198 LA-532, Minden, LA 71055 |
|  | 1364 | 2193 LA-532, Minden, LA 71055 |
| 3040 | 7996 | 2700 Chamber Dr, Monroe, NC 28110 |
| 3202 | 522 | 482 Suedberg Road, Pine Grove, PA 17963 |
| 3006 | 1353 | 481 US Hwy 1 South, Rockingham, NC 28379 |
| 3015 | 1352 | 434 Little River Rd, Seagrove, NC 27341 |
| 3250 | 1164 | 10405 Airline Highway, Saint Rose, LA 70087 |
| 3152 | 1377 | 17049 New Breman Rd, Sainte Genevieve, MO 63670 |
| 3280 | 589 | 13553 64th St NW, Williston, ND 58801 |
|  | 1331 | 175 Truck Stop Road, Cowpens, SC 29330 |
| 3203 | 1374 | 492 Can-Do Expressway, Hazelton, PA 18202 |