# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| MOUNTAIN EXPRESS OIL COMPANY, et al., | Case No. 23-90147 (DRJ) |
| Debtors.² | (Jointly Administered) |

**ORDER AUTHORIZING THE WITHDRAWAL OF LUGENBUHL WHEATON PECK RANKIN & HUBBARD AS DEBTORS' SPECIAL LITIGATION COUNSEL**

(Related Docket No. __1359__)

As stated on the record at the hearing conducted in the above-captioned chapter 11 cases on August 16, 2023 at 4:00 p.m. (Central Time) (the "August 16 Hearing"), Lugenbuhl, Wheaton, Peck, Rankin & Hubbard's (the "Firm"), the Debtors' special litigation counsel retained pursuant to this Court's order at Docket No. 510, withdrawal as counsel to the Debtors is approved, retroactive to the conclusion of the August 16 Hearing; *provided, that,* the Firm may file any interim or final requests for payment of compensation and reimbursement of expenses relating to the time period beginning on April 7, 2023 through and including August 16, 2023.

**Signed: August 24, 2023.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

---

² A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 Cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-90147-drj |
| Mountain Express Oil Company | Chapter 11 |
| Official Committee Of Unsecured Creditor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 5 |
| Date Rcvd: Aug 24, 2023 | Form ID: pdf002 | Total Noticed: 98 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mountain Express Oil Company, 3650 Mansell Road, Suite 250, Alpharetta, GA 30022-7200 |
| aty | + | Walter Brock, Young Moore and Henderson, P.A., 3101 Glenwood Avenue, 3101 Glenwood Avenue, Raleigh, NC 27612 UNITED STATES 27612-5054 |
| cr | + | 2 Quick Stop Shop LLC, 3808 Woodville Road, Northwood, OH 43619-1844 |
| cr | + | 4Court Holdings LLC, c/o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Suite 200, Memphis, TN 38103-2723 |
| cr | + | 4Court Imaging LLC, c/.o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave Suite 2000, Memphis, TN 38103-2752 |
| cr | + | 4Court Leasing LLC, c/o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Ste. 200, Memphis, TN 38103-2723 |
| cr | + | 4Court Solutions LLC, Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Ste 2000, Memphis, TN 38103-2752 |
| cr | + | 5401 East Lloyd, LLC, 7953 Washington Woods Drive, Dayton, OH 45459-4026 |
| cr | + | AFN ABSPROP001, LLC, c/o Karl D. Burrer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Ad Hoc C-Store Operators, Rachel K. Thompson, Kean Miller, LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832 |
| cr | + | Aftermarket Sales & Consulting, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | American 1 Gas Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Amynta Surety Solutions, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Lindsey M. Johnson, New Orleans, LA 70130-6171 |
| intp | + | BFM Operations, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| intp | + | Brew Oil, LLC, Heidman Law Firm, PLLC, 1128 Historic 4th Street, PO Box 3086, Sioux City, IA 51101 UNITED STATES 51102-3086 |
| cr | + | Broadway Fuel, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| intp | + | Brothers Avondale LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| intp | + | Brothers Lapalco, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | CF Gas Store LLC, 6179 Stratford Drive, Parma Heights, OH 44130-2362 |
| cr | + | Christine Fanous, 6179 Stratford Drive, Parma Heights, OH 44130-2362 |
| intp | + | Christopher R/ Murray, 602 Sawyer St., Suite 400, Houston, Tx 77007-7510 |
| cr | + | City of Mesquite, Grimes & Linebarger, LLP, 120 W. Main Suite 201, Mesquite, TX 75149-4224 |
| cr | + | Claude Enterprises LLC, 14235 Madison Avenue, Lakewood, OH 44107-4527 |
| cr | + | Commack Fuel Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Connect Express, LLC, 99 Kero Road, Carlstadt, NJ 07072-2604 |
| cr | + | Crawford Oil Company, Inc., 801 Meadow Lane, Hayti, MO 63851, UNITED STATES 63851-1224 |
| cr | + | DBW Land Co, LLC, 2108 Island Drive, Monroe, LA 71201-2521 |
| cr | | Erkut Aksoy, 300 Farnsworth Road, Waterville, Oh 43566 |
| cr | + | ExxonMobil Oil Corporation, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| fa | + | FTI Consulting, Inc., 1166 Avenue of the Americas, New York, NY 10036-2708 |
| intp | + | First Horizon Bank, as Administrative Agent, c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Fox Fuels Retail Group, LLC, Lloyd A. Lim, Kean Miller, LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832 |
| cr | + | GSS Holdings LA, LLC and Sukhranjan Multani, Kean Miller LLP, 711 Louisiana St., Suite 1800, South Tower, Houston, TX 77002 UNITED STATES 77002-2832 |
| cr | | Goose Creek Consolidate Independent School Distric, c/o Reid Strickland & Gillette LLP, PO Box 809, Baytown, TX 77522-0809 |
| cr | + | Imperial Capital LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Reliance LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Trading Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | Jouneih 3 LLC, 624 Center Road, Hinkley, Oh 44233-9478 |
| cr | + | Jouneih LLC, 4915 Memphis Avenue, Cleveland, Oh 44144-1943 |
| cr | + | Jouneih 2 LLC, 136 N. Huron Street, Suite 101, c/o Norman A, Abood, Toledo, OH 43604-1139 |
| cr | + | Jouneih 2 LLC, 7411 State Road, Parma, OH 44134-5884 |
| cr | + | Jouneih 3 LLC, c/o Norman A. Abood, 136 N. Huron Street, Suite 101, Toledo, OH 43604-1139 |

District/off: 0541-4 | User: ADIuser | Page 2 of 5
Date Rcvd: Aug 24, 2023 | Form ID: pdf002 | Total Noticed: 98

| | | |
|---|---|---|
| intp | + | Jubilee Alliance, Inc., 112 Wellington Plantation Lane, Little Rock, AR 72211-2160 |
| intp | + | Karma Alliance, Inc., 112 Wellington Plantation Lane, Little Rock, AR 72211-2160 |
| cr | + | Kwick Mart LLC, 1005 Pinnacle Ct, McDonald, PA 15057-1508 |
| cr | + | LJM5903 Properties, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802 UNITED STATES OF AMERICA 70821-4064 |
| intp | + | MEX 1992 ELM, LLC, Herrin Law Firm, PLLC, 12001 N. Central Expressway, Suite 920, Dallas, TX 75243 UNITED STATES 75243-3700 |
| cr | + | Marathon Petroleum Company LP, c/o Ronald E. Gold, Frost Brown Todd LLP, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Mesa Valley Housing Associates, LP, Tiffany & Bosco, PA, c/o Christopher R. Kaup, 2525 E Camelback Rd #700, Phoenix, AZ 85016-9240 |
| cr | + | Monto Food Mart Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | | PA Dept of Revenue, Office of Chief Counsel, 4th and Walnut Streets, 10th Floor, Strawberry Square, PO Box 281061 Harrisburg, PA 17128-1061 |
| cr | + | POC USA Inc., c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | + | Peach Kountry LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | + | Phillips 66 Company, PO Box 421959, Houston, TX 77242-1959 |
| cr | + | Pinky's Bar & Grill, 870 Dallas Hwy Ste C, Douglasville, GA 30134-3771 |
| cr | + | Prime Petro, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Quick Check Mart 2, LLC, 565 Martin Luther King Jr. Drive, Monroe, LA 71203-5373 |
| cr | + | Quick Check Mart, LLC, 565 Martin Luther King Jr. Drive, Monroe, LA 71203-5373 |
| cr | + | Realty Income Corporation, Hemar, Rousso & Heald, c/o J. Alexandra Rhim, 15910 Ventura Blvd., 12th Fl, Encino, CA 91436 UNITED STATES 91436-2802 |
| cr | + | Riverdale Fuel, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | SASS Petroleum LLC, c/o Fellows LaBriola LLP, 233 Peachtree Street NE, Ste. 2400, Atlanta, GA 30303-1509 |
| cr | | SCS Sentry LLC, 3560 Mansell Road Suite 250, Alpharetta, GA 30022 |
| cr | + | Samnosh, LLC, The Gibson Law Group, 15400 Knoll Trail Drive, Suite 205, Dallas, TX 75248, UNITED STATES 75248-3465 |
| cr | | Sehnaz Aksoy, 300 Farnsworth Road, Waterville, OH 43566 |
| cr | + | State of Ohio-Dept of Taxation, Ohio Atty General, 150 E Gay St 21st Floor, Columbus, OH 43215-3191 |
| cr | + | USI Insurance Services LLC, c/o CT Corporation System, 4701 Cox Road, Suite 285, Glen Allen, VA 23060-6808 |
| cr | + | VM Petro, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Vault CS 100 Service LLC, Parkins & Rubio LLP, 700 Milam Street, Suite 1300, Houston, TX 77002-2736 |
| cr | + | Vision Financial Group, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Wayne Richoux, The Caluda Law Firm, 3232 Edenborn Avenue, Metairie, LA 70002, UNITED STATES 70002-4758 |
| cr | + | Zoom One, LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |

TOTAL: 72

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Aug 24 2023 20:09:00 | Bowie Central Appraisal District, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269., Round Rock, TX 78680-1269 |
| cr | + | Email/Text: fileroom@rubin-levin.net | Aug 24 2023 20:09:00 | CAM-PL Cedar Rapids LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | + | Email/Text: fileroom@rubin-levin.net | Aug 24 2023 20:09:00 | CAM-PL Cokeville LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | + | Email/Text: fileroom@rubin-levin.net | Aug 24 2023 20:09:00 | CAM-PL Kansas City LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | + | Email/Text: bankruptcy.legalnotice@cityofmesquite.com | Aug 24 2023 20:09:00 | City of Mesquite, Grimes & Linebarger, LLP, 120 W. Main Suite 201, Mesquite, TX 75149-4224 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Aug 24 2023 20:09:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K Turner, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Aug 24 2023 20:09:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. |

| | | | |
|---|---|---|---|
| District/off: 0541-4 | | User: ADIuser | Page 3 of 5 |
| Date Rcvd: Aug 24, 2023 | | Form ID: pdf002 | Total Noticed: 98 |

| | | | |
|---|---|---|---|
| | | | Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | Aug 24 2023 20:09:00 | Fuel On Emporium LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | Aug 24 2023 20:09:00 | Fuel On St Mary's LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | Email/Text: brnotices@dor.ga.gov | Aug 24 2023 20:09:00 | Georgia Department of Revenue, 1800 Century Boulevard, NE, Atlanta, GA 30345 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 24 2023 20:09:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 24 2023 20:09:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 24 2023 20:09:00 | | Indiana Department of Revenue, Bankruptcy Section, Room N-203, 100 North Senate Avenue, Indianapolis, IN 46204-2217 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Aug 24 2023 20:09:00 | Irving ISD, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 24 2023 20:09:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 24 2023 20:09:00 | Liberty County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | Aug 24 2023 20:09:00 | Maan Corporation, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 24 2023 20:09:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | Aug 24 2023 20:09:00 | NEPA Trading & Investments LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | Aug 24 2023 20:09:00 | NEPA Ventures LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + Email/Text: tammy.jones@oklahomacounty.org | Aug 24 2023 20:09:00 | Oklahoma County Treasurer, c/o Tammy Jones, 320 Ribert S. Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | Aug 24 2023 20:08:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | Aug 24 2023 20:09:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 24 2023 20:09:00 | Texas City ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| intp | + Email/Text: bcd@oag.texas.gov | Aug 24 2023 20:08:00 | Texas Commission on Environmental Quality, c/o Office of Texas Attorney General, Bankruptcy and Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | ^ MEBN | | |

| District/off: 0541-4 | User: ADIuser | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: pdf002 | Total Noticed: 98 |

| | | | Aug 24 2023 19:37:05 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
|---|---|---|---|---|
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Aug 24 2023 20:09:00 | Weslaco ISD and City of Weslaco, c/o Hiram Gutierrez, 2805 Fountain Plaza Blvd., Suite B, Edinburg, Tx 78539-8031 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Chapter 11 Trustee Northup, Janet |
| tr | | Janet Northrup, Chapter 11 Trustee |
| cr | | ADA Coca-Cola Bottling Company |
| cr | | AFN ABSPROP001, LLC |
| cr | | AKSOY LLC, 300 Farnsworth Road, Waterville |
| cr | | ARG E19PCK001, LLC |
| cr | | ARG MESMOAR001, LLC |
| cr | | ARG MEVNAAL001, LLC |
| intp | | Abrar Abid |
| cr | | Ada Coca-Cola Bottling Company |
| cr | | BFM Enterprises, LLC |
| cr | | BRVictory1, LLC |
| cr | | BRVictory2, LLC |
| cr | | Bank of Hope |
| intp | | Biren Patel |
| intp | | Blue Owl Real Estate Capital LLC (f/k/a Oak Street |
| cr | | Brazoria County, et al |
| cr | | CITGO Petroleum Corporation |
| cr | | CPSLOH Cleveland LLC |
| cr | | Cameron County |
| intp | | Chevron Products Company, a division of Chevron U. |
| cr | | City Of McAllen |
| cr | | Cross Oil Refining & Marketing |
| cr | | Dhan Maharjan |
| intp | | Doctor's Associates, LLC |
| cr | | Duckland, LLC |
| cr | | Durgha Properties, LLC |
| cr | | FTF Acquisitions Placeholder, LLC |
| cr | | Ford Motor Credit Company LLC |
| cr | | Fowler Property Investment LP |
| cr | | Giri Subramani |
| cr | | HF Sinclair Refining & Marketing, LLC and Sinclair |
| cr | | Hidalgo County |
| cr | | Hunt Refining Company |
| cr | | ICC MOTOR FUEL I LLC |
| cr | | Joy Ricky, LLC |
| intp | | Jyotsnaben Ritesh Patel |
| intp | | KVS, LLC |
| cr | | KeyBank National Association |
| intp | | Keyur Rasikbhai Patel |
| op | | Kurtzman Carson Consultants LLC |
| cr | | Lance & Nancy Ratto 2007 Revocable Trust |
| cr | | Legacy Acquisitions, LLC |
| cr | | MVI Facility Services, LLC |
| cr | | MVI Field Services, LLC |
| cr | | MVI Fuel Services, LLC |
| op | | McCormick Landry Munoz PLLC |
| cr | | McLane Company, Inc. |
| cr | | Mex 1123 Lake LLC |

| District/off: 0541-4 | User: ADIuser | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: pdf002 | Total Noticed: 98 |

| | | |
|---|---|---|
| cr | Mex Hayti, LLC | |
| intp | Mohammad Sajjad | |
| cr | My Mother Inc. | |
| intp | Nine Shell Gas Stations OK LLC, Dorsey & Whitney, C/o Rachel Stoian | |
| cr | Oak Street Real Estate Capital, LLC | |
| crcm | Official Committee Of Unsecured Creditors | |
| cr | Pepsi-Cola Bottling Co. of McAlester, Inc. | |
| cr | PepsiCo, Inc., PepsiCo Sales, Inc. and Frito-Lay N | |
| cr | Pilot Travel Centers LLC | |
| cr | RVictory1, LLC | |
| cr | RVictory2, LLC | |
| cr | Raj Marathon LLC | |
| cr | Rio Grande City Grulla ISD | |
| intp | Ritesh Bhagwanbhai Patel | |
| cr | Royal Exxon Investment Ltd. Co. | |
| cr | Royal Stores LLC | |
| cr | SHIV KTR LLC | |
| intp | SL Alabama LLC | |
| intp | SL Louisiana LLC | |
| cr | SRK Shreveport, LLC | |
| cr | Schierl Sales Corp. | |
| cr | Spirit SPE Portfolio CA C-Stores, LLC | |
| cr | Spring Branch Independent School District, et al | |
| cr | Starr County | |
| cr | Stephenson Wholesale Co. Inc. dba Indian Nation Wh | |
| cr | Sunoco LLC | |
| cr | Sunoco LP | |
| cr | Sunoco Retail, LLC | |
| cr | Sunoco, Inc. | |
| cr | TWP1 USA LLC | |
| cr | The Esaias Project, Inc. | |
| cr | The Necessity Retail REIT Inc. | |
| cr | Total Image Solutions, LLC | |
| cr | United States Fueling Company LLC | |
| cr | Valero Marketing and Supply Company | |
| cr | Venkat Enterprises | |
| intp | Vijaykumar Patel | |
| intp | Viratkumar Patel | |
| intp | Willkie Farr & Gallagher LLP | |

TOTAL: 88 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2023          Signature:          /s/Gustava Winters