United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CHAPTER 7 |
| MOUNTAIN EXPRESS OIL COMPANY, *et al.*, § | |
| § | CASE NO. 23-90147 (DRJ) |
| DEBTORS.[1] § | |
| § | (Jointly Administered) |

**STIPULATION REGARDING MANAGEMENT OF
UNITED STATES FUELING COMPANY, LLC**   (Docket No. 1415)

This stipulation is made and entered into by and among Janet S. Northrup as the Chapter 7 Trustee (the "Trustee") of the debtors in the above-captioned cases (collectively, the "Debtors") and SASS Petroleum, LLC ("SASS"). The Parties hereby stipulate and agree as follows:

1.  United States Fueling LLC ("USF") owned in equal percentage by SASS and Debtor, B&T Petroleum LLC.

2.  The Operating Agreement for USF provides that the Manger of USF shall be " the person" then serving as President of Mountain Express Oil Company.

3.  A trustee (the "Trustee") has been appointed over all of the Debtors, and is now in control of the estates.

4.  The Trustee has agreed with SASS that pending approval of the sale of the Debtors' interest in USF, that SASS shall be permitted to serve as Manager of USF under the Operating Agreement.

---

[1] A complete list of each of the Debtors in these Chapter 7 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 7 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022

1

2

5.  The Secured Lenders to the Debtors have reviewed and also approved this Stipulation.

6.  The parties hereto agree that this Stipulation shall have immediate effect upon approval by this Court.

**Signed: August 29, 2023.**

                                                   **DAVID R. JONES**
                                                   **UNITED STATES BANKRUPTCY JUDGE**

**AGREED BY:**

| | |
|---|---|
| By: */s/ Joshua W. Wolfshohl* | By: */s/ John P. Melko* |
| **PORTER & HEDGES LLP** | **FOLEY & LARDNER LLP** |
| Joshua W. Wolfshohl (TX Bar No. 24038592) | John P. Melko |
| Megan Young-John (TX Bar No. 24088700) | Texas Bar No. 13919600 |
| 1000 Main St., 36th Floor | jmelko@foley.com |
| Houston, Texas 77002 | Sharon M. Beausoleil |
| Telephone: (713) 226-6000 | Texas Bar No. 24025245 |
| Facsimile: (713) 226-6248 | sbeausoleil@foley.com |
| jwolfshohl@porterhedges.com | 1000 Louisiana Street, Suite 2000 |
| myoung-john@porterhedges.com | Houston, TX 77002 |
| | Telephone: (713) 276-5500 |
| | Facsimile: (713) 276-5555 |
| *Proposed Counsel for the* | |
| *Chapter 7 Trustee, Janet Northrup* | *Attorneys for SASS Petroleum, LLC* |

2

4894-4349-7851.2