United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § **Chapter 7** <br> § **(Previously Chapter 11)** |
| **Mountain Express Oil Company,** *et al.*, | § <br> § **Case No. 23-90147 (DRJ)** |
| Debtors. | § <br> § **Jointly Administered** |

**ORDER GRANTING TRUSTEE'S *EMERGENCY* MOTION FOR AUTHORITY TO MAKE PAYMENTS PURSUANT TO KEY EMPLOYEE RETENTION PLAN**
[Related to Docket No. 1423]

On this day came on to be considered the *Trustee's Emergency Motion for Authority to Make Payments Pursuant to Key Employee Retention Plan* (the "Motion")[1] by Janet Northrup, Chapter 7 Trustee of the jointly administered bankruptcy estates of Mountain Express Oil Company, *et al.* ("Trustee"), debtors in the above-styled jointly administered Chapter 7 cases. The Court having considered the same is of the opinion that it should be in all things granted; it is therefore

**ORDERED** that the Motion is granted as set forth herein. It is further

**ORDERED** that Trustee is authorized to make the remaining 50% of the KERP payments up to the total amount of $180,000 to certain employees which the Trustee employs for the estates up. It is further

**ORDERED** that to the extent applicable, Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure are waived and this Order shall be effective and enforceable immediately upon entry. It is further

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

1

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters, claims, rights or disputes arising from or related to the implementation, interpretation, and enforcement of this Order and any other orders entered in these cases. It is further

**ORDERED** that this Order is without prejudice to, and does not constitute a waiver of, expressly or implicitly, the rights of any party in interest under the Bankruptcy Code or under non-bankruptcy law.

**Signed: August 29, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**