**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et. al.<br><br>Debtor. | Chapter 7<br><br>Case No.23-90147 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Butler Snow LLC hereby enters its appearance as counsel for **Community Coffee, L.L.C.** ("Appearer") in the above referenced bankruptcy case pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that CCC appears in the above-captioned case by its undersigned counsel and hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings given or filed in this case, be served upon it at the following address, telecopy, e-mail and telephone numbers:

> David S. Rubin
> Butler Snow LLP
> 445 N. Blvd. Suite 300,
> Baton Rouge, LA 70821-2997
> Email: david.rubin@butlersnow.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, telephone, e-mail, facsimile, or otherwise, that affect the above-captioned debtors or the debtors' estates.

-2-

PLEASE TAKE FURTHER NOTICE that demand is also made that the above-referenced attorney be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in this case and/or any successor bankruptcy case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of Appearer's (i) right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Appearer is or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  August 28, 2023

Respectfully submitted,

BUTLER SNOW LLP

/s/ David S. Rubin
David S. Rubin (La. 11525)
David.Rubin@butlersnow.com
445 N. Blvd. Suite 300
Baton Rouge, Louisiana 70802
Telephone: (225) 325-8700 | Fax: 225-325-8800

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this document has been served upon the parties who have requested notice through the ECF-PACER system.

/s/ David S. Rubin
David S. Rubin

82057217v1