**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE.: ) | CHAPTER 7 |
| MOUNTAIN EXPRESS OIL ) | |
| COMPANY, *ET AL*. ) | CASE NO.: **23-90147** |
| ) | (Jointly Administered) |
| DEBTORS. ) | |
| ) | |
| _____/ | _____/ |

**ENTRY OF APPEARANCE OF NORMAN A. ABOOD, ESQ. AS COUNSEL FOR BROADWAY EXPRESS LLC AND ARAFAT ALHYANI**

Now comes Norman A. Abood, Esq., and hereby gives his Entry of Appearance for the Business Operators Broadway Express LLC and Arafat Alhyani. Please send any and all communications to:

> The Law Office of Norman A. Abood
> Norman A. Abood, Esq.
> 136 N. Huron Street, Suite 101
> Toledo, Ohio 43604
> Telephone: 419-724-3700
> Facsimile: 419-724-3701
> Email: norman@nabood.com

Dated: August 28, 2023

Respectfully Submitted,
/s/ Norman A. Abood
Norman A. Abood (OH. Sup. Ct. #0029004)
101 Broadcast Building
136 N. Huron St.
Toledo, OH 43604
Phone: 419-724-3700
Fax:    419-724-3701
E-Mail:Norman@nabood.com
Admitted *Pro Hac Vice* Pending
Attorney for Broadway Express LLC and Arafat Alhyani

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2023, this document was electronically filed with the Court which ECF filing should then cause electronic mail notice of this document pursuant to the electronic filing procedures in this District and is further sent by electronic mail this 28th day of August 2023 to **Pachulski Stang Ziehl & Jones LLP.** Attn: Jeffrey Pomerantz at his email address of JPomerantz@pszjlaw, and Ben Wallen at his email address of bwallen@pszjlaw.com, and to

United States Trustee for the Southern District of Texas
515 Rusk St., Suite 3516
Houston, TX 77002
Attn: Jason B. Ruff
email:Jayson.b.ruff@usdoj.gov

                                                /s/ Norman A. Abood
                                                  Norman A. Abood