United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 29, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90147 (DRJ) |
|---|---|---|---|
| Debtor | In Re: MOUNTAIN EXPRESS OIL COMPANY et al. | | |

This lawyer, who is admitted to the State Bar of _____Colorado_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Joseph T. Bernstein<br>Merrick Shaner & Bernstein, LLC<br>4600 South Syracuse Street, FL 9<br>Denver, Colorado 80237<br>(303) 831-9400<br>Colorado 37753 |

Seeks to appear as the attorney for this party:

| SL Louisiana LLC | |
|---|---|
| Dated: 8/22/23 | Signed: /s/ Joseph T. Bernstein |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
| Dated: | Signed: _____<br>Deputy Clerk |

Order   (Docket No. 1354)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

**Signed:  August 29, 2023**

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE