## EXHIBIT A

**Wolfshohl Declaration**

14142075

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § **(Previously Chapter 11)** |
| **MOUNTAIN EXPRESS OIL COMPANY,** | § |
| *et al.* | § **Case No. 23-90147 (DRJ)** |
| | § |
| **Debtors.** | § **(Jointly Administered)** |
| | § |

**DECLARATION OF JOSHUA W. WOLFSHOHL IN SUPPORT OF APPLICATION**
**FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF PORTER HEDGES LLP AS SPECIAL COUNSEL**
**FOR JANET S. NORTHRUP, IN HER CAPCITY AS CHAPTER 11 TRUSTEE**

I, Joshua W. Wolfshohl, declare as follows:

1.      I am a partner in the law firm of Porter Hedges LLP ("PH"). I am admitted in, practicing in, and a member in good standing of the state bar of Texas.

2.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by other PH professionals or paraprofessionals, or learned from my review of relevant documents.  To the extent any information disclosed herein requires amendment or modification as additional party in interest information becomes available to PH, a supplemental declaration will be submitted to this Court reflecting such amended or modified information.

3.      I submit this Declaration in support of the *Application for Entry of an Order Authorizing the Retention and Employment of Porter Hedges LLP as Special Counsel for Janet S. Northrup, in Her Capacity as Chapter 11 Trustee* (the "Application"),[1] as required by Bankruptcy

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

14142093

Code sections 327(e) and 329, Bankruptcy Rules 2014(a) and 2016(b), Bankruptcy Local Rules 2014-1(a) and 2016-1, and the U.S. Trustee Guidelines.

## QUALIFICATION OF PROFESSIONALS

4.      On August 17, 2023, the Trustee retained PH to represent her in connection with the sale and wind down of the Debtors, for assistance in general corporate matters with respect to the Debtors, and other matters as the Trustee requests.  PH is familiar with the Debtors' business affairs and became aware of many of the potential legal issues that might arise in the context of the Chapter 11 Cases prior to their conversion.

5.      The Trustee selected PH as her special counsel based upon, among other things, PH's recognized expertise in the field of business reorganizations, restructurings, asset sales, and liquidations. PH possesses extensive experience and knowledge practicing before bankruptcy courts in, amongst other things, large and complex chapter 11 cases and in chapter 11 and chapter 7 trustee representation, including many cases before this Court.

6.      Due to PH's experience and knowledge in the field of business reorganizations, sales and liquidations under chapter 11 of the Bankruptcy Code, I believe that PH is well qualified to act on the Trustee's behalf on the matters within the scope of its retention.  The retention of PH, contributed greatly to the efficient administration of the estates during the Chapter 11 Cases, thereby minimizing expense to the estates and facilitating the progress of the Chapter 11 Cases prior to conversion.  Accordingly, subject to this Court's approval of the Application, PH agreed to perform the services requested by the Trustee as set forth herein.

## SERVICES TO BE PROVIDED

7.      It is my understanding that the Trustee believes the employment of PH as special counsel is necessary and that the services to be rendered by PH within its assigned areas of responsibility will include, but are not limited to, assisting the Trustee with the sale process for the

2

Debtors' assets, the wind down of the Debtors' businesses, general corporate matters, and other matters as the Trustee requests.

8.　　PH monitored carefully the efforts of all other professionals the Trustee retained in the Chapter 11 Cases and coordinated with such professionals to clearly delineate their respective duties in order to prevent duplication of effort, whenever possible.

## **NO ADVSERSE INTEREST**

9.　　PH and certain of its partners, counsel, and associates may have in the past represented, may currently represent, and likely in the future will represent parties in interest in the Chapter 11 Cases.  Except as set forth below, all such representations have been in matters unrelated to the Chapter 11 Cases.  PH has searched its electronic database for its connections to the entities listed on **Appendix 1** hereto (the "Potential Parties-in-Interest").[2]  The information listed on **Appendix 1** may change during the pendency of the Chapter 11 Cases.  PH will update this Declaration, as described below, when PH becomes aware of new material information.

10.　　PH entered the names of the Potential Parties-in-Interest into a computer database containing the names of all clients and conflict information concerning such clients of PH.  This inquiry revealed that certain of the Potential Parties-in-Interest are current, or were former, PH clients.  Attached as **Appendix 2** to this Declaration is a list of Potential Parties-in-Interest that are current or former clients of PH.  PH's investigation and research of the Potential Parties-in-Interest has not been able to eliminate the possibility that Potential Parties-in-Interest other than those listed on **Appendix 2** may be current or former clients of PH because: (a) the names of the Potential Parties-in-Interest are similar to, but not identical to, current or former PH clients; or (b) the names of the Potential Parties-in-Interest are common names that appeared on our conflict search results,

---

[2]  The names of the entities on the list of Potential Parties-in-Interest were provided by the Trustee to PH for purposes of a conflict check only and should not be relied upon by any party as a list of creditors or for any other purpose.

but do not appear to be the same individuals or entities that are parties in interest herein.  Through the information generated from this computer inquiry, and through follow-up inquiries with PH attorneys as necessary, it was determined that, except as may be described below, the representation of the Potential Parties-in-Interest disclosed on **Appendix 2** hereto concerned matters in which such clients were not adverse to the Trustee or the Debtors' estates.

11.     None of the parties listed on **Appendix 2** represented more than 1% of PH's total client billings for the period from July 31, 2022 through July 31, 2023.

12.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither PH, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Trustee, the Debtors, their creditors, or any other parties in interest, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as disclosed or otherwise described herein.

13.     PH will periodically review its files during the pendency of these Bankruptcy Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, PH will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).  In that regard, PH intends to disclose clients in the capacity that they first appear in a conflicts search.  For example, if a client has already been disclosed in this Declaration in one capacity (*i.e.*, as a bank), and the client appears in a subsequent conflicts search in a different capacity (*i.e.*, as a lessor), then PH does not intend to disclose the same client again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

14.     As of the Petition Date, I am not aware of any PH attorneys that own any equity securities issued by the Debtors or any note or other debt instrument issued by the Debtors.

15.     Except as set forth herein, and based upon the information available to me, neither I, PH, nor any partner or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Trustee or the Debtors' estates in the matters upon which PH is to be employed in the Chapter 11 Cases.  PH has no connection to the Debtors, their creditors, or their related parties except as may be disclosed in this Declaration (as supplemented from time to time).  The proposed engagement of PH is not prohibited by or improper under Bankruptcy Rule 5002(a).

## SPECIFIC DISCLOSURES

16.     As specifically set forth below and in the attached appendices, PH represents or has represented certain of the Debtors' creditors, or other Potential Parties-in-Interest in matters unrelated to the Debtors (except as set forth below), or the Chapter 11 Cases.  Moreover, pursuant to Bankruptcy Code Section 327(e), PH is not disqualified from acting as the Trustee's special counsel merely because it represents or has represented the Debtors' creditors, equity sponsors, professionals or other Potential Parties-in-Interest in matters unrelated to the Debtors, or the Chapter 11 Cases. I do not believe that PH's current and prior representations described herein constitute interests adverse to the Debtors or their estates with respect to the matter on which PH is to be employed.

## A.     Relationships with Creditors

17.     PH currently represents, or has represented, entities or affiliates of entities that may have direct or indirect claims or interests against one or more of the Debtors that are listed on the attached **Appendix 2**.  Except as specifically set forth below, PH's ongoing representation of the Appendix 2 entities do not involve or relate to the Debtors or these cases.  The determination of

5

whether a client is a "former client" is based on the date of the last activity in the Firm's billing software system being five (5) or more years prior to the Petition Date herein, or the engagement of that client having been concluded or terminated.  The designation of a former client may not foreclose a continuing attorney-client privilege.

18.      John F. Higgins, a partner of PH, serves as local counsel for Blue Owl Real Estate Capital LLC f/k/a Oak Street Real Estate Capital LLC ("Blue Owl"), one of the Debtors' landlords in the Bankruptcy Cases.  An ethical wall has been set up between Mr. Higgins and the attorneys representing the Trustee, such that no individual assigned to the Trustee's file has access to information or documents with respect to Blue Owl and vice versa.  No discussions of the cases will occur in the presence of screened attorneys.  PH will not represent the Trustee in any matters directly adverse to Blue Owl by or on behalf of the Trustee and/or the Debtors' bankruptcy estates.  If it becomes necessary or appropriate to take a position adverse to Blue Owl, such claim shall be pursued by separate counsel.

19.      In addition, PH represented First Horizon Bank, f/k/a IberiaBank, a division of First Horizon Bank (the "First Horizon" or the "DIP Agent"), in a prepetition loan transaction between Mountain Express Oil Company ("MEX"), other Debtors as guarantors, certain prepetition lenders, and First Horizon as administrative agent.  Pursuant to the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507, Bankruptcy Rules 2002, 4001, 6004, and 9014, and local rule 4001-1 (I) Authorizing the Debtors to Use Cash Collateral and Obtain Post-Petition Financing, (II) Granting Liens and Providing Super-Priority Administrative Expense Status, (III) Granting Adequate Protection, and (IV) Granting Related Relief* [Dkt. No. 332] (the "Final DIP

Order")"), all Prepetition Obligations[3] were rolled up into the DIP Loans.  *See* Final DIP Order, ¶ ii. PH has had no involvement in these Chapter 11 Cases on behalf of the DIP Agent or any DIP Lender.  PH continues to represent First Horizon in other matters wholly unrelated to these Bankruptcy Cases.  Pursuant to a conflicts waiver between PH and First Horizon, PH will not represent the Trustee in the assertion of any affirmative claims against First Horizon by or on behalf of the Trustee and/or the Debtors' bankruptcy estates.  This includes actions to determine the extent, validity or enforceability of claims or liens, or avoidance actions under the Bankruptcy Code.  If it becomes necessary or appropriate to assert any such affirmative claim against First Horizon, such claim shall be pursued by separate counsel.

20.     Lastly, PH currently represents JF Petroleum Group, JF Acquisitions, and 2155 Buford Dam LLC, which may be potential creditors of the Debtors.

21.     In light of the First Horizon conflicts waiver and the precautions with respect to Blue Owl, I do not believe that PH's past or current representation of these creditors in the matters specifically disclosed herein, in matters unrelated to the Debtors, or the Chapter 11 Cases qualify as interests or representations adverse to the Debtors or their estates with respect to the matters on which PH is to be employed.

## PH'S RATES AND BILLING PRACTICES

24.     PH intends to charge the Trustee for services rendered in the Chapter 11 Cases at PH's normal hourly rates in effect at the time the services are provided. PH operates in a complicated, national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, reputation, the nature of the work involved, and other factors. Because the sub-

---

[3] Capitalized words used but not otherwise defined in this paragraph have the meaning ascribed to them in the Final DIP Order.

markets for legal services are fragmented and are affected by a variety of individualized and interdependent factors, PH does not have one rate that applies to an individual biller for all matters for all clients. PH's rates for an individual biller may vary as a function of the type of matter, geographic factors, the nature of certain long-term client relationships, and various other factors.

25.     PH's hourly rates are set at a level designed to compensate PH fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions (which adjustments will be reflected in the first PH fee application following such adjustments) and are consistent with the rates charged elsewhere. In particular, PH hourly rates for matters related to the Chapter 11 Cases range as follows:

| Category of Service Provider | Low/High |
|---|---|
| Partners | $500/$1,000 |
| Of Counsel | $475/$900 |
| Associates/Staff Attorneys | $395/$775 |
| Paralegals | $300/$445 |

26.     Additionally, it is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case, subject to any modification to such policies that PH may be required to make to comply with the applicable general orders of this Court and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (collectively, the "Fee Guidelines"), sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any further order of the Court. These charges and disbursements include (without limitation) costs for photocopying, electronic data management services, including scanning and document imaging, travel, travel-related expenses,

business meals, computerized research, messengers, couriers, postage, witness fees, and other fees related to trials and hearings. PH professionals may also charge overtime meals and overtime transportation to the Trustee consistent with prepetition practices. The Firm will charge the Trustee for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is fairer to charge these expenses to the clients incurring them rather than to increase the hourly rates and spread the expenses among all clients.

27.     The Application requests approval of the retention of PH on rates, terms, and conditions consistent with what PH charges bankruptcy clients. Subject to these terms and conditions, PH will file a final fee application with the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in the Chapter 11 Cases in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any orders entered in the Chapter 11 Cases governing professional compensation and reimbursement for services rendered and charges and disbursements incurred. Such applications will constitute a request for interim payment against PH's reasonable fees and expenses to be determined at the conclusion of the Chapter 11 Cases.

28.     Other than the periodic adjustments described above, PH's hourly rates and financial terms of the prepetition engagement are consistent with the hourly rates and financial terms of the engagement proposed herein. These hourly rates are consistent with the rates that PH charges other comparable chapter 11 clients, regardless of the jurisdiction in which the chapter 11 case is filed. PH and the Trustee have not agreed to any variations from, or alternatives to, PH's standard billing arrangements for this engagement.

29.     PH intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with the Chapter 11 Cases,

subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and any other applicable procedures and orders of the Court.

30.     All billing records filed in support of fee applications will use an open and searchable LEDES or other electronic data format. Billing records will use the U.S. Trustee's standard project categories. All billings will be recorded in increments of 0.1 of an hour.

31.     The Trustee has reviewed and approved PH's standard rate structure as set forth herein and determined that it is appropriate and is not significantly different from (a) the rates that PH charges for other bankruptcy representations or (b) the rates of other comparably skilled professionals.  PH and the Trustee have not agreed to any variations from, or alternatives to, PH's standard billing arrangements for this engagement.

32.     No promises have been received by PH, or any partner, counsel, or associate thereof, as to payment or compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules. Except for sharing arrangements among PH, its affiliated law practice entities, and their respective members, in accordance with section 329 of the Bankruptcy Code and Bankruptcy Rule 2016(b), PH has not entered into any agreements, express or implied, with any other party in interest, including the Trustee, the Debtors, any creditor, or any attorney for such party in interest in the Chapter 11 Cases for (a) the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) payment of such compensation from the assets of the estates in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) payment of

14142093

compensation in connection with the Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

33.     The foregoing constitutes the statement of PH pursuant to Bankruptcy Code Sections 327(e) and 330, Bankruptcy Rules 2014(a) and 2016(b), and Bankruptcy Local Rules 2014-1 and 2016-1.

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2023
       Houston, Texas

                                        */s/ Joshua W. Wolfshohl*
                                        Joshua W. Wolfshohl

14142093

# APPENDIX 1

## Potential Parties in Interest

**Potential Parties in Interest**

| Category | Name | Date Added |
|---|---|---|
| Debtor & Non-Debtor Affiliates | 1200 Wego LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 1227 Veterans, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 1308 Jefferson Davis LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 13289 Old Hammond Highway LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 1600 Manhattan Blvd, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 2601 Gen. Degaulle LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 2698 Barataria Blvd LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 2701 Canal Street LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 2850 Belle Chasse Hwy LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 300 Lee Drive LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 3049 Loyola Drive L.L.C. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 4 Court Solutions | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 4115 Airline Hwy, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 4408 S. I-10 Service Road LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 4520 Jefferson Highway LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 4662 GDD LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 4915 Westbank Expwy LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 4940 Groom Road, L.L.C. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 5310 Flannery Road, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 798 Jean Lafitte, L.L.C. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 8692 River Road, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | 9410 Greenwell Springs, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Adelphi Transport, LLC | 8/22/2023 |

| Category | Name | Date Added |
|----------|------|------------|
| Debtor & Non-Debtor Affiliates | Alabama Terminal Property, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Avondale Brothers No 128 LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Avondale Investments, L.L.C. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | B&T Petroleum LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Brothers Belle Chasse, L.L.C. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Brothers Carol Sue, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Brothers Expressway, Inc. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Brothers I-10 Service Road, Inc. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Brothers Petroleum, L.L.C. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Brothers Stonebridge, Inc. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Brothers Terry Parkway, Inc. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Consolidated HR Services LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Crowder Brothers, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Exxon General Degaulle, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Gause Operation, L.L.C. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Jamie Boulevard, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Lapalco Brothers No. 125, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Madison Auto Truck Plaza and Lucky Dollar Casino, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-IL LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-IN LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-KY LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-NJ LLC | 8/22/2023 |

| Category | Name | Date Added |
|---|---|---|
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-NY LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-OH LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels NW LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels NW-IA LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels NW-MO LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels SE LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels SE-GA LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels SE-MS LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels SE-TN LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels SW LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels SW-LA LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX Fuels SW-OK LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX North Alabama, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE Holdings LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NE LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-IN LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-NJ LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-NY LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-NY-LI LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-OH LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-PA LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NW LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NW-IA | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NW-KS LLC | 8/22/2023 |

| Category | Name | Date Added |
|---|---|---|
| Debtor & Non-Debtor Affiliates | MEX RE-NW-MN | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NW-MO | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NW-ND LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-NW-WI LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-SE LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-SE-AL LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-SE-FL-LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-SE-GA LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-SE-MS LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-SE-NC LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-SW LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-SW-AR LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-SW-LA LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-SW-OK LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX RE-SW-TX LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX-RE-SE-SC-LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | MEX-RE-SE-TN LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Mississippi MEX Company, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Mountain Express Baking and Coffee Co. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Mountain Express Ethanol Company | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Mountain Express Oil Company | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Mountain Express Oil Company Southeast, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Newton Brothers, Inc. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | South Claiborne Operation LLC | 8/22/2023 |

| Category | Name | Date Added |
|---|---|---|
| Debtor & Non-Debtor Affiliates | Spartan Tank Management LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Star Mountain Express, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Texas MEX Limited Company, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | Webster P II L.L.C. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WebsterP L.L.C. | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | West Hill Ranch Group LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | West Hill Ranch Investors, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG Retail Ops LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-NE LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-NE-PA LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-NW LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-NW-IA LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-NW-KS LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-NW-MO LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-NW-ND LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-NW-WY LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-SE LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-SE-AL LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-SE-SC LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-SW LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-SW LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-SW-AR LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG TC-SW-LA LLC | 8/22/2023 |

| Category | Name | Date Added |
|---|---|---|
| Debtor & Non-Debtor Affiliates | WHRG-LA, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRG-LA2, LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NE LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NE-NY LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NE-NY-LI LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NE-PA LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-IA LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-IA-WIA LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-MI LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-MO LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-MO-NMO LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-WI LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-WI-NWI LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SE LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SE-AL-NORTH LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SE-SC LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SE-TN LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SE-TN-WTN LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-AR LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-AR-NWAR LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-OK LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-OK-OKC LLC | 8/22/2023 |

| Category | Name | Date Added |
|---|---|---|
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-TX LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-TX-DALLAS LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-TX-STX LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGROPS NW-KS LCC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGROPS SE-MS LLC | 8/22/2023 |
| Debtor & Non-Debtor Affiliates | WHRGROPS SE-MS-JACKSON LLC | 8/22/2023 |
| Directors & Officers | Craig Barbarosh | 8/22/2023 |
| Directors & Officers | Lamar Frady | 8/22/2023 |
| Directors & Officers | Lawrence Perkins | 8/22/2023 |
| Directors & Officers | Turjo Wadud | 8/22/2023 |
| Interested Party | GPM Investments, LLC | 8/22/2023 |
| Interested Party | Lalani Petroleum LLC | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Chief Judge Eduardo V. Rodriguez | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Judge Christopher M. Lopez | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Judge David R. Jones | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Judge Jeffrey P. Norman | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Judge Marvin Isgur | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Alethea Caluza | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Alicia Barcomb | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Brian Henault | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Christopher R. Travis | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Christy Simmons | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Clarissa Waxton | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Glenn Otto | 8/22/2023 |

| Category | Name | Date Added |
| --- | --- | --- |
| Judges & Office of US Trustee S.D. Tex. | Gwen Smith | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Ha Nguyen | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Hector Duran | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Ivette Gerhard | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Jana Whitworth | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Jayson B. Ruff | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Linda Motton | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Luci Johnson-Davis | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Millie Aponte Sall | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Samantha Chilton | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Stephen Statham | 8/22/2023 |
| Judges & Office of US Trustee S.D. Tex. | Yasmine Rivera | 8/22/2023 |
| Lender | Bank of Hope | 8/22/2023 |
| Lender | Blue Owl Real Estate Capital, LLC f/k/a Oak Street Real Estate Capital, LLC | 8/22/2023 |
| Lender | Cadence Bank, N.A. | 8/22/2023 |
| Lender | Cadence Bank, N.A. | 8/22/2023 |
| Lender | First Horizon Bank | 8/22/2023 |
| Lender | Hancock Whitney Bank | 8/22/2023 |
| Lender | IBERIABANK, a division of First Horizon Bank | 8/22/2023 |
| Lender | Oak Street | 8/22/2023 |
| Lender | Pinnacle Bank | 8/22/2023 |
| Lender | South State Bank | 8/22/2023 |
| Lender | Synovus Bank | 8/22/2023 |
| Lender | United Community Bank | 8/22/2023 |

| Category | Name | Date Added |
|---|---|---|
| Litigation | Aaron Palmer | 8/22/2023 |
| Litigation | AFN ABSPROP001 LLC c/o BYBEE & TIBBALS, LLC | 8/22/2023 |
| Litigation | AFN ABSPROP001 LLC c/o Daniel Coker Horton & Bell, P.A. | 8/22/2023 |
| Litigation | AFN ABSPROP001 LLC c/o GREENBERG TRAURIG, LLP | 8/22/2023 |
| Litigation | AFN ABSPROP001 LLC c/o Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C | 8/22/2023 |
| Litigation | Anderson O'Neal, LLC | 8/22/2023 |
| Litigation | Aron Palmer | 8/22/2023 |
| Litigation | Azhar M. Chaudhary | 8/22/2023 |
| Litigation | Douglas E. Berger | 8/22/2023 |
| Litigation | Freeman Mathis & Gary LLP | 8/22/2023 |
| Litigation | Freeway Stores OK LLC c/o McAfee & Taft | 8/22/2023 |
| Litigation | Gary Freed | 8/22/2023 |
| Litigation | Hegel Laurent, Esq. | 8/22/2023 |
| Litigation | Joseph V. Dirosa, Jr. | 8/22/2023 |
| Litigation | Joshua S. Berger | 8/22/2023 |
| Litigation | Law Offices of James Scott Farrin | 8/22/2023 |
| Litigation | Richard A. Tonry, II | 8/22/2023 |
| Ordinary Course Professional | Accel IP Law, PLLC | 8/22/2023 |
| Ordinary Course Professional | Allison U. Rovira, Attorney at Law | 8/22/2023 |
| Ordinary Course Professional | Bondurant Mixson & Elmore LLP | 8/22/2023 |
| Ordinary Course Professional | Burkhalter Law | 8/22/2023 |
| Ordinary Course Professional | Canero Lammers Fadul Acevedo, PLLC | 8/22/2023 |
| Ordinary Course Professional | Clifton, Larson, Allen, LLP | 8/22/2023 |
| Ordinary Course Professional | Confiance Business Solutions, Inc | 8/22/2023 |

| Category | Name | Date Added |
|---|---|---|
| Ordinary Course Professional | Crowley Fleck | 8/22/2023 |
| Ordinary Course Professional | David M. DeClement, Esq., Attorney at Law | 8/22/2023 |
| Ordinary Course Professional | GableGotwals | 8/22/2023 |
| Ordinary Course Professional | HooverSlovacek LLP | 8/22/2023 |
| Ordinary Course Professional | James T. Johnston, Jr., LLC | 8/22/2023 |
| Ordinary Course Professional | Leonard L. Levenson & Associates | 8/22/2023 |
| Ordinary Course Professional | McCormick | Landry Munoz, PLLC | 8/22/2023 |
| Ordinary Course Professional | Nichols, Cauley & Associates, LLC | 8/22/2023 |
| Ordinary Course Professional | Parker Poe Adams & Bernstein, LLP | 8/22/2023 |
| Ordinary Course Professional | Robison, Curphey & O'Connell | 8/22/2023 |
| Ordinary Course Professional | Speedy Inventory, LLC | 8/22/2023 |
| Ordinary Course Professional | Wimberley, Lawson, Steckel, Schneider | 8/22/2023 |
| Ordinary Course Professional | Young Moore and Henderson, P.A. | 8/22/2023 |
| Professionals | BDO USA LLP | 8/22/2023 |
| Professionals | Allen & Overy | 8/22/2023 |
| Professionals | Alvarez and Marsal | 8/22/2023 |
| Professionals | Grant Thornton | 8/22/2023 |
| Professionals | Greenberg Traurig | 8/22/2023 |
| Professionals | Kirkland & Ellis LLP | 8/22/2023 |
| Professionals | Pachulski Stang Ziehl & Jones LLP | 8/22/2023 |
| Professionals | Raymond James & Associates, Inc. | 8/22/2023 |
| Secured Parties | BancorpSouth Bank | 8/22/2023 |
| Secured Parties | BB&T Commercial Equipment Capital | 8/22/2023 |
| Secured Parties | Cary Oil Co., Inc. | 8/22/2023 |

| Category | Name | Date Added |
|---|---|---|
| Secured Parties | CT Corporation System, Representative | 8/22/2023 |
| Secured Parties | ExxonMobil Corp. | 8/22/2023 |
| Secured Parties | First Commonwealth Equipment Finance | 8/22/2023 |
| Secured Parties | Hancock Whitney Bank | 8/22/2023 |
| Secured Parties | IberiaBank, as Administrative Agent | 8/22/2023 |
| Secured Parties | Navitas Credit Corp. | 8/22/2023 |
| Secured Parties | NEPA Trading & Investments, LLC | 8/22/2023 |
| Secured Parties | Sinclair Oil LLC | 8/22/2023 |
| Secured Parties | Sumitomo Mitsui Finance and Leasing Co., Ltd. | 8/22/2023 |
| Secured Parties | TCF National Bank | 8/22/2023 |
| Secured Parties | United Community Bank | 8/22/2023 |
| Senior Management | Dustin Martin | 8/22/2023 |
| Senior Management | Dennis Kirk | 8/22/2023 |
| Senior Management | Brandon Frampton | 8/22/2023 |
| Senior Management | Douglas Blankenship | 8/22/2023 |
| Senior Management | Neil Lansing | 8/22/2023 |
| Senior Management | Daniel Turcot | 8/22/2023 |
| Senior Management | Audra Stevens | 8/22/2023 |
| Senior Management | Raven Cain | 8/22/2023 |
| Top Unsecured Creditor | Andrews Distributing Company | 8/22/2023 |
| Top Unsecured Creditor | Anthem Blue Cross Blue Shield | 8/22/2023 |
| Top Unsecured Creditor | ARG 1 CBHGNJ001, LLC et al | 8/22/2023 |
| Top Unsecured Creditor | CBE, Inc | 8/22/2023 |
| Top Unsecured Creditor | Chevron | 8/22/2023 |

| Category | Name | Date Added |
|---|---|---|
| Top Unsecured Creditor | Coca-Cola Bottling Co. | 8/22/2023 |
| Top Unsecured Creditor | Core-Mark AR | 8/22/2023 |
| Top Unsecured Creditor | Crescent Crown Distributing | 8/22/2023 |
| Top Unsecured Creditor | Cross Oil Refining & Marketing | 8/22/2023 |
| Top Unsecured Creditor | DAS Distributors TC | 8/22/2023 |
| Top Unsecured Creditor | ENTERGY | 8/22/2023 |
| Top Unsecured Creditor | Exxon Mobil | 8/22/2023 |
| Top Unsecured Creditor | Federated Insurance | 8/22/2023 |
| Top Unsecured Creditor | Flying J-Saratoga-Pilot | 8/22/2023 |
| Top Unsecured Creditor | Frito-Lay All | 8/22/2023 |
| Top Unsecured Creditor | Golden Gallons, LLC | 8/22/2023 |
| Top Unsecured Creditor | Hunt Refining Company | 8/22/2023 |
| Top Unsecured Creditor | Imperial Trading Company | 8/22/2023 |
| Top Unsecured Creditor | JF Acquisition LLC | 8/22/2023 |
| Top Unsecured Creditor | KeyBank Real Estate Capital | 8/22/2023 |
| Top Unsecured Creditor | Marathon Petroleum | 8/22/2023 |
| Top Unsecured Creditor | Pepsi Beverages | 8/22/2023 |
| Top Unsecured Creditor | Shell | 8/22/2023 |
| Top Unsecured Creditor | Sinclair Distributor Services | 8/22/2023 |
| Top Unsecured Creditor | Southern Eagle Sales & Service, LP | 8/22/2023 |
| Top Unsecured Creditor | Southern  Glazer'S Wine AND Spirits-LA | 8/22/2023 |
| Top Unsecured Creditor | Sunoco | 8/22/2023 |
| Top Unsecured Creditor | TBHC Deliveries, LLC | 8/22/2023 |
| Top Unsecured Creditor | Total Image Solutions, LLC | 8/22/2023 |

| Category | Name | Date Added |
|---|---|---|
| Top Unsecured Creditor | Valero | 8/22/2023 |
| Top Unsecured Creditor | VM Petro Inc | 8/22/2023 |

## **APPENDIX 2**

**Current or Former Clients**

**Current[1] or Former Clients**

| Matched Entity | Category with Respect to Party in Interest[2] | Relationship to Party |
|---|---|---|
| First Horizon Bank | Lender | Current Client |
| Blue Owl Real Estate Capital, LLC f/k/a Oak Street Real Estate Capital, LLC | Landlord | Current Client |
| FTI Consulting, Inc. | Professional | Current Client |
| JF Petroleum Group | Creditor | Current Client |
| JF Acquisitions | Creditor | Current Client |
| 2155 Buford Dam LLC | Creditor | Current Client |

---

[1] Except as specifically disclosed in the Wolfshohl Declaration, PH does not represent the Current Clients or Former Clients in any matters that are connected to the Chapter 11 Cases or adverse to the Debtors' estates.

[2] These categories are for purposes of a conflict check only.  They should not be relied upon by any party as a list of creditors or for any other purpose.