IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: MOUNTAIN EXPRESS OIL CO. | § | CASE NO. 23-90147 |
| Debtor. | § | CHAPTER 7 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Nathaniel Peter Holzer, as counsel for a party-in-interest in the above-captioned and numbered case, who requests notice of all matters "noticed" and copies of all pleadings in these proceedings pursuant to the provisions of Rules 2002, 3017(a) and 9010(b) of the Rules of Bankruptcy Procedure.

**Receipt of any document, filing, order, or papers pursuant to this notice is not acceptance of service of process on behalf of any person (as defined in 11 U.S.C. § 101) or entity, nor a representation that service of process will be accepted on behalf of any person, including the above-referenced party.**

Notices should be mailed or sent to:

> Nathaniel Peter Holzer
> 1734 Santa Fe
> Corpus Christi, TX 78404
> Telephone: 361.563.6175
> pete@npholzerlaw.com

> Respectfully submitted,
>
> */s/ Nathaniel Peter Holzer*
> Nathaniel Peter Holzer
> Texas Bar No. 00793971
> 1734 Santa Fe
> Corpus Christi, TX 78404
> Telephone: 361.563.6175
> pete@npholzerlaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served to all ecf subscribers on September 7, 2023.

> */s/ Nathaniel Peter Holzer*
> Nathaniel Peter Holzer