**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 23-90147 |
| | (Jointly Administered) |
| **MOUNTAIN EXPRESS OIL COMPANY, _et al._,** | |
| | Chapter 7 |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**SKARIN PROPERTIES, LLC**

creditor in the above-referenced proceedings.  The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the creditor in care of the undersigned at the address set forth below.

Craig G. Margulies, Esq.
Anna Landa, Esq.
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, CA 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777
Email: Craig@MarguliesFaithLaw.com
Email: Anna@MarguliesFaithLaw.com

Dated at Encino, California, this 8th day of September 2023.

Respectfully Submitted,

**MARGULIES FAITH, LLP**

By: */s/ Craig G. Margulies*
     Craig G. Margulies (CA SBN 185925)
     Anna Landa (CA SBN 276607)
     **MARGULIES FAITH LLP**
     16030 Ventura Blvd., Suite 470
     Encino, California 91436
     Telephone: (818) 705-2777
     Facsimile:   (818) 705-3777
     Email: Craig@MarguliesFaithLaw.com
     Email: Anna@MarguliesFaithLaw.com
     Attorneys for SKARIN PROPERTIES, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail and/or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Craig G. Margulies*
Craig G. Margulies