| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Mountain Express Oil Company <br> Name | EIN: | 58–2250873 |
| United States Bankruptcy Court | Southern District of Texas | Date case filed in chapter: | 11   3/18/23 |
| Case number: | 23–90147 | Date case converted to chapter: | 7   8/24/23 |

Official Form 309C (For Corporations or Partnerships)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Mountain Express Oil Company | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3650 Mansell Road <br> Suite 250 <br> Alpharetta, GA 30022 | |
| 4. | **Debtor's attorney** <br> Name and address | Michael D Warner <br> Pachulski Stang Ziehl & Jones LLP <br> 440 Louisiana Street <br> Suite 900 <br> Houston, TX 77002 | Contact phone 713–691–9385 <br><br> Email: mwarner@pszjlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Janet S. Northrup <br> 1201 Louisiana Street <br> 28th Floor <br> Houston, TX 77001 | Contact phone _____ <br><br> Email: None |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court <br> PO Box 61010 <br> Houston, TX 77208 | Hours open: <br> 8:00 am – 5:00 pm Monday through Friday <br><br> Contact phone (713) 250–5500 <br><br> Date: 9/8/23 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 12, 2023 at 11:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Telephone Conference, Call 866–713–4142, passcode 7384761** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)     **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-90147-drj |
| Mountain Express Oil Company | Chapter 7 |
| Official Committee Of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 11 |
| Date Rcvd: Sep 08, 2023 | Form ID: 309C | Total Noticed: 339 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mountain Express Oil Company, 3650 Mansell Road, Suite 250, Alpharetta, GA 30022-7200 |
| aty | + | Andrew Edson, Clark Hill Strasburger, 901 Main St Ste 6000, Dallas, TX 75202-3748 |
| aty | + | Andrew Frank Dearing, Georgia Department of Law, 40 Capitol Square SW, Atlanta, GA 30334-1300 |
| aty | + | Andrew I Silfen, ArentFox Schiff, 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019-6040 |
| aty | + | Annmarie Antoinette Chiarello, Winstead PC, 500 Winstead Building, 2728 N. Harwood St., Dallas, TX 75201-1743 |
| aty | + | Benjamin F Marshall, IV, Bulldog Title Insurance Agency, 1810 Roselawn Avenue, Monroe, LA 71201-5434 |
| aty | + | Benjamin Lawrence Wallen, Pachulski Stang Ziehl & Jones LLP, 440 Louisiana Street, Suite 900, Houston, TX 77002-1062 |
| aty | + | Beth M Brownstein, Arent Fox LLP, 1301 Ave of the Americas, Fl 42, New York, NY 10019-6040 |
| aty | + | Bradley Clay Knapp, Locke Lord LLP, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| aty | + | Bradley L Drell, Gold Weems et al, 2001 MacArthur Drive, Alexandria, LA 71301-3719 |
| aty | + | Brandon Bell, Hunton Andrews Kurth LLP, 600 Travis St., Ste. 4200, Houston, TX 77002-2929 |
| aty | + | Brandon Eric Benoit, Reid Strickland & Gillette LLP, PO Box 809, Baytown, TX 77522-0809 |
| aty | + | Brent Strickland, Whiteford Taylor & Preston, 111 Rockville Pike, Suite 800, Rockville, MD 20850-5171 |
| aty | + | Brian John Wagner, Kutak Rock LLP, 5 Park Plaza, Ste 1500, Irvine, CA 92614-8595 |
| aty | + | Charles R Gibbs, McDermott Will & Emery LLP, 2501 North Harwood St., Suite 1900, Dallas, TX 75201-1664 |
| aty | + | Christopher Dylla, Office of the AZ Attorney General, Bankruptcy Collections & Enforcement, 2005 N Central Ave, Phoenix, AZ 85004-1545 |
| aty | + | Christopher M Staine, Crowe Dunlevy PC, 1919 McKinney Ave, Ste 100, Dallas, TX 75201-2496 |
| aty | + | Christopher R Kaup, Tiffany & Bosco, P.A., 2525 East Camelback Road, Ste. 700, Phoenix, AZ 85016-9240 |
| aty | + | Christopher Ross Travis, Office of the United States Trustee, 515 Rusk Street, Ste 3516, Houston, TX 77002-2604 |
| aty | + | Christopher V Arisco, Padfield & Stout LLP, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| aty | + | Corey Evan Dunbar, Pivahc Pivach et al, 8311 Highway 23, Ste 104, Belle Chasse, LA 70037-2606 |
| aty | + | Daniel J Ferretti, Baker Donelson et al, 1301 McKinney St, Ste 3700, Houston, TX 77010-3034 |
| aty | + | Daniel J. Gentry, Coolidge Wall Co., L.P.A., 33 W. First Street, Suite 600, Dayton, OH 45402-1289 |
| aty | + | David D Ferguson, Polsinelli Shalton et al, 700 West 47th St, Suite 700, Kansas City, MO 64112-1922 |
| aty | + | David M Neumann, Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Road, Ste 600, Cleveland, OH 44122-4557 |
| aty | + | David R Gibson, The Gibson Law Group, 1304 W Walnut Hill Ln, Suite 212, 75248 Irving, TX 75038-3031 |
| aty | + | David Samuel Rubin, Butler Snow LLP, 445 North Blvd, Ste 300, Baton Rouge, LA 70802-5747 |
| aty | + | Deborah Daywood Williamson, Dykema Gossett PLLC, 112 East Pecan Street, Suite 1800, San Antonio, TX 78205-1521 |
| aty | + | Demetra Liggins, McGuireWoods LLP, 845 Texas Ave., Ste 24th Floor, Houston, TX 77002-2946 |
| aty | + | Emily S. Wall, Cavazos Hendricks et al, 900 Jackston St, Ste 570, Dallas, TX 75202-2413 |
| aty | + | Erin Elizabeth Jones, Jones Murray LLP, 602 Sawyer, Suite 400, Houston, TX 77007-7510 |
| aty | + | Evan Gershbein, Kurtzman Carson Consultants, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245-5614 |
| aty | + | Fareed I Kaisani, Platt Cheema Richmond PLLC, 1201 N. Riverfront Blvd., Suite 150, Dallas, TX 75207-4017 |
| aty | + | Florence Bonaccorso-Saenz, Louisiana Dept of Revenue, 617 N Third St Ofc 780, Baton Rouge, LA 70802-5432 |
| aty | | Francisco Serrano Orozco, Jr, Sanchez, Whittington, Wood & Orozco, LLC, Alanis, Lavalle, Serrano etal, Bosque de Circuelos No 160-8t Fl, Bosques de las Lomas CP 11700 Mexico DF, TX 78521 |
| aty | #+ | H Joseph Acosta, Dorsey & Whitney LLP, 300 Crecent Court, Suite 400, Dallas, TX 75201-7847 |
| aty | + | Heather M Mathews, Gold, Weems, Bruser, Sues & Rundell, P.O. Box 6118, Alexandria, LA 71307-6118 |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 11 |
| Date Rcvd: Sep 08, 2023 | Form ID: 309C | Total Noticed: 339 |

```
aty         Hugh Massey Ray, III, Pillsbury Winthrop Shaw Pittman LLP, 909 Fannin, Suite 2000, Houston, TX 77010-1028
aty      +  J Mark Chevallier, McGurie Craddock & Strother, P.C., 500 N. Akard Street, Suite 2200, Dallas, TX 75201-3317
aty      +  J. Alexandra Rhim, Hemar, Rousso & Heald, LLP, 15910 Ventura Boulevard, Ste 12th Floor, Encino, CA 91436-2829
aty      +  James Edward Rossow, Jr, Rubin & Levin, P.C., 135 North Pennsylvania Street, Ste 1400, Indianapolis, IN 46204-2489
aty      +  Jana Smith Whitworth, Office of United States Trustee, 515 Rusk Street, Suite 3516, Houston, TX 77002-2604
aty      +  Janel Marie Glynn, The Burgess Law Group, 3131 E. Camelback Rd, Ste 224, 85016 Phoenix, AZ 85016-4500
aty      +  Jason S Brookner, Gray Reed & McGraw LLP, 1601 Elm Street, Suite 4600, Dallas, TX 75201-7212
aty      +  Jason Smith, Hudson, Potts & Bernstein LLP, 1800 Hudson Lane, Suite 300, Monroe, LA 71201-5748
aty      +  Jayson B. Ruff, Office of the United States Trustee, 515 Rusk St., Ste. 3516, Houston, TX 77002-2604
aty      +  Jeffrey Kurtzman, Kurtzman Steady LLC, 555 City Avenue, Ste 480, Bala Cynwyd, PA 19004-1142
aty      +  Jessica Board, Heidman Law Firm, 1128 4th Street, Sioux City, Sioux City, IA 51101-1904
aty      +  John Douglas Elrod, Greenberg Traurig, LLP, Terminus 200, 3333 Piedmont Road, NE, Suite 2500 Atlanta, GA 30305-1780
aty      +  John F Higgins, IV, Porter Hedges LLP, 1000 Main St, Ste 3600, Houston, TX 77002-6341
aty      +  John Kendrick Turner, Linebarger Goggan Blair & Sampson, LLP, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328
aty      +  John P Melko, Foley & Lardner LLP, 1000 Louisiana, Ste 2000, Houston, TX 77002-5018
aty      +  Jonathan Robert Patton, Tillotson Johnson & Patton, 1201 Main Street, Ste 1300, Dallas, TX 75202-5945
aty      +  Jorge Garcia, Saul Ewing LLP, 701 Brickell Avenue, 17th Floor, Miami, FL 33131-2832
aty         Joseph Swartz, Office of General Counsel, PO BOX 281061, Harrisburg, PA 17128-1061
aty      +  Joseph T Bernstein, Merrick Shaner & Bernstein LLC, 4600 South Syracuse Street FL 9, Denver, CO 80237-2701
aty      +  Joshua Lee Shepherd, Quilling, Selander, Lownds, Winslett & M, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070
aty      +  Joshua W. Wolfshohl, Porter Hedges LLP, 1000 Main, 36th Floor, Houston, TX 77002-6341
aty      +  Karl Daniel Burrer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001
aty      +  Kelsey Elizabeth Hodgdon, Polsinelli PC, 900 W 48th Place, Ste 900, Kansas City, MO 64112-1899
aty      +  Kristin Radwanick, Ohio Attorney General, 30 East Broad Street, Ste 14th Floor, Columbus, OH 43215-3414
aty      +  Kyle L Dickson, Murray Lobb, PLLC, 2200 Space Park Dr., Suite 350, Houston, TX 77058-3679
aty      +  Larry Glenn Ball, Hall Estill et al, 100 North Broadway, Ste 2900, Oklahoma City, OK 73102-8808
aty      +  Laurie A. Landry Munoz, McCormick Landry Munoz PLLC, 4950 Bissonnet St., Suite A, Bellaire, TX 77401-4059
aty      +  Lenard M. Parkins, Parkins & Rubio LLP, Pennzoil Place, 700 Milam Street, Suite 1300 Houston, TX 77002-2736
aty      +  Leslie Beth Baskin, Spector Gadon Rosen Vinci, P.C., 1635 Market Street, Ste 7th Floor, Philadelphia, PA 19103-2290
aty      +  Lindsey Marie Johnson, Looper Goodwine PC, 650 Poydras St, Ste 2400, New Orleans, LA 70130-6171
aty      +  Lloyd A. Lim, Kean Miller LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832
aty      +  Maegan Quejada, Sidley Austin LLP, 1000 Louisiana St, Ste 5900, Houston, TX 77002-5014
aty      +  Manolo R Santiago, Herrin Law PLLC, 12001 N. Central Expressway, Suite 920, Dallas, TX 75243-3700
aty      +  Marcus Alan Helt, McDermott Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201-1664
aty         Mark A Craige, Crowe & Dunlevy, 222 N Detroit 6th Fl, Tulsa, OK 74120
aty      +  Mark Alan Platt, Frost Brown Todd LLC, Rosewood Court, 2101 Cedar Springs Road, Suite 900 Dallas, TX 75201-1867
aty      +  Mark H Ralston, Fishman Jackson PLLC, 4835 LBJ Freeway, Suite 475, Dallas, TX 75244-6041
aty         Mary C Turke, Michael Best & Friedrich LLP, PO Box 1806, Ste 201, Madison, WI 53701-1806
aty      +  Matthew Ferrell, Johnson, Schneider & Ferrell, L.L.C., 212 North Main Street, Cape Girardeau, MO 63701-7219
aty      +  Maxim Boris Litvak, Pachulski Stang et al, 150 California Street, 15th Floor, San Francisco, CA 94111-4500
aty      +  Michael Gilmore, Hayward PLLC, 10501 N. Central Expressway, Suite 106, Dallas, TX 75231-2203
aty      +  Michael P Cooley, Reed Smith LLP, 2501 N. Harwood, Suite 1700, Dallas, TX 75201-1663
aty      +  Michaela Christine Crocker, Katten Muchin Rosenman LLP, 2121 North Pearl Street, Ste 1100, Dallas, TX 75201-2591
aty      +  Misty A Segura, Spencer Fane, LLP, 3040 Post Oak Blvd., Ste 1400, Houston, TX 77056-6584
aty      +  Nathaniel Peter Holzer, Attorney at Law, 1734 Santa Fe, Corpus Christi, TX 78404-1857
aty         Nicholas Zugaro, Dykema Gossett PLLC, 1401 McKinney Street, 5 Houston Center, Suite 1625 Houston, TX 77010
aty      +  Norman A Abood, Norman A. Abood, Attorney at Law, 136 North Huron Street, Toledo, OH 43604-1139
aty      +  Norman A Abood, Norman A. Abood, Attorney at Law, 136 North Huron Street, Suite 101, Toledo, OH 43604-1139
aty      +  Omer F Kuebel, III, Locke Lord et al, 601 Poydras Street, Ste 2660, New Orleans, LA 70130-6032
aty      +  Paul J Battista, Venable LLP, 100 SE Second Street, Ste 4400, Miami Miami, FL 33131-2118
aty      +  Paul Joseph Goodwine, Looper Goodwine, 650 Poydras Street, Ste 2400, New Orleans, LA 70130-6171
aty      +  Rachel Thompson Kubanda, Kean Miller LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832
aty      +  Ricardo Gilb, Krevolin & Horst, LLC, 1201 W. Peachtree St., NW, Ste 3250, Atlanta, GA 30309-3470
aty      +  Robert John Caluda, The Caluda Law Firm, 3232 Edenborn Avenue, Metairie, LA 70002-4758
aty      +  Robert P Franke, Clark Hill PLC, 901 Main Street, Suite 6000, Dallas, TX 75202-3748
aty      +  Roma N Desai, Texas Office of Attorney General, 300 West 15th Street, Austin, TX 78701-1649
aty      +  Ronald A Simank, Schauer & Simank, 615 Upper N Broadway, Ste 700, Corpus Christi, TX 78401-0857
aty      +  Ronald E Gold, Frost Brown et al, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, OH 45202-4245
aty      +  Ronald Gene Steen, Jr, Thompson Burton PLLC, 6100 Tower Circle, Suite 200, Frankliin, TN 37067-1465
aty      +  Sean B Davis, Winstead PC, 600 Travis Street, Suite 5200, Houston, TX 77002-3017
aty      +  Shari L Heyen, Greenberg Traurig LLP, 1000 Louisiana, Ste 1800, Houston, TX 77002-5018
aty      +  Simon Richard Mayer, Locke Lord LLP, 600 Travis, Suite 2800, Houston, TX 77002-2914
aty      +  Stephen R. Butler, Office of the Tennessee Attorney General, P O Box 20207, Nashville, TN 37202-4015
```

| | | |
|---|---|---|
| aty | + | Steven Kushner, Fellows LaBriola LLP, 233 Peachtree Street NE, Ste. 2400, Atlanta, GA 30303-1509 |
| aty | + | Steven N Serajeddini, Kirkland and Ellis LLP, 601 Lexington Ave, New York, NY 10022-4643 |
| aty | + | Steven William Golden, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | + | Susan C Mathews, Baker, Donelson, Bearman, Caldwell & Ber, 1301 McKinney Street, Suite 3700, Houston, TX 77010-3034 |
| aty | + | Susan Tran Adams, Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| aty | + | T. Josh Judd, Andrews Myers PC, 1885 Saint James Place, 15th Floor, Houston, TX 77056-4175 |
| aty | + | Tami J Hines, Hall, Estill, Hardwick, Gable, Golden &, 100 North Broadway, Ste 2900, Oklahoma City, OK 73102-8808 |
| aty | + | Taylre Janak, Reed Smith LLP, 2850 N. Harwood Street, Ste 1500, Dallas, TX 75201-2617 |
| aty | + | Timothy Thriffiley, Pivach Pivach et al, P O Box 7125, Suite 104, Belle Chasse, LA 70037-7125 |
| aty | + | Walter Brock, Young Moore and Henderson, P.A., 3101 Glenwood Avenue, 3101 Glenwood Avenue, Raleigh, NC 27612 UNITED STATES 27612-5054 |
| aty | + | Walter E. Brock, Jr, Young Moore and Henderson, P.O. Box 31627, Raleigh, NC 27622-1627 |
| aty | + | William S. Brody, Buchalter, A Professional Corporation, 1000 Wilshire Blvd, Suite 1500, Los Angeles, CA 90017-1730 |
| cr | + | 2 Quick Stop Shop LLC, 3808 Woodville Road, Northwood, OH 43619-1844 |
| cr | + | 4Court Holdings LLC, c/o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Suite 200, Memphis, TN 38103-2723 |
| cr | + | 4Court Imaging LLC, c/.o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave Suite 2000, Memphis, TN 38103-2752 |
| cr | + | 4Court Leasing LLC, c/o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Ste. 200, Memphis, TN 38103-2723 |
| cr | + | 4Court Solutions LLC, Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Ste 2000, Memphis, TN 38103-2752 |
| cr | + | 5401 East Lloyd, LLC, 7953 Washington Woods Drive, Dayton, OH 45459-4026 |
| cr | + | AFN ABSPROP001, LLC, c/o Karl D. Burrer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Ad Hoc C-Store Operators, Rachel K. Thompson, Kean Miller, LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832 |
| cr | + | Aftermarket Sales & Consulting, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | American 1 Gas Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Amynta Surety Solutions, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Lindsey M. Johnson, New Orleans, LA 70130-6171 |
| intp | + | BFM Operations, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| intp | + | Brew Oil, LLC, Heidman Law Firm, PLLC, 1128 Historic 4th Street, PO Box 3086, Sioux City, IA 51101 UNITED STATES 51102-3086 |
| cr | + | Broadway Express LLC, 2436 Broadway Avenue, Lorian, OH 44052-4830 |
| cr | + | Broadway Fuel, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| intp | + | Brothers Avondale LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| intp | + | Brothers Lapalco, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | CF Gas Store LLC, 6179 Stratford Drive, Parma Heights, OH 44130-2362 |
| cr | + | Christine Fanous, 6179 Stratford Drive, Parma Heights, OH 44130-2362 |
| cr | + | City of Mesquite, Grimes & Linebarger, LLP, 120 W. Main Suite 201, Mesquite, TX 75149-4224 |
| cr | + | Claude Enterprises LLC, 14235 Madison Avenue, Lakewood, OH 44107-4527 |
| cr | + | Commack Fuel Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Community Coffee, L.L.C., c/o David S. Rubin, 445 N. Blvd. Suite 300, Baton Rouge, La 70802-5747 |
| cr | + | Connect Express, LLC, 99 Kero Road, Carlstadt, NJ 07072-2604 |
| cr | + | Crawford Oil Company, Inc., 801 Meadow Lane, Hayti, MO 63851, UNITED STATES 63851-1224 |
| cr | + | DBW Land Co, LLC, 2108 Island Drive, Monroe, LA 71201-2521 |
| cr | | Erkut Aksoy, 300 Farnsworth Road, Waterville, Oh 43566 |
| cr | + | ExxonMobil Oil Corporation, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| fa | + | FTI Consulting, Inc., 1166 Avenue of the Americas, New York, NY 10036-2708 |
| intp | + | First Horizon Bank, as Administrative Agent, c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Fox Fuels Retail Group, LLC, Lloyd A. Lim, Kean Miller, LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832 |
| cr | + | GSS Holdings LA, LLC and Sukhranjan Multani, Kean Miller LLP, 711 Louisiana St., Suite 1800, South Tower, Houston, TX 77002 UNITED STATES 77002-2832 |
| cr | | Goose Creek Consolidate Independent School Distric, c/o Reid Strickland & Gillette LLP, PO Box 809, Baytown, TX 77522-0809 |
| cr | + | Harlem Food Mart and Vape LLC, 404 East Avenue, Elyria, OH 44035-5718 |
| cr | + | Imperial Capital LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Reliance LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Trading Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | Jouneih 3 LLC, 624 Center Road, Hinkley, Oh 44233-9478 |
| cr | + | Jouneih LLC, 4915 Memphis Avenue, Cleveland, Oh 44144-1943 |
| cr | + | Jounieh 2 LLC, 136 N. Huron Street, Suite 101, c/o Norman A, Abood, Toledo, OH 43604-1139 |
| cr | + | Jounieh 2 LLC, 7411 State Road, Parma, OH 44134-5884 |
| cr | + | Jounieh 3 LLC, c/o Norman A. Abood, 136 N. Huron Street, Suite 101, Toledo, OH 43604-1139 |
| intp | + | Jubilee Alliance, Inc., 112 Wellington Plantation Lane, Little Rock, AR 72211-2160 |
| intp | + | Karma Alliance, Inc., 112 Wellington Plantation Lane, Little Rock, AR 72211-2160 |
| cr | + | Kwick Mart LLC, 1005 Pinnacle Ct, McDonald, PA 15057-1508 |
| cr | + | LJM5903 Properties, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802 UNITED STATES OF AMERICA 70821-4064 |

Case 23-90147   Document 1462   Filed in TXSB on 09/10/23   Page 5 of 12

| District/off: 0541-4 | User: ADIuser | Page 4 of 11 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: 309C | Total Noticed: 339 |

| | | |
|---|---|---|
| intp | + | MEX 1992 ELM, LLC, Herrin Law Firm, PLLC, 12001 N. Central Expressway, Suite 920, Dallas, TX 75243 UNITED STATES 75243-3700 |
| cr | + | Marathon Petroleum Company LP, c/o Ronald E. Gold, Frost Brown Todd LLP, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Maryam Sabohi, 4200 Las Palmas Circle, Apt 224, Brownsville, TX 78521-2872 |
| cr | + | Mesa Valley Housing Associates, LP, Tiffany & Bosco, PA, c/o Christopher R. Kaup, 2525 E Camelback Rd #700, Phoenix, AZ 85016-9240 |
| cr | + | Monto Food Mart Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Ozarks Coca-Cola/Dr Pepper Bottling Company, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056-6584 |
| cr | | PA Dept of Revenue, Office of Chief Counsel, 4th and Walnut Streets, 10th Floor, Strawberry Square, PO Box 281061 Harrisburg, PA 17128-1061 |
| cr | + | POC USA Inc., c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | + | Peach Kountry LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | + | Phillips 66 Company, PO Box 421959, Houston, TX 77242-1959 |
| cr | + | Pinky's Bar & Grill, 870 Dallas Hwy Ste C, Douglasville, GA 30134-3771 |
| cr | + | Prime Petro, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Realty Income Corporation, Hemar, Rousso & Heald, c/o J. Alexandra Rhim, 15910 Ventura Blvd., 12th Fl, Encino, CA 91436 UNITED STATES 91436-2802 |
| cr | + | Riverdale Fuel, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | SASS Petroleum LLC, c/o Fellows LaBriola LLP, 233 Peachtree Street NE, Ste. 2400, Atlanta, GA 30303-1509 |
| cr | | SCS Sentry LLC, 3560 Mansell Road Suite 250, Alpharetta, GA 30022 |
| cr | + | Samnosh, LLC, The Gibson Law Group, 15400 Knoll Trail Drive, Suite 205, Dallas, TX 75248, UNITED STATES 75248-3465 |
| cr | | Sehnaz Aksoy, 300 Farnsworth Road, Waterville, OH 43566 |
| cr | + | State of Ohio-Dept of Taxation, Ohio Atty General, 150 E Gay St 21st Floor, Columbus, OH 43215-3191 |
| cr | + | USI Insurance Services LLC, c/o CT Corporation System, 4701 Cox Road, Suite 285, Glen Allen, VA 23060-6808 |
| cr | + | VM Petro, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Vault CS 100 Service LLC, Parkins & Rubio LLP, 700 Milam Street, Suite 1300, Houston, TX 77002-2736 |
| cr | + | Vision Financial Group, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Wayne Richoux, The Caluda Law Firm, 3232 Edenborn Avenue, Metairie, LA 70002, UNITED STATES 70002-4758 |
| cr | + | Zoom One, LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| 12519700 | + | 018A McCaysville Marathon, aka Aariyan Holding International LLC, 640 Blue Ridge Drive, McCaysville, GA 30555-2501 |
| 12515294 | + | 160 Decatur Gulf, 1489 Scott Blvd., Decatur, GA 30030-1425 |
| 12519740 | + | 964A Copiague Rent, 1310 Sunrise Hwy, Copiague, NY 11726-1419 |
| 12513823 | + | AFN ABSPROP001, LLC, c/o ArentFox Schiff LLP, Attn: Beth M. Brownstein, Esq., 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019-6040 |
| 12513827 | + | ARG ME19PCK001, LLC, c/o ArentFox Schiff LLP, Attn: Beth M. Brownstein, Esq., 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019-6040 |
| 12513825 | + | ARG MESMOAR001, LLC, c/o ArentFox Schiff LLP, Attn: Beth M. Brownstein, Esq., 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019-6040 |
| 12513826 | + | ARG MEVNAAL001, LLC, c/o ArentFox Schiff LLP, Attn: Beth M. Brownstein, Esq., 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019-6040 |
| 12456496 | + | Acadiana Bottling Co., Inc., c/o Christopher J. Piasecki, Davidson Meaux, 810 S. Buchanan Street, Lafayette, LA 70501-6882 |
| 12434838 | + | American Farmers & Ranchers A/S/O James Johnson, Wilber & Associates, 210 Landmark Drive, Normal, IL 61761-2119 |
| 12500945 | + | Atlas Oil Company, 335 E. Maple, Suite 200, Birmingham, MI 48009-6314 |
| 12507641 | + | Bondurant Mixson & Elmore c/o Ronan Doherty, 1201 West Peachtree Street NW , Suite 39, Atlanta, GA 30309-3449 |
| 12513862 | + | Broadway Express LLC, 2436 Broadway Avenue, Lorian, Ohio 44052-4830 |
| 12454910 | ++ | CALIFORNIA DREAMS INVESTMENTS LLC, ATTN JAY GILL, 1384 KAWEAH AVE, CLOVIS CA 93619-5106 address filed with court:, California Dreams Investments LLC, 1384 Kaweah Ave., Clovis, CA 93619 |
| 12513894 | + | CF Gas Store, LLC, 6179 Stratford Drive, Parma Heights, Ohio 44130-2362 |
| 12513983 | + | Canchola Properties, LLC, 746 Elm Street, Woodland, CA 95695-3961 |
| 12519598 | + | Cheryl Kathleen Keller, PO Box 1712, Tarpon Springs, FL 34688-1712 |
| 12513902 | + | Claude Enterprise LLC, 14235 Madison Avenue, Lakewood, Ohio 44107-4527 |
| 12504288 | + | Connect Express, LLC, c/o Leslie B. Baskin, 1635 Market Street, 7th Floor, Philadelphia, PA 19103-2223 |
| 12437366 | + | Dacotah Paper, 3940 15th Ave N., Fargo, ND 58102-2835 |
| 12495175 | + | Daljit Kaur, 1431 Bowman Hwy, Elberton, GA 30635-3905 |
| 12519702 | + | Dipak V. Patel & Maniba 2019 Inc., & Anjanaben M. Patel, 7033 Spring Walk Drive, Columbus, GA 31904-2718 |
| 12511436 | | ENTERGY MISSISSIPPI LLC, L-JEF-359, 4809 JEFFERSON HWY STE A, NEW ORLEANS, LA 70121-3138 |
| 12519606 | | FHF Enterprises, 10021 S Highway 6, Sugarland, TX 77498-5080 |
| 12408401 | + | First Commonwealth Equipment Finance, 920 Cassatt Road, Suite 310, Berwyn, PA 19312-1178 |
| 12427722 | + | GableGotwals, c/o Brandon Bickle, 110 N. Elgin Ave., Suite 200, Tulsa, OK 74120-1495 |
| 12404808 | | Goose Creek CISD & Lee College District, c/o Reid Strickland & Gillette LLP, PO Box 809, Baytown TX 77522-0809 |
| 12510867 | + | HP INC, Ramona S Neal, 11311 Chinden Blvd, Boise ID 83714-1021 |
| 12513905 | + | Harlem Food Mart and Vape, LLC, 404 East Avenue, Elyria, Ohio 44035-5718 |
| 12515891 | | JF Acquisition LLC d/b/a JF Petroleum Group, c/o Eric English, Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston, Texas |

Case 23-90147   Document 1462   Filed in TXSB on 09/10/23   Page 6 of 12

| District/off: 0541-4 | User: ADIuser | Page 5 of 11 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: 309C | Total Noticed: 339 |

|  |  |  |
|---|---|---|
|  |  | 77002-6341 |
| 12520038 | + | Jalia Group LLC, Suresh S. Patel, 28 Green Top Road, Newman, GA 30263-3119 |
| 12519701 | + | Jennifer Draper, 13625 Northside Rd., Bery, AL 35546-3716 |
| 12502702 | + | Jouneih LLC, c/o Norman Abood, Esq., 136 N. Huron Street, Suite 101, Toledo, Ohio 43604-1139 |
| 12502703 | + | Jounieh 2 LLC, c/o Norman A. Abood, Esq., 136 N, Huron Street, Suite 101, Toledo, Ohio 43604-1139 |
| 12502706 | + | Jounieh 3 LLC, c/o Norman A. Abood, Esq., 136 N. Huron Street, Suite 101, Toledo, Ohio 43604-1139 |
| 12519779 | + | Kwick Mart LLC Store 772, 1005 Pinnacle Ct, McDonald, PA 15057-1508 |
| 12517484 | + | Kwik Mart LLC Store 163A, 4964 N Ridge Road, Ashtabula, Ohio 44004-8842 |
| 12517797 | + | Kwik Mart LLC Store 72A, 1123 Lake Avenue, Ashtabula, Ohio 44004-2929 |
| 12517507 | + | Kwik Mart Store 72A, 1123 Lake Avenue, Ashtabula, Ohio 44004-2929 |
| 12519703 | + | LSP 4142 Rocky River LLC, Gregory M. Salvato/Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071-9500 |
| 12519600 | + | LSP 4295 Tiedeman LLC, Gregory M. Salvato/Salvato Boufadel LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071-9500 |
| 12517297 | + | Landers Accounting & Tax Service, c/o Cory C. Close, 639 Whitlock Avenue,, Marietta, Georgia 30064-3119 |
| 12519604 | + | Leonard L. Levenson & Assoc., 650 Poydras St., Ste. 2750, New Orleans, LA 70130-6152 |
| 12512287 | + | Louisiana Department of Environmental Quality, c/o LDEQ, William Little, P.O. Box 4302, Baton Rouge, LA 70821-4302 |
| 12510846 | + | Marinette County Treasurer, 1926 Hall Ave, Marinette WI 54143-1717 |
| 12514009 | + | Maryam Sabohi, c/o Francisco J. Orozco, Jr, 3505 Boca Chica Blvd., Suite 100, Brownsville, TX 78521-4064 |
| 12512035 | + | McCormick, Landry Munoz, PLLC, 4950 Bissonnet St., Suite A, Bellaire, TX 77401-4059 |
| 12513521 | + | Mex Hayti, LLC, c/o Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, Ohio 44122-4557 |
| 12513520 | + | NBGRE DG Freedom, LLC, c/o Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, Ohio 44122-4557 |
| 12519607 | + | Nawaz Sayani & NDSES LLC and Rahim Jaffar Ali, 115 Kentwood Ridge Court, Sugar Land, TX 77479-5741 |
| 12519699 | + | New Orleans Grease Trap Cleaning, 3436 Magazine Street, #220, New Orleans, LA 70115-2480 |
| 12407549 | + | Okaloosa County Tax Collector, Attn: Justin Gordon, 1250 N Eglin Pkwy Ste 101, Shalimar, FL 32579-1296 |
| 12514008 | + | Persia Country Corner LLC, c/o Francisco J. Orozco, Jr, 3505 Boca Chica Blvd., Suite 100, Brownsville, TX 78521-4064 |
| 12407122 | + | Pooler Ventures, LLC, c/o Cory Close, 639 Whitlock Avenue,, Marietta, Georgia 30064-3119 |
| 12493616 | + | Quick Check Mart 2, LLC, 565 Martin Luther King Jr Drive, Monroe, LA 71203-5373 |
| 12493615 | + | Quick Check Mart, LLC, 565 Martin Luther King Jr. Drive, Monroe, LA 71203-5373 |
| 12495763 |  | Robert Tucker, Four Seagate, Ninth Floor, Toledo OH 43604 |
| 12519696 | #+ | SHRT Gasoline LLC &, Mahendernath Panjarla, 102 Walnut Street, Morton, PA 19070-1416 |
| 12513818 | + | SL Alabama LLC, 2890 E. Cedar Ave., Denver, CO 80209-3210 |
| 12513817 | + | SL Louisiana LLC, 2890 E. Cedar Ave., Denver, CO 80209-3210 |
| 12513021 | + | SRK Shreveport, LLC, The Burgess Law Group c/o Janel Glynn, 3131 E. Camelback Road, Ste. 224, Phoenix, AZ 85016-4599 |
| 12408204 | + | Sally Telecom, 5515 South Clairborne Ave, New Orleans LA 70125-4905 |
| 12441789 | + | Samnosh, LLC, 15400 Knoll Trial Drive, Suite 205, Dallas, Texas 75248-3465 |
| 12511068 | + | Schierl Sales Corp. and Universal, Inc., Vedder Price P. C., Attn: Douglas J. Lipke, 222 N. LaSalle St., Ste. 2500, Chicago, IL 60601-1104 |
| 12450012 | + | Sewerage and Water Board of New Orleans, 625 St. Joseph St., Room 140, New Orleans, LA 70165-6501 |
| 12519697 | #+ | Shriyansh Petroleum LLC and, Mahendernath Panjarla, 102 Walnut Street, Morton, PA 19070-1416 |
| 12513518 | + | Solon Professional Centre, LLC, c/o Meyers, Roman, Friedberg & Lewis, 28601 Chagrin Boulevard, Suite 600, Cleveland, Ohio 44122-4557 |
| 12407541 | + | Specialty Roll Products, Inc., Trent Mosley, 601 25th Ave, Meridian, MS 39301-4918 |
| 12440034 | + | Sumitomo Mitsui Finance and Leasing Co Ltd, c/o Kye Law Group, P.C., 201 Old Country Road, Suite 120, Melville, NY 11747-2725 |
| 12519596 | + | TWU of Emestine Keller, Cheryl Keller, PO Box 1712, Tarpon Springs, FL 34688-1712 |
| 12410673 | + | The Borough of Pitman, 110 S Broadway, Oitman, NJ 08071-2217 |
| 12420613 | + | The Home City Ice Company, Attn: Michael Black, 6045 Bridgetown Rd., Cincinnati, OH 45248-3047 |
| 12513815 |  | Total Image Solutions, LLC, McGuireWoods LLP, c/o John H. Maddock II, 800 East Cary Street, Richmond, VA 23219 |
| 12519694 | + | Town of Alpena, P.O. Box 128, Alpena, AR 72611-0128 |
| 12495600 | + | United States Fueling Company LLC, c/o Jonathan R. Patton, 1201 Main Street, Suite 1300, Dallas, TX 75202-5945 |
| 12405139 | + | Valerie D Miles Tax Collector, Madison County, AL, 1918 N Memorial Parkway, Huntsville, AL 35801-5938 |
| 12493794 | + | Venkat Enterprise, Inc., c/o Norman A. Abood, Esq., 136 N. Huron Street, Ste. 101, Toledo, OH 43604-1139 |
| 12404033 | #+ | Vision Financial Group Inc., 615 Iron City Drive, Pittsburgh, PA 15205-4321 |
| 12511065 |  | Waste Management - Bankruptcy Department, 25550 w uninon hills dr, phoenix ax 85027 |
| 12492803 |  | Waterville BP, AKSOY LLC, 300 Farnsworth Road, Waterville OH 43566 |

TOTAL: 263

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: BKADDEN@LAWLA.COM | Sep 08 2023 21:28:00 | Benjamin W Kadden, Lugenbuhl Wheaton et al, 601 Poydras St, Ste 2775, New Orleans, LA 70130-6041 |

Case 23-90147   Document 1462   Filed in TXSB on 09/10/23   Page 7 of 12

| District/off: 0541-4 | User: ADIuser | Page 6 of 11 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: 309C | Total Noticed: 339 |

| | | | | |
|---|---|---|---|---|
| aty | | + Email/Text: bruzinsky@jw.com | Sep 08 2023 21:28:00 | Bruce J Ruzinsky, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010-1900 |
| aty | | + Email/Text: Austin.Bankruptcy@lgbs.com | Sep 08 2023 21:27:00 | Diane Wade Sanders, Linebarger Goggan et al, PO Box 17428, Austin, TX 78760-7428 |
| aty | | Email/Text: noticebnc@dntlaw.com | Sep 08 2023 21:27:00 | Donald L Turbyfill, Devlin Naylor & Turbyfill, PLLC, 5120 Woodway, Suite 9000, Houston, TX 77056-1725 |
| aty | | Email/Text: csucic@fgllp.com | Sep 08 2023 21:27:00 | Jeremy C. Kleinman, FrankGecker, LLP, 1327 W. Washington Blvd., Suite 5-G-H, Chicago, IL 60607 |
| aty | | + Email/Text: ustpregion07.hu.ecf@usdoj.gov | Sep 08 2023 21:28:00 | Hector Duran, Jr, U.S. Trustee, 515 Rusk, Ste 3516, Houston, Tx 77002-2604 |
| aty | | + Email/Text: edinburgbankruptcy@pbfcm.com | Sep 08 2023 21:28:00 | Hiram A Gutierrez, Perdue Brandon et al, 2805 Fountain Plaza Blvd, Suite B, Edinburg, TX 78539-8031 |
| aty | | Email/Text: jfrank@fgllp.com | Sep 08 2023 21:27:00 | Joseph Frank, FRANKGECKER LLP, 1327 W. Washington Blvd, Ste 5 G-H, Chicago, IL 60607 |
| aty | | + Email/Text: julie.parsons@mvbalaw.com | Sep 08 2023 21:28:00 | Julie Anne Parsons, McCreary Veselka Bragg & Allen PC, PO Box 1269, Round Rock, TX 78680-1269 |
| aty | | + Email/Text: bcd@oag.texas.gov | Sep 08 2023 21:27:00 | Kimberly A Walsh, Office of the Texas Attorney General, PO Box 12548, Austin, TX 78711-2548 |
| aty | | + Email/Text: mvaldez@pbfcm.com | Sep 08 2023 21:27:00 | Melissa E Valdez, Perdue Brandon Fielder Collins & Mott, 1235 North Loop West, Suite 600, Houston, TX 77008-1772 |
| aty | | Email/Text: mwarner@pszjlaw.com | Sep 08 2023 21:27:00 | Michael D Warner, Pachulski Stang Ziehl & Jones LLP, 440 Louisiana Street, Suite 900, Houston, TX 77002 |
| aty | | + Email/Text: trustee@coollaw.com | Sep 08 2023 21:27:00 | Patricia Jean Friesinger, Coolidge Wall Co., L.P.A., 33 West First Street, Ste 200, Dayton, OH 45402-1276 |
| aty | | + Email/Text: noticebnc@dntlaw.com | Sep 08 2023 21:27:00 | Ronald Lee Turbyfill, Jr, Devlin Naylor and Turbyfill, 5120 Woodway, Suite 9000, Houston, TX 77056-1725 |
| aty | | + Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Tara L Grundemeier, Linebarger Goggan Blair and Sampson LLP, 1301 Travis Street, Ste 300, Houston, Tx 77002-7430 |
| tr | | + EDI: FJSNORTHRUP.COM | Sep 09 2023 01:23:00 | Janet S Casciato-Northrup, Hughes Watters and Askanase, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| tr | | + EDI: FJSNORTHRUP.COM | Sep 09 2023 01:23:00 | Janet S. Northrup, 1201 Louisiana Street, 28th Floor, Houston, TX 77002-5607 |
| ust | | + Email/Text: ustpregion07.hu.ecf@usdoj.gov | Sep 08 2023 21:28:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| cr | | + Email/Text: julie.parsons@mvbalaw.com | Sep 08 2023 21:28:00 | Bowie Central Appraisal District, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269., Round Rock, TX 78680-1269 |
| cr | | + Email/Text: fileroom@rubin-levin.net | Sep 08 2023 21:28:00 | CAM-PL Cedar Rapids LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | | + Email/Text: fileroom@rubin-levin.net | Sep 08 2023 21:28:00 | CAM-PL Cokeville LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | | + Email/Text: fileroom@rubin-levin.net | Sep 08 2023 21:28:00 | CAM-PL Kansas City LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, |

Case 23-90147   Document 1462   Filed in TXSB on 09/10/23   Page 8 of 12

| District/off: 0541-4 | User: ADIuser | Page 7 of 11 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: 309C | Total Noticed: 339 |

| | | | | |
|---|---|---|---|---|
| | | | | Indianapolis, IN 46204-2489 |
| intp | + | EDI: FCRMURRAY | Sep 09 2023 01:23:00 | Christopher R/ Murray, 602 Sawyer St., Suite 400, Houston, Tx 77007-7510 |
| cr | + | Email/Text: bankruptcy.legalnotice@cityofmesquite.com | Sep 08 2023 21:28:00 | City of Mesquite, Grimes & Linebarger, LLP, 120 W. Main Suite 201, Mesquite, TX 75149-4224 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K Turner, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 08 2023 21:28:00 | Fuel On Emporium LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 08 2023 21:28:00 | Fuel On St Mary's LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | | EDI: GADEPTOFREV.COM | Sep 09 2023 01:23:00 | Georgia Department of Revenue, 1800 Century Boulevard, NE, Atlanta, GA 30345 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Sep 08 2023 21:28:00 | Indiana Department of Revenue, Bankruptcy Section, Room N-203, 100 North Senate Avenue, Indianapolis, IN 46204-2217 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Irving ISD, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Liberty County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 08 2023 21:28:00 | Maan Corporation, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 08 2023 21:28:00 | NEPA Trading & Investments LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 08 2023 21:28:00 | NEPA Ventures LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: tammy.jones@oklahomacounty.org | Sep 08 2023 21:28:00 | Oklahoma County Treasurer, c/o Tammy Jones, 320 Ribert S. Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 08 2023 21:27:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |

Case 23-90147   Document 1462   Filed in TXSB on 09/10/23   Page 9 of 12

| District/off: 0541-4 | User: ADIuser | Page 8 of 11 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: 309C | Total Noticed: 339 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Texas City ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| intp | + | Email/Text: bcd@oag.texas.gov | Sep 08 2023 21:27:00 | Texas Commission on Environmental Quality, c/o Office of Texas Attorney General, Bankruptcy and Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | ^ | MEBN | Sep 08 2023 21:19:14 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Sep 08 2023 21:28:00 | Weslaco ISD and City of Weslaco, c/o Hiram Gutierrez, 2805 Fountain Plaza Blvd., Suite B, Edinburg, Tx 78539-8031 |
| 12413999 | + | EDI: AZDEPREV.COM | Sep 09 2023 01:23:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General -, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 12449896 | | Email/Text: bankruptcy@ascentiumcapital.com | Sep 08 2023 21:28:00 | Ascentium Capital, 23970 HWY 59 N, Kingwood, TX 77339 |
| 12410539 | | Email/Text: bankruptcy@atmosenergy.com | Sep 08 2023 21:27:00 | Atmos Energy Corporation, Attn: Bankruptcy Group, PO Box 650205, Dallas TX 75265-0205 |
| 12454910 | | Email/Text: caldreamsinc@gmail.com | Sep 08 2023 21:28:00 | California Dreams Investments LLC, 1384 Kaweah Ave., Clovis, CA 93619 |
| 12390675 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Sep 08 2023 21:27:00 | Cameron County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 12390677 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Sep 08 2023 21:27:00 | City of McAllen, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 12515115 | ^ | MEBN | Sep 08 2023 21:19:14 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 12511431 | | Email/Text: credit7@entergy.com | Sep 08 2023 21:27:00 | ENTERGY ARKANSAS LLC, L-JEF-359, 4809 JEFFERSON HWY STE A, NEW ORLEANS, LA 70121-3138 |
| 12511433 | | Email/Text: credit7@entergy.com | Sep 08 2023 21:27:00 | ENTERGY LOUISIANA LLC, L-JEF-359, 4809 JEFFERSON HWY STE A, NEW ORLEANS, LA 70121-3138 |
| 12408158 | + | Email/Text: noticebnc@dntlaw.com | Sep 08 2023 21:27:00 | FORD MOTOR CREDIT COMPANY LLC, Devlin Naylor & Turbyfill, c/o R. Lee Turbyfill, 5120 Woodway Drive, Suite 9000, Houston, Texas 77056-1725 |
| 12502138 | + | Email/Text: ddhicks@forsythco.com | Sep 08 2023 21:28:00 | FORSYTH COUNTY TAX COMMISSIONER, 1092 TRIBBLE GAP RD, CUMMING GA 30040-2236 |
| 12394302 | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Fort Bend County, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |
| 12396135 | | EDI: GADEPTOFREV.COM | Sep 09 2023 01:23:00 | Georgia Department of Revenue, Central Collection Bankruptcy, 1800 Century Blvd NE Suite 9100, Atlanta GA 30345 |
| 12394309 | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Galveston County, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |

| District/off: 0541-4 | User: ADIuser | Page 9 of 11 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: 309C | Total Noticed: 339 |

| | | | | |
|---|---|---|---|---|
| 12394311 | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Harris County, et al, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |
| 12390679 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Sep 08 2023 21:27:00 | Hidalgo County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 12440945 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Sep 08 2023 21:28:00 | INDIANA DEPARTMENT OF REVENUE, BANKRUPTCY SECTION, 100 N SENATE AVENUE, INDIANAPOLIS, IN 46204 |
| 12443957 | | EDI: IRS.COM | Sep 09 2023 01:23:00 | Internal Revenue Service, 1919 Smith Street, M/S 5024, Houston, Tx 77002 |
| 12394313 | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Jefferson County, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |
| 12394316 | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Liberty County, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |
| 12448910 | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Matagorda County, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |
| 12403182 | + | EDI: NCDEPREV.COM | Sep 09 2023 01:23:00 | North Carolina Department of Revenue, PO Box 1168, Raleigh, NC 27602-1168 |
| 12404928 | + | Email/Text: tammy.jones@oklahomacounty.org | Sep 08 2023 21:28:00 | Oklahoma County Treasurer, 320 Robert S. Kerry, Rm 307, Oklahoma City, OK 73102-3441 |
| 12399950 | + | Email/Text: bankruptcysecretary@tax.ok.gov | Sep 08 2023 21:27:00 | Oklahoma Tax Commission, Attn: Legal, PO Box 269056, Oklahoma City, OK 73126-9056 |
| 12390674 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Sep 08 2023 21:27:00 | Rio Grande City Grulla ISD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 12513762 | | Email/Text: bknotices@spiritrealty.com | Sep 08 2023 21:28:00 | Spirit SPE Portfolio CA C-Stores, LLC, c/o Reed Smith LLP, Attn: Keith Aurzada and Taylre Janak, 2850 N. Harwood Street, Suite 1500, Dallas, TX 75201 |
| 12442080 | | EDI: ALDEPREV | Sep 09 2023 01:23:00 | State of Alabama, Department of Revenue, Legal Div, PO Box 320001, Montgomery, AL 36132-0001 |
| 12407554 | | EDI: ALDEPREV | Sep 09 2023 01:23:00 | State of Alabama, Dept of Revenue, POB 320001, Montgomery, AL 36132-0001 |
| 12425712 | + | Email/Text: AEPBankruptcy@aep.com | Sep 08 2023 21:27:00 | Southwestern Electric Power Company d/b/a AEP SWEP, 1 Riverside Plaza, 13th Floor, Columbus, OH 43215-2355 |
| 12390678 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Sep 08 2023 21:27:00 | Starr County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 12401712 | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 08 2023 21:27:00 | Tennessee Department of Revenue, c/o Attorney General, P.O. Box 20207, Nashville, TN 37202-4015 |
| 12394327 | | Email/Text: houston_bankruptcy@LGBS.com | Sep 08 2023 21:28:00 | Texas City ISD, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx 77253-3064 |

TOTAL: 78

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0541-4 | | User: ADIuser | Page 10 of 11 |
| --- | --- | --- | --- |
| Date Rcvd: Sep 08, 2023 | | Form ID: 309C | Total Noticed: 339 |

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | ADA Coca-Cola Bottling Company |
| cr | | AFN ABSPROP001, LLC |
| cr | | AKSOY LLC, 300 Farnsworth Road, Waterville |
| cr | | ARG E19PCK001, LLC |
| cr | | ARG MESMOAR001, LLC |
| cr | | ARG MEVNAAL001, LLC |
| intp | | Abrar Abid |
| cr | | Ada Coca-Cola Bottling Company |
| cr | | BFM Enterprises, LLC |
| cr | | BRVictory1, LLC |
| cr | | BRVictory2, LLC |
| cr | | Bank of Hope |
| intp | | Biren Patel |
| intp | | Blue Owl Real Estate Capital LLC (f/k/a Oak Street |
| cr | | Brazoria County, et al |
| cr | | CITGO Petroleum Corporation |
| cr | | CPSLOH Cleveland LLC |
| cr | | Cameron County |
| intp | | Chevron Products Company, a division of Chevron U. |
| cr | | City Of McAllen |
| cr | | Cross Oil Refining & Marketing |
| cr | | Dhan Maharjan |
| intp | | Doctor's Associates, LLC |
| cr | | Duckland, LLC |
| cr | | Durgha Properties, LLC |
| cr | | FTF Acquisitions Placeholder, LLC |
| cr | | Ford Motor Credit Company LLC |
| cr | | Fowler Property Investment LP |
| cr | | Giri Subramani |
| cr | | HASANALI & DILSHAD LLC, a Texas limited liability |
| cr | | HF Sinclair Refining & Marketing, LLC and Sinclair |
| cr | | Hidalgo County |
| cr | | Hunt Refining Company |
| cr | | ICC MOTOR FUEL I LLC |
| cr | | Joy Ricky, LLC |
| intp | | Jyotsnaben Ritesh Patel |
| intp | | KVS, LLC |
| cr | | KeyBank National Association |
| intp | | Keyur Rasikbhai Patel |
| op | | Kurtzman Carson Consultants LLC |
| cr | | Lance & Nancy Ratto 2007 Revocable Trust |
| cr | | Legacy Acquisitions, LLC |
| cr | | MVI Facility Services, LLC |
| cr | | MVI Field Services, LLC |
| cr | | MVI Fuel Services, LLC |
| op | | McCormick Landry Munoz PLLC |
| cr | | McLane Company, Inc. |
| cr | | Mex 1123 Lake LLC |
| cr | | Mex Hayti, LLC |
| intp | | Mohammad Sajjad |
| cr | | Muy Grande, Inc. |
| cr | | My Mother Inc. |
| intp | | Nine Shell Gas Stations OK LLC, Dorsey & Whitney, C/o Rachel Stoian |
| cr | | Oak Street Real Estate Capital, LLC |
| crcm | | Official Committee Of Unsecured Creditors |
| cr | | Pepsi-Cola Bottling Co. of McAlester, Inc. |
| cr | | PepsiCo, Inc., PepsiCo Sales, Inc. and Frito-Lay N |
| cr | | Persia Country Corner LLC |
| cr | | Pilot Travel Centers LLC |
| cr | | RVictory1, LLC |
| cr | | RVictory2, LLC |
| cr | | Raj Marathon LLC |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 11 of 11 |
| Date Rcvd: Sep 08, 2023 | Form ID: 309C | Total Noticed: 339 |

| | | |
|---|---|---|
| cr | | Rio Grande City Grulla ISD |
| intp | | Ritesh Bhagwanbhai Patel |
| cr | | Royal Exxon Investment Ltd. Co. |
| cr | | Royal Stores LLC |
| cr | | SHIV KTR LLC |
| intp | | SL Alabama LLC |
| cr | | SL Alabama LLC |
| intp | | SL Louisiana LLC |
| cr | | SL Louisiana LLC |
| cr | | SRK Shreveport, LLC |
| cr | | Schierl Sales Corp. |
| cr | | Spirit SPE Portfolio CA C-Stores, LLC |
| cr | | Spring Branch Independent School District, et al |
| cr | | Starr County |
| cr | | Stephenson Wholesale Co. Inc. dba Indian Nation Wh |
| cr | | Sunoco LLC |
| cr | | Sunoco LP |
| cr | | Sunoco Retail, LLC |
| cr | | Sunoco, Inc. |
| cr | | TWP1 USA LLC |
| cr | | The Esaias Project, Inc. |
| cr | | The Necessity Retail REIT Inc. |
| cr | | Total Image Solutions, LLC |
| cr | | United States Fueling Company LLC |
| cr | | Valero Marketing and Supply Company |
| cr | | Venkat Enterprises |
| intp | | Vijaykumar Patel |
| intp | | Viratkumar Patel |
| intp | | Willkie Farr & Gallagher LLP |
| 12513828 | | Harlem Food Mart and Vape LLC |
| 12493800 | | Stephenson Wholesale Co Inc. dba Indian Nation Who |
| 12416131 | | Young Moore and Henderson, P.A., 3101 Glenwood Ave, Ste 200, Raleigh, NC |
| aty | *+ | Janet S Casciato-Northrup, Hughes Watters and Askanase, 1201 Louisiana, 28th Floor, Houston, TX 77002-5607 |
| cr | *+ | Quick Check Mart 2, LLC, 565 Martin Luther King Jr. Drive, Monroe, LA 71203-5373 |
| cr | *+ | Quick Check Mart, LLC, 565 Martin Luther King Jr. Drive, Monroe, LA 71203-5373 |
| 12512036 | *+ | McCormick, Landry Munoz, PLLC, 4950 Bissonnet St., Suite A, Bellaire, TX 77401-4059 |
| 12425874 | ##+ | DDS Environmental Inc., 127 E Arrow Hwy, San Dimas, CA 91773-3305 |

TOTAL: 94 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023                    Signature:        /s/Gustava Winters