United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MOUNTAIN EXPRESS OIL COMPANY, et. al. | ) ) | CASE NO. 23-90147 (DRJ) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

**AGREED ORDER GRANTING 4COURT HOLDINGS LLC AND 4COURT LEASING LLC'S *EXPEDITED AND UNOPPOSED* MOTION TO APPROVE REJECTION OF EQUIPMENT LEASES AND REJECTING EQUIPMENT LEASES**
(Docket No. 1451)

Came on for consideration the Expedited and Unopposed Motion to Approve Rejection of Equipment Leases (the "**Motion**"), filed by 4Court Holdings LLC and 4Court Leasing LLC (collectively, "**Movants**"), in which Movants request that this Court enter an order approving the immediate rejection of all Equipment Leases (as defined in the Motion) to enable Movants to take all action necessary to immediately exercise all of its rights under the Equipment Leases under applicable non-bankruptcy law, including serving notice of defaults, terminating the Equipment Leases, and exercising Movant's rights to remove the Equipment (as defined in the Motion) from Debtor's possession; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334(b); and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient

---

[1] A complete list of each of the Debtors in these Chapter 7 cases may be obtained from that certain Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief. [Dkt. No. 17]. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

1

cause appearing therefore, the Motion is hereby **GRANTED** to the extent set forth herein, and it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. The Equipment Leases (as defined in the Motion) are hereby rejected and terminated as of the date of this Order.

2. Nothing herein shall affect any claims, if any, the Trustee, on behalf of the Debtors' bankruptcy estates, or any other party in interest, may have against the Movants and/or the equipment covered by the Equipment Leases and all such rights are fully preserved.

3. Any applicable stay under the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure is waived, and this Order shall be effective upon entry.

   **IT IS SO ORDERED.**

Signed:  September 09, 2023.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**Order prepared and submitted by:**

BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.


*/s/ Susan C. Mathews*
Susan C. Mathews
Texas Bar No. 05060650
smathews@bakerdonelson.com
1301 McKinney St., Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701

-and-

Locke Houston Waldrop (admitted *pro hac vice*)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901)526-2000
Facsimile: (901)577-4268
lwaldrop@ bakerdonelson.com

*Counsel for Movants*

AND


PORTER HEDGES LLP

*/s/ Joshua W. Wolfshohl (with permission)*
Joshua W. Wolfshohl (Texas Bar No. 24038592)
Megan Young-John (Texas Bar No. 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
myoung-john@porterhedges.com

-and-

Wayne Kitchens (SBN 11541110)
Heather Health McIntyre (SBN 24041076)
Total Energies Tower

3

1201 Louisiana Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 759-0818
Facsimile: (713) 759-6834
wkitchens@hwa.com
hmcintyre@hwa.com

*Proposed Counsel for Chapter 7 Trustee, Janet Northrup*