United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § | **Chapter 7** |
| | § | **(Previously Chapter 11)** |
| **Mountain Express Oil Company, *et al.*,** | § § | **Case No. 23-90147 (DRJ)** |
| Debtors. | § § | **Jointly Administered** |

(Docket No. 1453)

## ORDER GRANTING THE CHATPER 7 TRUSTEE'S <u>EMERGENCY</u> MOTION FOR ENTRY OF AN ORDER EXTENDING TIME TO FILE CONVERSION SCHEDULES

On this day came on to be considered the *Chapter 7 Trustee's Emergency Motion for Entry of an Order Extending Time to File Conversion* Schedules (the "Motion")[1] by Janet Northrup, Chapter 7 Trustee of the jointly administered bankruptcy estates of Mountain Express Oil Company, *et al.* (the "Trustee"), debtors in the above-styled jointly administered Chapter 7 cases. The Court having considered the same is of the opinion that it should be in all things granted; it is therefore ORDERED,

1. The deadline for the Trustee to file the Supplemental Schedules and Statements is extended through and including October 23, 2023.

2. This Order and the relief requested herein is without prejudice to the Trustee's ability to seek further extension or modification of the requirements of Local Rule 1019-1.

3. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

---

[1] All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

14164857v4

4. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Signed: September 09, 2023.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**

14164857v4