**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING
(No. 488)**

**PLEASE TAKE NOTICE** that on June 5, 2023, the Debtors filed their *Emergency Motion for (I) Entry of an Order to Appear and Show Cause Against Monto Food Mart Inc.; Yonkers Fuel Inc.; Broadway Fuel Inc.; Prime Petro Inc,; American 1 Gas Inc.; Commack Fuel Inc.; M & Y Pump Services Inc.; and VM Petro, Inc.; and (II) the Imposition of Compensatory and Coercive Sanctions Against the Subject Parties for Violations of the Automatic Stay* [Docket No. 488] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has set for **September 12, 2023 at 9:00 a.m. (prevailing Central Standard Time)** before the Honorable Judge David R. Jones.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has adjourned to **November 27, 2023 at 2:00 p.m. (prevailing Central Standard Time)** before the Honorable Judge David R. Jones. You may participate in the hearing either in person or via audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked

to enter the conference room number.  Judge Jones's conference room number is **205691**.  Video communication will be by use of GoToMeeting platform.  The meeting code is "JudgeJones".  Click on the settings income in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings.  To make your appearance, click the "Electronic Appearance" link on Judge Jones's home page.  Select the case name, complete the required fields and click "Submit" to complete your appearance.

Houston, Texas
Dated: September 11, 2023

/s/  *Susan Tran Adams*
**TRAN SINGH LLP**
Susan Tran Adams (TX Bar No. 24075648)
Brendon Singh (TX Bar No. 24075646)
2502 La Branch Street
Houston, Texas 77004
Telephone:    (832) 975-7300
Facsimile:    (832) 975-7301
Email: stran@ts-llp.com
Email: bsingh@ts-llp.com

*Counsel for American 1 Gas, Inc., Broadway Fuel, Inc., Commack Fuel, Inc., Monto Food Mart, Inc., Prime Petro, Inc., and Riverdale Fuel, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 11, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.


*/s/Susan Tran Adams*
Susan Tran Adams