# Statement

| Date | 8/31/2023 |
|---|---|

United States Courts
Southern District of Texas
F I L E D

SEP 1 1 2023

Nathan Ochsner, Clerk of Court

**Bill To**

Mountain Express Oil Company
222 N. Pacific Coast hwy Ste 300
El Segundo CA 90245

| Amount Due | Amount Enc. |
|---|---|
| $3,283.58 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/31/2022 | 3115 Central Station - Hwy34- INV #072880 BLD. Due 09/15/2022. Orig. Amount $161.50. WO#:<WO-0415> | 156.51 | 156.51 |
| 07/13/2022 | 3215 Central Station - Ruston- INV #072661BLD. Due 07/28/2022. Orig. Amount $418.40. WO#:<WO-0059> | 418.40 | 574.91 |
| 09/20/2022 | INV #072983 BLD. Due 10/05/2022. Orig. Amount $351.80. WO#:<WO-0172> | 351.80 | 926.71 |
| 07/26/2022 | 3215 Central Station - Ruston:22/07/01 Oven Not Working- INV #11638 bld. Due 08/10/2022. Orig. Amount $434.45. | 0.98 | 927.69 |
| 07/21/2022 | Central Oil #3410- INV #072728BLD. Due 08/05/2022. Orig. Amount $408.99. WO#:<WO-0148> | 408.99 | 1,336.68 |
| 10/04/2022 | INV #073066 BLD. Due 10/19/2022. Orig. Amount $437.50. WO#:<WO-0143> | 437.50 | 1,774.18 |
| 12/28/2022 | Madison Auto Truck Plaza:12-28-22- 1 of 4 Units Heating- INV #12104. Due 01/12/2023. Orig. Amount $1,224.40. | 1,224.40 | 2,998.58 |
| 01/12/2023 | INV #12080. Due 01/27/2023. Orig. Amount $285.00. | 285.00 | 3,283.58 |

*Thank you for choosing Lindsay Enterprises. Credit Cards Accepted with Processing fee 3.70%.*
*Invoices over 45 days are subject to a late fee of 2.9% APR per month*

| 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | CURRENT | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 3,283.58 | 0.00 | $3,283.58 |
| E-mail | gary.lindsay@outlook.com | | | | |

**LINDSAY ENTERPRISES**
PO Box 1886
West Monroe, LA 71294

SHREVEPORT LA 710
1 SEP 2023 PM

RECEIVED
SEP 0 6 2023
KURTZMAN CARSON CONSULTANTS

US POSTAGE
FIRST-CLASS
0625000211 6827
FROM 71292
63¢

Nathan Ochsner, Clerk of Court,
United States Courts
Southern District of Texas
FILED
SEP 11 2023