IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| **MOUNTAIN EXPRESS OIL** | § | **CASE NO. 23-90147 (DRJ)** |
| **COMPANY**, *et al.*, | § | |
| | § | **(Jointly Administered)** |
| Debtors | § | |

## NOTICE OF WITHDRAWAL OF LEGACY ACQUISITIONS, LLC'S EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY
[RELATED TO DOC. #1308]

Legacy Acquisitions, LLC ("Movant") files this Withdrawal of its Emergency Motion for Relief from the Automatic Stay at Docket No. 1308 (the "Motion"). No response to the Motion has been filed. Movant filed the Motion on August 18, 2023. The relief requested through the Motion is now moot as the case was converted to Chapter 7 and the lease identified in the Motion was rejected and terminated by order of this court on August 24, 2023.

Respectfully submitted.

ANDREWS MYERS P.C.

*/s/ T. Josh Judd*
T. JOSH JUDD
SBN: 24036866
jjudd@andrewsmyers.com
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2023, a true and correct copy of the foregoing Notice of Withdrawal was served via the Court's Electronic Notification System on all parties entitled to such notice.

                                                */s/ T. Josh Judd*
                                                T. Josh Judd