UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | § <br> § Chapter 7 <br> § |
| **Mountain Express Oil Company,** *et al.*, | § Case No. 23-90147 (DRJ) <br> § |
| Debtors.[1] | § Jointly Administered <br> § |

**NOTICE OF FILING OF REDLINE OF THE ORDER GRANTING CHAPTER 7 TRUSTEE'S EMERGENCY AMENDED MOTION FOR APPROVAL OF SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES UNDER 11 U.S.C. § 363(B) AND (F)**
(Relates to Docket Nos. 1458, 1469, and 1472)

**PLEASE TAKE NOTICE THAT** on September 12, 2023, Janet Northrup, chapter 7 trustee of Mountain Express Oil Company and affiliated debtors in the above-captioned cases filed the proposed *Order Granting Chapter 7 Trustee's Emergency Amended Motion for Approval of Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances Under 11 U.S.C. § 363(b) and (f)* [Docket No. 1472].

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a redline of the changed pages marked against the *Order Granting Chapter 7 Trustee's Emergency Amended Motion for Approval of Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances Under 11 U.S.C. § 363(b) and (f)* filed at Docket No. 1458-2.

[*Remainder of Page Intentionally Left Blank*]

---

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these chapter 7 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

14175047

Dated: September 12, 2023.

        Respectfully Submitted,

        By: */s/ Joshua W. Wolfshohl*
        **PORTER HEDGES LLP**
        Joshua W. Wolfshohl (TX Bar No. 24038592)
        Megan Young-John (TX Bar No. 24088700)
        1000 Main St., 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6000
        Facsimile: (713) 226-6248
        jwolfshohl@porterhedges.com
        myoung-john@porterhedges.com

        - and -

        *s/ Wayne Kitchens*
        Wayne Kitchens
        SBN 11541110
        Heather Heath McIntyre
        SBN 24041076
        Total Energies Tower
        1201 Louisiana Street, Suite 2800
        Houston, Texas 77002
        Phone: 713-759-0818
        Fax: 713-759-6834
        Email:  wkitchens@hwa.com
                    hmcintyre@hwa.com

        *Proposed Counsel for the*
        *Chapter 7 Trustee, Janet Northrup*

### CERTIFICATE OF SERVICE

      The undersigned certifies that on September 12, 2023, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

        */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl

14175047