United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 7** |
| | § **(Previously Chapter 11)** |
| **Mountain Express Oil Company,** *et al.*, | § |
| | § **Case No. 23-90147 (DRJ)** |
| **Debtors.** | § |
| | § **Jointly Administered** |

(Docket No. 1453)

**ORDER GRANTING THE CHATPER 7 TRUSTEE'S <u>EMERGENCY</u> MOTION FOR**
**ENTRY OF AN ORDER EXTENDING TIME TO FILE CONVERSION SCHEDULES**

On this day came on to be considered the *Chapter 7 Trustee's Emergency Motion for Entry of an Order Extending Time to File Conversion* Schedules (the "Motion")[1] by Janet Northrup, Chapter 7 Trustee of the jointly administered bankruptcy estates of Mountain Express Oil Company, *et al.* (the "Trustee"), debtors in the above-styled jointly administered Chapter 7 cases. The Court having considered the same is of the opinion that it should be in all things granted; it is therefore ORDERED,

1.     The deadline for the Trustee to file the Supplemental Schedules and Statements is extended through and including October 23, 2023.

2.     This Order and the relief requested herein is without prejudice to the Trustee's ability to seek further extension or modification of the requirements of Local Rule 1019-1.

3.     The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

---

[1]  All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

14164857v4

4. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Signed: September 09, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:                                                                          Case No. 23-90147-drj

Mountain Express Oil Company                                                    Chapter 7

Official Committee Of Unsecured Creditor

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                        User: ADIuser                              Page 1 of 27

Date Rcvd: Sep 11, 2023                     Form ID: pdf002                            Total Noticed: 104

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mountain Express Oil Company, 3650 Mansell Road, Suite 250, Alpharetta, GA 30022-7200 |
| aty | + | Walter Brock, Young Moore and Henderson, P.A., 3101 Glenwood Avenue, 3101 Glenwood Avenue, Raleigh, NC 27612 UNITED STATES 27612-5054 |
| cr | + | 2 Quick Stop Shop LLC, 3808 Woodville Road, Northwood, OH 43619-1844 |
| cr | + | 4Court Holdings LLC, c/o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Suite 200, Memphis, TN 38103-2723 |
| cr | + | 4Court Imaging LLC, c/.o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave Suite 2000, Memphis, TN 38103-2752 |
| cr | + | 4Court Leasing LLC, c/o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Ste. 200, Memphis, TN 38103-2723 |
| cr | + | 4Court Solutions LLC, Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Ste 2000, Memphis, TN 38103-2752 |
| cr | + | 5401 East Lloyd, LLC, 7953 Washington Woods Drive, Dayton, OH 45459-4026 |
| cr | + | AFN ABSPROP001, LLC, c/o Karl D. Burrer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Ad Hoc C-Store Operators, Rachel K. Thompson, Kean Miller, LLP, 711 Louisiana Street, suite 1800, Houston, TX 77002-2832 |
| cr | + | Aftermarket Sales & Consulting, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | American 1 Gas Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Amynta Surety Solutions, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Lindsey M. Johnson, New Orleans, LA 70130-6171 |
| intp | + | BFM Operations, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| intp | + | Brew Oil, LLC, Heidman Law Firm, PLLC, 1128 Historic 4th Street, PO Box 3086, Sioux City, IA 51101 UNITED STATES 51102-3086 |
| cr | + | Broadway Express LLC, 2436 Broadway Avenue, Lorian, OH 44052-4830 |
| cr | + | Broadway Fuel, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| intp | + | Brothers Avondale LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| intp | + | Brothers Lapalco, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | CF Gas Store LLC, 6179 Stratford Drive, Parma Heights, OH 44130-2362 |
| cr | + | Christine Fanous, 6179 Stratford Drive, Parma Heights, OH 44130-2362 |
| intp | + | Christopher R/ Murray, 602 Sawyer St., Suite 400, Houston, Tx 77007-7510 |
| cr | + | City of Mesquite, Grimes & Linebarger, LLP, 120 W. Main Suite 201, Mesquite, TX 75149-4224 |
| cr | + | Claude Enterprises LLC, 14235 Madison Avenue, Lakewood, OH 44107-4527 |
| cr | + | Commack Fuel Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Community Coffee, L.L.C., c/o David S. Rubin, 445 N. Blvd. Suite 300, Baton Rouge, La 70802-5747 |
| cr | + | Connect Express, LLC, 99 Kero Road, Carlstadt, NJ 07072-2604 |
| cr | + | Crawford Oil Company, Inc., 801 Meadow Lane, Hayti, MO 63851, UNITED STATES 63851-1224 |
| cr | + | DBW Land Co, LLC, 2108 Island Drive, Monroe, LA 71201-2521 |
| cr | | Erkut Aksoy, 300 Farnsworth Road, Waterville, Oh 43566 |
| cr | + | ExxonMobil Oil Corporation, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| fa | + | FTI Consulting, Inc., 1166 Avenue of the Americas, New York, NY 10036-2708 |
| intp | + | First Horizon Bank, as Administrative Agent, c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Fox Fuels Retail Group, LLC, Lloyd A. Lim, Kean Miller, LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832 |
| cr | + | GSS Holdings LA, LLC and Sukhranjan Multani, Kean Miller LLP, 711 Louisiana St., Suite 1800, South Tower, Houston, TX 77002 UNITED STATES 77002-2832 |
| cr | | Goose Creek Consolidate Independent School Distric, c/o Reid Strickland & Gillette LLP, PO Box 809, Baytown, TX 77522-0809 |
| cr | + | Harlem Food Mart and Vape LLC, 404 East Avenue, Elyria, OH 44035-5718 |
| cr | + | Imperial Capital LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Reliance LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Trading Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | Jouneih 3 LLC, 624 Center Road, Hinkley, Oh 44233-9478 |
| cr | + | Jouneih LLC, 4915 Memphis Avenue, Cleveland, Oh 44144-1943 |

| District/off: 0541-4 | User: ADIuser | Page 2 of 27 |
|---|---|---|
| Date Rcvd: Sep 11, 2023 | Form ID: pdf002 | Total Noticed: 104 |

| | | |
|---|---|---|
| cr | + | Jounieh 2 LLC, 136 N. Huron Street, Suite 101, c/o Norman A, Abood, Toledo, OH 43604-1139 |
| cr | + | Jounieh 2 LLC, 7411 State Road, Parma, OH 44134-5884 |
| cr | + | Jounieh 3 LLC, c/o Norman A. Abood, 136 N. Huron Street, Suite 101, Toledo, OH 43604-1139 |
| intp | + | Jubilee Alliance, Inc., 112 Wellington Plantation Lane, Little Rock, AR 72211-2160 |
| intp | + | Karma Alliance, Inc., 112 Wellington Plantation Lane, Little Rock, AR 72211-2160 |
| cr | + | Kwick Mart LLC, 1005 Pinnacle Ct, McDonald, PA 15057-1508 |
| cr | + | LJM5903 Properties, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802 UNITED STATES OF AMERICA 70821-4064 |
| intp | + | MEX 1992 ELM, LLC, Herrin Law Firm, PLLC, 12001 N. Central Expressway, Suite 920, Dallas, TX 75243 UNITED STATES 75243-3700 |
| cr | + | Marathon Petroleum Company LP, c/o Ronald E. Gold, Frost Brown Todd LLP, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Maryam Sabohi, 4200 Las Palmas Circle, Apt 224, Brownsville, TX 78521-2872 |
| cr | + | Mesa Valley Housing Associates, LP, Tiffany & Bosco, PA, c/o Christopher R. Kaup, 2525 E Camelback Rd #700, Phoenix, AZ 85016-9240 |
| cr | + | Monto Food Mart Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Ozarks Coca-Cola/Dr Pepper Bottling Company, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056-6584 |
| cr | | PA Dept of Revenue, Office of Chief Counsel, 4th and Walnut Streets, 10th Floor, Strawberry Square, PO Box 281061 Harrisburg, PA 17128-1061 |
| cr | + | POC USA Inc., c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | + | Peach Kountry LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | + | Phillips 66 Company, PO Box 421959, Houston, TX 77242-1959 |
| cr | + | Pinky's Bar & Grill, 870 Dallas Hwy Ste C, Douglasville, GA 30134-3771 |
| cr | + | Prime Petro, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Quick Check Mart 2, LLC, 565 Martin Luther King Jr. Drive, Monroe, LA 71203-5373 |
| cr | + | Quick Check Mart, LLC, 565 Martin Luther King Jr. Drive, Monroe, LA 71203-5373 |
| cr | + | Realty Income Corporation, Hemar, Rousso & Heald, c/o J. Alexandra Rhim, 15910 Ventura Blvd., 12th Fl, Encino, CA 91436 UNITED STATES 91436-2802 |
| cr | + | Riverdale Fuel, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | SASS Petroleum LLC, c/o Fellows LaBriola LLP, 233 Peachtree Street NE, Ste. 2400, Atlanta, GA 30303-1509 |
| cr | | SCS Sentry LLC, 3560 Mansell Road Suite 250, Alpharetta, GA 30022 |
| cr | + | Samnosh, LLC, The Gibson Law Group, 15400 Knoll Trail Drive, Suite 205, Dallas, TX 75248, UNITED STATES 75248-3465 |
| | | Sehnaz Aksoy, 300 Farnsworth Road, Waterville, OH 43566 |
| cr | + | State of Ohio-Dept of Taxation, Ohio Atty General, 150 E Gay St 21st Floor, Columbus, OH 43215-3191 |
| cr | + | USI Insurance Services LLC, c/o CT Corporation System, 4701 Cox Road, Suite 285, Glen Allen, VA 23060-6808 |
| cr | + | VM Petro, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Vault CS 100 Service LLC, Parkins & Rubio LLP, 700 Milam Street, Suite 1300, Houston, TX 77002-2736 |
| cr | + | Vision Financial Group, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Wayne Richoux, The Caluda Law Firm, 3232 Edenborn Avenue, Metairie, LA 70002, UNITED STATES 70002-4758 |
| cr | + | Zoom One, LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |

TOTAL: 77

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: jsn@hwa.com | Sep 11 2023 20:11:18 | Janet S. Northrup, 1201 Louisiana Street, 28th Floor, Houston, TX 77002-5607 |
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Sep 11 2023 20:10:00 | Bowie Central Appraisal District, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269., Round Rock, TX 78680-1269 |
| cr | | Email/Text: fileroom@rubin-levin.net | Sep 11 2023 20:11:00 | CAM-PL Cedar Rapids LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | | Email/Text: fileroom@rubin-levin.net | Sep 11 2023 20:11:00 | CAM-PL Cokeville LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | | Email/Text: fileroom@rubin-levin.net | Sep 11 2023 20:11:00 | CAM-PL Kansas City LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |

District/off: 0541-4 | User: ADIuser | Page 3 of 27
Date Rcvd: Sep 11, 2023 | Form ID: pdf002 | Total Noticed: 104

| cr | + Email/Text: bankruptcy.legalnotice@cityofmesquite.com | | |
|----|------|------|------|
| | | Sep 11 2023 20:10:00 | City of Mesquite, Grimes & Linebarger, LLP, 120 W. Main Suite 201, Mesquite, TX 75149-4224 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | Sep 11 2023 20:10:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K Turner, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Sep 11 2023 20:10:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | | |
| | | Sep 11 2023 20:10:00 | Fuel On Emporium LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | | |
| | | Sep 11 2023 20:10:00 | Fuel On St Mary's LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | Email/Text: brnotices@dor.ga.gov | | |
| | | Sep 11 2023 20:10:00 | Georgia Department of Revenue, 1800 Century Boulevard, NE, Atlanta, GA 30345 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Sep 11 2023 20:10:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Sep 11 2023 20:10:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | | |
| | | Sep 11 2023 20:11:00 | Indiana Department of Revenue, Bankruptcy Section, Room N-203, 100 North Senate Avenue, Indianapolis, IN 46204-2217 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | Sep 11 2023 20:10:00 | Irving ISD, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Sep 11 2023 20:10:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Sep 11 2023 20:10:00 | Liberty County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | | |
| | | Sep 11 2023 20:10:00 | Maan Corporation, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Sep 11 2023 20:10:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | | |
| | | Sep 11 2023 20:10:00 | NEPA Trading & Investments LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + Email/Text: Kurtzman@kurtzmansteady.com | | |
| | | Sep 11 2023 20:10:00 | NEPA Ventures LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + Email/Text: tammy.jones@oklahomacounty.org | | |
| | | Sep 11 2023 20:10:00 | Oklahoma County Treasurer, c/o Tammy Jones, 320 Ribert S. Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | | |
| | | Sep 11 2023 20:09:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + Email/Text: dallas.bankruptcy@LGBS.com | | |
| | | Sep 11 2023 20:10:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |

| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Sep 11 2023 20:10:00 | Texas City ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| intp | + Email/Text: bcd@oag.texas.gov | | |
| | | Sep 11 2023 20:09:00 | Texas Commission on Environmental Quality, c/o Office of Texas Attorney General, Bankruptcy and Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | ^ MEBN | | |
| | | Sep 11 2023 20:07:50 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + Email/Text: edinburgbankruptcy@pbfcm.com | | |
| | | Sep 11 2023 20:10:00 | Weslaco ISD and City of Weslaco, c/o Hiram Gutierrez, 2805 Fountain Plaza Blvd., Suite B, Edinburg, Tx 78539-8031 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Janet Northrup, Chapter 7 Trustee, |
| cr | | ADA Coca-Cola Bottling Company |
| cr | | AFN ABSPROP001, LLC |
| cr | | AKSOY LLC, 300 Farnsworth Road, Waterville |
| cr | | ARG E19PCK001, LLC |
| cr | | ARG MESMOAR001, LLC |
| cr | | ARG MEVNAAL001, LLC |
| intp | | Abrar Abid |
| cr | | Ada Coca-Cola Bottling Company |
| cr | | BFM Enterprises, LLC |
| cr | | BRVictory1, LLC |
| cr | | BRVictory2, LLC |
| cr | | Bank of Hope |
| intp | | Biren Patel |
| intp | | Blue Owl Real Estate Capital LLC (f/k/a Oak Street |
| cr | | Brazoria County, et al |
| cr | | CITGO Petroleum Corporation |
| cr | | CPSLOH Cleveland LLC |
| cr | | Cameron County |
| intp | | Chevron Products Company, a division of Chevron U. |
| cr | | City Of McAllen |
| cr | | Cross Oil Refining & Marketing |
| cr | | Dhan Maharjan |
| intp | | Doctor's Associates, LLC |
| cr | | Duckland, LLC |
| cr | | Durgha Properties, LLC |
| cr | | FTF Acquisitions Placeholder, LLC |
| cr | | Ford Motor Credit Company LLC |
| cr | | Fowler Property Investment LP |
| cr | | Giri Subramani |
| cr | | HASANALI & DILSHAD LLC, a Texas limited liability |
| cr | | HF Sinclair Refining & Marketing, LLC and Sinclair |
| cr | | Hidalgo County |
| cr | | Hunt Refining Company |
| cr | | ICC MOTOR FUEL I LLC |
| cr | | Joy Ricky, LLC |
| intp | | Jyotsnaben Ritesh Patel |
| intp | | KVS, LLC |
| cr | | KeyBank National Association |
| intp | | Keyur Rasikbhai Patel |
| op | | Kurtzman Carson Consultants LLC |

| | |
|---|---|
| cr | Lance & Nancy Ratto 2007 Revocable Trust |
| cr | Legacy Acquisitions, LLC |
| cr | MVI Facility Services, LLC |
| cr | MVI Field Services, LLC |
| cr | MVI Fuel Services, LLC |
| op | McCormick Landry Munoz PLLC |
| cr | McLane Company, Inc. |
| cr | Mex 1123 Lake LLC |
| cr | Mex Hayti, LLC |
| intp | Mohammad Sajjad |
| cr | Muy Grande, Inc. |
| cr | My Mother Inc. |
| intp | Nine Shell Gas Stations OK LLC, Dorsey & Whitney, C/o Rachel Stoian |
| cr | Oak Street Real Estate Capital, LLC |
| crcm | Official Committee Of Unsecured Creditors |
| cr | Pepsi-Cola Bottling Co. of McAlester, Inc. |
| cr | PepsiCo, Inc., PepsiCo Sales, Inc. and Frito-Lay N |
| cr | Persia Country Corner LLC |
| cr | Pilot Travel Centers LLC |
| cr | RVictory1, LLC |
| cr | RVictory2, LLC |
| cr | Raj Marathon LLC |
| cr | Rio Grande City Grulla ISD |
| intp | Ritesh Bhagwanbhai Patel |
| cr | Royal Exxon Investment Ltd. Co. |
| cr | Royal Stores LLC |
| cr | SHIV KTR LLC |
| intp | SL Alabama LLC |
| cr | SL Alabama LLC |
| intp | SL Louisiana LLC |
| cr | SL Louisiana LLC |
| cr | SRK Shreveport, LLC |
| cr | Schierl Sales Corp. |
| cr | Skarin Properties, LLC |
| cr | Spirit SPE Portfolio CA C-Stores, LLC |
| cr | Spring Branch Independent School District, et al |
| cr | Starr County |
| cr | Stephenson Wholesale Co. Inc. dba Indian Nation Wh |
| cr | Sunoco LLC |
| cr | Sunoco LP |
| cr | Sunoco Retail, LLC |
| cr | Sunoco, Inc. |
| cr | TWP1 USA LLC |
| cr | The Esaias Project, Inc. |
| cr | The Necessity Retail REIT Inc. |
| cr | Total Image Solutions, LLC |
| cr | United States Fueling Company LLC |
| cr | Valero Marketing and Supply Company |
| cr | Venkat Enterprises |
| intp | Vijaykumar Patel |
| intp | Viratkumar Patel |
| intp | Willkie Farr & Gallagher LLP |

TOTAL: 93 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0541-4          User: ADIuser          Page 6 of 27
Date Rcvd: Sep 11, 2023          Form ID: pdf002          Total Noticed: 104

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Edson | on behalf of Creditor HF Sinclair Refining & Marketing  LLC and Sinclair Oil LLC aedson@clarkhill.com, mina.alvarez@clarkhillstrasburger.com |
| Andrew Frank Dearing | on behalf of Creditor Georgia Department of Revenue adearing@law.ga.gov |
| Andrew I Silfen | on behalf of Creditor AFN ABSPROP001  LLC andrew.silfen@afslaw.com, lisa.indelicato@afslaw.com |
| Andrew I Silfen | on behalf of Creditor ARG MESMOAR001  LLC andrew.silfen@afslaw.com, lisa.indelicato@afslaw.com |
| Andrew I Silfen | on behalf of Creditor ARG MEVNAAL001  LLC andrew.silfen@afslaw.com, lisa.indelicato@afslaw.com |
| Andrew I Silfen | on behalf of Creditor The Necessity Retail REIT Inc. andrew.silfen@afslaw.com  lisa.indelicato@afslaw.com |
| Andrew I Silfen | on behalf of Creditor ARG E19PCK001  LLC andrew.silfen@afslaw.com, lisa.indelicato@afslaw.com |
| Annmarie Antoinette Chiarello | on behalf of Creditor CPSLOH Cleveland LLC achiarello@winstead.com  dgalindo@winstead.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW-MO-NMO LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor Lapalco Brothers No. 125  LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NE-NY-LI LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRG-LA  LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRG TC-SW LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NE-NY LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRG TC-SW-AR LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW-MI LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS SE-TN LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW-KS LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS SE-MS LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW-IA-WIA LLC ahassell@pszjlaw.com |
| Ayala Alexopoulos Hassell | on behalf of Debtor WHRGOPS NW-IA LLC ahassell@pszjlaw.com |

Ayala Alexopoulos Hassell
on behalf of Debtor WHRG TC-SE-SC LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRGOPS SE-SC LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRGOPS SE-MS-JACKSON LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRGOPS NW LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRGOPS NW-MO LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRGOPS SE-AL-NORTH LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRGOPS SE LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRGOPS NE LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRGOPS NE-PA LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRG TC-SW-LA LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRG TC-SE-AL LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRGOPS NW-WI LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRGOPS SE-TN-WTN LLC ahassell@pszjlaw.com

Ayala Alexopoulos Hassell
on behalf of Debtor WHRGOPS NW-WI-NWI LLC ahassell@pszjlaw.com

Benjamin F Marshall, IV
on behalf of Creditor Quick Check Mart  LLC kathy@bulldogtitle.com

Benjamin F Marshall, IV
on behalf of Creditor Quick Check Mart 2  LLC kathy@bulldogtitle.com

Benjamin Lawrence Wallen
on behalf of Debtor MEX RE-SE LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
on behalf of Debtor MEX RE-NE-PA LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
on behalf of Debtor WHRG TC-NE-PA LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
on behalf of Debtor MEX RE Holdings LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
on behalf of Debtor MEX RE-SW LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
on behalf of Debtor MEX RE-NW LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
on behalf of Debtor MEX RE-SE-FL LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
on behalf of Debtor MEX RE-NE-NJ LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
on behalf of Debtor MEX RE-NW-KS LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
on behalf of Debtor MEX RE-SW-LA LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
on behalf of Debtor MEX RE-NE LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen
on behalf of Debtor MEX RE-NW-MO LLC bwallen@pszjlaw.com  klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor Mountain Express Oil Company bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-SE-TN LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX North Alabama  LLC bwallen@pszjlaw.com, klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-SW-OK LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-SE-SC LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-SE-GA LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-NE-OH LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-SE-NC LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor WHRG TC-NE LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-NW-MN LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-SW-AR LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-NW-IA LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-SE-MS LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-NE-IN LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-SW-TX LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-SE-AL LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-NW-ND LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-NE-NY LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor Mountain Express Baking and Coffee Co. bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor WHRG TC-NW LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-NW-WI LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX Fuels SW-OK LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX RE-NE-NY-LI LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin Lawrence Wallen

on behalf of Debtor MEX Fuels SW-LA LLC bwallen@pszjlaw.com klabrada@pszjlaw.com

Benjamin W Kadden

on behalf of Defendant Mountain Express Oil Company bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden

on behalf of Defendant Sukhranjan Singh Multani bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff MEX Fuels SE-MS LLC bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff MEX Fuels SW-LA LLC bkadden@lawla.com  mnguyen@lawla.com

District/off: 0541-4                    User: ADIuser                              Page 9 of 27
Date Rcvd: Sep 11, 2023                 Form ID: pdf002                        Total Noticed: 104

Benjamin W Kadden
    on behalf of Debtor Mountain Express Oil Company bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Plaintiff MEX RE-SW-LA LLC bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Plaintiff MEX RE-SE-MS LLC bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden
    on behalf of Plaintiff Mountain Express Oil Company bkadden@lawla.com  mnguyen@lawla.com

Beth M Brownstein
    on behalf of Creditor ARG MEVNAAL001 LLC beth.brownstein@arentfox.com

Beth M Brownstein
    on behalf of Creditor ARG MESMOAR001 LLC beth.brownstein@arentfox.com

Beth M Brownstein
    on behalf of Creditor ARG E19PCK001 LLC beth.brownstein@arentfox.com

Beth M Brownstein
    on behalf of Creditor AFN ABSPROP001 LLC beth.brownstein@arentfox.com

Beth M Brownstein
    on behalf of Creditor The Necessity Retail REIT Inc. beth.brownstein@arentfox.com

Bradley Clay Knapp
    on behalf of Creditor Phillips 66 Company bknapp@lockelord.com  Yamille.Harrison@lockelord.com

Bradley L Drell
    on behalf of Interested Party KVS LLC bdrell@goldweems.com, ddrago@goldweems.com;slouviere@goldweems.com

Brandon Bell
    on behalf of Creditor McLane Company  Inc. bbell@hunton.com

Brandon Eric Benoit
    on behalf of Creditor Goose Creek Consolidate Independent School District and Lee College District bbenoit@rsg-llp.com
tax@rsg-llp.com,ejuarez@rsg-llp.com

Brent Strickland
    on behalf of Creditor CITGO Petroleum Corporation bstrickland@wtplaw.com

Brian John Wagner
    on behalf of Creditor FTF Acquisitions Placeholder LLC brian.wagner@kutakrock.com, mary.clark@kutakrock.com

Bruce J Ruzinsky
    on behalf of Creditor ExxonMobil Oil Corporation bruzinsky@jw.com  msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com

Charles R Gibbs
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors crgibbs@mwe.com
dnorthrop@mwe.com;cgreer@mwe.com;mpounds@mwe.com;jbishopjones@mwe.com

Christopher Dylla
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division Christopher.Dylla@azag.gov

Christopher M Staine
    on behalf of Creditor ADA Coca-Cola Bottling Company christopher.staine@crowedunlevy.com
ecf@crowedunlevy.com;elisa.weaver@crowedunlevy.com;sarah.prince@crowedunlevy.com

Christopher M Staine
    on behalf of Creditor Pepsi-Cola Bottling Co. of McAlester  Inc. christopher.staine@crowedunlevy.com,
ecf@crowedunlevy.com;elisa.weaver@crowedunlevy.com;sarah.prince@crowedunlevy.com

Christopher M Staine
    on behalf of Creditor Ada Coca-Cola Bottling Company christopher.staine@crowedunlevy.com
ecf@crowedunlevy.com;elisa.weaver@crowedunlevy.com;sarah.prince@crowedunlevy.com

Christopher R Kaup
    on behalf of Creditor Mesa Valley Housing Associates  LP crk@tblaw.com, crkdepartment@tblaw.com;bochoa@tblaw.com

Christopher Ross Travis
    on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov

Christopher V Arisco
    on behalf of Creditor Vision Financial Group  Inc. carisco@padfieldstout.com

Corey Evan Dunbar
    on behalf of Creditor Duckland LLC cdunbar@pivachlaw.com, tthriffiley@pivachlaw.com

Craig G Margulies
    on behalf of Creditor Skarin Properties LLC craig@marguliesfaithlaw.com,
Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithLaw.com

District/off: 0541-4
Date Rcvd: Sep 11, 2023

User: ADIuser
Form ID: pdf002

Page 10 of 27
Total Noticed: 104

Daniel J Ferretti
on behalf of Creditor Fowler Property Investment LP dferretti@bakerdonelson.com  joboyle@bakerdonelson.com

Daniel J. Gentry
on behalf of Creditor 5401 East Lloyd  LLC gentry@coollaw.com

David D Ferguson
on behalf of Creditor KeyBank National Association dferguson@polsinelli.com
tbackus@polsinelli.com;docketing@polsinelli.com

David M Neumann
on behalf of Creditor Mex Hayti  LLC dneumann@dneumann.com

David R Gibson
on behalf of Creditor Samnosh  LLC david.gibson@gibsonlawgroup.com

David R Gibson
on behalf of Plaintiff Samnosh  LLC david.gibson@gibsonlawgroup.com

David Samuel Rubin
on behalf of Creditor Community Coffee  L.L.C. David.Rubin@butlersnow.com

Deborah Daywood Williamson
on behalf of Creditor Valero Marketing and Supply Company dwilliamson@dykema.com  maraiza@dykema.com

Demetra Liggins
on behalf of Creditor Total Image Solutions  LLC dliggins@mcguirewoods.com, morand@mcguirewoods.com

Diane Wade Sanders
on behalf of Creditor Starr County austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor Rio Grande City Grulla ISD austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor City Of McAllen austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor Cameron County austin.bankruptcy@publicans.com

Diane Wade Sanders
on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Donald L Turbyfill
on behalf of Creditor Ford Motor Credit Company LLC dturbyfill@dntlaw.com

Emily S. Wall
on behalf of Creditor DBW Land Co  LLC ewall@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;ewall@ecf.courtdrive.com

Erin Elizabeth Jones
on behalf of Interested Party Christopher R/ Murray erin@jonesmurray.com  8597346420@filings.docketbird.com

Evan Gershbein
on behalf of Other Prof. Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com  ecfpleadings@kccllc.com

Fareed I Kaisani
on behalf of Creditor TWPI USA LLC fkaisani@pcrfirm.com  lmarczak@pcrfirm.com;mmartinez@pcrfirm.com

Fareed I Kaisani
on behalf of Creditor Royal Exxon Investment Ltd. Co. fkaisani@pcrfirm.com  lmarczak@pcrfirm.com;mmartinez@pcrfirm.com

Fareed I Kaisani
on behalf of Creditor Royal Stores LLC fkaisani@pcrfirm.com  lmarczak@pcrfirm.com;mmartinez@pcrfirm.com

Fareed I Kaisani
on behalf of Creditor My Mother Inc. fkaisani@pcrfirm.com  lmarczak@pcrfirm.com;mmartinez@pcrfirm.com

Fareed I Kaisani
on behalf of Creditor Raj Marathon LLC fkaisani@pcrfirm.com  lmarczak@pcrfirm.com;mmartinez@pcrfirm.com

Florence Bonaccorso-Saenz
on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Francisco Serrano Orozco, Jr
on behalf of Creditor Maryam Sabohi forozco@southtexaslegal.com

Francisco Serrano Orozco, Jr
on behalf of Creditor Persia Country Corner LLC forozco@southtexaslegal.com

H Joseph Acosta
on behalf of Interested Party Nine Shell Gas Stations OK LLC acosta.joseph@dorsey.com

Heather M Mathews

on behalf of Interested Party KVS  LLC hmathews@goldweems.com, ddrago@goldweems.com

Hector Duran, Jr

on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Hiram A Gutierrez

on behalf of Creditor Weslaco ISD and City of Weslaco edinburgbankruptcy@pbfcm.com  hidalgolegal@ecf.courtdrive.com

Hugh Massey Ray, III

on behalf of Interested Party Chevron Products Company  a division of Chevron U.S.A. Inc. hugh.ray@pillsburylaw.com,
bankruptcee@yahoo.com;nancy.jones@pillsburylaw.com;docket@pillsburylaw.com

J Mark Chevallier

on behalf of Creditor Schierl Sales Corp. mchevallier@mcslaw.com

J. Alexandra Rhim

on behalf of Creditor Realty Income Corporation arhim@hrhlaw.com

James Edward Rossow, Jr

on behalf of Creditor CAM-PL Cedar Rapids LLC jim@rubin-levin.net  mralph@rubin-levin.net

James Edward Rossow, Jr

on behalf of Creditor CAM-PL Kansas City LLC jim@rubin-levin.net  mralph@rubin-levin.net

James Edward Rossow, Jr

on behalf of Creditor CAM-PL Cokeville LLC jim@rubin-levin.net  mralph@rubin-levin.net

Jana Smith Whitworth

on behalf of U.S. Trustee US Trustee jana.whitworth@usdoj.gov

Janel Marie Glynn

on behalf of Creditor SRK Shreveport  LLC janel@theburgesslawgroup.com, angie@theburgesslawgroup.com

Janet S Casciato-Northrup

jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com

Janet S Casciato-Northrup

on behalf of Trustee Janet S. Northrup jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com

Janet S Casciato-Northrup

on behalf of Trustee Janet S Casciato-Northrup jln@hwa.com  jsn@trustesolutions.net;jsnorthrup@hwa.com;dek@hwa.com

Jason Smith

on behalf of Creditor DBW Land Co  LLC jsmith@hpblaw.com

Jason S Brookner

on behalf of Creditor ICC MOTOR FUEL I LLC jbrookner@grayreed.com  lwebb@grayreed.com

Jayson B. Ruff

on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeffrey Kurtzman

on behalf of Creditor NEPA Ventures LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor Fuel On Emporium LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor Maan Corporation kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor Fuel On St Mary's LLC kurtzman@kurtzmansteady.com

Jeffrey Kurtzman

on behalf of Creditor NEPA Trading & Investments LLC kurtzman@kurtzmansteady.com

Jeremy C. Kleinman

on behalf of Creditor PepsiCo  Inc., PepsiCo Sales, Inc. and Frito-Lay North America, Inc. jkleinman@fgllp.com,
csucic@fgllp.com

Jessica Board

on behalf of Interested Party Brew Oil  LLC jessica.board@heidmanlaw.com

John Douglas Elrod

on behalf of Interested Party First Horizon Bank  as Administrative Agent elrodj@gtlaw.com, fieldss@gtlaw.com

John F Higgins, IV

on behalf of Interested Party Blue Owl Real Estate Capital LLC (f/k/a Oak Street Real Estate Capital  LLC)
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Creditor Oak Street Real Estate Capital  LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Kendrick Turner
on behalf of Creditor Irving ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
on behalf of Creditor Dallas County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
on behalf of Creditor Tarrant County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Kendrick Turner
on behalf of Creditor City of Mesquite john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John P Melko
on behalf of Creditor SASS Petroleum LLC jmelko@foley.com
rdiep@foley.com;john-melko-2781@ecf.pacerpro.com;docketflow@foley.com

Jonathan Robert Patton
on behalf of Creditor United States Fueling Company LLC jpatton@tillotsonlaw.com

Jorge Garcia
on behalf of Creditor USI Insurance Services LLC jorge.garcia@saul.com

Joseph Frank
on behalf of Creditor PepsiCo  Inc., PepsiCo Sales, Inc. and Frito-Lay North America, Inc. jfrank@fgllp.com,
csucic@fgllp.com;csmith@fgllp.com

Joseph Swartz
on behalf of Creditor PA Dept of Revenue ra-occbankruptcy2@state.pa.us

Joseph T Bernstein
on behalf of Creditor SL Alabama LLC jtb@msbfirm.com

Joseph T Bernstein
on behalf of Interested Party SL Louisiana LLC jtb@msbfirm.com

Joseph T Bernstein
on behalf of Creditor SL Louisiana LLC jtb@msbfirm.com

Joseph T Bernstein
on behalf of Interested Party SL Alabama LLC jtb@msbfirm.com

Joshua Lee Shepherd
on behalf of Creditor Aftermarket Sales & Consulting  LLC jshepherd@qslwm.com, dcruz@qslwm.com

Joshua Lee Shepherd
on behalf of Creditor LJM5903 Properties  LLC jshepherd@qslwm.com, dcruz@qslwm.com

Joshua W. Wolfshohl
on behalf of Trustee Janet S Casciato-Northrup jwolfshohl@porterhedges.com
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joshua W. Wolfshohl
on behalf of Trustee Janet Northrup  Chapter 7 Trustee, jwolfshohl@porterhedges.com,
egarfias@porterhedges.com;ysanders@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Julie Anne Parsons
on behalf of Creditor Bowie Central Appraisal District jparsons@mvbalaw.com
vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Karl Daniel Burrer
on behalf of Creditor AFN ABSPROP001  LLC burrerk@gtlaw.com, jamrokg@gtlaw.com,

Kelsey Elizabeth Hodgdon
on behalf of Creditor KeyBank National Association khodgdon@polsinelli.com
tbackus@polsinelli.com;docketing@polsinelli.com

Kimberly A Walsh
on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov,
sherri.simpson@oag.texas.gov

Kristin Radwanick
on behalf of Creditor State of Ohio-Dept of Taxation Kristin.Radwanick@OhioAGO.gov

Kyle L Dickson
on behalf of Creditor The Esaias Project  Inc. kdickson@murray-lobb.com, mgarcia@murray-lobb.com

Larry Glenn Ball
on behalf of Defendant Imperial Reliance LLC lball@hallestill.com  tbeams@hallestill.com

Larry Glenn Ball
on behalf of Defendant Mohammad Sajjad lball@hallestill.com  tbeams@hallestill.com

Larry Glenn Ball

on behalf of Interested Party Viratkumar Patel lball@hallestill.com  tbeams@hallestill.com

Larry Glenn Ball

on behalf of Creditor BRVictory1  LLC lball@hallestill.com, tbeams@hallestill.com

Larry Glenn Ball

on behalf of Creditor RVictory2  LLC lball@hallestill.com, tbeams@hallestill.com

Larry Glenn Ball

on behalf of Defendant Imperial Capital LLC lball@hallestill.com  tbeams@hallestill.com

Larry Glenn Ball

on behalf of Defendant Abrar Abid lball@hallestill.com  tbeams@hallestill.com

Larry Glenn Ball

on behalf of Creditor Imperial Capital LLC lball@hallestill.com  tbeams@hallestill.com

Larry Glenn Ball

on behalf of Interested Party Jyotsnaben Ritesh Patel lball@hallestill.com  tbeams@hallestill.com

Larry Glenn Ball

on behalf of Interested Party Mohammad Sajjad lball@hallestill.com  tbeams@hallestill.com

Larry Glenn Ball

on behalf of Creditor BRVictory2  LLC lball@hallestill.com, tbeams@hallestill.com

Larry Glenn Ball

on behalf of Interested Party Abrar Abid lball@hallestill.com  tbeams@hallestill.com

Larry Glenn Ball

on behalf of Creditor Imperial Reliance LLC lball@hallestill.com  tbeams@hallestill.com

Larry Glenn Ball

on behalf of Interested Party Biren Patel lball@hallestill.com  tbeams@hallestill.com

Larry Glenn Ball

on behalf of Interested Party Ritesh Bhagwanbhai Patel lball@hallestill.com  tbeams@hallestill.com

Laurie A. Landry Munoz

on behalf of Other Prof. McCormick Landry Munoz PLLC laurie@mmtxtrial.com
david@mmtxtrial.com,viviana@mmtxtrial.com

Lenard M. Parkins

on behalf of Creditor Vault CS 100 Service LLC lparkins@parkinsrubio.com
9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com

Leslie Beth Baskin

on behalf of Creditor Connect Express  LLC lbaskin@lawsgr.com, klove@sgrvlaw.com

Lindsey Marie Johnson

on behalf of Creditor Amynta Surety Solutions ljohnson@loopergoodwine.com  pgoodwine@loopergoodwine.com

Lloyd A. Lim

on behalf of Defendant GSS Holdings LA LLC lloyd.lim@keanmiller.com
rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;smckitt@balch.com;michelle.friery@keanmiller.com;vanessa.gonzalez@keanmiller.com

Lloyd A. Lim

on behalf of Defendant GSS Holdings 1 LLC lloyd.lim@keanmiller.com
rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;smckitt@balch.com;michelle.friery@keanmiller.com;vanessa.gonzalez@keanmiller.com

Lloyd A. Lim

on behalf of Counter-Claimant SS Foodmart 1 LLC lloyd.lim@keanmiller.com
rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;smckitt@balch.com;michelle.friery@keanmiller.com;vanessa.gonzalez@keanmiller.com

Lloyd A. Lim

on behalf of Defendant GSS Holdings LLC lloyd.lim@keanmiller.com
rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;smckitt@balch.com;michelle.friery@keanmiller.com;vanessa.gonzalez@keanmiller.com

Lloyd A. Lim

on behalf of Counter-Claimant SS Foodmart LLC lloyd.lim@keanmiller.com
rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;smckitt@balch.com;michelle.friery@keanmiller.com;vanessa.gonzalez@keanmiller.com

Lloyd A. Lim

on behalf of Creditor Fox Fuels Retail Group  LLC lloyd.lim@keanmiller.com,
rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;smckitt@balch.com;michelle.friery@keanmiller.com;vanessa.gonzalez@keanmiller.com

Lloyd A. Lim

District/off: 0541-4
Date Rcvd: Sep 11, 2023

User: ADIuser
Form ID: pdf002

Page 14 of 27
Total Noticed: 104

|   |   |
|---|---|
| | on behalf of Creditor GSS Holdings LA  LLC and Sukhranjan Multani lloyd.lim@keanmiller.com, rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;smckitt@balch.com;michelle.friery@keanmiller.com;vanessa.gonzalez@keanmiller.com |
| Lloyd A. Lim | |
| | on behalf of Defendant Sukhranjan Singh Multani lloyd.lim@keanmiller.com rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;smckitt@balch.com;michelle.friery@keanmiller.com;vanessa.gonzalez@keanmiller.com |
| Maegan Quejada | |
| | on behalf of Creditor Pilot Travel Centers LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com |
| Maegan Quejada | |
| | on behalf of Creditor Hunt Refining Company mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com |
| Manolo R Santiago | |
| | on behalf of Interested Party MEX 1992 ELM  LLC ecf@herrinlaw.com |
| Marcus Alan Helt | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mhelt@mwe.com marcus-helt-5389@ecf.pacerpro.com |
| Mark A Craige | |
| | on behalf of Creditor Pepsi-Cola Bottling Co. of McAlester  Inc. mark.craige@crowedunlevy.com, lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com |
| Mark Alan Platt | |
| | on behalf of Creditor Marathon Petroleum Company LP mplatt@fbtlaw.com  dwilliams@fbtlaw.com;mluna@fbtlaw.com |
| Mark H Ralston | |
| | on behalf of Creditor Mex 1123 Lake LLC mralston@fishmanjackson.com sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com |
| Mary C Turke | |
| | on behalf of Creditor SCS Sentry LLC mary@turkestrauss.com |
| Matthew Ferrell | |
| | on behalf of Creditor Crawford Oil Company  Inc. matt@johnsonschneider.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Brothers Belle Chasse  L.L.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor WHRG TC-NW-MO LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor WHRG TC-SE-AL LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor MEX Fuels SE-TN LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Mountain Express Oil Company mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor WHRG TC-NW-WY LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Webster P II L.L.C. mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Brothers Petroleum  L.L.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor Alabama Terminal Property  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor 13289 Old Hammond Highway LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor MEX RE-SE-FL LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor WHRG TC-NW-ND LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor MEX Fuels NE-KY LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |
| Maxim Boris Litvak | |
| | on behalf of Debtor B&T Petroleum LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com |

Maxim Boris Litvak

on behalf of Debtor MEX Fuels NW LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG TC-NE-PA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG Retail Ops LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor 4915 Westbank Expwy LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels SE-MS LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG TC LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG TC-SW-LA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG TC-SE-SC LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG TC-NW-KS LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels SE LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Spartan Tank Management LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX RE-SE-NC LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG TC-NW-IA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor West Hill Ranch Group LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels NE-NJ LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX RE-SE-SC LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX RE-SE-MS LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Mississippi MEX Company  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Madison Auto Truck Plaza and Lucky Dollar Casino  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG TC-NE LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG TC-SE LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG TC-SW-AR LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRGOPS NW-WI-NWI LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Avondale Brothers No 128 LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels SW-OK LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels SW-LA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Brothers Stonebridge  Inc. mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels NE LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels NW-MO LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Brothers Carol Sue  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels SE-GA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX RE-SE-GA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG-LA2  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels NE-NY LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG TC-NW LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Mountain Express Ethanol Company mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels NE-OH LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Mountain Express Oil Company Southeast  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels NE-IL LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG-LA  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor 4940 Groom Road  L.L.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor 9410 Greenwell Springs  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor 5310 Flannery Road  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX North Alabama  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor 4662 GDD LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Avondale Investments  L.L.C. mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor 8692 River Road  LLC mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Brothers I-10 Service Road  Inc. mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WebsterP L.L.C. mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels NE-IN LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Brothers Expressway  Inc. mlitvak@pszjlaw.com, hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX Fuels NW-IA LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor MEX RE-SE-AL LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor WHRG TC-SW LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Maxim Boris Litvak

on behalf of Debtor Consolidated HR Services LLC mlitvak@pszjlaw.com  hphan@pszjlaw.com

Melissa E Valdez

on behalf of Creditor Liberty County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Texas City ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Galveston County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Starr County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Brazoria County  et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Tarrant County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Weslaco ISD and City of Weslaco mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Matagorda County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Dallas County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Fort Bend County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Hidalgo County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Jefferson County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor City of Mesquite mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Harris County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Irving ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Rio Grande City Grulla ISD mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Spring Branch Independent School District  et al mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor City Of McAllen mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Melissa E Valdez

on behalf of Creditor Cameron County mvaldez@pbfcm.com  mvaldez@ecf.courtdrive.com

Michael Gilmore

on behalf of Creditor Imperial Capital LLC mgilmore@haywardfirm.com

Michael Gilmore

on behalf of Creditor Imperial Reliance LLC mgilmore@haywardfirm.com

Michael D Warner

on behalf of Debtor WHRGOPS NW-MO LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner

on behalf of Debtor WHRGOPS SW LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner

on behalf of Debtor 4520 Jefferson Highway LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner

on behalf of Debtor Mountain Express Ethanol Company mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner

on behalf of Debtor MEX RE-SW-AR LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner

on behalf of Debtor WHRGOPS SW-TX-DALLAS LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner

on behalf of Debtor MEX Fuels NE-KY LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

District/off: 0541-4                          User: ADIuser                                    Page 18 of 27
Date Rcvd: Sep 11, 2023                      Form ID: pdf002                                  Total Noticed: 104

Michael D Warner
     on behalf of Debtor 2850 Belle Chasse Hgwy LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor MEX RE-NE-NY-LI LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor WHRGOPS SE-TN LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor Alabama Terminal Property  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor MEX RE-NW-KS LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor Mountain Express Baking and Coffee Co. mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor WHRGOPS SW-AR-NWAR LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor WHRG TC-NE-PA LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor Mountain Express Oil Company Southeast  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor MEX RE-SW-TX LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor MEX Fuels NE LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor MEX Fuels NE-IL LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor WHRGOPS SE-TN-WTN LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor MEX RE-SE-TN LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor 300 Lee Drive LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor WHRGOPS NE-NY LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor 1227 Veterans  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor WHRGOPS NW-KS LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor MEX Fuels SE-MS LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor Lapalco Brothers No. 125  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor MEX RE-SW LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor MEX RE-SE-AL LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor WHRGOPS NW-IA LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor WHRGOPS SE-MS-JACKSON LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor WHRGOPS SW-OK LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor 3049 Loyola Drive LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor WHRG TC-NW-IA LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
     on behalf of Debtor MEX Fuels NE-OH LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

District/off: 0541-4          User: ADIuser          Page 19 of 27
Date Rcvd: Sep 11, 2023          Form ID: pdf002          Total Noticed: 104

Michael D Warner
       on behalf of Debtor South Claiborne Operation LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor 1600 Manhattan Blvd  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor 1308 Jefferson Davis LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor WHRG TC-NW-MO LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor MEX Fuels NE-IN LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor WHRGOPS NW-WI LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor WHRG-LA2  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor Newton Brothers  Inc mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor WHRGOPS SE-SC LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor MEX Fuels NE-NY LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor WHRGOPS SE-MS LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor WHRGOPS NE LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor 798 Jean Lafitte  L.L.C. mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor Consolidated HR Services LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor WHRG TC-SW LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor Webster P II L.L.C. mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor Star Mountain Express  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor 4408 S. I-10 Service Road LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor MEX RE-NE-IN LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor Crowder Brothers  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor WHRGOPS SE-AL-NORTH LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor B&T Petroleum LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor 4115 Airline Hgwy.  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor WHRGOPS NW LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor WHRG-LA  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor WHRGOPS NW-WI-NWI LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor MEX Fuels NW-MO LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
       on behalf of Debtor MEX North Alabama  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor MEX RE-SE-FL LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor West Hill Ranch Group LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS SW-TX LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor MEX Fuels SE LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS NW-MI LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor MEX RE-SW-LA LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRG TC-SE-AL LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS NW-IA-WIA LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor 2601 Gen. Degaulle LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor Exxon General Degaulle  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor MEX RE-NW-MN LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor 2698 Barataria Blvd LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRG TC-NW-ND LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS NE-NY-LI LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor MEX RE-SE-SC LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor MEX RE Holdings LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor MEX RE-SE-MS LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor MEX RE-NE-NY LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS NE-PA LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor MEX Fuels SE-GA LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRG Retail Ops LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WebsterP L.L.C. mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS NW-MO-NMO LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor Gause Operation  L.L.C. mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRGOPS SW-AR LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor Brothers Terry Parkway  Inc. mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor Madison Auto Truck Plaza and Lucky Dollar Casino  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
    on behalf of Debtor WHRG TC LLC mwarner@pszjlaw.com  klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor MEX Fuels NE-NJ LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor Mississippi MEX Company  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor MEX Fuels NW-IA LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor MEX Fuels LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor WHRG TC-NW-KS LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor 2701 Canal Street LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor Spartan Tank Management LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor Jamie Boulevard  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor MEX Fuels NW LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor Mountain Express Oil Company mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor MEX Fuels SW LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor 1200 Wego LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor WHRG TC-SW-LA LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor WHRGOPS SW-TX-STX LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor Texas MEX Limited Company  LLC mwarner@pszjlaw.com, klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor WHRG TC-SW-AR LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor WHRGOPS SW-OK-OKC LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor WHRGOPS SE LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor MEX RE-SW-OK LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael D Warner
      on behalf of Debtor MEX Fuels SE-TN LLC mwarner@pszjlaw.com   klabrada@pszjlaw.com

Michael P Cooley
      on behalf of Creditor Spirit SPE Portfolio CA C-Stores  LLC mpcooley@reedsmith.com,
      Anixon@reedsmith.com;ahinson@reedsmith.com

Michaela Christine Crocker
      on behalf of Creditor Sunoco LLC michaela.crocker@katten.com

Michaela Christine Crocker
      on behalf of Creditor Sunoco  Inc. michaela.crocker@katten.com

Michaela Christine Crocker
      on behalf of Creditor Sunoco LP michaela.crocker@katten.com

Michaela Christine Crocker
      on behalf of Creditor Sunoco Retail  LLC michaela.crocker@katten.com

Misty A Segura
      on behalf of Creditor Ozarks Coca-Cola/Dr Pepper Bottling Company msegura@spencerfane.com

Nathaniel Peter Holzer
      on behalf of Creditor HASANALI & DILSHAD LLC  a Texas limited liability comany pete@npholzerlaw.com

Nicholas Zugaro

District/off: 0541-4                      User: ADIuser                         Page 22 of 27
Date Rcvd: Sep 11, 2023                   Form ID: pdf002                        Total Noticed: 104

on behalf of Creditor Valero Marketing and Supply Company NZugaro@dykema.com
Twheeler@dykema.com;DocketHOU@dykema.com

Norman A Abood
on behalf of Creditor CF Gas Store LLC norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Jouneih LLC norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Jounieh 2 LLC norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Sehnaz Aksoy norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Venkat Enterprises norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Harlem Food Mart and Vape LLC norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor AKSOY LLC norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Erkut Aksoy norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Giri Subramani norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Christine Fanous norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Broadway Express LLC norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Claude Enterprises LLC norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Jouneih 3 LLC norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor Jounieh 3 LLC norman@nabood.com  martha@nabood.com

Norman A Abood
on behalf of Creditor 2 Quick Stop Shop LLC norman@nabood.com  martha@nabood.com

Omer F Kuebel, III
on behalf of Creditor BFM Enterprises  LLC rkuebel@lockelord.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Interested Party Brothers Avondale LLC rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Interested Party Brothers Lapalco  LLC rkuebel@lockelord.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Creditor Imperial Trading Company  LLC rkuebel@lockelord.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III
on behalf of Interested Party BFM Operations  LLC rkuebel@lockelord.com, Yamille.harrison@lockelord.com

Patricia Jean Friesinger
on behalf of Creditor 5401 East Lloyd  LLC friesinger@coollaw.com, farris@coollaw.com

Paul J Battista
on behalf of Interested Party Doctor's Associates  LLC pbattista@gjb-law.com,
cascavone@venable.com;jnunez@venable.com;imalcolm@venable.com

Paul Joseph Goodwine
on behalf of Creditor Amynta Surety Solutions pgoodwine@loopergoodwine.com
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Rachel Thompson Kubanda
on behalf of Creditor Ad Hoc C-Store Operators rachel.kubanda@keanmiller.com
kskelton@balch.com;michelle.friery@keanmiller.com;mack.wilson@keanmiller.com;vanessa.gonzalez@keanmiller.com

Ricardo Gilb
on behalf of Interested Party Jubilee Alliance  Inc. gilb@khlawfirm.com

Ricardo Gilb
on behalf of Interested Party Karma Alliance  Inc. gilb@khlawfirm.com

Robert John Caluda
on behalf of Creditor Wayne Richoux rcaluda@rcaluda.com

Robert P Franke
on behalf of Creditor Cross Oil Refining & Marketing bfranke@clarkhill.com malvarez@clarkhill.com;ahornisher@clarkhill.com

Roma N Desai
on behalf of Interested Party Texas Commission on Environmental Quality roma.desai@oag.texas.gov

Ronald A Simank
on behalf of Creditor Muy Grande Inc. rsimank@cctxlaw.com

Ronald E Gold
on behalf of Creditor Marathon Petroleum Company LP rgold@fbtlaw.com
awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com

Ronald Gene Steen, Jr
on behalf of Creditor MVI Field Services LLC ronn.steen@thompsonburton.com

Ronald Gene Steen, Jr
on behalf of Creditor MVI Fuel Services LLC ronn.steen@thompsonburton.com

Ronald Gene Steen, Jr
on behalf of Creditor MVI Facility Services LLC ronn.steen@thompsonburton.com

Ronald Lee Turbyfill, Jr
on behalf of Creditor Ford Motor Credit Company LLC lturbyfill@dntlaw.com janie@dntlaw.com

Sean B Davis
on behalf of Creditor CPSLOH Cleveland LLC sbdavis@winstead.com mmingo@winstead.com

Shari L Heyen
on behalf of Interested Party First Horizon Bank as Administrative Agent heyens@gtlaw.com, jamrokg@gtlaw.com

Simon Richard Mayer
on behalf of Interested Party BFM Operations LLC simon.mayer@lockelord.com, Autodocket@lockelord.com

Simon Richard Mayer
on behalf of Interested Party Brothers Lapalco LLC simon.mayer@lockelord.com, Autodocket@lockelord.com

Simon Richard Mayer
on behalf of Interested Party Brothers Avondale LLC simon.mayer@lockelord.com Autodocket@lockelord.com

Simon Richard Mayer
on behalf of Creditor BFM Enterprises LLC simon.mayer@lockelord.com, Autodocket@lockelord.com

Stephen R. Butler
on behalf of Creditor TN Dept of Revenue agbanktexas@ag.tn.gov

Steven Kushner
on behalf of Creditor SASS Petroleum LLC skushner@fellab.com
skushner@ecf.courtdrive.com;e-filings@fellab.com;kconklin@fellab.com;legalassistant2@fellab.com

Steven N Serajeddini
on behalf of Creditor Oak Street Real Estate Capital LLC steven.serajeddini@kirkland.com,
anne.wallice@kirkland.com;jaimie.fedell@kirkland.com;rachael.bazinski@kirkland.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Steven William Golden
on behalf of Debtor 1200 Wego LLC sgolden@pszjlaw.com lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor Brothers Petroleum L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor 2601 Gen. Degaulle LLC sgolden@pszjlaw.com lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor Newton Brothers Inc sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor 13289 Old Hammond Highway LLC sgolden@pszjlaw.com lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor Brothers Belle Chasse L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor Brothers I-10 Service Road Inc. sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor 9410 Greenwell Springs LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor 4115 Airline Hgwy. LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com

District/off: 0541-4
Date Rcvd: Sep 11, 2023
User: ADIuser
Form ID: pdf002
Page 24 of 27
Total Noticed: 104

Steven William Golden

on behalf of Debtor 4408 S. I-10 Service Road LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor WHRGOPS SW-OK-OKC LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor South Claiborne Operation LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor Jamie Boulevard  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 300 Lee Drive LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor Brothers Expressway  Inc. sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 4940 Groom Road  L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 8692 River Road  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 5310 Flannery Road  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 2850 Belle Chasse Hgwy LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 1308 Jefferson Davis LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor Avondale Brothers No 128 LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor Crowder Brothers  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor Gause Operation  L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor WHRGOPS SW-OK LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor Brothers Carol Sue  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor WHRGOPS SW-AR LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 1227 Veterans  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 2698 Barataria Blvd LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor Brothers Stonebridge  Inc. sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 4520 Jefferson Highway LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 1600 Manhattan Blvd  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor Brothers Terry Parkway  Inc. sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 798 Jean Lafitte  L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor WHRGOPS SW-AR-NWAR LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor Exxon General Degaulle  LLC sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 3049 Loyola Drive LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden

on behalf of Debtor 4662 GDD LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

District/off: 0541-4       User: ADIuser       Page 25 of 27

Date Rcvd: Sep 11, 2023       Form ID: pdf002       Total Noticed: 104

Steven William Golden
on behalf of Debtor WHRGOPS SW-TX-DALLAS LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor Avondale Investments  L.L.C. sgolden@pszjlaw.com, lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor WHRGOPS SW LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor 4915 Westbank Expwy LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor 2701 Canal Street LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor WHRGOPS SW-TX LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor WHRGOPS SW-TX-STX LLC sgolden@pszjlaw.com  lcanty@pszjlaw.com

Steven William Golden
on behalf of Debtor Mountain Express Oil Company sgolden@pszjlaw.com  lcanty@pszjlaw.com

Susan Tran Adams
on behalf of Creditor Riverdale Fuel  Inc. stran@ts-llp.com,
stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor MVI Fuel Services  LLC stran@ts-llp.com,
stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor Monto Food Mart Inc. stran@ts-llp.com
stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor American 1 Gas Inc. stran@ts-llp.com
stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor VM Petro  Inc. stran@ts-llp.com, stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor Peach Kountry LLC stran@ts-llp.com
stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor Zoom One  LLC stran@ts-llp.com, stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor MVI Facility Services  LLC stran@ts-llp.com,
stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor POC USA Inc. stran@ts-llp.com  stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor Prime Petro  Inc. stran@ts-llp.com, stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor Commack Fuel Inc. stran@ts-llp.com
stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor Broadway Fuel  Inc. stran@ts-llp.com,
stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor MVI Field Services  LLC stran@ts-llp.com,
stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan Tran Adams
on behalf of Creditor 5401 East Lloyd  LLC stran@ts-llp.com,
stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan C Mathews
on behalf of Creditor 4Court Leasing LLC smathews@bakerdonelson.com  bellender@bakerdonelson.com

Susan C Mathews
on behalf of Creditor 4Court Imaging LLC smathews@bakerdonelson.com  bellender@bakerdonelson.com

Susan C Mathews

on behalf of Creditor 4Court Holdings LLC smathews@bakerdonelson.com  bellender@bakerdonelson.com

Susan C Mathews

on behalf of Creditor 4Court Solutions LLC smathews@bakerdonelson.com  bellender@bakerdonelson.com

T. Josh Judd

on behalf of Creditor Lance & Nancy Ratto 2007 Revocable Trust jjudd@andrewsmyers.com  sray@andrewsmyers.com

T. Josh Judd

on behalf of Creditor Legacy Acquisitions  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

Tami J Hines

on behalf of Creditor Stephenson Wholesale Co. Inc. dba Indian Nation Wholesale thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Creditor RVictory1  LLC thines@hallestill.com, tbeams@hallestill.com

Tami J Hines

on behalf of Interested Party Mohammad Sajjad thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Interested Party Viratkumar Patel thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Interested Party Vijaykumar Patel thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Creditor Durgha Properties  LLC thines@hallestill.com, tbeams@hallestill.com

Tami J Hines

on behalf of Creditor BRVictory2  LLC thines@hallestill.com, tbeams@hallestill.com

Tami J Hines

on behalf of Creditor BRVictory1  LLC thines@hallestill.com, tbeams@hallestill.com

Tami J Hines

on behalf of Creditor Imperial Reliance LLC thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Defendant Imperial Capital LLC thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Defendant Mohammad Sajjad thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Creditor RVictory2  LLC thines@hallestill.com, tbeams@hallestill.com

Tami J Hines

on behalf of Defendant Abrar Abid thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Interested Party Abrar Abid thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Interested Party Biren Patel thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Creditor Joy Ricky  LLC thines@hallestill.com, tbeams@hallestill.com

Tami J Hines

on behalf of Interested Party Ritesh Bhagwanbhai Patel thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Interested Party Keyur Rasikbhai Patel thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Interested Party Jyotsnaben Ritesh Patel thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Creditor Imperial Capital LLC thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Defendant Imperial Reliance LLC thines@hallestill.com  tbeams@hallestill.com

Tami J Hines

on behalf of Creditor SHIV KTR LLC thines@hallestill.com  tbeams@hallestill.com

Tara L Grundemeier

on behalf of Creditor Tarrant County houston_bankruptcy@lgbs.com

Tara L Grundemeier

on behalf of Creditor Texas City ISD houston_bankruptcy@lgbs.com

District/off: 0541-4                          User: ADIuser                              Page 27 of 27
Date Rcvd: Sep 11, 2023                   Form ID: pdf002                         Total Noticed: 104

Tara L Grundemeier
                on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Rio Grande City Grulla ISD houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Brazoria County  et al houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Liberty County houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Weslaco ISD and City of Weslaco houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Irving ISD houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Starr County houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor City Of McAllen houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor City of Mesquite houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Cameron County houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Hidalgo County houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Matagorda County houston_bankruptcy@lgbs.com

Tara L Grundemeier
                on behalf of Creditor Dallas County houston_bankruptcy@lgbs.com

Taylre Janak
                on behalf of Creditor Spirit SPE Portfolio CA C-Stores  LLC tjanak@reedsmith.com,
                anixon@reedsmith.com;ahinson@reedsmith.com

Timothy Thriffiley
                on behalf of Creditor Duckland  LLC tthriffiley@pivachlaw.com

US Trustee
                USTPRegion07.HU.ECF@USDOJ.GOV

Walter E. Brock, Jr
                on behalf of Attorney Walter Brock mariana.cancel@youngmoorelaw.com brett.cosgrove@youngmoorelaw.com

William S. Brody
                on behalf of Creditor Bank of Hope wbrody@buchalter.com  dbodkin@buchalter.com;docket@buchalter.com


TOTAL: 580