IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 23-90147-H5-7 |
| MOUNTAIN EXPRESS OIL COMPANY | § |
| | § (Chapter 7) |
| DEBTOR | § |

### NOTICE OF INTENTION TO ABANDON PROPERTY OF THE ESTATE

**THIS NOTICE SEEKS ACTION THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE NOTICE, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 15 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE RELIEF SOUGHT, SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE NOTICE AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE NOTICE AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO: THE UNITED STATES TRUSTEE, DEBTOR AND PARTIES IN INTEREST:

**NOTICE** pursuant to 11 U.S.C. § 554(a) is hereby given that Janet S. Northrup, Trustee for the estate intends to abandon the following property because it has inconsequential value or would be burdensome to the estate:

The Estate's interest in a certain Sponsorship Agreement between Mountain Express Oil Company (the "Debtor") and New Orleans Louisiana Saints, LLC which became affective April 19, 2022 and whose terms were scheduled to run through March 31, 2025, together with the Estate's interest in a certain Caesars Superdome Suite Use Agreement between the Debtor and New Orleans Louisiana Saints, LLC which became affective April 19, 2022 and whose terms were scheduled to run through March 31, 2025, (the "Agreements").

The Trustee has determined in her business judgment that the creditors of the Estate would not benefit from the Debtor continuing to perform its obligations under the Agreements. Therefore, these assets are burdensome to the Estate and deemed abandoned by the Trustee.

3104335_1

If there is no objection, this abandonment will be deemed to have taken place fifteen (15) days after service of this Notice.

DATED:  September 14, 2023

BY:  /s/ Janet S. Northrup
Janet S. Northrup, Trustee
Three Allen Center
333 Clay Street, 29th Floor
Houston, Texas  77002
(713) 328-2831 Telephone
(713) 759-6834 Fax
jln@hwa.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Intention to Abandon Property of the Estate* has been served on parties receiving ECF notice via ECF in the above referenced case on this 14th day of September, 2013.

/s/ Janet S. Northrup
Janet S. Northrup, Trustee

3104335_1