United States Courts
Southern District of Texas
FILED
SEP 18 2023
Nathan Ochsner, Clerk of Court

# zenbusiness

September 8, 2023

Mountain Express Oil Company, et al

% KCC

222 N Pacific Coast Highway, Ste 300

El Segundo, CA 90245

In Re: Mountain Express Oil Company, et al. // (Case No.) 2390147

To whom it may concern:

On behalf of Registered Agents, Inc., an outsourced registered agent service provider for certain ZenBusiness Inc. customer accounts, Registered Agents, Inc. is not the registered agent for Askoy LLC. Please refer to the Ohio Secretary of State site.

Thank you,

Regan Gentry

Compliance Specialist

CC: United States Bankruptcy Court, Southern District Of Texas, 515 Rusk Street, Houston, TX 77002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered) |

## NOTICE OF RESCHEDULED AUCTION FOR THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF ANY AND ALL CLAIMS, INTERESTS, AND ENCUMBRANCES

PLEASE TAKE NOTICE that on June 22, 2023, the Court entered the *Order (I) Approving Bid Procedures for Sale of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures* [Docket No. 701] (the "Bid Procedures Order")[2].

PLEASE TAKE FURTHER NOTICE that on June 26, 2023, the Debtors filed the *Notice of Auction for the Sale of the Debtors Assets Free and Clear of Any and All Claims, Interests, and Encumbrances* [Docket No. 701] (the "Auction Notice"), which set June 28, 2023 as the date the Debtors intend to conduct the Auction.

PLEASE TAKE FURTHER NOTICE that prior to the July 21, 2023 Bid Deadline established pursuant to Bid Procedures Order, the Debtors have received fourteen (14) separate bids for some or all of the Debtors' assets. The Debtors and their professionals are working with such prospective purchasers to qualify their bids pursuant to the terms of the Bid Procedures Order and have determined that rescheduling the Auction will maximize value of the Debtors' assets. Accordingly, the auction will be held on **August 2, 2023** commencing at **9:00 a.m. (Eastern Time)** at the offices of Raymond James & Associates at 320 Park Ave. 12th Floor, New York, NY 10022.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bid Procedures order, copies of this *Notice of Rescheduled Auction for the Sale of the Debtors' Assets Free and Clear of any and All Claims, Interests, and Encumbrances* ("Sale Notice") will be served upon the Sale Notice Parties: (a) the Office of the United States Trustee for the Southern District of Texas; (b) counsel to the Official Committee of Unsecured Creditors, McDermott Will & Emery LLP, Attn: Maris J. Kandestin (mkandestin@mwe.com), Chuck Gibbs (crgibbs@mwe.com), Marcus Helt (mhelt@mwe.com); (c) counsel to the DIP Agent, Greenberg Traurig, LLP, Attn: John D. Elrod,

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Bid Procedures Order.

1

DOCS_LA:350246.1 58614/002

Esq. (elrodj@gtlaw.com) and Shari Heyen, Esq. (heyens@gtlaw.com); (d) the state Attorneys General for states in which the Debtors conduct business; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission; (g) the Environmental Protection Agency and similar state agencies for states in which the Debtors conduct business; (h) all known holders of liens, encumbrances, and other claims secured by the Assets; (i) all known creditors of the Debtors; (j) each governmental agency that is an interested party with respect to the Sale and transactions proposed thereunder; (k) any party that has requested notice pursuant to Bankruptcy Rule 2002; (l) all parties that have formally expressed an interest in potentially bidding upon some or all of the Assets; and (m) any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d).

Dated: July 26, 2023

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Michael D. Warner
Michael D. Warner (SBT 00792304)
Steven W. Golden (SBT 24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
sgolden@pszjlaw.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Jeffrey W. Dulberg (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com
jdulberg@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

/s/ Michael D. Warner
Michael D. Warner



ZenBusiness Inc.
5511 Parkcrest Drive, Suite 103
Austin, Texas 78731

SACRAMENTO CA 957
8 SEP 2023 PM 5 L

KURTZMAN CARSON CONSULTANTS

RECEIVED
SEP 1 2 2023

Mountain Express Oil Company, et al
% KCC
222 N Pacific Coast Highway, Ste 300
El Segundo, CA 90245