| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 2023-90147 |
|---|---|---|---|

Mountain Express Oil Company, debtor

*versus*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John W. Reeves<br>Law Office of Jeffrey L. Weinstein<br>225 Broadway, 38th Floor<br>New York, NY 10007<br>646-239-4374<br>j.weinstein@jlwlawoffices.com<br>2638161 |
|---|---|

| Name of party applicant seeks to appear for: | Sophigor, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/14/2023 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**          This lawyer is admitted *pro hac vice.*

Dated: _____         _____
                                                                                          United States District Judge