**"SERVICE LIST"**

| | | |
|---|---|---|
| **Alabama Attorney General**<br>Attn Bankruptcy Department<br>501 Washington Ave<br>PO Box 300152<br>Montgomery, AL 36104-0152<br>consumerinterest@Alabamaag.gov | **Alabama Dept of Environmental Mgmt**<br>Office of General Counsel<br>1400 Coliseum Blvd<br>Montgomery, AL 36110-2400<br>ogcmail@adem.alabama.gov | **Andrews Myers, P.C.**<br>T. Josh Judd<br>1885 Saint James Place, 15th Floor<br>Houston, TX 77056<br>jjudd@andrewsmyers.com |
| **ArentFox Schiff LLP**<br>Andrew I. Silfen, Beth M. Brownstein<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>andrew.silfen@afslaw.com;<br>beth.brownstein@afslaw.com | **Arizona Attorney General**<br>Attn Bankruptcy Department<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926<br>BCEIntake@azag.gov | **Arizona Attorney General's Office - CSS**<br>Attn Bankruptcy Department<br>PO Box 6123<br>MD 7611<br>Phoenix, AZ 85005-6123 |
| **Arizona Dept of Environmental Quality**<br>1110 W. Washington St.<br>Phoenix, AZ 85007<br>slade.edwin@azdeq.gov | **Arkansas Attorney General**<br>Attn Bankruptcy Department<br>323 Center St. Ste 200<br>Little Rock, AR 72201-2610<br>OAG@ArkansasAG.gov | **Arkansas Dept Environmental Protection**<br>Arkansas Department of Environmental Quality<br>5301 Northshore Drive<br>North Little Rock, AR 72118-5317 |
| **Attorney General's Office - Bankruptcy & Collections Div**<br>Kimberly A. Walsh, Assistant AG<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>bk-kwalsh@texasattorneygeneral.gov | **Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**<br>Daniel J. Ferretti<br>1301 McKinney, Suite 3700<br>Houston, TX 77010<br>dferretti@bakerdonelson.com | **BancorpSouth Bank**<br>PO Box 14100<br>Monroe, LA 71207 |
| **Bank of Hope**<br>3200 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90010 | **BB&T Commercial Equipment Capital**<br>2 Great Valley Parkway<br>Suite 300<br>Malvern, PA 19355 | **Berger Singerman LLP**<br>Paul Singerman, Esq.<br>1450 Brickell Ave., Suite 1900<br>Miami, FL 33131<br>singerman@bergersingerman.com |
| **Blue Owl**<br>399 Park Avenue, 37th FL<br>New York, NY 10022 | **Buchalter**<br>Khaled Tarazi<br>15279 N. Scottsdale Road, Suite 400<br>Scottsdale, AZ 85254<br>ktarazi@buchalter.com | **Buchalter, A Professional Corporation**<br>William S. Brody<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-1730<br>wbrody@buchalter.com |
| **Bureau of Land Management**<br>Oil & Gas Program<br>1849 C Street NW<br>Washington, DC 20240 | **Bureau of Safety and Environmental Enforcement**<br>1849 C Street, NW<br>Washington, DC 20240<br>karla.marshall@bsee.gov | **Cadence Bank, NA**<br>1349 W Peachtree St NW Ste 100<br>Atlanta, GA 30309-2919 |
| **California Attorney General**<br>Attn Bankruptcy Department<br>1300 I St., Ste. 1740<br>Sacramento, CA 95814-2919 | **California Environmental Protection Agency**<br>Headquarters Building<br>1001 I Street<br>P.O. Box 2815<br>Sacramento, CA 95814 | **Cary Oil Co., Inc.**<br>110 MacKenan Drive<br>Suite 300<br>Cary, NC 27511 |
| **Cary Oil Co., Inc.**<br>110 MacKenan Drive<br>Cary, NC 27511<br>info@caryoil.com | **Clark Hill PLC**<br>Robert P. Franke, Andrew G. Edson, Audrey L. Hornisher<br>901 Main Street, Suite 6000<br>Dallas, TX 75202-3794<br>bfranke@clarkhill.com;<br>aedson@clarkhill.com;<br>ahornisher@clarkhill.com | **Coca-Cola Bottling Company United, Inc.**<br>Stephen Wood<br>4600 East Lake Boulevard<br>Birmingham, AL 35217 |
| **Colorado Attorney General**<br>Attn Bankruptcy Department<br>Ralph L Carr Colorado Judicial Building<br>1300 Broadway, 10th Fl<br>Denver, CO 80203<br>attorney.general@coag.gov | **Colorado Dept of Health & Environment**<br>4300 Cherry Creek Dr South<br>Denver, CO 80246-1530<br>cdphe.information@state.co.us | **Crowe & Dunlevy, A Professional Corporation**<br>Christopher M. Staine<br>2525 McKinnon St., Suite 425<br>Dallas, TX 75201<br>christopher.staine@crowedunlevy.com |

## "SERVICE LIST"

| | | |
|---|---|---|
| **Crowe & Dunlevy, A Professional Corporation**<br>Mark A. Craige<br>222 N. Detroit Ave., Suite 600<br>Tulsa, OK 74120<br>mark.craige@crowedunlevy.com | **CT Corporation System, Representative**<br>330 N. Brand Blvd. Ste 700<br>Attn SPRD<br>Glendale, CA 91203 | **Department of Conservation**<br>715 P Street, MS 1803<br>Sacramento, CA 95814<br>calgem_webmaster@conservation.ca.gov |
| **Devlin, Naylor & Turbyfill, P.L.L.C.**<br>Donald L. Turbyfill, R. Lee Turbyfill<br>5120 Woodway Drive, Suite 9000<br>Houston, TX 77056-1725<br>dturbyfill@dntlaw.com;<br>lturbyfill@dntlaw.com | **Duckland, LLC**<br>c/o Corey E. Dunbar, Esq.<br>Pivach, Pivach, Thriffiley & Dunbar, LLC<br>8311 Highway 23, Suite 104<br>Belle Chasse, LA 70037<br>cdunbar@pivachlaw.com | **Dykema Gossett, PLLC**<br>Deborah Williamson<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>Dwilliamson@dykema.com |
| **Dykema Gossett, PLLC**<br>Nichols Zugaro<br>1401 McKinney Street, Suite 1625<br>Houston, TX 77010<br>Nzugaro@dykema.com | **Energy & Commerce Committee**<br>2125 Rayburn House Office Building<br>Washington, DC 20515 | **Environmental Protection Agency**<br>5 Post Office Square<br>Suite 100<br>Boston, MA 02109-3912 |
| **Environmental Protection Agency**<br>290 Broadway<br>New York, NY 10007-1866 | **Environmental Protection Agency**<br>Four Penn Center<br>1600 JFK Blvd.<br>Philadelphia, PA 19103-2029 | **Environmental Protection Agency**<br>Atlanta Federal Center<br>61 Forsyth Street SW<br>Atlanta, GA 30303-3104 |
| **Environmental Protection Agency**<br>77 West Jackson Blvd.<br>Chicago, IL 60604-3507 | **Environmental Protection Agency**<br>11201 Renner Blvd<br>Lenexa, KS 66219 | **Environmental Protection Agency**<br>1595 Wynkoop Street<br>Denver, CO 80202-1129<br>r8eisc@epa.gov |
| **Environmental Protection Agency**<br>75 Hawthorne Street<br>San Francisco, CA 94105<br>r9.info@epa.gov | **Environmental Protection Agency**<br>1200 Sixth Ave<br>Suite 155<br>Seattle, WA 98101 | **ExxonMobil Corp.**<br>3225 Gallows Road<br>Fairfax, VA 22037 |
| **Federal Energy Regulatory Commission**<br>888 First Street, NE<br>Washington, DC 20426<br>customer@ferc.gov | **Fellows LaBriola LLP**<br>Steven M. Kushner, Esq.<br>233 Peachtree Street, N.E.<br>Suite 2400 Harris Tower<br>Peachtree Center<br>Atlanta, GA 30303<br>skushner@fellab.com | **First Commonwealth Equipment Finance**<br>A Div. of First Commonwealth Bank<br>200 Berwyn Park, Ste 310<br>Berwyn, PA 19312 |
| **Florida Attorney General**<br>Attn Bankruptcy Department<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050<br>citizenservices@myfloridalegal.com;<br>oag.civil.eserve@myfloridalegal.com | **Florida Dept of Environmental Protection**<br>3900 Commonwealth Blvd<br>Tallahassee, FL 32399-3000<br>Public.Services@FloridaDEP.gov | **Frost Brown Todd LLP**<br>Mark A. Platt<br>2101 Cedar Spring Road, Suite 900<br>Dallas, TX 75201<br>mplatt@fbtlaw.com |
| **Frost Brown Todd LLP**<br>Ronald E. Gold, Esq<br>301 East Fourth Street<br>3300 Great American Tower<br>Cincinnati, OH 45202<br>rgold@fbtlaw.com | **Frost Brown Todd LLP**<br>Ronald E. Gold, Esq<br>4400 Post Oak Parkway<br>Suite 2850<br>Houston, TX 77027<br>rgold@fbtlaw.com | **Georgia Attorney General**<br>Attn Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300<br>Agcarr@law.ga.gov |
| **Georgia Department of Natural Resources**<br>Environmental Protection Division<br>2 Martin Luther King Jr Drive, SE<br>Suite 1456 - East Tower<br>Atlanta, GA 30334 | **Gold, Weems, Bruser, Sues & Rundell**<br>Bradley L. Drell, Heather M. Mathews<br>P. O. Box 6118<br>Alexandria, LA 71307-6118<br>bdrell@goldweems.com;<br>hmathews@goldweems.com | **Gray Reed**<br>Jason S. Brookner, Micheal W. Bishop<br>1300 Post Oak Boulevard, Suite 2000<br>Houston, TX 77056<br>jbrookner@grayreed.com;<br>mbishop@grayreed.com |

**"SERVICE LIST"**

| | | |
|---|---|---|
| **Greenberg Traurig, LLP**<br>Cara Kelly<br>300 West Sixth Street, Suite 2050<br>Austin, TX 78701<br>Cara.Kelly@gtlaw.com | **Greenberg Traurig, LLP**<br>John Elrod, Steven Rosenwasser<br>3333 Piedmont Road NE, Suite 2500<br>Terminus 200<br>Atlanta, GA 30305<br>elrodj@gtlaw.com;<br>Steven.Rosenwasser@gtlaw.com | **Greenberg Traurig, LLP**<br>Karl D. Burrer<br>1000 Louisiana, Suite 6700<br>Houston, TX 77002<br>BurrerK@gtlaw.com |
| **Greenberg Traurig, LLP**<br>Shari L. Heyen<br>1000 Louisiana, Suite 6700<br>Houston, TX 77002<br>Shari.Heyen@gtlaw.com | **Greensfelder, Hemker & Gale, P.C.**<br>Randall F. Scherck<br>10 South Broadway, Suite 2000<br>St. Louis, MO 63102<br>rscherck@greensfelder.com | **Grimes & Linebarger, LLP**<br>John K. Turner<br>120 W. Main, Suite 201<br>Mesquite, TX 75149<br>dallas.bankruptcy@lgbs.com |
| **Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.**<br>Tami J. Hines, Larry G. Ball<br>100 North Broadway, Suite 2900<br>Oklahoma City, OK 73102-8865<br>thines@hallestill.com;<br>lball@hallestill.com | **Hancock Whitney Bank**<br>PO Box 211269<br>Montgomery, AL 36121 | **Hemar, Rousso & Heald, LLP**<br>J. Alexandra Rhim<br>15910 Ventura Boulevard, 12th Floor<br>Encino, CA 91436-2829<br>arhim@hrhlaw.com |
| **Hughes Watters & Askanase, LLP**<br>Janet S. Northrup<br>Total Plaza, 1201 Louisiana Street<br>Houston, TX 77002<br>jnorthrup@hwa.com | **Hunton Andrews Kurth LLP**<br>Brandon Bell<br>600 Travis Street, Suite 4200<br>Houston, TX 77002<br>bbell@HuntonAK.com | **Hunton Andrews Kurth LLP**<br>Gregory G. Hesse<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202<br>ghesse@HuntonAK.com |
| **IberiaBank, as Administrative Agent**<br>11 East Greenway Plaza<br>Suite 2700<br>Houston, TX 77046 | **Illinois Attorney General**<br>Attn Bankruptcy Department<br>James R. Thompson Ctr<br>100 W. Randolph St.<br>Chicago, IL 60601<br>attorney_general@atg.state.il.us;<br>michelle@lisamadigan.org | **Illinois Environmental Protection Agency**<br>1021 North Grand Ave East<br>PO Box 19276<br>Springfield, IL 62794-9276<br>EPA.ContactUs@illinois.gov |
| **Indiana Attorney General**<br>Attn Bankruptcy Department<br>Indiana Govt Center South<br>302 West Washington St 5th Fl<br>Indianapolis, IN 46204<br>info@atg.in.gov | **Indiana Dept of Environmental Mgmt**<br>Office of Legal Counsel<br>100 North Senate Ave<br>Indianapolis, IN 46204-2251<br>psbadger@idem.in.gov | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | **Iowa Attorney General**<br>Attn Bankruptcy Department<br>Hoover State Office Bldg<br>1305 E. Walnut Street<br>Des Moines, IA 50319<br>IDR.Bankruptcy@ag.iowa.gov | **Iowa Dept of Natural Resources**<br>Wallace State Office Building<br>502 East 9th Street, 4th Floor<br>Des Moines, IA 50319-0034 |
| **Jackson Walker L.L.P.**<br>Bruce J. Ruzinsky<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010<br>bruzinsky@jw.com | **Jones Murray LLP**<br>Erin Jones<br>602 Sawyer St., Suite 400<br>Houston, TX 77007<br>erin@jonesmurray.com | **Kansas Attorney General**<br>Attn Bankruptcy Department<br>120 SW 10th Ave., 2nd Fl<br>Topeka, KS 66612-1597 |
| **Kansas Dept of Health and Environment**<br>Charles Curtis State Office Building<br>1000 SW Jackson<br>Topeka, KS 66612 | **Katten Muchin Rosenman LLP**<br>John E. Mitchell, Michaela C. Crocker, Yelena E. Archiyan<br>2121 N. Pearl St., Suite 1100<br>Dallas, TX 75201<br>john.mitchell@katten.com;<br>michaela.crocker@katten.com;<br>Yelena.archiyan@katten.com | **KCC**<br>Sydney Reitzel<br>222 N Pacific Coast Highway<br>Suite 300<br>El Segundo, CA 90245<br>MtnExpOilinfo@kccllc.com |
| **Kean Miller LLP**<br>Lloyd A. Lim, Rachel Thompson Kubanda, Michelle V. Friery<br>711 Louisiana Street, Suite 1800<br>Houston, TX 77002<br>Lloyd.Lim@keanmiller.com;<br>Rachel.Kubanda@keanmiller.com;<br>Michelle.Friery@keanmiller.com | **Kentucky Attorney General**<br>Attn Bankruptcy Department<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601-3449<br>attorney.general@ag.ky.gov | **Kentucky Dept for Environmental Protection**<br>300 Sower Blvd, 2nd Floor<br>Frankfort, KY 40601<br>envhelp@ky.gov |

**"SERVICE LIST"**

| | | |
|---|---|---|
| **Kirkland & Ellis LLP**<br>Benjamin Kurtz, David Rosenberg, Ashley L. Surinak<br>300 North La Salle<br>Chicago, IL 60654<br>benjamin.kurtz@kirkland.com;<br>david.rosenberg@kirkland.com;<br>ashley.surinak@kirkland.com | **Kirkland & Ellis LLP**<br>Steven Serajeddini, P.C., Joshua Greenblatt, P.C.<br>601 Lexington Ave.<br>New York, NY 10022<br>steven.serajeddini@kirkland.com;<br>josh.greenblatt@kirkland.com | **Krevolin & Horst, LLC**<br>Ricardo A. Gilb<br>1201 West Peachtree Street, NW<br>3250 One Atlantic Center<br>Atlanta, GA 30309<br>Gilb@khlawfirm.com |
| **Kurtzman Steady, LLC**<br>Jeffrey Kurtzman<br>101 N. Washington, Suite 4A<br>Margate, NJ 08402<br>kurtzman@kurtzmansteady.com | **Linebarger Goggan Blair & Sampson, LLP**<br>Diane W. Sanders<br>PO Box 17428<br>Austin, TX 78760-7428<br>austin.bankruptcy@lgbs.com | **Linebarger Goggan Blair & Sampson, LLP**<br>John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207<br>dallas.bankruptcy@lgbs.com |
| **Linebarger Goggan Blair & Sampson, LLP**<br>Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@lgbs.com | **Locke Lord LLP**<br>Bradley C. Knapp<br>601 Poydras St., Suite 2660<br>New Orleans, LA 70130<br>bknapp@lockelord.com | **Locke Lord LLP**<br>Jason M. Cerise<br>601 Poydras St., Suite 2660<br>New Orleans, LA 70130<br>jcerise@lockelord.com |
| **Locke Lord LLP**<br>Omer F. Kuebel, III<br>601 Poydras St., Suite 2660<br>New Orleans, LA 70130<br>rkuebel@lockelord.com | **Locke Lord LLP**<br>Philip G. Eisenberg<br>600 Travis Street, Suite 2800<br>Houston, TX 77002<br>peisenberg@lockelord.com | **Looper Goodwine P.C.**<br>Paul J. Goodwine, Lindsey M. Johnson<br>650 Poydras Street, Suite 2400<br>New Orleans, LA 70130<br>pgoodwine@loopergoodwine.com;<br>ljohnson@loopergoodwine.com |
| **Louisiana Attorney General**<br>Attn Bankruptcy Department<br>PO Box Box 94005<br>Baton Rouge, LA 70804<br>Executive@ag.louisiana.gov;<br>ConstituentServices@ag.louisiana.gov | **Louisiana Dept of Environmental Quality**<br>602 North Fifth Street<br>Baton Rouge, LA 70802<br>webmaster-deq@la.gov | **Maryland Attorney General**<br>Attn Bankruptcy Department<br>200 St. Paul Place<br>Baltimore, MD 21202-2202<br>oag@oag.state.md.us |
| **Maryland Dept of the Environment**<br>1800 Washington Blvd<br>Baltimore, MD 21230<br>mde.webmaster@maryland.gov | **McCreary, Veselka, Bragg & Allen, P.C.**<br>Julie Anne Parsons<br>P. O. Box 1269<br>Round Rock, TX 78680-1269<br>jparsons@mvbalaw.com | **McDermott Will & Emery LLP**<br>Charles R. Gibbs, Marcus A. Helt, Jane A. Gerber<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201-1664<br>crgibbs@mwe.com;<br>mhelt@mwe.com;<br>jagerber@mwe.com |
| **McDermott Will & Emery LLP**<br>Maris J. Kandestin<br>1007 North Orange Street, 10th Floor<br>The Nemours Building<br>Wilmington, DE 19801<br>mkandestin@mwe.com | **McGuire Woods**<br>John H. Maddock, III<br>800 East Canal Street<br>Gateway Plaza<br>Richmond, VA 23219<br>jmaddock@mcguirewoods.com | **McGuireWoods LLP**<br>Demetra Liggins, Andrew C. Papa<br>845 Texas Ave., 24th Floor<br>Houston, TX 77002<br>dliggins@mcguirewoods.com;<br>apapa@mcguirewoods.com |
| **McGuireWoods LLP**<br>John H. Maddock III, Jacob M. Weiss<br>Gateway Plaza<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>jmaddock@mcguirewoods.com;<br>jmweiss@mcguirewoods.com | **Michigan Attorney General**<br>Attn Bankruptcy Department<br>G. Mennen Williams Building<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909<br>miag@michigan.gov | **Michigan Dept of Environmental Quality**<br>Constitution Hall<br>525 W Allegan Street<br>PO Box 30473<br>Lansing, MI 48909-7973<br>EGLE-Assist@Michigan.gov |
| **Minnesota Attorney General**<br>Attn Bankruptcy Department<br>445 Minnesota St Suite 1400<br>St Paul, MN 55101-2131<br>ag.replies@ag.state.mn.us | **Minnesota Pollution Control Agency**<br>520 Lafayette Rd North<br>St Paul, MN 55155-4194<br>info.pca@state.mn.us | **Mississippi Attorney General**<br>Attn Bankruptcy Department<br>Walter Sillers Building<br>550 High St Ste 1200<br>Jackson, MS 39201 |
| **Mississippi Dept of Environmental Quality**<br>Legal Division<br>515 E. Amite St<br>Jackson, MS 39201 | **Missouri Attorney General**<br>Attn Bankruptcy Department<br>Supreme Court Bldg<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65101<br>attorney.general@ago.mo.gov | **Missouri Dept of Natural Resources**<br>Division of Environmental Quality<br>1101 Riverside Drive<br>PO Box 176<br>Jefferson City, MO 65102<br>contact@dnr.mo.gov |

**"SERVICE LIST"**

| | | |
|---|---|---|
| **MoneyGram Payment Systems Inc.**<br>1550 Utica Ave. South<br>Suite 100<br>Minneapolis, MN 55416 | **Mountain Express Oil Company**<br>Michael Healy, CRO<br>3650 Mansell Road, Suite 250<br>Alpharetta, GA 30022<br>michael.healy@fticonsulting.com | **Murray Lobb, PLLC**<br>Kyle L. Dickson<br>2200 Space Park Drive, Suite 350<br>Houston, TX 77058<br>kdickson@murray-lobb.com |
| **National Institute of Standards and Technology**<br>100 Bureau Drive, Stop 2600<br>Gaithersburg, MD 20899-2600<br>owm@nist.gov | **Navitas Credit Corp.**<br>201 Executive Center Drive<br>Suite 100<br>Columbia, SC 29210 | **Nebraska Attorney General**<br>Attn Bankruptcy Department<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509<br>NEDOJ@nebraska.gov;<br>Ago.info.help@nebraska.gov |
| **Nebraska Department of Environment & Energy**<br>PO Box 98922<br>Lincoln, NE 68509-8922<br>ndee.moreinfo@nebraska.gov;<br>ndeq.moreinfo@nebraska.gov | **NEPA Trading & Investments, LLC**<br>Fuel on St. Mary's LLC<br>100 N. Wilkes Barre Blvd., Ste 322<br>Wilkes Barre, PA 18702 | **Nevada Attorney General**<br>Attn Bankruptcy Department<br>Old Supreme Ct. Bldg.<br>100 N. Carson St<br>Carson City, NV 89701<br>AgInfo@ag.nv.gov |
| **Nevada Dept of Conservation & Natural Resources**<br>Division of Environmental Protection<br>901 S. Stewart St Suite 1003<br>Carson City, NV 89701-5249 | **New Jersey Attorney General**<br>Attn Bankruptcy Department<br>Richard J. Hughes Justice Complex<br>25 Market St<br>PO Box 080<br>Trenton, NJ 08625-0080<br>Heather.Anderson@law.njoag.gov;<br>NJAG.ElectronicService.CivilMatters@law.njoag.gov | **New Jersey Dept of Environmental Protection**<br>401 East State St.<br>Trenton, NJ 08625 |
| **New Mexico Attorney General**<br>Attn Bankruptcy Department<br>408 Galisteo St<br>Villagra Building<br>Santa Fe, NM 87501 | **New Mexico Environment Dept**<br>Harold Runnels Building<br>1190 St Francis Drive Suite N4050<br>Santa Fe, NM 87505 | **New York Attorney General**<br>Attn Bankruptcy Department<br>Office of the Attorney General<br>The Capitol, 2nd Fl.<br>Albany, NY 12224-0341<br>Louis.Testa@ag.ny.gov;<br>letitia.james@ag.ny.gov |
| **New York Dept of Environmental Conservation**<br>625 Broadway<br>Albany, NY 12233-0001 | **North Carolina Attorney General**<br>Attn Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001<br>ncago@ncdoj.gov | **North Carolina Dept of Environment & Natl Resources**<br>Mail Service Center 1601<br>Raleigh, NC 27699-1601<br>lisa.tolley@ncdenr.gov;<br>marty.wiggins@ncdenr.gov |
| **North Dakota Attorney General**<br>Attn Bankruptcy Department<br>600 E. Boulevard Ave.<br>Dept 125<br>Bismarck, ND 58505-0040<br>ndag@nd.gov | **North Dakota Department of Health**<br>Department of Environmental Quality<br>4201 Normandy Street<br>Bismarck, ND 58503-1324<br>deq@nd.gov | **Oak Street, a Division of Blue Owl**<br>Michael Reiter, Jared Sheiker, Stash Rowley<br>399 Park Avenue, 37th Flr.<br>New York, NY 10022 |
| **Office of the Attorney General of Texas**<br>Roma N. Desai, Sean T. Flynn<br>P. O. Box 12548, Capitol Station<br>Bankruptcy & Collections Division<br>Austin, TX 78711-2548<br>roma.desai@oag.texas.gov;<br>sean.flynn@oag.texas.gov | **Ohio Attorney General**<br>Attn Bankruptcy Department<br>30 E. Broad St. 14th Fl<br>Columbus, OH 43215-0410<br>Kristin.Radwanick@OhioAGO.gov | **Ohio Attorney General**<br>Kristin Radwanick, Assistant Attorney General<br>Collections Enforcement Section<br>8040 Hosbrook Road, Suite 300<br>Cincinnati, OH 45236<br>Kristin.Radwanick@OhioAGO.gov |
| **Ohio Environmental Protection Agency**<br>50 West Town Street<br>Suite 700<br>Columbus, OH 43215<br>web.requests@epa.ohio.gov | **Oklahoma Attorney General**<br>Attn Bankruptcy Department<br>313 NE 21st St<br>Oklahoma City, OK 73105<br>ConsumerProtection@oag.ok.gov | **Oklahoma Corporation Commission**<br>Oil & Gas Division<br>2101 North Lincoln Blvd<br>Oklahoma City, OK 73105 |
| **Oklahoma County Treasurer**<br>Tammy Jones<br>320 Robert S. Kerr, Room 307<br>Oklahoma City, OK 73102<br>tammy.jones@oklahomacounty.org | **Oklahoma Dept of Environmental Quality**<br>PO Box 1677<br>Oklahoma City, OK 73101-1677 | **Pachulski Stang Ziehl & Jones LLP**<br>Jeffrey N. Pomerantz, Jeffrey W. Dulberg,<br>Benjamin L. Wallen<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>jpomerantz@pszjlaw.com;<br>jdulberg@pszjlaw.com;<br>bwallen@pszjlaw.com |

## "SERVICE LIST"

| | | |
|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP**<br>Michael D. Warner, Steven W. Golden<br>440 Louisiana Street, Suite 900<br>Houston, TX 77002<br>mwarner@pszjlaw.com;<br>sgolden@pszjlaw.com | **Padfield & Stout, L.L.P.**<br>Christopher V. Arisco, Mark W. Stout<br>420 Throckmorton Street, Suite 1210<br>Fort Worth, TX 76102<br>mstout@padfieldstout.com;<br>carisco@padfieldstout.com | **Parkins & Rubio LLP**<br>Lenard M. Parkins, Charles M. Rubio<br>700 Milam, Suite 1300<br>Pennzoil Place<br>Houston, TX 77002<br>lparkins@parkinsrubio.com;<br>crubio@parkinsrubio.com |
| **Pennsylvania Attorney General**<br>Attn Bankruptcy Department<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>info@attorneygeneral.gov | **Pennsylvania Dept of Environmental Protection**<br>Bureau of Waste Management<br>14th Floor Rachel Carson State Office Building<br>PO Box 69170<br>Harrisburg, PA 17106-9170<br>ra-hazwaste@pa.gov | **Perdue, Brandon, Fielder, Collins & Mott, L.L.P.**<br>Hiram Gutierrez<br>2805 Fountain Plaza Blvd., Suite B<br>Edinburg, TX 78539<br>edinburgbankruptcy@pbfcm.com |
| **Perdue, Brandon, Fielder, Collins & Mott, L.L.P.**<br>Melissa E. Valdez<br>1235 North Loop West<br>Suite 600<br>Houston, TX 77008<br>mvaldez@pbfcm.com | **Pillsbury Winthrop Shaw Pittman LLP**<br>Hugh M. Ray, III<br>909 Fannin, Suite 2000<br>Two Houston Center<br>Houston, TX 77010-1028<br>Hugh.Ray@pillsburylaw.com | **Pinnacle Bank**<br>P.O. Box 430<br>Elberton, GA 30635 |
| **Platt Cheema Richmond PLLC**<br>Fareed Kaisani, William S. Richmond, Robert A. Hawkins<br>1201 N. Riverfront Blvd., Suite 150<br>Dallas, TX 75207<br>fkaisani@pcrfirm.com;<br>brichmond@pcrfirm.com;<br>bhawkins@pcrfirm.com | **Porter Hedges LLP**<br>John F. Higgins, Megan N. Young-John<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br>jhiggins@porterhedges.com;<br>myoung-john@porterhedges.com | **Quilling, Selander, Lownds, Winslett & Moser, P.C.**<br>Joshua L. Shepherd<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201<br>jshepherd@qslwm.com |
| **Reed Smith LLP**<br>Keith M. Aurzada, Michael P. Cooley<br>2850 N. Harwood Street, Suite 1500<br>Dallas, TX 75201<br>kaurzada@reedsmith.com;<br>mpcooley@reedsmith.com | **Reid, Strickland & Gillette, L.L.P.**<br>Brandon E. Benoit<br>PO Box 809<br>Baytown, TX 77522-0809 | **Saul Ewing LLP**<br>Jorge Garcia<br>701 Brickell Avenue, Suite 1700<br>Miami, FL 33131<br>jorge.garcia@saul.com |
| **Securities & Exchange Commission**<br>Fort Worth Regional Office<br>801 Cherry Street, Suite 1900, Unit 18<br>Fort Worth, TX 76102<br>dfw@sec.gov | **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov | **Sidley Austin LLP**<br>Duston K. McFaul, Maegan Quejada<br>1000 Louisiana St., Suite 5900<br>Houston, TX 77002<br>dmcfaul@sidley.com;<br>mquejada@sidley.com |
| **Sidley Austin LLP**<br>Robert Velevis, Chelsea McManus<br>2021 McKinney Ave, Suite 2000<br>Dallas, TX 75201<br>rvelevis@sidley.com;<br>cmcmanus@sidley.com | **Sinclair Oil LLC**<br>550 E. South Temple<br>Salt Lake City, UT 84102 | **South Carolina Attorney General**<br>Attn Bankruptcy Department<br>P.O. Box 11549<br>Columbia, SC 29211<br>bankruptcy@scag.gov |
| **South Carolina Dept of Health & Environment**<br>2600 Bull St<br>Columbia, SC 29201<br>info@dhec.sc.gov | **South State Bank**<br>1101 First St South, Suite 202<br>Winter Haven, FL 33880 | **Sumitomo Mitsui Finance and Leasing Co., Ltd.**<br>666 Third Avenue<br>8th Floor<br>New York, NY 10017 |
| **Synovus Bank**<br>1148 Broadway<br>Columbus, GA 31901 | **TCF National Bank**<br>1110 Wayzata Blvd.<br>Suite 801<br>Minnetonka, MN 55305 | **Tennessee Attorney General**<br>Attn Bankruptcy Department<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>agattorneys@ag.tn.gov |
| **Tennessee Dept of Environment & Conservation**<br>312 Rosa L. Parks Ave<br>Tenessee Tower 2nd Floor<br>Nashville, TN 37243 | **Texas Attorney General**<br>Attn Bankruptcy Department<br>300 W. 15th St<br>Austin, TX 78701<br>bankruptcytax@oag.texas.gov;<br>communications@oag.texas.gov | **Texas Commission on Environmental Quality**<br>Office of the Commissioner<br>12100 Park 35 Circle<br>Austin, TX 78753<br>info@tceq.texas.gov |

## "SERVICE LIST"

| | | |
|---|---|---|
| **Texas Commission on Environmental Quality**<br>TCEQ<br>12100 Park 35 Circle<br>Austin, TX 78753<br>info@tceq.texas.gov | **The Gibson Law Group, P.C.**<br>David R. Gibson, Reagan R. Herod<br>15400 Knoll Trail Dr., Suite 205<br>Dallas, TX 75248<br>david.gibson@gibsonlawgroup.com;<br>reagan.herod@gibsonlawgroup.com | **The Law Office of Norman A. Abood**<br>Norman A. Abood, Esq.<br>136 N. Huron Street, Suite 101<br>Toledo, OH 43604<br>norman@nabood.com |
| **The Necessity Retail REIT, Inc.**<br>Michael Anderson, General Counsel<br>38 Washington Square Newport<br>Newport, RI 02840<br>Manderson@ar-global.com | **Tiffany & Bosco, P.A.**<br>Christopher R. Kaup, Emily S. Fann<br>2525 E Camelback Road<br>Seventh Floor Camelback Esplanade II<br>Phoenix, AZ 85016<br>CRK@tblaw.com;<br>ESF@tblaw.com | **Tillotson Johnson & Patton**<br>Jeffrey M. Tillotson, Jonathan R. Patton<br>1201 Main Street, Suite 1300<br>Dallas, TX 75202<br>jtillotson@tillotsonlaw.com;<br>jpatton@tillotsonlaw.com |
| **TN Dept of Revenue**<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207<br>steve.butler@ag.tn.gov | **Total Image Solutions, LLC**<br>Jason Dawson<br>196 Theater Rd<br>South Hill, VA 23970<br>vasignguy@hotmail.com;<br>jason@totalimagesolutions.com | **Tran Singh LLP**<br>Susan Tran Adams, Brendon Singh, Mayur Patel<br>2502 La Branch St.<br>Houston, TX 77004<br>stran@ts-llp.com;<br>bsingh@ts-llp.com;<br>mpatel@ts-llp.com |
| **Turke & Strauss LLP**<br>Mary C. Turke<br>613 Williamson St., Suite 201<br>Madison, WI 53703<br>mary@turkestrauss.com | **United Community Bank**<br>HWY 515<br>PO Box 398<br>Blairsville, GA 30514 | **United States Trustee Region 7**<br>C. Ross Travis<br>515 Rusk, Suite 3516<br>Houston, TX 77002<br>C.Ross.Travis@usdoj.gov |
| **US Attorney, Southern District of Texas**<br>1000 Louisiana<br>Suite 2300<br>Houston, TX 77002<br>usatxs.bankruptcy@usdoj.gov | **US Department of Energy**<br>1000 Independence Ave SW<br>Washington, DC 20585 | **US Trustee for the Southern District of Texas (Houston Division)**<br>Jayson B. Ruff, Jana Smith Whitworth<br>515 Rusk Street<br>Suite 3516<br>Houston, TX 77002<br>jayson.b.ruff@usdoj.gov;<br>jana.whitworth@usdoj.gov |
| **USEPA William Jefferson Clinton Building**<br>1200 Pennsylvania Ave NW<br>Washington, DC 20004 | **Utah Attorney General**<br>Attn Bankruptcy Department<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114-2320<br>bankruptcy@agutah.gov | **Utah Dept of Environmental Quality**<br>195 North 1950 West<br>Salt Lake City, UT 84116<br>deqinfo@utah.gov |
| **Virginia Attorney General**<br>Attn Bankruptcy Department<br>202 North Ninth St<br>Richmond, VA 23219<br>mailoag@oag.state.va.us | **Virginia Dept of Environmental Quality**<br>1111 East Main Street, Suite 1400<br>Richmond, VA 23219 | **Whiteford, Taylor & Preston LLC**<br>Stephen B Gerald, Esq.<br>600 North King Street, Suite 300<br>Wilmington, DE 19801<br>sgerald@wtplaw.com |
| **Whiteford, Taylor & Preston LLP**<br>Brent C. Strickland, Esq.<br>111 Rockville Pike, Suite 800<br>Rockville, MD 20850<br>bstrickland@wtplaw.com | **Winstead PC**<br>Sean B. Davis, Annmarie Chiarello<br>600 Travis Street, Suite 5200<br>Houston, TX 77002<br>sbdavis@winstead.com;<br>achiarello@winstead.com | **Wisconsin Attorney General**<br>Attn Bankruptcy Department<br>Wisconsin Dept. of Justice<br>114 East, State Capitol<br>PO Box 7857<br>Madison, WI 53707-7857<br>dojbankruptcynoticegroup@doj.state.wi.us |
| **Wisconsin Dept of Natural Resources**<br>101 S Webster Street<br>PO Box 7921<br>Madison, WI 53707-7921 | | |