| Case No. | Caption | Court | Status |
|---|---|---|---|
| *19-A-02295-8 | MOUNTAIN EXPRESS OIL CO. vs. NEHAD S MEMON | Gwinnett County, Georgia Superior Court | Default Judgment obtained. $807,530.47; **just located a large asset in Ga. and fraudulent conveyance. Levy and sale required, plus declaratory action subordinating bank loan to judgment.** |
| *20-CVE-0656 and 20-CVE-0658 | MOUNTAIN EXPRESS OIL COMPANY V. ANNAPURNA BUSINESS LLC, ET AL. and MOUNTAIN EXPRESS OIL COMPANY V. Gaurab Basnet (consolidated) | SUPERIOR CT. CHEROKEE CTY, GA | Suit on commercial lease and fuel supply agreement Total sought $8.8m but unlikely to collect. Recommend dismissing. |
| *22-CVE-2196 | MOUNTAIN EXPRESS OIL COMPANY V. FREEWAY STORES OK, LLC | SUPERIOR CT. CHEROKEE CTY, GA | Suit on fuel supply agreement. Def. in default; Mtn for default. Prospects for collection appear low. judgment filed; awaiting hearing to set damages and sign proposed order. Total=$3,392,652 |
| *23-CVE-0180 | MOUNTAIN EXPRESS OIL COMPANY V. GTBD INVESTMENT #3, LLC, ET AL. Golap Talukdar. | SUPERIOR CT. CHEROKEE CTY, GA | Judgment obtained= $1,355,170.75. Located assets in Ark. Filed Motion for Turnover of Corporate Stock and Charging Order . for LLC Membership interests in Ga. State Ct. Filed judgment in Pulaski Cty, Ark.  Individual appears to have substantial assets in Ark. |
| *23-CVE-0132 | MOUNTAIN EXPRESS OIL COMPANY V. NAVJIT AHLUWALIA, ET AL. | SUPERIOR CT. CHEROKEE CTY, GA | Suit on commercial lease and fuel supply agreement Total sought is $3,330,469    Defendants have answered and are defending vigorously. Defendants have assets and case is winnable.   Difficulties will be responding to discovery without company employees to testify and produce documents. |

**EXHIBIT "A"**

| Case No. | Caption | Court | Description |
|---|---|---|---|
| *22-CVE-0692 | MOUNTAIN EXPRESS OIL COMPANY V. R & R EXPRESS, INC., ET AL. | SUPERIOR CT. CHEROKEE CTY, GA | Suit on commercial lease and fuel supply agreement Judgment attached; defendant cannot be located and no assets found ($3,327,834 judgment obtained) |
| *22-CVE-0982 | MOUNTAIN EXPRESS OIL COMPANY V. SULLYDAN, INC., ET AL. | SUPERIOR CT. CHEROKEE CTY, GA | Suit on commercial lease and fuel supply agreement Default Judgment obtained; total=$426,000. Unable to locate defendant. |
| §2023-CV-376899 | MOUNTAIN EXPRESS OIL COMPANY V. THE KASE GROUP, ET AL. | US Dist. Ct. ND GA | Disgorgement of real estate commissions from broker without a license; total sought is $835,500. Defendants have filed motion to dismiss; both sides have briefed and awaiting decision by federal judge. Settlement offer received: $100,000, counter: $300,000. No further communications.  If MTD survived, do we continue on hourly basis? |

*= Contingency Fee Agreement
§= Hourly