UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 23-90147-H2-7 |
| | § | |
| Mountain Express Oil Company, et al[21], | § | (Chapter 7) |
| | § | |
| Debtors. | § | Jointly Administered. |

### DECLARATION OF JAMES T. JOHNSTON, JR. OF NO CONFLICT OF INTEREST AND RULE 2016(b) DISCLOSURE

The undersigned submits this Declaration pursuant to 28. U.S.C. § 1746, Sections 327, 329 and 504 of the United Bankruptcy Code ("Bankruptcy Code") and Fed. R. Bankr. P. 2014(a), 2016(b) and 5002(a) ("Bankruptcy Rules").

1. This Declaration is submitted in support of an Application to Employ Special Litigation Counsel on a Contingency Fee Basis for the limited purposes disclosed in the Application (the "Application").

2. Compensation will be payable to my Law Firm on a contingency basis as set forth in the Application, plus reimbursement of actual, necessary expenses and other charges incurred, except as to the "Kase" matter which shall be paid on an hourly basis plus expenses.

3. My Law Firm does not represent or hold any interest adverse to the Debtors or to the Estates with respect to the matters on which my Law Firm is to be employed, except as set forth in the Application.

4. My Law Firm presently has no material connections (other than as set forth herein and in the Application) with the Debtors or their Estates, its creditors or any other party in interest or their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

5. No agreement exists, nor will any be made, to share any compensation received by my Law Firm for its services with any other person or firm, except as permitted by Section 504(b) of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules.

---

[1] A complete list of each of the Debtors in these Chapter 7 cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 7 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA  30022.

3104470v1

**EXHIBIT "C"**

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28th, 2023

_____
JAMES T. JOHNSTON, JR., ATTORNEY

3104470v1