IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: § | Case No. 23-90147-H2-7 | |
| MOUNTAIN EXPRESS OIL COMPANY, § *et al.,* § | Chapter 7 | |
| Debtors. § § | (Jointly Administered) | |

**ORDER GRANTING TRUSTEE'S EXPEDITED MOTION TO DESIGNATE NEIL LANSING AS THE PERSON RESPONSIBLE TO DISCHARGE DUTIES OF THE DEBTOR UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9001(5)**

[Related to Docket No. _____]

The Court has considered the *Trustee's Expedited Motion to Designate Neil Lansing as the Person Responsible to Discharge Duties of the Debtors Under Federal Rule of Bankruptcy 9001(5)* (the "Motion") filed by Janet S. Northrup, chapter 7 trustee (the "Trustee") of the jointly administered bankruptcy estates of Mountain Express Oil Company and affiliated debtors (collectively the "Debtors"). After considering the Motion, and response, if any, the evidence presented, and the arguments of counsel, if any, the Court has determined that cause exists to grant the Motion for the reasons set out therein. It is therefore

**ORDERED** that under authority of Rule 9001(5) of the Federal Rules of Bankruptcy Procedure, the Court designates Neil Lansing as the "Debtor" to perform all acts of the Debtors, including but not limited to those required in 11 U.S.C. §§341, 343, and 521. It is further

**ORDERED** that, without limiting the generality of the foregoing, Neil Lansing must appear at any and all creditors' meetings in the chapter 7 cases, including adjourned and continued meetings, if any, and submit to examination as appropriate at those meetings.

DATED _____.

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE