IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 23-90147 (DRJ) |
| | § | |
| **Mountain Express Oil Company,** *et al.* | § | **Jointly Administered** |
| | § | |
| Debtors. | § | Chapter 7 (previously Chapter 11) |

**ORDER ABATING DECISION REGARDING
FIRST INTERIM FEE APPLICATION FOR PROVINCE, LLC FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
<u>EXPENSES INCURRED AS FINANCIAL ADVISOR</u>
[Relates to Dkt. No. ____]**

The Court has considered the *Preliminary Objection to Entry of Order Granting First Interim Fee Application for Province, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor and Request for Abatement* (the "<u>Objection</u>")[1] filed by Janet S. Northrup, Chapter 7 Trustee (the "<u>Trustee</u>"), and finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §1334. The Court further finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Court finds that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court finds that the relief requested in the Objection is in the best interest of the Debtors, the jointly-administered bankruptcy estates, the creditors, and other parties in interest. The Court finds that notice of the Objection and opportunity for a hearing on the Application and Objection was appropriate and that no other notice need be provided. The Court having reviewed the Objection and determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein and with sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

---

[1] All capitalized terms not otherwise defined in this Order have the meaning set out in the Objection.

3104575

2

1. The Court shall abate any decision on the First Interim Fee Application for Province, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor at this time pending the Trustee's investigation and request for status conference or filing of a certificate of no objection by the Trustee.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____

    **THE HONORABLE DAVID R. JONES,
    UNITED STATES BANKRUPTCY JUDGE**

3104575