## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re:** | § **Chapter 7** |
| | § **(Previous Chapter 11)** |
| **Mountain Express Oil Company,** *et al.*, | § |
| | § **Case No. 23-90147 (DRJ)** |
| **Debtors.**[1] | § |
| | § **Jointly Administered** |

### CERTIFICATE OF NO OBJECTION WITH RESPECT TO APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PORTER HEDGES LLP AS SPECIAL COUNSEL FOR JANET S. NORTHRUP, IN HER CAPACITY AS CHAPTER 7 TRUSTEE
[Relates to Docket No. 1448]

The undersigned hereby certifies as follows:

1. On September 3, 2023, Janet S. Northrup, the Chapter 7 Trustee and, prior to conversion, the Chapter 11 Trustee (in each chapter, as applicable, the "Trustee") filed her *Application for Entry of an Order Authorizing the Retention and Employment of Porter Hedges LLP as Special Counsel for Janet S. Northrup, in Her Capacity as Chapter 7 Trustee* [Docket No. 1448] (the "Application").

2. The deadline for receipt of objections to the Application has passed.

3. The undersigned represents to the Court that the Trustee is unaware of any objection to the Application appearing on the Court's docket, and no party has filed an objection to the relief sought in the Application.

---

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these chapter 7 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

1

14210709

4. Attached hereto is the proposed *Order Authorizing the Retention and Employment of Porter Hedges LLP as Special Counsel for Janet S. Northrup, in Her Capacity as Chapter 7 Trustee* (the "Proposed Order").

5. The Trustee respectfully requests that the Court enter the Proposed Order.

Dated: September 29, 2023
Houston, Texas

Respectfully submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
myoung-john@porterhedges.com

*Proposed Special Counsel for the Chapter 7 Trustee, and prior to conversion, the Chapter 11 Trustee, Janet Northrup*

14210709

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 29, 2023.

/s/ *Joshua W. Wolfshohl*
Joshua W. Wolfshohl

14210709