United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-90147 (DRJ)<br><br>(Jointly Administered)<br><br>(Docket No. 1117) |

**STIPULATION AND AGREED ORDER BY AND AMONG THE DEBTORS,
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AND COURTNEY RODRIGUEZ ON BEHALF OF LAURA L. WHITMAN**

The debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, the Official Committee of Unsecured Creditors (the "Committee"), and Courtney Rodriguez on behalf of decedent Laura L. Whitman ("Rodriguez," and collectively with the Debtors and Committee, the "Parties"), hereby enter into this stipulation and agreed order (the "Stipulation"),[2] and by and through the undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on March 18, 2023 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

**WHEREAS**, pre-petition, on December 5, 2022, Rodriguez filed that certain *Notice of Accident to Employer and Claim of Employee, Representative, or Dependent (G.S. 97-22 through 24)*, with the North Carolina Industrial Commission (the "State Court"), thereby commencing that certain action styled as *Courtney Rodriguez, (Whole Dependent of Laura L. Whitman, Deceased*

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the *Waiver Under Senior Secured, Super-Priority Debtor-in-Possession Credit Agreement*, which is attached hereto as **Exhibit A** (the "Waiver").

*Employee) v. Mountain Express Oil Company d/b/a Quick Check, and Travelers Property Casualty Company of America*, assigned I.C. File No. 22-740244 (the "Whitman Action"). In the Whitman Action, Rodriguez asserts certain personal injury and related employment claims against, *inter alia*, the Debtors (collectively, the "Whitman Claims").

**WHEREAS**, on March 22, 2023, the Bankruptcy Court entered the *Order Authorizing the Debtors to (I) Pay and/or Honor Prepetition Wages, Salaries, Incentive Payments, Employee Benefits, and Other Compensation; (II) Remit Withholding Obligations and Deductions; (III) Maintain Employee Compensation and Benefits Programs and Pay Related Administrative Obligations; and (IV) Have applicable Banks and Other Financial Institutions Receive, Process, Honor, and Pay Certain Checks Presented for Payment and Honor Certain Fund Transfer Requests* [Docket No. 85] (the "Wage Order").[3] Among other things, the Wage Order provides that:

> The Debtors are authorized, but not directed, to continue to maintain their WC Program in the ordinary course of business. The automatic stay, to the extent applicable, is lifted without further order of this Court, to allow (a) holders of workers' compensation claims to proceed with their claims, and (b) the administration, handling, defense, settlement and/or payment of a claim covered by the WC Program and the costs related thereto in accordance with such policy (and the agreements related thereto); provided ,however, however that nothing in this order or the Motion gives a non-workers' compensation claimant relief from the automatic stay.

Wage Order ¶ 3.

> The automatic stay is hereby modified pursuant to section 362(d) of the Bankruptcy Code solely to allow the Debtors, in their discretion, to continue to assess, determine, and adjudicate any of the unpaid WC Claims during these Chapter 11 Cases.

Wage Order ¶ 9.

**WHEREAS**, there is a dispute in the Whitman Action concerning whether coverage exists under the applicable WC Program with respect to the Whitman Claims and the extent to which the

---

[3] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Wage Order.

2

Wage Order modifies the automatic stay of section 362 of the Bankruptcy Code (the "Automatic Stay") to allow such claims to proceed, and the Parties desire to enter into this Stipulation for clarity regarding such matters, subject to the terms and limitations hereof.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereinafter.

2. The Automatic Stay is modified on a limited basis to allow a determination by the State Court of whether coverage exists under an applicable WC Program with respect to the Whitman Claims and whether the Whitman Claims are compensable under the North Carolina Workers' Compensation Act; *provided that*, nothing in this Stipulation (i) authorizes the Debtors to pay any amounts in connection with the Whitman Action or Whitman Claims on a post-petition basis; (ii) authorizes any party to assert or pursue payment of any Claim against the Debtors outside the Bankruptcy Court; or (iii) shall be construed as (a) an admission as to the validity or priority of any prepetition claim against a Debtor entity or such Debtor entity's estate or that the Whitman Claims would be allowed claims under a chapter 11 plan; (b) a waiver of any party's right to dispute or assert any prepetition claim or defense on any grounds; (c) a promise or requirement to acknowledge or admit the Whitman Claims are compensable in the Whitman Action without the written permission of the Travelers Property Casualty Company of America, or other workers compensation proceedings or to pay any prepetition claim; (d) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of any party's rights under the Bankruptcy Code or any other applicable law, except as expressly provided for herein.

3. This Stipulation may be executed by electronic means and the printed product of such shall constitute an original of this Stipulation.

4. Notwithstanding anything in the Bankruptcy Code or the Bankruptcy Rules to the contrary, this Stipulation shall be effective immediately upon Bankruptcy Court approval thereof.

5. The Bankruptcy Court shall have exclusive jurisdiction and power regarding the implementation, interpretation, and enforcement of this Stipulation.

**IT IS SO ORDERED.**

Signed: September 29, 2023.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**AGREED AS TO FORM AND CONTENT:**

Dated: July 28, 2023

/s/ *Michael D. Warner*
**PACHULSKI STANG ZIEHL & JONES LLP**
Michael D. Warner (TX Bar No. 00792304)
Steven W. Golden (TX Bar No. 24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407 mwarner@pszjlaw.com
sgolden@pszjlaw.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Jeffrey W. Dulberg (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 981-6910
Facsimile: (310) 201-0760 jpomerantz@pszjlaw.com
jdulberg@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

/s/ *Maris J. Kandestin*
**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Jane A. Gerber (TX Bar No. 24092416)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
crgibbs@mwe.com
mhelt@mwe.com
jagerber@mwe.com

-and-

Maris J. Kandestin (admitted *pro hac vice*)
The Nemours Building
1007 North Orange Street, 10th Floor Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711 mkandestin@mwe.com

*Counsel to the Official Committee of Unsecured Creditors*

   /**s**/ *Doug Berger*
_____
**LAW OFFICES OF JAMES SCOTT FARRIN**
Doug Berger (NC Bar No. 17126)
555 South Mangum Street, Suite 800,
Durham, North Carolina 27701
Telephone: 1 (800) 220-7321
Facsimile: 1(800) 716-7881
dberger@farrin.com

*Counsel for Courtney Rodriguez o/b/o Decedent Laura L. Whitman*

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-90147-drj |
| Mountain Express Oil Company | Chapter 7 |
| Official Committee Of Unsecured Creditor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 6 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf002 | Total Noticed: 116 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mountain Express Oil Company, 3650 Mansell Road, Suite 250, Alpharetta, GA 30022-7200 |
| aty | + | Walter Brock, Young Moore and Henderson, P.A., 3101 Glenwood Avenue, 3101 Glenwood Avenue, Raleigh, NC 27612 UNITED STATES 27612-5054 |
| cr | + | 2 Quick Stop Shop LLC, 3808 Woodville Road, Northwood, OH 43619-1844 |
| cr | + | 4Court Holdings LLC, c/o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Suite 200, Memphis, TN 38103-2723 |
| cr | + | 4Court Imaging LLC, c/.o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave Suite 2000, Memphis, TN 38103-2752 |
| cr | + | 4Court Leasing LLC, c/o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Ste. 200, Memphis, TN 38103-2723 |
| cr | + | 4Court Solutions LLC, Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Ste 2000, Memphis, TN 38103-2752 |
| cr | + | 5401 East Lloyd, LLC, 7953 Washington Woods Drive, Dayton, OH 45459-4026 |
| cr | + | AFN ABSPROP001, LLC, c/o Karl D. Burrer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | AMBE MA 2012 Inc., 401 Veterans Highway (Hwy 341 S.), Barnesville, GA 30204-1191 |
| cr | + | Ad Hoc C-Store Operators, Rachel K. Thompson, Kean Miller, LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832 |
| cr | + | Aftermarket Sales & Consulting, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | American 1 Gas Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Amynta Surety Solutions, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Lindsey M. Johnson, New Orleans, LA 70130-6171 |
| intp | + | BFM Operations, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| intp | + | Brew Oil, LLC, Heidman Law Firm, PLLC, 1128 Historic 4th Street, PO Box 3086, Sioux City, IA 51101 UNITED STATES 51102-3086 |
| cr | + | Broadway Express LLC, 2436 Broadway Avenue, Lorian, OH 44052-4830 |
| cr | + | Broadway Fuel, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| intp | + | Brothers Avondale LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| intp | + | Brothers Lapalco, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | CF Gas Store LLC, 6179 Stratford Drive, Parma Heights, OH 44130-2362 |
| cr | + | Christine Fanous, 6179 Stratford Drive, Parma Heights, OH 44130-2362 |
| intp | + | Christopher R/ Murray, 602 Sawyer St., Suite 400, Houston, Tx 77007-7510 |
| cr | + | Claude Enterprises LLC, 14235 Madison Avenue, Lakewood, OH 44107-4527 |
| cr | + | Commack Fuel Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Community Coffee, L.L.C., c/o David S. Rubin, 445 N. Blvd. Suite 300, Baton Rouge, La 70802-5747 |
| cr | + | Connect Express, LLC, 99 Kero Road, Carlstadt, NJ 07072-2604 |
| cr | + | Crawford Oil Company, Inc., 801 Meadow Lane, Hayti, MO 63851, UNITED STATES 63851-1224 |
| cr | + | DBW Land Co, LLC, 2108 Island Drive, Monroe, LA 71201-2521 |
| cr | | Erkut Aksoy, 300 Farnsworth Road, Waterville, Oh 43566 |
| cr | + | ExxonMobil Oil Corporation, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| fa | + | FTI Consulting, Inc., 1166 Avenue of the Americas, New York, NY 10036-2708 |
| intp | + | First Horizon Bank, as Administrative Agent, c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | First Laredo Store Inc., 3519 Jamie Zapata Memorial Highway, Laredo, TX 78043-4743 |
| cr | + | Fourth Laredo Store Inc., 502 Lafayette Street, Laredo, TX 78041-4732 |
| cr | + | Fox Fuels Retail Group, LLC, Lloyd A. Lim, Kean Miller, LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832 |
| cr | + | GSS Holdings LA, LLC and Sukhranjan Multani, Kean Miller LLP, 711 Louisiana St., Suite 1800, South Tower, Houston, TX 77002 UNITED STATES 77002-2832 |
| cr | | Goose Creek Consolidate Independent School Distric, c/o Reid Strickland & Gillette LLP, PO Box 809, Baytown, TX 77522-0809 |
| cr | + | Harlem Food Mart and Vape LLC, 404 East Avenue, Elyria, OH 44035-5718 |
| cr | + | Imperial Capital LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |

Case 23-90147   Document 1516   Filed in TXSB on 10/01/23   Page 7 of 11

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 6 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf002 | Total Noticed: 116 |

| | | |
|---|---|---|
| cr | + | Imperial Reliance LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Trading Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | Javier Cantu, 3708 N. 43rd St., McAllen, TX 78501-3475 |
| cr | + | Jouneih 3 LLC, 624 Center Road, Hinkley, Oh 44233-9478 |
| cr | + | Jouneih LLC, 4915 Memphis Avenue, Cleveland, Oh 44144-1943 |
| cr | + | Jounieh 2 LLC, 136 N. Huron Street, Suite 101, c/o Norman A, Abood, Toledo, OH 43604-1139 |
| cr | + | Jouneih 2 LLC, 7411 State Road, Parma, OH 44134-5884 |
| cr | + | Jouneih 3 LLC, c/o Norman A. Abood, 136 N. Huron Street, Suite 101, Toledo, OH 43604-1139 |
| intp | + | Jubilee Alliance, Inc., 112 Wellington Plantation Lane, Little Rock, AR 72211-2160 |
| intp | + | Karma Alliance, Inc., 112 Wellington Plantation Lane, Little Rock, AR 72211-2160 |
| cr | + | Kwick Mart LLC, 1005 Pinnacle Ct, McDonald, PA 15057-1508 |
| cr | + | LJM5903 Properties, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | Lindsay Enterprises, PO Box 1886, West Monroe, LA 71294-1886 |
| cr | + | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802 UNITED STATES OF AMERICA 70821-4064 |
| cr | ++++ | MASELA SPRINGS, INC., 10290 VETERANS MEMORIAL HWY, LITHIA SPRINGS GA 30122-2007 address filed with court:, Masela Springs, Inc., 3229 Bankhead Highway, Lithia Springs, GA 30122 |
| intp | + | MEX 1992 ELM, LLC, Herrin Law Firm, PLLC, 12001 N. Central Expressway, Suite 920, Dallas, TX 75243 UNITED STATES 75243-3700 |
| cr | + | Marathon Petroleum Company LP, c/o Ronald E. Gold, Frost Brown Todd LLP, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Maryam Sabohi, 4200 Las Palmas Circle, Apt 224, Brownsville, TX 78521-2872 |
| cr | + | Mesa Valley Housing Associates, LP, Tiffany & Bosco, PA, c/o Christopher R. Kaup, 2525 E Camelback Rd #700, Phoenix, AZ 85016-9240 |
| cr | + | Monto Food Mart Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | OM 2016 LLC, 4605 Boy Scout Rd., Byron, GA 31008-8841 |
| cr | + | OM GANESHA INVESTMENT LLC, 11429 Bells Ferry Rd., Canton, GA 30114-4154 |
| cr | + | Ozarks Coca-Cola/Dr Pepper Bottling Company, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056-6584 |
| cr | | PA Dept of Revenue, Office of Chief Counsel, 4th and Walnut Streets, 10th Floor, Strawberry Square, PO Box 281061 Harrisburg, PA 17128-1061 |
| cr | + | POC USA Inc., c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | + | Peach Kountry LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | + | Phillips 66 Company, PO Box 421959, Houston, TX 77242-1959 |
| cr | + | Pinky's Bar & Grill, 870 Dallas Hwy Ste C, Douglasville, GA 30134-3771 |
| cr | + | Prime Petro, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Quick Check Mart 2, LLC, 565 Martin Luther King Jr. Drive, Monroe, LA 71203-5373 |
| cr | + | Quick Check Mart, LLC, 565 Martin Luther King Jr. Drive, Monroe, LA 71203-5373 |
| cr | + | Realty Income Corporation, Hemar, Rousso & Heald, c/o J. Alexandra Rhim, 15910 Ventura Blvd., 12th Fl, Encino, CA 91436 UNITED STATES 91436-2802 |
| cr | + | Riverdale Fuel, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | SASS Petroleum LLC, c/o Fellows LaBriola LLP, 233 Peachtree Street NE, Ste. 2400, Atlanta, GA 30303-1509 |
| cr | | SCS Sentry LLC, 3560 Mansell Road Suite 250, Alpharetta, GA 30022 |
| cr | + | Samnosh, LLC, The Gibson Law Group, 15400 Knoll Trail Drive, Suite 205, Dallas, TX 75248, UNITED STATES 75248-3465 |
| cr | + | Second Laredo Store Inc., 9804 F.M 1472, Laredo, TX 78045-8217 |
| cr | | Sehnaz Aksoy, 300 Farnsworth Road, Waterville, OH 43566 |
| cr | + | Sophigor, LLC, 610 Briarwood Drive, Jackson, MS 39211-2601 |
| cr | + | State of Ohio-Dept of Taxation, Ohio Atty General, 150 E Gay St 21st Floor, Columbus, OH 43215-3191 |
| cr | + | Third Laredo Store Inc., 2705 N. Arkansas Avenue, Laredo, TX 78043-1844 |
| cr | + | USI Insurance Services LLC, c/o CT Corporation System, 4701 Cox Road, Suite 285, Glen Allen, VA 23060-6808 |
| cr | + | VM Petro, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Vault CS 100 Service LLC, Parkins & Rubio LLP, 700 Milam Street, Suite 1300, Houston, TX 77002-2736 |
| cr | + | Vision Financial Group, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Wayne Richoux, The Caluda Law Firm, 3232 Edenborn Avenue, Metairie, LA 70002, UNITED STATES 70002-4758 |
| cr | + | Zoom One, LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |

TOTAL: 87

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: jsn@hwa.com | | |
| | | Sep 29 2023 20:31:00 | Janet S. Northrup, 1201 Louisiana Street, 28th Floor, Houston, TX 77002-5607 |

| District/off: 0541-4 | User: ADIuser | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Sep 29, 2023 | Form ID: pdf002 | Total Noticed: 116 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Sep 29 2023 20:31:00 | Bowie Central Appraisal District, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269., Round Rock, TX 78680-1269 |
| cr | + | Email/Text: fileroom@rubin-levin.net | Sep 29 2023 20:31:00 | CAM-PL Cedar Rapids LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | + | Email/Text: fileroom@rubin-levin.net | Sep 29 2023 20:31:00 | CAM-PL Cokeville LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | + | Email/Text: fileroom@rubin-levin.net | Sep 29 2023 20:31:00 | CAM-PL Kansas City LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | + | Email/Text: bankruptcy.legalnotice@cityofmesquite.com | Sep 29 2023 20:31:00 | City of Mesquite, Grimes & Linebarger, LLP, 120 W. Main Suite 201, Mesquite, TX 75149-4224 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 29 2023 20:31:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K Turner, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 29 2023 20:31:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 29 2023 20:31:00 | Fuel On Emporium LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 29 2023 20:31:00 | Fuel On St Mary's LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | | Email/Text: brnotices@dor.ga.gov | Sep 29 2023 20:31:00 | Georgia Department of Revenue, 1800 Century Boulevard, NE, Atlanta, GA 30345 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 29 2023 20:31:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 29 2023 20:31:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Sep 29 2023 20:31:00 | Indiana Department of Revenue, Bankruptcy Section, Room N-203, 100 North Senate Avenue, Indianapolis, IN 46204-2217 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 29 2023 20:31:00 | Irving ISD, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 29 2023 20:31:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 29 2023 20:31:00 | Liberty County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 29 2023 20:31:00 | Maan Corporation, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 29 2023 20:31:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 29 2023 20:31:00 | NEPA Trading & Investments LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |

| District/off: 0541-4 | User: ADIuser | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Sep 29, 2023 | Form ID: pdf002 | Total Noticed: 116 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Sep 29 2023 20:31:00 | NEPA Ventures LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: tammy.jones@oklahomacounty.org | Sep 29 2023 20:31:00 | Oklahoma County Treasurer, c/o Tammy Jones, 320 Ribert S. Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | + | Email/Text: jking@offermanking.com | Sep 29 2023 20:30:00 | Sumitomo Mitsui Finance & Leasing Co., Ltd., c/o James W. King, 6420 Wellington Place, Beaumont, TX 77706-3206 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 29 2023 20:31:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 29 2023 20:31:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 29 2023 20:31:00 | Texas City ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| intp | + | Email/Text: bcd@oag.texas.gov | Sep 29 2023 20:31:00 | Texas Commission on Environmental Quality, c/o Office of Texas Attorney General, Bankruptcy and Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | ^ | MEBN | Sep 29 2023 20:52:09 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Sep 29 2023 20:31:00 | Weslaco ISD and City of Weslaco, c/o Hiram Gutierrez, 2805 Fountain Plaza Blvd., Suite B, Edinburg, Tx 78539-8031 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Janet Northrup, Chapter 7 Trustee, |
| cr | | ADA Coca-Cola Bottling Company |
| cr | | AFN ABSPROP001, LLC |
| cr | | AKSOY LLC, 300 Farnsworth Road, Waterville |
| cr | | ARG E19PCK001, LLC |
| cr | | ARG MESMOAR001, LLC |
| cr | | ARG MEVNAAL001, LLC |
| intp | | Abrar Abid |
| cr | | Ada Coca-Cola Bottling Company |
| cr | | BFM Enterprises, LLC |
| cr | | BRVictory1, LLC |
| cr | | BRVictory2, LLC |
| cr | | Bank of Hope |
| intp | | Biren Patel |
| intp | | Blue Owl Real Estate Capital LLC (f/k/a Oak Street |
| cr | | Brazoria County, et al |
| cr | | CITGO Petroleum Corporation |
| cr | | CPSLOH Cleveland LLC |
| cr | | Cameron County |
| intp | | Chevron Products Company, a division of Chevron U. |
| cr | | City Of McAllen |
| cr | | Cross Oil Refining & Marketing |
| cr | | Dhan Maharjan |
| intp | | Doctor's Associates, LLC |
| cr | | Duckland, LLC |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 6 |
| Date Rcvd: Sep 29, 2023 | Form ID: pdf002 | Total Noticed: 116 |

| | |
|---|---|
| cr | Durgha Properties, LLC |
| cr | FTF Acquisitions Placeholder, LLC |
| cr | Ford Motor Credit Company LLC |
| cr | Fowler Property Investment LP |
| cr | Giri Subramani |
| cr | HASANALI & DILSHAD LLC, a Texas limited liability |
| cr | HF Sinclair Refining & Marketing, LLC and Sinclair |
| cr | Hidalgo County |
| cr | Hunt Refining Company |
| cr | ICC MOTOR FUEL I LLC |
| cr | Joy Ricky, LLC |
| intp | Jyotsnaben Ritesh Patel |
| intp | KVS, LLC |
| cr | KeyBank National Association |
| intp | Keyur Rasikbhai Patel |
| op | Kurtzman Carson Consultants LLC |
| cr | Lance & Nancy Ratto 2007 Revocable Trust |
| cr | Legacy Acquisitions, LLC |
| cr | MVI Facility Services, LLC |
| cr | MVI Field Services, LLC |
| cr | MVI Fuel Services, LLC |
| op | McCormick Landry Munoz PLLC |
| cr | McLane Company, Inc. |
| cr | Mex 1123 Lake LLC |
| cr | Mex Hayti, LLC |
| intp | Mohammad Sajjad |
| cr | Muy Grande, Inc. |
| cr | My Mother Inc. |
| intp | Nine Shell Gas Stations OK LLC, Dorsey & Whitney, C/o Rachel Stoian |
| cr | Oak Street Real Estate Capital, LLC |
| crcm | Official Committee Of Unsecured Creditors |
| cr | Pepsi-Cola Bottling Co. of McAlester, Inc. |
| cr | PepsiCo, Inc., PepsiCo Sales, Inc. and Frito-Lay N |
| cr | Persia Country Corner LLC |
| cr | Pilot Travel Centers LLC |
| cr | RVictory1, LLC |
| cr | RVictory2, LLC |
| cr | Raj Marathon LLC |
| cr | Rio Grande City Grulla ISD |
| intp | Ritesh Bhagwanbhai Patel |
| cr | Royal Exxon Investment Ltd. Co. |
| cr | Royal Stores LLC |
| cr | SHIV KTR LLC |
| intp | SL Alabama LLC |
| cr | SL Alabama LLC |
| intp | SL Louisiana LLC |
| cr | SL Louisiana LLC |
| cr | SRK Shreveport, LLC |
| cr | Schierl Sales Corp. |
| cr | Skarin Properties, LLC |
| cr | Spirit SPE Portfolio CA C-Stores, LLC |
| cr | Spring Branch Independent School District, et al |
| cr | Starr County |
| cr | Stephenson Wholesale Co. Inc. dba Indian Nation Wh |
| cr | Sunoco LLC |
| cr | Sunoco LP |
| cr | Sunoco Retail, LLC |
| cr | Sunoco, Inc. |
| cr | TWP1 USA LLC |
| cr | The Esaias Project, Inc. |
| cr | The Necessity Retail REIT Inc. |
| cr | Total Image Solutions, LLC |
| cr | United States Fueling Company LLC |

| District/off: 0541-4 | User: ADIuser | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Sep 29, 2023 | Form ID: pdf002 | Total Noticed: 116 |

| | | |
|---|---|---|
| cr | Valero Marketing and Supply Company | |
| cr | Venkat Enterprises | |
| intp | Vijaykumar Patel | |
| intp | Viratkumar Patel | |
| intp | Willkie Farr & Gallagher LLP | |

TOTAL: 93 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023              Signature:         /s/Gustava Winters