United States Bankruptcy Court
Southern District of Texas
**ENTERED**
~~October 03, 2023~~
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 2023-90147 |
|---|---|---|---|
| Mountain Express Oil Company, debtor ||||
| *versus* ||||
|  ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John W. Reeves<br>Law Office of Jeffrey L. Weinstein<br>225 Broadway, 38th Floor<br>New York, NY 10007<br>646-239-4374<br>j.weinstein@jlwlawoffices.com<br>2638161 |
|---|---|

| Name of party applicant seeks to appear for: | Sophigor, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/14/2023 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature |

**Order**
(Docket No. 1502)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.

**This lawyer is admitted *pro hac vice*.**

Signed: October 03, 2023

*[signature]*

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**