| B104 (Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING (Court Use Only) |
|---|---|---|

| **PLAINTIFFS** GSS Holdings LA, LLC | **DEFENDANTS** MEX RE-SW-LA LLC, MOUNTAIN EXPRESS OIL COMPANY, BROTHERS LAPALCO LLC, MANHATTAN HSI INVESTMENTS LLC, 3528 SI10SR LLC, AND CAROL SUE INVESTMENTS LLC |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) Lloyd A. Lim, Rachel T. Kubanda, Michelle Friery; Kean Miller, LLP; 711 Louisiana Street, Suite 1800, Houston, Texas 77002; (713) 844-3000 | **ATTORNEYS** (If Known) |

**PARTY** (Check one box only)   ☑ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Preliminary Injunction, Permanent Injunction, and Declaratory Relief pursuant to 11 U.S.C. § 105 and Federal Rule of Civil Procedure 7065

**NATURE OF SUIT**
(Check the one most appropriate box only.)

- ☐ 454 To Recover Money or Property
- ☐ 435 To Determine Validity, Priority, Extent of a Lien or Other Interest in Property
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424 To object or to revoke a discharge 11 U.S.C. § 727
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- ☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
- ☑ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ☐ 456 To obtain a declaratory judgment relating to any of the foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)   ☑ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| **DEMAND** | NEAREST THOUSAND | OTHER RELIEF SOUGHT Injunction; Declaratory Relief | ☐ JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR MOUNTAIN EXPRESS OIL COMPANY, et al., | BANKRUPTCY CASE NO. 23-90147 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING Southern District of Texas | DIVISIONAL OFFICE Houston | NAME OF JUDGE David R. Jones |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE**   (Check one box only.)   ☑ FEE ATTACHED   ☐ FEE NOT REQUIRED   ☐ FEE IS DEFERRED

| DATE 10/03/2023 | PRINT NAME | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|