IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> MOUNTAIN EXPRESS OIL COMPANY, et al., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-90147 (DRJ) <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Patricia Jeffries, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104.

On October 3, 2023, I caused a copy of the following document(s) to be served on the Parties(s) identified on the attached service list(s) in the manner indicated:

- *Motion of Former Counsel for the Debtors for Entry of an Order Authorizing the Payment of Estate Professionals Fees Pursuant to Final Dip Order and Professional Fee Order [Docket No. 1519]*

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 3, 2023, at Penngrove, California.

*/s/ Patricia Jeffries*
Patricia Jeffries

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/mountainexpressoil. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

## Service List

**Service Via Email:**

| | | |
|---|---|---|
| Alabama Attorney General | Alabama Attorney General | consumerinterest@Alabamaag.gov |
| Alabama Dept of Environmental Mgmt | Alabama Dept of Environmental Mgmt | ogcmail@adem.alabama.gov |
| Arizona Attorney General | Arizona Attorney General | BCEIntake@azag.gov |
| Arizona Dept of Environmental Quality | Arizona Dept of Environmental Quality | slade.edwin@azdeq.gov |
| Arkansas Attorney General | Arkansas Attorney General | OAG@ArkansasAG.gov |
| Attorney for Askoy, LLC, Sehnaz Aksoy and Erkut Aksoy & CF Gas Store, LLC and Christine Fanous | The Law Office of Norman A. Abood | norman@nabood.com |
| Broadway Express LLC | Broadway Express LLC | norman@nabood.com |
| Broadway Express LLC and Arafat Alhyani | Broadway Express LLC and Arafat Alhyani | norman@nabood.com |
| Bureau of Safety and Environmental Enforcement | Bureau of Safety and Environmental Enforcement | karla.marshall@bsee.gov |
| Claims and Noticing Agent | KCC | MtnExpOilinfo@kccllc.com |
| Claude Enterprises LLC | Claude Enterprises LLC | norman@nabood.com |
| Chapter 7 Trustee | Janet S. Northrup | jln@hwa.com |
| Colorado Attorney General | Colorado Attorney General | attorney.general@coag.gov |
| Colorado Dept of Health & Environment | Colorado Dept of Health & Environment | cdphe.information@state.co.us |
| Community Coffee, L.L.C. | Community Coffee, L.L.C. | david.rubin@butlersnow.com |
| Counsel for AFN ABSPROP001 LLC | Greenberg Traurig, LLP | Cara.Kelly@gtlaw.com |
| Counsel for AFN ABSPROP001 LLC, Creditors Committee | Greenberg Traurig, LLP | BurrerK@gtlaw.com |
| Counsel for Aftermarket Sales & Consulting, LLC and LJM5903 Properties, LLC | Quilling, Selander, Lownds, Winslett & Moser, P.C. | jshepherd@qslwm.com |
| Counsel for Amynta Surety Solutions | Looper Goodwine P.C. | pgoodwine@loopergoodwine.com; ljohnson@loopergoodwine.com |
| Counsel for Bank of Hope | Buchalter, A Professional Corporation | wbrody@buchalter.com |
| Counsel for Bowie Central Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | jparsons@mvbalaw.com |
| Counsel for Chevron Products Company, a Chevron U.S.A. division | Pillsbury Winthrop Shaw Pittman LLP | Hugh.Ray@pillsburylaw.com |
| Counsel for CITGO Petroleum Corporation | Whiteford, Taylor & Preston LLP | bstrickland@wtplaw.com |
| Counsel for CITGO Petroleum Corporation | Whiteford, Taylor & Preston LLC | sgerald@wtplaw.com |
| Counsel for CPSLOH Cleveland LLC | Winstead PC | sbdavis@winstead.com; achiarello@winstead.com |
| Counsel for Duckland, LLC | Duckland, LLC | cdunbar@pivachlaw.com |

DOCS_LA:351613.1

| Counsel for Fowler Property Investment LP | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | dferretti@bakerdonelson.com |
|---|---|---|
| Counsel for Fowler Property Investment LP | Buchalter | ktarazi@buchalter.com |
| Counsel for GSS Holdings LA, LLC and Sukhranjan Multani | Kean Miller LLP | Lloyd.Lim@keanmiller.com; Rachel.Kubanda@keanmiller.com; Michelle.Friery@keanmiller.com |
| Counsel for Hunt Refining Company, Pilot Travel Centers LLC, and each of their affiliates | Sidley Austin LLP | dmcfaul@sidley.com; mquejada@sidley.com |
| Counsel for Hunt Refining Company, Pilot Travel Centers LLC, and each of their affiliates | Sidley Austin LLP | rvelevis@sidley.com; cmcmanus@sidley.com |
| Counsel for Imperial Trading Company, LLC | Locke Lord LLP | jcerise@lockelord.com |
| Counsel for Jounieh LLC, Jouneih 2, LLC, Jouneith 3, LLC, and Rami Chalhoub | The Law Office of Norman A. Abood | norman@nabood.com |
| Counsel for Jubilee Alliance, Inc. and for Karma Alliance, Inc. | Krevolin & Horst, LLC | Gilb@khlawfirm.com |
| Counsel for KVS, LLC | Gold, Weems, Bruser, Sues & Rundell | bdrell@goldweems.com; hmathews@goldweems.com |
| Counsel for Lance & Nancy Ratto 2007 Revocable Trust | Andrews Myers, P.C. | jjudd@andrewsmyers.com |
| Counsel for Marathon Petroleum Company, LP | Frost Brown Todd LLP | mplatt@fbtlaw.com |
| Counsel for Marathon Petroleum Company, LP | Frost Brown Todd LLP | rgold@fbtlaw.com |
| Counsel for Marathon Petroleum Company, LP | Frost Brown Todd LLP | rgold@fbtlaw.com |
| Counsel for McLane Company, Inc. | Hunton Andrews Kurth LLP | bbell@HuntonAK.com |
| Counsel for McLane Company, Inc. | Hunton Andrews Kurth LLP | ghesse@HuntonAK.com |
| Counsel for Mesa Valley Housing Associated Limited Partnership | Tiffany & Bosco, P.A. | CRK@tblaw.com; ESF@tblaw.com |
| Counsel For My Mother Inc., TWP1 USA LLC, Raj Marathon LLC, Royal Stores LLC, Royal Exxon Investment Ltd. Co. | Platt Cheema Richmond PLLC | fkaisani@pcrfirm.com; brichmond@pcrfirm.com; bhawkins@pcrfirm.com |
| Counsel for NEPA Ventures LLC, Fuel On Emporium LLC, Fuel On St Mary's, LLC, NEPA Trading & Investments LLC and Maan Corporation | Kurtzman Steady, LLC | kurtzman@kurtzmansteady.com |
| Counsel for Pepsi-Cola Bottling Co. of McAlester, Inc. | Crowe & Dunlevy, A Professional Corporation | mark.craige@crowedunlevy.com |
| Counsel for Pepsi-Cola Bottling Co. of McAlester, Inc., & Ada Coca-Cola Bottling Company | Crowe & Dunlevy, A Professional Corporation | christopher.staine@crowedunlevy.com |
| Counsel for Phillips 66 Company | Locke Lord LLP | bknapp@lockelord.com |
| Counsel for Phillips 66 Company | Locke Lord LLP | peisenberg@lockelord.com |
| Counsel for Phillips 66 Company, Imperial Trading Company, LLC | Locke Lord LLP | rkuebel@lockelord.com |
| Counsel for Realty Income Corporation | Hemar, Rousso & Heald, LLP | arhim@hrhlaw.com |

| | | |
|---|---|---|
| Counsel for Samnosh, LLC | The Gibson Law Group, P.C. | david.gibson@gibsonlawgroup.com; reagan.herod@gibsonlawgroup.com |
| Counsel for the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | jpomerantz@pszjlaw.com; jdulberg@pszjlaw.com; bwallen@pszjlaw.com |
| Counsel for the Debtors and Debtors in Possession | Pachulski Stang Ziehl & Jones LLP | mwarner@pszjlaw.com; sgolden@pszjlaw.com |
| Counsel for the Esaias Project, Inc. | Murray Lobb, PLLC | kdickson@murray-lobb.com |
| Counsel for The Necessity Retail REIT Inc. | ArentFox Schiff LLP | andrew.silfen@afslaw.com; beth.brownstein@afslaw.com |
| Counsel for the State of Ohio and Ohio Department of Taxation | Ohio Attorney General | Kristin.Radwanick@OhioAGO.gov |
| Counsel for the Texas Commission on Environmental Quality | Office of the Attorney General of Texas | roma.desai@oag.texas.gov; sean.flynn@oag.texas.gov |
| Counsel for Total Image Solutions, LLC | McGuireWoods LLP | dliggins@mcguirewoods.com; apapa@mcguirewoods.com |
| Counsel for Total Image Solutions, LLC | McGuireWoods LLP | jmaddock@mcguirewoods.com; jmweiss@mcguirewoods.com |
| Counsel for United States Fueling Company LLC | Tillotson Johnson & Patton | jtillotson@tillotsonlaw.com; jpatton@tillotsonlaw.com |
| Counsel for USI Insurance Services LLC | Saul Ewing LLP | jorge.garcia@saul.com |
| Counsel for Vault CS 100 Service LLC | Parkins & Rubio LLP | lparkins@parkinsrubio.com; crubio@parkinsrubio.com |
| Counsel for Vision Financial Group, Inc. | Padfield & Stout, L.L.P. | mstout@padfieldstout.com; carisco@padfieldstout.com |
| Counsel for Weslaco ISD, City of Weslaco | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | edinburgbankruptcy@pbfcm.com |
| Counsel to Christopher R. Murray, Chapter 7 Trustee for the bankruptcy estate of First Coast Energy TX LLC | Jones Murray LLP | erin@jonesmurray.com |
| Counsel to City of Mesquite | Grimes & Linebarger, LLP | dallas.bankruptcy@lgbs.com |
| Counsel to Dallas County, Tarrant County, Irving ISD | Linebarger Goggan Blair & Sampson, LLP | dallas.bankruptcy@lgbs.com |
| Counsel to ExxonMobil Oil Corporation | Jackson Walker L.L.P. | bruzinsky@jw.com |
| Counsel to First Horizon & AR Global (Prepetition Lenders & Agent) | Greenberg Traurig, LLP | elrodj@gtlaw.com; Steven.Rosenwasser@gtlaw.com |
| Counsel to First Horizon Bank | Greenberg Traurig, LLP | Shari.Heyen@gtlaw.com |
| Counsel to Ford Motor Credit Company LLC | Devlin, Naylor & Turbyfill, P.L.L.C. | dturbyfill@dntlaw.com; lturbyfill@dntlaw.com |
| Counsel to HF Sinclair Refining & Marketing, LLC, Sinclair Oil LLC, & Cross Oil Refining & Marketing | Clark Hill PLC | bfranke@clarkhill.com; aedson@clarkhill.com; ahornisher@clarkhill.com |
| Counsel to ICC Motor Fuel I LLC | Gray Reed | jbrookner@grayreed.com; mbishop@grayreed.com |
| Counsel to ICC Motor Fuel I LLC | Greensfelder, Hemker & Gale, P.C. | rscherck@greensfelder.com |

DOCS_LA:351613.1

| Counsel to Matagorda County, Harris County, Fort Bend County, Texas City ISD, Jefferson County, Liberty County, Galveston County | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@lgbs.com |
|---|---|---|
| Counsel to Mohammad Sajjad, Abrar Abid, Stephenson Wholesale Co., Inc. dba Indian Nation Wholesale, Imperial Capital, LLC, BRVictory1, LLC and BRVictory2, LLC, Imperial Reliance, LLC, and Joy Ricky, LLC, RVictory1, LLC, and RVictory2, LLC | Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C. | thines@hallestill.com; lball@hallestill.com |
| Counsel to Oak Street Real Estate Capital, LLC | Kirkland & Ellis LLP | benjamin.kurtz@kirkland.com; david.rosenberg@kirkland.com; ashley.surinak@kirkland.com |
| Counsel to Oak Street Real Estate Capital, LLC | Porter Hedges LLP | jhiggins@porterhedges.com; myoung-john@porterhedges.com |
| Counsel to Oak Street Real Estate Capital, LLC | Kirkland & Ellis LLP | steven.serajeddini@kirkland.com; josh.greenblatt@kirkland.com |
| Counsel to Rio Grande City Grulla ISD, Cameron County, Starr County, Hidalgo County, City of Mcallen | Linebarger Goggan Blair & Sampson, LLP | austin.bankruptcy@lgbs.com |
| Counsel to SASS Petroleum LLC | Fellows LaBriola LLP | skushner@fellab.com |
| Counsel to SCS Sentry, LLC | Turke & Strauss LLP | mary@turkestrauss.com |
| Counsel to Spirit SPE Portfolio CA C-Stores, LLC | Reed Smith LLP | kaurzada@reedsmith.com; mpcooley@reedsmith.com |
| Counsel to Spring Branch ISD, Friendswood ISD, Sante Fe ISD, Fort Bend ISD, Alief ISD, Clear Creek ISD, Brazoria County, Port Freeport, Brazoria Drainage District # 4, Brazoria County Emergency Services District # 3, Special Road and Bridge District, Alvin ISD, City of Alvin, Alvin Community College District, Brazoria County Conservation and Reclamation District # 3, Brazoria County Emergency Services District # 4, Brazosport ISD, City of Clute, Brazosport College amd Velasco Drainage District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | mvaldez@pbfcm.com |
| Counsel to Sunoco, Inc., Sunoco Retail, LLC, Sunoco LLC, and Sunoco LP | Katten Muchin Rosenman LLP | john.mitchell@katten.com; michaela.crocker@katten.com; Yelena.archiyan@katten.com |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery LLP | crgibbs@mwe.com; mhelt@mwe.com; jagerber@mwe.com |
| Counsel to the Official Committee of Unsecured Creditors | McDermott Will & Emery LLP | mkandestin@mwe.com |
| Counsel to The Texas Comptroller of Public Accounts, Revenue Accounting Division | Attorney General's Office - Bankruptcy & Collections Div | bk-kwalsh@texasattorneygeneral.gov |
| Counsel to Turjo Wadud | Berger Singerman LLP | singerman@bergersingerman.com |
| Counsel to Valero Marketing and Supply Company | Dykema Gossett, PLLC | Dwilliamson@dykema.com |

| Counsel to Valero Marketing and Supply Company | Dykema Gossett, PLLC | Nzugaro@dykema.com |
|---|---|---|
| Counsel to Zoom One, LLC, Creditor | Tran Singh LLP | stran@ts-llp.com; bsingh@ts-llp.com; mpatel@ts-llp.com |
| Creditors Committee | McGuire Woods | jmaddock@mcguirewoods.com |
| Creditors Committee | The Necessity Retail REIT, Inc. | Manderson@ar-global.com |
| Debtors and Debtors in Possession | Mountain Express Oil Company | michael.healy@fticonsulting.com |
| Department of Conservation | Department of Conservation | calgem_webmaster@conservation.ca.gov |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | customer@ferc.gov |
| Florida Attorney General | Florida Attorney General | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Florida Dept of Environmental Protection | Florida Dept of Environmental Protection | Public.Services@FloridaDEP.gov |
| Georgia Attorney General | Georgia Attorney General | Agcarr@law.ga.gov |
| Harlem Food Mart and Vape LLC | Harlem Food Mart and Vape LLC | norman@nabood.com |
| Hasanakki & Dilshad LLC | Hasanakki & Dilshad LLC | pete@npholzerlaw.com |
| Illinois Attorney General | Illinois Attorney General | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Illinois Environmental Protection Agency | Illinois Environmental Protection Agency | EPA.ContactUs@illinois.gov |
| Indiana Attorney General | Indiana Attorney General | info@atg.in.gov |
| Indiana Dept of Environmental Mgmt | Indiana Dept of Environmental Mgmt | psbadger@idem.in.gov |
| Iowa Attorney General | Iowa Attorney General | IDR.Bankruptcy@ag.iowa.gov |
| Javier Cantu | Javier Cantu | kurt@kstephenlaw.com |
| Kentucky Attorney General | Kentucky Attorney General | attorney.general@ag.ky.gov |
| Kentucky Dept for Environmental Protection | Kentucky Dept for Environmental Protection | envhelp@ky.gov |
| Louisiana Attorney General | Louisiana Attorney General | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Louisiana Dept of Environmental Quality | Louisiana Dept of Environmental Quality | webmaster-deq@la.gov |
| Maryam Sabohi | Maryam Sabohi | forozco@southtexaslegal.com |
| Maryland Attorney General | Maryland Attorney General | oag@oag.state.md.us |
| Maryland Dept of the Environment | Maryland Dept of the Environment | mde.webmaster@maryland.gov |
| Michigan Attorney General | Michigan Attorney General | miag@michigan.gov |
| Michigan Dept of Environmental Quality | Michigan Dept of Environmental Quality | EGLE-Assist@Michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | ag.replies@ag.state.mn.us |
| Minnesota Pollution Control Agency | Minnesota Pollution Control Agency | info.pca@state.mn.us |
| Missouri Attorney General | Missouri Attorney General | attorney.general@ago.mo.gov |
| Missouri Dept of Natural Resources | Missouri Dept of Natural Resources | contact@dnr.mo.gov |
| Muy Grande, Inc. | Muy Grande, Inc. | rsimank@cctxlaw.com |

DOCS_LA:351613.1

| | | |
|---|---|---|
| National Institute of Standards and Technology | National Institute of Standards and Technology | owm@nist.gov |
| Nebraska Attorney General | Nebraska Attorney General | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| Nebraska Department of Environment & Energy | Nebraska Department of Environment & Energy | ndee.moreinfo@nebraska.gov; ndeq.moreinfo@nebraska.gov |
| Nevada Attorney General | Nevada Attorney General | AgInfo@ag.nv.gov |
| New Jersey Attorney General | New Jersey Attorney General | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New York Attorney General | New York Attorney General | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | ncago@ncdoj.gov |
| North Carolina Dept of Environment & Natl Resources | North Carolina Dept of Environment & Natl Resources | lisa.tolley@ncdenr.gov; marty.wiggins@ncdenr.gov |
| North Dakota Attorney General | North Dakota Attorney General | ndag@nd.gov |
| North Dakota Department of Health | North Dakota Department of Health | deq@nd.gov |
| Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Houston Division) | jayson.b.ruff@usdoj.gov; jana.whitworth@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Kristin.Radwanick@OhioAGO.gov |
| Ohio Environmental Protection Agency | Ohio Environmental Protection Agency | web.requests@epa.ohio.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | ConsumerProtection@oag.ok.gov |
| Oklahoma County Treasurer | Oklahoma County Treasurer | tammy.jones@oklahomacounty.org |
| OM 2016 LLC, OM Ganesha Investment LLC, | AMBE MA 2012 Inc. | fkaisani@plattrichmond.com |
| Ozarks Coca-Cola/ Dr.Pepper Bottling | Ozarks Coca-Cola/ Dr.Pepper Bottling | msegura@spencerfane.com |
| Pennsylvania Attorney General | Pennsylvania Attorney General | info@attorneygeneral.gov |
| Pennsylvania Dept of Environmental Protection | Pennsylvania Dept of Environmental Protection | ra-hazwaste@pa.gov |
| Persia County Corner LLC | Persia County Corner LLC | forozco@southtexaslegal.com |
| Proposed Chapter 11 Trustee | Hughes Watters & Askanase, LLP | jnorthrup@hwa.com |
| Regional EPA for Region 8 | Environmental Protection Agency | r8eisc@epa.gov |
| Regional EPA for Region 9 | Environmental Protection Agency | r9.info@epa.gov |
| SEC Headquarters | Securities & Exchange Commission | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | dfw@sec.gov |
| Secured Party | Cary Oil Co., Inc. | info@caryoil.com |
| Skarin Properties, LLC | Skarin Properties, LLC | Craig@MarguliesFaithLaw.com Anna@MarguliesFaithLaw.com |
| SL Louisiana LLC | SL Louisiana LLC | jtb@msbfirm.com |
| South Carolina Attorney General | South Carolina Attorney General | bankruptcy@scag.gov |

DOCS_LA:351613.1

| South Carolina Dept of Health & Environment | South Carolina Dept of Health & Environment | info@dhec.sc.gov |
|---|---|---|
| Tennessee Attorney General | Tennessee Attorney General | agattorneys@ag.tn.gov |
| Tennessee Department of Revenue | TN Dept of Revenue | steve.butler@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Texas Commission on Environmental Quality | Texas Commission on Environmental Quality | info@tceq.texas.gov |
| Texas State EPA Agency | Texas Commission on Environmental Quality | info@tceq.texas.gov |
| Top Creditor, Creditors Committee | Total Image Solutions, LLC | vasignguy@hotmail.com; jason@totalimagesolutions.com |
| United States Attorney Office for the Southern District of Texas | US Attorney, Southern District of Texas | usatxs.bankruptcy@usdoj.gov |
| United States Trustee Region 7 | United States Trustee Region 7 | C.Ross.Travis@usdoj.gov |
| Utah Attorney General | Utah Attorney General | bankruptcy@agutah.gov |
| Utah Dept of Environmental Quality | Utah Dept of Environmental Quality | deqinfo@utah.gov |
| Virginia Attorney General | Virginia Attorney General | mailoag@oag.state.va.us |
| Wisconsin Attorney General | Wisconsin Attorney General | dojbankruptcynoticegroup@doj.state.wi.us |

DOCS_LA:351613.1

**Service Via U.S. First Class Mail**

| | | |
|---|---|---|
| ARKANSAS DEPT ENV. PROTECTION<br>ARKANSAS DEPARTMENT OF<br>ENVIRONMENTAL QUALITY<br>5301 NORTHSHORE DRIVE<br>NORTH LITTLE ROCK AR 72118-5317 | BANCORPSOUTH BANK<br>PO BOX 14100<br>MONROE LA 71207 | BANK OF HOPE<br>3200 WILSHIRE BLVD SUITE 1400<br>LOS ANGELES CA 90010 |
| BB&T COMMERCIAL EQUIPMENT CAPITAL<br>2 GREAT VALLEY PARKWAY<br>SUITE 300<br>MALVERN PA 19355 | BLUE OWL<br>399 PARK AVENUE 37TH FL<br>NEW YORK NY 10022 | BUREAU OF LAND MANAGEMENT<br>OIL & GAS PROGRAM<br>1849 C STREET NW<br>WASHINGTON DC 20240 |
| CADENCE BANK NA<br>1349 W PEACHTREE ST NW STE 100<br>ATLANTA GA 30309-2919 | CALIFORNIA ATTORNEY GENERAL<br>ATTN BANKRUPTCY DEPARTMENT<br>1300 I ST STE 1740<br>SACRAMENTO CA 95814-2919 | CALIFORNIA ENV PROTECTION AGENCY<br>HEADQUARTERS BUILDING<br>1001 I STREET<br>PO BOX 2815<br>SACRAMENTO CA 95814 |
| CARY OIL CO INC<br>110 MACKENAN DRIVE<br>SUITE 300<br>CARY NC 27511 | COCA-COLA BOTTLING COMPANY UNITED INC<br>STEPHEN WOOD<br>4600 EAST LAKE BOULEVARD<br>BIRMINGHAM AL 35217 | CT CORPORATION SYSTEM<br>REPRESENTATIVE<br>330 N BRAND BLVD STE 700<br>ATTN SPRD<br>GLENDALE CA 91203 |
| ENERGY & COMMERCE COMMITTEE<br>2125 RAYBURN HOUSE OFFICE BUILDING<br>WASHINGTON DC 20515 | ENVIRONMENTAL PROTECTION AGENCY<br>5 POST OFFICE SQUARE<br>SUITE 100<br>BOSTON MA 02109-3912 | ENVIRONMENTAL PROTECTION AGENCY<br>290 BROADWAY<br>NEW YORK NY 10007-1866 |
| ENVIRONMENTAL PROTECTION AGENCY<br>FOUR PENN CENTER<br>1600 JFK BLVD<br>PHILADELPHIA PA 19103-2029 | ENVIRONMENTAL PROTECTION AGENCY<br>ATLANTA FEDERAL CENTER<br>61 FORSYTH STREET SW<br>ATLANTA GA 30303-3104 | ENVIRONMENTAL PROTECTION AGENCY<br>77 WEST JACKSON BLVD<br>CHICAGO IL 60604-3507 |
| ENVIRONMENTAL PROTECTION AGENCY<br>11201 RENNER BLVD<br>LENEXA KS 66219 | ENVIRONMENTAL PROTECTION AGENCY<br>1200 SIXTH AVE<br>SUITE 155<br>SEATTLE WA 98101 | EXXONMOBIL CORP<br>3225 GALLOWS ROAD<br>FAIRFAX VA 22037 |
| FIRST COMMONWEALTH EQUIP FINANCE<br>A DIV OF FIRST COMMONWEALTH BANK<br>200 BERWYN PARK STE 310<br>BERWYN PA 19312 | GA DEPT OF NATURAL RESOURCES<br>ENVRON PROTECTION DIVISION<br>2 MARTIN LUTHER KING JR DRIVE SE<br>SUITE 1456 - EAST TOWER<br>ATLANTA GA 30334 | HANCOCK WHITNEY BANK<br>PO BOX 211269<br>MONTGOMERY AL 36121 |

DOCS_LA:351613.1

| | | |
|---|---|---|
| IBERIABANK AS ADMINISTRATIVE AGENT<br>11 EAST GREENWAY PLAZA<br>SUITE 2700<br>HOUSTON TX 77046 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>PHILADELPHIA PA 19104 |
| IOWA DEPT OF NATURAL RESOURCES<br>WALLACE STATE OFFICE BUILDING<br>502 EAST 9TH STREET 4TH FLOOR<br>DES MOINES IA 50319-0034 | KANSAS ATTORNEY GENERAL<br>ATTN BANKRUPTCY DEPARTMENT<br>120 SW 10TH AVE 2ND FL<br>TOPEKA KS 66612-1597 | KANSAS DEPT OF HEALTH AND ENVIRONMENT<br>CHARLES CURTIS STATE OFFICE BLDG<br>1000 SW JACKSON<br>TOPEKA KS 66612 |
| MISSISSIPPI ATTORNEY GENERAL<br>ATTN BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 | MISSISSIPPI DEPT OF ENVIRONMENTAL QUALITY<br>LEGAL DIVISION<br>515 E AMITE ST<br>JACKSON MS 39201 | MONEYGRAM PAYMENT SYSTEMS INC<br>1550 UTICA AVE SOUTH<br>SUITE 100<br>MINNEAPOLIS MN 55416 |
| NAVITAS CREDIT CORP<br>201 EXECUTIVE CENTER DRIVE<br>SUITE 100<br>COLUMBIA SC 29210 | NEPA TRADING & INVESTMENTS LLC<br>FUEL ON ST MARY'S LLC<br>100 N WILKES BARRE BLVD STE 322<br>WILKES BARRE PA 18702 | NEVADA DEPT OF CONSERVATION & NATURAL RESOURCES<br>DIVISION OF ENV PROTECTION<br>901 S STEWART ST SUITE 1003<br>CARSON CITY NV 89701-5249 |
| NEW JERSEY DEPT OF ENVIRONMENTAL PROTECTION<br>401 EAST STATE ST<br>TRENTON NJ 08625 | NEW MEXICO ATTORNEY GENERAL<br>ATTN BANKRUPTCY DEPARTMENT<br>408 GALISTEO ST<br>VILLAGRA BUILDING<br>SANTA FE NM 87501 | NEW MEXICO ENVIRONMENT DEPT<br>HAROLD RUNNELS BUILDING<br>1190 ST FRANCIS DRIVE SUITE N4050<br>SANTA FE NM 87505 |
| NEW YORK DEPT OF ENVIRONMENTAL CONSERVATION<br>625 BROADWAY<br>ALBANY NY 12233-0001 | OAK STREET A DIVISION OF BLUE OWL<br>MICHAEL REITER JARED SHEIKER STASH ROWLEY<br>399 PARK AVENUE 37TH FLR<br>NEW YORK NY 10022 | OKLAHOMA CORPORATION COMMISSION<br>OIL & GAS DIVISION<br>2101 NORTH LINCOLN BLVD<br>OKLAHOMA CITY OK 73105 |
| OKLAHOMA DEPT OF ENVIRONMENTAL QUALITY<br>PO BOX 1677<br>OKLAHOMA CITY OK 73101-1677 | PINNACLE BANK<br>PO BOX 430<br>ELBERTON GA 30635 | REID STRICKLAND & GILLETTE LLP<br>BRANDON E BENOIT<br>PO BOX 809<br>BAYTOWN TX 77522-0809 |
| SINCLAIR OIL LLC<br>550 E SOUTH TEMPLE<br>SALT LAKE CITY UT 84102 | SOUTH STATE BANK<br>1101 FIRST ST SOUTH SUITE 202<br>WINTER HAVEN FL 33880 | SUMITOMO MITSUI FINANCE AND LEASING CO LTD<br>666 THIRD AVENUE<br>8TH FLOOR<br>NEW YORK NY 10017 |
| SYNOVUS BANK<br>1148 BROADWAY<br>COLUMBUS GA 31901 | TCF NATIONAL BANK<br>1110 WAYZATA BLVD<br>SUITE 801<br>MINNETONKA MN 55305 | TENNESSEE DEPT OF ENVIRONMENT & CONSERVATION<br>312 ROSA L PARKS AVE<br>TENESSEE TOWER 2ND FLOOR<br>NASHVILLE TN 37243 |

DOCS_LA:351613.1

| | | |
|---|---|---|
| UNITED COMMUNITY BANK<br>HWY 515<br>PO BOX 398<br>BLAIRSVILLE GA 30514 | US DEPARTMENT OF ENERGY<br>1000 INDEPENDENCE AVE SW<br>WASHINGTON DC 20585 | USEPA WILLIAM JEFFERSON CLINTON BUILDING<br>1200 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004 |
| VIRGINIA DEPT OF ENVIRONMENTAL QUALITY<br>1111 EAST MAIN STREET SUITE 1400<br>RICHMOND VA 23219 | WISCONSIN DEPT OF NATURAL RESOURCES<br>101 S WEBSTER STREET<br>PO BOX 7921<br>MADISON WI 53707-7921 | SUMITOMO MITSUI FINANCE & LEASING CO LTD<br>JAMES W KING ESQ<br>6420 WELLINGTON PLACE<br>BEAUMONT TX 77706 |
| JANET S CASCIATO-NORTHRUP<br>CHAPTER 7 TRUSTEE<br>1201 LOUISIANA STREET<br>HOUSTON TX 770001 | | |

DOCS_LA:351613.1