UNITED STATES BANKRUPTCY COURT — SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-90147 (DRJ) |
|---|---|---|---|
| | Debtor | In Re: | MOUNTAIN EXPRESS OIL COMPANY, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Craig G. Margulies, Esq.<br>Margulies Faith LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436<br>(818) 705-2777  E: Craig@MarguliesFaithLaw.com<br>CA: 185925 |
|---|---|

| Name of party applicant seeks to appear for: | Skarin Properties, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 10/10/2023    Signed: *[signature]*

The state bar reports that the applicant's status is:

Dated:      Clerk's signature:

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____

United States Bankruptcy Judge