**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 7** |
| **MOUNTAIN EXPRESS OIL COMPANY**, *et al.*, | § | **(Previously Chapter 11)** |
| | § | **Case No. 23-90147 (DRJ)** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |
| | § | |
| | § | |

<u>**TRUSTEE'S *EMERGENCY* MOTION FOR STATUS CONFERENCE**</u>

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**\*\*\* EMERGENCY CONSIDERATION IS REQUESTED FOR THE STATUS CONFERENCE TO BE HELD ON <u>*FRIDAY, OCTOBER 13, 2023*</u>, OR AS SOON THEREAFTER AS THE COURT'S CALENDAR WILL ALLOW, WITH CONSIDERATION GIVEN FOR THE AVAILABILITY OF THE TRUSTEE AND HER COUNSEL AS NOTED BELOW.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE DAVID R. JONES, UNITED STATES BANKRUPTCY JUDGE:

Janet Northrup ("the "Trustee"), chapter 7 trustee of Mountain Express Oil Company ("MEX") and affiliated debtors (collectively, with MEX, the "Debtors"),[1] files this *Emergency Motion for Status Conference* (the "Motion") and would show the Court as follows:

1. On March 18, 2023 (the "Petition Date"), the Debtors filed these jointly administered chapter 11 cases. The Debtors operated their business and managed their properties as debtors and debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code until a Chapter 11 Trustee was appointed on August 17, 2023.

2. Subsequently, on August 24, 2023 (the "Conversion Date"), upon its own motion and the Chapter 11 Trustee's request, the Court converted these cases to cases under chapter 7 of the Bankruptcy Code. [Docket No. 1397]. Thereafter, Janet Northrup was also appointed the Chapter 7 Trustee in each of the Debtors' cases. The Trustee is in possession of the assets of the bankruptcy estates and is operating the businesses pursuant to the terms of an Order authorizing operations in Chapter 7 [Docket No. 1421].

3. The Trustee has become aware of multiple deeds being filed in the real property records in various counties in the State of Wisconsin and possibly in the State of Michigan in September and October 2023 as shown in the attached **Exhibit "A"**. These properties related to property owned pre-petition by the Debtor(s).

4. It appears these deeds are related to a pre-petition transaction where 25 stores in Wisconsin and Michigan were allegedly sold by the Debtor; however, it appears these deeds were not recorded pre-petition.

---

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov.  The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these chapter 7 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

3104773

5. Last week, the Trustee alerted Kirkland & Ellis, counsel for the purported buyer of these stores, of the apparent violations of the automatic stay. The Trustee also alerted the title company involved in the purported closings of these sales as well.

6. The Trustee understands that the chief operating officer for SQRL has appeared at some of these 25 stores claiming ownership of the stores and attempting to negotiate a transition of the stores to SQRL.

7. Given these developments, the Trustee is of the opinion it would be beneficial for the Court to be apprised of the current status of the case and apparent ongoing stay violations as quickly as the Court's schedule will permit. The Trustee therefore requests an emergency status conference and the Court's guidance going forward.

8. The Trustee will be traveling abroad beginning the afternoon of Friday, October 13, 2023 until October 30, 2023. Given this prior commitment, the Trustee <u>requests a hearing on Friday morning, October 13, 2023, if possible,</u> for an in-person or video hearing.

## **Request For Emergency Consideration**

9. The Trustee requests that the Court give expedited or emergency consideration to this Motion given the circumstances noted above.

10. Pursuant to Local Rule 9013-1(i), the undersigned, counsel for the Trustee, certifies that this Motion and the grounds set forth for emergency consideration are accurate, to the best of her information and belief, after diligent inquiry and investigation.

3104773

**WHEREFORE, PREMISES CONSIDERED**, Janet S. Northrup, Trustee prays that the Court conduct a status conference on an emergency basis, and for such other relief as is just.

DATED this 12th day of October, 2023.

Respectfully submitted,

 /s/ Heather McIntyre
Wayne Kitchens        TBN 11541110
wkitchens@hwallp.com
Heather McIntyre      TBN 24041076
hmcyintre@hwallp.com
1201 Louisiana, 28th Floor
Houston, Texas  77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
**ATTORNEYS FOR JANET S. NORTHRUP, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the parties receiving ECF notification in the above-referenced case via the court's ECF notice system on October 12, 2023.

/s/  Heather Heath McIntyre
Heather Heath McIntyre

3104773

# EXHIBIT "A"

**763772**
Recorded
September 29, 2023  11:50 AM
LAURIE WUSTERBARTH
REGISTER OF DEEDS
OCONTO COUNTY, WI
Pages: 2
Fee:$30.00
Transfer Fee: $15445.80
***The above recording information verifies
this document has been electronically recorded***
Returned to: Fidelity National Title Madison - 17 Appleg

State Bar of Wisconsin Form 1-2003
**WARRANTY DEED**

| Document Number | Document Name |
|---|---|

**THIS DEED**, made between   Mountain Express Oil Company, a Georgia corporation
_____ ("Grantor," whether one or more),
and   Mountain Portfolio Owner WI MI LLC, a Delaware limited liability company
_____ ("Grantee," whether one or more).

Grantor, for a valuable consideration, conveys to Grantee the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in   Oconto   County, State of Wisconsin ("Property") (if more space is needed, please attach addendum):

See attached Exhibit A.

Recording Area

Name and Return Address
FNTG
3301 Windy Ridge Pkwy
Suite 300
Atlanta, GA 30339

See attached Exhibit A.
Parcel Identification Number (PIN)

This ___ is not ___ homestead property.
         (is) (is not)

Grantor warrants that the title to the Property is good, indefeasible in fee simple and free and clear of encumbrances except: any municipal and zoning ordinances and agreements entered under them, recorded easements for the distribution of utility and municipal services, recorded building and use restrictions and covenants, and general taxes levied in the year of closing.

Date:   March 31, 2022

Mountain Express Oil Company, a Georgia corporation
By:

_____ (SEAL)   * Turjo Wadud, CEO _____ (SEAL)
*

_____ (SEAL)   * _____ (SEAL)
*

**AUTHENTICATION**

Signature(s) _____

authenticated on _____

*
_____
TITLE: MEMBER STATE BAR OF WISCONSIN
(If not,
authorized by Wis. Stat. § 706.06)

THIS INSTRUMENT DRAFTED BY
Rebecca L. Pilgrim
Attorney at Law

**ACKNOWLEDGMENT**

STATE OF GEORGIA   )
                                          ) ss.
  Fulton   COUNTY   )

Personally came before me on   March 31, 2022  ,
the above-named Turjo Wadud   as   CEO
of Mountain Express Oil Company, a Georgia corporation
to me known to be the person(s) who executed the foregoing instrument and acknowledged the same.

Carrie Kennedy
Notary Public, State of Georgia
My Commission (is permanent) (expires:   9/28/25  )

(Signatures may be authenticated or acknowledged. Both are not necessary.)
NOTE: THIS IS A STANDARD FORM. ANY MODIFICATIONS TO THIS FORM SHOULD BE CLEARLY IDENTIFIED.
WARRANTY DEED                                              STATE BAR OF WISCONSIN                                              FORM NO. 1-2003
* Type name below signatures.

**Exhibit A. - Oconto Co.**

**Mountain Express Oil Company, a Georgia corporation to**
**Mountain Portfolio Owner WI MI LLC, a Delaware limited liability company**

For APN/Parcel ID(s): 146043500722K
For Tax Map ID(s): 146043500722K

Lot 1 of Certified Survey Map No. 1892, recorded on January 14, 1993, in Volume 11 of Certified Survey Maps, on page 175, as Document No. 405768, being part of the Northwest 1/4 of the Northwest 1/4 of Section 35, Township 29 North, Range 20 East, Village of Lena, Oconto County, Wisconsin.

For APN/Parcel ID(s): 040-3434122805

Lot One (1), Vol. 30 Certified Survey Maps, Page 30, Map No. 4083, as Doc. No. 595169; being part of Lot One (1), Vol. 29 Certified Survey Maps, Page 27, Map No. 3981, being part of Lots One (1) and Two (2), Vol. 17 Certified Survey Maps, Page 73, Map No. 2826; being part of Outlot One (1) and Lot One (1), Vol. 14 Certified Survey Maps, Page 114, Map No. 2409; said maps being part of Government Lot Eight (8), Section Thirty-four (34), Township Twenty-eight (28) North, Range Twenty (20) East, in the Town of Stiles, Oconto County, Wisconsin.

Doc No: **778100**

Recorded on
10/2/2023 8:22 AM
AMY DILLENBURG
REGISTER OF DEEDS
SHAWANO COUNTY
Fee Amount: $30.00
Transfer Fee: $11,828.70
Pages: 2

The above recording information verifies this document has been electronically recorded and returned

| Document Number | Document Name |
|---|---|
| | State Bar of Wisconsin Form 1-2003 **WARRANTY DEED** |

**THIS DEED**, made between  Mountain Express Oil Company, a Georgia corporation
_____ ("Grantor," whether one or more),
and   Mountain Portfolio Owner WI MI LLC, a Delaware limited liability company
_____ ("Grantee," whether one or more).

Grantor, for a valuable consideration, conveys to Grantee the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in  Shawano  County, State of Wisconsin ("Property") (if more space is needed, please attach addendum):

See attached Exhibit A.

Recording Area

Name and Return Address
FNTG
3301 Windy Ridge Pkwy
Suite 300
Atlanta, GA 30339

See attached Exhibit A.
Parcel Identification Number (PIN)
This   is not   homestead property.
    (is) (is not)

Grantor warrants that the title to the Property is good, indefeasible in fee simple and free and clear of encumbrances except: any municipal and zoning ordinances and agreements entered under them, recorded easements for the distribution of utility and municipal services, recorded building and use restrictions and covenants, and general taxes levied in the year of closing.

Date: March 31, 2022

Mountain Express Oil Company, a Georgia corporation
By: _____ (SEAL)
   Turjo Wadud, CEO   (SEAL)

_____ (SEAL)   _____ (SEAL)

**AUTHENTICATION**

Signature(s) _____

authenticated on _____

*

TITLE: MEMBER STATE BAR OF WISCONSIN
(If not, _____
authorized by Wis. Stat. § 706.06)

THIS INSTRUMENT DRAFTED BY:
Rebecca L. Pilgrim
Attorney at Law

**ACKNOWLEDGMENT**

STATE OF GEORGIA   )
Fulton   COUNTY   ) ss.

Personally came before me on   March 31, 2022
the above-named   Turjo Wadud   as   CEO
of Mountain Express Oil Company, a Georgia corporation
to me known to be the person(s) who executed the foregoing instrument and acknowledged the same.

_Carrie Kennedy_
Notary Public, State of Georgia
My Commission (is permanent) (expires: 9/28/25 )

(Signatures may be authenticated or acknowledged. Both are not necessary.)
NOTE: THIS IS A STANDARD FORM. ANY MODIFICATIONS TO THIS FORM SHOULD BE CLEARLY IDENTIFIED.
WARRANTY DEED   FORM NO. 1-2003
* Type name below signatures.   ©2003 STATE BAR OF WISCONSIN

Exhibit A. -- Shawano Co.

Mountain Express Oil Company, a Georgia corporation to
Mountain Portfolio Owner WI MI LLC, a Delaware limited liability company

For APN/Parcel ID(s): 281-70150-0010
For Tax Map ID(s): 701500010

Lot 1, Certified Survey Map 4434 recorded in Volume 24 of Certified Survey Maps, page 195, as Document No. 735827; said map being a combination and depiction of the land boundaries recorded in Document #657117, being part of Lot 1 Certified Survey Map 3686 recorded in Volume 16, Certified Survey Maps, page 58 as Document No. 654163, said map being part of Lots 3 and 4, Block 1 of the Plat of Naber and Ruedebusch's Addition and also part of Lots 5 and 6, Block 1 and part of the vacated Alley of the Plat of Naber and Ruedebusch's Addition to the City of Shawano, located in Section 31, Township 27 North, Range 16 East, in the City of Shawano, Shawano County, Wisconsin.

Parcel No. 281-70150-0010 / 701500010

DOC. #: 877485
RENEE MILLER, REGISTER OF DEEDS
MARINETTE COUNTY
September 29, 2023 at 11:07 AM
Fee Amount: $30.00     Pages: 2
Transfer Fee: $33942.90

*The above recording information verifies this document has been electronically recorded
Returned to  Fidelity National Title Madison - 17

State Bar of Wisconsin Form 1-2003
**WARRANTY DEED**

| Document Number | Document Name |

**THIS DEED**, made between __Mountain Express Oil Company, a Georgia corporation__ ("Grantor," whether one or more),

and __Mountain Portfolio Owner WI MI LLC, a Delaware limited liability company__ ("Grantee," whether one or more).

Grantor, for a valuable consideration, conveys to Grantee the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in __Marinette__ County, State of Wisconsin ("Property") (if more space is needed, please attach addendum):

See attached Exhibit A.

Recording Area

Name and Return Address
FNTG
3301 Windy Ridge Pkwy
Suite 300
Atlanta, GA 30339

See attached Exhibit A.
Parcel Identification Number (PIN)

This __is not__ homestead property.
(is) (is not)

Grantor warrants that the title to the Property is good, indefeasible in fee simple and free and clear of encumbrances except: any municipal and zoning ordinances and agreements entered under them, recorded easements for the distribution of utility and municipal services, recorded building and use restrictions and covenants, and general taxes levied in the year of closing.

Date: __March 31, 2022__

Mountain Express Oil Company, a Georgia corporation
By: _____ (SEAL)
* __Turjo Wadud, CEO__

_____ (SEAL)

**AUTHENTICATION**

Signature(s) _____

authenticated on _____

*

TITLE: MEMBER STATE BAR OF WISCONSIN
(If not, _____
authorized by Wis. Stat. § 706.06)

THIS INSTRUMENT DRAFTED BY:
Rebecca L. Pilgrim
Attorney at Law

**ACKNOWLEDGMENT**

STATE OF GEORGIA  )
__Fulton__ COUNTY ) ss.

Personally came before me on __March 31, 2022__
the above-named __Turjo Wadud__ as __CEO__
of Mountain Express Oil Company, a Georgia corporation
to me known to be the person(s) who executed the foregoing instrument and acknowledged the same.

__Carrie Kennedy__
Notary Public, State of Georgia
My Commission (is permanent) expires: __9/28/25__

(Signatures may be authenticated or acknowledged.  Both are not necessary.)
NOTE: THIS IS A STANDARD FORM.  ANY MODIFICATIONS TO THIS FORM SHOULD BE CLEARLY IDENTIFIED.
WARRANTY DEED                                          FORM NO. 1-2003
* Type name below signatures.                          © 2003 STATE BAR OF WISCONSIN

Exhibit A. -- Marinette Co.

Mountain Express Oil Company, a Georgia corporation to
Mountain Portfolio Owner WI MI LLC, a Delaware limited liability company

For APN/Parcel ID(s): 271-00982.002 and 271-00986.001

The North 300 feet of Outlot Number 72, and the North 300 feet of Outlot Number 73, and the North 200 feet of Outlot Number 74, and the North 200 feet of Outlot Number 75 of Assessor's Plat Number 1 to the City of Peshtigo, Marinette County, Wisconsin, according to the recorded plat thereof, except any part thereof used for highway purposes. And The North 200 feet of Outlot Number 76 of Assessor's Plat Number 1 to the City of Peshtigo, Marinette County, Wisconsin, according to the recorded plat thereof, except any part thereof used for highway purposes.

For APN/Parcel ID(s): 251-06803.001
For Tax Map ID(s): 251-06803.001

Lots 13, 14 and 15, Block 3, H. Witbeck Company's Third Addition to the City of Marinette, in the City of Marinette, Marinette County, Wisconsin.

Parcel No. 251-06803.001

| Document Number | Document Name |
|---|---|
| | State Bar of Wisconsin Form 1-2003<br>**WARRANTY DEED** |

**900122**

CYNTHIA A. WISINSKI
REGISTER OF DEEDS
PORTAGE COUNTY
STEVENS POINT, WI
RECORDED ON
09/29/2023 01:53 PM

REC FEE: 30.00
TRANSFER FEE: 54,901.20
PAGES: 4
FEE EXEMPT:

**THIS DEED**, made between Mountain Express Oil Company, a Georgia corporation
_____ ("Grantor," whether one or more),
and Mountain Portfolio Owner WI MI LLC, a Delaware limited liability company
_____ ("Grantee," whether one or more).

Grantor, for a valuable consideration, conveys to Grantee the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in Portage County, State of Wisconsin ("Property") (if more space is needed, please attach addendum):

See attached Exhibit A.

Recording Area

Name and Return Address
FNTG
3301 Windy Ridge Pkwy
Suite 300
Atlanta, GA 30339

See attached Exhibit A.
Parcel Identification Number (PIN)
This ___is not___ homestead property.
(is) (is not)

Grantor warrants that the title to the Property is good, indefeasible in fee simple and free and clear of encumbrances except: any municipal and zoning ordinances and agreements entered under them, recorded easements for the distribution of utility and municipal services, recorded building and use restrictions and covenants, and general taxes levied in the year of closing.

Date: March 31, 2022

Mountain Express Oil Company, a Georgia corporation
By: _____ (SEAL)
* Turjo Wadud, CEO

_____ (SEAL)
*

**AUTHENTICATION**

Signature(s) _____

authenticated on _____

*_____

TITLE: MEMBER STATE BAR OF WISCONSIN
(If not, _____
authorized by Wis. Stat. § 706.06)

THIS INSTRUMENT DRAFTED BY:
Rebecca L. Pilgrim
Attorney at Law

**ACKNOWLEDGMENT**

STATE OF GEORGIA  )
                   ) ss.
Fulton    COUNTY   )

Personally came before me on March 31, 2022
the above-named Turjo Wadud   as CEO
of Mountain Express Oil Company, a Georgia corporation
to me known to be the person(s) who executed the foregoing instrument and acknowledged the same.

_Carrie Kennedy_
Notary Public, State of Georgia
My Commission (is permanent) (expires: 9/28/25 )

(Signatures may be authenticated or acknowledged. Both are not necessary.)

NOTE: THIS IS A STANDARD FORM. ANY MODIFICATIONS TO THIS FORM SHOULD BE CLEARLY IDENTIFIED.
WARRANTY DEED                                      FORM NO. 1-2003
* Type name below signatures.                      © 2003 STATE BAR OF WISCONSIN

**Exhibit A. – Portage Co.**

**Mountain Express Oil Company, a Georgia corporation to
Mountain Portfolio Owner WI MI LLC, a Delaware limited liability company**

For APN/Parcel ID(s): 2408.31.1013.25

Lot One (1) of Certified Survey Map No. 7685-28-165 as recorded in Volume 28 of Surveys on Page 165, as Document No. 588601, located in and being part of Government Lot Two (2), Section Thirty-one (31), Township Twenty-four (24) North, Range Eight (8) East, City of Stevens Point, Portage County, Wisconsin; AND All that part of Government Lot Two (2), Section Thirty-one (31), Township Twenty-four (24) North, Range Eight (8) East, City of Stevens Point, Portage County, Wisconsin, described as follows: Commencing at a point on the Southerly Line of West Clark Street (formerly Central Avenue), which is North 59° East, 70 feet from its intersection with the Easterly line of South River Drive (formerly St. Louis Avenue), being the Northeasterly corner of Cities Service Oil Company property as described in Book 211 of Deeds on Page 12; thence continuing North 59° East a distance of 72.7 feet; thence South 31° East (at right angles to West Clark Street) 87.4 feet; thence West parallel to West Clark Street to the South east corner of the Cities Service Oil Company property; thence Northerly along the East line of said property 87.4 feet to the Point of Beginning; EXCEPT that part conveyed to the State of Wisconsin as described in Document No. 561606 for highway purposes.

Tax Parcel No. 2408 31 1013 25

For APN/Parcel ID(s): 2408.31.1013.10

Certified Survey Map as recorded in Volume 1 of Surveys on Page 28, described as follows: Part of Government Lot Two (2) in Section Thirty-one (31), Township Twenty-four (24) North, Range Eight (8) East, in the City of Stevens Point, Portage County, Wisconsin, described as follows: Commencing at a point on the Easterly line of West River Drive, which is South 21° 05' East along said Easterly line of West River Drive, 80 feet to a point marked by an iron pipe driven in the ground; which is the Southwesterly corner of land conveyed to Cities Service Oil Company by deed recorded in Volume 211 of Deeds on Page 12; thence North 64° 46' East along the Southerly line of land in said deed and its extension, 134.11 feet; thence South 30° 46' East 70.71 feet; thence South 68° 55' West, 145.58 feet to the Easterly line of West River Drive; thence North 21° 05' West along the Easterly line of West River Drive, 60 feet to the Place of Beginning.

Tax Parcel No. 2408.31.1013.10

For APN/Parcel ID(s): 17344 C1904

Lot One (1) of Certified Survey Map No. 7641-28-121, as recorded in the office of the Register of Deeds for Portage County, Wisconsin on April 11, 2001, in Volume 28 of Surveys, page 121, as Document No. 586322; being part of Lot Two (2) of Certified Survey Map No. 5312-19-122 & 122A, being part of Lot Nineteen (19) of Certified Survey Map No. 5214-19-24, being part of Nineteen (19) Plover Assessor's Plat No. 6, and being part of Lot One (1) of Certified Survey Map No. 6777-24-300, located in the Northeast Quarter (NE 1/4) of the Northeast Quarter (NE 1/4), Section Sixteen (16), Township Twenty-three (23) North, Range Eight (8) East, Village of Plover, Portage County, Wisconsin. EXCEPT any part thereof to be used for roadway purposes, as recorded in Document No. 576986.

For APN/Parcel ID(s): 2408.36.1200.01

Lot One (1) of Certified Survey Map No. 10311-46-41, recorded in the office of the Register of Deeds for Portage County, Wisconsin on October 12, 2012, in Volume 46 of Surveys, on page 41 as Document No. 776930; being all of Lot One (1) of Certified Survey Map No. 8701, being part of Lot One (1) of Certified Survey Map No. 7102, all located in the Northwest Quarter (NW 1/4) of the Northeast Quarter (NE 1/4) of Section Thirty-six (36), Township Twenty-four (24) North, Range Eight (8) East, in the City of Stevens Point, Portage County, Wisconsin. TOGETHER with ingress and egress Easement over and across Outlot One (1) of Certified Survey Map No. 10311-46-41, as recorded in said Register's office.

For APN/Parcel ID(s): 281-23-0801300004 (2022) and part of 281-23-0801300002 (2021)

Lots One (1) and Two (2) of Certified Survey Map 011604. recorded December 30, 2021 as Document No. 884277, being all of Lot 1 Certified Survey Map No. 9488 as recorded in Volume 38 of Certified Survey Maps, Page 118 as Document No. 694636, located in part of the Southwest 1/4 of the Southwest 1/4 of Section 1, Township 23 North, Range 8 East, City of Stevens Point, Portage County, Wisconsin.

For APN/Parcel ID(s): 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
For Tax Map ID(s): 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

Lots 5 and 6 in Block 4 of the Original Plat of the Village of Junction City, Portage County, Wisconsin.

For APN/Parcel ID(s): 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-09.02
For Tax Map ID(s): 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-09.02

Lot 1 of Portage County Certified Survey Map No. 4403-15-198, as recorded in Volume 15 of Surveys, page 198, (part of the NE 1/4 of the SW 1/4 of Section 20, Town 25 North, Range 10 East, EXCEPT Right of Way Grant to Amherst Telephone Company as recorded in Book 401 of Micro-Records, page 766, and EXCEPT Easement to Village of Rosholt as recorded in Book 701 of Micro-Records, page 439, all of Portage County Registry Records. AND That part of the Northeast Quarter of the Southwest Quarter of Section 20, Township 25 North, Range 10 East, described as follows: Commencing at the Northeast corner of said forty; thence West 462 feet; thence South 156.75 feet to constitute a place of beginning; thence East 198 feet; thence South 82 feet; thence West 198 feet; thence North 82 feet to the point of beginning, EXCEPT Right of Way Grant to Amherst Telephone Company as recorded in Book 404 of Micro-Records, page 518 of Portage County Registry Records. ALL located in the Village of Rosholt, Portage County, Wisconsin.


For APN/Parcel ID(s): 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-06.08 and 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-06.07
For Tax Map ID(s): 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-06.08 and 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-06.07

Lot One (1) of Certified Survey Map No. 4684-16-179 as recorded in Volume 16 of Certified Survey Maps on Page 179, as Document No. 436576, located in and being part of the Northwest Quarter of the Northwest Quarter (NW1/4-NW1/4), Section Thirty-four (34), Township Twenty-four (24) North, Range Eight (8) East, Village of Park Ridge, Portage County, Wisconsin; AND ALSO that part of the Northwest Quarter of the Northwest Quarter (NW1/4-NW1/4), Section Thirty-four (34), Township Twenty-four (24) North, Range Eight (8) East, Village of Park Ridge, Portage County, Wisconsin, described as follows: Commencing at a point on the North line of Federal Highway No. 10 a/k/a Park Ridge Drive, 40 feet North and 665 feet West from the Southeast corner of the Northwest 1/4 of the Northwest 1/4 of Section 34, Township 24 North, Range 8 East; thence West along the North line of Federal Highway No. 10 a/k/a Park Ridge Drive, a distance of 127 feet; thence North 135 feet; thence East parallel with the North line of Federal Highway No. 10 a/k/a Park Ridge Drive, a distance of 127 feet; thence South 135 feet to the Place of Beginning; EXCEPT that part described in Award of Damages recorded in Book 277 of Records on Page 59.