**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **Chapter 7** |
| **MOUNTAIN EXPRESS OIL COMPANY,** *et* § | **(Previously Chapter 11)** |
| *al.*, § | **Case No. 23-90147 (DRJ)** |
| § | |
| Debtors. § | **(Jointly Administered)** |
| § | |
| § | |

**ORDER SETTING STATUS CONFERENCE**
**(Related to Docket No. _____)**

The Court has considered the *Trustee's Emergency Motion for Status Conference* (the "Motion"). The Court finds that notice of the Motion was proper and that the relief requested is justified based upon the facts of this case, and the Court is of the opinion that the Motion should be granted. It is therefore

ORDERED that a status conference will be held on _____, 2023, at _____ ___.m.

**SIGNED:** _____

_____
**DAVID R. JONES,**
**UNITED STATES BANKRUPTCY JUDGE**