UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| | §  Chapter 11 |
| | § |
| **Mountain Express Oil Company**, *et al.*, | §  Case No. 23-90147 |
| | § |
| Debtors. | §  Jointly Administered |
| | § |

## DECLARATION OF KYLE ROSEN

I, Kyle Rosen, declare and state under penalty of perjury pursuant to 28 U.S.C. § 1747 that the following is true and correct to the best of my personal knowledge:

1.      I have been a licensed auctioneer and a real estate salesman/broker in Texas since 1992.  I have conducted numerous commercial real estate transactions and commercial asset liquidations.  I am a member of the National Auctioneers Association, Certified Auctioneers Institute, Texas Auctioneers Association, National Association of Realtors, Texas Association of Realtors, Houston Association of Realtors and past Board of Directors member for the Houston Turnaround Management Association.

2.      I am the Vice President of Auction Services at RosenSystems, Inc., a company that specializes in marketing and conducting real asset and personal property sales for bankruptcy estates.  For purposes of this engagement, RosenSystems, Inc. will be marketing and conducting the sale of the personal property located at 1025 Alma Street, Suite B, Tomball, Texas 77375; 1101 Alma Street, Suites 100, 104 and 108 Tomball, Texas 77375; and 1445 Keefer Road, Suite A, Tomball, Texas 77375

3.      After having reviewed the creditors matrices in the above-referenced bankruptcy cases, to the best of my knowledge, information, and belief, I, my firm, its members and associates, are disinterested persons within the meaning of 11 U.S.C. § 101(13) and are eligible to serve as auctioneers for the estate pursuant to the provisions of 11 U.S.C. § 327(a).  To the best of my knowledge, I and my firm, represent no interest adverse to the Debtors or the estates in the matters upon which the firm is to be engaged by the Trustee.

4.      In compliance with Fed. R. Bankr. P. 2014, I verify that, to the best of my knowledge, neither I, nor my firm, have any connections with the Debtors,

3104509

4

creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

5.     I further state that I have not served as examiner in this case and have not to my knowledge been employed by or connected with any person having an interest adverse to the Debtors or to any of the general creditors of the estates.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 13th day of October, 2023.

DECLARANT:

KYLE ROSEN