IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.: 23-90147 |
| | § | |
| **MOUNTAIN EXPRESS OIL** | § | |
| **COMPANY, et al.,** | § | Chapter 7 |
| | § | |
| Debtor. | § | |

**NOTICE OF HEARING**
**[Related to Docket No. 1545]**

  PLEASE TAKE NOTICE that a hearing will be held on **Thursday, October 19, 2023, at 8:30 a.m. (prevailing Central Time)**, before the Honorable Eduardo Rodriguez, United States Bankruptcy Judge for the Southern District of Texas, **via electronic hearing**, to consider the relief requested on *Trustee's Expedited Motion to (i) Sell Estate Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (ii) Employ and Compensate Rosen Systems, Inc. as Auctioneer* [Docket No. 1545, filed October 13, 2023].

  PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Rodriguez' conference code number is 999276. You may view video via GoTo Meeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeRodriguez" in the GoToMeeting app or click the link on Judge Rodriguez's home page on the Southern District of Texas website. Once connected, click on the settings icon in the upper right corner and enter your name under the personal information setting.

3104845

Dated: October 17, 2023.

        Respectfully submitted,

        */s/ Heather Heath McIntyre*
        Wayne Kitchens    TBN 11541110
        wkitchens@hwa.com
        Heather McIntyre    TBN 24041076
        hmcintyre@hwa.com
        HUGHESWATTERSASKANASE, LLP
        Total Plaza
        1201 Louisiana, 28th Floor
        Houston, Texas 77002
        Telephone: (713) 759-0818
        Facsimile: (713) 759-6834
        **ATTORNEYS FOR CHAPTER 7 TRUSTEE,**
        **JANET S. NORTHRUP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the following parties as indicated:

(i)    all parties receiving ECF notice in this case via ECF on October 17, 2023; and

(ii)    all parties listed on the attached Master Service List as indicated on October 17, 2023.

        */s/ Heather Heath McIntyre*
        Heather Heath McIntyre