United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 19, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 23-90147** |
| **MOUNTAIN EXPRESS OIL COMPANY,** | § | |
| Debtors. | § | **Jointly Administered** |
| | § | **CHAPTER 7** |

**ORDER
SETTING ELECTRONIC STATUS HEARING**
*Regarding ECF Nos. 286, 441, 488, 489, 536, 726, 752, 1011, 1113, 1152, 1218, 1238, 1265, 1270, 1299, 1300, 1303, 1304, 1343, 1350, 1351, 1360, 1361, 1362, 1371, 1378, 1379, 1443, 1456, 1477, 1479, 1488, 1493, 1495, 1505, 1508, 1519, 1526, 1529, 1533, 1536, 1537, 1540, 1545, 1546, 1547, & 1553*

1.  The Court will conduct an **electronic non-evidentiary status hearing** on pending/unresolved motions at ECF Nos. 286, 441, 488, 489, 536, 726, 752, 1152, 1218, 1238, 1378, 1443, 1456, 1477, 1505 & 1508 on **October 30, 2023, at 9:00 am** (Central Standard Time) before the United States Bankruptcy Court, Houston Division.  For persons wishing to appear in person, the hearing will be held at the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX  78501.

2.  The Court will conduct an **electronic non-evidentiary hearing** on pending/unresolved motions at ECF Nos. 1011, 1113, 1265, 1270, 1299, 1300, 1303, 1304, 1343, 1350, 1351, 1360, 1361, 1362, 1371, 1379, 1479, 1488, 1493, 1495, 1519, 1526, 1529, 1533, 1536, 1537, 1540, 1545, 1546, 1547, & 1553 on **October 30, 2023, at 1:30 pm** (Central Standard Time) before the United States Bankruptcy Court, Houston Division.  For persons wishing to appear in person, the hearing will be held at the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX  78501.

3.  Each party who filed or has an interest in the above pending motions should be prepared to provide the Court a status update as to whether the motion is unopposed/moot/withdrawn/or needs to be set for a final hearing. If a motion is unopposed, the Court may receive evidence at this hearing as time permits for the purpose of resolving the motion. If a motion is opposed, the Court will schedule a final hearing at a date and time to be determined.

4.  To the extent that any other hearing was previously set with respect to the above referenced motions, they are cancelled.

5.  To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.  **Parties MUST HAVE**

**TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

6.   Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

7.   No later than October 20, 2023, Janet Northrup, Chapter 7 Trustee, must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED October 19, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge