United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 30, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90147 |
| MOUNTAIN EXPRESS OIL COMPANY, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 7 |

**ORDER**
**DENYING AS MOOT**

The Court held a hearing on ECF No. 489. For the reasons stated on the record, the matter is DENIED as MOOT.

SIGNED October 30, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge