IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.¹ | Chapter 7<br><br>Case No. 23-90147 (EVR)<br><br>(Jointly Administered) |

**STIPULATION REGARDING SCHEDULING DEADLINES AND
HEARING IN CONNECTION WITH CHAPTER 11 FINAL FEE
APPLICATIONS AND RESERVE DISTRIBUTION MOTION**

**WHEREAS**, on October 3, 2023 Pachulski Stang Ziehl & Jones LLP, former counsel to the above captioned Debtors (the "Debtors") filed the *Motion of Former Counsel for the Debtors for Entry of an Order Authorizing the Payment of Estate Professionals' Fees Pursuant to Final DIP Order and Professional Fee Order* [Docket No. 1519] (the "Reserve Distribution Motion").

**WHEREAS**, on October 10, 2023, the Chapter 7 Trustee (the "Trustee") filed the *Chapter 7 Trustee's Preliminary Objection to Entry of Order Granting Motion of Former Counsel for the Debtors for Entry of an Order Authorizing the Payment of Estate Professionals' Fees Pursuant to Final DIP Order and Professional Fee Order and Request for Abatement* [Docket No. 1535].

**WHEREAS**, on October 24, 2023, First Horizon Bank, as Administrative Agent ("FHB"), filed the *Objection to Motion of Former Counsel for the Debtors Motion for Entry of an Order Authorizing the Payment of Estate Professionals' Fees Pursuant to Final DIP Order and*

---

¹ A complete list of each of the Debtors in these chapter 11 cases may be obtained for a fee at the Court's website at http://ecf.txsb.uscourts.gov. A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 Cases (the "Cases") is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

*Professional Fee Order and Joinder to Chapter 7 Trustee's Preliminary Objection to Such Payment* [Docket No. 1579].

**WHEREAS**, for the benefit of the Court and the Trustee, and the efficient administration of these estates, each of the undersigned professionals: (i) Pachulski Stang Ziehl & Jones LLP, (ii) FTI Consulting, Inc., (iii) Raymond James & Associates, Inc., (iv) Akerman LLP, (v) Axinn, Veltrop & Harkrider LLP, (vi) Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, (vii) McDermott Will & Emery LLP, and (viii) Province, Inc. (the "Chapter 11 Professionals"), have agreed with the Trustee and FHB (together with the Chapter 11 Professionals, the "Parties") to this stipulated schedule (the "Stipulation") set forth below for the timing and hearing for each of their final fee applications (the "Final Fee Applications") and for consideration of the Reserve Distribution Motion.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereinafter.

2. The deadline for Chapter 11 Professionals to file Final Fee Applications and provide LEDES files to the Trustee shall be November 15, 2023.

3. The deadline to file (a) objections to any of the Final Fee Applications and (b) any supplemental objection to the Reserve Distribution Motion shall be January 15, 2024 (the "Objection Deadline"). The Objection Deadline may be extended by agreement of the Parties or Court Order, provided, however, in no event shall the Objection Deadline be extended longer than 45 days (*i.e.* not past February 29, 2024).

4. The deadline to file replies to any objections to the Final Fee Applications or the Reserve Distribution Motion shall be fifteen (15) days following expiration of the Objection Deadline.

5. A hearing on the Final Fee Applications shall be held on February 15, 2024, ~~or as soon thereafter subject to the Court's availability~~ electronically via gotomeeting. at 9:00 a.m., CST.

6. This Stipulation may be executed by electronic means and the printed product of such shall constitute an original of this Stipulation.

7. Notwithstanding anything in the Bankruptcy Code or the Bankruptcy Rules to the contrary, this Stipulation shall be effective immediately upon Bankruptcy Court approval thereof.

8. The Bankruptcy Court shall have exclusive jurisdiction and power regarding the implementation, interpretation, and enforcement of this Stipulation.

Signed: November 01, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

3

**AGREED AS TO FORM AND CONTENT:**

Dated: October 31, 2023

| | |
|---|---|
| */s/ Michael D. Warner* | */s/ John D. Elrod* |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **GREENBERG TRAURIG, LLP** |
| Michael D. Warner (TX Bar No. 00792304) | Shari L. Heyen Texas Bar No. 09564750 |
| Steven W. Golden (TX Bar No. 24099681) | 1000 Louisiana St., Suite 1700 |
| 440 Louisiana Street, Suite 900 | Houston, Texas 77002 |
| Houston, TX 77002 | Telephone: (713) 374-3564 |
| Telephone: (713) 691-9385 | Facsimile: (713) 374-3505 |
| Facsimile: (713) 691-9407 | Shari.Heyen@gtlaw.com |
| mwarner@pszjlaw.com | |
| sgolden@pszjlaw.com | -and- |
| | |
| -and- | John D. Elrod (admitted *pro hac vice*) |
| | Terminus 200, Suite 2500 |
| Jeffrey N. Pomerantz (admitted *pro hac vice*) | 3333 Piedmont Road, NE |
| Jeffrey W. Dulberg (admitted *pro hac vice*) | Atlanta, Georgia 30305 |
| 10100 Santa Monica Blvd., 13th Floor | Telephone: (678) 553-2259 |
| Los Angeles, CA 90067 | Facsimile: (678) 553-2269 |
| Telephone: (310) 981-6910 | ElrodJ@gtlaw.com |
| Facsimile: (310) 201-0760 | |
| jpomerantz@pszjlaw.com | *Counsel for First Horizon Bank, as* |
| jdulberg@pszjlaw.com | *Administrative Agent and DIP Agent* |
| | |
| *Former Counsel to the Debtors* | |

| | |
|---|---|
| */s/ Benjamin W. Kadden* | */s/ Jeny M. Maier* |
| **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD** | **AXINN, VELTROP & HARKRIDER LLP** |
| | Jeny M. Maier |
| Benjamin W. Kadden (TX 24077542) | 1901 L Street, NW |
| Coleman L. Torrans (*Pro Hac Vice*) | Washington, DC 20036 |
| 601 Poydras St., 27th Floor | Telephone: (202) 469-3523 |
| New Orleans, LA 70130 | Facsimile: (202) 912-4701 |
| Telephone: (504) 568-1990 | jmaier@axinn.com |
| Facsimile: (504) 310-9195 | |
| bkadden@lawla.com | *Former Special Antitrust Counsel to the* |
| ctorrans@lawla.com | *Debtors* |
| | |
| *Former Special Litigation Counsel to the Debtors* | |

/s/ *Michael Healy*
**FTI CONSULTING, INC.**
Michael Healy
Senior Managing Director
1166 Avenue of the Americas
15th Floor
New York, New York 10036
Telephone: (212) 247-1010

*Former Chief Restructuring Officer to the Debtors*

/s/ *Geoffrey Richards*
**RAYMOND JAMES & ASSOCIATES, INC.**
Geoffrey Richards
880 Carillon Parkway
St. Petersburg, FL 33716
Telephone: (757) 567-1000
geoffrey.richards@raymondjames.com

*Former Investment Banker to the Debtors*

/s/ *Charles R. Gibbs*
**MCDERMOTT WILL & EMERY LLP**
Charles R. Gibbs (Texas Bar No. 7846300)
Marcus A. Helt (Texas Bar No. 24052187)
Jane A. Gerber (Texas Bar No. 24092416)
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
crgibbs@mwe.com
mhelt@mwe.com
jagerber@mwe.com

-and-

Maris J. Kandestin (admitted *pro hac vice*)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
mkandestin@mwe.com

*Former Counsel to the Official Committee of Unsecured Creditors*

/s/ *Adam Rosen*
**PROVINCE, LLC**
Adam Rosen, Principal
2360 Corporate Circle, Suite 340
Henderson, NV 89074
Telephone: (702) 685-5555
arosen@provincefirm.com

*Former Financial Advisor to the Official Committee of Unsecured Creditors*

5

| | |
|---|---|
| */s/ R. Adam Swick* | */s/ Joshua W. Wolfshohl* |
| **AKERMAN LLP** | **PORTER HEDGES LLP** |
| R. Adam Swick, | Joshua W. Wolfshohl TBN 24038592 |
| SBN 24051794 | 1000 Main Street, 36th Floor |
| 500 West 5th Street, Suite 1210 | Houston, TX 77002 |
| Austin, TX 78701 | Telephone: (713) 226-6000 |
| Telephone: (737) 999-7103 | Facsimile: (713) 228-1331 |
| Facsimile: (512) 623-6701 | jwolfshohl@porterhedges.com |
| Adam.swick@ackerman.com | |
| | *Attorneys for Janet S. Northrup, Chapter 7 Trustee* |
| -and- | |
| Laura M. Taveras | |
| SBN 24127243 | |
| 2001 Ross Avenue, Suite 3600 | |
| Dallas, TX 75201 | |
| Telephone: (214) 720-4300 | |
| Facsimile: (214) 981-9339 | |
| Laura.tavernas@akerman.com | |
| | |
| *Former Special Environmental Counsel to the Debtors* | |

6