IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 7 <br> (Previously Chapter 11) |
| MOUNTAIN EXPRESS OIL COMPANY, *et al.,* | Case No. 23-90147 (EVR) |
| Debtors.[1] | Jointly Administered |

**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FOR PROVINCE, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 7, 2023 THROUGH AUGUST 24, 2023**

Upon the fee application (the "Application") of Province, LLC ("Province") financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned case of Mountain Express Oil Company, *et. al*. (collectively, the "Debtors") for entry of an order (this "Order"): (a) awarding Province final compensation for professional services and reimbursement for incurred expenses; (b) authorizing and directing the Debtors to pay Province the unpaid portion of allowed fees and expenses; and (c) granting such other relief as is appropriate under circumstances, all as more fully set forth in the Application; and this Court having jurisdiction over the Application; and due and adequate notice of the Application having been given pursuant to Bankruptcy Code, the Bankruptcy Rules, and the Court having read and considered the Application, objections to Application, if any, and arguments of counsel, if any;

---

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov.  The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these chapter 7 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

and any objections to the Application having been resolved or overruled; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Application is hereby GRANTED as provided herein.

2. Province is hereby awarded, on a final basis, the allowance of **$960,554.00** for compensation for professional services and **$2,687.63** for reimbursement of expenses for the period of April 7, 2023 through August 24, 2023.

3. The Debtors are hereby authorized and directed to immediately pay Province the unpaid portion of such allowed fees and expenses.

Dated:_____, 2023      _____
                                **HONORABLE EDUARDO V. RODRIGUEZ**
                                **CHIEF UNITED STATES BANKRUPTCY JUDGE**