

V A L U E · D R I V E N · L A W

# INVOICE

Invoice # 8967
Date: 11/14/2023
Due Upon Receipt

1201 Louisiana, 28th Floor
Houston, Texas 77002
United States
Phone: 713-759-0818
Fax: 713-759-6834

Janet Northrup (HWA Attorney for Trustee)

## 2023-02460-Mountain Express Oil Company (Attorney for Trustee)

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08/25/2023 | WK | 1-General Administration: Conference call with trustee and J. Wolfshohl regarding meeting with bank team and wind down issues. | 0.80 | $775.00 | $620.00 |
| 08/25/2023 | WK | 1-General Administration: Conference call with FTI team and Trustee team regarding wind down issues. | 1.20 | $775.00 | $930.00 |
| 08/25/2023 | WK | 18-Use of Cash Collateral: Receipt and review and mark up of the budget sent by FTI; discuss same with Trustee and her legal team. | 0.80 | $775.00 | $620.00 |
| 08/25/2023 | WK | 2-Asset Analysis and Recovery: Emails to GA Office landlord. | 0.20 | $775.00 | $155.00 |
| 08/25/2023 | WK | 2-Asset Analysis and Recovery: Receipt and review of motion and order to operate. | 0.50 | $775.00 | $387.50 |
| 08/25/2023 | WK | 2-Asset Analysis and Recovery: Review and respond to over 100 emails on various operational and legal issues. | 2.20 | $775.00 | $1,705.00 |
| 08/25/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from V. Neumeyer,counsel for the New Orleans Saints regarding sponsorship agreement and suite; begin review of Saints contract. | 1.40 | $775.00 | $1,085.00 |
| 08/25/2023 | HM | 2-Asset Analysis and Recovery: Address incoming issues related to conversion include cash on hand (.6), litigation in violation of stay (.4), communicating procedures to operators to secure collateral and property of the estate (.6). | 1.60 | $700.00 | $1,120.00 |
| 08/28/2023 | KC | 2-Asset Analysis and Recovery: Telephone calls and emails responding to multiple inquiries (1.6) update log | 2.00 | $225.00 | $450.00 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | sheets (.4). | | | |
| 08/28/2023 | WK | 1-General Administration: Conference call with Trustee and PH Team regarding meeting with employees later today, KERP, lockout, records and litigation hold issues. | 0.30 | $775.00 | $232.50 |
| 08/28/2023 | WK | 2-Asset Analysis and Recovery: Attend key employee Teams meeting. | 1.10 | $775.00 | $852.50 |
| 08/28/2023 | WK | 14-Employee Benefits / Pensions: Conference call with Trustee and S. Henderson regarding KERP. | 0.50 | $775.00 | $387.50 |
| 08/28/2023 | WK | 14-Employee Benefits / Pensions: Receipt and review of KERP schedule. | 0.30 | $775.00 | $232.50 |
| 08/28/2023 | WK | 18-Use of Cash Collateral: Begin review of DIP carveout for professional fees and spreadsheet related thereto. | 0.80 | $775.00 | $620.00 |
| 08/28/2023 | WK | 2-Asset Analysis and Recovery: Review and respond to approximately 30 emails on conversion issue, lease and sale issues. | 1.20 | $775.00 | $930.00 |
| 08/29/2023 | HM | 2-Asset Analysis and Recovery: Receive and review multiple emails regarding cash issues including proofs of claims (.2), notices of appearance (.1), landlord issues (.2) and use of key employees (.3), information requests (.2). | 1.00 | $700.00 | $700.00 |
| 08/29/2023 | WK | 2-Asset Analysis and Recovery: Multiple emails and telephone conference with E. Donowitz (.2), counsel for the landlord of Adelphi location regarding termination of lease (.3) and security issues and conference call with Trustee (.2) and S. Henderson regarding follow up on same (.1). | 0.80 | $775.00 | $620.00 |
| 08/29/2023 | WK | 2-Asset Analysis and Recovery: Conference call and meetings with Trustee, J. Wolfshohl and M. Young-John regarding lease and operational issues (1.1), KERP, cash collateral (.3), KCC (.2), PDI software system (.2), DIP order (.2), FTI issues (.3), misappropriated estate property and insurance issues (.4). | 2.70 | $775.00 | $2,092.50 |
| 08/29/2023 | WK | 2-Asset Analysis and Recovery: Conference call with Trustee and S. Henderson regarding key employees, cash issues, 2 bulk plants in Aldora, owned real estate issues, Moore and Crown Petroleum sale issues. | 1.20 | $775.00 | $930.00 |
| 08/29/2023 | WK | 2-Asset Analysis and Recovery: Review and respond to approximately 25 emails from vendors, lessors, lessees and other interested parties. | 1.20 | $775.00 | $930.00 |
| 08/29/2023 | WK | 2-Asset Analysis and Recovery: Conference call with FTI (Michael Healy) regarding ongoing FTI tasks and budget, schedules, statement of financial affairs and continued 341 meeting. | 0.80 | $775.00 | $620.00 |
| 08/29/2023 | WK | 2-Asset Analysis and Recovery: Receipt and review of | 0.40 | $775.00 | $310.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | the KERP motion (.3); discuss same with co-counsel (.1). | | | |
| 08/29/2023 | HM | 12-Relief from Stay Proceedings: Coordinate continuance of show cause hearing with S. Tran. | 0.20 | $700.00 | $140.00 |
| 08/29/2023 | KC | 2-Asset Analysis and Recovery: Return multiple phone calls and emails to inquiries. | 1.00 | $225.00 | $225.00 |
| 08/30/2023 | WK | 2-Asset Analysis and Recovery: Conference call with the Trustee and S. Henderson regarding bank data and asset information. | 0.40 | $775.00 | $310.00 |
| 08/30/2023 | WK | 2-Asset Analysis and Recovery: Telephone conference with F. Garfield regarding problems with certain properties in Alabama. | 0.30 | $775.00 | $232.50 |
| 08/30/2023 | WK | 30-Litigation: Conference call with Environmental Consultant to determine what is still needed going forward (.1); telephone conference with Trustee and proposed special counsel regarding discovery and D&O policy issues (.2). | 0.30 | $775.00 | $232.50 |
| 08/30/2023 | WK | 2-Asset Analysis and Recovery: Review and respond to approximately 20 emails regarding lease and sale issues. | 1.50 | $775.00 | $1,162.50 |
| 08/30/2023 | WK | 2-Asset Analysis and Recovery: Multiple emails and telephone conferences with S. Henderson regarding lease and employee issues. | 0.50 | $775.00 | $387.50 |
| 08/30/2023 | WK | 14-Employee Benefits / Pensions: Emails to and from FTI Team regarding employee issues; review the Data Room data regarding employees. | 0.50 | $775.00 | $387.50 |
| 08/30/2023 | WK | 2-Asset Analysis and Recovery: Conference call with Environmental Consultant and Trustee team regarding US Trustee issues and continuing liability. | 0.40 | $775.00 | $310.00 |
| 08/30/2023 | WK | 2-Asset Analysis and Recovery: Conference call with J. Wolfshohl and Trustee regarding environmental liability. | 0.30 | $775.00 | $232.50 |
| 08/30/2023 | HM | 2-Asset Analysis and Recovery: Receive and review multiple emails regarding inquiries for chapter 7 liquidation process including removal of lottery equipment and address accordingly. | 0.50 | $700.00 | $350.00 |
| 08/30/2023 | HM | 8-Employment Applications: No Charge - Receive and review order employing HWA in chapter 11. | 0.10 | $0.00 | $0.00 |
| 08/30/2023 | KC | 2-Asset Analysis and Recovery: Return multiple phone calls and emails to inquiries. | 1.00 | $225.00 | $225.00 |
| 08/31/2023 | HM | 2-Asset Analysis and Recovery: Receive and review invoice for cloud based books and records and need for payment to avoid loss of data and confer with lenders regarding use of cash collateral for same. | 0.30 | $700.00 | $210.00 |
| 08/31/2023 | HM | 2-Asset Analysis and Recovery: Receive and review multiple emails regarding ongoing operations and | 0.40 | $700.00 | $280.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | winddown and address accordingly. | | | |
| 08/31/2023 | WK | 2-Asset Analysis and Recovery: Multiple emails and telephone conferences with S. Henderson regarding a) employee issues (.2); b) internet and software issues (.2); c) leases (.2); d) cash collateral budget (.2); e) transfer of domain name (.2); and f) insurance issues (.3). | 1.30 | $775.00 | $1,007.50 |
| 08/31/2023 | WK | 32-Fee Applications: Emails to and from J. Pomerantz regarding payment of professional fees. | 0.30 | $775.00 | $232.50 |
| 08/31/2023 | WK | 18-Use of Cash Collateral: Conference call with secured lender team, Trustee and J. Wolfshohl regarding cash collateral budget, payment of emergency expenses, operational issues and professional fees. | 0.80 | $775.00 | $620.00 |
| 08/31/2023 | WK | 32-Fee Applications: Telephone conferences secured lender team regarding employment of fee examiner. | 0.80 | $775.00 | $620.00 |
| 08/31/2023 | WK | 2-Asset Analysis and Recovery: Review and respond to approximately 25 emails regarding leases, inventory, fuel supplies and suppliers and 2004 exams. | 1.30 | $775.00 | $1,007.50 |
| 08/31/2023 | WK | 30-Litigation: Telephone conference with R. Woolley regarding D & O coverage and potential litigation issues. | 0.40 | $775.00 | $310.00 |
| 08/31/2023 | WK | 2-Asset Analysis and Recovery: Attention to a myriad of operational and legal issues confronting Trustee. | 2.20 | $775.00 | $1,705.00 |
| 09/01/2023 | HM | 30-Litigation: Receive and review emails from James Johnston regarding status of cases in which Debtors are plaintiffs and potential recovery and confer with Trustee regarding approving as special counsel. | 0.20 | $700.00 | $140.00 |
| 09/01/2023 | HM | 7-Claims Administration, Analysis and Objections: Receive and review status of claims from KCC. | 0.20 | $700.00 | $140.00 |
| 09/01/2023 | HM | 2-Asset Analysis and Recovery: Receive and review notice of continued hearing and calendar same. | 0.10 | $700.00 | $70.00 |
| 09/01/2023 | HM | 2-Asset Analysis and Recovery: Receive and review multiple emails regarding ongoing operations including litigation hold letter on insiders, proofs of claims, and potential purchasers. | 0.50 | $700.00 | $350.00 |
| 09/01/2023 | HM | 2-Asset Analysis and Recovery: Telephone conference with B. Singh regarding multiple issues including potential buyers, removal of non-property of the estate and sale of tanks. | 0.40 | $700.00 | $280.00 |
| 09/01/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee on special counsel and fuel tank issues. | 0.30 | $700.00 | $210.00 |
| 09/01/2023 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding conflicts check and accounting needs. | 0.20 | $700.00 | $140.00 |
| 09/01/2023 | WK | 18-Use of Cash Collateral: Receipt and review of cash | 0.40 | $775.00 | $310.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | collateral budget; discuss same with Trustee and S. Henderson. | | | |
| 09/01/2023 | WK | 2-Asset Analysis and Recovery: Conference call with Trustee and legal team and S. Henderson regarding budget, insurance, environmental, vehicles, software and other operational issues. | 1.20 | $775.00 | $930.00 |
| 09/01/2023 | WK | 30-Litigation: Telephone conference with J. Johnston regarding collection lawsuits. | 0.30 | $775.00 | $232.50 |
| 09/01/2023 | WK | 18-Use of Cash Collateral: Telephone conference with S. Henderson regarding budget revisions. | 0.20 | $775.00 | $155.00 |
| 09/01/2023 | WK | 8-Employment Applications: Prepare and finalize Ch 7 Application to Employ HWA. | 0.80 | $775.00 | $620.00 |
| 09/01/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from PDI counsel regarding certain software. | 0.30 | $775.00 | $232.50 |
| 09/01/2023 | WK | 8-Employment Applications: Receipt and review of Porter and Hedges Application to Employ. | 0.30 | $775.00 | $232.50 |
| 09/05/2023 | HM | 2-Asset Analysis and Recovery: Work on open case issues including operations and motions to sell and consolidating bank accounts and turnover of same. | 0.50 | $700.00 | $350.00 |
| 09/05/2023 | HM | 32-Fee Applications: Work on first and final fee applications for HWA and chapter 11 Trustee. | 0.40 | $700.00 | $280.00 |
| 09/05/2023 | HM | 8-Employment Applications: Review declaration form Porter and Hedges regarding representation of Trustee and interested parties for use with proposed accountant. | 0.20 | $700.00 | $140.00 |
| 09/05/2023 | HM | 2-Asset Analysis and Recovery: Receive and review operator inquiry regarding landlord and confer with Carlos Pirela. | 0.20 | $700.00 | $140.00 |
| 09/05/2023 | HM | 1-General Administration: Organization meeting with Trustee to consider open items, strategy and work allocation. | 1.40 | $700.00 | $980.00 |
| 09/05/2023 | HM | 5-Tax Matters: Confer with G. Juengling regarding scope of work for estate. | 0.20 | $700.00 | $140.00 |
| 09/05/2023 | HM | 32-Fee Applications: Work on motion for interim compensation for professionals and Trustee. | 0.20 | $700.00 | $140.00 |
| 09/05/2023 | WK | 2-Asset Analysis and Recovery: Conference call with Bank and Trustee Teams regarding Motion for Relief from Stay, chase collateral motion and budget, fuel supply issues with J. Melko's client. | 0.70 | $775.00 | $542.50 |
| 09/05/2023 | WK | 2-Asset Analysis and Recovery: Several emails to and from E. Danowitz and S. Henderson regarding removal of Debtor's property from the Ackworth location so that the premises can be surrender to the landlord. | 0.40 | $775.00 | $310.00 |
| 09/05/2023 | WK | 32-Fee Applications: Work on Chapter 11 prebills. | 0.50 | $775.00 | $387.50 |

EXHIBIT A

| 09/05/2023 | WK | 1-General Administration: Conference call with Trustee Team to review task list and assign personnel to handle the many issues. | 1.30 | $775.00 | $1,007.50 |
|---|---|---|---|---|---|
| 09/05/2023 | WK | 3-Asset Sales: Review the SASS sale agreement and discuss same with Trustee and bank Teams (.4); review emails from J. Melko regarding same (.2). | 0.60 | $775.00 | $465.00 |
| 09/05/2023 | WK | 2-Asset Analysis and Recovery: Review emails and forms relating to the underground storage tanks and transfer of ownership. | 0.60 | $775.00 | $465.00 |
| 09/05/2023 | WK | 2-Asset Analysis and Recovery: Emails and telephone conferences with A. Stevens regarding owned real estate and tank farms in Alabama and chain of title on same (.5); review documents related to the tank farms (.7). | 1.20 | $775.00 | $930.00 |
| 09/05/2023 | RC | 32-Fee Applications: Review main case docket for relevant dates and status of case (.4). Draft application to approve interim compensation procedures for professionals and trustee, and proposed form of Order (1.4). | 1.80 | $625.00 | $1,125.00 |
| 09/05/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from fuel supplier counsel regarding trapped funds and reconciliation of amounts due to the Estate. | 0.50 | $775.00 | $387.50 |
| 09/06/2023 | KC | 2-Asset Analysis and Recovery: Return multiple phone calls and emails to inquiries. | 1.00 | $225.00 | $225.00 |
| 09/06/2023 | HM | 32-Fee Applications: Work on motion for interim compensation procedures for professionals and Trustee. | 0.40 | $700.00 | $280.00 |
| 09/06/2023 | HM | 8-Employment Applications: Telephone conference with G. Juengling regarding scope of employment and engagement. | 0.20 | $700.00 | $140.00 |
| 09/06/2023 | HM | 2-Asset Analysis and Recovery: Receive and review multiple emails regarding operations including employees, landlord information request, sponsorship suite, secretary of state filings. | 0.70 | $700.00 | $490.00 |
| 09/06/2023 | HM | 1-General Administration: Review and comment on motion to extend deadline to file schedules. | 0.20 | $700.00 | $140.00 |
| 09/06/2023 | WK | 1-General Administration: Status call with Secured Lender and Trustee Teams to discuss action items. | 0.70 | $775.00 | $542.50 |
| 09/06/2023 | WK | 3-Asset Sales: Emails and telephone conference with J. Melko regardiing SASS sale and motion to sell; discuss same with J. Wolfhshol | 0.50 | $775.00 | $387.50 |
| 09/06/2023 | WK | 2-Asset Analysis and Recovery: Emails and telephone conferences with B. Ruzinsky regarding possible sale of fuels by Exxon and Adelphi. | 0.40 | $775.00 | $310.00 |
| 09/06/2023 | WK | 1-General Administration: Receipt and review of motion to extend time to file schedules and statement of | 0.30 | $775.00 | $232.50 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | financial affairs. | | | |
| 09/06/2023 | WK | 1-General Administration: Emails and telephone conferences with J. Elrod and J. Wolfshol regarding extent to which FTI is needed on an on-going forward basis. | 0.30 | $775.00 | $232.50 |
| 09/06/2023 | WK | 2-Asset Analysis and Recovery: Review the letter from the New Orleans Saints general counsel. | 0.80 | $775.00 | $620.00 |
| 09/06/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from D. Williamson and J. Wolfshol regarding Valero credits. | 0.20 | $775.00 | $155.00 |
| 09/06/2023 | WK | 3-Asset Sales: Multiple telephone conferences and emails with M. Rosen regarding auction issues (.6); review description and photos (.2). | 0.80 | $775.00 | $620.00 |
| 09/06/2023 | WK | 18-Use of Cash Collateral: Revise Cash Collateral budget; discuss same with J. Elrod. | 0.40 | $775.00 | $310.00 |
| 09/07/2023 | HM | 18-Use of Cash Collateral: telephone conference with J. Elrod for lenders and Trustee regarding open items including budget, deposits with fuel suppliers. | 0.40 | $700.00 | $280.00 |
| 09/07/2023 | HM | 2-Asset Analysis and Recovery: Receive and review multiple emails with issues raised by tenants, interested buyers, creditors and filings and status of hearings. | 0.30 | $700.00 | $210.00 |
| 09/07/2023 | HM | 2-Asset Analysis and Recovery: Telephone conference with M. Segura regarding non-Debtor property removal. | 0.30 | $700.00 | $210.00 |
| 09/07/2023 | KC | 2-Asset Analysis and Recovery: Respond to voicemail and emails with inquiries. | 1.00 | $225.00 | $225.00 |
| 09/07/2023 | WK | 32-Fee Applications: Review the proposal from Debtor's Chapter 11 counsel regarding interim fee payments; discuss same with J. Wolfshohl and Trustee. | 0.40 | $775.00 | $310.00 |
| 09/07/2023 | WK | 18-Use of Cash Collateral: Conference call with Bank Team and Trustee Team regarding budget and operational issues. | 0.50 | $775.00 | $387.50 |
| 09/07/2023 | WK | 1-General Administration: Review voluminous documents and template for further MOR reporting (.8); discuss same with Trustee and S. Henderson (.2); determine if FTI will be needed to complete (.1). | 1.10 | $775.00 | $852.50 |
| 09/07/2023 | WK | 30-Litigation: Review emails to and from counsel for L. Frady regarding 2004 exams and discovery issues. | 0.30 | $775.00 | $232.50 |
| 09/07/2023 | WK | 3-Asset Sales: Review J. Melko's changes to the SASS contract and sale motion (1.4); discuss same with J. Wolfshol (.3). | 1.70 | $775.00 | $1,317.50 |
| 09/07/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from M. Platt regarding no possible future sale of fuel by the Debtors. | 0.20 | $775.00 | $155.00 |
| 09/07/2023 | WK | 2-Asset Analysis and Recovery: Telephone conference with S. Henderson and Trustee regarding payment of | 0.30 | $775.00 | $232.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | certain items (.2); review the detail of same (.1). | | | |
| 09/07/2023 | WK | 5-Tax Matters: Extended telephone conference with G. Juengling and Trustee regarding tax matters and also forensic accountant matters. | 0.50 | $775.00 | $387.50 |
| 09/08/2023 | KC | 2-Asset Analysis and Recovery: Respond to voicemail and emails with inquiries. | 1.00 | $225.00 | $225.00 |
| 09/08/2023 | HM | 2-Asset Analysis and Recovery: Exchange emails regarding bottler wanting to pick up non-Debtor property. | 0.20 | $700.00 | $140.00 |
| 09/08/2023 | HM | 32-Fee Applications: Work on chapter 11 Trustee fee application. | 0.20 | $700.00 | $140.00 |
| 09/08/2023 | HM | 2-Asset Analysis and Recovery: Field multiple inquires regarding purchasing items, creditor inquiries, inquiries as to alleged constructive trust funds, and address accordingly. | 0.80 | $700.00 | $560.00 |
| 09/08/2023 | HM | 2-Asset Analysis and Recovery: Review request to reject services executory contract from SIRVEY and respond accordingly. | 0.20 | $700.00 | $140.00 |
| 09/08/2023 | HM | 2-Asset Analysis and Recovery: Review inquiry alleging constructive trust funds and confer with Trustee regarding same. | 0.20 | $700.00 | $140.00 |
| 09/08/2023 | WK | 1-General Administration: Emails to and from the Bank Team regarding ongoing issues and resolution thereof. | 0.30 | $775.00 | $232.50 |
| 09/08/2023 | WK | 32-Fee Applications: Emails and telephone conferences with L. Jones regarding potential fee examinations and scope thereof (1.2); review of resume and case studies (.2); discuss same with Trustee and co-counsel (.2). | 1.60 | $775.00 | $1,240.00 |
| 09/08/2023 | WK | 32-Fee Applications: Work on HWA and Chapter 11 Trustee fee applications. | 1.20 | $775.00 | $930.00 |
| 09/08/2023 | WK | 2-Asset Analysis and Recovery: Meeting with H. McIntyre and develop responses to store owners whose funds have been commingled with various fuel suppliers. | 0.30 | $775.00 | $232.50 |
| 09/08/2023 | RC | 32-Fee Applications: Review selected key pleadings and Orders regarding appointment of Chapter 11 trustee and conduct brief research (.3). Memo to trustee regarding fee application (.1). Review trustee's invoice and second memo to her (.1). Begin work on trustee's fee application (.2). | 0.70 | $625.00 | $437.50 |
| 09/08/2023 | RC | 32-Fee Applications: Review selected key pleadings and Orders, including Cash Collateral Order with budget for chapter 11 professionals, Order of employment, request for status conference, and Conversion Order establishing carve out (.4). Review Judge Jones' chapter 11 summary page required for fee applications to ensure compliance (.1) Begin | 3.40 | $625.00 | $2,125.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | drafting first and final fee application for HWA as counsel for chapter 11 trustee, and proposed form of Order (2.9). | | | |
| 09/10/2023 | RC | 32-Fee Applications: Continue preparation of first and final fee application for HWA as counsel for chapter 11 trustee (1.7). Memo to trustee for her review of same (.1). | 1.80 | $625.00 | $1,125.00 |
| 09/11/2023 | HM | 1-General Administration: Zoom call with bank regarding case status and open issues. | 0.60 | $700.00 | $420.00 |
| 09/11/2023 | HM | 32-Fee Applications: Email motion for interim compensation procedures to UST. | 0.20 | $700.00 | $140.00 |
| 09/11/2023 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Receive and review case orders. | 0.30 | $700.00 | $210.00 |
| 09/11/2023 | HM | 2-Asset Analysis and Recovery: Attend to multiple case issues including notice of hearing re-set, data room access. | 0.20 | $700.00 | $140.00 |
| 09/11/2023 | HM | 2-Asset Analysis and Recovery: Confer with counsel regarding forthcoming motion to reject service tank for underground tanks, sale interest inquiries, fuel receipt inquiries. | 0.80 | $700.00 | $560.00 |
| 09/11/2023 | HM | 14-Employee Benefits / Pensions: Confer with M. Borror regarding 401K plan winddown, public records and inquire with debtor as to status of any 401k plan. | 0.20 | $700.00 | $140.00 |
| 09/11/2023 | RC | 32-Fee Applications: Review email to debtor representative regarding distributions during time of chapter 11 trustee (.1). Telephone conference with trustee regarding same (.1). Revise and finalize draft of HWA fee application for time during chapter 11 (.8). | 1.00 | $625.00 | $625.00 |
| 09/11/2023 | WK | 2-Asset Analysis and Recovery: Conference call with secured creditor and Trustee Teams regarding cash collateral litigation, asset sales and status. | 1.10 | $775.00 | $852.50 |
| 09/11/2023 | WK | 3-Asset Sales: Emails to and from D. Lipken regarding purchase of certain Shierl assets in Wisconsin and Michigan; discuss same with J. Elrod and Trustee. | 0.30 | $775.00 | $232.50 |
| 09/11/2023 | WK | 3-Asset Sales: Review changes to the SASS order; discuss same with J. Wolfshol | 0.20 | $775.00 | $155.00 |
| 09/12/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding open items and discussions to be had regarding moving forward on pending issues. | 0.30 | $700.00 | $210.00 |
| 09/12/2023 | KC | 2-Asset Analysis and Recovery: Respond to voicemail and email inquiries. | 0.80 | $225.00 | $180.00 |
| 09/12/2023 | WK | 3-Asset Sales: Extended telephone conference with G. Selbach regarding former bidders and landlords. | 0.30 | $775.00 | $232.50 |
| 09/12/2023 | WK | 16-Asset Abandonment: Prepare notice of abandonment on New Orleans Saints sponsorship and | 0.60 | $775.00 | $465.00 |

EXHIBIT A

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | suite contract (.4); multiple emails with their in-house counsel regarding same (.2). | | | |
| 09/12/2023 | WK | 32-Fee Applications: Receipt and review of the Chapter 11 fee application. | 0.80 | $775.00 | $620.00 |
| 09/12/2023 | WK | 2-Asset Analysis and Recovery: Multiple emails and telephone conferences with E. Donowitz regarding lease on the Ackworth office building (.7); discuss same with Trustee and Bank team (.4). | 1.10 | $775.00 | $852.50 |
| 09/12/2023 | WK | 3-Asset Sales: Review the SASS sale motion (.4); telephone conference and email with T. Grundemeier that there are no property tax implications (.2). | 0.60 | $775.00 | $465.00 |
| 09/12/2023 | WK | 2-Asset Analysis and Recovery: Emails with J. Frederick regarding FIRMEX data room issues. | 0.20 | $775.00 | $155.00 |
| 09/12/2023 | WK | 15-Insurance: Review the Federated insurance quotes and invoices and attempt to determine which coverage is still needed (.6); discuss same with H. McIntyre and Trustee (.2). | 0.80 | $775.00 | $620.00 |
| 09/12/2023 | WK | 3-Asset Sales: Emails and telephone conferences with J. Melko regarding the SASS sale motion and issues for closing. | 0.40 | $775.00 | $310.00 |
| 09/12/2023 | WK | 2-Asset Analysis and Recovery: Review asset and account activity report sent by S. Henderson and review same with Trustee. | 0.50 | $775.00 | $387.50 |
| 09/12/2023 | WK | 2-Asset Analysis and Recovery: Emails and telephone conference with M. Rosen regarding the N. Carolina warehouse and viability of auction of assets. | 0.30 | $775.00 | $232.50 |
| 09/13/2023 | HM | 30-Litigation: Receive and review 2004 exam notice of Lamar Fredy. | 0.10 | $700.00 | $70.00 |
| 09/13/2023 | HM | 32-Fee Applications: Work on revisions to chapter 11 fee application for HWA. | 0.10 | $700.00 | $70.00 |
| 09/13/2023 | HM | 2-Asset Analysis and Recovery: Receive and review inquiry regarding real property apartments allegedly owned by Debtors with squatter and utility shut off issues. | 0.20 | $700.00 | $140.00 |
| 09/13/2023 | HM | 3-Asset Sales: Receive and review amended SAS sale order. | 0.10 | $700.00 | $70.00 |
| 09/13/2023 | HM | 3-Asset Sales: Receive and review offer to purchase two c-stores for $1M. | 0.10 | $700.00 | $70.00 |
| 09/13/2023 | HM | 8-Employment Applications: Review and revise application to employ Whitley Penn as accountant. | 0.40 | $700.00 | $280.00 |
| 09/13/2023 | HM | 5-Tax Matters: Telephone call with Whitley Penn regarding engagement, scope and data needed. | 0.50 | $700.00 | $350.00 |
| 09/13/2023 | HM | 2-Asset Analysis and Recovery: Telephone conference with Stephanie Henderson regarding books and | 1.50 | $700.00 | $1,050.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | records, accounting issues and operational issues. | | | |
| 09/13/2023 | HM | 32-Fee Applications: Telephone conference with Lori Jones fee examiner. | 0.80 | $700.00 | $560.00 |
| 09/13/2023 | HM | 2-Asset Analysis and Recovery: Review open issues with Trustee including various litigation claims, operating expenses, 341 meeting issues, outstanding information requests for schedules and tax returns and chapter 5 causes of action. | 1.00 | $700.00 | $700.00 |
| 09/13/2023 | HM | 1-General Administration: Call with Porter Hedges regarding open issues and division of tasks. | 0.60 | $700.00 | $420.00 |
| 09/13/2023 | HM | 2-Asset Analysis and Recovery: Review Duke Energy deposit information and confer with Trustee regarding same. | 0.20 | $700.00 | $140.00 |
| 09/13/2023 | HM | 32-Fee Applications: Finalize and circulate chapter 11 fee application for HWA. | 0.20 | $700.00 | $140.00 |
| 09/13/2023 | HM | 32-Fee Applications: Finalize and attention to filing motion for interim compensation procedures. | 0.10 | $700.00 | $70.00 |
| 09/13/2023 | WK | 2-Asset Analysis and Recovery: Meeting with Trustee regarding gift and credit card insider. | 0.30 | $775.00 | $232.50 |
| 09/13/2023 | WK | 5-Tax Matters: Initial conference call with G. Juengling and Whitley Penn team regarding accounting and tax compliance issues. | 0.60 | $775.00 | $465.00 |
| 09/13/2023 | WK | 5-Tax Matters: Conference call with Trustee team, G. Juengling and S. Henderson regarding accounting and tax issues. | 1.50 | $775.00 | $1,162.50 |
| 09/13/2023 | WK | 32-Fee Applications: Conference call with L. Jones, proposed fee examiner, Bank Team and Trustee Team regarding examination of the professional fees. | 0.80 | $775.00 | $620.00 |
| 09/13/2023 | WK | 1-General Administration: Meeting with H. McIntyre and Trustee to discuss multiple agenda items and how best to manage tasks. | 0.60 | $775.00 | $465.00 |
| 09/13/2023 | WK | 32-Fee Applications: Conference call with Trustee legal team regarding fee examiner issues. | 0.50 | $775.00 | $387.50 |
| 09/13/2023 | WK | 32-Fee Applications: Review two (2) fee applications for UCC and financial advisor to UCC. | 0.60 | $775.00 | $465.00 |
| 09/13/2023 | WK | 32-Fee Applications: Final revisions to HWA Chapter 11 fee application. | 0.40 | $775.00 | $310.00 |
| 09/13/2023 | WK | 16-Asset Abandonment: Prepare abandonment notice on the New Orleans Saints contracts; emails to and from V. Newmayer regarding same. | 0.50 | $775.00 | $387.50 |
| 09/13/2023 | WK | 30-Litigation: Emails to and from J. Johnston regarding ongoing litigation and collection matters. | 0.50 | $775.00 | $387.50 |
| 09/13/2023 | WK | 30-Litigation: Review list of pending matters; discuss | 0.50 | $775.00 | $387.50 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | same with Trustee. | | | |
| 09/13/2023 | WK | 30-Litigation: Review adversary proceeding filed by Fox Fuels. | 0.50 | $775.00 | $387.50 |
| 09/13/2023 | KC | 2-Asset Analysis and Recovery: Response to voicemail and email inquiries. | 1.00 | $225.00 | $225.00 |
| 09/14/2023 | HM | 32-Fee Applications: Receive and review financial advisor fee application and UCC counsel's fee notice and calendar objection deadlines and work on objection. | 1.30 | $700.00 | $910.00 |
| 09/14/2023 | HM | 2-Asset Analysis and Recovery: Receive and review multiple data from Controller regarding operations. | 0.40 | $700.00 | $280.00 |
| 09/14/2023 | HM | 5-Tax Matters: Receive and review information regarding BDO and Grant Thornton engagements. | 0.10 | $700.00 | $70.00 |
| 09/14/2023 | HM | 2-Asset Analysis and Recovery: Receive and review invoices for CNR related to preservation of books and records and confer with lender regarding payment of same and Trustee and controller. | 0.40 | $700.00 | $280.00 |
| 09/14/2023 | HM | 2-Asset Analysis and Recovery: Call with lenders regarding open issues regarding use of cash collateral and books and records and open issues. | 0.80 | $700.00 | $560.00 |
| 09/14/2023 | KC | 2-Asset Analysis and Recovery: Respond to voicemail and email inquiries. | 0.70 | $225.00 | $157.50 |
| 09/14/2023 | WK | 32-Fee Applications: Conference call with Bank and Trustee teams regarding fee examiner, fee applications, special counsel, litigation. | 0.80 | $775.00 | $620.00 |
| 09/14/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from Fifth Third Bank regarding bank accounts and turnover. | 0.30 | $775.00 | $232.50 |
| 09/14/2023 | WK | 2-Asset Analysis and Recovery: Emails and telephone conferences with J. Elrod regarding assets and title to same. | 0.50 | $775.00 | $387.50 |
| 09/14/2023 | WK | 16-Asset Abandonment: Prepare and file Notice of Abandonment. | 0.40 | $775.00 | $310.00 |
| 09/14/2023 | WK | 2-Asset Analysis and Recovery: Review the trial balances for retail and wholesale; discuss same with Trustee. | 0.60 | $775.00 | $465.00 |
| 09/14/2023 | WK | 5-Tax Matters: Review Grant Thornton proposal for accounting services; discuss same with Trustee and H. McIntyre. | 0.50 | $775.00 | $387.50 |
| 09/14/2023 | WK | 32-Fee Applications: Receipt and review of the standard fee application objection; discuss same with H. McIntyre and Trustee. | 0.40 | $775.00 | $310.00 |
| 09/14/2023 | WK | 2-Asset Analysis and Recovery: Review multiple emails from store owners regarding inventory and disposition of same. | 0.30 | $775.00 | $232.50 |

EXHIBIT A

| Date | | Description | | | |
|------|-----|-------------|------|---------|---------|
| 09/14/2023 | WK | 32-Fee Applications: Emails to and from L. Jones regarding fee consultant issues. | 0.30 | $775.00 | $232.50 |
| 09/15/2023 | AL | 32-Fee Applications: Review local rules and judges procedure for objections to fee applications/statements. | 0.20 | $225.00 | $45.00 |
| 09/15/2023 | HM | 2-Asset Analysis and Recovery: Exchange multiple emails regarding debtor owned real estate and operations and ongoing payments pursuant to cash collateral order and respond to general inquiries. | 0.50 | $700.00 | $350.00 |
| 09/15/2023 | HM | 18-Use of Cash Collateral: Confirm use of cash collateral for operational payments. | 0.20 | $700.00 | $140.00 |
| 09/15/2023 | HM | 14-Employee Benefits / Pensions: Exchange emails with M. Borror regarding 401K issues. | 0.20 | $700.00 | $140.00 |
| 09/15/2023 | HM | 32-Fee Applications: Work on fee examination and objection process and timing. | 0.20 | $700.00 | $140.00 |
| 09/15/2023 | KC | 2-Asset Analysis and Recovery: Respond to voicemail and email inquiries | 1.20 | $225.00 | $270.00 |
| 09/15/2023 | WK | 2-Asset Analysis and Recovery: Emails and telephone conferences and review memo from J. Eiband regarding potential ownership of undisclosed North Dakota property; discuss same with Trustee. | 0.70 | $775.00 | $542.50 |
| 09/15/2023 | WK | 12-Relief from Stay Proceedings: Review the McLene Co. 362 motion; discuss same with J. Wolfshohl. | 0.30 | $775.00 | $232.50 |
| 09/15/2023 | WK | 30-Litigation: Review memorandum and case law regarding the issue of retaining GT as special litigation counsel (.8) and extended meeting with Trustee regarding same (.4). | 1.20 | $775.00 | $930.00 |
| 09/15/2023 | WK | 1-General Administration: Emails and telephone conference with D. Kokenes and S. Henderson regarding schedules and monthly operating reports. | 0.20 | $775.00 | $155.00 |
| 09/15/2023 | WK | 14-Employee Benefits / Pensions: Review materials sent by S. Henderson regarding the 401(k) and issues with deductions regarding same. | 0.40 | $775.00 | $310.00 |
| 09/15/2023 | WK | 2-Asset Analysis and Recovery: Meeting with Trustee and then review the Regions Bank account analysis changes and send email to the Bank demanding refund. | 0.70 | $775.00 | $542.50 |
| 09/15/2023 | WK | 2-Asset Analysis and Recovery: Review the New Orleans Saints contracts regarding assignability and meeting with Trustee that they are not assignable and email to Bank Team regarding same. | 0.50 | $775.00 | $387.50 |
| 09/15/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from S. Henderson regarding owned real estate and certain properties in Alabama and Texas, and the review the title reports on same. | 1.20 | $775.00 | $930.00 |
| 09/15/2023 | WK | 2-Asset Analysis and Recovery: Telephone conference | 0.30 | $775.00 | $232.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | and emails with J. Elrod regarding owned real estate and issues with FTI and identification of same. | | | |
| 09/15/2023 | WK | 30-Litigation: Emails to and from J. Johnston regarding potential settlement of the KASE matter (.2); discuss same with Trustee (.1); review the live pleadings and possible $200K settlement (.6). | 0.90 | $775.00 | $697.50 |
| 09/18/2023 | HM | 2-Asset Analysis and Recovery: Respond to c-store contents inquiry and disposition of same. | 0.30 | $700.00 | $210.00 |
| 09/18/2023 | HM | 12-Relief from Stay Proceedings: Address multiple general inquires regarding c-stores and lift stays. | 0.20 | $700.00 | $140.00 |
| 09/18/2023 | HM | 2-Asset Analysis and Recovery: Work on records preservation. | 0.20 | $700.00 | $140.00 |
| 09/18/2023 | HM | 14-Employee Benefits / Pensions: Receive and review status of 401K plans from M. Borror and reach out to S. Henderson regarding needed information. | 0.20 | $700.00 | $140.00 |
| 09/18/2023 | HM | 2-Asset Analysis and Recovery: Work on real property issues and possible squatters in North Dakota. | 0.30 | $700.00 | $210.00 |
| 09/18/2023 | HM | 14-Employee Benefits / Pensions: Confer with S. Henderson regarding open issues including 401K and real property issues. | 0.40 | $700.00 | $280.00 |
| 09/18/2023 | HM | 8-Employment Applications: Review Whitley Penn engagement letter for revisions. | 0.20 | $700.00 | $140.00 |
| 09/18/2023 | HM | 2-Asset Analysis and Recovery: Email S. Henderson response to vendors or people seeking payment from the estate. | 0.20 | $700.00 | $140.00 |
| 09/18/2023 | HM | 2-Asset Analysis and Recovery: Email B. Singh regarding turnover of cash to Trustee and accounting of same. | 0.10 | $700.00 | $70.00 |
| 09/18/2023 | HM | 7-Claims Administration, Analysis and Objections: Confer with Trustee regarding KCC services and administrative claim. | 0.20 | $700.00 | $140.00 |
| 09/18/2023 | HM | 7-Claims Administration, Analysis and Objections: Receive and review inquiry into administrative claim process and consider same. | 0.30 | $700.00 | $210.00 |
| 09/18/2023 | WK | 15-Insurance: Telephone conference with J. Swan with Federated Insurance regarding outstanding claims. | 0.20 | $775.00 | $155.00 |
| 09/18/2023 | WK | 2-Asset Analysis and Recovery: Multiple telephone conferences with Trustee regarding records retention, insurance, auctions and administrative matters. | 0.50 | $775.00 | $387.50 |
| 09/18/2023 | WK | 2-Asset Analysis and Recovery: Review and respond to multiple emails on operational, sale and litigation issues. | 0.50 | $775.00 | $387.50 |
| 09/18/2023 | KC | 2-Asset Analysis and Recovery: Respond to voicemail inquiry. | 0.10 | $225.00 | $22.50 |

| 09/19/2023 | HM | 1-General Administration: Telephone conference with counsel and Trustee regarding open issues and allocation of work. | 1.30 | $700.00 | $910.00 |
|---|---|---|---|---|---|
| 09/19/2023 | HM | 1-General Administration: Telephone conference with lenders regarding case status and open issues including hiring professionals, use of cash collateral, books and records preservation, fee examination process. | 0.80 | $700.00 | $560.00 |
| 09/19/2023 | HM | 2-Asset Analysis and Recovery: Call with B. Ruzinsky for Exxon for fuel receipts analysis. | 0.40 | $700.00 | $280.00 |
| 09/19/2023 | HM | 32-Fee Applications: Finalize application for chapter 11 fees and attention to filing same. | 0.10 | $700.00 | $70.00 |
| 09/19/2023 | HM | 12-Relief from Stay Proceedings: Receive and review Ford's proposed lift stay and lender's objection thereto. | 0.10 | $700.00 | $70.00 |
| 09/19/2023 | HM | 2-Asset Analysis and Recovery: Respond to subtenant inquiry. | 0.20 | $700.00 | $140.00 |
| 09/19/2023 | HM | 2-Asset Analysis and Recovery: Attend to multiple inquiries and books and records preservation. | 0.60 | $700.00 | $420.00 |
| 09/19/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding Proliant and excess funds to be returned to the estate. | 0.10 | $700.00 | $70.00 |
| 09/19/2023 | HM | 2-Asset Analysis and Recovery: Confer with S. Henderson regarding Proliant contact. | 0.10 | $700.00 | $70.00 |
| 09/19/2023 | HM | 3-Asset Sales: Receive and review auctioneer assessment and request titles to vehicles from Stephanie Henderson. | 0.30 | $700.00 | $210.00 |
| 09/19/2023 | HM | 32-Fee Applications: Review revisions to form fee application objection and circulate for further comment. | 0.20 | $700.00 | $140.00 |
| 09/19/2023 | HM | 18-Use of Cash Collateral: Email lenders regarding funding payroll and use of cash collateral. | 0.10 | $700.00 | $70.00 |
| 09/19/2023 | HM | 1-General Administration: Work on motion to designate debtor representative. | 0.10 | $700.00 | $70.00 |
| 09/19/2023 | WK | 1-General Administration: Conference call with Trustee team regarding assorted operational and legal issues. | 1.10 | $775.00 | $852.50 |
| 09/19/2023 | WK | 1-General Administration: Conference call with Trustee and secured lender teams regarding substantive consolidation, real estate, records retention, special counsel, fee consultant and insurance. | 0.80 | $775.00 | $620.00 |
| 09/19/2023 | WK | 30-Litigation: Review proposed settlement on Kase & Co. case; telephone conference with J. Johnston and Trustee regarding settlement recommendation; email to and from Bank counsel regarding same. | 0.60 | $775.00 | $465.00 |
| 09/19/2023 | WK | 3-Asset Sales: Emails and telephone conference with K. Rosen regarding auction values on Ackworth and | 0.50 | $775.00 | $387.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Alpharetta locations; discuss same with Trustee and Bank counsel. | | | |
| 09/19/2023 | WK | 1-General Administration: Multiple telephone conferences with Trustee regarding email, cash collateral and insurance issues. | 0.60 | $775.00 | $465.00 |
| 09/19/2023 | HM | 8-Employment Applications: Confer with G. Juengling regarding status of engagement letter and budget for services. | 0.20 | $700.00 | $140.00 |
| 09/19/2023 | RC | 32-Fee Applications: Telephone conference with trustee regarding her fee application as chapter 11 trustee (.1). Email from controller of debtor entities and review spreadsheets from her regarding disbursements during one week while chapter 11 trustee was in place (.3). Second telephone conference with trustee regarding same and status of cases (.1). | 0.50 | $625.00 | $312.50 |
| 09/19/2023 | KC | 2-Asset Analysis and Recovery: Respond to voicemail and email inquiries. | 1.00 | $225.00 | $225.00 |
| 09/20/2023 | HM | 8-Employment Applications: Revise Whitley Penn engagement letter and confer with G. Juengling regarding same. | 0.40 | $700.00 | $280.00 |
| 09/20/2023 | HM | 32-Fee Applications: Confer on professional fees and objections thereto. | 0.20 | $700.00 | $140.00 |
| 09/20/2023 | HM | 2-Asset Analysis and Recovery: Attend to multiple operational emails including authority for use of cash collateral for payroll (.2), fuel receipts accounting (.1), utilities inquiry (.1), letter claim (.1), auction status (.1). | 0.60 | $700.00 | $420.00 |
| 09/20/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee on open issues including schedules and real estate. | 0.30 | $700.00 | $210.00 |
| 09/20/2023 | RC | 32-Fee Applications: Extended Zoom meeting with controller of debtors regarding information and spreadsheets of receipts and disbursements during one week of chapter 11 trustee (1.1). Prepare memo to trustee regarding same (.3). | 1.40 | $625.00 | $875.00 |
| 09/20/2023 | KC | 2-Asset Analysis and Recovery: Respond to voicemail and email inquiries. | 0.50 | $225.00 | $112.50 |
| 09/20/2023 | WK | 15-Insurance: Extended telephone conference with Trustee and C. Wheatley with Federated Insurance regarding amounts due, policies in effect, cancellation, etc. | 0.30 | $775.00 | $232.50 |
| 09/20/2023 | WK | 15-Insurance: Telephone conferences with S. Henderson and Trustee regarding vehicle insurance on non-owned vehicles. | 0.30 | $775.00 | $232.50 |
| 09/20/2023 | WK | 15-Insurance: Review policies with Trustee. | 0.20 | $775.00 | $155.00 |
| 09/20/2023 | WK | 1-General Administration: Work on issues regarding schedules and statement of financial affairs; telephone conference with S. Henderson regarding same. | 0.80 | $775.00 | $620.00 |

| 09/20/2023 | WK | 1-General Administration: Meeting with D. Kokenes regarding schedules and statement of financial affairs. | 0.30 | $775.00 | $232.50 |
|---|---|---|---|---|---|
| 09/20/2023 | WK | 3-Asset Sales: Multiple emails with Rosen Systems regarding auction of personal property at Ackworth and Alpharetta location; discuss same with Trustee and Bank counsel. | 0.50 | $775.00 | $387.50 |
| 09/20/2023 | WK | 1-General Administration: Receipt and review of the Motion for Substantive Consolidation (.5); discuss same with Trustee and J. Wolfhshol (.2). | 0.70 | $775.00 | $542.50 |
| 09/20/2023 | WK | 30-Litigation: Multiple telephone conferences with J. Johnston regarding special counsel and collection lawsuits. | 0.50 | $775.00 | $387.50 |
| 09/20/2023 | WK | 2-Asset Analysis and Recovery: Review special counsel's pre-conversion invoices; discuss same with Trustee regarding conflict issues. | 0.30 | $775.00 | $232.50 |
| 09/21/2023 | RC | 32-Fee Applications: Prepare memo to trustee regarding application for compensation as chapter 11 trustee, and prepare preliminary spreadsheet for calculations. | 0.40 | $625.00 | $250.00 |
| 09/21/2023 | HM | 2-Asset Analysis and Recovery: Analyze fuel receipts held by majors versus amounts owed to dealers and confer with S. Henderson and team regarding same. | 1.40 | $700.00 | $980.00 |
| 09/21/2023 | HM | 2-Asset Analysis and Recovery: Telephone conference with S. Keith with Shell regarding credit card receipts. | 0.50 | $700.00 | $350.00 |
| 09/21/2023 | HM | 2-Asset Analysis and Recovery: Confer on multiple issues including Lamar Fredy deposition and general inquires regarding sales, gaming devices onsite. | 0.50 | $700.00 | $350.00 |
| 09/21/2023 | WK | 2-Asset Analysis and Recovery: Extended telephone conference with S. Tannenbaum regarding location in New Jersey and purported new landlord, variety retail and issues with sublease. | 0.30 | $775.00 | $232.50 |
| 09/21/2023 | WK | 30-Litigation: Emails to and from J. Johnston regarding settlement of the Kase case, review the proposed settlement documents and discuss same with the Trustee. | 0.70 | $775.00 | $542.50 |
| 09/21/2023 | WK | 3-Asset Sales: Telephone conference with J. Melko regarding closing of SASS sale. | 0.20 | $775.00 | $155.00 |
| 09/21/2023 | WK | 3-Asset Sales: Receipt and review of the Motion to Sell the Schierl IP property and discuss same with M. Young-John. | 0.40 | $775.00 | $310.00 |
| 09/22/2023 | RC | 32-Fee Applications: Email from trustee regarding compensation as chapter 11 trustee and email to her regarding same. | 0.10 | $625.00 | $62.50 |
| 09/22/2023 | HM | 18-Use of Cash Collateral: Attend to multiple emails regarding operational issues including use of cash collateral for ongoing expenses. | 0.60 | $700.00 | $420.00 |

EXHIBIT A

| 09/22/2023 | HM | 3-Asset Sales: Review and comment on motion to sell IP to Schierl. | 0.20 | $700.00 | $140.00 |
|---|---|---|---|---|---|
| 09/22/2023 | KC | 2-Asset Analysis and Recovery: Respond to voicemail and email inquiries. | 0.60 | $225.00 | $135.00 |
| 09/22/2023 | WK | 1-General Administration: Conference call with Trustee team regarding litigation, real estate, FTI and general status. | 0.80 | $775.00 | $620.00 |
| 09/22/2023 | WK | 3-Asset Sales: Review response by Alpharetta landlord prohibiting auction and respond to him with reasons to allow it; discuss same with Trustee. | 0.60 | $775.00 | $465.00 |
| 09/22/2023 | WK | 3-Asset Sales: Receipt and review of the motion to employ Rosen Systems as auctioneer. | 0.40 | $775.00 | $310.00 |
| 09/22/2023 | WK | 30-Litigation: Review emails from B. Bickle regarding EDOK litigation involving Debtor and review defenses and counterclaims. | 0.60 | $775.00 | $465.00 |
| 09/22/2023 | WK | 3-Asset Sales: Emails to and from K. Rosen regarding auctioning certain vehicles. | 0.20 | $775.00 | $155.00 |
| 09/23/2023 | WK | 30-Litigation: Review the Fuels adversary proceeding; discuss same with Trustee team. | 0.50 | $775.00 | $387.50 |
| 09/25/2023 | WK | 1-General Administration: Conference call with Bank and Trustee teams to discuss leases, auction, fuel suppliers, MOR's, schedules, FTI and special counsel. | 1.00 | $775.00 | $775.00 |
| 09/25/2023 | WK | 3-Asset Sales: Telephone conference with J. Melko regarding information needed for SAS sale closing. | 0.30 | $775.00 | $232.50 |
| 09/25/2023 | WK | 8-Employment Applications: Prepare motion to employ Johnston as special counsel, declaration, and order; discuss same with Trustee. | 0.80 | $775.00 | $620.00 |
| 09/25/2023 | WK | 1-General Administration: Receipt and review draft of motion to substantive consolidation. | 0.50 | $775.00 | $387.50 |
| 09/25/2023 | WK | 2-Asset Analysis and Recovery: Conference call with Trustee team and GT Team regarding operating issues and leases. | 0.50 | $775.00 | $387.50 |
| 09/25/2023 | WK | 3-Asset Sales: Review email from Alpharetta landlord and response to same regarding auction and lease payment. | 0.40 | $775.00 | $310.00 |
| 09/25/2023 | WK | 1-General Administration: Work on issues regarding designating responsible part for the 341 meeting and the schedule (.5); meeting with R. Chandler and H. McIntyre regarding same (.2). | 0.70 | $775.00 | $542.50 |
| 09/25/2023 | WK | 1-General Administration: Extended telephone conference with A. Spirito and Trustee regarding various active matters, schedules, MOR's, disclaimers and lawsuits. | 0.80 | $775.00 | $620.00 |
| 09/25/2023 | HM | 2-Asset Analysis and Recovery: Receive and review | 0.10 | $700.00 | $70.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | information regarding incoming accounts receivable. | | | |
| 09/25/2023 | HM | 30-Litigation: Receive and review update on moving Lamar Frady's deposition. | 0.10 | $700.00 | $70.00 |
| 09/25/2023 | HM | 2-Asset Analysis and Recovery: Attend to multiple operations emails including forwarding mail, CNR server hosting status, Titan software needs. | 0.30 | $700.00 | $210.00 |
| 09/25/2023 | HM | 3-Asset Sales: Review status of Schierl sale and request for PSA. | 0.10 | $700.00 | $70.00 |
| 09/25/2023 | HM | 3-Asset Sales: Call with lender's counsel and Trustee counsel regarding Schierl sale. | 0.80 | $700.00 | $560.00 |
| 09/25/2023 | HM | 1-General Administration: Review and revise motion to substantively consolidate. | 0.30 | $700.00 | $210.00 |
| 09/25/2023 | HM | 23-Monthly Operating Reports: Confer with Trustee regarding Monthly Operating Reports and further information needed for operating. | 0.30 | $700.00 | $210.00 |
| 09/25/2023 | HM | 23-Monthly Operating Reports: Call with M. Healy with FTI, former CRO regarding chapter 11 Trustee Monthly Operating Reports and books and records transfer. | 0.50 | $700.00 | $350.00 |
| 09/25/2023 | HM | 2-Asset Analysis and Recovery: Confer with J. Wolfshohl and M. Young regarding fuel receipt issues and analyze Valero's analysis and email S. Henderson regarding same. | 0.70 | $700.00 | $490.00 |
| 09/25/2023 | HM | 5-Tax Matters: Confer with G. Juengling regarding status of engagement, books and records access with CNR, Monthly Operating Reports. | 0.50 | $700.00 | $350.00 |
| 09/25/2023 | HM | 1-General Administration: Confer with Trustee regarding open items. | 0.20 | $700.00 | $140.00 |
| 09/25/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee on real estate and email K. Toney regarding proposal on real estate for which we have title reports. | 0.20 | $700.00 | $140.00 |
| 09/25/2023 | HM | 1-General Administration: Attention to issues with motion to designate. | 0.20 | $700.00 | $140.00 |
| 09/25/2023 | HM | 30-Litigation: Receive and review current update on Blue Owl TRO filed by Fox Fuels. | 0.10 | $700.00 | $70.00 |
| 09/25/2023 | RC | 32-Fee Applications: Telephone conference with Trustee regarding status of fee application preparation, and information needed for same (.2). Email to controller regarding status of request for information (.3). | 0.50 | $625.00 | $312.50 |
| 09/25/2023 | RC | 1-General Administration: Detailed review of debtor's Statement of Financial Affairs regarding person to as "debtor" for purposes of performing debtor's duties after conversion (.7). Brief research on Rule 9001(5) for person who can be designated by court if debtor is a corporation (.3). Prepare memo to Trustee regarding | 2.70 | $625.00 | $1,687.50 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | same (.2). Series of emails regarding person to be designated (.1). Review voluntary petition and amended voluntary petition regarding corporate status of debtor (.2). Conduct searches on Texas Secretary of State website for information on debtor (.6). Prepare memo to Trustee with results of searches (.1). Begin drafting motion to designate Neil Lansing as representative of debtor (.5). | | | |
| 09/25/2023 | KC | 2-Asset Analysis and Recovery: Respond to voicemail and email inquiries. | 1.20 | $225.00 | $270.00 |
| 09/26/2023 | WK | 2-Asset Analysis and Recovery: Review multiple emails regarding fuel distribution payments and creditors and correspondence from B. Ruzinsky and J. Wolfshohl regarding same. | 0.50 | $775.00 | $387.50 |
| 09/26/2023 | WK | 8-Employment Applications: Receipt and review the Whitley Penn engagement letter; discuss same with H. McIntyre. | 0.50 | $775.00 | $387.50 |
| 09/26/2023 | WK | 30-Litigation: Review Workers Compensation lawsuit; discuss same with H. McIntyre and Trustee. | 0.40 | $775.00 | $310.00 |
| 09/26/2023 | WK | 3-Asset Sales: Telephone conference and email with C. Swiney regarding Alpharetta location and conducting the auction; emails to Trustee and Bank teams regarding payment of rent. | 0.40 | $775.00 | $310.00 |
| 09/26/2023 | WK | 2-Asset Analysis and Recovery: Review approximately 80 emails and respond to as many as possible regarding landlords (.4), inventory (.4), property sales (.5), motions for relief (.5) and adversary proceedings (.4). | 2.20 | $775.00 | $1,705.00 |
| 09/26/2023 | WK | 8-Employment Applications: Receipt and review of the Johnston Application to Employ. | 0.30 | $775.00 | $232.50 |
| 09/26/2023 | HM | 1-General Administration: Work on motion to designate debtor representative. | 0.10 | $700.00 | $70.00 |
| 09/26/2023 | HM | 12-Relief from Stay Proceedings: Telephone conference with Doug Berger regarding proposed stipulation and order to lift stay to determine insurance coverage (.3) and email case manager regarding court consideration of same (.1). | 0.40 | $700.00 | $280.00 |
| 09/26/2023 | HM | 2-Asset Analysis and Recovery: Confer with dealer inquiry on reconciliation of credit card receipts. | 0.20 | $700.00 | $140.00 |
| 09/26/2023 | HM | 8-Employment Applications: Review and revise tax engagement letter with Whitley Penn. | 0.50 | $700.00 | $350.00 |
| 09/26/2023 | HM | 2-Asset Analysis and Recovery: Receive and review offers from B. Singh clients (.2) and confer with J. Elrod regarding same (.1). | 0.30 | $700.00 | $210.00 |
| 09/26/2023 | HM | 2-Asset Analysis and Recovery: Receive and review offer from Exxon regarding credit card receipts. | 0.20 | $700.00 | $140.00 |

| 09/26/2023 | HM | 15-Insurance: Work on obtaining insurance policies and review of Directors and Officers. | 0.20 | $700.00 | $140.00 |
| 09/26/2023 | HM | 8-Employment Applications: Confer with G. Juengling regarding task list, cost estimates and status of engagement letters. | 0.50 | $700.00 | $350.00 |
| 09/26/2023 | HM | 8-Employment Applications: Confer on Alpharetta rent and use of cash collateral for same. | 0.20 | $700.00 | $140.00 |
| 09/26/2023 | HM | 32-Fee Applications: Receive and review fee statement and work on objection. | 0.10 | $700.00 | $70.00 |
| 09/26/2023 | HM | 15-Insurance: Receive and review Directors and Officers policy regarding officer coverage. | 0.20 | $700.00 | $140.00 |
| 09/26/2023 | HM | 2-Asset Analysis and Recovery: Receive and review files from FTI. | 0.20 | $700.00 | $140.00 |
| 09/26/2023 | HM | 18-Use of Cash Collateral: Confer with S. Henderson regarding operations issues including October cash use budget. | 0.30 | $700.00 | $210.00 |
| 09/26/2023 | RC | 1-General Administration: Review selected pleadings and declarations for information to be used in motion to designate corporate representative (.6). Continue drafting motion to designate (1.7). Series of emails regarding officers and directors of debtors and D&O policies (.1). | 2.40 | $625.00 | $1,500.00 |
| 09/27/2023 | WK | 30-Litigation: Receipt and review the Fox Fuels stipulation and email to R. Kubonda with permission to file. | 0.40 | $775.00 | $310.00 |
| 09/27/2023 | WK | 30-Litigation: Extended telephone conference with J. Johnston regarding lawsuits, settlement and corporate records. | 0.40 | $775.00 | $310.00 |
| 09/27/2023 | WK | 3-Asset Sales: Emails to and from Bank team regarding auction and rental payments. | 0.30 | $775.00 | $232.50 |
| 09/27/2023 | WK | 2-Asset Analysis and Recovery: Multiple telephone conferences with Trustee regarding leases, accounting, Prolient, settlement and fuel supplies. | 0.60 | $775.00 | $465.00 |
| 09/27/2023 | WK | 2-Asset Analysis and Recovery: Review approximately thirty (30) emails regarding various operational and lease issues; reply to pertinent ones. | 1.10 | $775.00 | $852.50 |
| 09/27/2023 | HM | 2-Asset Analysis and Recovery: Address multiple emails regarding operational issues including Proliant and funding operations, insurance, rent payments. | 0.50 | $700.00 | $350.00 |
| 09/27/2023 | HM | 2-Asset Analysis and Recovery: Confer with CNR regarding server hosting and books/records access. | 0.20 | $700.00 | $140.00 |
| 09/27/2023 | HM | 8-Employment Applications: Confer with Whitely Penn regarding status of employment and tasks. | 0.10 | $700.00 | $70.00 |
| 09/27/2023 | HM | 2-Asset Analysis and Recovery: Work on Proliant | 0.40 | $700.00 | $280.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | issues including services yet to be performed, cost and accounting of funds due estate. | | | |
| 09/27/2023 | HM | 7-Claims Administration, Analysis and Objections: Confer with KCC regarding status of claims and transfer into ECF. | 0.10 | $700.00 | $70.00 |
| 09/27/2023 | HM | 7-Claims Administration, Analysis and Objections: Work on administrative claim stipulation. | 0.50 | $700.00 | $350.00 |
| 09/27/2023 | HM | 2-Asset Analysis and Recovery: Work on access to data room. | 0.20 | $700.00 | $140.00 |
| 09/27/2023 | HM | 30-Litigation: Telephone conference with Walter Brock regarding status of coverage claims in wrongful death suit and pending stipulation and order (.3) and confer with Trustee regarding same (.1). | 0.40 | $700.00 | $280.00 |
| 09/27/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding sales to B. Singh's clients. | 0.10 | $700.00 | $70.00 |
| 09/27/2023 | HM | 3-Asset Sales: Confer with Trustee on open issues including auction and cash collateral. | 0.20 | $700.00 | $140.00 |
| 09/27/2023 | HM | 2-Asset Analysis and Recovery: Review outstanding issues request with lenders. | 0.10 | $700.00 | $70.00 |
| 09/27/2023 | HM | 1-General Administration: Review and revise motion to designate debtor representative. | 0.20 | $700.00 | $140.00 |
| 09/27/2023 | HM | 18-Use of Cash Collateral: Confer with S. Henderson regarding cash collateral budget. | 0.20 | $700.00 | $140.00 |
| 09/27/2023 | HM | 18-Use of Cash Collateral: Work on cash collateral budget. | 0.40 | $700.00 | $280.00 |
| 09/27/2023 | HM | 2-Asset Analysis and Recovery: Review proposed de minimus sales procedures and confer with J. Wolfshohl regarding same. | 0.50 | $700.00 | $350.00 |
| 09/27/2023 | HM | 2-Asset Analysis and Recovery: Telephone conference with S. Mayer regarding client's request for PDI access and possible fuel receipts. | 0.20 | $700.00 | $140.00 |
| 09/27/2023 | RC | 15-Insurance: Review director and officer insurance policy, renewal and effective date, and key terms, and prepare memo to trustee regarding same. | 1.10 | $625.00 | $687.50 |
| 09/27/2023 | RC | 32-Fee Applications: Email from controller of debtors with revised spreadsheet for disbursements during Chapter 11 trustee one-week period, and review revised spreadsheet. | 0.10 | $625.00 | $62.50 |
| 09/27/2023 | RC | 1-General Administration: Series of emails regarding address for service on Lansing for Motion to Designate. | 0.10 | $625.00 | $62.50 |
| 09/28/2023 | AL | 32-Fee Applications: Draft fee application and fee statement objection templates. | 1.00 | $225.00 | $225.00 |
| 09/28/2023 | AL | 7-Claims Administration, Analysis and Objections: Draft | 0.60 | $225.00 | $135.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | generic stipulation for administrative claims. | | | |
| 09/28/2023 | HM | 3-Asset Sales: Work on de minimus sales procedures. | 0.20 | $700.00 | $140.00 |
| 09/28/2023 | HM | 2-Asset Analysis and Recovery: Work on moving server and coordinating with CNR as well as software log ins and invoices. | 0.40 | $700.00 | $280.00 |
| 09/28/2023 | HM | 2-Asset Analysis and Recovery: Telephone conference with S. Henderson regarding arranging server removal. | 0.20 | $700.00 | $140.00 |
| 09/28/2023 | HM | 2-Asset Analysis and Recovery: Attention to interested purchaser inquiry. | 0.10 | $700.00 | $70.00 |
| 09/28/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from Trustee and Bank regarding holds on accounts and turnover of funds. | 0.20 | $775.00 | $155.00 |
| 09/28/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from S. Henderson regarding: 1) Exxon branded locations; 2) Inventory; 3) Vehicles; 4) auction issues; 5) records retention; 6) final payroll. | 0.60 | $775.00 | $465.00 |
| 09/28/2023 | WK | 32-Fee Applications: Emails to and from J. Pomerantz regarding objections to fee applications. | 0.20 | $775.00 | $155.00 |
| 09/28/2023 | WK | 30-Litigation: Emails to and from J. Wolfshohl regarding submission of paperwork for contingency litigation counsel. | 0.30 | $775.00 | $232.50 |
| 09/28/2023 | WK | 18-Use of Cash Collateral: Emails and telephone conference with S. Henderson regarding cash collateral budget. | 0.20 | $775.00 | $155.00 |
| 09/28/2023 | WK | 8-Employment Applications: Finalize and file J. Johnston application to employ special counsel. | 0.70 | $775.00 | $542.50 |
| 09/28/2023 | WK | 30-Litigation: Receipt and review of the complaint for fraudulent transfer. | 0.30 | $775.00 | $232.50 |
| 09/28/2023 | WK | 2-Asset Analysis and Recovery: Review and respond to approximately 25 emails on operational, employment and litigation issues. | 1.20 | $775.00 | $930.00 |
| 09/29/2023 | AL | 2-Asset Analysis and Recovery: Review FirMex database and search for purchase agreement between Debtor and Oak Street Real Estate Capital. | 1.50 | $225.00 | $337.50 |
| 09/29/2023 | HM | 2-Asset Analysis and Recovery: Attend to multiple operational emails including relocation of servers, general inquiries, employee termination, employee invoice request. | 0.50 | $700.00 | $350.00 |
| 09/29/2023 | HM | 8-Employment Applications: Telephone conference with G. Juengling regarding status of application to employ and engagement letters. | 0.10 | $700.00 | $70.00 |
| 09/29/2023 | HM | 1-General Administration: Work on motion to designate N. Lansing and on expedited basis. | 0.90 | $700.00 | $630.00 |

EXHIBIT A

| 09/29/2023 | HM | 2-Asset Analysis and Recovery: Confer with W. Kitchens on open items and fuel receipts issues. | 0.30 | $700.00 | $210.00 |
|---|---|---|---|---|---|
| 09/29/2023 | HM | 18-Use of Cash Collateral: Work on cash collateral budget for October and circulate to lender's counsel. | 0.80 | $700.00 | $560.00 |
| 09/29/2023 | HM | 32-Fee Applications: Review and revise three objections to fee applications and fee statements. | 0.60 | $700.00 | $420.00 |
| 09/29/2023 | HM | 3-Asset Sales: Confer on status of sale proceeds on sale to SAS. | 0.30 | $700.00 | $210.00 |
| 09/29/2023 | HM | 3-Asset Sales: Receive and review order approving Schierl sale and confer on payment instructions. | 0.30 | $700.00 | $210.00 |
| 09/29/2023 | HM | 3-Asset Sales: Telephone conference with J. Elrod regarding approval for auction including vehicles. | 0.20 | $700.00 | $140.00 |
| 09/29/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee on pending issues including ACH capabilities. | 0.20 | $700.00 | $140.00 |
| 09/29/2023 | HM | 2-Asset Analysis and Recovery: Review issues with Schiel Wisconsin transaction. | 0.10 | $700.00 | $70.00 |
| 09/29/2023 | HM | 3-Asset Sales: Work on de minimus sale motion. | 0.30 | $700.00 | $210.00 |
| 09/29/2023 | HM | 32-Fee Applications: Work on chapter 11 fee application and analyze receipts and disbursements chart. | 0.30 | $700.00 | $210.00 |
| 09/29/2023 | HM | 2-Asset Analysis and Recovery: Work on gaining access to data room and searching for Purchase Sale Agreement. | 0.20 | $700.00 | $140.00 |
| 09/29/2023 | HM | 2-Asset Analysis and Recovery: Telephone conference with B. Singh regarding issues with tanks and cash in safes. | 0.30 | $700.00 | $210.00 |
| 09/29/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee on open issues including wrongful death case, Wisconsin c-store titles, transfer of funds to estate. | 0.40 | $700.00 | $280.00 |
| 09/29/2023 | RC | 3-Asset Sales: Series of emails regarding proposed sale of assets at two leased locations (.1). Draft motion, proposed form of Order, and proposed form of notice for procedures for sales of de minimis assets (2.4). Telephone conference with lead counsel regarding procedures (.2). | 2.70 | $625.00 | $1,687.50 |
| 09/29/2023 | RC | 32-Fee Applications: Series of emails from and to trustee regarding fee application for services as Chapter 11 Trustee (.1). Telephone conference with lead counsel regarding same and review spreadsheet from controller (.3). | 0.40 | $625.00 | $250.00 |
| 09/30/2023 | RC | 3-Asset Sales: Revise and finalize draft of motion for approval of procedures to sell de minimis assets, proposed form of Order, and proposed form of notice to used (1.1). Prepare memo to lead counsel and trustee regarding same (.2). | 1.30 | $625.00 | $812.50 |

EXHIBIT A

| | | | |
|---|---|---|---|
| | | **Quantity Subtotal** | **202.3** |
| | | **Services Subtotal** | **$139,545.00** |

## Expenses

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 09/28/2023 | JB | TXSOS | 1.00 | $1.00 | $1.00 |
| Expense | 09/29/2023 | WK | Copies; Application to Employ Johnston | 402.00 | $0.20 | $80.40 |
| Expense | 09/29/2023 | WK | Postage; Application to Employ Johnston | 134.00 | $0.63 | $84.42 |
| | | | | **Expenses Subtotal** | | **$165.82** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Rhonda Chandler | 22.4 | $625.00 | $14,000.00 |
| Wayne Kitchens | 106.0 | $775.00 | $82,150.00 |
| Heather McIntyre | 56.4 | $700.00 | $39,480.00 |
| Heather McIntyre | 0.1 | $0.00 | $0.00 |
| Kathy Conn | 14.1 | $225.00 | $3,172.50 |
| Abdiel Lopez-Castro | 3.3 | $225.00 | $742.50 |
| | **Quantity Total** | | **202.3** |
| | **Subtotal** | | **$139,710.82** |
| | **Total** | | **$139,710.82** |

EXHIBIT A

**Mountain Express Oil Company Ch. 11**

| Task Code and Timekeeper | Sum of Hours | Sum of Billable |
|---|---|---|
| Heather McIntyre | 6.9 | $4,830.00 |
| Rhonda Chandler | 5.2 | $3,250.00 |
| Wayne Kitchens | 15.2 | $11,780.00 |
| **1-General Administration Total** | **27.3** | **$19,860.00** |
| | | |
| Abdiel Lopez-Castro | 1.5 | $337.50 |
| Heather McIntyre | 27.7 | $19,390.00 |
| Kathy Conn | 14.1 | $3,172.50 |
| Wayne Kitchens | 46.1 | $35,727.50 |
| **2-Asset Analysis and Recovery Total** | **89.4** | **$58,627.50** |
| | | |
| Heather McIntyre | 3.1 | $2,170.00 |
| Rhonda Chandler | 4 | $2,500.00 |
| Wayne Kitchens | 9.6 | $7,440.00 |
| **3-Asset Sales Total** | **16.7** | **$12,110.00** |
| | | |
| Heather McIntyre | 0.3 | $210.00 |
| **4-Chapter 5 Avoidance Action Investigation and Litigation Total** | **0.3** | **$210.00** |
| | | |
| Heather McIntyre | 1.5 | $1,050.00 |
| Wayne Kitchens | 3.1 | $2,402.50 |
| **5-Tax Matters Total** | **4.6** | **$3,452.50** |
| | | |
| Abdiel Lopez-Castro | 0.6 | $135.00 |
| Heather McIntyre | 1.3 | $910.00 |
| **7-Claims Administration, Analysis and Objections Total** | **1.9** | **$1,045.00** |
| | | |
| Heather McIntyre | 3.1 | $2,100.00 |
| Wayne Kitchens | 3.4 | $2,635.00 |
| **8-Employment Applications Total** | **6.5** | **$4,735.00** |
| | | |
| Heather McIntyre | 0.9 | $630.00 |
| Wayne Kitchens | 0.3 | $232.50 |
| **12-Relief from Stay Proceedings Total** | **1.2** | **$862.50** |
| | | |
| Heather McIntyre | 1 | $700.00 |
| Wayne Kitchens | 1.7 | $1,317.50 |

| | | |
|---|---|---|
| **14-Employee Benefits / Pensions Total** | **2.7** | **$2,017.50** |
| | | |
| Heather McIntyre | 0.4 | $280.00 |
| Rhonda Chandler | 1.1 | $687.50 |
| Wayne Kitchens | 1.8 | $1,395.00 |
| **15-Insurance Total** | **3.3** | **$2,362.50** |
| | | |
| Wayne Kitchens | 1.5 | $1,162.50 |
| **16-Asset Abandonment Total** | **1.5** | **$1,162.50** |
| | | |
| Heather McIntyre | 3 | $2,100.00 |
| Wayne Kitchens | 4.1 | $3,177.50 |
| **18-Use of Cash Collateral Total** | **7.1** | **$5,277.50** |
| | | |
| Heather McIntyre | 0.8 | $560.00 |
| **23-Monthly Operating Reports Total** | **0.8** | **$560.00** |
| | | |
| Heather McIntyre | 0.9 | $630.00 |
| Wayne Kitchens | 9.6 | $7,440.00 |
| **30-Litigation Total** | **10.5** | **$8,070.00** |
| | | |
| Abdiel Lopez-Castro | 1.2 | $270.00 |
| Heather McIntyre | 5.6 | $3,920.00 |
| Rhonda Chandler | 12.1 | $7,562.50 |
| Wayne Kitchens | 9.6 | $7,440.00 |
| **32-Fee Applications Total** | **28.5** | **$19,192.50** |
| | | |
| **Grand Total** | **202.3** | **$139,545.00** |