# EXHIBIT 3

**(Summary by Timekeeper)**

EXHIBIT 3

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION
FOR THE PERIOD APRIL 7, 2023 THROUGH AUGUST 16, 2023

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURLY RATE DURING FINAL APPLICATION PERIOD | HOURS BILLED IN FINAL APPLICATION PERIOD | FEES BILLED IN FINAL APPLICATION PERIOD |
|---|---|---|---|---|---|---|
| Benjamin Kadden | Managing Shareholder | Bankruptcy | 2005 | $650.00 | 365.2 | $237,380.00 |
| Jim Thurman | Associate | Bankruptcy | 2016 | $475.00 | 13.2 | $6,270.00 |
| Coleman Torrans | Associate | Bankruptcy | 2019 | $425.00 | 352.2 | $149,557.50 |
| Jennifer Barriere | Counsel | Corporate & Commercial Law, Commercial Real Estate | 2012 | $300.00 | 2.5 | $750.00 |
| Armand Samuels | Associate | Litigation | 2010 | $250.00 | 2.3 | $575.00 |
| Avery Autin | Associate | Bankruptcy | 2023 | $245.00 | 22.6 | $5,537.00 |
| Susan Eaton | Paraprofessional | Litigation | N/A | $150.00 | 0.3 | $45.00 |
| Ivy Johnson | Paraprofessional | Litigation | N/A | $150.00 | 11.1 | $1,665.00 |
| **GRAND TOTAL** | | | | | 769.4 | $401,779.50 |