# EXHIBIT 1

## (Healy Declaration)

SF 4880-7458-6001.1 58614.002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> MOUNTAIN EXPRESS OIL COMPANY, et al., <br><br> Debtors.¹ | Chapter 7 <br><br> Case No. 23-90147 (EVR) <br><br> (Jointly Administered) |

**DECLARATION OF MICHAEL HEALY IN SUPPORT OF FINAL APPLICATION OF FTI CONSULTING, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTORS FOR THE PERIOD FROM MARCH 18, 2023 THROUGH AUGUST 24, 2023**

I, Michael Healy, declare under penalty of perjury:

1. I am a Senior Managing Director at FTI Consulting, Inc ("FTI"), which maintains offices at 1166 Avenue of the Americas, 15th Floor, New York, New York 10036. I am the lead professional from FTI, which formerly served as Chief Restructuring Officer for the above-captioned debtors and debtors in possession (the "Debtors").

2. I have read the *Final Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors for the Period From March 18, 2023 Through August 24, 2023* (the "Application"), filed contemporaneously herewith.² To the best of my knowledge, information, and belief, formed after reasonable inquiry, the statements contained in the Application are true

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained for a fee at the Court's website at http://ecf.txsb.uscourts.gov.  A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 Cases (the "Cases") is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

SF 4880-7458-6001.1 58614.002

and correct. In addition, I believe that the Application is in conformity with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and this Court's orders.

3. In connection therewith, I hereby certify that:

   a. The fees and disbursements sought in the Application are billed at rates customarily employed by FTI and generally accepted by FTI's clients. In addition, none of the professionals seeking compensation varied their hourly rates based on the geographic location of the Debtors' cases;

   b. In providing a reimbursable expense, FTI does not make a profit on that expense, whether the service is performed by FTI in-house or through a third party;

   c. In accordance with Bankruptcy Rule 2016(a) and Bankruptcy Code section 504, no agreement or understanding exists between FTI and any other person for the sharing of compensation to be received in connection with these Cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules and Local Rules; and

   d. All services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 15, 2023 in New York, New York.

*/s/ Michael Healy*
Michael Healy