# EXHIBIT 3

## (Summary by Timekeeper)

**EXHIBIT 3**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION
FOR THE PERIOD ● THROUGH ●**

| Professional | Title | Hourly Rate | 1st Interim Application | | Final Fee Application | |
|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees |
| Healy, Michael | Senior Managing Director | $ 1,325.00 | 610.7 | $ 809,177.50 | 709.9 | $ 940,617.50 |
| Dunec, Mark | Senior Managing Director | $ 900.00 | 31.9 | $ 28,710.00 | 31.9 | $ 28,710.00 |
| Cheng, Homing | Managing Director | $ 1,055.00 | 398.1 | $ 419,995.50 | 398.1 | $ 419,995.50 |
| Davis, Jerome | Managing Director | $ 1,055.00 | 623.2 | $ 657,476.00 | 756.2 | $ 797,791.00 |
| Flaharty, William | Managing Director | $ 1,055.00 | 62.0 | $ 65,410.00 | 68.6 | $ 72,373.00 |
| Spirito, Andrew | Managing Director | $ 985.00 | 702.5 | $ 691,962.50 | 829.7 | $ 817,254.50 |
| Thalassinos, Angelo | Managing Director | $ 875.00 | 21.9 | $ 19,162.50 | 21.9 | $ 19,162.50 |
| D'agostino, Chase | Managing Director | $ 750.00 | 6.1 | $ 4,575.00 | 6.1 | $ 4,575.00 |
| Bielenberg, David | Senior Director | $ 925.00 | 640.4 | $ 592,370.00 | 726.0 | $ 671,550.00 |
| Castillo, Angela | Senior Director | $ 855.00 | 287.0 | $ 245,385.00 | 304.2 | $ 260,091.00 |
| Steele, Benjamin | Senior Director | $ 800.00 | 37.9 | $ 30,320.00 | 37.9 | $ 30,320.00 |
| Walden, Michael | Senior Director | $ 800.00 | 407.6 | $ 326,080.00 | 416.6 | $ 333,280.00 |
| Adeyanju, Michael | Senior Director | $ 750.00 | 13.6 | $ 10,200.00 | 13.6 | $ 10,200.00 |
| Cooke, Abigail | Senior Director | $ 750.00 | 166.7 | $ 125,025.00 | 179.9 | $ 134,925.00 |
| Griffin, Carlos | Senior Director | $ 750.00 | 18.8 | $ 14,100.00 | 18.8 | $ 14,100.00 |

| Professional | Title | Hourly Rate | 1st Interim Application | | Final Fee Application | |
|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees |
| Kuan, Michelle | Director | $ 925.00 | 442.8 | $ 409,590.00 | 574.9 | $ 531,782.50 |
| Zhu, Geoffrey | Director | $ 835.00 | 577.4 | $ 482,129.00 | 844.6 | $ 705,241.00 |
| Field, Mark | Director | $ 775.00 | 32.4 | $ 25,110.00 | 32.4 | $ 25,110.00 |
| Santora, Steven | Director | $ 775.00 | 161.6 | $ 125,240.00 | 161.6 | $ 125,240.00 |
| Delaney, Meaghan | Director | $ 650.00 | 10.2 | $ 6,630.00 | 10.2 | $ 6,630.00 |
| Itamoto, Patricia | Director | $ 610.00 | 21.4 | $ 13,054.00 | 21.4 | $ 13,054.00 |
| Milner, Dori | Director | $ 475.00 | 215.7 | $ 102,457.50 | 238.2 | $ 113,145.00 |
| Tkach, Christopher | Director | $ 430.00 | 18.5 | $ 7,955.00 | 18.5 | $ 7,955.00 |
| Bedison, James | Director | $ 312.00 | 259.5 | $ 80,964.00 | 319.1 | $ 99,559.20 |
| Langenhorst, Claire | Senior Consultant | $ 645.00 | 85.5 | $ 55,147.50 | 85.5 | $ 55,147.50 |
| Kummer, Earl | Senior Consultant | $ 635.00 | 531.8 | $ 337,693.00 | 648.3 | $ 411,670.50 |
| DeFonte, Lauren | Senior Consultant | $ 595.00 | 55.3 | $ 32,903.50 | 55.3 | $ 32,903.50 |
| Chan, Alvin | Senior Consultant | $ 525.00 | 31.1 | $ 16,327.50 | 31.1 | $ 16,327.50 |
| Fu, Xuan Ye | Consultant | $ 530.00 | 8.5 | $ 4,505.00 | 8.5 | $ 4,505.00 |
| Sarmiento, Daniel | Consultant | $ 410.00 | 116.6 | $ 47,806.00 | 116.6 | $ 47,806.00 |
| Jasser, Riley | Consultant | $ 400.00 | 79.3 | $ 31,720.00 | 89.6 | $ 35,840.00 |
| Barnett, Noah | Consultant | $ 395.00 | 236.0 | $ 93,220.00 | 236.0 | $ 93,220.00 |
| Kang, Nicholas | Consultant | $ 395.00 | 145.3 | $ 57,393.50 | 145.3 | $ 57,393.50 |

| Professional | Title | Hourly Rate | 1st Interim Application | | Final Fee Application | |
|---|---|---|---|---|---|---|
| | | | Hours | Fees | Hours | Fees |
| Tran, Ricky | Consultant | $ 330.00 | 5.3 | $ 1,749.00 | 5.3 | $ 1,749.00 |
| Alagrabawi, Yousef | Consultant | $ 325.00 | 53.5 | $ 17,387.50 | 53.5 | $ 17,387.50 |
| Klein, Katherine | Consultant | $ 225.00 | 279.2 | $ 62,820.00 | 289.3 | $ 65,092.50 |
| Acuity Team Lead | Subcontractor | $ 175.00 | 271.2 | $ 47,460.00 | 271.2 | $ 47,460.00 |
| Acuity Document Review | Subcontractor | $ 95.00 | 1,174.2 | $ 111,549.00 | 1,174.2 | $ 111,549.00 |
| **Grand Total** | | | **8,840.7** | **6,210,760.0** | **9,950.0** | **7,180,713.2** |

SF 4880-7458-6001.1 58614.002
DOCS_LA:351658.3 58614/002