# EXHIBIT 1

**(Maier Declaration)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 23-90147 (EVR)<br><br>(Jointly Administered) |

**DECLARATION OF JENY M. MAIER IN SUPPORT OF FINAL APPLICATION OF AXINN, VELTROP & HARKRIDER LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL ANTITRUST COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MAY 26, 2023 THROUGH AUGUST 16, 2023**

I, Jeny M. Maier, declare under penalty of perjury:

1.      I am a partner with the law firm of Axinn, Veltrop & Harkrider LLP ("Axinn"), which maintains offices at 1901 L Street, NW, Washington, DC 20036, and elsewhere in New York, California, and Connecticut. I am the lead attorney from Axinn, which formerly acted as special antitrust counsel for the above-captioned debtors (the "Debtors") during the pendency of their jointly-administered Chapter 11 cases.

2.      I have read the *Final Application of Axinn, Veltrop & Harkrider LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Antitrust Counsel to the Debtors for the Period From May 26, 2023 Through August 16, 2023* (the "Final Application"), filed contemporaneously herewith.[2]  To the best of my knowledge,

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained for a fee at the Court's website at http://ecf.txsb.uscourts.gov. A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 11 Cases (the "Cases") is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

[2]   Capitalized terms used but not defined herein shall have the meanings assigned to them in the Final Application.

information, and belief, formed after reasonable inquiry, the statements contained in the Final Application are true and correct. In addition, I believe that the Final Application is in conformity with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and this Court's orders.

In connection therewith, I hereby certify that:

a. The fees and disbursements sought in the Final Application are billed at rates customarily employed by Axinn and generally accepted by Axinn's clients. In addition, none of the professionals seeking compensation varied their hourly rates based on the geographic location of the Debtors' cases;

b. In providing a reimbursable expense, Axinn does not make a profit on that expense, whether the service is performed by Axinn in-house or through a third party;

c. In accordance with Bankruptcy Rule 2016(a) and Bankruptcy Code section 504, no agreement or understanding exists between Axinn and any other person for the sharing of compensation to be received in connection with these Cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules and Local Rules; and

d. All services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 15, 2023 in Washington, DC.

*/s/ Jeny M. Maier*
Jeny M. Maier