# EXHIBIT 3

**(Summary by Timekeeper)**

# EXHIBIT 3

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION
## FOR THE PERIOD MAY 26, 2023 THROUGH AUGUST 16, 2023

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN FINAL APPLICATION PERIOD | FEES BILLED IN FINAL APPLICATION PERIOD[1] | HOURLY RATE BILLED IN FINAL APPLICATION PERIOD | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Jeny M. Maier | Partner | Antitrust | 2006 | 37.70 | $57,002.40 | $1,680.00 ($1,512.00 applying 10% discount) | n/a | 0 |
| Lisl J. Dunlop | Partner | Antitrust | 1998 | 9.10 | $13,759.20 | $1,680.00 ($1,512.00 applying 10% discount) | n/a | 0 |
| Joshua J. Jowdy | Associate | Antitrust | 2017 | 17.20 | $17,879.40 | $1,155.00 ($1,039.50 applying 10% discount) | n/a | 0 |
| Alexander J. Kraszewski | Associate | Antitrust | 2022 | 17.30 | $14,642.10 | $935.00 ($841.50 applying 10% discount) | n/a | 0 |
| Duncan H. Weals | Associate | Antitrust | 2022 | 29.40 | $23,284.80 | $880.00 ($792.00 applying 10% discount) | n/a | 0 |
| Megan Wan | Paralegal | Antitrust | n/a | 28.70 | $9,298.80 | $360.00 ($324.00 applying 10% discount) | n/a | 0 |

---

[1] Fee amounts shown reflect application of agreed-upon 10% discount.

1

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN FINAL APPLICATION PERIOD | FEES BILLED IN FINAL APPLICATION PERIOD[1] | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | IN FINAL APPLICATION PERIOD | IN FIRST INTERIM APPLICATION | |
| Carrie-Ann M. Bowden | Paralegal | Antitrust | n/a | 6.60 | $2,138.40 | $360.00 ($324.00 applying 10% discount) | n/a | 0 |
| Miriam Mansour | Paralegal | Antitrust | n/a | 62.50 | $20,250.00 | $360.00 ($324.00 applying 10% discount) | n/a | 0 |
| GRAND TOTAL | | | | 207.60 | $158,225.00 | | | |