**EXHIBIT 4**

**(Invoices)**



1901 L Street, NW
Washington, DC 20036
TEL: 202.912.4700  FAX: 202.912.4701

Taxpayer Identification 13-3938205
Matter Number  4874 – 0001
Invoice Number 41146

July 28, 2023

Mountain Express Oil Company
Michael Healy, Chief Restructuring Officer
c/o FTI Consulting
1166 Avenue of the Americas, 15th Floor
New York, NY  10036

FOR PROFESSIONAL SERVICES RENDERED during the months of May through June 2023 in connection with the Bankruptcy Sale matter…………     $170,777.50

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J.M. Maier | 35.00 | $1680.00 | $58,800.00 |
| L.J. Dunlop | 9.10 | $1680.00 | $15,288.00 |
| J.J. Jowdy | 17.20 | $1155.00 | $19,866.00 |
| A.J. Kraszewski | 17.30 | $935.00 | $16,175.50 |
| D.H. Weals | 29.40 | $880.00 | $25,872.00 |
| C.M. Bowden | 6.60 | $360.00 | $2,376.00 |
| M. Wan | 27.50 | $360.00 | $9,900.00 |
| M. Mansoor | 62.50 | $360.00 | $22,500.00 |

**TOTAL**  $170,777.50
**LESS COURTESY DISCOUNT**  ($-17,078.00)
**TOTAL AMOUNT DUE**  $153,699.50

**Hartford**         **New York**         **San Francisco**         **Washington, D.C.**
PAY IN US DOLLARS
BY WIRE/ACH TRANSFER TO OUR ACCOUNT NO.

OR BY CHECK PAYABLE TO AXINN VELTROP & HARKRIDER, LLP.
114 W. 47TH STREET, 22ND FLOOR, NEW YORK, NY 10036 USA

For professional services rendered:

| Date | Timekeeper / Description | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| 05/26/23 | Maier, Jeny, M.<br>Research re Mountain Express business for potential transaction risk assessment<br>C300: Analysis and Advice | 1680.00 | 0.60 | $1008.00 |
| 05/26/23 | Wan, Megan<br>Docket pull from Mountain Express Oil Company bankruptcy case for J. Maier<br>B110: Case Administration | 360.00 | 0.50 | $180.00 |
| 06/01/23 | Maier, Jeny, M.<br>Draft antitrust information request; review bankruptcy court filings for background on MEX business and operations to assess antitrust issues<br>C300: Analysis and Advice | 1680.00 | 2.10 | $3528.00 |
| 06/02/23 | Maier, Jeny, M.<br>Call with H. Kevane (PSZJ) re antitrust document/data request and bidding update; review bid draft APA<br>C300: Analysis and Advice | 1680.00 | 0.90 | $1512.00 |
| 06/05/23 | Kraszewski, Alexander, J.<br>Review background materials on MEX bankruptcy sale process for impacts on antitrust analysis<br>C300: Analysis and Advice | 935.00 | 1.20 | $1122.00 |
| 06/05/23 | Jowdy, Joshua, J.<br>Review MEX bankruptcy filings to inform analysis of relevant market<br>C300: Analysis and Advice | 1155.00 | 2.70 | $3118.50 |
| 06/05/23 | Maier, Jeny, M.<br>Research docket filings for business background on Mountain Express to support antitrust risk assessment; review and analyze FTC merger enforcement precedent re gas station deals; correspondence with PSZJ re ▉▉▉▉▉▉▉▉▉▉; review and assess bid draft APA<br>C300: Analysis and Advice | 1680.00 | 3.90 | $6552.00 |
| 06/05/23 | Dunlop, Lisl, J.<br>Review transaction, market background for antitrust risk assessment<br>C300: Analysis and Advice | 1680.00 | 1.00 | $1680.00 |
| 06/06/23 | Kraszewski, Alexander, J.<br>Review background materials on MEX bankruptcy sale process for impacts on antitrust analysis; meet with client and advisors re: initial antitrust issue overview; draft follow-up request for information<br>C300: Analysis and Advice | 935.00 | 2.00 | $1870.00 |
| 06/06/23 | Jowdy, Joshua, J.<br>Review and provide analysis of antitrust risk provisions in bidder's proposal; address analysis of HSR reportability<br>C300: Analysis and Advice | 1155.00 | 2.40 | $2772.00 |

| Date | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|
| 06/06/23 | Maier, Jeny, M. | 1680.00 | 3.70 | $6216.00 |

Review and asses ▮▮▮▮▮ bid materials and mark-up of APA for antitrust issues; prepare for and conduct call with MEX, PSZJ, and RJ team re antitrust information requests; follow-up call with Raymond James re data request; analyze materials in data room
C300:  Analysis and Advice

| 06/06/23 | Dunlop, Lisl, J. | 1680.00 | 1.20 | $2016.00 |

Prepare for and participate on call with business and bankruptcy teams re project kickoff
C300:  Analysis and Advice

| 06/07/23 | Kraszewski, Alexander, J. | 935.00 | 1.50 | $1402.50 |

Confer re: strategy for assessment of potential transaction antitrust risks; review data room documents ▮▮▮▮▮
C300:  Analysis and Advice

| 06/07/23 | Weals, Duncan, H. | 880.00 | 3.80 | $3344.00 |

Draft document creation guidelines; review retail location information and analyze geographic overlaps with ▮▮▮▮▮ review court filings and other background materials and confer with case team re initial action items
C300:  Analysis and Advice

| 06/07/23 | Jowdy, Joshua, J. | 1155.00 | 3.30 | $3811.50 |

Address analysis of relevant market from findings in virtual data room and from research of publicly available information; prepare request for information relating to HSR filing
C300: Analysis and Advice

| 06/07/23 | Maier, Jeny, M. | 1680.00 | 6.10 | $10248.00 |

Prepare agenda and participate in call with Axinn team re transaction and matter overview and action plan for antitrust analysis; review and analyze ▮▮▮▮▮;
review and analyze Mountain Express CIM for antitrust analysis; analyze MEX location information matrix and related spreadsheets from data room to identify potential overlap locations for antitrust risk assessment; correspondence with Raymond James team re locations data; review, comment on, and edit draft document creation guidelines memo for client; review correspondence from PSZJ team re ▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
C300:  Analysis and Advice

| 06/07/23 | Dunlop, Lisl, J. | 1680.00 | 1.80 | $3024.00 |

Analyze materials, data re competitive analysis and discuss with team; review ▮▮▮▮ bid package
C300:  Analysis and Advice

| 06/08/23 | Kraszewski, Alexander, J. | 935.00 | 0.20 | $187.00 |

Confer re: strategy for antitrust analysis of potential transaction horizontal overlaps
C300:  Analysis and Advice

| Date | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|
| 06/08/23 | Weals, Duncan, H.<br>Review work product identifying geographic overlaps with potential buyer; edit and revise location-data tracking document; review work product analyzing confidential information memorandum<br>C300: Analysis and Advice | 880.00 | 3.30 | $2904.00 |
| 06/08/23 | Jowdy, Joshua, J.<br>Edit request for information needed to complete HSR filing; continue analysis of data room documents to inform analysis of relevant markets, and structure data against claims in confidential information memorandum<br>C300: Analysis and Advice | 1155.00 | 2.90 | $3349.50 |
| 06/08/23 | Maier, Jeny, M.<br>Review draft application for entry of order authorizing retention of Axinn<br>B160: Fee/Employment Applications | 1680.00 | 0.40 | $672.00 |
| 06/08/23 | Maier, Jeny, M.<br>Review, edit and transmit memo to deal team re document creation guidance; review and comment on draft HSR information request; correspondence with PSZJ and RJ re NDA ■■■■■■■■■■■■■■■■■<br>■■■■■<br>C300: Analysis and Advice | 1680.00 | 1.70 | $2856.00 |
| 06/08/23 | Wan, Megan<br>Identify ■■■■■■■■■ city overlaps based on location data<br>C300: Analysis and Advice | 360.00 | 3.50 | $1260.00 |
| 06/08/23 | Mansoor, Mariam<br>Identify ■■■■■■■■■ city overlaps based on location data<br>C300: Analysis and Advice | 360.00 | 7.50 | $2700.00 |
| 06/09/23 | Kraszewski, Alexander, J.<br>Confer re: antitrust overlap analysis ■■■■■■■■■<br>C300: Analysis and Advice | 935.00 | 0.10 | $93.50 |
| 06/09/23 | Jowdy, Joshua, J.<br>Research business of bidders to identify and horizontal or vertical market dynamics implicated by proposal<br>C300: Analysis and Advice | 1155.00 | 1.80 | $2079.00 |
| 06/09/23 | Maier, Jeny, M.<br>Review and comment on draft special counsel retention application for Axinn; correspondence with PSZJ team re same<br>B160: Fee/Employment Applications | 1680.00 | 1.10 | $1848.00 |
| 06/09/23 | Maier, Jeny, M.<br>Correspondence with Raymond James team re questions on MEX location data files for antitrust analysis; analyze preliminary list of overlap areas ■■■■■■■■■■■■■■■■■■■■■<br>C300: Analysis and Advice | 1680.00 | 1.10 | $1848.00 |
| 06/09/23 | Wan, Megan<br>Identify ■■■■■■■■■ city overlaps based on location data<br>C300: Analysis and Advice | 360.00 | 3.20 | $1152.00 |

| Date | Timekeeper / Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 06/09/23 | Mansoor, Mariam<br>Identify ▓▓▓▓ city overlaps based on location data<br>C300: Analysis and Advice | 360.00 | 2.50 | $900.00 |
| 06/10/23 | Kraszewski, Alexander, J.<br>Review background information on ▓▓▓▓ antitrust issues<br>C300: Analysis and Advice | 935.00 | 0.10 | $93.50 |
| 06/12/23 | Kraszewski, Alexander, J.<br>Analyze antitrust implications of horizontal overlaps in potential ▓▓▓▓ acquisition<br>C300: Analysis and Advice | 935.00 | 1.20 | $1122.00 |
| 06/12/23 | Weals, Duncan, H.<br>Confer with Raymond James re: location information for MEX-controlled sites; revise tracking documents and other materials based on discussions<br>C300: Analysis and Advice | 880.00 | 1.70 | $1496.00 |
| 06/12/23 | Jowdy, Joshua, J.<br>Attend phone conference and address research regarding local retail markets and potential overlaps with bidders<br>C300: Analysis and Advice | 1155.00 | 1.00 | $1155.00 |
| 06/12/23 | Maier, Jeny, M.<br>Review summary of industry research re ▓▓▓▓; prepare for and conduct call with Raymond James team re MEX location data ▓▓▓▓; call w/ J. Pomerantz re deal update; analyze antitrust risks ▓▓▓▓s; follow-up correspondence with RJ team re overlap location data<br>C300: Analysis and Advice | 1680.00 | 2.10 | $3528.00 |
| 06/13/23 | Kraszewski, Alexander, J.<br>Analyze antitrust implications of horizontal overlaps in potential ▓▓▓▓ acquisition<br>C300: Analysis and Advice | 935.00 | 0.50 | $467.50 |
| 06/13/23 | Weals, Duncan, H.<br>Review MEX competitor location-tracking chart and strategize next steps to analyze overlapping geographic areas<br>C300: Analysis and Advice | 880.00 | 1.20 | $1056.00 |
| 06/13/23 | Maier, Jeny, M.<br>Direct further analysis of overlap areas between MEX ▓▓▓▓ locations for antitrust assessment<br>C300: Analysis and Advice | 1680.00 | 0.30 | $504.00 |
| 06/13/23 | Dunlop, Lisl, J.<br>Review overlap analysis, materials re potential acquirers<br>C300: Analysis and Advice | 1680.00 | 2.00 | $3360.00 |
| 06/13/23 | Wan, Megan<br>Locate ▓▓▓▓ and assess distance and other competitors in the area | 360.00 | 4.90 | $1764.00 |

C300:  Analysis and Advice

| Date | Timekeeper / Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 06/13/23 | Mansoor, Mariam<br>Analysis on ▮▮▮ stations near each other measuring the distance and overlap between the stations<br>C300:  Analysis and Advice | 360.00 | 6.50 | $2340.00 |
| 06/14/23 | Kraszewski, Alexander, J.<br>Strategize re: assessment of ▮▮▮ p analysis<br>C300:  Analysis and Advice | 935.00 | 0.30 | $280.50 |
| 06/14/23 | Wan, Megan<br>Locate ▮▮▮ and assess distance and other competitors in the area<br>C300:  Analysis and Advice | 360.00 | 6.30 | $2268.00 |
| 06/14/23 | Mansoor, Mariam<br>Analysis on ▮▮▮ measuring the distance and overlap between the stations<br>C300:  Analysis and Advice | 360.00 | 8.00 | $2880.00 |
| 06/15/23 | Kraszewski, Alexander, J.<br>Analyze antitrust implications of horizontal overlaps in potential ▮▮▮ acquisition<br>C300:  Analysis and Advice | 935.00 | 1.70 | $1589.50 |
| 06/15/23 | Bowden, CarrieAnn, M.<br>Locate nearest 3rd party stations to MEX locations for competitor analysis<br>C300:  Analysis and Advice | 360.00 | 3.00 | $1080.00 |
| 06/15/23 | Weals, Duncan, H.<br>Analyze potentially problematic geographic overlap areas ▮▮▮<br>C300:  Analysis and Advice | 880.00 | 0.80 | $704.00 |
| 06/15/23 | Maier, Jeny, M.<br>Confer with and provide guidance to Axinn team re progress on geographic overlap assessment; corr. w/ Raymond James re availability of OPIS data for antitrust analysis; email to PSZJ team re progress update on antitrust analysis<br>C300:  Analysis and Advice | 1680.00 | 1.40 | $2352.00 |
| 06/15/23 | Wan, Megan<br>Locate ▮▮▮ and assess distance and other competitors in the area<br>C300:  Analysis and Advice | 360.00 | 5.00 | $1800.00 |
| 06/15/23 | Mansoor, Mariam<br>Locate ▮▮▮ for competitor analysis<br>C300:  Analysis and Advice | 360.00 | 12.00 | $4320.00 |
| 06/16/23 | Kraszewski, Alexander, J.<br>Analyze updated MEX location matrix and competitor overlaps ▮▮▮<br>C300:  Analysis and Advice | 935.00 | 1.90 | $1776.50 |

| Date | Timekeeper / Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 06/16/23 | Bowden, CarrieAnn, M.<br>Locate ▇▇▇ for competitor analysis<br>C300: Analysis and Advice | 360.00 | 3.60 | $1296.00 |
| 06/16/23 | Maier, Jeny, M.<br>Review and assess ▇▇▇ ; prepare summary email to PSZJ team re: preliminary antitrust assessment<br>C300: Analysis and Advice | 1680.00 | 1.00 | $1680.00 |
| 06/16/23 | Wan, Megan<br>Locate ▇▇▇ for competitor analysis<br>C300: Analysis and Advice | 360.00 | 4.10 | $1476.00 |
| 06/16/23 | Mansoor, Mariam<br>Locate ▇▇▇ for competitor analysis<br>C300: Analysis and Advice | 360.00 | 6.00 | $2160.00 |
| 06/17/23 | Kraszewski, Alexander, J.<br>Confer re revisions to updated MEX location matrix and overlap analysis<br>C300: Analysis and Advice | 935.00 | 0.10 | $93.50 |
| 06/20/23 | Kraszewski, Alexander, J.<br>Analyze horizontal overlaps ▇▇▇ confer re: same<br>C300: Analysis and Advice | 935.00 | 1.10 | $1028.50 |
| 06/20/23 | Weals, Duncan, H.<br>Create ▇▇▇ geographic overlays and analyze results ▇▇▇<br>C300: Analysis and Advice | 880.00 | 2.40 | $2112.00 |
| 06/20/23 | Jowdy, Joshua, J.<br>Address analysis of locations ▇▇▇<br>C300: Analysis and Advice | 1155.00 | 0.70 | $808.50 |
| 06/20/23 | Maier, Jeny, M.<br>Direct Axinn team on additional follow-up antitrust analysis; review and assess Debtors' motion for bid procedures order and sale process<br>C300: Analysis and Advice | 1680.00 | 1.90 | $3192.00 |
| 06/20/23 | Mansoor, Mariam<br>Locate ▇▇▇ ations for competitor analysis<br>C300: Analysis and Advice | 360.00 | 8.50 | $3060.00 |
| 06/21/23 | Kraszewski, Alexander, J.<br>Assess antitrust risk of horizontal overlaps ▇▇▇<br>C300: Analysis and Advice | 935.00 | 0.40 | $374.00 |
| 06/21/23 | Weals, Duncan, H.<br>Create, review, and analyze location overlay maps ▇▇▇ | 880.00 | 3.40 | $2992.00 |

| Date | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| | C300: Analysis and Advice | | | |
| 06/21/23 | Maier, Jeny, M.<br>Review recent docket filings in bankruptcy court re: rejection of certain leases/contracts and assess impact on potential competitive overlaps ▇▇▇; provide update to PSZJ team re antitrust analysis ▇▇▇<br>C300: Analysis and Advice | 1680.00 | 1.30 | $2184.00 |
| 06/21/23 | Mansoor, Mariam<br>Create maps for overlaps ▇▇▇ and third party competitors<br>C300: Analysis and Advice | 360.00 | 1.50 | $540.00 |
| 06/21/23 | Mansoor, Mariam<br>Locate ▇▇▇ for competitor analysis<br>C300: Analysis and Advice | 360.00 | 1.00 | $360.00 |
| 06/22/23 | Kraszewski, Alexander, J.<br>Draft summary presentation ▇▇▇; confer re same<br>C300: Analysis and Advice | 935.00 | 0.70 | $654.50 |
| 06/22/23 | Weals, Duncan, H.<br>Analyze geographic overlay maps and draft presentation materials<br>C300: Analysis and Advice | 880.00 | 4.00 | $3520.00 |
| 06/22/23 | Maier, Jeny, M.<br>Review recent docket filings in bankruptcy case to assess impact on MEX business for antitrust risk assessment<br>C300: Analysis and Advice | 1680.00 | 0.80 | $1344.00 |
| 06/23/23 | Kraszewski, Alexander, J.<br>Draft and revise presentation analyzing antitrust risk ▇▇▇ strategize re: same<br>C300: Analysis and Advice | 935.00 | 1.30 | $1215.50 |
| 06/23/23 | Weals, Duncan, H.<br>Lead Axinn team meeting to discuss geographic overlay analysis ▇▇▇<br>C300: Analysis and Advice | 880.00 | 1.40 | $1232.00 |
| 06/23/23 | Jowdy, Joshua, J.<br>Review and analyze bankruptcy court's order approving proposed bid procedures; address analysis of regions of potential competitive overlaps<br>C300: Analysis and Advice | 1155.00 | 2.20 | $2541.00 |
| 06/23/23 | Maier, Jeny, M.<br>Analyze recent pleadings and orders from bankruptcy court re scope of assets potentially involved in transaction; review draft presentation on geographic overlaps ▇▇▇ discuss with Axinn team<br>C300: Analysis and Advice | 1680.00 | 2.20 | $3696.00 |
| 06/23/23 | Dunlop, Lisl, J. | 1680.00 | 1.40 | $2352.00 |

| Date | Timekeeper / Description | Rate | Hours | Amount |
|---|---|---|---|---|
| | Develop draft overlap analysis<br>C300:  Analysis and Advice | | | |
| 06/26/23 | Kraszewski, Alexander, J.<br>Refine overlap analysis<br>C300:  Analysis and Advice | 935.00 | 0.60 | $561.00 |
| 06/26/23 | Jowdy, Joshua, J.<br>Review and provide comment on HSR language in draft Asset Purchase Agreement<br>C300:  Analysis and Advice | 1155.00 | 0.20 | $231.00 |
| 06/26/23 | Maier, Jeny, M.<br>Correspondence with PSZJ team re HSR information requests and suggested language re HSR in draft APA; call with J. Pomerantz re update on discussions with potential bidders and HSR/antitrust risk issues<br>C300:  Analysis and Advice | 1680.00 | 1.10 | $1848.00 |
| 06/26/23 | Dunlop, Lisl, J.<br>Review and comment on APA provision re HSR clearance<br>C300:  Analysis and Advice | 1680.00 | 0.40 | $672.00 |
| 06/27/23 | Kraszewski, Alexander, J.<br>Refine overlap analysis to account for possibility of narrower market definitions; confer re: same<br>C300:  Analysis and Advice | 935.00 | 1.10 | $1028.50 |
| 06/27/23 | Weals, Duncan, H.<br>Analyze ████████ and third-party competitors<br>C300:  Analysis and Advice | 880.00 | 0.50 | $440.00 |
| 06/27/23 | Maier, Jeny, M.<br>Direct wrap-up of antitrust analysis<br>C300:  Analysis and Advice | 1680.00 | 0.70 | $1176.00 |
| 06/27/23 | Mansoor, Mariam<br>Identify ████████ s for overlap analysis<br>C300:  Analysis and Advice | 360.00 | 2.50 | $900.00 |
| 06/28/23 | Kraszewski, Alexander, J.<br>Refine analysis of overlap areas<br>C300:  Analysis and Advice | 935.00 | 0.80 | $748.00 |
| 06/28/23 | Weals, Duncan, H.<br>Analyze additional locations for geographic overlap<br>C300:  Analysis and Advice | 880.00 | 0.70 | $616.00 |
| 06/28/23 | Mansoor, Mariam<br>Analysis of MEX locations with third party location<br>C300:  Analysis and Advice | 360.00 | 6.50 | $2340.00 |
| 06/29/23 | Kraszewski, Alexander, J. | 935.00 | 0.30 | $280.50 |

| Date | Timekeeper | Rate | Hours | Amount |
|---|---|---|---|---|
| | Revise presentation summarizing antitrust analysis ▮▮▮<br>C300: Analysis and Advice | | | |
| 06/29/23 | Weals, Duncan, H.<br>Edit and revise location-overlap analysis deck with additional locations for review, additional legal analysis, and substantive revisions to existing location analyses<br>C300: Analysis and Advice | 880.00 | 5.30 | $4664.00 |
| 06/30/23 | Kraszewski, Alexander, J.<br>Revise presentation summarizing antitrust analysis ▮▮▮ ▮▮▮ confer re: same<br>C300: Analysis and Advice | 935.00 | 0.20 | $187.00 |
| 06/30/23 | Weals, Duncan, H.<br>Edit and revise location-overlap analysis deck with additional locations for review, additional legal analysis, and substantive revisions to existing location analyses<br>C300: Analysis and Advice | 880.00 | 0.90 | $792.00 |
| 06/30/23 | Maier, Jeny, M.<br>Review and edit updated version of antitrust risk analysis presentation ▮▮▮; correspondence with PSZJ team re HSR issues<br>C300: Analysis and Advice | 1680.00 | 0.60 | $1008.00 |
| 06/30/23 | Dunlop, Lisl, J.<br>Review and comment on draft overlap analysis<br>C300: Analysis and Advice | 1680.00 | 1.30 | $2184.00 |



1901 L Street, NW
Washington, DC 20036
TEL: 202.912.4700  FAX: 202.912.4701

Taxpayer Identification 13-3938205
Matter Number  4874 – 0001
Invoice Number 41305

August 21, 2023

Mountain Express Oil Company
Michael Healy, Chief Restructuring Officer
c/o FTI Consulting
1166 Avenue of the Americas, 15th Floor
New York, NY  10036

FOR PROFESSIONAL SERVICES RENDERED during the month of July 2023 in connection with the Bankruptcy Sale matter…………………………..   $5,061.50

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J.M. Maier | 2.70 | $1680.00 | $4,536.00 |
| A.J. Kraszewski | 0.10 | $935.00 | $93.50 |
| M. Wan | 1.20 | $360.00 | $432.00 |

**TOTAL**                                                                                               $5,061.50
**LESS COURTESY DISCOUNT**                                                ($-506.00)
**TOTAL AMOUNT DUE**                                                           $4,555.50

**Hartford**          **New York**          **San Francisco**          **Washington, D.C.**
**PAY IN US DOLLARS**
**BY WIRE/ACH TRANSFER TO OUR ACCOUNT NO.**

**OR BY CHECK PAYABLE TO AXINN VELTROP & HARKRIDER, LLP.**
**114 W. 47TH STREET, 22ND FLOOR, NEW YORK, NY 10036 USA**

For professional services rendered:

| Date | Timekeeper / Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 07/06/23 | Wan, Megan<br>Update master Axinn team calendar with key deadlines for the proposed bidding and auction process<br>B110:  Case Administration | 360.00 | 1.10 | $396.00 |
| 07/27/23 | Kraszewski, Alexander, J.<br>Assess final MEX bankruptcy bids and HSR reportability<br>C300:  Analysis and Advice | 935.00 | 0.10 | $93.50 |
| 07/27/23 | Maier, Jeny, M.<br>Review notice re rescheduling of auction (0.1); correspondence with PSZJ team re bid values and likelihood of HSR filing requirements (0.4); send update to Axinn team re transaction status (0.2)<br>C300:  Analysis and Advice | 1680.00 | 0.70 | $1176.00 |
| 07/27/23 | Wan, Megan<br>Collect relevant docket filings re transaction process and maintain case file<br>B110:  Case Administration | 360.00 | 0.10 | $36.00 |
| 07/28/23 | Maier, Jeny, M.<br>Correspondence with PSZJ team re fee application procedures (0.7); draft initial fee application for Axinn (1.3)<br>B160:  Fee/Employment Applications | 1680.00 | 2.00 | $3360.00 |