```
              UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF TEXAS (HOUSTON)

                                 .  Case No. 23-90147
IN RE:                           .  Chapter 11
                                 .  (Jointly Administered)
MOUNTAIN EXPRESS OIL COMPANY,    .
et al.,                          .  515 Rusk Street
                                 .  Houston, TX 77002
             Debtors.            .
                                 .  Thursday, November 9, 2023
. . . . . . . . . . . . . . . .  .  3:30 p.m.
```

TRANSCRIPT OF APPLICATION FOR COMPENSATION / FIRST AND FINAL APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES BY HUGHES WATTERS ASKANANSE, LLP AS ATTORNEYS FOR CHAPTER 11 TRUSTEE FOR AUGUST 17, 2023 THROUGH AUGUST 24, 2023 FOR HUGHES WATTERS ASKANANSE LLP, ATTORNEY, PERIOD: 8/17/2023 TO 8/24/2023, FEE: $87,380.00, EXPENSES: $ [1493]
BEFORE THE HONORABLE EDUARDO V. RODRIGUEZ
CHIEF UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Chapter 7 Trustee: | Hughes WattersAskananse<br>By:  HEATHER HEATH MCINTYRE, ESQ.<br>      WAYNE KITCHENS, ESQ.<br>1201 Louisiana Street, 28th Floor<br>Houston, TX 77002<br>(713) 590-4200 |
| | Porter Hedges<br>By:  JOSHUA W. WOLFSHOHL, ESQ.<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br>(713) 226-6000 |

APPEARANCES CONTINUED.

| | |
|---|---|
| Audio Operator: | Ana Castro, ECR |
| Transcription Company: | Access Transcripts, LLC<br>10110 Youngwood Lane<br>Fishers, IN 46048<br>(855) 873-2223<br>www.accesstranscripts.com |

   Proceedings recorded by electronic sound recording, transcript produced by transcription service.

APPEARANCES (Continued):

| | |
|---|---|
| Chapter 7 Trustee | JANET S. NORTHRUP<br>1201 Louisiana Street, 28th Floor<br>Houston, TX 77001 |
| For First Horizon Bank, as Administrative Agent: | Greenberg Traurig, LLP<br>By:   JOHN D. ELROD, ESQ.<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>(678) 553-2259 |
| For Valero Marketing and Supply Company: | Dykema Gossett<br>By:   DEBORAH WILLIAMSON, ESQ.<br>112 East Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>(210) 554-5500 |
| For BFM Enterprises LLC: | Locke Lord LLP<br>By:   SIMON RICHARD MAYER, ESQ.<br>600 Travis, Suite 2800<br>Houston, TX 77002<br>(713) 226-1507 |
| For GableGotwals: | GableGotwals<br>By:   BRANDON CRAIG BICKLE, ESQ.<br>110 North Elgin Avenue, Suite 200<br>Tulsa, OK 74120-1495<br>(918) 595-4817 |
| For Pilot Travel Centers LLC: | Sidley Austin LLP<br>By:   CHELSEA MCMANUS, ESQ.<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>(214) 981-3300 |

1          (Proceedings commence at 3:30 p.m.)
2          THE COURT:  All right.  Good afternoon, everyone, now
3   taking up the 3:30 docket.  Take appearances in 23-90147,
4   Mountain Express Oil Company, jointly-administered Chapter 7
5   proceeding.
6          Mr. Kitchens.
7          MR. KITCHENS:  Good afternoon, Your Honor.  Wayne
8   Kitchens, counsel for Janet Northrup, the Chapter 7 trustee.
9          THE COURT:  Okay.  Ms. McIntyre.
10         MS. MCINTYRE:  Good afternoon, Your Honor.  Heather
11  McIntyre on behalf of the Chapter 7 trustee, who is also
12  joining us in the courtroom.
13         THE COURT:  Thank you.
14         Mr. Elrod.
15         Mr. Wolfshohl.
16         MR. ELROD:  Good afternoon, Your Honor.
17         THE COURT:  Mr. Elrod?
18         MR. ELROD:  Good afternoon, Your Honor.  It's John
19  Elrod of Greenberg Traurig LLP on behalf of First Horizon Bank,
20  as agent.
21         THE COURT:  Thank you.
22         Mr. Wolfshohl.
23         MR. WOLFSHOHL:  Good afternoon, Your Honor.  Joshua
24  Wolfshohl, co-counsel for the Chapter 7 trustee, Janet
25  Northrop.

1           THE COURT:  Thank you.

2           Mr. Mayer.

3           MR. MAYER:  Good afternoon, Your Honor.  Simon Mayer
4  on behalf of BFM Enterprises.

5           THE COURT:  Mr. Bickle.

6           MR. BICKLE:  Your Honor, Brandon Bickle.  I represent
7  my firm, GableGotwals, which is an ordinary course professional
8  in the case.  I'm simply monitoring the hearing.

9           THE COURT:  Thank you.

10          Ms. Williamson.

11          MS. WILLIAMSON:  Your Honor, Deborah Williamson
12 representing Valero Marketing and Supply, and I too am only
13 monitoring the hearing.

14          THE COURT:  Thank you.

15          Ms. McManus.

16          MS. MCMANUS:  Good morning, Your Honor.  Chelsea
17 McManus on behalf of Pilot Travel Centers.  I'm also just
18 observing the hearing.

19          THE COURT:  All right.  Thank you.

20          So today, I set a hearing on final fee application
21 for the Hughes Watters firm, and it really only comes down to
22 one question I had.  The application is proper.  I've reviewed
23 the time entries.  The only concern I had on that particular
24 application was we have quite a few entries that are block
25 billed, and I traditionally reduce the amount of fees awarded.

1  And when we have block-billed entries, you know, it's gone
2  anywhere up to 30 percent. In this particular case, it's not
3  that egregious. I'm inclined to grant the fee award minus a
4  5-percent reduction, which would come out to $83,011, rather
5  than $87,380.
6              Mr. Kitchens.
7              MR. KITCHENS: Yes, Your Honor. I'm a partner in the
8  firm of Hughes Watters Askananse. That is acceptable to the
9  firm.
10             THE COURT: Ms. Northrup?
11             MS. NORTHRUP: Yes, Your Honor. That is fine with
12 me, as well. That's not a problem at all.
13             THE COURT: All right.
14             MS. NORTHRUP: We'll try not to do that in the
15 future. We were just operating at such a fast pace at first,
16 it's hard for everybody to write down the time (indiscernible)
17 was going on. It was pretty much of a madhouse, but I
18 appreciate your giving us that insight. We'll make sure that
19 we try to keep it more clear for in the future.
20             THE COURT: Absolutely. And like I said, it's not
21 that egregious in this case. I've seen a lot worse. It's not
22 that bad, but I -- there is, you know, quite a few entries that
23 are block billed where I can't tell exactly what time was
24 billed to what particular matter. But 5 percent, I think is
25 appropriate. So I'm going to edit the order and award $83,011

1  in that fee application.  Okay?  And with that change, that
2  motion is granted.  I want to thank everybody for their
3  appearances today.
4              MR. KITCHENS:  Thank you, Judge.
5              MS. NORTHRUP:  Thank you, Your Honor.
6              THE COURT:  Have a good day.
7              UNIDENTIFIED:  Thanks, Your Honor.
8              UNIDENTIFIED:  Thanks, Your Honor.
9              UNIDENTIFIED:  Thank you, Your Honor.
10             THE COURT:  Court's in recess until 4 p.m.
11             UNIDENTIFIED:  Thank you, Your Honor.  Take care.
12         (Proceedings concluded at 3:34 p.m.)
13                            * * * * *

14                    **C E R T I F I C A T I O N**

15

16      I, Alicia Jarrett, court-approved transcriber, hereby
17 certify that the foregoing is a correct transcript from the
18 official electronic sound recording of the proceedings in the
19 above-entitled matter.
20
21
22  *[signature: alicia F. Jarrett]*
23  _____
24 ALICIA JARRETT, AAERT NO. 428      DATE: November 22, 2023
25 ACCESS TRANSCRIPTS, LLC