UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-90147 |
| | § | |
| MOUNTAIN EXPRESS OIL | § | (CHAPTER 7) |
| COMPANY, *et al.*, | § | (Previously Chapter 11) |
| | § | |
| Debtors. | § | |
| | § | Jointly Administered |

## ORDER AUTHORIZING EMPLOYMENT OF
## LORI LAPIN JONES PLLC AS FEE EXAMINER AND CONSULTANT

The Court, having considered the *Application to Employ Lori Lapin Jones PLLC* (the "**Firm**") *as Fee Examiner and Consultant* (the "**Application**")[1] filed by Janet S. Northrup, Chapter 7 Trustee for the bankruptcy estates of Mountain Express Oil Company, LLC et al., (the "**Trustee**"), is of the opinion that the requested relief is in the best interest of the estate and its creditors; that the Firm (nor its database service provider) represents no interest adverse to the estate in the matters upon which it is to be engaged and is a disinterested person within the definition of 11 U.S.C. § 101(14); and that the application should be approved. Accordingly, it is therefore,

**ORDERED THAT:**

1. The fee agreement as described in the Application is approved.

2. The Firm (and its database service provider) is employed as Fee Examiner and Consultant November 1, 2023to provide all necessary examination and consulting services to the Trustee in this case as set forth in the Application.

3. All applications for compensation shall be filed with the Court in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

4. The Firm (and its database service provider) shall be entitled to the rights and procedures set forth in the Interim Compensations Procedures Order [docket no.1607].

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

3105470

DATE: