**Exhibit B**

The Elrod Declaration

3105683

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, *et al.*,<br><br>Debtors. | Case No. 23-90147<br>Jointly Administered<br><br>(Chapter 7)<br><br>Judge Eduardo V. Rodriguez |

### DECLARATION OF JOHN D. ELROD IN SUPPORT OF THE APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GREENBERG TRAURIG, LLP AS SPECIAL LITIGATION COUNSEL

I, John D. Elrod, hereby state:

1. I am a Shareholder at the international law firm of Greenberg Traurig, LLP ("Greenberg Traurig"), proposed special litigation counsel to Janet S. Northrup, solely in her capacity as the Chapter 7 Trustee (the "Trustee") for the estates of Mountain Express Oil Company, *et al*. (collectively, the "Debtors"). Greenberg Traurig maintains offices throughout the United States, including at Terminus 200, 3333 Piedmont Road NE, Suite 2500, Atlanta, Georgia 30305. I am a member in good standing of the State Bar of Georgia, and I have been admitted to practice in the United States Court of Appeals for the Eleventh Circuit, and United States District Courts for the Northern, Eastern, and Western Districts of Texas.

2. I submit this declaration (the "Declaration") on behalf of Greenberg Traurig in support of the Application (the "Application")[2] of the Trustee to retain Greenberg Traurig as special litigation counsel, effective as of November 11, 2023, and to provide the disclosures under the Bankruptcy Code, the rules of this Court and Bankruptcy Rule 2014(a).

---

[2] Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application.

3105683

3. Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto. Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees at Greenberg Traurig and are based on information derived from Greenberg Traurig's internal records provided by them to me.

## SCOPE OF EMPLOYMENT

4. The professional services that the Trustee expects that Greenberg Traurig will be called upon to render include, but shall not be limited to, the following:

   a) prosecuting claims and causes of action against the Debtors' former insiders, and other individuals and entities responsible for the Debtors' insolvency;

   b) preparing and reviewing pleadings, motions and correspondence related to that litigation;

   c) appearing at proceedings before this Court in connection with such matters;

   d) advising the Trustee with respect to the litigation; and

   e) performing such other legal services as may be required in connection with the litigation.

While Greenberg Traurig will continue to represent the Agent (as defined below) in these Cases generally, with respect to the foregoing matters, it shall represent solely the Trustee.

## GREENBERG TRAURIG DOES NOT HOLD OR REPRESENT ANY INTEREST ADVERSE TO THE DEBTORS OR THE CHAPTER 7 ESTATES WITH RESPECT TO THE SPECIAL MATTERS ON WHICH IT IS EMPLOYED

5. Except as disclosed herein, to the best of my knowledge and information after due inquiry, other than the Agent, Greenberg Traurig has no connection with the Debtors, their creditors, any other party in interest herein or their respective attorneys or professionals and does not hold or represent any entity having an adverse interest in connection with these Cases. For so long as Greenberg Traurig represents the Trustee, and absent further order of this Court, Greenberg

3105683

2

Traurig will not represent any entity other than the Trustee and the Agent in connection with these Cases.

6. As more fully described hereinafter, Greenberg Traurig maintains a list of Greenberg Traurig's current and former engagements, clients, and adverse parties going back three (3) years (the "Client Database"). Greenberg Traurig maintains and systematically updates its Client Database in the ordinary court of business, and it is the regular practice of Greenberg Traurig to make and maintain these records.

7. In connection with preparing this Declaration, I caused to be submitted to, and checked against, that Client Database all those names set forth on Schedule 1 attached hereto, provided to the Trustee by the Debtors, which names include: (a) Debtors and Non-Debtor Affiliates; (b) Directors and Officers; (c) Interested Parties; (d) Judges and Office of U.S. Trustee for the Southern District of Texas; (e) Lenders; (f) Litigation Parties; (g) Ordinary Course Professionals; (h) Professionals; (i) Secured Parties; (j) Senior Management; and (k) Top Unsecured Creditors (collectively, the "Potentially Interested Parties"). Greenberg Traurig compared the names of the Potentially Interested Parties against a list of Greenberg Traurig's current and former engagements, clients and adverse parties (the "Client Database"). As the identity of any additional Potentially Interested Parties becomes known, Greenberg Traurig will supplement this Declaration to the extent necessary.

8. This inquiry revealed that certain of the Potentially Interested Parties are current or former Greenberg Traurig clients (the list of such clients is attached hereto as Schedule 2 and is incorporated herein by reference and is referred to herein as the "Client Match List"). Through the information generated from the above-mentioned inquiry and, to the extent necessary, through follow-up inquiries with Greenberg Traurig attorneys responsible for parties listed on the Client

3105683                                3

Match List, except as disclosed herein, Greenberg Traurig determined that the representation of those clients on the Client Match List concerned matters unrelated to the Debtors or these Cases. Greenberg Traurig hereby makes the following specific disclosures:

- Greenberg Traurig represents First Horizon Bank, as Agent in these Cases (the "Agent"). The 2022 revenue collected from Greenberg Traurig's representation of the Agent constitutes less than one percent (1%) of Greenberg Traurig's total revenue. Greenberg Traurig will not represent the Trustee in any matters adverse to the Agent or the lenders in the bank group.

- Greenberg Traurig previously represented Blue Owl Real Estate Capital, LLC f/k/a Oak Street Real Estate Capital, LLC ("Blue Owl") in discrete matters wholly unrelated to the Debtors or these Cases. Blue Owl never paid Greenberg Traurig any fees associated with that work. Those matters have concluded and no attorney who provided services to Blue Owl will provide services to the Trustee.

- Lawrence Perkins ("Mr. Perkins") was an independent director who joined the board of Mountain Express Oil Company, one of the Debtors, prior to the Petition Date. Although Greenberg Traurig has not represented Mr. Perkins in his individual capacity, Greenberg Traurig currently represents SierraConstellation Partners ("SCP"), where Mr. Perkins currently serves as the chief executive officer, in a matter unrelated to these Cases. Specifically, Greenberg Traurig represents SCP, as a liquidating trustee, in a matter unrelated to these cases. Additionally, GT currently represents an entity affiliated with SCP (Aliera LT, LLC) as liquidating trustee in The Aliera Companies, Inc. bankruptcy cases pending in Delaware.

- Greenberg Traurig previously represented various landlord entities, AFN ABSPROP001, LLC, ARG MEVNAAAL001, LLC, ARG MESMOA001, LLC, and ARG ME19PCK001, LLC in a lease dispute against three of the Debtors, Mex North Alabama, LLC, Mountain Express Oil Company, and Texas MEX Limited Company, LLC, who served as guarantors under the applicable leases. This representation has concluded.

- Greenberg Traurig represented the Necessary Retail REIT, Inc. in a commercial lease dispute against the Debtors prior to and in early in these Cases. Greenberg Traurig withdrew from that representation early in these Cases. The properties at issue in that dispute were leased by the Necessary Retail REIT, Inc. to the Debtors, and the leases have now been terminated. Greenberg Traurig continues to represent the Necessary Retail REIT, Inc. in matters unrelated to these Cases.

- Greenberg Traurig represents McDonald's Corporation in a property dispute against one of the Debtors' former landlords, Mountain Portfolio Owner NJ, LLC, relating to property once leased to the Debtors. This representation is unrelated to these Cases.

9. Greenberg Traurig's proposed representation of the Trustee will not involve the commencement or prosecution of any action in connection with these Cases asserting: (i) any challenge to the allowance, enforceability, priority, amount, extent or payment of any indebtedness owed by any party to the Agent or any member of the bank group, to the attachment, perfection, extent or priority of any of the liens securing any such indebtedness, or (ii) any claim, counterclaim or cross-claim against the Agent or any member of the bank group of any kind whatsoever (whether based upon lender liability, fraud, misrepresentation, dishonest conduct or otherwise). To the extent that the Trustee deems any such actions necessary or appropriate, such actions will be handled by other counsel, and Greenberg Traurig will not investigate claims against these parties. Additionally, upon its retention, Greenberg Traurig's investigation and prosecution of the estates' claims and causes of action shall be solely directed by the Trustee and shall inure to the benefits of the estates.

10. None of Greenberg Traurig's representations of these parties in interest comprises a material component of Greenberg Traurig's practice. To the best of my knowledge, the standard articulated by courts of the Fifth Circuit regarding the appointment of counsel by a Chapter 7 trustee has been met in these Cases and Greenberg Traurig represents no other entity having an adverse interest in connection with these Cases other than as disclosed herein.

11. Except for the continued representation of the Trustee and the Agent, neither I nor the Firm has or will represent any other entity in connection with these Cases. Neither I nor the Firm have or will accept any compensation from any creditor (other than the Agent) or other party in interest in these Cases, except compensation for services rendered to the Trustee and

3105683                                      5

reimbursement of necessary expenses from the Chapter 7 estates upon appropriate application to the Court.

12. Through a firm wide e-mail, Greenberg Traurig also solicited information from its attorneys to determine if any attorneys employed by Greenberg Traurig are related to any United States Bankruptcy Judges for the Southern District of Texas, including the Honorable Eduardo V. Rodriguez, the Bankruptcy Judge presiding over these Cases, the United States Trustee for Region 7, or any person employed in the Office of the United States Trustee for Region 7. Greenberg Traurig further solicited information from its attorneys to determine if any attorneys employed by Greenberg Traurig (i) are investors in the Debtors or (ii) were, within two years of the Petition Date, a director, officer, or employee of the Debtors. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after due inquiry, other than in connection with these Chapter 11 Cases, no such connections were discovered. In the event that any additional information is discovered, Greenberg Traurig will supplement this Declaration to the extent necessary.

13. Based on the foregoing and except as set forth herein, neither I, Greenberg Traurig, nor any shareholder, counsel, or associate thereof, insofar as I have been able to ascertain based on the information currently available to me, represents any interest adverse to the Chapter 7 estates. To the best of my knowledge, information and belief, Greenberg Traurig is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Greenberg Traurig, its shareholders, counsel and associates:

(a) are not creditors, equity security holders or insiders of the Debtor;

(b) are not and were not, within two (2) years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

(c) do not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

14. To the best of my knowledge and information, other than as identified in this Declaration, Greenberg Traurig has no connection with the Debtors, their significant creditors, other parties in interest herein, their current respective attorneys or professionals, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, and does not hold or represent any entity having an adverse interest in connection with these Cases, except as disclosed herein.

15. Greenberg Traurig has also advised the Trustee that it will conduct an ongoing review of its files to ensure no conflicts or other disqualifying circumstances exist or arise. If any new material facts or relevant relationships are discovered or arise, Greenberg Traurig will supplement its disclosures to the Court.

## **PROFESSIONAL COMPENSATION**

16. Subject to this Court's approval and in accordance with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the rules and other procedures that may be fixed by this Court, the Trustee requests that Greenberg Traurig be compensated on a contingency fee basis, as follows:

- 25% of any recovery before 6 months after demand is made (the "6-Month Mark");
- 28% from the 6-Month Mark to the close of discovery in any associated litigation;
- 30% after the close of discovery until the entry of a pre-trial order; and
- 33% after the entry of the pretrial order through the conclusion of the trial court litigation.

17. Greenberg Traurig will be reimbursed by the Chapter 7 estates for its actual and necessary expenses incurred in pursuing the litigation including, but not limited to, photocopies, courier service, computer assisted research, docket and court filing fees, travel, court reporting

charges, and any other incidental costs advanced by the firm specifically for these special litigation matters.

18.   Greenberg Traurig intends to apply for compensation for professional services rendered in connection with these Cases subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and Orders of this Court, on a contingency fee basis, plus reimbursement of actual, necessary expenses and other charges incurred by Greenberg Traurig.

19.   Other than as set forth above and in the Application, there is no proposed arrangement to compensate Greenberg Traurig in connection with its representation of the Trustee.

20.   By reason of the foregoing, I believe Greenberg Traurig is eligible for employment and retention by the Trustee pursuant to section 327(c) and the applicable Bankruptcy Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 11th day of December, 2023.

*/s/ John D. Elrod*
John D. Elrod, solely in his capacity as a Shareholder of Greenberg Traurig, LLP

**Schedule 1**

Potentially Interested Parties

| Category | Name |
| --- | --- |
| Debtor & Non-Debtor Affiliates | 1200 Wego LLC |
| Debtor & Non-Debtor Affiliates | 1227 Veterans, LLC |
| Debtor & Non-Debtor Affiliates | 1308 Jefferson Davis LLC |
| Debtor & Non-Debtor Affiliates | 13289 Old Hammond Highway LLC |
| Debtor & Non-Debtor Affiliates | 1600 Manhattan Blvd, LLC |
| Debtor & Non-Debtor Affiliates | 2601 Gen. Degaulle LLC |
| Debtor & Non-Debtor Affiliates | 2698 Barataria Blvd LLC |
| Debtor & Non-Debtor Affiliates | 2701. Canal Street LLC |
| Debtor & Non-Debtor Affiliates | 2850 Belle Chasse Hwy LLC |
| Debtor & Non-Debtor Affiliates | 300 Lee Drive LLC |
| Debtor & Non-Debtor Affiliates | 3049 Loyola Drive L.L.C. |
| Debtor & Non-Debtor Affiliates | 4 Court Solutions |
| Debtor & Non-Debtor Affiliates | 4115 Airline Hwy, LLC |
| Debtor & Non-Debtor Affiliates | 4408 S. I-10 Service Road LLC |
| Debtor & Non-Debtor Affiliates | 4520 Jefferson Highway LLC |
| Debtor & Non-Debtor Affiliates | 4662 GDD LLC |
| Debtor & Non-Debtor Affiliates | 4915 Westbank Expwy LLC |
| Debtor & Non-Debtor Affiliates | 4940 Groom Road, L.L.C. |
| Debtor & Non-Debtor Affiliates | 5310 Flannery Road LLC |
| Debtor & Non-Debtor Affiliates | 798 Jean Lafitte, L.L.C. |
| Debtor & Non-Debtor Affiliates | 8692 River Road, LLC |
| Debtor & Non-Debtor Affiliates | 9410 Greenwell Springs, LLC |
| Debtor & Non-Debtor Affiliates | Adelphi Transport, LLC |
| Debtor & Non-Debtor Affiliates | Alabama Terminal Property, LLC |
| Debtor & Non-Debtor Affiliates | Avondale Brothers No 128 LLC |
| Debtor & Non-Debtor Affiliates | Avondale Investments, L.L.C. |
| Debtor & Non-Debtor Affiliates | B&T Petroleum LLC |
| Debtor & Non-Debtor Affiliates | Brothers Belle Chasse, L.L.C. |
| Debtor & Non-Debtor Affiliates | Brothers Carol Sue, LLC |
| Debtor & Non-Debtor Affiliates | Brothers Expressway, Inc. |
| Debtor & Non-Debtor Affiliates | Brothers I-10 Service Road, Inc. |
| Debtor & Non-Debtor Affiliates | Brothers Petroleum, L.L.C. |
| Debtor & Non-Debtor Affiliates | Brothers Stonebridge, Inc. |
| Debtor & Non-Debtor Affiliates | Brothers Terry Parkway, Inc. |
| Debtor & Non-Debtor Affiliates | Consolidated HR Services LLC |
| Debtor & Non-Debtor Affiliates | Crowder Brothers, LLC |

| Category | Name |
|---|---|
| Debtor & Non-Debtor Affiliates | Exxon General Degaulle, LLC |
| Debtor & Non-Debtor Affiliates | Gause Operation, L.L.C. |
| Debtor & Non-Debtor Affiliates | Jamie Boulevard, LLC |
| Debtor & Non-Debtor Affiliates | Lapalco Brothers No. 125 LLC |
| Debtor & Non-Debtor Affiliates | Madison Auto Truck Plaza and Lucky Dollar Casino, LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-IL LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-IN LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-KY LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-NJ LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-NY LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels NE-OH LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels NW LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels NW-IA LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels NW-MO LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels SE LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels SE-GA LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels SE-MS LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels SE-TN LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels SW LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels SW-LA LLC |
| Debtor & Non-Debtor Affiliates | MEX Fuels SW-OK LLC |
| Debtor & Non-Debtor Affiliates | MEX North Alabama, LLC |
| Debtor & Non-Debtor Affiliates | MEX RE Holdings LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-NE LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-IN LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-NJ LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-NY LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-NY-LI LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-OH LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-NE-PA LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-NW LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-NW-IA |
| Debtor & Non-Debtor Affiliates | MEX RE-NW-KS LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-NW-MN |
| Debtor & Non-Debtor Affiliates | MEX RE-NW-MO |
| Debtor & Non-Debtor Affiliates | MEX RE-NW-ND LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-NW-WI LLC |

| Category | Name |
| --- | --- |
| Debtor & Non-Debtor Affiliates | MEX RE-SE LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-SE-AL LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-SE-FL-LLC |
| Debtor & Non-Debtor Affiliates | MEX R -SE-GA LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-SE-MS LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-SE-NC LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-SW LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-SW-AR LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-SW-LA LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-SW-OK LLC |
| Debtor & Non-Debtor Affiliates | MEX RE-SW-TX LLC |
| Debtor & Non-Debtor Affiliates | MEX-RE-SE-SC-LLC |
| Debtor & Non-Debtor Affiliates | MEX-RE-SE-TN LLC |
| Debtor & Non-Debtor Affiliates | Mississippi MEX Company, LLC |
| Debtor & Non-Debtor Affiliates | Mountain Express Baking and Coffee Co. |
| Debtor & Non-Debtor Affiliates | Mountain Express Ethanol Company |
| Debtor & Non-Debtor Affiliates | Mountain Express Oil Company |
| Debtor & Non-Debtor Affiliates | Mountain Express Oil Company Southeast, LLC |
| Debtor & Non-Debtor Affiliates | Newton Brothers, Inc. |
| Debtor & Non-Debtor Affiliates | South Claiborne Operation LLC |
| Debtor & Non-Debtor Affiliates | Spartan Tank Management LLC |
| Debtor & Non-Debtor Affiliates | Star Mountain Express, LLC |
| Debtor & Non-Debtor Affiliates | Texas MEX Limited Company LLC |
| Debtor & Non-Debtor Affiliates | Webster P II L.L.C. |
| Debtor & Non-Debtor Affiliates | Webster P.L.L.C. |
| Debtor & Non-Debtor Affiliates | West Hill Ranch Group LLC |
| Debtor & Non-Debtor Affiliates | West Hill Ranch Investors, LLC |
| Debtor & Non-Debtor Affiliates | WHRG Retail Ops LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-NE LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-NE-PA LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-NW LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-NW-IA LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-NW-KS LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC- W-MO LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-NW-ND LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-NW-WY LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-SE LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-SE-AL LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-SE-SC LLC |

| Category | Name |
|---|---|
| Debtor & Non-Debtor Affiliates | WHRG TC-SW LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-SW LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-SW-AR LLC |
| Debtor & Non-Debtor Affiliates | WHRG TC-SW-LA LLC |
| Debtor & Non-Debtor Affiliates | WHRG-LA, LLC |
| Debtor & Non-Debtor Affiliates | WHRG-LA2, LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS NE LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS NE-NY LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS NE-NY-LI LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS NE-PA LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW LLC |
| Debtor & Non-Debtor Affiliates | WI-IRGOPS NW-IA LLC |
| Debtor & Non-Debtor Affiliates | Wl-IRGOPS NW-IA-WIA LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-MI LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-MO LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-MO-NMO LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-WI LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS NW-Wl-NWI LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SE LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SE-AL-NORTH LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SE-SC LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SE-TN LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SE-TN-WTN LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-AR LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-AR-NWAR LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-OK LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-OK-OKC LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-TX LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-TX-DALLAS LLC |
| Debtor & Non-Debtor Affiliates | WHRGOPS SW-TX-STX LLC |
| Debtor & Non-Debtor Affiliates | WHRGROPS NW-KS LCC |
| Debtor & Non-Debtor Affiliates | WHRGROPS SE-MS LLC |
| Debtor & Non-Debtor Affiliates | WHRGROPS SE-MS-JACKSON LLC |
| Directors & Officers | Craig Barbarosh |
| Directors & Officers | Lamar Frady |
| Directors & Officers | Lawrence Perkins |
| Directors & Officers | Turjo Wadud |
| Interested Party | GPM Investments, LLC |
| Interested Party | Lalani Petroleum LLC |

| Category | Name |
| --- | --- |
| Judges & Office of US Trustee S.D. Tex | Chief Judge Eduardo V. Rodriguez |
| Judges & Office of US Trustee S.D. Tex | Judge Christopher M. Lopez |
| Judges & Office of US Trustee S.D. Tex | Judge David R. Jones |
| Judges & Office of US Trustee S.D. Tex | Judge Jeffrey P. Norman |
| Judges & Office of US Trustee S.D. Tex | Judge Marvin Isgur |
| Judges & Office of US Trustee S.D. Tex | Alethea Caluza |
| Judges & Office of US Trustee S.D. Tex | Alicia Barcomb |
| Judges & Office of US Trustee S.D. Tex | Brian Henault |
| Judges & Office of US Trustee S.D. Tex | Christopher R. Travis |
| Judges & Office of US Trustee S.D. Tex | Christy Simmons |
| Judges & Office of US Trustee S.D. Tex | Clarissa Waxton |
| Judges & Office of US Trustee S.D. Tex | Glenn Otto |
| Judges & Office of US Trustee S.D. Tex | Gwen Smith |
| Judges & Office of US Trustee S.D. Tex | Ha Nguyen |
| Judges & Office of US Trustee S.D. Tex | Hector Duran |
| Judges & Office of US Trustee S.D. Tex | Ivette Gerhard |
| Judges & Office of US Trustee S.D. Tex | Jana Whitworth |
| Judges & Office of US Trustee S.D. Tex | Jayson B. Ruff |
| Judges & Office of US Trustee S.D. Tex | Linda Motton |
| Judges & Office of US Trustee S.D. Tex | Luci Johnson-Davis |
| Judges & Office of US Trustee S.D. Tex | Millie Aponte Sall |
| Judges & Office of US Trustee S.D. Tex | Samantha Chilton |
| Judges & Office of US Trustee S.D. Tex | Stephen Statham |
| Judges & Office of US Trustee S.D. Tex | Yasmine Rivera |
| Landlord | Blue Owl Real Estate Capital, LLC f/k/a Oak Street Real Estate Capital, LLC |
| Landlord | Oak Street |
| Lender | Bank of Hope |
| Lender | Cadence Bank, N.A. |
| Lender | Cadence Bank, N.A. |
| Lender | First Horizon Bank f/k/a IBERIABANK |
| Lender | Hancock Whitney Bank |
| Lender | Pinnacle Bank |
| Lender | South State Bank |
| Lender | Synovus Bank |
| Lender | United Community Bank |
| Litigation | Aaron Palmer |
| Litigation | AFN ABSPROP00I LLC c/o BYBEE & TIBBALS, LLC |
| Litigation | AFN ABSPROP00I LLC c/o Daniel Coiker Horton & Bell, P.A. |

| Category | Name |
| --- | --- |
| Litigation | AFN ABSPROP00I LLC c/o GREENBERG TRAURIG, LLP |
| Litigation | AFN ABSPROP00I LLC c/o Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. |
| Litigation | Anderson O'Neal |
| Litigation | Aaron Palmer |
| Litigation | Azhar M. Chaudhary |
| Litigation | Douglas E. Berger |
| Litigation | Freeman Mathis & Gary LLP |
| Litigation | Freeway Stores OK LLC c/o McAfee & Taft |
| Litigation | Gary Freed |
| Litigation | Hegel Laurent Esq. |
| Litigation | Joseph V. Dirosa, Jr. |
| Litigation | Joshua S. Berger |
| Litigation | Law Offices of James Scott Farrin |
| Litigation | Richard A. Tonry, II |
| Ordinary Course Professional | Aceel IP Law, PLLC |
| Ordinary Course Professional | Allison U. Rovira, Attorney at Law |
| Ordinary Course Professional | Bondurant Mixson & Elmore LLP |
| Ordinary Course Professional | Burkhalter Law |
| Ordinary Course Professional | Canero Lammers Faclul Acevedo, PLLC |
| Ordinary Course Professional | Clifton, Larson, Allen, LLP |
| Ordinary Course Professional | Confiance Business Solutions, Inc |
| Ordinary Course Professional | Crowley Fleck |
| Ordinary Course Professional | David M. DeClement, Esq., Attorney at Law |
| Ordinary Course Professional | GableGotwals |
| Ordinary Course Professional | HooverSlovacek LLP |
| Ordinary Course Professional | James T. Johnston, Jr., LLC |
| Ordinary Course Professional | Leonard L. Levenson & Associates |
| Ordinary Course Professional | McCormick | Landry Munoz, PLLC |
| Ordinary Course Professional | Nichols, Cauley & Associates, LLC |
| Ordinary Course Professional | Parker Poe Adams & Bernstein, LLP |
| Ordinary Course Professional | Robison Curphey & O'Connell |
| Ordinary Course Professional | Speedy Inventory, LLC |
| Ordinary Course Professional | Wimberley, Lawson Steckel, Schneider |
| Ordinary Course Professional | Young Moore and Henderson, P.A. |
| Professionals | BOO USA LLP |
| Professionals | Allen & Overy |
| Professionals | Alvarez and Marsal |
| Professionals | Grant Thornton |
| Professionals | Greenberg Traurig |

| Category | Name |
| --- | --- |
| Professionals | Kirkland & Ellis LLP |
| Professionals | Pachulski Stang Ziehl & Jones LLP |
| Professionals | Raymond James & Associates, Inc. |
| Secured Parties | BancorpSouth Bank |
| Secured Parties | BB&T Commercial Equipment Capital |
| Secured Parties | Cary Oil Co., Inc. |
| Secured Parties | CT Corporation System, Representative |
| Secured Parties | ExxonMobil Corp. |
| Secured Parties | First Commonwealth Equipment Finance |
| Secured Parties | Hancock Whitney Bank |
| Secured Parties | IberiaBank, as Administrative Agent |
| Secured Parties | Navitas Credit Corp. |
| Secured Parties | NEPA Trading & Investments LLC |
| Secured Parties | Sinclair Oil LLC |
| Secured Parties | Sumitomo Mitsui Finance and Leasing Co., Ltd. |
| Secured Parties | TCF National Bank |
| Secured Parties | United Community Bank |
| Senior Management | Dustin Martin |
| Senior Management | Dennis Kirk |
| Senior Management | Brandon Frampton |
| Senior Management | Douglas Blankenship |
| Senior Management | Neil Lansing |
| Senior Management | Daniel Turcot |
| Senior Management | Audra Stevens |
| Senior Management | Raven Cain |
| Top Unsecured Creditor | Andrews Distributing Company |
| Top Unsecured Creditor | Anthem Blue Cross Blue Shield |
| Top Unsecured Creditor | ARG 1 CBHGNJ001, LLC et al |
| Top Unsecured Creditor | CBE, Inc |
| Top Unsecured Creditor | Chevron |
| Top Unsecured Creditor | Coca-Cola Bottling Co. |
| Top Unsecured Creditor | Core-Mark AR |
| Top Unsecured Creditor | Crescent Crown Distributing |
| Top Unsecured Creditor | Cross Oil Refining & Marketing |
| Top Unsecured Creditor | DAS Distributors TC |
| Top Unsecured Creditor | ENTERGY |
| Top Unsecured Creditor | Exxon Mobil |
| Top Unsecured Creditor | Federated Insurance |
| Top Unsecured Creditor | Flying J-Saratoga-Pilot |
| Top Unsecured Creditor | Frito-Lay All |

| Category | Name |
|---|---|
| Top Unsecured Creditor | Golden Gallons LLC |
| Top Unsecured Creditor | Hunt Refining Company |
| Top Unsecured Creditor | Imperial Trading Company |
| Top Unsecured Creditor | JF Acquisition LLC |
| Top Unsecured Creditor | KeyBank Real Estate Capital |
| Top Unsecured Creditor | Marathon Petroleum |
| Top Unsecured Creditor | Pepsi Beverages |
| Top Unsecured Creditor | Shell |
| Top Unsecured Creditor | Sinclair Distributor Services |
| Top Unsecured Creditor | Southern Eagle Sales & Service, LP |
| Top Unsecured Creditor | Southern Glazer's Wine AND Spirits-LA |
| Top Unsecured Creditor | Sunoco |
| Top Unsecured Creditor | TBHC Deliveries, LLC |
| Top Unsecured Creditor | Total Image Solutions, LLC |
| Top Unsecured Creditor | Valero |
| Top Unsecured Creditor | VM Petro Inc |

## Schedule 2

Client Match List

The following names were compared to the Client Database. As noted below, Greenberg Traurig has represented, in the past, or currently represents, and will likely represent in the future, certain Potentially Interested Parties, including various entities that may be related to or affiliated with the Potentially Interested Parties, in matters unrelated to the Debtors or these Cases.[1]

Due to the similarity of names of certain entities, Greenberg Traurig has on the Client Match List certain Potentially Interested Parties that may be current or former clients or affiliates of current or former clients. Greenberg Traurig may amend this Exhibit 2 to remove clients/client affiliates that it discovers are not related to parties in interest. However, out of an abundance of caution and in the interest of providing timely disclosures, Greenberg Traurig has listed these parties herein.[2]

| Name of Entity Searched | Brief Description of Relationship to Greenberg Traurig[3] |
|---|---|
| Bank of Hope | Current Client |
| Cadence Bank, N.A. | Current Client |
| Entergy Services Inc. | Current Client in unrelated matters |
| Exxon Mobile Corporation | Current Client in unrelated matters |
| GPM Investments, LLC | Current Client in unrelated matters |
| Grant Thornton | Current Client in unrelated matters |
| Hancock Whitney Bank | Current Client |
| First Horizon Bank f/k/a IBERIABANK | Current Client |
| Pinnacle Bank | Current Client |
| Raymond James & Associates, Inc. | Current Client in unrelated matters |
| Shell Energy North America (US), L.P. | Current Client in unrelated matters |
| South State Bank | Current Client |
| Southern Glazer's Wine and Spirits | Current Client in unrelated matters |
| Sumitomo Mitsui Banking - Trade Finance | Current Client in unrelated matters |
| Synovus Bank | Current Client |
| United Community Bank | Current Client |

---

[1] Each entity identified in Exhibit 2 represents less than 1% of Greenberg Traurig's trailing twelve-month revenue.

[2] None of Greenberg Traurig's representations of Potentially Interested Parties in these Cases comprises a material component of Greenberg Traurig's practice, nor, except as disclosed herein and in the Elrod Declaration, does it represent such parties on any issue relating to the Debtors or their estates. However, it may become necessary to pursue legal action against certain parties who appear on the Client Match List. The Trustee may need to seek to retain other counsel to pursue such matters. Moreover, to the extent necessary and appropriate, Greenberg Traurig will implement an ethical wall, screening attorneys working on any such matters from interacting with attorneys working on these Cases.

[3] The term "Current Client" refers to an entity listed as a client in Greenberg Traurig's Client Database for whom time has been recorded in the past three years and Greenberg Traurig has at least one open matter. The term "Former Client" refers to an entity listed as a client in Greenberg Traurig's Client Database for whom time has been recorded in the past three years but all matters for such client have since been closed. Greenberg Traurig does not disclose connections if time was recorded more than three years before the Petition Date.