**MASTER SERVICE LIST**
**Mountain Express Oil Company**
**Case No. 23-90147**

All service made by US first class mail, postage prepaid unless otherwise indicated

**Debtor**
Mountain Express Oil Company
Turjo Wadud
c/o Johnnie J. Patterson, II
Walker & Patterson, PC
4815 Dacoma Street
Houston, TX  77092
Via First Class U.S. Mail, postage prepaid

**Debtor's Representative**
Neil Lansing, Designated Representative
2295 Haynes Trail
Johns Creek, GA  30022
Via First Class U.S. Mail, postage prepaid

**Chapter 7 Trustee**
Janet S. Northrup
Chapter 7 Trustee
1201 Louisiana Street
28th Floor
Houston, TX  77002
Via ECF jsnorthrup@hwa.com

**Office of the U.S. Trustee**
Hector Duran Jr.
Office of the United States Trustee
for the Southern District of Texas
515 Rusk Street, Suite 3516
Houston, TX  77002
Via ECF Hector.Duran.Jr.@usdoj.gov

**U.S. Attorney's Office**
United States Attorney's Office
for the Southern District of Texas
Wells Fargo Plaza
1000 Louisiana Street, Suite 2300
Houston, TX  77002

**DIP Agent**
Shari Heyen
John Elrod
Greenberg Traurig, LLP
Via ECF Shari.Heyen@gtlaw.com
Via ECF ElrodJ@gtlaw.com

**20 Largest Creditors**
Sunoco
3801 West Chester Pike
Newton Square, PA  19073
Via First Class U.S. Mail, postage prepaid

Valero
One Valero Way
San Antonio, TX  78249
Via First Class U.S. Mail, postage prepaid

COCA-COLA Bottling CO
PO Box 105637
Atlanta, GA  30348-5637
Via First Class U.S. Mail, postage prepaid

Marathon
539 S. Main Street
Findlay, OH  45840
Via First Class U.S. Mail, postage prepaid

Cross Oil Refining & Marketing
484 East 6th Street
Smackover, AR  71762
Via First Class U.S. Mail, postage prepaid

KeyBank Real Estate Capital
PO Box 145404
Cincinnati, OH  45250
Via First Class U.S. Mail, postage prepaid

3104782

Exxon Mobil
PO Box 74007276
Chicago, IL  60674-7276
Via First Class U.S. Mail, postage prepaid

VM Petro Inc.
2188 Kirby Lane
Syosset, NY  11791
Via First Class U.S. Mail, postage prepaid

Pepsi Beverages
75 Remittance Drive, Suite 1884
Chicago, IL  60675
Via First Class U.S. Mail, postage prepaid

Flying J-Saratoga-Pilot
5508 Lonas Drive
Knoxville, TN  37909
Via First Class U.S. Mail, postage prepaid

Shell
910 Louisiana Street
Houston, TX  77002
Via First Class U.S. Mail, postage prepaid

Sinclair Distributor Services
PO Box 30825
Salt Lake City, UT  84130
Via First Class U.S. Mail, postage prepaid

Federated Insurance
PO Box 486
Owatonna, MN  55060
Via First Class U.S. Mail, postage prepaid

JF Acquisition LLC
PO Box 531829
Atlanta, GA  30353-1829
Via First Class U.S. Mail, postage prepaid

DAS Distributors TC
724 Lawn Road
Palmyra, PA  17078
Via First Class U.S. Mail, postage prepaid

Imperial Trading Company
701 Edwards Avenue
Elmwood, LA  70123
Via First Class U.S. Mail, postage prepaid

ARG 1 CBHGNJ001, LLC et al.
PO Box 71532
Cincinnati, OH  45271-5352
Via First Class U.S. Mail, postage prepaid

Entergy
PO Box 8108
Baton Rogue, LA  70891
Via First Class U.S. Mail, postage prepaid

Anthem Blue Cross Blue Shield
PO Box 645438
Cincinnati, OH  45264-5438
Via First Class U.S. Mail, postage prepaid

Southern Eagle Sales & Service LP
5300 Blair Drive
Metairie, LA  70003
Via First Class U.S. Mail, postage prepaid

Any party that has requested notice pursuant to Bankruptcy Rule 2002 as of the time of service via ECF.

3104782