

# INVOICE

Invoice # 9006
Date: 12/11/2023
Due Upon Receipt

**VALUE · DRIVEN · LAW**

1201 Louisiana, 28th Floor
Houston, Texas 77002
United States
Phone: 713-759-0818
Fax: 713-759-6834

Janet Northrup (HWA Attorney for Trustee)

## 2023-02460-Mountain Express Oil Company (Attorney for Trustee)

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 11/01/2023 | HM | 30-Litigation: Confer with mediation parties on Wisconsin and Michigan complaint on scheduling and email T. Laws regarding same for proposed mediator Judge Isgur. | 0.30 | $700.00 | $210.00 |
| 11/01/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding accounting of proceeds and segregation. | 0.40 | $700.00 | $280.00 |
| 11/01/2023 | WK | 30-Litigation: Meeting with Trustee and H. McIntyre regarding mediation with Judge Isgur on the Wisconsin and Michigan claims. | 0.40 | $775.00 | $310.00 |
| 11/01/2023 | WK | 30-Litigation: Multiple emails to and from J. Watts regarding settlement meeting on the Wisconsin and Michigan property dispute. | 0.40 | $775.00 | $310.00 |
| 11/01/2023 | WK | 2-Asset Analysis and Recovery: Review materials and emails from J. Eiband regarding bank accounts and owned versus claimed versus lease properties. | 0.40 | $775.00 | $310.00 |
| 11/01/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from J. Elrod and J. Wolfshohl regarding Chevron credit card receipts. | 0.20 | $775.00 | $155.00 |
| 11/01/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from bank counsel regarding reserves on real estate sales and response as to how that is not feasible. | 0.30 | $775.00 | $232.50 |
| 11/02/2023 | AL | 32-Fee Applications: Draft HWA (.9) & Trustee Fee Statements (.9), and prepare Fee Application and Fee Statement chart (.3). | 2.10 | $225.00 | $472.50 |
| 11/02/2023 | AL | 2-Asset Analysis and Recovery: Update real property chart to add additional information. | 0.20 | $225.00 | $45.00 |

EXHIBIT A

| 11/02/2023 | HM | 30-Litigation: Telephone conference with J. Boland, J. Watts and Trustee regarding Wisconsin and Michigan properties and possible resolution of ongoing stay violations and scheduling pending adversary. | 0.60 | $700.00 | $420.00 |
|---|---|---|---|---|---|
| 11/02/2023 | HM | 30-Litigation: Work on lien issues with Wisconsin and Michigan properties and auction process. | 0.20 | $700.00 | $140.00 |
| 11/02/2023 | HM | 2-Asset Analysis and Recovery: Confer with proposed buyer for 180 Hunter property. | 0.10 | $700.00 | $70.00 |
| 11/02/2023 | HM | 2-Asset Analysis and Recovery: Work on certificate of service required by court order on application to sell de minimis assets. | 0.20 | $700.00 | $140.00 |
| 11/02/2023 | HM | 2-Asset Analysis and Recovery: Receive and review interested buyer email. | 0.20 | $700.00 | $140.00 |
| 11/02/2023 | HM | 12-Relief from Stay Proceedings: Receive and review email regarding ongoing SQRL violations of the stay regarding Wisconsin and Michigan properties. | 0.30 | $700.00 | $210.00 |
| 11/02/2023 | HM | 12-Relief from Stay Proceedings: Telephone conference with D. Lipke regarding quantifying damages related to ongoing stay violations by SQRL. | 0.20 | $700.00 | $140.00 |
| 11/02/2023 | HM | 12-Relief from Stay Proceedings: Telephone conference with J. Elrod for lender regarding on going stay violation effects on collateral and next steps. | 0.30 | $700.00 | $210.00 |
| 11/02/2023 | HM | 30-Litigation: Exchange emails with T. Laws regarding mediation dates for Wisconsin and Michigan adversary. | 0.20 | $700.00 | $140.00 |
| 11/02/2023 | HM | 12-Relief from Stay Proceedings: Work on issues related to ongoing stay violations and Wisconsin and Michigan properties. | 0.40 | $700.00 | $280.00 |
| 11/02/2023 | HM | 2-Asset Analysis and Recovery: Analyze revised proposal from Exxon on amounts owed to estate after set off and confer with lender regarding same. | 0.50 | $700.00 | $350.00 |
| 11/02/2023 | WK | 3-Asset Sales: Review the preliminary auction report; discuss same with Trustee and C. Heaton. | 0.30 | $775.00 | $232.50 |
| 11/02/2023 | WK | 12-Relief from Stay Proceedings: Multiple emails to and from D. Turbyfill regarding lift of stay on the Ford vehicles and also whereabouts of a missing vehicle. | 0.30 | $775.00 | $232.50 |
| 11/02/2023 | WK | 30-Litigation: Multiple emails with D. Lipke and H. McIntyre regarding stay violations and also operating agreement. | 0.40 | $775.00 | $310.00 |
| 11/02/2023 | WK | 30-Litigation: Emails to and from H. Kepner regarding stipulation and agreed order; discuss same with J. Eiband. | 0.30 | $775.00 | $232.50 |
| 11/02/2023 | WK | 30-Litigation: Multiple emails with T. Laws, J. Boland and J. Watts regarding mediation with Judge Isgur. | 0.30 | $775.00 | $232.50 |
| 11/03/2023 | AL | 32-Fee Applications: Draft shell October 2023 fee | 0.50 | $225.00 | $112.50 |

| | | statements for HWA (.3) and Trustee (.2). | | | |
|---|---|---|---|---|---|
| 11/03/2023 | AL | 32-Fee Applications: Draft Exhibit & Witness List for hearing on HWA Fee Application. | 0.30 | $225.00 | $67.50 |
| 11/03/2023 | HM | 32-Fee Applications: Work on witness and exhibit list for hearing on HWA chapter 11 fee application. | 0.20 | $700.00 | $140.00 |
| 11/03/2023 | HM | 12-Relief from Stay Proceedings: Receive and review damages sustained from SQRL's continued interference with operations of Wisconsin and Michigan properties. | 0.20 | $700.00 | $140.00 |
| 11/03/2023 | HM | 2-Asset Analysis and Recovery: Consider whether asserted setoffs from Exxon are proper under Bankruptcy Code set off requirements. | 0.20 | $700.00 | $140.00 |
| 11/03/2023 | HM | 2-Asset Analysis and Recovery: Receive and review auction update from C. Heaton regarding vehicles not paid for in first auction to be sold in later auction. | 0.20 | $700.00 | $140.00 |
| 11/03/2023 | HM | 2-Asset Analysis and Recovery: Respond to potential buyer inquiry and forward information to auctioneer. | 0.10 | $700.00 | $70.00 |
| 11/03/2023 | HM | 2-Asset Analysis and Recovery: Receive and review invoice from landlord regarding auction process and confer with Rosen regarding payment. | 0.20 | $700.00 | $140.00 |
| 11/03/2023 | HM | 2-Asset Analysis and Recovery: Confer with K. Toney broker for real property regarding reserves for auction and additional property just discovered. | 0.40 | $700.00 | $280.00 |
| 11/03/2023 | HM | 2-Asset Analysis and Recovery: Inquire regarding status of Mexican restaurant documents (.2) confer with K. Toney regarding O&E report (.1). | 0.30 | $700.00 | $210.00 |
| 11/03/2023 | HM | 2-Asset Analysis and Recovery: Receive, review and forward inquiry into bidding on de minimis assets. | 0.20 | $700.00 | $140.00 |
| 11/03/2023 | HM | 2-Asset Analysis and Recovery: Review broker's options for listing properties with requested reserve by DIP Agent and protections to include in motion for DIP Agent and confer with DIP Agent regarding same. | 0.20 | $700.00 | $140.00 |
| 11/03/2023 | HM | 2-Asset Analysis and Recovery: Address inquiry into fuel receipts accounting. | 0.20 | $700.00 | $140.00 |
| 11/03/2023 | WK | 30-Litigation: Multiple emails to and from D. Lipke regarding alleged damages suffered at Shierl stores by SQRL actions and issues concerning ownership and standing; meeting with Trustee and H. McIntyre regarding same. | 1.10 | $775.00 | $852.50 |
| 11/03/2023 | WK | 11-Creditor Matters: Review and analysis of DIP Group's lien on certain real estate and the blanket lien in the DIP order and discuss same with J. Wolfshohl and H. McIntyre. | 0.70 | $775.00 | $542.50 |
| 11/03/2023 | WK | 8-Employment Applications: Work on Application to Employ Fee Examiner and declarations. | 1.20 | $775.00 | $930.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/03/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from F. Machiavveri regarding claims of Srijay LLC regarding fuel deposit claims. | 0.30 | $775.00 | $232.50 |
| 11/03/2023 | WK | 12-Relief from Stay Proceedings: Emails and telephone conference with N. Lansing regarding missing Ford Credit collateral. | 0.20 | $775.00 | $155.00 |
| 11/03/2023 | WK | 12-Relief from Stay Proceedings: Emails and telephone conference with D. Turbyfill regarding Ford Credit collateral. | 0.30 | $775.00 | $232.50 |
| 11/06/2023 | HM | 8-Employment Applications: Review and revise application to employ fee examiner and declaration supporting same. | 0.30 | $700.00 | $210.00 |
| 11/06/2023 | HM | 2-Asset Analysis and Recovery: Review and respond to multiple general inquiries regarding selling properties and creditor inquires. | 0.30 | $700.00 | $210.00 |
| 11/06/2023 | HM | 2-Asset Analysis and Recovery: Review status email from G. Juengling regarding materials gathered, further materials needed and confer with G. Juengling regarding access to PDI necessary for tax reporting requirements and financial investigation and investigation into rent paying entities including El Patron restaurant. | 0.40 | $700.00 | $280.00 |
| 11/06/2023 | HM | 18-Use of Cash Collateral: Call with DIP Agent counsel regarding open issues including cash collateral and carveouts. | 0.80 | $700.00 | $560.00 |
| 11/06/2023 | HM | 7-Claims Administration, Analysis and Objections: Receive and review order granting bar date for administrative tax claims. | 0.10 | $700.00 | $70.00 |
| 11/06/2023 | HM | 2-Asset Analysis and Recovery: Review asset costs by Schierl and request capital expenditure details. | 0.20 | $700.00 | $140.00 |
| 11/06/2023 | HM | 2-Asset Analysis and Recovery: Follow up on sale negotiations with Schierl. | 0.10 | $700.00 | $70.00 |
| 11/06/2023 | HM | 32-Fee Applications: Work on monthly HWA fee statements. | 0.10 | $700.00 | $70.00 |
| 11/06/2023 | HM | 2-Asset Analysis and Recovery: Review updated auction link for items not picked up and confirm removal of personal property not property of the estate. | 0.10 | $700.00 | $70.00 |
| 11/06/2023 | HM | 2-Asset Analysis and Recovery: Request additional information from S. Henderson regarding assets including dealer accounts and cash in sales. | 0.10 | $700.00 | $70.00 |
| 11/06/2023 | HM | 2-Asset Analysis and Recovery: Investigate possibility of two additional parcels of real property. | 0.20 | $700.00 | $140.00 |
| 11/06/2023 | HM | 1-General Administration: Confer with J. Eiband regarding service of motion to limit notice and for substantive consolidation per rules and UST requirement. | 0.20 | $700.00 | $140.00 |

EXHIBIT A

| 11/06/2023 | WK | 30-Litigation: Conference call with Porter Hedges and Greenberg teams regarding Michigan and Wisconsin properties and title issues, sales of assets, professional fees, objections, fee examiner and carveouts. | 0.80 | $775.00 | $620.00 |
|---|---|---|---|---|---|
| 11/06/2023 | WK | 30-Litigation: Review the final DIP Order and case law regarding possible invalidity of as to real estate with unrecorded mortgages and whether §544 or the DIP Order controls. | 1.80 | $775.00 | $1,395.00 |
| 11/06/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from J. Eiband and K. Toney regarding North Dakota property and lien and ownership issues. | 0.20 | $775.00 | $155.00 |
| 11/06/2023 | WK | 21-Landlords: Multiple emails to and from A. Farr regarding the SPATCO storage issues on Debtor property. | 0.40 | $775.00 | $310.00 |
| 11/06/2023 | WK | 4-Chapter 5 Avoidance Action Investigation and Litigation: Review the R. Woolley application and proposal to be employed on contingency work; discuss same with Trustee. | 0.50 | $775.00 | $387.50 |
| 11/06/2023 | WK | 3-Asset Sales: Emails to and from C. Heaton, auctioneer regarding "quick sale" items for secondary auction and pricing on same. | 0.30 | $775.00 | $232.50 |
| 11/06/2023 | WK | 8-Employment Applications: Review and revise the fee examiner Application and Order; discuss same with L. Jones and H. McIntyre. | 0.30 | $775.00 | $232.50 |
| 11/07/2023 | HM | 2-Asset Analysis and Recovery: Investigate rent payments owed by Pilot to estate on ND 13 mile property, RS Bakken and Mexican restaurant. | 0.90 | $700.00 | $630.00 |
| 11/07/2023 | HM | 18-Use of Cash Collateral: Confer on winterizing North Dakota property and authority to use cash collateral for same. | 0.30 | $700.00 | $210.00 |
| 11/07/2023 | HM | 2-Asset Analysis and Recovery: Review status of franchise agreement rejection. | 0.10 | $700.00 | $70.00 |
| 11/07/2023 | HM | 2-Asset Analysis and Recovery: Confer with CNR regarding Adelphi Transport IP and books and records owned by Debtor and method for liquidating and migrating. | 0.60 | $700.00 | $420.00 |
| 11/07/2023 | HM | 3-Asset Sales: Review request for payment of auction expenses and processing of same | 0.10 | $700.00 | $70.00 |
| 11/07/2023 | HM | 2-Asset Analysis and Recovery: Review request to reduce ongoing CNR expenses. | 0.10 | $700.00 | $70.00 |
| 11/07/2023 | HM | 1-General Administration: Confer on costs for motion to limit notice and motion for substantive consolidation. | 0.20 | $700.00 | $140.00 |
| 11/07/2023 | HM | 32-Fee Applications: Review and finalize first HWA fee statement and confer with DIP Agent regarding same. | 0.50 | $700.00 | $350.00 |
| 11/07/2023 | HM | 23-Monthly Operating Reports: Confer with G. | 0.40 | $700.00 | $280.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Juengling regarding status of chapter 11 Monthly Operating Report and chapter 7 Monthly Operating Reports and data needed for tax returns. | | | |
| 11/07/2023 | HM | 12-Relief from Stay Proceedings: Receive and review multiple emails and evidence of SQRL's continued stay violations. | 0.30 | $700.00 | $210.00 |
| 11/07/2023 | WK | 32-Fee Applications: Begin review of multiple fee applications filed by the Chapter 11 case professionals. | 1.60 | $775.00 | $1,240.00 |
| 11/07/2023 | WK | 30-Litigation: Continue to review the pertinent parts of the DIP order concerning the dragnet clause; discuss same with H. McIntyre. | 1.10 | $775.00 | $852.50 |
| 11/07/2023 | WK | 30-Litigation: Review the draft of the stipulation concerning the Wisconsin and Michigan properties and the proposed Wisconsin lis pendens. | 0.80 | $775.00 | $620.00 |
| 11/07/2023 | WK | 30-Litigation: Review further emails and photos from D. Lipke and T. Schierl concerning alleged damages to the Wisconsin stores and discuss same with Trustee, H. McIntyre and DIP counsel. | 0.50 | $775.00 | $387.50 |
| 11/08/2023 | KC | 2-Asset Analysis and Recovery: Phone calls and emails regarding general case inquiries. | 0.50 | $225.00 | $112.50 |
| 11/08/2023 | HM | 32-Fee Applications: Receive and review court order striking witness and exhibit list and attend to re-filing. | 0.20 | $700.00 | $140.00 |
| 11/08/2023 | HM | 15-Insurance: Receive and review insurance invoice from Debtors' prior counsel. | 0.10 | $700.00 | $70.00 |
| 11/08/2023 | HM | 30-Litigation: Consider DIP Agent liens on real property recovered under 544(a)(3). | 0.30 | $700.00 | $210.00 |
| 11/08/2023 | HM | 2-Asset Analysis and Recovery: Confer with PNC regarding bank statements and turnover of funds and provide requested documentation. | 0.40 | $700.00 | $280.00 |
| 11/08/2023 | HM | 8-Employment Applications: Receive and review order employing Estates' accountant. | 0.10 | $700.00 | $70.00 |
| 11/08/2023 | HM | 18-Use of Cash Collateral: Confer on winterizing North Dakota lodging and authority to pay under order to operate and authority to use cash collateral. | 0.10 | $700.00 | $70.00 |
| 11/08/2023 | HM | 12-Relief from Stay Proceedings: Work on emergency motion for show cause for SQRL's continued stay violations. | 0.40 | $700.00 | $280.00 |
| 11/08/2023 | HM | 2-Asset Analysis and Recovery: Review and revise motion for approval of TSA and operations generally and for Wisconsin and Michigan properties with modifications to TSA for chapter 7 trustee purposes. | 1.40 | $700.00 | $980.00 |
| 11/08/2023 | HM | 30-Litigation: Receive and review issues raised by Fidelity regarding sale leaseback transaction that failed and release of escrow request. | 0.20 | $700.00 | $140.00 |

EXHIBIT A

| 11/08/2023 | HM | 2-Asset Analysis and Recovery: Review status of multiple sales of c-store contents including tobacco pending de minimis sales procedures. | 0.20 | $700.00 | $140.00 |
|---|---|---|---|---|---|
| 11/08/2023 | HM | 2-Asset Analysis and Recovery: Review 5/3 bank statements for unauthorized post petition transfers and confer with Trustee regarding same. | 0.30 | $700.00 | $210.00 |
| 11/08/2023 | WK | 30-Litigation: Further (multiple) emails and telephone conferences with D. Lipke and T. Shierl regarding alleged SQRL interference in store operations; discuss same with DIP counsel and Trustee. | 0.70 | $775.00 | $542.50 |
| 11/08/2023 | WK | 2-Asset Analysis and Recovery: Receipt and review of the proposed Transition Services Agreement with Shierl; discuss same with Trustee. | 0.50 | $775.00 | $387.50 |
| 11/08/2023 | WK | 30-Litigation: Prepare the Motion to Compromise (9019) on the KASE litigation in Georgia; discuss same with J. Johnston, special litigation counsel. | 1.20 | $775.00 | $930.00 |
| 11/08/2023 | WK | 30-Litigation: Review correspondence from J. Boland and B. Kurtz regarding the Shierl damage allegations. | 0.30 | $775.00 | $232.50 |
| 11/08/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from J. Eiband regarding property in North Dakota and certain Fifth Third Bank transfers. | 0.30 | $775.00 | $232.50 |
| 11/08/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from the proposed auctioneer regarding North Dakota property and also certain other parcels of real estate. | 0.30 | $775.00 | $232.50 |
| 11/08/2023 | WK | 30-Litigation: Review the PSAs involved in these failed transactions; discuss same with Trustee. | 0.60 | $775.00 | $465.00 |
| 11/08/2023 | WK | 30-Litigation: Continue review of DIP order and case law concerning the "dragnet" clause and applicability to non-recorded mortgages. | 0.70 | $775.00 | $542.50 |
| 11/09/2023 | HM | 12-Relief from Stay Proceedings: Continue to revise motion for contempt for continued MPO and SQRL violations and attention to filing same. | 1.90 | $700.00 | $1,330.00 |
| 11/09/2023 | HM | 1-General Administration: Receive and review information from registered agent regarding apparent complaints filed against Debtors. | 0.10 | $700.00 | $70.00 |
| 11/09/2023 | HM | 2-Asset Analysis and Recovery: Review inquiry regarding de minimis sales motion and direct to J. Wolfshohl. | 0.10 | $700.00 | $70.00 |
| 11/09/2023 | HM | 2-Asset Analysis and Recovery: Exchange email and voice mails with Brian Doring for Fifth Third Bank with highlighted post conversion transfers needing addressing. | 0.40 | $700.00 | $280.00 |
| 11/09/2023 | HM | 2-Asset Analysis and Recovery: Review revisions to Operation and Maintenance agreement circulated by Schierl for operating Wisconsin and Michigan properties with J. Holland. | 0.40 | $700.00 | $280.00 |

| 11/09/2023 | HM | 12-Relief from Stay Proceedings: Email emergency motion as to stay violations to case manager. | 0.20 | $700.00 | $140.00 |
|---|---|---|---|---|---|
| 11/09/2023 | HM | 32-Fee Applications: NC - Prepare for hearing on HWA chapter 11 fee application. | 0.40 | $0.00 | $0.00 |
| 11/09/2023 | HM | 12-Relief from Stay Proceedings: Receive and review hearing date and time for motion to show cause (.1); receive and review order setting same (.1) and prepare certificate of service of order (.1). | 0.20 | $700.00 | $140.00 |
| 11/09/2023 | HM | 12-Relief from Stay Proceedings: Work on Witness and Exhibit list for show cause hearing. | 1.30 | $700.00 | $910.00 |
| 11/09/2023 | HM | 11-Creditor Matters: Receive and review multiple requests regarding operations including past due invoices for fuel supply, chapter 11 ordinary course professionals seeking payment. | 0.20 | $700.00 | $140.00 |
| 11/09/2023 | HM | 32-Fee Applications: NC- Attend hearing on HWA chapter 11 fee application. | 0.30 | $0.00 | $0.00 |
| 11/09/2023 | HM | 12-Relief from Stay Proceedings: Confer with Trustee regarding exhibits and witness for hearing on contempt for stay violations. | 0.20 | $700.00 | $140.00 |
| 11/09/2023 | HM | 32-Fee Applications: Review and edit time for HWA October fee statement. | 0.90 | $700.00 | $630.00 |
| 11/09/2023 | WK | 30-Litigation: Emails to and from D. Lipke, B. Kurtz, J. Boland and J. Watts regarding damages alleged by Shierl against SQRL and attempts to resolve same. | 0.40 | $775.00 | $310.00 |
| 11/09/2023 | WK | 30-Litigation: Work on the Motion for Contempt with H. McIntyre. | 0.70 | $775.00 | $542.50 |
| 11/09/2023 | WK | 30-Litigation: Finalize and file motion to compromise with KASE Group. | 0.70 | $775.00 | $542.50 |
| 11/09/2023 | WK | 30-Litigation: Multiple emails to and from GT Team and Trustee Team regarding motion for contempt and preparing for hearing. | 0.80 | $775.00 | $620.00 |
| 11/09/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from J. Wolfshohl and A. Tarr regarding SPATCO lease and storage issues. | 0.20 | $775.00 | $155.00 |
| 11/09/2023 | WK | 3-Asset Sales: Emails to and from C. Heaton regarding remnant auction and proceeds. | 0.10 | $775.00 | $77.50 |
| 11/10/2023 | HM | 30-Litigation: Calls with Richard Crowe regarding certified copies of deeds (.6); work on witness and exhibit list for hearing on stay violations including receipt and review of additional 14 deeds (1.5); call with J. Elrod regarding witnesses and exhibits (.2). | 2.30 | $700.00 | $1,610.00 |
| 11/10/2023 | HM | 12-Relief from Stay Proceedings: Exchange multiple emails with D. Lipke regarding presentation of evidence for hearing on stay violations. | 0.20 | $700.00 | $140.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/10/2023 | HM | 12-Relief from Stay Proceedings: Telephone conference with D. Lipke regarding Fritz availability as witness for sanctions hearing. | 0.30 | $700.00 | $210.00 |
| 11/10/2023 | HM | 12-Relief from Stay Proceedings: Email SQRL regarding motion and order setting hearing requesting cease and desist. | 0.20 | $700.00 | $140.00 |
| 11/10/2023 | HM | 12-Relief from Stay Proceedings: Telephone conference with Mark Chaney for SQRL regarding stay violation and possible resolution. | 0.50 | $700.00 | $350.00 |
| 11/10/2023 | HM | 2-Asset Analysis and Recovery: Telephone conference with Cinnabon franchisee regarding status of executory contact. | 0.20 | $700.00 | $140.00 |
| 11/10/2023 | HM | 12-Relief from Stay Proceedings: Confer with Trustee regarding negotiations with SQRL regarding stay violations. | 0.40 | $700.00 | $280.00 |
| 11/10/2023 | HM | 12-Relief from Stay Proceedings: Receive and review additional emails for exhibits from D. Lipke and work on prepare and filing supplemental witness and exhibit list. | 0.40 | $700.00 | $280.00 |
| 11/10/2023 | WK | 30-Litigation: Multiple emails and telephone conferences to D. Lipke and GT Team and H. McIntyre and Trustee regarding emergency contempt hearing and level of damages. | 1.20 | $775.00 | $930.00 |
| 11/10/2023 | WK | 30-Litigation: Multiple emails and telephone conference with M. Chaney for SQRL regarding trying to resolve the contempt motion; discuss same with Trustee. | 1.10 | $775.00 | $852.50 |
| 11/10/2023 | WK | 30-Litigation: Review SQRL's motion to continue hearing. | 0.30 | $775.00 | $232.50 |
| 11/13/2023 | HM | 2-Asset Analysis and Recovery: Zoom call with Trustee legal team and lender legal team regarding cash collateral, chapter 11 administrative claims, ongoing litigation and contested matters and fuel receipt issues. | 0.80 | $700.00 | $560.00 |
| 11/13/2023 | HM | 23-Monthly Operating Reports: Telephone conference with G. Juengling regarding status of chapter 11 monthly operating report, chapter 7 monthly operating reports, PDI access and bank statements. | 0.30 | $700.00 | $210.00 |
| 11/13/2023 | HM | 32-Fee Applications: Edit first HWA fee statement. | 0.40 | $700.00 | $280.00 |
| 11/13/2023 | HM | 2-Asset Analysis and Recovery: Review FamFuels NSFs. | 0.10 | $700.00 | $70.00 |
| 11/13/2023 | HM | 18-Use of Cash Collateral: Review status of current cash collateral budget. | 0.10 | $700.00 | $70.00 |
| 11/13/2023 | HM | 12-Relief from Stay Proceedings: Review and revise supplemental certificate of service to SQRL emails. | 0.10 | $700.00 | $70.00 |
| 11/13/2023 | HM | 12-Relief from Stay Proceedings: Prepare for hearing on SQRL's stay violations. | 0.40 | $700.00 | $280.00 |

| 11/13/2023 | HM | 12-Relief from Stay Proceedings: Receive and review pleadings filed by SQRL related to stay violation hearing. | 0.30 | $700.00 | $210.00 |
|---|---|---|---|---|---|
| 11/13/2023 | HM | 2-Asset Analysis and Recovery: Receive and review ad valorem tax claim for Dallas County on multiple c-stores (.2) and confer with Trustee regarding possible abandonment of c-store contents (.2). | 0.20 | $700.00 | $140.00 |
| 11/13/2023 | HM | 12-Relief from Stay Proceedings: Receive and review MPO's response to motion to show cause for stay violations. | 0.40 | $700.00 | $280.00 |
| 11/13/2023 | HM | 2-Asset Analysis and Recovery: Consider issues with operating agreement with Schierl. | 0.30 | $700.00 | $210.00 |
| 11/13/2023 | HM | 12-Relief from Stay Proceedings: Prepare for (.3) and attend hearing on stay violations (.3). | 0.50 | $700.00 | $350.00 |
| 11/13/2023 | HM | 12-Relief from Stay Proceedings: Telephone conference with W. Kitchens and Mark Chaney regarding facts surrounding stay violations. | 0.30 | $700.00 | $210.00 |
| 11/13/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding operations related to Wisconsin and Michigan stores. | 0.30 | $700.00 | $210.00 |
| 11/13/2023 | HM | 2-Asset Analysis and Recovery: Confer with J. Wolfshohl regarding personal property taxes on c-store contents. | 0.20 | $700.00 | $140.00 |
| 11/13/2023 | WK | 11-Creditor Matters: Conference call with GT Team and Trustee team regarding contempt hearing, professional fee carveout issues, cash collateral budget, Shierl and SQRL issues, and liquidation issues going forward. | 0.80 | $775.00 | $620.00 |
| 11/13/2023 | WK | 2-Asset Analysis and Recovery: Receipt and review the counter offer to Exxon and discuss same with J. Wolfshohl and Trustee. | 0.30 | $775.00 | $232.50 |
| 11/13/2023 | WK | 30-Litigation: Review Blue Owl's response to the show cause motion and discuss same with GT and Trustee teams. | 1.10 | $775.00 | $852.50 |
| 11/13/2023 | WK | 30-Litigation: Work on show cause hearing preparation and discuss same with H. McIntyre. | 0.30 | $775.00 | $232.50 |
| 11/13/2023 | WK | 30-Litigation: Review SQRL's motion and amended motion for continuance and emails to and from M. Chaney, counsel for SQRL regarding same. | 0.60 | $775.00 | $465.00 |
| 11/13/2023 | WK | 30-Litigation: Attend preliminary show cause hearing. | 0.30 | $775.00 | $232.50 |
| 11/13/2023 | WK | 30-Litigation: Conference call with H. McIntyre and Trustee regarding continued show cause hearing and terms of stipulation. | 0.40 | $775.00 | $310.00 |
| 11/13/2023 | WK | 30-Litigation: Conference call with M. Chaney and H. McIntyre regarding stipulation and continued hearing. | 0.20 | $775.00 | $155.00 |

| 11/14/2023 | HM | 2-Asset Analysis and Recovery: Confer with J. Wolfshohl regarding status of selling Adelphi Transport intellectual property. | 0.10 | $700.00 | $70.00 |
|---|---|---|---|---|---|
| 11/14/2023 | HM | 32-Fee Applications: Confer with CNR regarding status of access to PDI (.2), review chapter 11 PDI invoice (.1) and confer with Porter & Hedges team regarding same (.1). | 0.30 | $700.00 | $210.00 |
| 11/14/2023 | HM | 32-Fee Applications: Receive and review Raymond James concerns with Porter & Hedges fee statement and responses thereto. | 0.20 | $700.00 | $140.00 |
| 11/14/2023 | HM | 2-Asset Analysis and Recovery: Confer with Richard Criswell with First Horizon regarding actions to be taken with safes and accounting of cash therein (.3) and email Loomis regarding same (.2); review claims asserted by Loomis and exchange emails regarding same (.3). | 0.70 | $700.00 | $490.00 |
| 11/14/2023 | HM | 32-Fee Applications: Revise first HWA fee statement and attention to filing same. | 0.30 | $700.00 | $210.00 |
| 11/14/2023 | HM | 2-Asset Analysis and Recovery: Work on bank record access for Fifth Third statements. | 0.40 | $700.00 | $280.00 |
| 11/14/2023 | HM | 7-Claims Administration, Analysis and Objections: Receive and review State of Alabama proof of claims. | 0.10 | $700.00 | $70.00 |
| 11/14/2023 | HM | 2-Asset Analysis and Recovery: Confer with J. Wolfshohl regarding Raymond James reservation of rights regarding chapter 11 carve out, PDI access, Adelphi intellectual property. | 0.60 | $700.00 | $420.00 |
| 11/14/2023 | HM | 12-Relief from Stay Proceedings: Review and revise draft stipulation to resolve stay violations. | 0.20 | $700.00 | $140.00 |
| 11/14/2023 | HM | 30-Litigation: Receive and review motion to appoint Judge Isgur as mediator in Wisconsin and Michigan adversary. | 0.20 | $700.00 | $140.00 |
| 11/14/2023 | HM | 30-Litigation: Receive and review and revise draft stipulation regarding lis pendens for post petition Wisconsin and Michigan deeds. | 0.20 | $700.00 | $140.00 |
| 11/14/2023 | HM | 12-Relief from Stay Proceedings: Zoom call with M. Chaney for SQRL and J. Boland for MPO regarding stay violations and draft stipulation and agreed order to resolve same. | 0.30 | $700.00 | $210.00 |
| 11/14/2023 | HM | 23-Monthly Operating Reports: Confer with accountant regarding October monthly operating report and 5/3 bank statements. | 0.20 | $700.00 | $140.00 |
| 11/14/2023 | WK | 30-Litigation: Conference call with counsel for SQRL, MPO, and Trustee teams regarding stay violations and settlement meetings. | 0.50 | $775.00 | $387.50 |
| 11/14/2023 | WK | 30-Litigation: Multiple emails and Telephone conferences with M. Chaney and D. Lipke regarding | 0.50 | $775.00 | $387.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | SQRL and MPO Stipulation and Agreed Order. | | | |
| 11/14/2023 | WK | 30-Litigation: Update Stipulation on stay violations with revisions. | 0.40 | $775.00 | $310.00 |
| 11/14/2023 | WK | 32-Fee Applications: Begin review of UCC's application for compensation. | 0.70 | $775.00 | $542.50 |
| 11/14/2023 | WK | 2-Asset Analysis and Recovery: Extended telephone conference with N. Lansing regarding return of personal assets to employees and issues with sale process on the company with R. James and Debtor's counsel. | 0.40 | $775.00 | $310.00 |
| 11/14/2023 | WK | 2-Asset Analysis and Recovery: Work on issues concerning cash in safes and discuss same with H. McIntyre and lender team. | 0.40 | $775.00 | $310.00 |
| 11/14/2023 | WK | 3-Asset Sales: Work on issues concerning request for sale of the Adelphi IP; discuss same with Lender's counsel and J. Wolfshohl. | 0.40 | $775.00 | $310.00 |
| 11/15/2023 | HM | 2-Asset Analysis and Recovery: Receive and review inquiries regarding interest in buying sites. | 0.20 | $700.00 | $140.00 |
| 11/15/2023 | HM | 32-Fee Applications: Respond to chapter 11 professional Walter Brock question regarding fee application time frame for chapter 11 professionals. | 0.20 | $700.00 | $140.00 |
| 11/15/2023 | HM | 5-Tax Matters: Receive and review information regarding tax notices and process for addressing same. | 0.20 | $700.00 | $140.00 |
| 11/15/2023 | HM | 32-Fee Applications: Receive and review withdrawal of Raymond James reservation of rights on Porter and Hedges fee statements. | 0.10 | $700.00 | $70.00 |
| 11/15/2023 | HM | 12-Relief from Stay Proceedings: Receive and review multiple notices from Ford regarding disposition of collateral and confirm stay lifted via order 1624 on October 30, 2023. | 0.30 | $700.00 | $210.00 |
| 11/15/2023 | HM | 32-Fee Applications: Confirm Porter and Hedges fee statement ripe per order for interim compensation and direct payment. | 0.10 | $700.00 | $70.00 |
| 11/15/2023 | HM | 15-Insurance: Receive and review information requested from federated regarding specifics related to specific store and direct to landlord. | 0.20 | $700.00 | $140.00 |
| 11/15/2023 | HM | 30-Litigation: Review revisions to lis pendens for Wisconsin and Michigan properties. | 0.60 | $700.00 | $420.00 |
| 11/15/2023 | WK | 32-Fee Applications: Begin review of multiple fee applications from Chapter 11 case professionals. | 2.50 | $775.00 | $1,937.50 |
| 11/15/2023 | WK | 15-Insurance: Review proposed stipulation regarding insurance and insurance; discuss same with A. Surinak. | 0.40 | $775.00 | $310.00 |
| 11/15/2023 | WK | 30-Litigation: Multiple emails and telephone conferences with M. Chaney regarding SQRL and MPO | 0.50 | $775.00 | $387.50 |

| | | Stipulation and Agreed Order. | | | |
|---|---|---|---|---|---|
| 11/15/2023 | WK | 30-Litigation: Multiple revisions to the stipulation and agreed order regarding the WI-MI stores. | 1.10 | $775.00 | $852.50 |
| 11/15/2023 | WK | 30-Litigation: Multiple emails and telephone conferences with D. Lipke regarding SQRL and MPO Stipulation and Agreed Order and Shierl participation in same. | 0.50 | $775.00 | $387.50 |
| 11/16/2023 | HM | 1-General Administration: Receive and review order limiting notice and attention to master service list per court order. | 0.30 | $700.00 | $210.00 |
| 11/16/2023 | HM | 2-Asset Analysis and Recovery: Receive and forward general inquiry to K. Conn for response. | 0.10 | $700.00 | $70.00 |
| 11/16/2023 | HM | 2-Asset Analysis and Recovery: Receive and review request from CNR for payment of licenses through March 2024 and refer to J. Wolfshohl for reduction and resolution. | 0.10 | $700.00 | $70.00 |
| 11/16/2023 | HM | 2-Asset Analysis and Recovery: Telephone conference with J. Wolfshohl regarding open issues including carve out, PDI access, CNR invoices, ongoing costs and budgets. | 0.60 | $700.00 | $420.00 |
| 11/16/2023 | HM | 32-Fee Applications: Review and revise October HWA fee statement and attention to filing same. | 0.20 | $700.00 | $140.00 |
| 11/16/2023 | HM | 30-Litigation: Receive and review Fam Fuels dismissal of adversary. | 0.10 | $700.00 | $70.00 |
| 11/16/2023 | HM | 12-Relief from Stay Proceedings: Review revisions to stipulation and order resolving stay violations. | 0.20 | $700.00 | $140.00 |
| 11/16/2023 | WK | 11-Creditor Matters: Telephone conference with M. Young-John regarding stairstep carveout for payment of administration and unsecured creditors. | 0.20 | $775.00 | $155.00 |
| 11/16/2023 | WK | 32-Fee Applications: Work on fee consultant application and declaration and discuss same with L. Jones and Trustee. | 0.80 | $775.00 | $620.00 |
| 11/16/2023 | WK | 30-Litigation: Multiple telephone conferences and emails with D. Lipke and C. Chaney and J. Boland regarding stipulation and agreed order regarding the WI-MI stores with the contested deeds. | 0.60 | $775.00 | $465.00 |
| 11/16/2023 | WK | 30-Litigation: Multiple revisions to the stipulation and agreed order regarding the WI-MI stores. | 1.20 | $775.00 | $930.00 |
| 11/16/2023 | WK | 2-Asset Analysis and Recovery: Review demand letter from W. Robbins regarding the WPK Shreveport stores and claims for damages and admin claims and discuss same with J. Wolfshohl and H. McIntyre. | 0.60 | $775.00 | $465.00 |
| 11/16/2023 | WK | 30-Litigation: Receipt and review of the proposed maintenance and operation agreement on the Shierl stores. | 0.40 | $775.00 | $310.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/17/2023 | HM | 30-Litigation: Receive and review further emails on negotiations for stipulation to resolve stay violations. | 0.20 | $700.00 | $140.00 |
| 11/17/2023 | HM | 32-Fee Applications: Review final version of HWA October fee statement for filing. | 0.10 | $700.00 | $70.00 |
| 11/17/2023 | HM | 30-Litigation: Receive and review order setting hearing on KASE 9019 (.1) and revise certificate of service for same (.1) and attention to calendaring deadlines (.1). | 0.30 | $700.00 | $210.00 |
| 11/17/2023 | HM | 30-Litigation: Receive and review offer regarding GSS Adversary. | 0.20 | $700.00 | $140.00 |
| 11/17/2023 | HM | 2-Asset Analysis and Recovery: Receive and review NSF checks for Fam Fuels and request documentation related to locations and basis for rent to estate. | 0.20 | $700.00 | $140.00 |
| 11/17/2023 | HM | 2-Asset Analysis and Recovery: Review incoming ad valorem tax claims and confer with Trustee regarding abandonment of c-store contents. | 0.30 | $700.00 | $210.00 |
| 11/17/2023 | HM | 18-Use of Cash Collateral: Receive and review invoice for winterizing North Dakota real property (.1) and email J. Nieto regarding authority to pay invoice per court order and cash collateral authority from lender (.1). | 0.20 | $700.00 | $140.00 |
| 11/17/2023 | HM | 2-Asset Analysis and Recovery: Receive and review proposed stipulation regarding Cinnabon Franchise agreement and revise same (.3) and confer with Trustee (.1). | 0.40 | $700.00 | $280.00 |
| 11/17/2023 | HM | 2-Asset Analysis and Recovery: Request status of turnover of bank statements from First Horizon and PNC. | 0.20 | $700.00 | $140.00 |
| 11/17/2023 | HM | 1-General Administration: Share master service list with Porter & Hedges to avoid duplication of efforts. | 0.10 | $700.00 | $70.00 |
| 11/17/2023 | WK | 3-Asset Sales: Receipt and review of the de minimus sales order and notice; email to and from M. Young-John regarding same. | 0.20 | $775.00 | $155.00 |
| 11/17/2023 | WK | 30-Litigation: Receipt and review of the latest version of the contempt/show cause order; emails to and from all counsel regarding same. | 0.40 | $775.00 | $310.00 |
| 11/17/2023 | WK | 30-Litigation: Emails to and from D. Lipske regarding issues with the contempt/show cause order regarding Trustee's standing. | 0.40 | $775.00 | $310.00 |
| 11/17/2023 | WK | 30-Litigation: Telephone conference with M. Chaney regarding final version of stipulation. | 0.20 | $775.00 | $155.00 |
| 11/17/2023 | WK | 2-Asset Analysis and Recovery: Receipt and review of the Cinnabon franchise stipulation; discuss same with H. McIntyre. | 0.30 | $775.00 | $232.50 |
| 11/17/2023 | WK | 8-Employment Applications: Work on the fee consultant's application, declaration and order; emails and telephone conferences with L. Jones and Trustee | 1.00 | $775.00 | $775.00 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | regarding same. | | | |
| 11/20/2023 | WK | 30-Litigation: Status conference call with Lenders and co-counsel regarding Michigan and Wisconsin properties, discovery and real estate. | 0.60 | $775.00 | $465.00 |
| 11/20/2023 | WK | 30-Litigation: Emails to and from J. Watts and J. Boland regarding potential mediation with Judge Isgur. | 0.20 | $775.00 | $155.00 |
| 11/20/2023 | WK | 30-Litigation: Emails with J. Watts regarding lis pendens issues. | 0.20 | $775.00 | $155.00 |
| 11/22/2023 | WK | 11-Creditor Matters: Conference call with DIP Agent and Trustee counsel to discuss open legal issues and responsibilities for same and status of the Michigan and Wisconsin litigation. | 0.70 | $775.00 | $542.50 |
| 11/22/2023 | WK | 16-Asset Abandonment: Discuss abandonment of "cokes and smokes" and other inventory and properties in the individual stores and letting the DIP Group liquidate that property on their own. | 0.40 | $775.00 | $310.00 |
| 11/22/2023 | WK | 16-Asset Abandonment: Emails to and from J. Eiband regarding valuation of inventory to be abandoned. | 0.20 | $775.00 | $155.00 |
| 11/22/2023 | WK | 30-Litigation: Receipt and review the proposed earnest money stipulation with FTF Financial for return of funds on failed purchase; emails to and from P./ Barrett regarding same. | 0.40 | $775.00 | $310.00 |
| 11/22/2023 | WK | 32-Fee Applications: Emails to and from L. Jones and J. Elrod regarding payment of the fee examiners fees and expenses from cash collateral. | 0.30 | $775.00 | $232.50 |
| 11/22/2023 | WK | 32-Fee Applications: Work on the Application, Order, and 2 Declarations on the Fee Consultant application (.6); emails to and from L. Jones on same (.2). | 0.80 | $775.00 | $620.00 |
| 11/22/2023 | WK | 11-Creditor Matters: Receipt and review of the stipulation on the Mesa Valley lease (.2); emails to and from M. Burns authorizing filing of same (.1). | 0.30 | $775.00 | $232.50 |
| 11/27/2023 | HM | 23-Monthly Operating Reports: Confer with G. Juengling regarding status of monthly operating reports and bank statements. | 0.30 | $700.00 | $210.00 |
| 11/27/2023 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming proofs of claims. | 0.20 | $700.00 | $140.00 |
| 11/27/2023 | HM | 2-Asset Analysis and Recovery: Respond to inquiry regarding removal of non-debtor property from site. | 0.10 | $700.00 | $70.00 |
| 11/27/2023 | HM | 2-Asset Analysis and Recovery: Review and review PNC bank statements and coordinate downloading and distribution to accountant. | 0.30 | $700.00 | $210.00 |
| 11/27/2023 | HM | 2-Asset Analysis and Recovery: Follow up with stipulation regarding Cinnabon franchise agreement and circulate redlines (.2); receive and review authorization to file as revised and attention to filing | 0.40 | $700.00 | $280.00 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | same (.2). | | | |
| 11/27/2023 | HM | 2-Asset Analysis and Recovery: Team call with secured lender regarding open issues including carve out, abandonment of c-store contents, books and records issues and sale of real property. | 0.50 | $700.00 | $350.00 |
| 11/27/2023 | HM | 2-Asset Analysis and Recovery: Confer with Loomis regarding found cash in safes and request turnover to Trustee. | 0.20 | $700.00 | $140.00 |
| 11/27/2023 | HM | 18-Use of Cash Collateral: Work on counter proposal to carve out terms suggested by DIP Agent. | 0.30 | $700.00 | $210.00 |
| 11/27/2023 | HM | 2-Asset Analysis and Recovery: Receive and review further information provided by Fifth Third and analyze discrepancy between funds on hand as of date of conversion and amount turned over. | 0.80 | $700.00 | $560.00 |
| 11/27/2023 | HM | 2-Asset Analysis and Recovery: Respond to inquiry into de minimis asset sales and forward to consultant for c-store contents liquidation. | 0.10 | $700.00 | $70.00 |
| 11/28/2023 | HM | 2-Asset Analysis and Recovery: Review missing bank statement inventory and confer with accountant regarding same. | 0.20 | $700.00 | $140.00 |
| 11/28/2023 | HM | 2-Asset Analysis and Recovery: Analyze Fifth Third discrepancy between funds on hand and funds turned over and email accountant regarding same. | 0.10 | $700.00 | $70.00 |
| 11/28/2023 | HM | 2-Asset Analysis and Recovery: Work on abandonment of c store contents given ad valorem tax burdens. | 0.40 | $700.00 | $280.00 |
| 11/28/2023 | HM | 2-Asset Analysis and Recovery: Attend to PDI records request and confer with J. Wolfshohl regarding same. | 0.10 | $700.00 | $70.00 |
| 11/28/2023 | HM | 12-Relief from Stay Proceedings: Review SQRL and Schierl activities via automatic stay and court order to cease and desist. | 0.20 | $700.00 | $140.00 |
| 11/28/2023 | HM | 2-Asset Analysis and Recovery: Confer with auctioneer regarding status of real property sales. | 0.10 | $700.00 | $70.00 |
| 11/28/2023 | HM | 2-Asset Analysis and Recovery: Respond to commission payment request (.1); last paycheck claims (.1). | 0.20 | $700.00 | $140.00 |
| 11/28/2023 | HM | 7-Claims Administration, Analysis and Objections: Receive and review KCC claims filed in wrong case and address accordingly. | 0.20 | $700.00 | $140.00 |
| 11/28/2023 | HM | 2-Asset Analysis and Recovery: Receive and review multiple emails regarding Fam Fuel checks received by estate and investigation into ownership and possible return of payments. | 0.30 | $700.00 | $210.00 |
| 11/28/2023 | HM | 30-Litigation: Receive Wisconsin lis pendens draft and confer with R. Crowe regarding same. | 0.20 | $700.00 | $140.00 |

EXHIBIT A

| 11/28/2023 | HM | 18-Use of Cash Collateral: Receive and review invoice for title report and confirm authority to pay per order to operate and cash collateral budget and confer with Trustee regarding same. | 0.20 | $700.00 | $140.00 |
|---|---|---|---|---|---|
| 11/28/2023 | HM | 3-Asset Sales: Receive and review auction report and forward to DIP Agent. | 0.20 | $700.00 | $140.00 |
| 11/28/2023 | HM | 2-Asset Analysis and Recovery: Receive and review ownership and encumbrances report for 1745 Hwy 53 West owned by Debtor. | 0.10 | $700.00 | $70.00 |
| 11/28/2023 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming proofs of claims. | 0.20 | $700.00 | $140.00 |
| 11/28/2023 | HM | 2-Asset Analysis and Recovery: Receive and review Regions Bank's request for funds to provide bank statements and respond accordingly. | 0.20 | $700.00 | $140.00 |
| 11/28/2023 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Telephone conference with R. Woolley regarding pursuing chapter 5 causes of action. | 0.30 | $700.00 | $210.00 |
| 11/28/2023 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Review and revise proposed engagement letter for preference litigation special counsel (.2), confer with Trustee regarding same (.1) and email R. Woolley regarding revisions and negotiate contingency fee (.1). | 0.40 | $700.00 | $280.00 |
| 11/28/2023 | HM | 30-Litigation: Receive and review order setting scheduling conference in Wisconsin and Michigan adversary. | 0.20 | $700.00 | $140.00 |
| 11/28/2023 | RC | 16-Asset Abandonment: Series of emails from and to counsel for secured lender and brief review of information regarding liens asserted by taxing authorities (.2). Prepare notice of intent to abandon property at gas station and convenience store locations operated by Debtors (.7). | 0.90 | $625.00 | $562.50 |
| 11/28/2023 | WK | 11-Creditor Matters: Conference call with the GT and PH Teams and the Trustee to discuss upcoming events and matters that require action, including the Wisconsin /Michigan litigation, Exxon settlement, and fee consultant. | 0.80 | $775.00 | $620.00 |
| 11/28/2023 | WK | 16-Asset Abandonment: Meeting with Trustee and H. McIntyre regarding abandonment of certain assets. | 0.30 | $775.00 | $232.50 |
| 11/28/2023 | WK | 8-Employment Applications: Begin review of the proposed application to hire GT as special litigation counsel. | 0.40 | $775.00 | $310.00 |
| 11/28/2023 | WK | 8-Employment Applications: Receipt and review of the application to employ R. Woolley as special litigation counsel on preferences and fraudulent transfers. | 0.30 | $775.00 | $232.50 |
| 11/28/2023 | WK | 3-Asset Sales: Emails to and from C. Heaton, auctioneer, regarding storage of remnant assets and | 0.20 | $775.00 | $155.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | need to dispose of same. | | | |
| 11/28/2023 | WK | 2-Asset Analysis and Recovery: Emails and telephone conference regarding assets to be sold and also interest in purchase of owned real estate. | 0.40 | $775.00 | $310.00 |
| 11/29/2023 | HM | 2-Asset Analysis and Recovery: Confer with P. Davis with First Horizon regarding bank statements. | 0.20 | $700.00 | $140.00 |
| 11/29/2023 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Receive and review R. Woolley analysis of preferences and ranges and confer with R. Woolley regarding insider transactions for further chapter 5s. | 0.20 | $700.00 | $140.00 |
| 11/29/2023 | HM | 30-Litigation: Review two answers filed in Wisconsin and Michigan adversary. | 0.60 | $700.00 | $420.00 |
| 11/29/2023 | HM | 30-Litigation: Meet with Trustee to prepare and discuss options for settlement conference on Wisconsin and Michigan properties with Fidelity and MPO. | 0.50 | $700.00 | $350.00 |
| 11/29/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding signing bill of sale for North Carolina Monroe store and send to S. Polonsky for transfer of tanks. | 0.20 | $700.00 | $140.00 |
| 11/29/2023 | HM | 30-Litigation: Information mediation with Fidelity and MPO on Wisconsin and Michigan adversary. | 3.30 | $700.00 | $2,310.00 |
| 11/29/2023 | HM | 30-Litigation: Confer with Trustee regarding settlement and negotiations for resolution of Wisconsin and Michigan Adversary (.9) and telephone conference with S. Heyen regarding developments (.3). | 1.40 | $700.00 | $980.00 |
| 11/29/2023 | HM | 16-Asset Abandonment: Review and revise notice of abandonment of c-store contents. | 0.30 | $700.00 | $210.00 |
| 11/29/2023 | HM | 30-Litigation: Receive and review accounting of Schierl's capX expenditures and forward to J. Boland for MPO. | 0.30 | $700.00 | $210.00 |
| 11/29/2023 | HM | 2-Asset Analysis and Recovery: Review status of negotiations for selling real estate via auction (.2) and confer with J. Elrod regarding same (.1). | 0.30 | $700.00 | $210.00 |
| 11/29/2023 | HM | 23-Monthly Operating Reports: Confer with G. Juengling regarding status of multiple pending monthly operating reports and challenges in lack of information for August and September monthly operating reports. | 0.20 | $700.00 | $140.00 |
| 11/29/2023 | WK | 30-Litigation: Meeting with H. McIntyre and Trustee to prepare for settlement conference with Fidelity an MPO. | 0.50 | $775.00 | $387.50 |
| 11/29/2023 | WK | 30-Litigation: Attend settlement conference, including working lunch, to discuss parameters for settlement with Fidelity and MPO and discussions with the Trustee regarding same. | 4.50 | $775.00 | $3,487.50 |
| 11/29/2023 | WK | 30-Litigation: Telephone conference with S. Heyen to discuss settlement offer made to Fidelity and MPO. | 0.20 | $775.00 | $155.00 |

| 11/29/2023 | WK | 30-Litigation: Telephone conference with Trustee regarding Bank's position on settlement. | 0.20 | $775.00 | $155.00 |
|---|---|---|---|---|---|
| 11/29/2023 | WK | 30-Litigation: Emails to and from J. Boland regarding the SQRL management agreement and need to split between the Michigan/Wisconsin properties and other properties not involved in litigation. | 0.30 | $775.00 | $232.50 |
| 11/29/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from K. Perkins regarding stipulation and agreed order regarding earnest money on the Dutchess Terminals transaction and edit the stipulation accordingly. | 0.40 | $775.00 | $310.00 |
| 11/30/2023 | HM | 2-Asset Analysis and Recovery: Receive and review incoming CNR invoices and confer with J. Wolfshohl regarding reducing and whether within cash collateral budget. | 0.30 | $700.00 | $210.00 |
| 11/30/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding closing Fifth Third accounts (.1) and exchange emails with B. Doring regarding same and chapter 11 administrative claim (.4). | 0.50 | $700.00 | $350.00 |
| 11/30/2023 | HM | 2-Asset Analysis and Recovery: Exchange emails with Ernestine Keller Trust regarding requested information and check deposit. | 0.20 | $700.00 | $140.00 |
| 11/30/2023 | HM | 23-Monthly Operating Reports: Confer with G. Juengling regarding monthly operating report issues(.3) and review October monthly operating report and revise (.2). | 0.50 | $700.00 | $350.00 |
| 11/30/2023 | HM | 30-Litigation: Review confirmation of SQRL lease issue with Wisconsin and Michigan properties from J Boland. | 0.10 | $700.00 | $70.00 |
| 11/30/2023 | HM | 30-Litigation: Call with DIP Agent counsel regarding status of Wisconsin and Michigan properties and valuation considerations. | 0.70 | $700.00 | $490.00 |
| 11/30/2023 | WK | 30-Litigation: Conference call with Trustee and Bank counsel regarding settlement parameters on the Michigan/Wisconsin litigation. | 0.70 | $775.00 | $542.50 |
| 11/30/2023 | WK | 30-Litigation: Telephone conference with Trustee regarding settlement issues. | 0.30 | $775.00 | $232.50 |
| 11/30/2023 | WK | 16-Asset Abandonment: Receipt and review of draft of notice of abandonment for store inventory, etc.; discuss same with J. Wolfshohl and H. McIntyre. | 0.30 | $775.00 | $232.50 |
| 11/30/2023 | WK | 15-Insurance: Emails to and from B. Moore regarding lapse of cybercrime insurance and Trustee's decision not to renew. | 0.30 | $775.00 | $232.50 |
| 11/30/2023 | WK | 30-Litigation: Emails to and from J. Boland regarding settlement meeting and issues going forward on the Wisconsin/Michigan property litigation including separating the master lease with SQRL into two pieces; discuss same with H. McIntyre and Trustee. | 0.40 | $775.00 | $310.00 |

EXHIBIT A

| 11/30/2023 | WK | 30-Litigation: Multiple emails to and from J. Johnston and Trustee regarding the KASE 9019 hearing and underlying issues and evidence needed. | 0.50 | $775.00 | $387.50 |
| 11/30/2023 | WK | 30-Litigation: Review the 9019 KASE motion and being working on proffer for the Trustee. | 0.40 | $775.00 | $310.00 |
| 11/30/2023 | WK | 30-Litigation: Continue legal research on the 544 issues and constructive notice and equitable arguments. | 1.40 | $775.00 | $1,085.00 |

| | **Quantity Subtotal** | **124.0** |
| | **Services Subtotal** | **$89,107.50** |

## Expenses

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 11/09/2023 | DK | Copies: Mtn/Compromise (Kase Group) | 147.00 | $0.10 | $14.70 |
| Expense | 11/09/2023 | DK | Postage; Mtn/Compromise (Kase Group) | 21.00 | $0.87 | $18.27 |
| Expense | 11/14/2023 | LS | E108 Postage: Postage for HWA First Fee Notice. | 21.00 | $0.63 | $13.23 |
| Expense | 11/14/2023 | LS | E101 Copying: Copies for HWA First Fee Notice. | 168.00 | $0.20 | $33.60 |
| Expense | 11/17/2023 | LS | E108 Postage: Postage for HWA 2nd Fee Notice. | 23.00 | $0.63 | $14.49 |
| Expense | 11/17/2023 | LS | E101 Copying: Copies for HWA 2nd Fee Notice. | 207.00 | $0.20 | $41.40 |

| | **Expenses Subtotal** | **$135.69** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Rhonda Chandler | 0.9 | $625.00 | $562.50 |
| Wayne Kitchens | 61.0 | $775.00 | $47,275.00 |
| Heather McIntyre | 57.8 | $700.00 | $40,460.00 |
| Heather McIntyre | 0.7 | $0.00 | $0.00 |
| Kathy Conn | 0.5 | $225.00 | $112.50 |
| Abdiel Lopez-Castro | 3.1 | $225.00 | $697.50 |

| | **Quantity Total** | **124.0** |
| | **Subtotal** | **$89,243.19** |
| | **Total** | **$89,243.19** |

EXHIBIT A

EXHIBIT A

**Mountain Express Oil Company**

| Task Code and Timekeeper | Sum of Hours | Sum of Billable |
|---|---|---|
| Heather McIntyre | 0.9 | $630.00 |
| **1-General Administration Total** | **0.9** | **$630.00** |
| | | |
| Abdiel Lopez-Castro | 0.2 | $45.00 |
| Heather McIntyre | 21.5 | $15,050.00 |
| Kathy Conn | 0.5 | $112.50 |
| Wayne Kitchens | 5.5 | $4,262.50 |
| **2-Asset Analysis and Recovery Total** | **27.7** | **$19,470.00** |
| | | |
| Heather McIntyre | 0.3 | $210.00 |
| Wayne Kitchens | 1.5 | $1,162.50 |
| **3-Asset Sales Total** | **1.8** | **$1,372.50** |
| | | |
| Heather McIntyre | 0.9 | $630.00 |
| Wayne Kitchens | 0.5 | $387.50 |
| **4-Chapter 5 Avoidance Action Investigation and Litigation Total** | **1.4** | **$1,017.50** |
| | | |
| Heather McIntyre | 0.2 | $140.00 |
| **5-Tax Matters Total** | **0.2** | **$140.00** |
| | | |
| Heather McIntyre | 0.8 | $560.00 |
| **7-Claims Administration, Analysis and Objections Total** | **0.8** | **$560.00** |
| | | |
| Heather McIntyre | 0.4 | $280.00 |
| Wayne Kitchens | 3.2 | $2,480.00 |
| **8-Employment Applications Total** | **3.6** | **$2,760.00** |
| | | |
| Heather McIntyre | 0.2 | $140.00 |
| Wayne Kitchens | 3.5 | $2,712.50 |
| **11-Creditor Matters Total** | **3.7** | **$2,852.50** |
| | | |
| Heather McIntyre | 11.1 | $7,770.00 |
| Wayne Kitchens | 0.8 | $620.00 |
| **12-Relief from Stay Proceedings Total** | **11.9** | **$8,390.00** |
| | | |
| Heather McIntyre | 0.3 | $210.00 |
| Wayne Kitchens | 0.7 | $542.50 |
| **15-Insurance Total** | **1** | **$752.50** |

| | | |
|---|---:|---:|
| Heather McIntyre | 0.3 | $210.00 |
| Rhonda Chandler | 0.9 | $562.50 |
| Wayne Kitchens | 1.2 | $930.00 |
| **16-Asset Abandonment Total** | **2.4** | **$1,702.50** |
| | | |
| Heather McIntyre | 2 | $1,400.00 |
| **18-Use of Cash Collateral Total** | **2** | **$1,400.00** |
| | | |
| Wayne Kitchens | 0.4 | $310.00 |
| **21-Landlords Total** | **0.4** | **$310.00** |
| | | |
| Heather McIntyre | 1.9 | $1,330.00 |
| **23-Monthly Operating Reports Total** | **1.9** | **$1,330.00** |
| | | |
| Heather McIntyre | 13.2 | $9,240.00 |
| Wayne Kitchens | 37 | $28,675.00 |
| **30-Litigation Total** | **50.2** | **$37,915.00** |
| | | |
| Abdiel Lopez-Castro | 2.9 | $652.50 |
| Heather McIntyre | 4.5 | $2,660.00 |
| Wayne Kitchens | 6.7 | $5,192.50 |
| **32-Fee Applications Total** | **14.1** | **$8,505.00** |
| | | |
| **Grand Total** | **124** | **$89,107.50** |