United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, et al.,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 23-90147 (EVR)<br><br>(Jointly Administered) |

**STIPULATION REGARDING EXTENSION OF SCHEDULING DEADLINES AND RESCHEDULING OF HEARING IN CONNECTION WITH CHAPTER 11 FINAL FEE APPLICATIONS AND RESERVE DISTRIBUTION MOTION**

**[Related to Docket No. 1632]**

**WHEREAS**, on October 3, 2023, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), former counsel to the above captioned Debtors (the "Debtors"), filed the *Motion of Former Counsel for the Debtors for Entry of an Order Authorizing the Payment of Estate Professionals' Fees Pursuant to Final DIP Order and Professional Fee Order* [Docket No. 1519] (the "Reserve Distribution Motion").

**WHEREAS**, on November 1, 2023, the Court approved and ordered the *Stipulation Regarding Scheduling Deadlines and Hearing in Connection with Chapter 11 Final Fee Applications and Reserve Distribution Motion* [Docket No. 1632] (the "Scheduling Order"), which established certain deadlines and scheduled a hearing.

---

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained for a fee at the Court's website at http://ecf.txsb.uscourts.gov. A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in the chapter 11 cases was 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

SF 4883-8750-1979.2 58614.002

**WEHREAS**, on November 13, 2023, McDermott Will & Emery LLP ("MWE") and Province, Inc. ("Province") each filed their Final Fee Applications [Docket Nos. 1710 and 1711, respectively].

**WHEREAS**, on November 15, 2023, Akerman LLP ("Akerman"), Lugenbuhl, Wheaton, Peck, Rankin & Hubbard ("Lugenbuhl"), PSZJ, Raymond James & Associates, Inc. ("RJA"), FTI Consulting, Inc. ("FTI"), and Axinn, Veltrop & Harkrider LLP ("Axinn") each filed their Final Fee Applications (defined below) [Docket Nos. 1718[2], 1720, 1721, 1722, 1724 and 1725, respectively].

**WHEREAS**, pursuant to the Scheduling Order, November 15, 2023 was the deadline to file the Final Fee Applications and January 15, 2024 is the current deadline to file (a) objections to any of the Final Fee Applications and (b) any supplemental objection to the Reserve Distribution Motion.

**WHEREAS**, for the benefit of the Court and the Chapter 7 Trustee, and the efficient administration of these estates, each of the undersigned professionals: (i) PSZJ, (ii) FTI, (iii) RJA, (iv) Akerman, (v) Axinn, (vi) Lugenbuhl, (vii) MWE, and (viii) Province have agreed with the Trustee and First Horizon Bank, as Administrative Agent, to an extension of the deadlines and hearing in the Scheduling Order (this "Stipulation") set forth below for the timing and hearing for each of their final fee applications (the "Final Fee Applications") and for consideration of the Reserve Distribution Motion.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

---

[2] Docket No. 1718 is Akerman's *Amended* Final Fee Application, amended Docket No. 1533 filed on October 9, 2023.

1. The above recitals are incorporated by reference herein with the same force and effect as if fully set forth hereinafter.

2. The deadline to file (a) objections to any of the Final Fee Applications and (b) any supplemental objection to the Reserve Distribution Motion for the Trustee and First Horizon Bank only shall be February 29, 2024 (the "Objection Deadline").

3. The deadline to file replies to any objections to the Final Fee Applications or the Reserve Distribution Motion shall be ~~fifteen (15) days following expiration of the Objection Deadline~~ March 1, 2024.

4. A hearing on the Final Fee Applications originally set for February 15, 2024 at 9:00 a.m. CST shall be held on  March 29 , 2024, electronically via gotomeeting, at  9:00   a .m., CST.

5. This Stipulation may be executed by electronic means and the printed product of such shall constitute an original of this Stipulation.

6. Notwithstanding anything in the Bankruptcy Code or the Bankruptcy Rules to the contrary, this Stipulation shall be effective immediately upon Bankruptcy Court approval thereof.

7. The Bankruptcy Court shall have exclusive jurisdiction and power regarding the implementation, interpretation, and enforcement of this Stipulation.

Signed: January 16, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**AGREED AS TO FORM AND CONTENT:**

Dated: January 15, 2024

/**s**/ *Jeffrey W. Dulberg (with permission)*
**PACHULSKI STANG ZIEHL & JONES LLP**
Michael D. Warner (TX Bar No. 00792304)
Steven W. Golden (TX Bar No. 24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com
sgolden@pszjlaw.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Jeffrey W. Dulberg (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 981-6910
Facsimile: (310) 201-0760
jpomerantz@pszjlaw.com
jdulberg@pszjlaw.com

*Former Counsel to the Debtors*

/**s**/ *Shari L. Heyen (with permission)*
**GREENBERG TRAURIG, LLP**
Shari L. Heyen Texas Bar No. 09564750
1000 Louisiana St., Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3564
Facsimile: (713) 374-3505
Shari.Heyen@gtlaw.com

-and-

John D. Elrod (admitted *pro hac vice*)
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
ElrodJ@gtlaw.com

*Counsel for First Horizon Bank, as Administrative Agent and DIP Agent*

/**s**/ *Benjamin W. Kadden (with permission)*
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
Benjamin W. Kadden (TX 24077542)
Coleman L. Torrans (*Pro Hac Vice*)
601 Poydras St., 27th Floor
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
bkadden@lawla.com
ctorrans@lawla.com

*Former Special Litigation Counsel to the Debtors*

/**s**/ *Jeny M. Maier (with permission)*
**AXINN, VELTROP & HARKRIDER LLP**
Jeny M. Maier
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 469-3523
Facsimile: (202) 912-4701
jmaier@axinn.com

*Former Special Antitrust Counsel to the Debtors*

| | |
|---|---|
| /s/ *Michael Healy (with permission)* | /s/ *Geoffrey Richards (with permission)* |
| **FTI CONSULTING, INC.** | **RAYMOND JAMES & ASSOCIATES, INC.** |
| Michael Healy | Geoffrey Richards |
| Senior Managing Director | 880 Carillon Parkway |
| 1166 Avenue of the Americas | St. Petersburg, FL 33716 |
| 15th Floor | Telephone: (757) 567-1000 |
| New York, New York 10036 | geoffrey.richards@raymondjames.com |
| Telephone: (212) 247-1010 | |
| | *Former Investment Banker to the Debtors* |
| *Former Chief Restructuring Officer to the Debtors* | |

| | |
|---|---|
| /s/ *Charles R. Gibbs (with permission)* | /s/ *Adam Rosen (with permission)* |
| **MCDERMOTT WILL & EMERY LLP** | **PROVINCE, LLC** |
| Charles R. Gibbs (Texas Bar No. 7846300) | Adam Rosen, Principal |
| Marcus A. Helt (Texas Bar No. 24052187) | 2360 Corporate Circle, Suite 340 |
| Jane A. Gerber (Texas Bar No. 24092416) | Henderson, NV 89074 |
| 2501 North Harwood Street, Suite 1900 | Telephone: (702) 685-5555 |
| Dallas, Texas 75201-1664 | arosen@provincefirm.com |
| Telephone: (214) 295-8000 | |
| Facsimile: (972) 232-3098 | *Former Financial Advisor to the Official Committee of Unsecured Creditors* |
| crgibbs@mwe.com | |
| mhelt@mwe.com | |
| jagerber@mwe.com | |

-and-

Maris J. Kandestin (admitted *pro hac vice*)
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711
mkandestin@mwe.com

*Former Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| */s/ R. Adam Swick (with permission)* | */s/ Heather Heath McIntyre (with permission)* |
| **AKERMAN LLP** | **HUGHESWATTERSASKANASE, LLP** |
| R. Adam Swick | Wayne Kitchens TBN 11541110 |
| 2001 Ross Avenue, Suite 3600 | Heather Heath McIntyre TBN 24041076 |
| Dallas, TX 75201 | Total Plaza |
| Telephone: (214) 720-4300 | 1201 Louisiana, 28th Floor |
| Facsimile: (214) 981-9339 | Houston, TX 77002 |
| adam.swick@akerman.com | Telephone: (713) 759-0818 |
| | Facsimile: (713) 759-6834 |
| *Special Environmental Counsel to the Debtors* | wkitchens@hwa.com |
| | hmcintyre@hwa.com |
| | |
| | *Attorneys for Janet S. Northrup, Chapter 7 Trustee* |