

# INVOICE

Invoice # 9149
Date: 01/23/2024
Due Upon Receipt

1201 Louisiana, 28th Floor
Houston, Texas 77002
United States
Phone: 713-759-0818
Fax: 713-759-6834

Janet Northrup (HWA Attorney for Trustee)

## 2023-02460-Mountain Express Oil Company (Attorney for Trustee)

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 11/21/2023 | WK | 30-Litigation: Receipt and review of the Stipulation and Agreed Order Lifting Stay on the Murdock insurance ligation (.2); emails to and from A. Surinak regarding same (.2). | 0.40 | $775.00 | $310.00 |
| 11/21/2023 | WK | 32-Fee Applications: Prepare order approving the application to retain fee examiner (.4) and revisions to motion and both declarations regarding same (.6); emails to and from L. Jones regarding same (.2). | 1.20 | $775.00 | $930.00 |
| 11/21/2023 | WK | 2-Asset Analysis and Recovery: Review multiple documents including purchase and sale agreements relating to certain Wisconsin and Colorado properties that are incapable of being sold and require escrowed funds to be returned. | 1.20 | $775.00 | $930.00 |
| 12/01/2023 | HM | 16-Asset Abandonment: Circulate notice of abandonment of c-store contents to DIP Agent for comment. | 0.10 | $700.00 | $70.00 |
| 12/01/2023 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Review revisions to application to employ GT on litigation against insiders (.2) and confer with R. Wooley regarding differentiation for non-insider preference litigation (.1). | 0.30 | $700.00 | $210.00 |
| 12/01/2023 | HM | 30-Litigation: Review draft stipulation and order appointing Judge Isgur as mediator in Wisconsin and Michigan Adversary (.1) and confer with DIP Agent for comment (.1). | 0.20 | $700.00 | $140.00 |
| 12/01/2023 | HM | 32-Fee Applications: Prepare Trustee fee statement for October 2023. | 0.20 | $700.00 | $140.00 |

EXHIBIT A

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2023 | HM | 30-Litigation: Telephone conference with W. Kitchens regarding ongoing Wisconsin and Michigan negotiations and valuations. | 0.30 | $700.00 | $210.00 |
| 12/01/2023 | HM | 23-Monthly Operating Reports: Confer with S. Henderson regarding disbursements account for August and September monthly operating reports. | 0.20 | $700.00 | $140.00 |
| 12/01/2023 | HM | 3-Asset Sales: Confer with K. Toney regarding status of real property auction. | 0.20 | $700.00 | $140.00 |
| 12/01/2023 | HM | 2-Asset Analysis and Recovery: Telephone conference with G. Juengling regarding reconciliation of Fifth Third turnover amount versus cash on hand on date of conversion. | 0.20 | $700.00 | $140.00 |
| 12/01/2023 | WK | 30-Litigation: Emails to and from J. Boland regarding upcoming mediation. | 0.20 | $775.00 | $155.00 |
| 12/01/2023 | WK | 30-Litigation: Receipt and review of the mediation stipulation and agreed order; discuss same with Trustee. | 0.30 | $775.00 | $232.50 |
| 12/01/2023 | WK | 1-General Administration: Correspondence to and from B. Moore with JenCap Insurance regarding data breach coverage and decision to let it lapse. | 0.30 | $775.00 | $232.50 |
| 12/01/2023 | WK | 1-General Administration: Review data breach insurance policy; discuss same with Trustee. | 0.30 | $775.00 | $232.50 |
| 12/04/2023 | HM | 2-Asset Analysis and Recovery: Receive and review multiple bank statements and exchange email with Regions Bank regarding provisions of further bank statements. | 0.30 | $700.00 | $210.00 |
| 12/04/2023 | HM | 2-Asset Analysis and Recovery: Receive and review multiple bank statements. | 0.20 | $700.00 | $140.00 |
| 12/04/2023 | HM | 30-Litigation: Telephone conference with Walter Brock and Dawn Dillon regarding consent to withdrawal in North Carolina case. | 0.20 | $700.00 | $140.00 |
| 12/04/2023 | HM | 30-Litigation: Receive and review MPO's suggested appraisers (.1), confer with Trustee regarding same (.1) and forward to DIP Agent counsel for review (.1). | 0.30 | $700.00 | $210.00 |
| 12/04/2023 | HM | 30-Litigation: Review withdrawal motion (.1) and confer with Trustee (.1) and respond to Dawn Dillon accordingly (.1). | 0.30 | $700.00 | $210.00 |
| 12/04/2023 | HM | 8-Employment Applications: Receive and review revised engagement letter from MRW (.1), confer with R. Woolley regarding same (.1) and confer with lenders regarding same (.1). | 0.30 | $700.00 | $210.00 |
| 12/04/2023 | HM | 3-Asset Sales: Confer with B. Singh regarding $1500 for de minimis sale and abandonment issues. | 0.20 | $700.00 | $140.00 |
| 12/04/2023 | HM | 2-Asset Analysis and Recovery: Confer with J. Wolfshohl regarding Adelphi Transport request from | 0.10 | $700.00 | $70.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | CNR. | | | |
| 12/04/2023 | WK | 30-Litigation: Emails to and from A. Crouch regarding appraisals on the test properties in Wisconsin to try to arrive at a fair market value. | 0.30 | $775.00 | $232.50 |
| 12/04/2023 | WK | 30-Litigation: Review appraisers bios and qualification; discuss same with Bank Team, H. McIntyre and Trustee. | 0.60 | $775.00 | $465.00 |
| 12/05/2023 | WK | 7-Claims Administration, Analysis and Objections: Emails to and from P. Barrett regarding release of earnest money on failed real estate sale and need for stipulation and agreed order on same. | 0.30 | $775.00 | $232.50 |
| 12/05/2023 | HM | 30-Litigation: Review further revised withdrawal motion for NC action (.1); revise same (.1) and confer with Trustee and return signed version (.1). | 0.30 | $700.00 | $210.00 |
| 12/05/2023 | HM | 2-Asset Analysis and Recovery: Zoom with DIP Agent counsel and Trustee team regarding open issues and case management including real estate auction, fuel receipts, hiring special counsel for litigation, cash collateral and books and records. | 0.80 | $700.00 | $560.00 |
| 12/05/2023 | HM | 32-Fee Applications: Review and edit time for accountant invoice for forthcoming October fee statement. | 0.30 | $700.00 | $210.00 |
| 12/05/2023 | HM | 23-Monthly Operating Reports: Confer with G. Juengling regarding status of monthly operating reports. | 0.20 | $700.00 | $140.00 |
| 12/05/2023 | HM | 30-Litigation: Check on status of Wisconsin and Michigan lis pendens. | 0.10 | $700.00 | $70.00 |
| 12/05/2023 | HM | 30-Litigation: Confer with Richard Crowe regarding Wisconsin lis pendens (.1) and email J. Watts for Michigan lis pendens (.1). | 0.20 | $700.00 | $140.00 |
| 12/05/2023 | HM | 30-Litigation: Receive and review order appointing Isgur and mediator and information regarding pre-mediation settlement conference (.1) and confer with Trustee regarding same (.1). | 0.20 | $700.00 | $140.00 |
| 12/05/2023 | WK | 1-General Administration: Status call with GT Team and Trustee to discuss what is needed for upcoming mediation, litigation issues and property of the Estate issues. | 0.50 | $775.00 | $387.50 |
| 12/06/2023 | WK | 32-Fee Applications: No Charge - Attend hearing on Porter and Hedges and Hughes Watters Askanase Chapter 11 fee applications. | 0.30 | $0.00 | $0.00 |
| 12/06/2023 | HM | 2-Asset Analysis and Recovery: Respond to request for PDI data. | 0.10 | $700.00 | $70.00 |
| 12/06/2023 | HM | 3-Asset Sales: Work on motion to sell real property via auction with Tranzon. | 0.30 | $700.00 | $210.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/2023 | HM | 32-Fee Applications: Work on invoice for HWA November fee statement. | 0.90 | $700.00 | $630.00 |
| 12/06/2023 | HM | 2-Asset Analysis and Recovery: Receive and review emails regarding Wells Fargo request regarding authorization for $112K in funds and confer with G. Juengling regarding same. | 0.30 | $700.00 | $210.00 |
| 12/06/2023 | HM | 2-Asset Analysis and Recovery: Receive and review request for information from Pilot attorney (.1) and forward to J. Eiband for response (.1). | 0.20 | $700.00 | $140.00 |
| 12/06/2023 | HM | 30-Litigation: Receive and review further redlines to stipulation and agreed order regarding lis pendens on Wisconsin and Michigan properties (.2) and confer with R. Crowe regarding same (.1). | 0.30 | $700.00 | $210.00 |
| 12/06/2023 | WK | 30-Litigation: Prepare Trustee's proffer for 9019 hearing on KASE matter. | 0.40 | $775.00 | $310.00 |
| 12/06/2023 | WK | 30-Litigation: Prepare for and attend 9019 hearing on KASE matter and review all pertinent pleadings on same. | 0.50 | $775.00 | $387.50 |
| 12/06/2023 | WK | 30-Litigation: Telephone conference and email with J. Johnston regarding 9019 hearing on KASE matter. | 0.30 | $775.00 | $232.50 |
| 12/06/2023 | WK | 30-Litigation: Review the final versions of the Wisconsin and Michigan lis pendens and confer with GT Team and H. McIntyre regarding same. | 0.40 | $775.00 | $310.00 |
| 12/06/2023 | WK | 7-Claims Administration, Analysis and Objections: Emails and telephone conference with Tim Walsh regarding release of escrowed funds regarding ANK Realty. | 0.30 | $775.00 | $232.50 |
| 12/07/2023 | HM | 2-Asset Analysis and Recovery: Receive and review update on CNR and ongoing costs for books and records retention. | 0.20 | $700.00 | $140.00 |
| 12/07/2023 | HM | 8-Employment Applications: Incorporate further revisions into application to employ GT as litigation counsel and circulate. | 0.20 | $700.00 | $140.00 |
| 12/07/2023 | HM | 30-Litigation: Confer with J. Watts for Fidelity regarding lis pendens and stipulation and order regarding same. | 0.20 | $700.00 | $140.00 |
| 12/07/2023 | HM | 30-Litigation: Work on 26f report in Wisconsin and Michigan adversary. | 0.20 | $700.00 | $140.00 |
| 12/07/2023 | HM | 2-Asset Analysis and Recovery: Receive and review follow up on search for authorization to tap Wells Fargo account. | 0.10 | $700.00 | $70.00 |
| 12/07/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from J. Wolfshohl and B. Ruzinsky regarding monies owed by Exxon Mobil. | 0.20 | $775.00 | $155.00 |
| 12/07/2023 | WK | 30-Litigation: Research on Wisconsin law on notice and deeds. | 1.30 | $775.00 | $1,007.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/2023 | WK | 30-Litigation: Meeting with H. McIntyre regarding filing of lis pendens on the Wisconsin and Michigan properties and review forms of same. | 0.40 | $775.00 | $310.00 |
| 12/07/2023 | WK | 8-Employment Applications: Receipt and review of the proposed Application to employ GT as special counsel; discuss same with Trustee and H. McIntyre. | 0.50 | $775.00 | $387.50 |
| 12/07/2023 | WK | 1-General Administration: Multiple emails to and from D. Lipke regarding Shierl, SQRL, MPO and issues with the transition services agreement and discuss same with GT Team and Trustee. | 0.60 | $775.00 | $465.00 |
| 12/07/2023 | WK | 16-Asset Abandonment: Emails to and from J. Johnston and G. Gronholm regarding decision on whether or not to renew certain trademarks discuss same with Trustee (decision not to renew). | 0.40 | $775.00 | $310.00 |
| 12/07/2023 | WK | 11-Creditor Matters: Review Pacific Pride's motion for payment of administrative expenses and discuss same regarding cash collateral usage or unsecured claim and discuss same with S. Heyen . | 0.30 | $775.00 | $232.50 |
| 12/08/2023 | HM | 7-Claims Administration, Analysis and Objections: Exchange emails with possible chapter 11 administrative claimant regarding possible stipulation and order as to claim. | 0.10 | $700.00 | $70.00 |
| 12/08/2023 | HM | 8-Employment Applications: Review further revisions to application to employ GT as special counsel (.1); telephone conference with J, Elrod regarding same (.1) and confirm with trustee (.1). | 0.30 | $700.00 | $210.00 |
| 12/08/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee and counsel regarding landlord proposition as to 2 underground storage tanks given abandonment and environmental issues. | 0.20 | $700.00 | $140.00 |
| 12/08/2023 | HM | 2-Asset Analysis and Recovery: Confer with J. Elrod regarding Wells Fargo request for authorization from Debtor's records regarding pre-petition transaction. | 0.10 | $700.00 | $70.00 |
| 12/08/2023 | HM | 32-Fee Applications: Work on HWA November fee statement. | 0.30 | $700.00 | $210.00 |
| 12/08/2023 | RC | 3-Asset Sales: Series of emails from and to counsel for secured lenders and auctioneer regarding method to liquidate real estate (.1). Begin review of title reports on properties to be considered for auction, and prepare recap to trustee on three properties (1.4). | 1.50 | $625.00 | $937.50 |
| 12/08/2023 | WK | 2-Asset Analysis and Recovery: Review email from B. Ruzinksy with breakdown of amounts owed by Exxon Mobil; discuss same with J. Wolfshohl and Trustee. | 0.40 | $775.00 | $310.00 |
| 12/08/2023 | WK | 32-Fee Applications: Edit and finalize HWA third fee statement. | 0.40 | $775.00 | $310.00 |
| 12/11/2023 | HM | 2-Asset Analysis and Recovery: Status call with lender regarding open issues. | 0.40 | $700.00 | $280.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/2023 | HM | 32-Fee Applications: Attention to filing HWA November fee statement. | 0.10 | $700.00 | $70.00 |
| 12/11/2023 | HM | 8-Employment Applications: Finalize and file application to employ Greenberg Traurig as special counsel. | 0.40 | $700.00 | $280.00 |
| 12/11/2023 | HM | 2-Asset Analysis and Recovery: Confer with J. Calderin regarding storage tanks and non-opposition to landlord proposal. | 0.20 | $700.00 | $140.00 |
| 12/11/2023 | HM | 11-Creditor Matters: Respond to general creditor inquiry. | 0.10 | $700.00 | $70.00 |
| 12/11/2023 | HM | 3-Asset Sales: Work on issues related to sale of real property. | 0.30 | $700.00 | $210.00 |
| 12/11/2023 | HM | 18-Use of Cash Collateral: Confer with DIP Agent counsel on carve out. | 0.10 | $700.00 | $70.00 |
| 12/11/2023 | HM | 2-Asset Analysis and Recovery: Respond to interested buyer inquiry. | 0.10 | $700.00 | $70.00 |
| 12/11/2023 | HM | 30-Litigation: Receive and review order regarding-setting scheduling conference (.1), prepare and file certificate of service for same (.1) and re-calendar deadlines for 26f report (.1). | 0.30 | $700.00 | $210.00 |
| 12/11/2023 | HM | 8-Employment Applications: Work on application to employ McCloskey Robertson Woolley for non-insider preference litigation. | 0.10 | $700.00 | $70.00 |
| 12/11/2023 | HM | 23-Monthly Operating Reports: Receive and review September and October bank statements form First Horizon necessary for monthly operating reports. | 0.10 | $700.00 | $70.00 |
| 12/11/2023 | HM | 23-Monthly Operating Reports: Zoom with G. Juengling to review chapter 11 monthly operating report and August chapter 7 monthly operating report. | 0.60 | $700.00 | $420.00 |
| 12/11/2023 | WK | 11-Creditor Matters: Status conference call with DIP Agent team regarding pending litigation, Shierl issues, KASE settlement, Exxon settlement, possible interim distribution, appraiser. | 0.50 | $775.00 | $387.50 |
| 12/11/2023 | RC | 3-Asset Sales: Review list of owned and non-owned properties (.1). Series of emails regardng liens on six properties proposed to be auctioned (.2). Continue review of title reports and recorded documents on two properties, and prepare reports to trustee regarding same (1.9). Review proposed terms of carve-out (.1). | 2.30 | $625.00 | $1,437.50 |
| 12/12/2023 | HM | 8-Employment Applications: Confer with R. Woolley regarding application to employ MRW for non-insider preferences. | 0.10 | $700.00 | $70.00 |
| 12/12/2023 | HM | 30-Litigation: Receive and review further legal analysis related to Wisconsin and Michigan transfer of properties. | 0.10 | $700.00 | $70.00 |
| 12/12/2023 | HM | 23-Monthly Operating Reports: Review chapter 11 | 0.40 | $700.00 | $280.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | monthly operating report and August chapter 7 monthly operating report and confer with Trustee regarding same. | | | |
| 12/12/2023 | HM | 7-Claims Administration, Analysis and Objections: Respond to administrative claimant inquiry regarding outlook and possible stipulation and order. | 0.10 | $700.00 | $70.00 |
| 12/12/2023 | HM | 32-Fee Applications: Work on Trustee fee statement for August/September. | 0.10 | $700.00 | $70.00 |
| 12/12/2023 | HM | 30-Litigation: Email defendants counsel regarding status of stipulation and order regarding lis pendens. | 0.10 | $700.00 | $70.00 |
| 12/12/2023 | HM | 23-Monthly Operating Reports: Telephone conference with G. Juengling regarding monthly operating report issues and further information needed (.3); and confer with S. Henderson, former controller regarding same (.1). | 0.40 | $700.00 | $280.00 |
| 12/12/2023 | WK | 30-Litigation: Emails to and from J. Johnston and meeting with Trustee regarding settlement of the KASE matter and authorization to pay special counsel's legal fees. | 0.20 | $775.00 | $155.00 |
| 12/12/2023 | WK | 30-Litigation: Emails to and from J. Watts and J. Boland regarding property status stipulation and lis pendens; discuss same with H. McIntyre. | 0.30 | $775.00 | $232.50 |
| 12/12/2023 | WK | 30-Litigation: Multiple emails to and from D. Lipke regarding status on Schierl and SQWRL and mediation. | 0.30 | $775.00 | $232.50 |
| 12/12/2023 | WK | 1-General Administration: Meeting with Trustee and H. McIntyre to discuss the PDI status and inability to get certain data and emails, and need to negotiate the fees they are requesting. | 0.30 | $775.00 | $232.50 |
| 12/12/2023 | WK | 16-Asset Abandonment: Emails to and from B. Ruzinsky et al regarding Notice of No Distribution and error regarding same. | 0.30 | $775.00 | $232.50 |
| 12/12/2023 | WK | 2-Asset Analysis and Recovery: Emails and telephone conference with N. Lansing regarding corrective deed needed in connection with Louisiana sale of property. | 0.40 | $775.00 | $310.00 |
| 12/13/2023 | HM | 23-Monthly Operating Reports: Confer with Trustee regarding possible work around on September monthly operating report. | 0.30 | $700.00 | $210.00 |
| 12/13/2023 | HM | 23-Monthly Operating Reports: Search for documents needed for September monthly operating report. | 0.20 | $700.00 | $140.00 |
| 12/13/2023 | HM | 7-Claims Administration, Analysis and Objections: Review and revise draft stipulation and order regarding chapter 11 administrative expenses for Fifth Third Bank and circulate. | 0.50 | $700.00 | $350.00 |
| 12/13/2023 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding incoming checks to be deposited and investigated. | 0.20 | $700.00 | $140.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/2023 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple secured and priority claims filed by taxing authorities. | 0.40 | $700.00 | $280.00 |
| 12/13/2023 | HM | 30-Litigation: Receive and review draft Directors and Officers notice of claim. | 0.20 | $700.00 | $140.00 |
| 12/13/2023 | HM | 23-Monthly Operating Reports: Investigate missing bank statement necessary for September 2023 monthly operating report. | 0.20 | $700.00 | $140.00 |
| 12/13/2023 | HM | 32-Fee Applications: Work on Trustee fee statements for August, September and October. | 0.80 | $700.00 | $560.00 |
| 12/13/2023 | HM | 30-Litigation: Calculate answer deadline in Wisconsin and Michigan adversary for counterclaims. | 0.10 | $700.00 | $70.00 |
| 12/13/2023 | WK | 30-Litigation: Emails and telephone conferences with J. Johnston regarding Mountain Express versus Ahluwalia and Gupta case still pending, and issues of settlement and discovery responses | 0.50 | $775.00 | $387.50 |
| 12/13/2023 | WK | 30-Litigation: Review notice to Frady, Turjo and Shreiker regarding records; discuss same with J. Elrod. | 1.30 | $775.00 | $1,007.50 |
| 12/13/2023 | WK | 30-Litigation: Continue review of case law on the Wisconsin and Michigan property dispute. | 1.30 | $775.00 | $1,007.50 |
| 12/13/2023 | WK | 23-Monthly Operating Reports: Review several months of MOR's prepared by the new accountants; discuss same with H. McIntyre and Trustee. | 0.40 | $775.00 | $310.00 |
| 12/14/2023 | HM | 23-Monthly Operating Reports: Receive and review revised August and September monthly operating reports and attention to filing amended August monthly operating reports. | 0.50 | $700.00 | $350.00 |
| 12/14/2023 | HM | 32-Fee Applications: Continue to prepare Trustee's August, September and October fee statements. | 0.40 | $700.00 | $280.00 |
| 12/14/2023 | HM | 23-Monthly Operating Reports: Multiple telephone conferences with G. Juengling regarding revised monthly operating reports. | 0.90 | $700.00 | $630.00 |
| 12/14/2023 | WK | 30-Litigation: Receipt and review of the counterclaims in the MEX/MPO litigation; discuss same with J. Elrod and H. McIntyre. | 0.80 | $775.00 | $620.00 |
| 12/14/2023 | WK | 30-Litigation: Emails to and from D. Lipke regarding notice of no distribution and withdrawal of same. | 0.20 | $775.00 | $155.00 |
| 12/14/2023 | WK | 2-Asset Analysis and Recovery: Review the various bonds and notice of default; emails to and from J. Wolfshohl, H. McIntyre and Trustee | 0.40 | $775.00 | $310.00 |
| 12/15/2023 | HM | 23-Monthly Operating Reports: Review and revise revised September monthly operating report. | 0.30 | $700.00 | $210.00 |
| 12/15/2023 | HM | 23-Monthly Operating Reports: Telephone conference with G. Juengling regarding revised September monthly | 0.30 | $700.00 | $210.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | operating report. | | | |
| 12/15/2023 | HM | 32-Fee Applications: Revise August/September Trustee fee statement. | 0.30 | $700.00 | $210.00 |
| 12/15/2023 | HM | 30-Litigation: Receive and review draft answers to counterclaims in Wisconsin and Michigan adversary. | 0.90 | $700.00 | $630.00 |
| 12/15/2023 | HM | 2-Asset Analysis and Recovery: Receive and review State of Alabama inquiry regarding bonds (.1) and confer with Trustee regarding same (.1). | 0.20 | $700.00 | $140.00 |
| 12/15/2023 | HM | 32-Fee Applications: Begin HWA first interim fee application. | 0.10 | $700.00 | $70.00 |
| 12/17/2023 | RC | 32-Fee Applications: Review first three monthly fee statements by HWA as counsel for Chapter 7 trustee (.4), review court's procedures for form of fee app cover sheet (.3), set up spreadsheet for calculations required by court (.4), and begin drafting first interim fee app (2.4). | 3.50 | $625.00 | $2,187.50 |
| 12/18/2023 | HM | 2-Asset Analysis and Recovery: Call with DIP agent counsel regarding open issues including carve out, cash collateral, mediation, ongoing litigation. | 0.70 | $700.00 | $490.00 |
| 12/18/2023 | HM | 30-Litigation: Leave voice mails for James Watts and Jason Boland regarding status of lis pendens stipulation and agreed order. | 0.20 | $700.00 | $140.00 |
| 12/18/2023 | HM | 30-Litigation: Review revised answer to MPO counterclaims and attention to filing same (.2); Review revised answer to Fidelity counterclaims and attention to filing same (.2). | 0.40 | $700.00 | $280.00 |
| 12/18/2023 | HM | 30-Litigation: Telephone conference with Jameson Watts regarding stipulation and agreed order on lis pendens (.3) and review emails authorizing signatures (.2) and finalize and attention to filing same (.2). | 0.70 | $700.00 | $490.00 |
| 12/18/2023 | HM | 30-Litigation: Email case manager proposed stipulation and agreed order for lis pendens in Wisconsin and Michigan adversary. | 0.10 | $700.00 | $70.00 |
| 12/18/2023 | WK | 11-Creditor Matters: Weekly strategy call with secured lender and general counsel team and Trustee to discuss outstanding litigation issues, carve-outs, Exxon payout, fee examiner. | 0.70 | $775.00 | $542.50 |
| 12/19/2023 | HM | 1-General Administration: Review notes regarding motion to substantively consolidate and issues with order 1729. | 0.20 | $700.00 | $140.00 |
| 12/19/2023 | HM | 30-Litigation: Call with counsel for Schierl and MPO regarding ongoing stay violation issues. | 0.50 | $700.00 | $350.00 |
| 12/19/2023 | HM | 30-Litigation: Telephone conference call with J. Boland regarding PSA, TSA and $7M equipment escrow (.3) and investigate same (.2). | 0.40 | $700.00 | $280.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/19/2023 | HM | 8-Employment Applications: Review application to employ MRW for non-insider preferences. | 0.30 | $700.00 | $210.00 |
| 12/19/2023 | HM | 11-Creditor Matters: Telephone conference with J. Wolfshohl regarding stipulation at docket 1507. | 0.70 | $700.00 | $490.00 |
| 12/19/2023 | HM | 30-Litigation: Receive and review order approving stipulation and agreed order on lis pendens (.1) and forward to counsel for Fidelity and MPO (.1). | 0.20 | $700.00 | $140.00 |
| 12/19/2023 | HM | 30-Litigation: Telephone conference with DIP Agent counsel regarding equipment issues at Wisconsin and Michigan locations. | 0.50 | $700.00 | $350.00 |
| 12/19/2023 | HM | 18-Use of Cash Collateral: Work on cash collateral budget for first quarter 2024. | 0.30 | $700.00 | $210.00 |
| 12/19/2023 | WK | 30-Litigation: Conference call with D. Lipke, J. Boland and H. McIntyre regarding equipment escrow and Shierl damages. | 0.30 | $775.00 | $232.50 |
| 12/19/2023 | WK | 30-Litigation: Emails to and from J. Boland regarding discovery issues and equipment escrow; meeting with H. McIntyre regarding same. | 0.30 | $775.00 | $232.50 |
| 12/19/2023 | WK | 30-Litigation: Conference call with H. McIntyre, J. Wolfshohl and Trustee regarding Shierl issues and equipment. | 0.70 | $775.00 | $542.50 |
| 12/19/2023 | WK | 30-Litigation: Telephone conference with J. Boland regarding Mountain Express/MPO mediation. | 0.30 | $775.00 | $232.50 |
| 12/19/2023 | WK | 3-Asset Sales: Telephone conference regarding asset in Louisiana. | 0.20 | $775.00 | $155.00 |
| 12/19/2023 | WK | 3-Asset Sales: Multiple telephone conferences and emails with D. Lipke regarding Shierl issues on the sale. | 0.40 | $775.00 | $310.00 |
| 12/20/2023 | WK | 30-Litigation: Emails to and from J. Boland and Judge Isgur regarding mediation and GT participation regarding same. | 0.30 | $775.00 | $232.50 |
| 12/20/2023 | WK | 32-Fee Applications: Emails to and from L. Jones and S. Heyen regarding fee examinations and reviews. | 0.20 | $775.00 | $155.00 |
| 12/20/2023 | WK | 2-Asset Analysis and Recovery: Receipt and review the proposed ExxonMobil stipulation; discuss same with J. Wolfshohl. | 0.30 | $775.00 | $232.50 |
| 12/21/2023 | RC | 32-Fee Applications: Continue preparation of first interim fee application for HWA as counsel for chapter 7 trustee. | 2.30 | $625.00 | $1,437.50 |
| 12/21/2023 | WK | 32-Fee Applications: Conference call with L. Jones, Trustee and DIP Agent Team regarding the fee review and examinations, procedures, questions, and next steps. | 1.10 | $775.00 | $852.50 |
| 12/21/2023 | WK | 32-Fee Applications: Receipt and review the letter to | 0.20 | $775.00 | $155.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | the Debtor's former professionals regarding their fee applications. | | | |
| 12/21/2023 | WK | 32-Fee Applications: Review the chart of fees and costs from the former professionals. | 0.20 | $775.00 | $155.00 |
| 12/21/2023 | WK | 3-Asset Sales: Review the post-auction sales report and discuss same with J. Elrod. | 0.20 | $775.00 | $155.00 |
| 12/21/2023 | WK | 11-Creditor Matters: Emails and telephone conference with N. Lansing regarding the correction deed on the Minden, Louisiana property discuss same with Trustee. | 0.30 | $775.00 | $232.50 |
| 12/21/2023 | WK | 11-Creditor Matters: Review the proposed correction deed, the surveyor's notes, and the original sales documents. | 1.10 | $775.00 | $852.50 |
| 12/22/2023 | HM | 23-Monthly Operating Reports: Telephone conference with G. Juengling regarding outstanding Monthly Operating Reports and prioritization of tasks. | 0.20 | $700.00 | $140.00 |
| 12/22/2023 | RC | 32-Fee Applications: Continue drafting first interim fee application for HWA for services as counsel for chapter 7 trustee, including preparation of narrative for fee application. | 2.60 | $625.00 | $1,625.00 |
| 12/22/2023 | WK | 30-Litigation: Emails to and from D. Lipke regarding Transition Services Agreement and the issues with Schierl and SQRL. | 0.30 | $775.00 | $232.50 |
| 12/22/2023 | WK | 30-Litigation: Review the TSA and both amendments; discuss with Trustee Team. | 1.10 | $775.00 | $852.50 |
| 12/22/2023 | WK | 2-Asset Analysis and Recovery: Emails to and from T. Walsh and L. Cassin regarding disbursement of unused escrow funds to buyer. | 0.20 | $775.00 | $155.00 |
| 12/22/2023 | WK | 16-Asset Abandonment: Recei01/18/2024pt and review of the order on the abandonment of the Javier Cantu property; discuss same with Trustee and M. Young-John. | 0.30 | $775.00 | $232.50 |
| 12/23/2023 | RC | 32-Fee Applications: Continue preparation of narrative for HWA first interim fee application. | 1.40 | $625.00 | $875.00 |
| 12/27/2023 | HM | 16-Asset Abandonment: Receive and review order setting hearing on motion to compel abandonment filed by Cantu and confer with M. Young-John regarding same. | 0.30 | $700.00 | $210.00 |
| 12/27/2023 | HM | 12-Relief from Stay Proceedings: Receive and review order setting hearing on lift stay violations (Dkt 488) and confer with M. Young-John regarding same. | 0.20 | $700.00 | $140.00 |
| | | | **Quantity Subtotal** | | 68.3 |
| | | | **Services Subtotal** | | $48,672.50 |

**Expenses**

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 12/11/2023 | LS | E108 Postage: Postage tor HWA Third Dee Notice. | 23.00 | $0.63 | $14.49 |
| Expense | 12/11/2023 | LS | E101 Copying: Copies for HWA's Third Fee Notice. | 184.00 | $0.20 | $36.80 |

| | | **Expenses Subtotal** | **$51.29** |
|---|---|---|---|

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Rhonda Chandler | 13.6 | $625.00 | $8,500.00 |
| Wayne Kitchens | 27.9 | $775.00 | $21,622.50 |
| Wayne Kitchens | 0.3 | $0.00 | $0.00 |
| Heather McIntyre | 26.5 | $700.00 | $18,550.00 |

| | **Quantity Total** | **68.3** |
|---|---|---|
| | **Subtotal** | **$48,723.79** |
| | **Total** | **$48,723.79** |

**Mountain Express Oil Company**

| Task Code and Timekeeper | Sum of Hours | Sum of Billable |
|---|---|---|
| Heather McIntyre | 0.2 | $140.00 |
| Wayne Kitchens | 2 | $1,550.00 |
| **1-General Administration Total** | **2.2** | **$1,690.00** |
| Heather McIntyre | 4.6 | $3,220.00 |
| Wayne Kitchens | 3.1 | $2,402.50 |
| **2-Asset Analysis and Recovery Total** | **7.7** | **$5,622.50** |
| Heather McIntyre | 1 | $700.00 |
| Rhonda Chandler | 3.8 | $2,375.00 |
| Wayne Kitchens | 0.8 | $620.00 |
| **3-Asset Sales Total** | **5.6** | **$3,695.00** |
| Heather McIntyre | 0.3 | $210.00 |
| **4-Chapter 5 Avoidance Action Investigation and Litigation Total** | **0.3** | **$210.00** |
| Heather McIntyre | 1.1 | $770.00 |
| Wayne Kitchens | 0.6 | $465.00 |
| **7-Claims Administration, Analysis and Objections Total** | **1.7** | **$1,235.00** |
| Heather McIntyre | 1.7 | $1,190.00 |
| Wayne Kitchens | 0.5 | $387.50 |
| **8-Employment Applications Total** | **2.2** | **$1,577.50** |
| Heather McIntyre | 0.8 | $560.00 |
| Wayne Kitchens | 2.9 | $2,247.50 |
| **11-Creditor Matters Total** | **3.7** | **$2,807.50** |
| Heather McIntyre | 0.2 | $140.00 |
| **12-Relief from Stay Proceedings Total** | **0.2** | **$140.00** |
| Heather McIntyre | 0.4 | $280.00 |
| Wayne Kitchens | 1 | $775.00 |
| **16-Asset Abandonment Total** | **1.4** | **$1,055.00** |
| Heather McIntyre | 0.4 | $280.00 |
| **18-Use of Cash Collateral Total** | **0.4** | **$280.00** |

EXHIBIT A

| | | |
|---|---:|---:|
| Heather McIntyre | 4.8 | $3,360.00 |
| Wayne Kitchens | 0.4 | $310.00 |
| **23-Monthly Operating Reports Total** | **5.2** | **$3,670.00** |
| | | |
| Heather McIntyre | 7.5 | $5,250.00 |
| Wayne Kitchens | 13.3 | $10,307.50 |
| **30-Litigation Total** | **20.8** | **$15,557.50** |
| | | |
| Heather McIntyre | 3.5 | $2,450.00 |
| Rhonda Chandler | 9.8 | $6,125.00 |
| Wayne Kitchens | 3.6 | $2,557.50 |
| **32-Fee Applications Total** | **16.9** | **$11,132.50** |
| | | |
| **Grand Total** | **68.3** | **$48,672.50** |

EXHIBIT A