United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-90147 |
| **MOUNTAIN EXPRESS OIL COMPANY,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

ORDER
SETTING ELECTRONIC STATUS CONFERENCE
*R*egarding ECF Nos. 1710, 1711, 1717, 1718, 1720, 1721, 1722, 1724, and 1725

1. The Court will conduct an electronic non-evidentiary Scheduling Conference on **Friday, February 2, 2024, at 10:00 a.m.,** (Central Standard Time) before the United States Bankruptcy Court, Houston Division. For persons wishing to appear in person, the hearing will be held at the United States Courthouse, 1701 N. Expressway 83, McAllen Texas.

2. At the Scheduling Conference Parties must be prepared to discuss:

    a. revising the scheduling order and establishing new deadlines and a hearing date regarding the Fee Applications filed at ECF Nos. 1710, 1711, 1718, 1720, 1721, 1724, and 1725 (Applications which are included in proposed Stipulation at ECF No. 1865); and
    b. an initial scheduling conference regarding the Fee Applications at ECF No. 1717 (Gable & Gotwals, PC) and ECF No. 1722 (Raymond James Associates).

3. The Chapter 7 Trustee must be prepared to update the Court regarding whether she anticipates the filing of any further administrative fee applications.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

5. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

6. No later than **January 29, 2024, 12:00 noon,** Janet S. Northrup, Chapter 7 Trustee must

serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED January 25, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge