**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| MOUNTAIN EXPRESS OIL COMPANY, *et al*., | Case No. 23-90147 (EVR) |
| Debtors. | (Jointly Administered) |

**<u>NOTICE OF RULE 2004 EXAMINATION</u>**

To:

**David Rosenthal
c/o Kevin Fowler
Foley & Lardner LLP
301 E. Pine Street, Suite 1200
Orlando, FL 32801**

NOTICE IS HEREBY GIVEN that Janet Northrup, as Chapter 7 Trustee of the above-captioned debtors (the "<u>Debtors</u>"), by and through her undersigned counsel, intends to conduct an examination of David Rosenthal ("<u>Rosenthal</u>"), individually and as the corporate representative of the Debtors, under Federal Rules of Bankruptcy Procedure 2004, 7030 and 7034 and Bankruptcy Local Rule 2004-1 on **February 16, 2024** beginning at **9:30 a.m.** (Eastern Time) (or at such other time as may be agreed to by the parties) at the offices of Greenberg Traurig, LLP, 450 South Orange Avenue, Suite 650, Orlando, FL 32801.  The examination will be taken pursuant to an agreement between the parties and will be taken before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by stenographic and videographic means.

Dated this 6th day of February, 2024.

GREENBERG TRAURIG, LLP

By: /s/ John D. Elrod
Shari L. Heyen
Texas Bar No. 09564750
*Shari.Heyen@gtlaw.com*
1000 Louisiana St., Suite 1700
Houston, Texas 77002
Telephone:     (713) 374-3564
Facsimile:     (713) 374-3505

– and –

John D. Elrod (admitted *pro hac vice*)
*ElrodJ@gtlaw.com*
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone:     (678) 553-2259
Facsimile:     (678) 553-2269

SPECIAL LITIGATION COUNSEL FOR JANET
NORTHRUP, CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2024, a true and correct copy of the foregoing *Notice of Rule 2004 Examination* was served by electronic transmission upon (i) all parties eligible to receive service through this Court's CM/ECF system and (ii) the following:

David Rosenthal
c/o Kevin Fowler
Foley & Lardner LLP
301 E. Pine Street, Suite 1200
Orlando, FL 32801

GREENBERG TRAURIG, LLP

By: */s/ John D. Elrod*
John D. Elrod
*ElrodJ@gtlaw.com*
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone:    (678) 553-2259
Facsimile:    (678) 553-2269

SPECIAL LITIGATION COUNSEL FOR JANET
NORTHRUP, CHAPTER 7 TRUSTEE