IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>MOUNTAIN EXPRESS OIL COMPANY, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-90147 (EVR)<br><br>(Jointly Administered) |

## AMENDED NOTICE OF RULE 2004 EXAMINATION

To:

**David Rosenthal**
**c/o Kevin Fowler**
**Foley & Lardner LLP**
**301 E. Pine Street, Suite 1200**
**Orlando, FL 32801**

NOTICE IS HEREBY GIVEN that Janet Northrup, as Chapter 7 Trustee of the above-captioned debtors (the "Debtors"), by and through her undersigned counsel, intends to conduct an examination of David Rosenthal ("Rosenthal"), individually and as the corporate representative of the Debtors, under Federal Rules of Bankruptcy Procedure 2004, 7030 and 7034 and Bankruptcy Local Rule 2004-1 on **February 21, 2024** beginning at **9:00 a.m.** (Eastern Time) (or at such other time as may be agreed to by the parties) at the offices of Greenberg Traurig, LLP, 450 South Orange Avenue, Suite 650, Orlando, FL 32801.  The examination will be taken pursuant to an agreement between the parties and will be taken before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by stenographic and videographic means.

Dated this 16th day of February, 2024.

        **GREENBERG TRAURIG, LLP**

        By: */s/ John D. Elrod*
        Shari L. Heyen
        Texas Bar No. 09564750
        *Shari.Heyen@gtlaw.com*
        1000 Louisiana St., Suite 1700
        Houston, Texas 77002
        Telephone:    (713) 374-3564
        Facsimile:    (713) 374-3505

        – and –

        John D. Elrod (admitted *pro hac vice*)
        *ElrodJ@gtlaw.com*
        Terminus 200, Suite 2500
        3333 Piedmont Road, NE
        Atlanta, Georgia 30305
        Telephone:    (678) 553-2259
        Facsimile:    (678) 553-2269

        **SPECIAL LITIGATION COUNSEL FOR JANET NORTHRUP, CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2024, a true and correct copy of the foregoing *Notice of Rule 2004 Examination* was served by electronic transmission upon (i) all parties eligible to receive service through this Court's CM/ECF system and (ii) the following:

David Rosenthal
c/o Kevin Fowler
Foley & Lardner LLP
301 E. Pine Street, Suite 1200
Orlando, FL 32801

GREENBERG TRAURIG, LLP

By: */s/ John D. Elrod*
John D. Elrod
*ElrodJ@gtlaw.com*
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone:    (678) 553-2259
Facsimile:    (678) 553-2269

SPECIAL LITIGATION COUNSEL FOR JANET NORTHRUP, CHAPTER 7 TRUSTEE