IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-90147 |
| | § | |
| MOUNTAIN EXPRESS OIL COMPANY | § | (Chapter 7) |
| | § | |
| *Debtor*. | § | |

## NOTICE OF ISSUANCE OF SUBPOENA

Notice is provided that a subpoena for records has been issued under Fed. R. Bankr. P. 2004 and 9016, and has been served on the following:

1. PNC Bank.

A copy of each subpoena is available upon written request.

                        Respectfully submitted,

                        */s/ Heather Heath McIntyre*

| | |
|---|---|
| Wayne Kitchens | TBN 11541110 |
| wkitchens@hwallp.com | |
| Heather Heath McIntyre | TBN 24041076 |
| hmcyintre@hwallp.com | |

1201 Louisiana, 28th Floor
Houston, Texas  77002
Telephone:  (713) 590-4200
Facsimile:  (713) 590-4230
**ATTORNEYS FOR JANET S. NORTHRUP,
CHAPTER 7 TRUSTEE**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served on all parties receiving ECF in this case via ECF and as shown on the attached Service List, by first-class mail, postage-prepaid, and/or ECF, as indicated, on February 21, 2024.

                                                    */s/ Heather Heath McIntyre*
                                                    Heather Heath McIntyre