**MASTER SERVICE LIST**
Mountain Express Oil Company
Case No. 23-90147

All service made by US first class mail, postage prepaid unless otherwise indicated

**Debtor**
Mountain Express Oil Company
Turjo Wadud
c/o Johnnie J. Patterson, II
Walker & Patterson, PC
4815 Dacoma Street
Houston, TX  77092
Via First Class U.S. Mail, postage prepaid

**Debtor's Representative**
Neil Lansing, Designated Representative
2295 Haynes Trail
Johns Creek, GA  30022
Via First Class U.S. Mail, postage prepaid

**Chapter 7 Trustee**
Janet S. Northrup
Chapter 7 Trustee
1201 Louisiana Street
28th Floor
Houston, TX  77002
Via ECF jsnorthrup@hwa.com

**Office of the U.S. Trustee**
Hector Duran Jr.
Office of the United States Trustee
for the Southern District of Texas
515 Rusk Street, Suite 3516
Houston, TX  77002
Via ECF Hector.Duran.Jr.@usdoj.gov

**U.S. Attorney's Office**
United States Attorney's Office
for the Southern District of Texas
Wells Fargo Plaza
1000 Louisiana Street, Suite 2300
Houston, TX  77002

**DIP Agent**
Shari Heyen
John Elrod
Greenberg Traurig, LLP
Via ECF Shari.Heyen@gtlaw.com
Via ECF ElrodJ@gtlaw.com

**20 Largest Creditors**
Sunoco
3801 West Chester Pike
Newton Square, PA  19073
Via First Class U.S. Mail, postage prepaid

Valero
One Valero Way
San Antonio, TX  78249
Via First Class U.S. Mail, postage prepaid

COCA-COLA Bottling CO
PO Box 105637
Atlanta, GA  30348-5637
Via First Class U.S. Mail, postage prepaid

Marathon
539 S. Main Street
Findlay, OH  45840
Via First Class U.S. Mail, postage prepaid

Cross Oil Refining & Marketing
484 East 6th Street
Smackover, AR  71762
Via First Class U.S. Mail, postage prepaid

KeyBank Real Estate Capital
PO Box 145404
Cincinnati, OH  45250
Via First Class U.S. Mail, postage prepaid

3104782

| | |
|---|---|
| Exxon Mobil<br>PO Box 74007276<br>Chicago, IL  60674-7276<br>Via First Class U.S. Mail, postage prepaid | Imperial Trading Company<br>701 Edwards Avenue<br>Elmwood, LA  70123<br>Via First Class U.S. Mail, postage prepaid |
| VM Petro Inc.<br>2188 Kirby Lane<br>Syosset, NY  11791<br>Via First Class U.S. Mail, postage prepaid | ARG 1 CBHGNJ001, LLC et al.<br>PO Box 71532<br>Cincinnati, OH  45271-5352<br>Via First Class U.S. Mail, postage prepaid |
| Pepsi Beverages<br>75 Remittance Drive, Suite 1884<br>Chicago, IL  60675<br>Via First Class U.S. Mail, postage prepaid | Entergy<br>PO Box 8108<br>Baton Rogue, LA  70891<br>Via First Class U.S. Mail, postage prepaid |
| Flying J-Saratoga-Pilot<br>5508 Lonas Drive<br>Knoxville, TN  37909<br>Via First Class U.S. Mail, postage prepaid | Anthem Blue Cross Blue Shield<br>PO Box 645438<br>Cincinnati, OH  45264-5438<br>Via First Class U.S. Mail, postage prepaid |
| Shell<br>910 Louisiana Street<br>Houston, TX  77002<br>Via First Class U.S. Mail, postage prepaid | Southern Eagle Sales & Service LP<br>5300 Blair Drive<br>Metairie, LA  70003<br>Via First Class U.S. Mail, postage prepaid |
| Sinclair Distributor Services<br>PO Box 30825<br>Salt Lake City, UT  84130<br>Via First Class U.S. Mail, postage prepaid | Any party that has requested notice pursuant to Bankruptcy Rule 2002 as of the time of service via ECF. |
| Federated Insurance<br>PO Box 486<br>Owatonna, MN  55060<br>Via First Class U.S. Mail, postage prepaid | |
| JF Acquisition LLC<br>PO Box 531829<br>Atlanta, GA  30353-1829<br>Via First Class U.S. Mail, postage prepaid | |
| DAS Distributors TC<br>724 Lawn Road<br>Palmyra, PA  17078<br>Via First Class U.S. Mail, postage prepaid | |

3104782