United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.: 23-90147 |
| | § | (Jointly Administered) |
| | § | |
| **MOUNTAIN EXPRESS OIL COMPANY,** *et al.* [1] | § | Chapter 7 |
| | § | |
| | § | |
| Debtors. | § | |

**ORDER AUTHORIZING SUPPLEMENTAL EMPLOYMENT OF
McCLOSKEY ROBERSON WOOLLEY, PLLC,
AS SPECIAL LITIGATION COUNSEL FOR
PURSUIT OF CERTAIN OBJECTIONS TO VARIOUS FEE APPLICATIONS**
[Related to Docket No. 1972]

The Court, having considered the *Trustee's Application for Supplement Employment of McCloskey Roberson Woolley, PLLC as Special Litigation Counsel for Pursuit of Certain Objections to Various Fee Applications* (the "**Application**")[2] filed by Janet Northrup, Chapter 7 Trustee (the "**Trustee**") jointly administered bankruptcy estates of Mountain Express Oil Company, *et al.* (collectively the "**Debtors**"), is of the opinion that the requested relief is in the best interest of the Estates and their creditors; that McCloskey Roberson Woolley, PLLC, represents no interest adverse to the estates in the matters upon which it is to be engaged and is a disinterested person within the definition of 11 U.S.C. §101(14); and that the Application should be approved. Accordingly, it is therefore

ORDERED THAT:

---

[1] A complete list of each of the Debtors in these Chapter 7 cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov. The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these Chapter 7 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.
[2] All capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Application.

1

3105872
15222472

1. The engagement agreement attached as **Exhibit 1** to the Application is approved pursuant to 11 U.S.C. §328(a).

2. McCloskey Roberson Woolley, PLLC is employed as Special Litigation Counsel to provide all necessary legal services to the Trustee in this case as set forth on **Exhibit 1** to the Application and as described in the Application.

3. The Trustee is authorized to pay MRW a flat fee of $50,000.00 for the initial phase of the representation of the Trustee pursuant to 11 U.S.C. §328(a).

4. All requests for compensation for hourly fees from McCloskey Roberson Woolley, PLLC shall be filed with this Court in accordance with the Bankruptcy Code, the Rules of Bankruptcy Procedure and the rules of this Court.

5. All Court-approved fees and expenses shall be paid from the estates and the secured lender's collateral may be used to pay Court-approved fees and expenses of McCloskey Roberson Woolley, PLLC.

6. This Court retains exclusive jurisdiction with respect to all matters, claims, rights or disputes arising from or related to the implementation, interpretation, and enforcement of this Order and any other orders entered in these cases.

Signed: February 23, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-90147-evr |
| Mountain Express Oil Company | Chapter 7 |
| Official Committee Of Unsecured Creditor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf002 | Total Noticed: 131 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Mountain Express Oil Company, 3650 Mansell Road, Suite 250, Alpharetta, GA 30022-7200 |
| aty | + | David A. Golin, Saul Ewing LLP, 161 North Clark Street, Suite 4200, Chicago, IL 60601-3316 |
| aty | + | Julia C. Philips Newman, Sidley Austin LLP, 555 West Fifth Street, 40th Floor, Los Angeles, CA 90013 UNITED STATES 90013-3000 |
| aty | + | LULA HOLDINGS LLP, c/o Robert G. Pyzyk, Niebler, Pyzyk, N94W17900 Appleton Avenue, Menomonee Falls, WI 53051 UNITED STATES 53051-8022 |
| aty | + | MEX TEXAS LLC, c/o Robert G. Pyzyk, Niebler, Pyzyk, N94W17900 Appleton Avenue, Menomonee Falls, WI 53051 UNITED STATES 53051-8022 |
| aty | #+ | Pachulski Stang Ziehl & Jones LLP, Pachulski Stang Ziehl & Jones LLP, 440 Louisiana Street, Suite 900, Houston, TX 77002-1062 |
| aty | + | Walter Brock, Young Moore and Henderson, P.A., 3101 Glenwood Avenue, 3101 Glenwood Avenue, Raleigh, NC 27612 UNITED STATES 27612-5054 |
| cr | + | 2 Quick Stop Shop LLC, 3808 Woodville Road, Northwood, OH 43619-1844 |
| cr | + | 5401 East Lloyd, LLC, 7953 Washington Woods Drive, Dayton, OH 45459-4026 |
| cr | + | AFN ABSPROP001, LLC, c/o Karl D. Burrer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | AMBE MA 2012 Inc., 401 Veterans Highway (Hwy 341 S.), Barnesville, GA 30204-1191 |
| cr | + | Ad Hoc C-Store Operators, Rachel K. Thompson, Kean Miller, LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832 |
| cr | + | Aftermarket Sales & Consulting, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | American 1 Gas Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Amynta Surety Solutions, c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Lindsey M. Johnson, New Orleans, LA 70130-6171 |
| intp | + | BFM Operations, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| intp | + | Brew Oil, LLC, Heidman Law Firm, PLLC, 1128 Historic 4th Street, PO Box 3086, Sioux City, IA 51101 UNITED STATES 51102-3086 |
| cr | + | Broadway Express LLC, 2436 Broadway Avenue, Lorian, OH 44052-4830 |
| cr | + | Broadway Fuel, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | CF Gas Store LLC, 6179 Stratford Drive, Parma Heights, OH 44130-2362 |
| cr | + | Christine Fanous, 6179 Stratford Drive, Parma Heights, OH 44130-2362 |
| intp | + | Christopher R/ Murray, 602 Sawyer St., Suite 400, Houston, Tx 77007-7510 |
| cr | + | Claude Enterprises LLC, 14235 Madison Avenue, Lakewood, OH 44107-4527 |
| cr | + | Commack Fuel Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Community Coffee, L.L.C., c/o David S. Rubin, 445 N. Blvd. Suite 300, Baton Rouge, La 70802-5747 |
| cr | + | Connect Express, LLC, 99 Kero Road, Carlstadt, NJ 07072-2604 |
| cr | + | Crawford Oil Company, Inc., 801 Meadow Lane, Hayti, MO 63851, UNITED STATES 63851-1224 |
| cr | + | DBW Land Co, LLC, 2108 Island Drive, Monroe, LA 71201-2521 |
| cr | | Erkut Aksoy, 300 Farnsworth Road, Waterville, Oh 43566 |
| cr | + | ExxonMobil Oil Corporation, Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney Street, Suite 1900 Houston, TX 77010-1900 |
| fa | + | FTI Consulting, Inc., 1166 Avenue of the Americas, New York, NY 10036-2708 |
| op | + | Federated Service Insurance Company, Cozen O'Connor, 1221 McKinney, Suite 2900, Houston, TX 77010-2009 |
| intp | + | First Horizon Bank, as Administrative Agent, c/o Shari L. Heyen, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | First Laredo Store Inc., 3519 Jamie Zapata Memorial Highway, Laredo, TX 78043-4743 |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf002 | Total Noticed: 131 |

| | | |
|---|---|---|
| cr | + | Fourth Laredo Store Inc., 502 Lafayette Street, Laredo, TX 78041-4732 |
| cr | + | Fox Fuels Retail Group, LLC, Lloyd A. Lim, Kean Miller, LLP, 711 Louisiana Street, Suite 1800, Houston, TX 77002-2832 |
| cr | + | GSS Holdings LA, LLC and Sukhranjan Multani, Kean Miller LLP, 711 Louisiana St., Suite 1800, South Tower, Houston, TX 77002 UNITED STATES 77002-2832 |
| cr | | Goose Creek Consolidate Independent School Distric, c/o Reid Strickland & Gillette LLP, PO Box 809, Baytown, TX 77522-0809 |
| intp | + | HASANALI & DILSHAD LLC, a Texas limited liability, 7806 Rancho Vista Blvd E, CORPUS CHRISTI, tx 78414-2905 |
| cr | + | Harlem Food Mart and Vape LLC, 404 East Avenue, Elyria, OH 44035-5718 |
| cr | + | Imperial Capital LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Reliance LLC, c/o Michael Gilmore, Hayward PLLC, 10501 N. Central Expy., Ste. 106, Dallas, TX 75231-2203 |
| cr | + | Imperial Trading Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | Javier Cantu, 3708 N. 43rd St., McAllen, TX 78501-3475 |
| cr | + | Jouneih 3 LLC, 624 Center Road, Hinkley, Oh 44233-9478 |
| cr | + | Jouneih LLC, 4915 Memphis Avenue, Cleveland, Oh 44144-1943 |
| cr | + | Jounieh 2 LLC, 7411 State Road, Parma, OH 44134-5884 |
| intp | + | Jubilee Alliance, Inc., 112 Wellington Plantation Lane, Little Rock, AR 72211-2160 |
| intp | + | Karma Alliance, Inc., 112 Wellington Plantation Lane, Little Rock, AR 72211-2160 |
| cr | + | Kwick Mart LLC, 1005 Pinnacle Ct, McDonald, PA 15057-1508 |
| cr | + | LJM5903 Properties, LLC, QSLWM, P.C., Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3070 |
| cr | + | Larry Delorenzo, c/o Aaron Guerrero, Bonds Ellis Eppich Schafer Jones LLP, 950 Echo Lane, Suite 120 Houston, TX 77024-2781 |
| cr | + | Lindsay Enterprises, PO Box 1886, West Monroe, LA 71294-1886 |
| cr | ++++ | MASELA SPRINGS, INC., 10290 VETERANS MEMORIAL HWY, LITHIA SPRINGS GA 30122-2007 address filed with court:, Masela Springs, Inc., 3229 Bankhead Highway, Lithia Springs, GA 30122 |
| intp | + | MEX 1992 ELM, LLC, Herrin Law Firm, PLLC, 12001 N. Central Expressway, Suite 920, Dallas, TX 75243 UNITED STATES 75243-3700 |
| cr | + | Marathon Petroleum Company LP, c/o Ronald E. Gold, Frost Brown Todd LLP, 3300 Great American Tower, 301 East Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | Maryam Sabohi, 4200 Las Palmas Circle, Apt 224, Brownsville, TX 78521-2872 |
| cr | + | Mesa Valley Housing Associates, LP, Tiffany & Bosco, PA, c/o Christopher R. Kaup, 2525 E Camelback Rd #700, Phoenix, AZ 85016-9240 |
| cr | + | Monto Food Mart Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | | Mountrail-Williams Electric Cooperative, c/o Caren W. Stanley, Vogel Law Firm, 218 NP Ave., PO Box 1389, Fargo, ND 58107-1389 |
| cr | + | OM 2016 LLC, 4605 Boy Scout Rd., Byron, GA 31008-8841 |
| cr | + | OM GANESHA INVESTMENT LLC, 11429 Bells Ferry Rd., Canton, GA 30114-4154 |
| cr | + | Ohio Department of Taxation, Office of the Attorney General, 101 East Town Street, Columbus, OH 43215-5187 |
| cr | + | Ozarks Coca-Cola/Dr Pepper Bottling Company, c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056-6584 |
| cr | | PA Dept of Revenue, Office of Chief Counsel, 4th and Walnut Streets, 10th Floor, Strawberry Square, PO Box 281061 Harrisburg, PA 17128-1061 |
| cr | + | POC USA Inc., c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | + | Peach Kountry LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |
| cr | + | Raymond James & Associates Inc, 44 Nassau Street, Suite 370, Princeton, NJ 08542-4511 |
| cr | + | Realty Income Corporation, Hemar, Rousso & Heald, c/o J. Alexandra Rhim, 15910 Ventura Blvd., 12th Fl, Encino, CA 91436 UNITED STATES 91436-2802 |
| cr | + | Riverdale Fuel, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | SASS Petroleum LLC, c/o Fellows LaBriola LLP, 233 Peachtree Street NE, Ste. 2400, Atlanta, GA 30303-1509 |
| cr | | SCS Sentry LLC, 3560 Mansell Road Suite 250, Alpharetta, GA 30022 |
| 3pd | + | SQRL Holdings, LLC, Adams and Reese LLP, Attn: Mark Chaney, 701 Poydras Street, 45th Floor New Orleans, LA 70139-7905 |
| cr | + | Samnosh, LLC, The Gibson Law Group, 15400 Knoll Trail Drive, Suite 205, Dallas, TX 75248, UNITED STATES 75248-3465 |
| cr | + | Second Laredo Store Inc., 9804 F.M 1472, Laredo, TX 78045-8217 |
| cr | | Sehnaz Aksoy, 300 Farnsworth Road, Waterville, OH 43566 |
| cr | + | Sophigor, LLC, 610 Briarwood Drive, Jackson, MS 39211-2601 |
| cr | + | State of Ohio-Dept of Taxation, Ohio Atty General, 150 E Gay St 21st Floor, Columbus, OH 43215-3191 |
| cr | + | Third Laredo Store Inc., 2705 N. Arkansas Avenue, Laredo, TX 78043-1844 |
| cr | + | USI Insurance Services LLC, c/o CT Corporation System, 4701 Cox Road, Suite 285, Glen Allen, VA 23060-6808 |
| cr | + | Vault CS 100 Service LLC, Parkins & Rubio LLP, 700 Milam Street, Suite 1300, Houston, TX 77002-2736 |
| cr | + | Vision Financial Group, Inc., c/o Padfield & Stout, LLP, Christopher V. Arisco, 420 Throckmorton Street, Suite 1210, Fort Worth, TX 76102-3792 |
| cr | + | Wayne Richoux, The Caluda Law Firm, 3232 Edenborn Avenue, Metairie, LA 70002, UNITED STATES 70002-4758 |
| cr | + | Zoom One, LLC, c/o Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004-1028 |

TOTAL: 84

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|

| District/off: 0541-4 | User: ADIuser | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: pdf002 | Total Noticed: 131 |

| | | | | |
|---|---|---|---|---|
| aty | | + Email/Text: Walter.Brock@youngmoorelaw.com | Feb 23 2024 20:04:18 | Young Moore and Henderson, P.A., Young Moore and Henderson, P.A., 3101 Glenwood Avenue, Raleigh, NC 27612, UNITED STATES 27612-5054 |
| tr | | + Email/Text: jsn@hwa.com | Feb 23 2024 20:04:00 | Janet S Casciato-Northrup, 333 Clay, 29th Floor, Houston, TX 77002-2571 |
| tr | | + Email/Text: jsn@hwa.com | Feb 23 2024 20:04:00 | Janet S. Northrup, 1201 Louisiana Street, 28th Floor, Houston, TX 77002-5607 |
| cr | | + Email/Text: lwaldrop@bakerdonelson.com | Feb 23 2024 20:04:00 | 4Court Holdings LLC, c/o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Suite 200, Memphis, TN 38103-2723 |
| cr | | + Email/Text: lwaldrop@bakerdonelson.com | Feb 23 2024 20:04:00 | 4Court Imaging LLC, c/.o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave Suite 2000, Memphis, TN 38103-2752 |
| cr | | + Email/Text: lwaldrop@bakerdonelson.com | Feb 23 2024 20:04:00 | 4Court Leasing LLC, c/o Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Ste. 200, Memphis, TN 38103-2723 |
| cr | | + Email/Text: lwaldrop@bakerdonelson.com | Feb 23 2024 20:04:00 | 4Court Solutions LLC, Locke Houston Waldrop, Baker Donelson, 165 Madison Ave. Ste 2000, Memphis, TN 38103-2752 |
| cr | | + Email/Text: michelle.baker@dfa.arkansas.gov | Feb 23 2024 20:03:00 | Arkansas Department of Finance, Revenue Legal Counsel, P.O. Box 1272, Rm. 2380, Little Rock, AR 72203-1272 |
| cr | | + Email/Text: julie.parsons@mvbalaw.com | Feb 23 2024 20:03:00 | Bowie Central Appraisal District, McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269., Round Rock, TX 78680-1269 |
| intp | | ^ MEBN | Feb 23 2024 20:00:32 | Brothers Avondale LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| intp | | ^ MEBN | Feb 23 2024 20:00:31 | Brothers Lapalco, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | | + Email/Text: fileroom@rubin-levin.net | Feb 23 2024 20:04:00 | CAM-PL Cedar Rapids LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | | + Email/Text: fileroom@rubin-levin.net | Feb 23 2024 20:04:00 | CAM-PL Cokeville LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | | + Email/Text: fileroom@rubin-levin.net | Feb 23 2024 20:04:00 | CAM-PL Kansas City LLC, c/o Rubin & Levin, P.C., 135 N. Pennsylvania St., Suite 1400, Indianapolis, IN 46204-2489 |
| cr | | + Email/Text: bankruptcy.legalnotice@cityofmesquite.com | Feb 23 2024 20:04:00 | City of Mesquite, Grimes & Linebarger, LLP, 120 W. Main Suite 201, Mesquite, TX 75149-4224 |
| cr | | + Email/Text: dallas.bankruptcy@LGBS.com | Feb 23 2024 20:04:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o John K Turner, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 23 2024 20:04:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | + Email/Text: Kurtzman@kurtzmansteady.com | Feb 23 2024 20:03:00 | Fuel On Emporium LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | | + Email/Text: Kurtzman@kurtzmansteady.com | Feb 23 2024 20:03:00 | Fuel On St Mary's LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | | Email/Text: brnotices@dor.ga.gov | Feb 23 2024 20:04:00 | Georgia Department of Revenue, 1800 Century Boulevard, NE, Atlanta, GA 30345 |

| District/off: 0541-4 | User: ADIuser | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: pdf002 | Total Noticed: 131 |

| | | | | |
|---|---|---|---|---|
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 23 2024 20:04:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: bbenoit@rsg-llp.com | Feb 23 2024 20:04:00 | Goose Creek Consolidate Independent School Distric, c/o Reid Strickland & Gillette LLP, PO Box 809, Baytown, TX 77522-0809 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 23 2024 20:04:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Feb 23 2024 20:04:00 | Indiana Department of Revenue, Bankruptcy Section, Room N-203, 100 North Senate Avenue, Indianapolis, IN 46204-2217 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Feb 23 2024 20:04:00 | Irving ISD, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: JCANTU014@RGV.RR.COM | Feb 23 2024 20:04:00 | Javier Cantu, 3708 N. 43rd St., McAllen, TX 78501-3475 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 23 2024 20:04:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: ramicha@hotmail.com | Feb 23 2024 20:04:00 | Jounieh 2 LLC, 136 N. Huron Street, Suite 101, c/o Norman A, Abood, Toledo, OH 43604-1139 |
| cr | + | Email/Text: ramicha@hotmail.com | Feb 23 2024 20:04:00 | Jounieh 3 LLC, c/o Norman A. Abood, 136 N. Huron Street, Suite 101, Toledo, OH 43604-1139 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 23 2024 20:04:00 | Liberty County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: LDRBankruptcy.EBN@la.gov | Feb 23 2024 20:03:00 | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802, UNITED STATES OF AMERICA 70821-4064 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Feb 23 2024 20:03:00 | Maan Corporation, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 23 2024 20:04:00 | Matagorda County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Feb 23 2024 20:03:00 | NEPA Trading & Investments LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: Kurtzman@kurtzmansteady.com | Feb 23 2024 20:03:00 | NEPA Ventures LLC, c/o Kurtzman Steady LLC, Jeffrey Kurtzman, Esquire, 101 N. Washington Ave, Suite 4A, Margate, NJ 08402-1195 |
| cr | + | Email/Text: tammy.jones@oklahomacounty.org | Feb 23 2024 20:03:00 | Oklahoma County Treasurer, c/o Tammy Jones, 320 Ribert S. Kerr, Room 307, Oklahoma City, OK 73102-3441 |
| cr | + | Email/Text: RSCLegalPSXBankruptcy@P66.com | Feb 23 2024 20:04:00 | Phillips 66 Company, PO Box 421959, Houston, TX 77242-1959 |
| cr | ^ | MEBN | Feb 23 2024 20:01:13 | Prime Petro, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | ^ | MEBN | Feb 23 2024 20:01:15 | Quick Check Mart 2, LLC, 565 Martin Luther King Jr. Drive, Monroe, LA 71203-5373 |
| cr | ^ | MEBN | Feb 23 2024 20:01:16 | Quick Check Mart, LLC, 565 Martin Luther King Jr. Drive, Monroe, LA 71203-5373 |

Case 23-90147   Document 1985   Filed in TXSB on 02/25/24   Page 7 of 9

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf002 | Total Noticed: 131 |

| | | | | |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcy@revenue.alabama.gov | Feb 23 2024 20:04:00 | State of Alabama Department of Revenue, P.O. Box 320001, Montgomery, AL 36106 |
| cr | + | Email/Text: jking@offermanking.com | Feb 23 2024 20:03:00 | Sumitomo Mitsui Finance & Leasing Co., Ltd., c/o James W. King, 6420 Wellington Place, Beaumont, TX 77706-3206 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Feb 23 2024 20:03:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Feb 23 2024 20:04:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o John K. Turner, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Feb 23 2024 20:04:00 | Texas City ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| intp | + | Email/Text: bcd@oag.texas.gov | Feb 23 2024 20:03:00 | Texas Commission on Environmental Quality, c/o Office of Texas Attorney General, Bankruptcy and Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | ^ | MEBN | Feb 23 2024 20:00:14 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher J. Dylla, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | ^ | MEBN | Feb 23 2024 20:01:12 | VM Petro, Inc., Tran Singh LLP, 2502 La Branch Street, Houston, TX 77004, UNITED STATES 77004-1028 |
| cr | + | Email/Text: edinburgbankruptcy@pbfcm.com | Feb 23 2024 20:03:00 | Weslaco ISD and City of Weslaco, c/o Hiram Gutierrez, 2805 Fountain Plaza Blvd., Suite B, Edinburg, Tx 78539-8031 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | GableGotwals |
| aty | | Hughes Watters Askananse LLP |
| tr | | Janet Northrup |
| tr | | Janet Northrup |
| tr | | Janet S. Northrup, Chapter 7 Trustee |
| intp | | 111 Main St LLC |
| intp | | 2214 Rt 208 LLC |
| cr | | ADA Coca-Cola Bottling Company |
| cr | | AFN ABSPROP001, LLC |
| cr | | AKSOY LLC, 300 Farnsworth Road, Waterville |
| intp | | ANK Realty Inc. |
| cr | | ARG E19PCK001, LLC |
| cr | | ARG MESMOAR001, LLC |
| cr | | ARG MEVNAAL001, LLC |
| intp | | Abrar Abid |
| cr | | Ada Coca-Cola Bottling Company |
| sp | | Akerman LLP |
| cr | | BFM Enterprises, LLC |
| cr | | BRVictory1, LLC |
| cr | | BRVictory2, LLC |
| cr | | Bank of Hope |
| intp | | Biren Patel |
| intp | | Blue Owl Real Estate Capital LLC (f/k/a Oak Street |
| cr | | Brazoria County, et al |
| cr | | CITGO Petroleum Corporation |
| cr | | CPSLOH Cleveland LLC |

Case 23-90147   Document 1985   Filed in TXSB on 02/25/24   Page 8 of 9

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 7 |
| Date Rcvd: Feb 23, 2024 | Form ID: pdf002 | Total Noticed: 131 |

| | |
|---|---|
| cr | Cameron County |
| intp | Chevron Products Company, a division of Chevron U. |
| cr | City Of McAllen |
| cr | Comdata, Inc. |
| cr | Cross Oil Refining & Marketing |
| cr | Dhan Maharjan |
| intp | Doctor's Associates, LLC |
| cr | Duckland, LLC |
| cr | Durgha Properties, LLC |
| intp | Dutchess Terminals, Inc |
| cr | Eunsan Corporation, LLC |
| cr | FTF Acquisitions Placeholder, LLC |
| intp | Fair Oak Realty Inc. |
| cr | Ford Motor Credit Company LLC |
| cr | Fowler Property Investment LP |
| cr | Giri Subramani |
| cr | HASANALI & DILSHAD LLC, a Texas limited liability |
| cr | HF Sinclair Refining & Marketing, LLC and Sinclair |
| cr | Hidalgo County |
| cr | Hunt Refining Company |
| cr | ICC MOTOR FUEL I LLC |
| cr | Joy Ricky, LLC |
| intp | Jyotsnaben Ritesh Patel |
| intp | KVS, LLC |
| cr | KeyBank National Association |
| intp | Keyur Rasikbhai Patel |
| op | Kurtzman Carson Consultants LLC |
| cr | Lance & Nancy Ratto 2007 Revocable Trust |
| cr | Legacy Acquisitions, LLC |
| cr | MVI Facility Services, LLC |
| cr | MVI Field Services, LLC |
| cr | MVI Fuel Services, LLC |
| op | McCormick Landry Munoz PLLC |
| cr | McLane Company, Inc. |
| cr | Mex 1123 Lake LLC |
| cr | Mex Hayti, LLC |
| intp | Mohammad Sajjad |
| intp | Mountain DATX003 LLC |
| intp | Mountain Portfolio Owner LA 2, LLC |
| intp | Mountain Portfolio Owner WI MI LLC |
| cr | Muy Grande, Inc. |
| cr | My Mother Inc. |
| intp | Nine Shell Gas Stations OK LLC, Dorsey & Whitney, C/o Rachel Stoian |
| cr | Oak Street Real Estate Capital, LLC |
| crcm | Official Committee Of Unsecured Creditors |
| cr | Pacific Pride Services, LLC |
| cr | Pepsi-Cola Bottling Co. of McAlester, Inc. |
| cr | PepsiCo, Inc., PepsiCo Sales, Inc. and Frito-Lay N |
| cr | Persia Country Corner LLC |
| cr | Pilot Travel Centers LLC |
| cr | RVictory1, LLC |
| cr | RVictory2, LLC |
| cr | Raj Marathon LLC |
| cr | Rio Grande City Grulla ISD |
| intp | Ritesh Bhagwanbhai Patel |
| intp | Robinson Ave LLC |
| cr | Royal Exxon Investment Ltd. Co. |
| cr | Royal Stores LLC |
| cr | SHIV KTR LLC |
| intp | SL Alabama LLC |
| cr | SL Alabama LLC |
| intp | SL Louisiana LLC |
| cr | SL Louisiana LLC |

| District/off: 0541-4 | User: ADIuser | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Feb 23, 2024 | Form ID: pdf002 | Total Noticed: 131 |

| | | |
|---|---|---|
| cr | | SRK Shreveport, LLC |
| cr | | Schierl Sales Corp. |
| cr | | Skarin Properties, LLC |
| cr | | Spirit SPE Portfolio CA C-Stores, LLC |
| cr | | Spring Branch Independent School District, et al |
| cr | | Starr County |
| cr | | Stephenson Wholesale Co. Inc. dba Indian Nation Wh |
| cr | | Sunoco LLC |
| cr | | Sunoco LP |
| cr | | Sunoco Retail, LLC |
| cr | | Sunoco, Inc. |
| cr | | TWP1 USA LLC |
| cr | | The Esaias Project, Inc. |
| cr | | The Necessity Retail REIT Inc. |
| intp | | Time and Water, LLC |
| cr | | Total Image Solutions, LLC |
| cr | | United States Fueling Company LLC |
| cr | | Valero Marketing and Supply Company |
| cr | | Venkat Enterprises |
| intp | | Vijaykumar Patel |
| intp | | Viratkumar Patel |
| cr | | WBK Shreveport, LLC |
| acc | | Whitley Penn LLP |
| intp | | Willkie Farr & Gallagher LLP |
| cr | ##+ | Pinky's Bar & Grill, 870 Dallas Hwy Ste C, Douglasville, GA 30134-3771 |

TOTAL: 113 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2024        Signature:     /s/Gustava Winters