IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO.: 23-90147 |
| § | (JOINTLY ADMINISTERED) |
| MOUNTAIN EXPRESS OIL COMPANY, § | |
| *et al.* § | CHAPTER 7 |
| DEBTORS. § | |

NOTICE OF ANNUAL RATE INCREASE BY
HUGHES WATTERS ASKANASE LLP

On August 24, 2023, Janet Northrup, Chapter 7 Trustee for the above-referenced Debtor (the "Trustee"), filed an application to retain and employ Hughes Watters Askanase LLP ("HWA") as Counsel for the Trustee [Docket No. 1395] (the "Employment Application"). On August 30, 2023, the Court entered an order authorizing the retention and employment of HWA [Docket No. 1432] (the "Employment Order").

In the ordinary course of HWA's business and in keeping with HWA's established billing practices and procedures, HWA's standard billing rates are adjusted firm-wide on January 1st of each year. Specifically, effective as of January 1, 2024, HWA's billing rates for professionals and paraprofessionals who may work on matters related to this case shall be as follows:

| Partners/Associates | Hourly Rate/Range |
|---|---|
| Wayne Kitchens | $800.00 |
| Heather McIntyre | $725.00 |
| David Lodholz | $725.00 |
| Mandy Moerschell | $400.00 |
| Paralegals | $200.00 |

The Trustee is aware of and approves these rate increases.

3106276

Dated: March 18, 2024.

        Respectfully submitted,

        */s Heather Heath McIntyre*
Wayne Kitchens    TBN 11541110
wkitchens@hwallp.com
Heather Heath McIntyre TBN 24041076
hmcyintre@hwallp.com
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 759-0818 Telephone
(713) 759-6834 Facsimile
**ATTORNEYS FOR JANET S. NORTHRUP, CHAPTER 7 TRUSTEE**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the parties receiving notice via the Court's ECF notice system on March 18, 2024.

        */s/ Heather Heath McIntyre*
Heather Heath McIntyre

2

3106276