

# INVOICE

Invoice # 9373
Date: 03/18/2024
Due Upon Receipt

1201 Louisiana, 28th Floor
Houston, Texas 77002
United States
Phone: 713-759-0818
Fax: 713-759-6834

Janet Northrup (HWA Attorney for Trustee)

## 2023-02460-Mountain Express Oil Company (Attorney for Trustee)

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 01/02/2024 | WK | 30-Litigation: Status update call with Trustee and H. McIntyre in preparation for pre-mediation call with Judge Isgur tomorrow, including discussion of real estate versus equipment carveout with secured lender. | 0.70 | $800.00 | $560.00 |
| 01/02/2024 | WK | 30-Litigation: Emails to and from Bank counsel team regarding pre-mediation call with Judge Isgur. | 0.20 | $800.00 | $160.00 |
| 01/02/2024 | WK | 30-Litigation: Legal research on the constructive notice and BRP issues. | 0.80 | $800.00 | $640.00 |
| 01/02/2024 | HM | 30-Litigation: Confer with Trustee on outstanding case issues including mediation. | 0.80 | $725.00 | $580.00 |
| 01/02/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Confer with R. Woolley regarding status of employment for non-insider preference actions. | 0.10 | $725.00 | $72.50 |
| 01/03/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Receive and review status of Exxon settlement payment and confer on timing of payment vis a vis 9019. | 0.10 | $725.00 | $72.50 |
| 01/03/2024 | HM | 2-Asset Analysis and Recovery: Receive and review CNR invoice and confer regarding reduced billing discussions and proper payment. | 0.10 | $725.00 | $72.50 |
| 01/03/2024 | HM | 2-Asset Analysis and Recovery: Review open matters to be discussed with lender with Trustee. | 0.20 | $725.00 | $145.00 |
| 01/03/2024 | HM | 16-Asset Abandonment: Receive and review order regarding abandonment of Starr County property with TCEQ language regarding storage tanks, | 0.10 | $725.00 | $72.50 |

EXHIBIT A

Invoice # 9373

| 01/03/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming proofs of claims. | 0.10 | $725.00 | $72.50 |
|---|---|---|---|---|---|
| 01/03/2024 | HM | 2-Asset Analysis and Recovery: Call with lender's counsel regarding open issues. | 0.60 | $725.00 | $435.00 |
| 01/03/2024 | HM | 2-Asset Analysis and Recovery: Exchange emails with R. Criswell with First Horizon regarding status of reconciliation of cash in safes and status of forthcoming funds. | 0.20 | $725.00 | $145.00 |
| 01/03/2024 | HM | 2-Asset Analysis and Recovery: Verify closure of all First Horizon bank accounts. | 0.10 | $725.00 | $72.50 |
| 01/03/2024 | HM | 30-Litigation: Receive requested materials from CNR regarding emails requested by MPO. | 0.10 | $725.00 | $72.50 |
| 01/03/2024 | HM | 18-Use of Cash Collateral: Receive and review final terms of agreed carve out from bank. | 0.10 | $725.00 | $72.50 |
| 01/03/2024 | HM | 30-Litigation: Receive and review final and complete Schierl TSA with amendments. | 0.10 | $725.00 | $72.50 |
| 01/03/2024 | HM | 14-Employee Benefits / Pensions: Receive and review status of ADP preparing final payroll tax returns. | 0.10 | $725.00 | $72.50 |
| 01/03/2024 | HM | 30-Litigation: Pre-mediation call with Judge Isgur and parties. | 0.40 | $725.00 | $290.00 |
| 01/03/2024 | HM | 30-Litigation: Confer with lender's counsel regarding mediation issues on Wisconsin and Michigan properties. | 0.20 | $725.00 | $145.00 |
| 01/03/2024 | HM | 30-Litigation: Email mediation parties per Judge Isgur request. | 0.20 | $725.00 | $145.00 |
| 01/03/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with Trustee and general counsel regarding open issues including cash collateral, carve outs, rental proceeds, 5/3 bank fee reversal, GSS adversary, PDI records. | 1.20 | $725.00 | $870.00 |
| 01/03/2024 | HM | 30-Litigation: Receive and review emails requested by MPO in Wisconsin and Michigan mediation. | 0.70 | $725.00 | $507.50 |
| 01/03/2024 | HM | 3-Asset Sales: Receive and review further interest from potential buyer in real property and email K. Toney with Tranzon regarding same and status of motion to employ and sell. | 0.10 | $725.00 | $72.50 |
| 01/03/2024 | HM | 30-Litigation: Confer with J. Watts regarding filed lis pendens and forthcoming Michigan lis pendens and certified copies of same. | 0.20 | $725.00 | $145.00 |
| 01/03/2024 | HM | 18-Use of Cash Collateral: Receive and review accountant estimates of cash collateral use (.1), update draft first quarter 2024 cash collateral budget (.2) and confer with accountant regarding same (.1). | 0.40 | $725.00 | $290.00 |
| 01/03/2024 | HM | 30-Litigation: Respond to lender inquiries regarding | 0.20 | $725.00 | $145.00 |

EXHIBIT A

Invoice # 9373

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Wisconsin and Michigan mediation discovery. | | | |
| 01/03/2024 | HM | 30-Litigation: Request turnover of accounting of flow of funds from Fidelity counsel in Wisconsin and Michigan adversary. | 0.10 | $725.00 | $72.50 |
| 01/03/2024 | HM | 2-Asset Analysis and Recovery: Confirm accounting of 5/3 accounting with G. Juengling. | 0.10 | $725.00 | $72.50 |
| 01/03/2024 | WK | 2-Asset Analysis and Recovery: Conference call with DIP Agent counsel to discuss: a) mediation call with Judge Isgur; b) scope of 1% carveout; c) Turjo litigation, and d) research on defenses asserted by MPO. | 0.70 | $800.00 | $560.00 |
| 01/03/2024 | WK | 30-Litigation: Pre-mediation call with Judge Isgur and the adversary proceeding parties. | 0.50 | $800.00 | $400.00 |
| 01/03/2024 | WK | 2-Asset Analysis and Recovery: Conference call with PH co-counsel to discuss multiple ongoing litigation and administration matters. | 1.20 | $800.00 | $960.00 |
| 01/03/2024 | DL | 30-Litigation: Call with Heather regarding mediation discovery and privilege issues. | 0.40 | $725.00 | $290.00 |
| 01/04/2024 | HM | 30-Litigation: Telephone conference with S. Heyen regarding issues with mediation. | 0.20 | $725.00 | $145.00 |
| 01/04/2024 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding assets and what will be pursued versus abandoned. | 0.20 | $725.00 | $145.00 |
| 01/04/2024 | HM | 3-Asset Sales: Work on sale of real estate terms for motion to employ and sell. | 0.60 | $725.00 | $435.00 |
| 01/04/2024 | RC | 3-Asset Sales: Review emails from and to counsel for secured creditor regarding terms of sale of six real estate properties, and prepare outline for terms of sale and carve out. | 0.40 | $625.00 | $250.00 |
| 01/04/2024 | WK | 30-Litigation: Receipt and review of the discovery requests to be sent to MPO/Fidelity; discuss same with litigation team. | 0.50 | $800.00 | $400.00 |
| 01/04/2024 | WK | 7-Claims Administration, Analysis and Objections: Emails to and from A. Edson regarding administrative claim by PPS. | 0.20 | $800.00 | $160.00 |
| 01/04/2024 | WK | 13-Environmental and Regulatory Matters: Emails to and from D. Rosenberg regarding underground storage tank issues. | 0.30 | $800.00 | $240.00 |
| 01/04/2024 | WK | 30-Litigation: Review data requests regarding CNR sent by J. Boland; discuss same with H. McIntyre and S. Heyen. | 0.30 | $800.00 | $240.00 |
| 01/05/2024 | HM | 30-Litigation: Work on discovery request to Boland in Wisconsin and Michigan adversary and email J. Boland regarding same | 0.50 | $725.00 | $362.50 |

EXHIBIT A

| 01/05/2024 | HM | 2-Asset Analysis and Recovery: Receive and review draft bills of sale for fuel storage tanks and confer with David Rosenberg for Blue Owl regarding verification of sale, consideration and proper signatory. | 0.80 | $725.00 | $580.00 |
|---|---|---|---|---|---|
| 01/05/2024 | HM | 30-Litigation: Confer with Trustee and W. Kitchens regarding mediation discovery issues. | 0.30 | $725.00 | $217.50 |
| 01/05/2024 | HM | 32-Fee Applications: Work on extension of fee review deadline for chapter 11 fee application objection. | 0.20 | $725.00 | $145.00 |
| 01/05/2024 | WK | 30-Litigation: Multiple telephone conferences with H. McIntyre regarding mediation and discovery issues. | 0.40 | $800.00 | $320.00 |
| 01/05/2024 | WK | 30-Litigation: Multiple telephone conferences with Trustee regarding mediation issues. | 0.30 | $800.00 | $240.00 |
| 01/05/2024 | WK | 30-Litigation: Conference call with H. McIntyre and Trustee regarding discovery issues and mediation. | 0.40 | $800.00 | $320.00 |
| 01/05/2024 | WK | 30-Litigation: Telephone conferences with S. Heyen regarding discovery and mediation issues. | 0.30 | $800.00 | $240.00 |
| 01/05/2024 | WK | 30-Litigation: Work on multiple mediation issues. | 0.30 | $800.00 | $240.00 |
| 01/05/2024 | WK | 3-Asset Sales: Telephone conferences and emails with N. Lansing regarding Adelphi Transport and also corrective deed. | 0.20 | $800.00 | $160.00 |
| 01/05/2024 | WK | 3-Asset Sales: Emails to and from J. Elrod regarding correction deed. | 0.20 | $800.00 | $160.00 |
| 01/05/2024 | RC | 3-Asset Sales: Review comments on outline for proposed terms for sale of six real estate properties and carve out (.2). Review final chapter 11 cash collateral order, financing agreement, and interim chapter 7 cash collateral order for key defined terms and possible incorporation into sale of real estate (1.9). Prepare memo to trustee and lead counsel regarding impact of orders and possible sale issues (.7). | 2.80 | $625.00 | $1,750.00 |
| 01/06/2024 | HM | 30-Litigation: Work on mediation statement in Wisconsin and Michigan adversary. | 0.60 | $725.00 | $435.00 |
| 01/06/2024 | HM | 18-Use of Cash Collateral: Work on terms for carve out including who bears cost of sale and taxes. | 0.20 | $725.00 | $145.00 |
| 01/06/2024 | HM | 7-Claims Administration, Analysis and Objections: Review request for chapter 11 and chapter 7 administrative claims. | 0.10 | $725.00 | $72.50 |
| 01/06/2024 | HM | 32-Fee Applications: Work on stipulation to extend fee examiner deadline. | 0.10 | $725.00 | $72.50 |
| 01/06/2024 | HM | 2-Asset Analysis and Recovery: Confer with lender regarding bills of sale to transfer fuel tanks. | 0.10 | $725.00 | $72.50 |
| 01/06/2024 | HM | 2-Asset Analysis and Recovery: Confer with S. Henderson regarding whereabouts of check (.1) and confer with J. Nieto regarding same (.1). | 0.20 | $725.00 | $145.00 |

Invoice # 9373

| 01/06/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming proof of claim asserting priority status. | 0.10 | $725.00 | $72.50 |
| 01/06/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review proposed order regarding Skarin chapter 11 administrative claim. | 0.20 | $725.00 | $145.00 |
| 01/06/2024 | HM | 16-Asset Abandonment: Work on abandonment of inventory. | 0.20 | $725.00 | $145.00 |
| 01/06/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Review and revise draft 9019 with Exxon. | 0.20 | $725.00 | $145.00 |
| 01/06/2024 | HM | 32-Fee Applications: Work on first interim fee application for HWA. | 0.20 | $725.00 | $145.00 |
| 01/06/2024 | HM | 2-Asset Analysis and Recovery: Receive and review notice of interested purchaser and confer with J. Eiband regarding same. | 0.10 | $725.00 | $72.50 |
| 01/06/2024 | WK | 30-Litigation: Telephone conference with H. McIntyre regarding mediation statement for Judge Isgur. | 0.20 | $800.00 | $160.00 |
| 01/06/2024 | WK | 30-Litigation: Review and revise the mediation statement and circulate to the litigation team. | 1.10 | $800.00 | $880.00 |
| 01/07/2024 | HM | 30-Litigation: Work on mediation statement and send to Judge Isgur. | 1.00 | $725.00 | $725.00 |
| 01/07/2024 | WK | 30-Litigation: Finalize changes to the mediation statement. | 0.30 | $800.00 | $240.00 |
| 01/07/2024 | WK | 30-Litigation: Conference call with litigation counsel team to make final changes to the mediation statement before sending to Judge Isgur. | 0.40 | $800.00 | $320.00 |
| 01/07/2024 | RC | 32-Fee Applications: Review Stipulation and Order setting deadlines for objections to chapter 11 final fee applications, motion for employment of examiner, and order employing fee examiner, (.2). E-mail from fee examiner regarding extension of time (.1). Draft proposed stipulation extending deadlines and resetting hearing on objections to chapter 11 final fee applications (.7). | 1.00 | $625.00 | $625.00 |
| 01/08/2024 | HM | 2-Asset Analysis and Recovery: Zoom meeting with DIP Agent regarding outstanding issues including cash collateral, carve out terms, abandonment, bills of sale. | 0.40 | $725.00 | $290.00 |
| 01/08/2024 | HM | 23-Monthly Operating Reports: Confer with G. Juengling regarding status of Monthly Operating Reports. | 0.10 | $725.00 | $72.50 |
| 01/08/2024 | HM | 32-Fee Applications: Confer with G. Juengling regarding status of fee statements. | 0.10 | $725.00 | $72.50 |
| 01/08/2024 | HM | 2-Asset Analysis and Recovery: Confer with Shell regarding fuel receipts issue. | 0.10 | $725.00 | $72.50 |

EXHIBIT A

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/08/2024 | HM | 18-Use of Cash Collateral: Work on stipulation for carve out. | 0.10 | $725.00 | $72.50 |
| 01/08/2024 | HM | 30-Litigation: Conference with DIP Agent regarding valuation issue on Wisconsin and Michigan properties for mediation. | 0.30 | $725.00 | $217.50 |
| 01/08/2024 | HM | 30-Litigation: Analyze issues and arguments related to mediation. | 0.30 | $725.00 | $217.50 |
| 01/08/2024 | HM | 32-Fee Applications: Revise stipulation to extend fee examiner deadline and circulate to parties for review and signature. | 0.30 | $725.00 | $217.50 |
| 01/08/2024 | HM | 30-Litigation: Analyze case law in preparation for Wisconsin and Michigan adversary mediation. | 0.70 | $725.00 | $507.50 |
| 01/08/2024 | RC | 3-Asset Sales: Series of e-mails to and from counsel for DIP Agent and auctioneer confirming terms of auction of real estate and carve out (.2). Review spreadsheet of six properties to be auctioned, and brief review of title reports and records documents for five of them (.7). Draft proposed Stipulation with DIP Agent for sale of six properties (2.9). Prepare memo to trustee with summary of draft and open items (.3). | 4.10 | $625.00 | $2,562.50 |
| 01/08/2024 | WK | 2-Asset Analysis and Recovery: Status call with GT and PH Teams, Trustee and H. McIntyre to cover litigation update, discovery and mediation set for 01/10/24. | 1.20 | $800.00 | $960.00 |
| 01/08/2024 | WK | 3-Asset Sales: Receipt and review of draft of DIP Agent regarding sale of the miscellaneous properties by Tranzon; discuss same with H. McIntyre and R. Chandler. | 0.60 | $800.00 | $480.00 |
| 01/08/2024 | WK | 32-Fee Applications: Emails and telephone conferences with L. Jones regarding extension of time on fee examination. | 0.20 | $800.00 | $160.00 |
| 01/08/2024 | WK | 30-Litigation: Second call with Litigation team regarding mediation. | 0.50 | $800.00 | $400.00 |
| 01/08/2024 | WK | 4-Chapter 5 Avoidance Action Investigation and Litigation: Review ExxonMobil Stipulation; discuss same with H. McIntyre and j. Eiband. | 0.30 | $800.00 | $240.00 |
| 01/08/2024 | WK | 2-Asset Analysis and Recovery: Emails and telephone conference with N. Lasing regarding CNR access for Adelphi Trucking; discuss same with Trustee. | 0.40 | $800.00 | $320.00 |
| 01/09/2024 | HM | 32-Fee Applications: Review authorizations to sign stipulation extending deadline to object to fee applications (.1,), update proposed order (.2) and confer with J. Pomerantz regarding request (.2). | 0.50 | $725.00 | $362.50 |
| 01/09/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Finalize and file application to employ R. Woolley as special litigation counsel for non-insider preferences. | 0.40 | $725.00 | $290.00 |

Invoice # 9373

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 01/09/2024 | HM | 14-Employee Benefits / Pensions: Investigate final W2s per former employee inquiry. | 0.10 | $725.00 | $72.50 |
| 01/09/2024 | HM | 32-Fee Applications: Review and revise December time for HWA fee statement. | 0.30 | $725.00 | $217.50 |
| 01/09/2024 | HM | 3-Asset Sales: Forward interested buyer in tank farm to auctioneer. | 0.10 | $725.00 | $72.50 |
| 01/09/2024 | HM | 30-Litigation: Analyze case law in preparation for mediation on Wisconsin and Michigan Adversary. | 1.70 | $725.00 | $1,232.50 |
| 01/09/2024 | HM | 18-Use of Cash Collateral: Work on first quarter 2024 cash collateral budget and confer with DIP Agent regarding same. | 0.30 | $725.00 | $217.50 |
| 01/09/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review secured proof of claim for Fort Bend County for various locations. | 0.10 | $725.00 | $72.50 |
| 01/09/2024 | HM | 16-Asset Abandonment: Exchange emails with Ted Hodges regarding storage tank inquiry and forthcoming abandonment. | 0.20 | $725.00 | $145.00 |
| 01/09/2024 | HM | 32-Fee Applications: Work on HWA first interim fee application. | 1.00 | $725.00 | $725.00 |
| 01/09/2024 | HM | 30-Litigation: Analyze case law and authorities regarding issues for mediation in Wisconsin and Michigan adversary. | 0.70 | $725.00 | $507.50 |
| 01/09/2024 | WK | 18-Use of Cash Collateral: Receipt and review of the cash collateral budget; discuss same with H. McIntyre. | 0.20 | $800.00 | $160.00 |
| 01/09/2024 | WK | 30-Litigation: Mediation preparation and review the transaction timeline. | 1.20 | $800.00 | $960.00 |
| 01/09/2024 | WK | 30-Litigation: Conference call with the Litigation Team, Trustee and H. McIntyre to discuss mediation scenarios. | 0.80 | $800.00 | $640.00 |
| 01/09/2024 | WK | 32-Fee Applications: Emails to and from J. Pomerantz regarding extension of fee application objection deadline. | 0.20 | $800.00 | $160.00 |
| 01/09/2024 | WK | 30-Litigation: Receipt and review of the mediation statement for Judge Isgur; discuss same with H. McIntyre. | 0.40 | $800.00 | $320.00 |
| 01/09/2024 | WK | 3-Asset Sales: Emails to and from N. Lansing regarding Minden, Louisiana correction deed. | 0.20 | $800.00 | $160.00 |
| 01/09/2024 | WK | 3-Asset Sales: Emails to and from J. Elrod regarding Minden, Louisiana property and correction deed. | 0.30 | $800.00 | $240.00 |
| 01/10/2024 | HM | 30-Litigation: Call with DIP Agent regarding issues for mediation on Wisconsin and Michigan adversary. | 0.50 | $725.00 | $362.50 |
| 01/10/2024 | HM | 30-Litigation: Confer with Trustee in preparation for Wisconsin and Michigan adversary mediation. | 0.30 | $725.00 | $217.50 |

EXHIBIT A

Invoice # 9373

| 01/10/2024 | HM | 32-Fee Applications: Receive and review further revisions to stipulation extending deadline to object to chapter 11 professional fee applications. | 0.20 | $725.00 | $145.00 |
|---|---|---|---|---|---|
| 01/10/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with N. Galvan regarding liquidations and sales of inventory and equipment - content of stores. | 0.20 | $725.00 | $145.00 |
| 01/10/2024 | HM | 18-Use of Cash Collateral: Review draft stipualtion regarding carve out. | 0.20 | $725.00 | $145.00 |
| 01/10/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming proofs of claims for taxes on personal property. | 0.20 | $725.00 | $145.00 |
| 01/10/2024 | HM | 2-Asset Analysis and Recovery: Confer with B. Doring for Fifth Third regarding reversal of post conversion fees and turnover. | 0.10 | $725.00 | $72.50 |
| 01/10/2024 | HM | 30-Litigation: Attend mediation of Wisconsin and Michigan Adversary. | 6.40 | $725.00 | $4,640.00 |
| 01/10/2024 | WK | 30-Litigation: Pre-mediation call with DIP Agent team, Trustee and H. McIntyre. | 0.60 | $800.00 | $480.00 |
| 01/10/2024 | WK | 30-Litigation: Mediation prep including case law review. | 1.20 | $800.00 | $960.00 |
| 01/10/2024 | WK | 30-Litigation: Attend mediation with Judge Isgur. | 6.00 | $800.00 | $4,800.00 |
| 01/10/2024 | WK | 30-Litigation: Post mediation working session with DIP Agent team, Trustee and H. McIntyre. | 1.20 | $800.00 | $960.00 |
| 01/11/2024 | HM | 2-Asset Analysis and Recovery: Redline bills of sale for tank transfers requested by Kirkland and Ellis. | 0.40 | $725.00 | $290.00 |
| 01/11/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with J. Wolfshohl regarding ongoing projects and status of fuel receipts and litigation. | 0.20 | $725.00 | $145.00 |
| 01/11/2024 | HM | 2-Asset Analysis and Recovery: Analyze assets to be recovered to prioritize outstanding tasks to maximize value for creditors. | 0.50 | $725.00 | $362.50 |
| 01/11/2024 | HM | 2-Asset Analysis and Recovery: Confer with Fifth Third Bank regarding turnover of funds on hand and request for November 2023 bank statements. | 0.10 | $725.00 | $72.50 |
| 01/11/2024 | HM | 18-Use of Cash Collateral: Work on stipulation as to carve out for benefit of non-DIP Agent creditors per Bankruptcy Code. | 0.30 | $725.00 | $217.50 |
| 01/11/2024 | HM | 2-Asset Analysis and Recovery: Receive and review revised bills of sale with North Carolina deeds and confer as to execution. | 0.20 | $725.00 | $145.00 |
| 01/11/2024 | RC | 18-Use of Cash Collateral: Series of e-mails confirming terms of carve-out for the estate for disposition of all collateral (.2). Draft proposed Stipulation for carve-out, after costs of administration, for all preservation and disposition of collateral (1.3). Prepare memo to trustee | 1.80 | $625.00 | $1,125.00 |

EXHIBIT A

Invoice # 9373

| | | | | | |
|---|---|---|---|---|---|
| | | regarding same, recommendations, and possible open items (.3) | | | |
| 01/11/2024 | WK | 30-Litigation: Emails to and from D. Kane, attorney for Schierl regarding update on settlement and mediation. | 0.30 | $800.00 | $240.00 |
| 01/12/2024 | HM | 2-Asset Analysis and Recovery: Confer with D. Rosenberg regarding bills of sale for tank transfers. | 0.10 | $725.00 | $72.50 |
| 01/12/2024 | HM | 1-General Administration: Prepare status report for Trustee. | 0.20 | $725.00 | $145.00 |
| 01/12/2024 | HM | 32-Fee Applications: Confer with DIP Agent regarding HWA first interim fee application. | 0.10 | $725.00 | $72.50 |
| 01/12/2024 | HM | 30-Litigation: Confer with DIP Agent regarding mediators proposal. | 0.30 | $725.00 | $217.50 |
| 01/12/2024 | RC | 3-Asset Sales: E-mail to proposed auctioneer requesting confirmation of terms and requesting additional information for motion to employ and sell six parcels of real estate, and revised proposal to address reserve prices and credit bids requested by DIP Agent. Draft motion to employ and sell (2.6), proposed form of Order (.8), and declaration of auctioneer (.4). | 3.80 | $625.00 | $2,375.00 |
| 01/12/2024 | WK | 30-Litigation: Conference call to discuss acceptance of the mediator's proposal. | 0.30 | $800.00 | $240.00 |
| 01/12/2024 | WK | 30-Litigation: Emails to Judge Isgur regarding acceptance of mediator's proposal; review response to same. | 0.30 | $800.00 | $240.00 |
| 01/12/2024 | WK | 32-Fee Applications: Receipt and review of the HWA 1st Interim Fee Application; discuss same with H. McIntyre. | 0.40 | $800.00 | $320.00 |
| 01/12/2024 | WK | 30-Litigation: Review the appraisals sent by Jackson Walker on the Wisconsin/Michigan properties. | 0.30 | $800.00 | $240.00 |
| 01/14/2024 | RC | 3-Asset Sales: E-mail from proposed auctioneer confirming list of six real estate properties to be auctioned list (.1). Review marketing proposal and proposed auction agreement, and prepared redlined comments on same (.8). E-mail to lead counsel and trustee regarding comments on auctioneer's proposal (.2). Continue drafting motion to employ auctioneer and sell real estate, and proposed form of Order (1.2). | 2.30 | $625.00 | $1,437.50 |
| 01/15/2024 | HM | 32-Fee Applications: Work on signatures for agreement to extend fee objection deadline. | 0.10 | $725.00 | $72.50 |
| 01/15/2024 | HM | 3-Asset Sales: Review inquiry into real estate. | 0.20 | $725.00 | $145.00 |
| 01/15/2024 | HM | 2-Asset Analysis and Recovery: Confer with Fifth Third regarding further amounts to be turned over and accounting for same. | 0.10 | $725.00 | $72.50 |
| 01/16/2024 | HM | 3-Asset Sales: Telephone conference with K. Toney with Tranzon regarding terms for motion to sell real | 0.20 | $725.00 | $145.00 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | estate. | | | |
| 01/16/2024 | HM | 3-Asset Sales: Continue to investigate possible ownership of real property listed on debtor's schedules. | 0.10 | $725.00 | $72.50 |
| 01/16/2024 | HM | 2-Asset Analysis and Recovery: Call with lender's counsel regarding open issues including cash collateral, abandonment, multiple 9019s, carve out. | 0.50 | $725.00 | $362.50 |
| 01/16/2024 | HM | 2-Asset Analysis and Recovery: Investigate locations for sale by lender's consultant and confer with Norm Gallivan regarding same. | 0.30 | $725.00 | $217.50 |
| 01/16/2024 | HM | 2-Asset Analysis and Recovery: Receive and review further revised bills of sale for tank ownership transfer and respond to Kirkland regarding same. | 0.20 | $725.00 | $145.00 |
| 01/16/2024 | HM | 18-Use of Cash Collateral: Work on draft carve out stipulation with lender. | 0.40 | $725.00 | $290.00 |
| 01/16/2024 | HM | 18-Use of Cash Collateral: Telephone conference with G. Juengling regarding restated October monthly operating report. | 0.20 | $725.00 | $145.00 |
| 01/16/2024 | HM | 3-Asset Sales: Telephone conference with G. Juengling regarding ownership of Knox property. | 0.20 | $725.00 | $145.00 |
| 01/16/2024 | WK | 30-Litigation: Status call with GT and PH Teams, Trustee and H. McIntyre to discuss the mediation and settlement, documentation, depositions ongoing litigation and preference matters. | 0.70 | $800.00 | $560.00 |
| 01/16/2024 | WK | 3-Asset Sales: Review emails to and from J. Elrod and T. Wilson regarding the Highway 80 property in Minden, Louisiana and how the dispute could affect the Estate; discuss same with J. Elrod. | 0.70 | $800.00 | $560.00 |
| 01/16/2024 | WK | 18-Use of Cash Collateral: Receipt and review of the carveout stipulation; discuss same with H. McIntyre and J. Wolfshohl. | 0.70 | $800.00 | $560.00 |
| 01/16/2024 | WK | 2-Asset Analysis and Recovery: Review the proposed compromise with PDI for the electronic data needed to continue to administer case. | 0.30 | $800.00 | $240.00 |
| 01/16/2024 | WK | 32-Fee Applications: Multiple emails to and from Debtor's former professionals regarding the stipulation to extend time; discuss same with Trustee and GT Team. | 0.60 | $800.00 | $480.00 |
| 01/16/2024 | WK | 32-Fee Applications: Emails to and from L. Jones regarding the fee reviews and examinations. | 0.20 | $800.00 | $160.00 |
| 01/16/2024 | RC | 3-Asset Sales: Series of e-mails from and to lead counsel and auctioneer regarding terms of auction to address DIP Agent's concerns (.2). Revise draft of motion to employ auctioneer and sell six parcels of real property, including terms to allow future sales if additional property is discovered (1.0). | 1.20 | $625.00 | $750.00 |

EXHIBIT A

Invoice # 9373

| 01/16/2024 | WK | 30-Litigation: Receipt and review of the latest version of the Settlement Agreement with MPO; emails to and from J. Elrod regarding same. | 0.50 | $800.00 | $400.00 |
|---|---|---|---|---|---|
| 01/17/2024 | WK | 30-Litigation: Emails to and from A. Crouch and J. Watts regarding CBE as approved appraiser and verify same with Trustee. | 0.30 | $800.00 | $240.00 |
| 01/17/2024 | HM | 2-Asset Analysis and Recovery: Confer on PDI terms for allowing access to books and records. | 0.20 | $725.00 | $145.00 |
| 01/17/2024 | HM | 2-Asset Analysis and Recovery: Email Michael Sally for PNC regarding turnover of funds and request for bank statements. | 0.10 | $725.00 | $72.50 |
| 01/17/2024 | HM | 2-Asset Analysis and Recovery: Work on turnover of funds remaining at multiple banks. | 0.80 | $725.00 | $580.00 |
| 01/17/2024 | HM | 14-Employee Benefits / Pensions: Respond to former employee inquiry. | 0.10 | $725.00 | $72.50 |
| 01/17/2024 | HM | 15-Insurance: Receive and review motion filed by Federated regarding insurance proceeds to be paid. | 0.20 | $725.00 | $145.00 |
| 01/17/2024 | HM | 23-Monthly Operating Reports: Call with G. Juengling regarding monthly operating reports and outstanding data needed. | 0.80 | $725.00 | $580.00 |
| 01/17/2024 | HM | 30-Litigation: Review mediation developments in Imperial adversary. | 0.10 | $725.00 | $72.50 |
| 01/17/2024 | HM | 32-Fee Applications: Attention to filing first interim fee application (.1) and work on December fee statement (.2). | 0.30 | $725.00 | $217.50 |
| 01/17/2024 | HM | 18-Use of Cash Collateral: Circulate draft stipulation regarding carve out to DIP Agent counsel. | 0.10 | $725.00 | $72.50 |
| 01/17/2024 | HM | 14-Employee Benefits / Pensions: Respond to employee inquiry. | 0.10 | $725.00 | $72.50 |
| 01/17/2024 | HM | 3-Asset Sales: Review invoice for title reports (.1), request title reports (.1) and confer with Trustee regarding payment of invoice (.1). | 0.30 | $725.00 | $217.50 |
| 01/17/2024 | RC | 3-Asset Sales: E-mail from auctioneer (.1). Receipt and review auctioneer's revised proposal and redlined changes made by auctioneer to prior version of proposed contract for six real estate properties(.2). Series of e-mails from and to lead counsel regarding terms of sale and negotiations with secured lender (.2). Prepare redlined comments on latest draft of auction contract (.6). Revise draft of motion to employ auctioneer and sell, to include changes (1.8). E-mail to trustee and lead counsel with open items and recommendations on revised draft (.3). Prepare analysis of options for distribution of buyers' premiums (.1). | 3.30 | $625.00 | $2,062.50 |
| 01/17/2024 | WK | 18-Use of Cash Collateral: Receipt and review of the | 0.50 | $800.00 | $400.00 |

EXHIBIT A

Invoice # 9373

| | | | | | |
|---|---|---|---|---|---|
| | | Stipulation and Agreed Order on the 1% carveout with the DIP Agent; discuss same with H. McIntyre and Trustee. | | | |
| 01/17/2024 | WK | 3-Asset Sales: Review the drafts of the a) Motion to Employ/Sell b) By Tranzon Auctioneers; and c) Toney Affidavit. | 0.60 | $800.00 | $480.00 |
| 01/17/2024 | WK | 32-Fee Applications: Receipt and review the Stipulation on extension of time on the fee group objections; discuss same with S. Heyen. | 0.30 | $800.00 | $240.00 |
| 01/17/2024 | WK | 30-Litigation: Emails to and from J. Boland regarding motion to compromise. | 0.20 | $800.00 | $160.00 |
| 01/18/2024 | HM | 32-Fee Applications: Review and revise HWA December fee statement for filing. | 0.40 | $725.00 | $290.00 |
| 01/18/2024 | HM | 2-Asset Analysis and Recovery: Work on demand letter to banks for turnover of funds, reversal of post conversion accounting fees and subpoena of bank statemetns. | 0.40 | $725.00 | $290.00 |
| 01/18/2024 | RC | 3-Asset Sales: Series of e-mails from and to auctioneer and brief review of documents prepared by him to obtain duplicate title to vehicle. | 0.10 | $625.00 | $62.50 |
| 01/18/2024 | MM | 2-Asset Analysis and Recovery: Receipt and review of spreadsheet of bank accounts and balances owed to prepare letters to banks seeking turnover of funds and account closure. | 0.50 | $400.00 | $200.00 |
| 01/18/2024 | MM | 2-Asset Analysis and Recovery: Prepare list of outstanding bank accounts and balances held at Bank OZK to be sent with letter for same. | 0.20 | $400.00 | $80.00 |
| 01/18/2024 | MM | 2-Asset Analysis and Recovery: Prepare list of outstanding bank accounts and balances held at Capital One Bank to be sent with letter for same. | 0.30 | $400.00 | $120.00 |
| 01/18/2024 | MM | 2-Asset Analysis and Recovery: Prepare list of outstanding bank accounts and balances held at First Horizon Bank to be sent with letter for same. | 0.40 | $400.00 | $160.00 |
| 01/18/2024 | MM | 2-Asset Analysis and Recovery: Prepare list of outstanding bank accounts and balances held at Farmers & Merchants Bank to be sent with letter for same. | 0.20 | $400.00 | $80.00 |
| 01/18/2024 | MM | 2-Asset Analysis and Recovery: Prepare list of outstanding bank accounts and balances held at PNC Bank to be sent with letter for same. | 0.40 | $400.00 | $160.00 |
| 01/18/2024 | MM | 2-Asset Analysis and Recovery: Prepare list of outstanding bank accounts and balances held at Cadence Bank to be sent with letter for same. | 0.20 | $400.00 | $80.00 |
| 01/18/2024 | WK | 21-Landlords: Emails to and from J. Eiband regarding properties and rents leased by FamFuels and how to account for rentals. | 0.30 | $800.00 | $240.00 |

EXHIBIT A

Invoice # 9373

| 01/18/2024 | WK | 3-Asset Sales: Emails to and from C. Heaton, auctioneer, regarding sales of miscellaneous personal property. | 0.20 | $800.00 | $160.00 |
|---|---|---|---|---|---|
| 01/18/2024 | WK | 32-Fee Applications: Receipt and review of the Stipulation and Agreed Order regarding time for objections to professional fees; emails to B. Wallen regarding same. | 0.40 | $800.00 | $320.00 |
| 01/19/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming proofs of claims. | 0.10 | $725.00 | $72.50 |
| 01/19/2024 | HM | 21-Landlords: Receive and review emails regarding Fam Fuels rent issue and continued investigation into ownership of real property. | 0.20 | $725.00 | $145.00 |
| 01/19/2024 | HM | 32-Fee Applications: Receive and review multiples emails regarding agreement on stipulation and order changing dates for chapter 11 fee objections and hearings (.1) and review filed proposed stipulation (.2). | 0.30 | $725.00 | $217.50 |
| 01/19/2024 | HM | 32-Fee Applications: Receive, review and revise November and December fee statements from Whitley Penn. | 0.20 | $725.00 | $145.00 |
| 01/19/2024 | HM | 2-Asset Analysis and Recovery: Work on letter to Bank OZK regarding turnover of funds on hand, account closure, turnover of bank statements and post-conversion fee reversals. | 0.10 | $725.00 | $72.50 |
| 01/19/2024 | HM | 2-Asset Analysis and Recovery: Confer with Trustee on request from Alabama Electric to close two open electric accounts. | 0.20 | $725.00 | $145.00 |
| 01/19/2024 | MM | 2-Asset Analysis and Recovery: Prepare subpoena to Bank OZK to obtain missing bank statements. | 0.40 | $400.00 | $160.00 |
| 01/19/2024 | MM | 2-Asset Analysis and Recovery: Prepare subpoena to Cadence Bank to obtain missing bank statements. | 0.40 | $400.00 | $160.00 |
| 01/19/2024 | MM | 2-Asset Analysis and Recovery: Prepare subpoena to PNC Bank to obtain missing bank statements. | 0.40 | $400.00 | $160.00 |
| 01/19/2024 | MM | 2-Asset Analysis and Recovery: Prepare subpoena to Capital One bank to obtain missing bank statements. | 0.40 | $400.00 | $160.00 |
| 01/19/2024 | MM | 2-Asset Analysis and Recovery: Prepare subpoena to First Horizon Bank to obtain missing bank statements. | 0.40 | $400.00 | $160.00 |
| 01/19/2024 | MM | 2-Asset Analysis and Recovery: Prepare subpoena to Farmers & Merchants Bank to obtain missing bank statements. | 0.40 | $400.00 | $160.00 |
| 01/19/2024 | MM | 2-Asset Analysis and Recovery: Review Secretary of State website to identify registered agents for all banks being served subpoenas. | 0.70 | $400.00 | $280.00 |
| 01/19/2024 | WK | 3-Asset Sales: Review the Emergency Motion Directing Trustee to Execute Correction Deed filed by T&W, LLC. | 0.70 | $800.00 | $560.00 |

EXHIBIT A

Invoice # 9373

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/19/2024 | WK | 3-Asset Sales: Conference call with Trustee and GT Teams regarding the Motion for Correction Deed and discuss response. | 0.60 | $800.00 | $480.00 |
| 01/19/2024 | WK | 3-Asset Sales: Emails to and from J. Elrod regarding Emergency Motion for Correction Deed. | 0.30 | $800.00 | $240.00 |
| 01/19/2024 | WK | 4-Chapter 5 Avoidance Action Investigation and Litigation: Review newest set of revisions sent by Exxon counsel on the Exxon Settlement and emails to and from J. Eiband and GT Team regarding same. | 0.30 | $800.00 | $240.00 |
| 01/22/2024 | HM | 14-Employee Benefits / Pensions: Confer with Stephanie Henderson regarding Proliant returns and open issues related to payroll. | 0.20 | $725.00 | $145.00 |
| 01/22/2024 | HM | 23-Monthly Operating Reports: Confer with Trustee regarding monthly operating reporting. | 0.10 | $725.00 | $72.50 |
| 01/22/2024 | HM | 2-Asset Analysis and Recovery: Prepare agenda for lender meeting (.2) and attend same (.7). | 0.90 | $725.00 | $652.50 |
| 01/22/2024 | HM | 5-Tax Matters: Email Whitely Penn and FTI regarding status of escrows excise and sales and use taxes. | 0.20 | $725.00 | $145.00 |
| 01/22/2024 | HM | 14-Employee Benefits / Pensions: Receive and review employee inquiry regarding unpaid hours during chapter 11 and request info from S. Henderson, former controller. | 0.20 | $725.00 | $145.00 |
| 01/22/2024 | HM | 3-Asset Sales: Receive and review order setting Time and Water corrective deed issue for hearing. | 0.10 | $725.00 | $72.50 |
| 01/22/2024 | HM | 3-Asset Sales: Verify payment of title reports to vendor per order to operate and continued investigation of real estate. | 0.10 | $725.00 | $72.50 |
| 01/22/2024 | HM | 12-Relief from Stay Proceedings: Receive and review draft lift stay motion for State of Alabama to move against surety bonds (.1), confer with Trustee regarding same (.1) and confer with accountant regarding accounting of excise taxes owed and segregated funds on hand. | 0.30 | $725.00 | $217.50 |
| 01/22/2024 | HM | 3-Asset Sales: Work on verifying filing of real property transfers for MEX to Blue Owl. | 0.20 | $725.00 | $145.00 |
| 01/22/2024 | HM | 2-Asset Analysis and Recovery: Work on demand letters to banks holding funds on deposit for turnover, fee reversal and bank statements (1.1) including follow up emails to Fifth Third (.2) and First Horizon on turnover and bank statements (.2). | 1.50 | $725.00 | $1,087.50 |
| 01/22/2024 | HM | 16-Asset Abandonment: Revise notice of abandonment and finalize for filing. | 0.20 | $725.00 | $145.00 |
| 01/22/2024 | HM | 32-Fee Applications: Work on HWA December fee statement. | 0.30 | $725.00 | $217.50 |
| 01/22/2024 | HM | 30-Litigation: Review and revise draft 9019 for | 0.20 | $725.00 | $145.00 |

EXHIBIT A

Invoice # 9373

| | | Wisconsin and Michigan settlement. | | | |
|---|---|---|---|---|---|
| 01/22/2024 | HM | 32-Fee Applications: Review Whitley Penn November and December fee statements (.2) and confer with Trustee regarding same (.1). | 0.30 | $725.00 | $217.50 |
| 01/22/2024 | WK | 2-Asset Analysis and Recovery: Conference call with FT and PH Teams and Trustee and H. McIntyre to discuss 1) Minden, Louisiana property and potential litigation; 2) fee examiner; 3) excise taxes; and 4) insurance proceeds. | 0.80 | $800.00 | $640.00 |
| 01/22/2024 | WK | 30-Litigation: Telephone conference with J. Boland regarding possible Schierl issues. | 0.20 | $800.00 | $160.00 |
| 01/22/2024 | WK | 3-Asset Sales: Extended telephone conference with M. Fishel regarding the Minden, Louisiana property dispute. | 0.20 | $800.00 | $160.00 |
| 01/22/2024 | WK | 3-Asset Sales: Email to Trustee team regarding results of phone call with M. Fishel. | 0.20 | $800.00 | $160.00 |
| 01/22/2024 | WK | 3-Asset Sales: Conference call with Thad Wilson, attorney for Frady, J. Elrod and Trustee regarding the Minden property and the emergency hearing on 01/24/2024. | 0.60 | $800.00 | $480.00 |
| 01/22/2024 | WK | 3-Asset Sales: Conference call with J. Elrod and Trustee regarding the hearing on the Minden property and response to motion. | 0.20 | $800.00 | $160.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Prepare list of outstanding bank accounts and balances held at Louisiana National Bank to be sent with letter for same. | 0.20 | $400.00 | $80.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Prepare list of outstanding bank accounts and balances held at Community Neighbors Bank to be sent with letter for same. | 0.20 | $400.00 | $80.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Prepare Exhibit A to subpoena to Bank OZK including affidavit of business records and documents to be produced. | 0.30 | $400.00 | $120.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Prepare Exhibit A to subpoena to Cadence Bank including affidavit of business records and documents to be produced. | 0.30 | $400.00 | $120.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Prepare Exhibit A to subpoena to Capital One including affidavit of business records and documents to be produced. | 0.30 | $400.00 | $120.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Prepare Exhibit A to subpoena to Community Neighbors Bank including affidavit of business records and documents to be produced. | 0.30 | $400.00 | $120.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Prepare Exhibit A to subpoena to Farmers & Merchants Bank including affidavit of business records and documents to be | 0.30 | $400.00 | $120.00 |

EXHIBIT A

Invoice # 9373

| | | produced. | | | |
|---|---|---|---|---|---|
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Prepare Exhibit A to subpoena to First Horizon Bank including affidavit of business records and documents to be produced. | 0.30 | $400.00 | $120.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Prepare Exhibit A to subpoena to Louisiana National Bank including affidavit of business records and documents to be produced. | 0.30 | $400.00 | $120.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Prepare Exhibit A to subpoena to PNC Bank including affidavit of business records and documents to be produced. | 0.30 | $400.00 | $120.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Review bank statements of OZK Bank to identify any fees charged after petition date. | 0.50 | $400.00 | $200.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Revise turnover letter, subpoena and corresponding exhibits to Bank OZK. | 0.50 | $400.00 | $200.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Revise turnover letter, subpoena and corresponding exhibits to Farmer and Merchants Bank. | 0.50 | $400.00 | $200.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Revise turnover letter, subpoena and corresponding exhibits to Community Neighbors Bank. | 0.50 | $400.00 | $200.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Revise turnover letter, subpoena and corresponding exhibits to Capital One. | 0.60 | $400.00 | $240.00 |
| 01/22/2024 | MM | 2-Asset Analysis and Recovery: Revise turnover letter, subpoena and corresponding exhibits to Louisiana National Bank. | 0.40 | $400.00 | $160.00 |
| 01/23/2024 | WK | 30-Litigation: Conference call with Trustee and J. Boland regarding discovery issues and mediation. | 0.40 | $800.00 | $320.00 |
| 01/23/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review inquiry into potential administrative claim and confer with J. Wolfshohl regarding same. | 0.20 | $725.00 | $145.00 |
| 01/23/2024 | HM | 30-Litigation: Revise 9019 motion settling Wisconsin and Michigan adversary. | 0.20 | $725.00 | $145.00 |
| 01/23/2024 | HM | 3-Asset Sales: Investigate post petition deeds provided by Kirkland. | 0.20 | $725.00 | $145.00 |
| 01/23/2024 | HM | 14-Employee Benefits / Pensions: Telephone conference with J. Eiband regarding former employee assertions of amounts owed and confer with Stephanie Henderson regarding same. | 0.20 | $725.00 | $145.00 |
| 01/23/2024 | HM | 3-Asset Sales: Telephone conference with J. Eiband regarding ordering additional title reports on real property possibly owned by debtors. | 0.20 | $725.00 | $145.00 |
| 01/23/2024 | HM | 5-Tax Matters: Receive and review FTI analysis of segregated funds for excise and use taxes and confer | 0.20 | $725.00 | $145.00 |

EXHIBIT A

| | | with G. Juengling regarding same. | | | |
|---|---|---|---|---|---|
| 01/23/2024 | MM | 3-Asset Sales: Receipt and review of property deeds to identify if any deeds were not recorded prior to bankruptcy filing. | 1.30 | $400.00 | $520.00 |
| 01/23/2024 | MM | 3-Asset Sales: Research various counties records to obtain recorded deeds not provided by co-counsel. | 2.10 | $400.00 | $840.00 |
| 01/23/2024 | MM | 2-Asset Analysis and Recovery: Review bank statements of Fifth Third Bank to identify any fees charged after petition date. | 0.90 | $400.00 | $360.00 |
| 01/23/2024 | WK | 3-Asset Sales: Receipt and review of the Trustee's response to motion to compel execution of corrective deed and multiple emails to and from J. Elrod regarding same. | 1.20 | $800.00 | $960.00 |
| 01/23/2024 | WK | 3-Asset Sales: Meeting with Trustee to prepare for hearing on 01/24/24. | 0.50 | $800.00 | $400.00 |
| 01/23/2024 | WK | 3-Asset Sales: Review memo and exhibits from M. Moershell regarding possible new impermissibly recorded deeds in Wisconsin and Oklahoma; discuss same with H. McIntyre. | 0.30 | $800.00 | $240.00 |
| 01/23/2024 | WK | 3-Asset Sales: Emails to and from T. Wilson regarding hearing to motion to compel. | 0.20 | $800.00 | $160.00 |
| 01/23/2024 | WK | 30-Litigation: Emails to and from J. Elrod regarding subpoenas. | 0.20 | $800.00 | $160.00 |
| 01/24/2024 | HM | 3-Asset Sales: Attend hearing on Time Water issue and sliver interest (.8) and continued hearing on same (.2). | 1.00 | $725.00 | $725.00 |
| 01/24/2024 | HM | 5-Tax Matters: Receive and review emails regarding State of Alabama regarding bonds for excise taxes. | 0.20 | $725.00 | $145.00 |
| 01/24/2024 | HM | 3-Asset Sales: Telephone conference with J. Elrod and Trustee regarding developments from Time Water hearing and estate's probably ownership in sliver of real estate. | 0.30 | $725.00 | $217.50 |
| 01/24/2024 | HM | 3-Asset Sales: Continue to investigate 2193 Hwy 532 Minden La transaction with Time Warner as possible fraudulent transfer and estate's likely silver interest in real property (.7) and confer with Trustee regarding strategy and disposition of same (.4). | 1.10 | $725.00 | $797.50 |
| 01/24/2024 | HM | 23-Monthly Operating Reports: Zoom call with G. Juengling regarding restated October monthly operating report and November and December monthly operating reports. | 1.20 | $725.00 | $870.00 |
| 01/24/2024 | MM | 2-Asset Analysis and Recovery: Teleconference with Community Neighbor Bank to obtain officer's information to serve subpoena. | 0.20 | $400.00 | $80.00 |
| 01/24/2024 | MM | 2-Asset Analysis and Recovery: Teleconference with Louisiana National Bank to obtain branch manager's | 0.20 | $400.00 | $80.00 |

EXHIBIT A

Invoice # 9373

| | | information to serve subpoena. | | | |
|---|---|---|---|---|---|
| 01/24/2024 | MM | 2-Asset Analysis and Recovery: Teleconference with Farmers and Merchants Bank to obtain branch manager's information to serve subpoena. | 0.20 | $400.00 | $80.00 |
| 01/24/2024 | HM | 5-Tax Matters: Receive and review information from FTI regarding excise tax returns and confer with G. Juengling regarding same. | 0.30 | $725.00 | $217.50 |
| 01/24/2024 | MM | 2-Asset Analysis and Recovery: Review bank statements of Cadence Bank to identify any fees charged after petition date. | 0.50 | $400.00 | $200.00 |
| 01/24/2024 | MM | 2-Asset Analysis and Recovery: No Charge - Revise Exhibits A and A-1 and subpoena to OZK Bank. | 0.50 | $0.00 | $0.00 |
| 01/24/2024 | MM | 2-Asset Analysis and Recovery: No Charge - Revise Exhibits A and A-1 and subpoena to Cadence Bank. | 0.50 | $0.00 | $0.00 |
| 01/24/2024 | MM | 2-Asset Analysis and Recovery: No Charge - Revise Exhibits A and A-1 and subpoena to Capital One Bank. | 0.50 | $0.00 | $0.00 |
| 01/24/2024 | MM | 2-Asset Analysis and Recovery: No Charge - Revise Exhibits A and A-1 and subpoena to Louisiana National Bank. | 0.50 | $0.00 | $0.00 |
| 01/24/2024 | MM | 2-Asset Analysis and Recovery: No Charge - Revise Exhibits A and A-1 and subpoena to Farmers and Merchants Bank. | 0.50 | $0.00 | $0.00 |
| 01/24/2024 | MM | 2-Asset Analysis and Recovery: No Charge - Revise Exhibits A and A-1 and subpoena to Community Neighbors Bank. | 0.50 | $0.00 | $0.00 |
| 01/24/2024 | WK | 3-Asset Sales: Prepare with the Trustee for and attend hearing on Emergency Motion for Corrective Deed. | 1.40 | $800.00 | $1,120.00 |
| 01/24/2024 | WK | 3-Asset Sales: Conference call with J. Elrod, Trustee and H. McIntyre to discuss strategy for 1:30 continued hearing. | 1.30 | $800.00 | $1,040.00 |
| 01/24/2024 | WK | 3-Asset Sales: Attend continued hearing as to Minden property. | 0.20 | $800.00 | $160.00 |
| 01/24/2024 | WK | 3-Asset Sales: Meeting with Trustee and H. McIntyre regarding strategy for selling the "Sliver Parcel" on the Minden, Louisiana property. | 0.40 | $800.00 | $320.00 |
| 01/24/2024 | WK | 3-Asset Sales: Review the proposed correction deed and supporting documents regarding possible purchase price for the Sliver parcel. | 0.80 | $800.00 | $640.00 |
| 01/24/2024 | WK | 3-Asset Sales: Emails to and from J. Elrod and H. McIntyre regarding subpoena for certain documents from Time and Water; discuss issues concerning same with Trustee. | 0.70 | $800.00 | $560.00 |
| 01/25/2024 | MM | 2-Asset Analysis and Recovery: Prepare Notice of Issuance of Subpoena. | 0.60 | $400.00 | $240.00 |

EXHIBIT A

Invoice # 9373

| 01/25/2024 | HM | 3-Asset Sales: Attend to multiple emails regarding ongoing issues with Time Water and estate's sliver real estate interest. | 0.20 | $725.00 | $145.00 |
|---|---|---|---|---|---|
| 01/25/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Receive and review order setting Exxon 9019 for hearing (.1) and confer with J. Wolfshohl regarding same (.1) | 0.20 | $725.00 | $145.00 |
| 01/25/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review order on chapter 7 administrative expense claim for WBK Shreveport. | 0.10 | $725.00 | $72.50 |
| 01/25/2024 | HM | 3-Asset Sales: Revise motion to sell real estate, Tranzon listing agreement and declaration of auctioneer (.7) and confer with K .Toney regarding same (.1). | 0.80 | $725.00 | $580.00 |
| 01/25/2024 | HM | 3-Asset Sales: Confer with auctioneer on O&E reports. | 0.10 | $725.00 | $72.50 |
| 01/25/2024 | MM | 2-Asset Analysis and Recovery: Review bank statements of First Horizon Bank to identify any fees charged after petition date. | 0.80 | $400.00 | $320.00 |
| 01/25/2024 | WK | 30-Litigation: Begin review of first draft of settlement agreement sent by counsel for Fidelity; review same with Trustee. | 0.80 | $800.00 | $640.00 |
| 01/25/2024 | WK | 30-Litigation: Emails to and from J. Johnston regarding the MEX v. Aluwalia and Gulri lawsuit in Georgia and discovery issues. | 0.40 | $800.00 | $320.00 |
| 01/25/2024 | WK | 3-Asset Sales: Emails to and from J. Elrod and T. Wilson regarding 2004 subpoenas and need to bring finality to the Minden, Louisiana controversy. | 0.50 | $800.00 | $400.00 |
| 01/25/2024 | WK | 3-Asset Sales: Review draft of Motion to Employ Tranzon to sell the six miscellaneous real estate parcels. | 0.40 | $800.00 | $320.00 |
| 01/25/2024 | WK | 4-Chapter 5 Avoidance Action Investigation and Litigation: Emails to and from J. Wolfshohl and P. Holzer regarding Exxon issues and need for continuance to resolve one station in Texas. | 0.30 | $800.00 | $240.00 |
| 01/26/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review proof of claim filed by accounting firm (.1) and confer with Trustee regarding turnover of records (.1). | 0.20 | $725.00 | $145.00 |
| 01/26/2024 | HM | 30-Litigation: Receive and review offer on settling pending adversary for stay violations. | 0.10 | $725.00 | $72.50 |
| 01/26/2024 | HM | 5-Tax Matters: Confer with DIP Agent regarding Exxon stipulation hearing set for today and continuance of same. | 0.10 | $725.00 | $72.50 |
| 01/26/2024 | HM | 23-Monthly Operating Reports: Finalize amended October, November and December monthly operating reports for filing. | 0.80 | $725.00 | $580.00 |

EXHIBIT A

Invoice # 9373

| 01/26/2024 | HM | 11-Creditor Matters: Respond to inquiry from Humane Society regarding connection to case. | 0.10 | $725.00 | $72.50 |
|---|---|---|---|---|---|
| 01/26/2024 | HM | 32-Fee Applications: Receive and review order setting hearing on chapter 11 fee application scheduling (.1) and confer with Trustee regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 01/26/2024 | HM | 2-Asset Analysis and Recovery: Receive and review request for bills of sale and investigate same. | 0.20 | $725.00 | $145.00 |
| 01/26/2024 | HM | 32-Fee Applications: Review and attend to filing certificate of service on hearing on chapter 11 fee applications. | 0.10 | $725.00 | $72.50 |
| 01/26/2024 | HM | 3-Asset Sales: Further revise motion to sell real estate. | 0.40 | $725.00 | $290.00 |
| 01/26/2024 | HM | 2-Asset Analysis and Recovery: Work on letter for turnover of debtor records from former accountant. | 0.20 | $725.00 | $145.00 |
| 01/26/2024 | RC | 3-Asset Sales: E-mails and review of recent redlines to draft of motion to employ auctioneer and six parcels of real estate, and prepare additional redline. | 0.50 | $625.00 | $312.50 |
| 01/26/2024 | WK | 30-Litigation: Review the various documents on the potential Bierenbaum litigation sent by J. Elrod; discuss same with Trustee. | 0.80 | $800.00 | $640.00 |
| 01/29/2024 | HM | 2-Asset Analysis and Recovery: Call with DIP Agent counsel regarding open issues including carve out terms, sale or real estate, chapter 11 fee applications, Wisconsin and Michigan adversary. | 1.00 | $725.00 | $725.00 |
| 01/29/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee on issues with net proceeds and calculations needed to make disbursements under stipulation and agreed order on carve out (.6), confer with S. Heyen regarding same (.4), revise proposed stipulation and order and circulate (.5). | 1.50 | $725.00 | $1,087.50 |
| 01/29/2024 | HM | 30-Litigation: Confer with W. Kitchens regarding Wisconsin and Michigan settlement, revisions and tax implications. | 0.20 | $725.00 | $145.00 |
| 01/29/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling and Trustee regarding status of various tax issues in process. | 0.30 | $725.00 | $217.50 |
| 01/29/2024 | HM | 2-Asset Analysis and Recovery: Receive and review turnover and subpoena demands to banks with funds on deposit. | 0.40 | $725.00 | $290.00 |
| 01/29/2024 | HM | 15-Insurance: Confer with J. Eiband regarding employing counsel paid by insurance. | 0.20 | $725.00 | $145.00 |
| 01/29/2024 | HM | 3-Asset Sales: Telephone conference with K, Toney regarding revisions to auction agreement. | 0.30 | $725.00 | $217.50 |
| 01/29/2024 | HM | 3-Asset Sales: Further revise motion to sell real estate and circulate for comment. | 0.20 | $725.00 | $145.00 |

EXHIBIT A

Invoice # 9373

| 01/29/2024 | HM | 32-Fee Applications: Work on Trustee fee statements for October through December 2023. | 0.80 | $725.00 | $580.00 |
| 01/29/2024 | MM | 32-Fee Applications: Prepare Trustee's fee statement for November. | 0.40 | $400.00 | $160.00 |
| 01/29/2024 | MM | 32-Fee Applications: Prepare Trustee's fee statement for December. | 0.40 | $400.00 | $160.00 |
| 01/29/2024 | MM | 32-Fee Applications: Prepare fee statements for November and December. | 1.20 | $400.00 | $480.00 |
| 01/29/2024 | MM | 2-Asset Analysis and Recovery: Review and finalize demand letters and subpoenas to all banks for service. | 2.70 | $400.00 | $1,080.00 |
| 01/29/2024 | WK | 18-Use of Cash Collateral: Receipt and review the 1% Carveout and DIP Order; discuss same with H. McIntyre. | 0.60 | $800.00 | $480.00 |
| 01/29/2024 | WK | 30-Litigation: Receipt and review the MPO/Federated release and emails to and from Lender Team and Trustee Team regarding same. | 0.70 | $800.00 | $560.00 |
| 01/29/2024 | WK | 15-Insurance: Receipt and review of the insurance coverage stipulation in the Latrinda Williams litigation and emails to and from A. Surinak regarding same. | 0.40 | $800.00 | $320.00 |
| 01/29/2024 | WK | 3-Asset Sales: Receipt and review the motion to sell real estate with Tranzon as the broker/auctioneer. | 0.40 | $800.00 | $320.00 |
| 01/29/2024 | WK | 32-Fee Applications: Emails to and from L. Jones regarding professional fee application reviews and potential objections. | 0.30 | $800.00 | $240.00 |
| 01/30/2024 | HM | 30-Litigation: Exchange emails with J. Boland regarding proposed stipulation regarding 26f report in Wisconsin and Michigan adversary. | 0.20 | $725.00 | $145.00 |
| 01/30/2024 | HM | 18-Use of Cash Collateral: Review further redlines to carve out stipulation (.3) and confer with Trustee regarding same (.2). | 0.60 | $725.00 | $435.00 |
| 01/30/2024 | HM | 30-Litigation: Review and revise settlement agreement for Wisconsin and Michigan Adversary (.7) and confer with Trustee regarding same (.1). | 0.80 | $725.00 | $580.00 |
| 01/30/2024 | HM | 2-Asset Analysis and Recovery: Confer with D. Rosenberg regarding bills of sale related to storage tanks for 5531 Hwy 278 Sulligent Alabama (.1) and investigate same (.1). | 0.20 | $725.00 | $145.00 |
| 01/30/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming tax claims. | 0.10 | $725.00 | $72.50 |
| 01/30/2024 | HM | 30-Litigation: Receive and review proposed stipulation and order resetting status conference in Wisconsin and Michigan adversary and confer regarding authorization to sign and finalize for filing. | 0.30 | $725.00 | $217.50 |
| 01/30/2024 | HM | 30-Litigation: Review emails regarding suggestion of | 0.20 | $725.00 | $145.00 |

EXHIBIT A

Invoice # 9373

| | | | | | |
|---|---|---|---|---|---|
| | | bankruptcy to be filed in pending litigation against debtor for which insurer is paying defense. | | | |
| 01/30/2024 | HM | 30-Litigation: Continue to revise settlement agreement in Wisconsin and Michigan adversary. | 0.90 | $725.00 | $652.50 |
| 01/30/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding tax implications of Wisconsin and Michigan settlement proceeds. | 0.30 | $725.00 | $217.50 |
| 01/30/2024 | HM | 2-Asset Analysis and Recovery: Receive requested updated 5/3 bank statements. | 0.10 | $725.00 | $72.50 |
| 01/30/2024 | HM | 1-General Administration: Receive and review notice of address change and update Master Service List as necessary. | 0.10 | $725.00 | $72.50 |
| 01/30/2024 | MM | 2-Asset Analysis and Recovery: Review bank statements of PNC Bank to identify any fees charged after petition date. | 0.80 | $400.00 | $320.00 |
| 01/30/2024 | WK | 30-Litigation: Extended conference call with Litigation Team regarding the 9019 Motion and Settlement Agreement on the Wisconsin/Michigan properties, parameters of the settlement and changes to the documents. | 1.00 | $800.00 | $800.00 |
| 01/30/2024 | WK | 30-Litigation: Second call with Trustee and Litigation Team to do a page by page turn of the settlement agreement and revisions to same. | 1.00 | $800.00 | $800.00 |
| 01/31/2024 | HM | 30-Litigation: Email case manager regarding stipulation resetting hearing in Wisconsin and Michigan adversary. | 0.20 | $725.00 | $145.00 |
| 01/31/2024 | HM | 30-Litigation: Coordinate call on Wisconsin and Michigan settlement documents. | 0.10 | $725.00 | $72.50 |
| 01/31/2024 | HM | 2-Asset Analysis and Recovery: Receive and review documents related to Moore Petroleum storage tanks and confer with D. Rosenber for Kirkland Ellis regarding same. | 0.30 | $725.00 | $217.50 |
| 01/31/2024 | HM | 5-Tax Matters: Confer with G. Juengling regarding status of estate 1099s. | 0.10 | $725.00 | $72.50 |
| 01/31/2024 | HM | 32-Fee Applications: Receive and review chapter 11 fee application from Young Moore and Henderson. | 0.10 | $725.00 | $72.50 |
| 01/31/2024 | HM | 2-Asset Analysis and Recovery: Return call of Loomis regarding cash in safes and access to same. | 0.10 | $725.00 | $72.50 |
| 01/31/2024 | HM | 2-Asset Analysis and Recovery: Email PNC regarding turnover of funds on hand. | 0.10 | $725.00 | $72.50 |
| 01/31/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with Scott with Loomis regarding cash safes. | 0.40 | $725.00 | $290.00 |
| 01/31/2024 | HM | 5-Tax Matters: Review 2 foot stack of mail and send tax related items to G. Juengling. | 0.80 | $725.00 | $580.00 |

EXHIBIT A

Invoice # 9373

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 01/31/2024 | MM | 2-Asset Analysis and Recovery: Prepare letter to Landers Accounting requesting turnover of debtor's records and documents. | 0.60 | $400.00 | $240.00 |
| 01/31/2024 | MM | 2-Asset Analysis and Recovery: Create link to send all deeds received to J. Elrod. | 0.30 | $400.00 | $120.00 |
| 01/31/2024 | MM | 2-Asset Analysis and Recovery: Email to J. Elrod regarding link to access all deeds received relating to Mountain Express' property. | 0.10 | $400.00 | $40.00 |
| 01/31/2024 | WK | 18-Use of Cash Collateral: Review objection filed by Raymond James to the carveout motion (.4); discuss same with H. McIntyre and Trustee and the PH Team regarding responses (.3). | 0.70 | $800.00 | $560.00 |
| 01/31/2024 | WK | 18-Use of Cash Collateral: Emails with Raymond James' counsel regarding reasons for their objections. | 0.40 | $800.00 | $320.00 |
| 01/31/2024 | WK | 3-Asset Sales: Emails to and from J. Eiband regarding potential property of the Estate in Missouri (.3) and follow up with same (.2). | 0.50 | $800.00 | $400.00 |

|  | Quantity Subtotal | 166.4 |
|---|---|---|
|  | Services Subtotal | $112,455.00 |

## Expenses

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 01/11/2024 | LS | E101 Copying: Copies for Application to Employ MRW. | 115.00 | $0.20 | $23.00 |
| Expense | 01/11/2024 | LS | E108 Postage: Postage for Application to Employ MRW. | 23.00 | $0.63 | $14.49 |
| Expense | 01/17/2024 | LS | E108 Postage: Postage for HWA First Fee Application. | 53.00 | $1.11 | $58.83 |
| Expense | 01/17/2024 | LS | E101 Copying: Copies for HWA First Fee Application. | 1,378.00 | $0.20 | $275.60 |
| Expense | 01/23/2024 | LS | E108 Postage: Postage for Whitley Penn and HWA Fee Notices. | 23.00 | $0.63 | $14.49 |
| Expense | 01/23/2024 | LS | E101 Copying: Copies for Whitley Penn and HWA Fee Notices. | 874.00 | $0.20 | $174.80 |
| Expense | 01/25/2024 | JM | Packing Slip Session : 012424PS5336 | 1.00 | $1.00 | $1.00 |
| Expense | 01/25/2024 | JM | Packing Slip Sessions : 012424NM1945 | 1.00 | $4.00 | $4.00 |
| Expense | 01/25/2024 | JM | Packing Slip Session : 012424VD3634 | 1.00 | $3.00 | $3.00 |
| Expense | 01/26/2024 | LS | E108 Postage: Certificate of Service for Order Setting Hearing on multiple Fee Applications. | 23.00 | $0.63 | $14.49 |

EXHIBIT A

Invoice # 9373

| | | | | | | |
|---|---|---|---|---|---|---|
| Expense | 01/26/2024 | LS | E101 Copying: Copies for Certificate of Service for Order Setting Hearing on multiple Fee Applications. | 46.00 | $0.20 | $9.20 |
| Expense | 01/29/2024 | LS | E108 Postage: Postage for Demand Letters to Banks. | 12.00 | $1.36 | $16.32 |
| Expense | 01/29/2024 | LS | E108 Postage: Postage for COS Order Setting Hearings on Monto and ExxonMobil. | 23.00 | $0.64 | $14.72 |
| Expense | 01/30/2024 | LS | E108 Postage: Postage for Notice of Issuance of Subpoenas. | 23.00 | $0.64 | $14.72 |
| Expense | 01/30/2024 | LS | E101 Copying: Copies for COS on Orders Setting Hearing on Monto and ExxonMobil. | 56.00 | $0.20 | $11.20 |
| Expense | 01/30/2024 | LS | E101 Copying: Copies for Notice of Issuance of Subpoenas. | 23.00 | $0.20 | $4.60 |
| | | | **Expenses Subtotal** | | | **$654.46** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Rhonda Chandler | 21.3 | $625.00 | $13,312.50 |
| Wayne Kitchens | 54.0 | $800.00 | $43,200.00 |
| David Lodholz | 0.4 | $725.00 | $290.00 |
| Heather McIntyre | 63.3 | $725.00 | $45,892.50 |
| Mandy Moerschell | 24.4 | $400.00 | $9,760.00 |
| Mandy Moerschell | 3.0 | $0.00 | $0.00 |
| | **Quantity Total** | | **166.4** |
| | **Subtotal** | | **$113,109.46** |
| | **Total** | | **$113,109.46** |

Please make all amounts payable to: HughesWattersAskanase
To pay by credit card you may go through our link at: https://app.clio.com/link/7e3rrnDf7g9g

EXHIBIT A

**Mountain Express Oil Company**

| Task Code and Timekeeper | Sum of Hours | Sum of Billable |
|---|---|---|
| Heather McIntyre | 0.3 | $217.50 |
| **1-General Administration Total** | **0.3** | **$217.50** |
| | | |
| Heather McIntyre | 14.5 | $10,512.50 |
| Mandy Moerschell | 22 | $7,600.00 |
| Wayne Kitchens | 4.6 | $3,680.00 |
| **2-Asset Analysis and Recovery Total** | **41.1** | **$21,792.50** |
| | | |
| Heather McIntyre | 7 | $5,075.00 |
| Mandy Moerschell | 3.4 | $1,360.00 |
| Rhonda Chandler | 18.5 | $11,562.50 |
| Wayne Kitchens | 14.6 | $11,680.00 |
| **3-Asset Sales Total** | **43.5** | **$29,677.50** |
| | | |
| Heather McIntyre | 1 | $725.00 |
| Wayne Kitchens | 0.9 | $720.00 |
| **4-Chapter 5 Avoidance Action Investigation and Litigation Total** | **1.9** | **$1,445.00** |
| | | |
| Heather McIntyre | 2.5 | $1,812.50 |
| **5-Tax Matters Total** | **2.5** | **$1,812.50** |
| | | |
| Heather McIntyre | 1.5 | $1,087.50 |
| Wayne Kitchens | 0.2 | $160.00 |
| **7-Claims Administration, Analysis and Objections Total** | **1.7** | **$1,247.50** |
| | | |
| Heather McIntyre | 0.1 | $72.50 |
| **11-Creditor Matters Total** | **0.1** | **$72.50** |
| | | |
| Heather McIntyre | 0.3 | $217.50 |
| **12-Relief from Stay Proceedings Total** | **0.3** | **$217.50** |
| | | |
| Wayne Kitchens | 0.3 | $240.00 |
| **13-Environmental and Regulatory Matters Total** | **0.3** | **$240.00** |
| | | |
| Heather McIntyre | 1 | $725.00 |
| **14-Employee Benefits / Pensions Total** | **1** | **$725.00** |

EXHIBIT A

| | | |
|---|---|---|
| Heather McIntyre | 0.4 | $290.00 |
| Wayne Kitchens | 0.4 | $320.00 |
| **15-Insurance Total** | **0.8** | **$610.00** |
| | | |
| Heather McIntyre | 0.7 | $507.50 |
| **16-Asset Abandonment Total** | **0.7** | **$507.50** |
| | | |
| Heather McIntyre | 4.4 | $3,190.00 |
| Rhonda Chandler | 1.8 | $1,125.00 |
| Wayne Kitchens | 3.1 | $2,480.00 |
| **18-Use of Cash Collateral Total** | **9.3** | **$6,795.00** |
| | | |
| Heather McIntyre | 0.2 | $145.00 |
| Wayne Kitchens | 0.3 | $240.00 |
| **21-Landlords Total** | **0.5** | **$385.00** |
| | | |
| Heather McIntyre | 3 | $2,175.00 |
| **23-Monthly Operating Reports Total** | **3** | **$2,175.00** |
| | | |
| David Lodholz | 0.4 | $290.00 |
| Heather McIntyre | 20.3 | $14,717.50 |
| Wayne Kitchens | 27 | $21,600.00 |
| **30-Litigation Total** | **47.7** | **$36,607.50** |
| | | |
| Heather McIntyre | 6.1 | $4,422.50 |
| Mandy Moerschell | 2 | $800.00 |
| Rhonda Chandler | 1 | $625.00 |
| Wayne Kitchens | 2.6 | $2,080.00 |
| **32-Fee Applications Total** | **11.7** | **$7,927.50** |
| | | |
| **Grand Total** | **166.4** | **$112,455.00** |