**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| MOUNTAIN EXPRESS OIL COMPANY, *et al*., | Case No. 23-90147 (EVR) |
| Debtors. | (Jointly Administered) |

**<u>NOTICE OF RULE 2004 EXAMINATION</u>**

To:

**Chase Begor
c/o Christopher R. LaRose
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105**

NOTICE IS HEREBY GIVEN that Janet Northrup, as Chapter 7 Trustee of the above-captioned debtors (the "<u>Trustee</u>"), by and through her undersigned counsel, intends to conduct an examination of Chase Begor ("<u>Begor</u>"), individually and as the corporate representative of the Debtors, under Federal Rules of Bankruptcy Procedure 2004, 7030 and 7034 and Bankruptcy Local Rule 2004-1 on **March 26, 2024** beginning at **8:00 a.m.** (Eastern Time) (or at such other time as may be agreed to by the parties) via Zoom Videoconference.  The examination will be taken pursuant to an agreement between the parties and will be taken before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by stenographic means.  Zoom information can be obtained by contacting counsel for the Trustee below.

(Signature page immediately follows)

Dated this 21st day of March, 2024.

**GREENBERG TRAURIG, LLP**

By: */s/ John D. Elrod*
Shari L. Heyen
Texas Bar No. 09564750
*Shari.Heyen@gtlaw.com*
1000 Louisiana St., Suite 1700
Houston, Texas 77002
Telephone:      (713) 374-3564
Facsimile:      (713) 374-3505

– and –

John D. Elrod (admitted *pro hac vice*)
*ElrodJ@gtlaw.com*
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone:      (678) 553-2259
Facsimile:      (678) 553-2269

**SPECIAL LITIGATION COUNSEL FOR JANET NORTHRUP, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2024, a true and correct copy of the foregoing

*Notice of Rule 2004 Examination* was served by electronic transmission upon (i) all parties eligible

to receive service through this Court's CM/ECF system and (ii) the following:

Chase Begor
c/o Christopher R. LaRose
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
clarose@atllp.com

GREENBERG TRAURIG, LLP

By: */s/ John D. Elrod*
John D. Elrod
*ElrodJ@gtlaw.com*
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone:     (678) 553-2259
Facsimile:     (678) 553-2269

SPECIAL LITIGATION COUNSEL FOR JANET
NORTHRUP, CHAPTER 7 TRUSTEE