## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| MOUNTAIN EXPRESS OIL COMPANY, *et al.*, | Case No. 23-90147 (EVR) |
| Debtors. | (Jointly Administered) |

## NOTICE OF RULE 2004 EXAMINATION

NOTICE IS HEREBY GIVEN that Janet Northrup, as Chapter 7 Trustee of the above-captioned debtors (the "Trustee"), by and through her undersigned counsel, intends to conduct an examination of **Gina Zamarelli** under Federal Rule of Bankruptcy Procedure 2004 and Bankruptcy Local Rule 2004-1 on **May 1, 2024** beginning at **9:00 a.m.** (Eastern Time) (or at such other time as may be agreed to by the parties) at the law office of Greenberg Traurig, LLP, 401 East Las Olas Boulevard, Suite 2000, Fort Lauderdale, FL 33301.  The examination will be taken pursuant to an agreement between the parties and will be taken before an authorized court reporter or other person authorized by law to administer oaths and will be recorded by stenographic means.

(Signature page immediately follows)

1

Dated this 12th day of April, 2024.

            **GREENBERG TRAURIG, LLP**

            By: */s/ John D. Elrod*
            Shari L. Heyen
            Texas Bar No. 09564750
            *Shari.Heyen@gtlaw.com*
            1000 Louisiana St., Suite 1700
            Houston, Texas 77002
            Telephone:    (713) 374-3564
            Facsimile:     (713) 374-3505

            – and –

            John D. Elrod (admitted *pro hac vice*)
            *ElrodJ@gtlaw.com*
            Terminus 200, Suite 2500
            3333 Piedmont Road, NE
            Atlanta, Georgia 30305
            Telephone:    (678) 553-2259
            Facsimile:     (678) 553-2269

            **SPECIAL LITIGATION COUNSEL FOR JANET NORTHRUP, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2024, a true and correct copy of the foregoing *Notice of Rule 2004 Examination* was served by electronic transmission upon all parties eligible to receive service through this Court's CM/ECF system.

**GREENBERG TRAURIG, LLP**

By: */s/ John D. Elrod*
John D. Elrod
*ElrodJ@gtlaw.com*
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone:    (678) 553-2259
Facsimile:    (678) 553-2269

**SPECIAL LITIGATION COUNSEL FOR JANET NORTHRUP, CHAPTER 7 TRUSTEE**