# Exhibit 5



John D. Elrod
Greenberg Traurig, LLP
Terminus 200, 3333 Piedmont Rd. NE
Suite 2500, Atlanta, GA 30305
ElrodJ@gtlaw.com

December 14, 2023

**VIA CERTIFIED MAIL, FIRST CLASS MAIL, AND EMAIL**

Turjo Wadud
808 Alder Court
Alpharetta, GA 30005
Turjo.wadud@wadud.family
W.turjo@gmail.com
TWadud@adelphi.com

Lamar Frady
344 Hillside Drive
Waleska, GA 30183
Lamar.frady@gmail.com
Lamar.frady@adelphi.com
lkfrady@yahoo.com

Jared Sheiker
1741 North Hermitage Avenue
Chicago, IL 60622
jared.sheiker@blueowl.com

Re:     **Demand for Monetary Damages**

Dear Messrs. Wadud, Frady, and Sheiker:

Our firm represents Janet Northrup in her capacity as the Chapter 7 Trustee (the "<u>Trustee</u>") for Mountain Express Oil Company and its debtor affiliates (collectively, "<u>MEX</u>"). The Trustee was appointed in MEX's bankruptcy cases, which are pending in the U.S. Bankruptcy Court (the "<u>Court</u>") for the Southern District of Texas, Houston Division, Case Nos. 23-90147, *et al*.

This letter shall serve as notice, and a demand for damages, that MEX has been harmed by acts, omissions, and other wrongful conduct engaged in and by its former officers and directors (including, without limitation, Turjo Wadud, Lamar Frady, and Jared Sheiker) (hereafter the "<u>Officers and Directors</u>"). Among other things, the Officers and Directors breached their fiduciary duties, breached their duties of good faith and fair dealing, engaged in self-dealing, converted MEX's assets, and/or engaged in otherwise improper transfers and conveyances. Accordingly, through this letter, MEX hereby demands as follows:

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY⁺
MIAMI
MINNEAPOLIS
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∼
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO¤
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬ OPERATES AS
GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS A
SEPARATE UK REGISTERED LEGAL ENTITY
OPERATES AS
GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
* OPERATES AS
GREENBERG TRAURIG LLP
FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
GREENBERG TRAURIG, P.A.,
FLORIDA, USA
¤ OPERATES AS
GT TOKYO HORITSU JIMUSHO
~ OPERATES AS
GREENBERG TRAURIG GRZESIAK SP.K.

December 14, 2023
Page 2

(1)     A minimum of $250 million in damages;

(2)     The Officers and Directors give notice to their insurers, including, without limitation, any insurers providing Director & Officer insurance, of the Trustee's claims; and

(3)     The Officers and Directors take all other steps necessary to protect their insurance coverage.

Please take further notice that all insurance policies, and the proceeds thereof, are property of MEX's bankruptcy estate pursuant to 11 U.S.C. § 541 and are subject to the automatic stay contained in 11 U.S.C. § 362.  Accordingly, fees and expenses relating to the defense of any insured claims should not be paid by any insurers.

This letter is not intended to describe, in detail, all claims against the Officers and Directors.  The Trustee reserves all rights, claims, and remedies with respect to this matter. Please direct all communications on this matter to the undersigned.

Sincerely,

John D. Elrod

cc:

Janet Northrup, Chapter 7 Trustee

AXIS Insurance
Attn: Claims Department
P.O. Box 4470
Alpharetta, GA 30023-4470
USFNOL@axiscapital.com
re: Policy Numbers P-001-000763425-01 and P-001-000763425-02

Endurance Assurance Corporation
Attn: Claims Department
1221 Avenue of the Americas
New York, NY 10020
insuranceclaims@sompo-intl.com
re: Policy Number ADL30034051900

December 14, 2023
Page 3


Berkshire Hathaway Specialty Insurance
500 Northpark Town Center
1100 Abernathy Road, N.E., Suite 1200
Atlanta, GA 30328
ClaimsNotice@bhspecialty.com
re: Policy Number 47-EMC-327303-01

Paul Singerman, Esq.
Kenneth Waterway, Esq.
singerman@bergersingerman.com
KWaterway@bergersingerman.com

Thad Wilson, Esq.
thadwilson@kslaw.com