

# INVOICE

Invoice # 9514
Date: 04/22/2024
Due Upon Receipt

1201 Louisiana, 28th Floor
Houston, Texas 77002
United States
Phone: 713-759-0818
Fax: 713-759-6834

Janet Northrup (HWA Attorney for Trustee)

### 2023-02460-Mountain Express Oil Company (Attorney for Trustee)

## Mountain Express Oil Company (Attorney for Trustee)

**Matter ID:** MOEXP/02

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03/01/2024 | HM | 2-Asset Analysis and Recovery: Confer with auctioneer regarding moving forward with clean up work at Williston, ND to prepare for auction. | 0.10 | $725.00 | $72.50 |
| 03/01/2024 | HM | 2-Asset Analysis and Recovery: Confer with M. Moerschell regarding discrepancies on requested bills of sale for transfer of underground storage tanks to Blue Owl buyers. | 0.10 | $725.00 | $72.50 |
| 03/01/2024 | HM | 2-Asset Analysis and Recovery: Confer with J. Elrod regarding needed data access to Microsoft information from Debtors' servers and status of books and records preservation. | 0.10 | $725.00 | $72.50 |
| 03/01/2024 | HM | 32-Fee Applications: Review and revise further revised stipulation with Pachulski (.3) and telephone conference with R. Woolley regarding same (.2). | 0.50 | $725.00 | $362.50 |
| 03/01/2024 | HM | 32-Fee Applications: Receive and review court order regarding stipulation and agreed order for Akerman chapter 11 fee application and confer with J. Nieto regarding accounting of same. | 0.10 | $725.00 | $72.50 |
| 03/01/2024 | HM | 32-Fee Applications: Receive and review court order resolving Axinn chapter 11 fee application and calendar deadlines. | 0.10 | $725.00 | $72.50 |
| 03/01/2024 | HM | 32-Fee Applications: Receive and review court order | 0.10 | $725.00 | $72.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | resolving Lugenbuhl chapter 11 fee application and calendar deadlines. | | | |
| 03/01/2024 | HM | 32-Fee Applications: Receive and review court order resolving G&G chapter 11 fee application and calendar deadlines. | 0.10 | $725.00 | $72.50 |
| 03/01/2024 | HM | 2-Asset Analysis and Recovery: Confer with B. Ruzinsky regarding receipt of Exxon funds per court order. | 0.10 | $725.00 | $72.50 |
| 03/01/2024 | HM | 32-Fee Applications: Receive and review Raymond James counteroffer on Chapter 11 fee dispute. | 0.10 | $725.00 | $72.50 |
| 03/01/2024 | HM | 3-Asset Sales: Receive and review title report on real estate and investigate possible additional property to be auctioned. | 0.10 | $725.00 | $72.50 |
| 03/01/2024 | HM | 32-Fee Applications: Receive and review draft FTI stipulation resolving chapter 11 fee issues (.3) and discuss same and other chapter 11 fee application reductions with R. Woolley (.6). | 0.90 | $725.00 | $652.50 |
| 03/01/2024 | MM | 3-Asset Sales: Revise bills of sale to include grantors and grantees as listed on deeds as to underground storage tanks. | 0.50 | $400.00 | $200.00 |
| 03/04/2024 | HM | 32-Fee Applications: Confer with L. Jones regarding status of chapter 11 fee applications and application for compensation. | 0.10 | $725.00 | $72.50 |
| 03/04/2024 | HM | 23-Monthly Operating Reports: Revise January monthly operating report. | 0.40 | $725.00 | $290.00 |
| 03/04/2024 | HM | 2-Asset Analysis and Recovery: Prepare for and attend status call with DIP Agent regarding open and ongoing case issues. | 0.60 | $725.00 | $435.00 |
| 03/04/2024 | HM | 32-Fee Applications: Work on HWA January fee statement. | 0.20 | $725.00 | $145.00 |
| 03/04/2024 | HM | 32-Fee Applications: Work on first interim application for Trustee compensation. | 0.40 | $725.00 | $290.00 |
| 03/04/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review order on claim for Spatco chapter 11 administrative claim and forward to accountant. | 0.10 | $725.00 | $72.50 |
| 03/04/2024 | HM | 2-Asset Analysis and Recovery: Confer with J. Nieto regarding accounting for fuel receipts and review schedules regarding same. | 0.20 | $725.00 | $145.00 |
| 03/04/2024 | HM | 3-Asset Sales: Receive and review title report for real property. | 0.10 | $725.00 | $72.50 |
| 03/04/2024 | HM | 3-Asset Sales: Confer with auctioneer regarding Willison, ND lease. | 0.10 | $725.00 | $72.50 |
| 03/04/2024 | HM | 32-Fee Applications: Confer with R. Woolley regarding Pachulski wire resolving chapter 11 fee application. | 0.30 | $725.00 | $217.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/04/2024 | WK | 30-Litigation: Status conference all with GT and PH teams, Trustee and H. McIntyre to discuss Wisconsin/Michigan litigation, fuel refunds, real estate parcels and general status. | 0.30 | $800.00 | $240.00 |
| 03/04/2024 | WK | 32-Fee Applications: Email to and from R. Woolley regarding the McDermott and Province fee stipulation and review of same. | 0.40 | $800.00 | $320.00 |
| 03/04/2024 | WK | 30-Litigation: Emails to and from M. Fishel regarding Meridian, Louisiana settlement agreement. | 0.20 | $800.00 | $160.00 |
| 03/04/2024 | WK | 1-General Administration: Receipt and review of the .pdf documents sent by J. Eiband. | 0.30 | $800.00 | $240.00 |
| 03/04/2024 | WK | 30-Litigation: Review email, and order for summary judgment on the Memon lawsuit in Georgia; discuss same with J. Johnston, litigation counsel. | 0.50 | $800.00 | $400.00 |
| 03/05/2024 | AL | 32-Fee Applications: Review and revise Trustee's First Interim Fee Application. | 1.20 | $225.00 | $270.00 |
| 03/05/2024 | AL | 7-Claims Administration, Analysis and Objections: Download proof of claims and forward to Trustee accountant. | 0.20 | $225.00 | $45.00 |
| 03/05/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding status of various tax and accounting issues. | 0.40 | $725.00 | $290.00 |
| 03/05/2024 | HM | 2-Asset Analysis and Recovery: Receive and review lease termination letters from H. Jamison's clients and confer with J. Elrod regarding issues with contents. | 0.30 | $725.00 | $217.50 |
| 03/05/2024 | HM | 2-Asset Analysis and Recovery: Finalize 9019 on PDI contract. | 0.30 | $725.00 | $217.50 |
| 03/05/2024 | HM | 7-Claims Administration, Analysis and Objections: Work on agreed orders for Ohio and Arkansas taxes. | 0.80 | $725.00 | $580.00 |
| 03/05/2024 | HM | 32-Fee Applications: Finalize first interim application for trustee compensation and attention to filing. | 0.30 | $725.00 | $217.50 |
| 03/05/2024 | HM | 30-Litigation: Review outcome of mediation on adversary. | 0.10 | $725.00 | $72.50 |
| 03/05/2024 | HM | 2-Asset Analysis and Recovery: Receive and review voice mail from Capital One regarding subpoena for records and confer with M. Moerschell regarding same. | 0.10 | $725.00 | $72.50 |
| 03/05/2024 | MM | 2-Asset Analysis and Recovery: Prepare demand letters to turnover records to Bondurant, Mixson and Elmore, Raymond James and BDO. | 1.20 | $400.00 | $480.00 |
| 03/05/2024 | WK | 30-Litigation: Receipt and review of the latest version of the MPO Settlement Agreement; discuss same with Trustee and H. McIntyre. | 0.90 | $800.00 | $720.00 |
| 03/05/2024 | WK | 2-Asset Analysis and Recovery: Emails to and from J. Eiband regarding data presentation with PDI; discuss same with Trustee. | 0.30 | $800.00 | $240.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/06/2024 | WK | 30-Litigation: Conference call with MPO/Fidelity teams, GT team and Trustee team regarding the settlement agreement and 9019 motion. | 0.60 | $800.00 | $480.00 |
| 03/06/2024 | AL | 32-Fee Applications: Review and revise HWA's 5th Fee Statement for January 2024. | 0.50 | $225.00 | $112.50 |
| 03/06/2024 | AL | 30-Litigation: Prepare draft 9019 Motion with regard to MEX/MPO/Fidelity compromise. | 2.00 | $225.00 | $450.00 |
| 03/06/2024 | HM | 32-Fee Applications: Consider further negotiations of McDermott offer to settle chapter 11 fee claim objection. | 0.10 | $725.00 | $72.50 |
| 03/06/2024 | HM | 2-Asset Analysis and Recovery: Prepare chart for tracking unclaimed property investigation. | 0.40 | $725.00 | $290.00 |
| 03/06/2024 | HM | 30-Litigation: Receive and review further revised settlement agreement setting Wisconsin and Michigan adversary. | 0.20 | $725.00 | $145.00 |
| 03/06/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review application for administrative expenses filed by KCC. | 0.10 | $725.00 | $72.50 |
| 03/06/2024 | HM | 32-Fee Applications: Review situation resolving Raymond James objection to chapter 11 fees. | 0.20 | $725.00 | $145.00 |
| 03/06/2024 | WK | 32-Fee Applications: Emails to and from R. Woolley regarding McDermott and Province Financial fee applications and settlement of certain issues. | 0.30 | $800.00 | $240.00 |
| 03/06/2024 | WK | 30-Litigation: Emails to and from M. Fishel with final changes to Minden, Louisiana Settlement Agreement. | 0.20 | $800.00 | $160.00 |
| 03/06/2024 | WK | 30-Litigation: Edit the Minden, Louisiana Settlement Agreement. | 0.30 | $800.00 | $240.00 |
| 03/06/2024 | WK | 30-Litigation: Emails to and from J. Boland regarding MPO Settlement Agreement. | 0.20 | $800.00 | $160.00 |
| 03/06/2024 | WK | 32-Fee Applications: Receipt and review of the Raymond James Stipulation regarding final fee application. | 0.30 | $800.00 | $240.00 |
| 03/07/2024 | AL | 30-Litigation: Continue drafting 9019 Motion with regard to MEX/MPO/Fidelity compromise. | 1.50 | $225.00 | $337.50 |
| 03/07/2024 | AL | 23-Monthly Operating Reports: Draft February 2024 Monthly Operating Report. | 0.40 | $225.00 | $90.00 |
| 03/07/2024 | HM | 3-Asset Sales: Confer on lease issues with selling real property. | 0.20 | $725.00 | $145.00 |
| 03/07/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming proofs of claims. | 0.10 | $725.00 | $72.50 |
| 03/07/2024 | HM | 3-Asset Sales: Receive and review title report for additional found real property to auction. | 0.20 | $725.00 | $145.00 |

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/07/2024 | HM | 3-Asset Sales: Receive and review auction results for further auctioned personal property. | 0.10 | $725.00 | $72.50 |
| 03/07/2024 | HM | 7-Claims Administration, Analysis and Objections: Confer with counsel for Ohio regarding terms for agreed order resolving motion for chapter 11 administrative claims (.2), further revise (.2) and attention to filing same (.1). | 0.50 | $725.00 | $362.50 |
| 03/07/2024 | HM | 7-Claims Administration, Analysis and Objections: Confer with S. Plonsky regarding First Horizon's liquidation of collateral and notice of abandonment regarding North Carolina locations. | 0.20 | $725.00 | $145.00 |
| 03/07/2024 | HM | 12-Relief from Stay Proceedings: Review DIP Agent comments on mediated settlement for stay violations with multiple defendants. | 0.10 | $725.00 | $72.50 |
| 03/07/2024 | HM | 2-Asset Analysis and Recovery: Receive and review comments from Capital One regarding pending subpoena. | 0.10 | $725.00 | $72.50 |
| 03/07/2024 | HM | 3-Asset Sales: Telephone conference with K. Toney regarding status of condition reports and updated listed of properties to auction. | 0.20 | $725.00 | $145.00 |
| 03/07/2024 | HM | 3-Asset Sales: Prepare current list of real estate (.5) and confer with Trustee regarding same (.2). | 0.70 | $725.00 | $507.50 |
| 03/07/2024 | HM | 30-Litigation: Receive and review order re-setting status conference in Wisconsin and Michigan Adversary. | 0.10 | $725.00 | $72.50 |
| 03/07/2024 | WK | 30-Litigation: Emails to and from S. Heyen and J. Wolfshohl regarding Monto adversary proceeding and settlement proposal on same. | 0.20 | $800.00 | $160.00 |
| 03/07/2024 | WK | 30-Litigation: Review the proposed Monto settlement agreement. | 0.40 | $800.00 | $320.00 |
| 03/07/2024 | WK | 30-Litigation: Review latest changes to the MPO 9019 motion and order sent by counsel for MPO; discuss same with Trustee and DIP counsel. | 0.50 | $800.00 | $400.00 |
| 03/07/2024 | WK | 30-Litigation: Emails and telephone conference with J. Johnston regarding discovery issues on the Gulri litigation in Georgia. | 0.20 | $800.00 | $160.00 |
| 03/07/2024 | WK | 30-Litigation: Edit the MPO 9019 motion and order; discuss same with A. Lopez. | 0.60 | $800.00 | $480.00 |
| 03/08/2024 | AL | 30-Litigation: Prepare draft 9019 Motion with regard to MEX/T&W compromise. | 2.00 | $225.00 | $450.00 |
| 03/08/2024 | HM | 30-Litigation: Prepare certificate of service for re-set hearing in WI MI adversary (.2) and attention to filing same (.1). | 0.30 | $725.00 | $217.50 |
| 03/08/2024 | HM | 32-Fee Applications: Receive and review two additional orders resolving chapter 11 fee applications (.1) and | 0.20 | $725.00 | $145.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | confer with special counsel regarding same (.1). | | | |
| 03/08/2024 | HM | 30-Litigation: Receive and review further revisions to settlement agreement and 9019 motion Wisconsin/Michigan adversary. | 0.30 | $725.00 | $217.50 |
| 03/08/2024 | HM | 32-Fee Applications: Telephone conference with Grant Juengling regarding fee application and fee statements. | 0.20 | $725.00 | $145.00 |
| 03/08/2024 | HM | 18-Use of Cash Collateral: Submit current reports to DIP Agent for cash collateral and interim distribution purposes. | 0.10 | $725.00 | $72.50 |
| 03/08/2024 | HM | 32-Fee Applications: Review and revise draft first application for compensation for Whitely Penn, estate accountants (.4) and confer with Trustee regarding same (.1). | 0.40 | $725.00 | $290.00 |
| 03/08/2024 | HM | 32-Fee Applications: Confer with L. Jones regarding first and final fee application. | 0.20 | $725.00 | $145.00 |
| 03/08/2024 | HM | 32-Fee Applications: Review HWAs Fifth (January 2024) fee statement. | 0.10 | $725.00 | $72.50 |
| 03/08/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review authority to file agreed order regarding Ohio chapter 11 administrative claim (.1) and attention to filing same (.1). | 0.20 | $725.00 | $145.00 |
| 03/08/2024 | HM | 3-Asset Sales: Receive and review further title report regarding property to be auctioned. | 0.10 | $725.00 | $72.50 |
| 03/08/2024 | HM | 32-Fee Applications: Review accountant's fourth fee statement. | 0.20 | $725.00 | $145.00 |
| 03/08/2024 | HM | 2-Asset Analysis and Recovery: Follow up on status of OZK turnover of documents and funds. | 0.10 | $725.00 | $72.50 |
| 03/08/2024 | HM | 2-Asset Analysis and Recovery: Receive and review email and voice mail regarding issues with Capital One subpoena and confer with A. Lopez regarding re-issuing subpoena and moving forward on turnover. | 0.10 | $725.00 | $72.50 |
| 03/08/2024 | HM | 2-Asset Analysis and Recovery: Follow up with accountant on any outstanding items needed from Fifth Third regarding turnover and subpoena of documents. | 0.10 | $725.00 | $72.50 |
| 03/08/2024 | WK | 30-Litigation: Review the edits to the 9019 motion and order sent by J. Boland and J. Elrod; discuss same with Trustee and H. McIntyre. | 0.40 | $800.00 | $320.00 |
| 03/11/2024 | AL | 2-Asset Analysis and Recovery: Re-issue subpoena to Capital One, N.A. and serve to representative D. Lawson. | 0.50 | $225.00 | $112.50 |
| 03/11/2024 | AL | 2-Asset Analysis and Recovery: Search, review, and verify Debtor's, MEX North Alabama LLC, real property in Franklin County Alabama. | 0.30 | $225.00 | $67.50 |
| 03/11/2024 | HM | 3-Asset Sales: Receive and review title report for | 0.10 | $725.00 | $72.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | additional property in Louisiana. | | | |
| 03/11/2024 | HM | 18-Use of Cash Collateral: Work on interim distribution request from lender. | 0.10 | $725.00 | $72.50 |
| 03/11/2024 | HM | 3-Asset Sales: Confer with lender on status of condition reports and auction process for real property. | 0.10 | $725.00 | $72.50 |
| 03/11/2024 | WK | 30-Litigation: Receipt and review of the 9019 motion and order on the T&W "Silver Parcel" matter; emails to and from the GT Team and T&W counsel regarding same. | 1.20 | $800.00 | $960.00 |
| 03/11/2024 | WK | 30-Litigation: Emails to and from J. Boland regarding change to the 9019 order. | 0.20 | $800.00 | $160.00 |
| 03/11/2024 | WK | 30-Litigation: Emails and telephone conference with J. Johnston regarding settlement discussions with Gulri, et al regarding Georgia litigation. | 0.30 | $800.00 | $240.00 |
| 03/11/2024 | WK | 30-Litigation: Revise the Minden, Louisiana 9019 motion and order; telephone conference with M. Fishel regarding same. | 0.50 | $800.00 | $400.00 |
| 03/12/2024 | WK | 30-Litigation: Emails to and from J. Watts regarding Fidelity changes to MPO 9019 Motion and Order; discuss same with Trustee. | 0.30 | $800.00 | $240.00 |
| 03/12/2024 | WK | 30-Litigation: Emails to and from J. Boland regarding latest draft of MPO settlement documents. | 0.20 | $800.00 | $160.00 |
| 03/12/2024 | WK | 30-Litigation: Edit the Minden, Louisiana Settlement Agreement and send to M. Fishel, Counsel for T&W. | 0.40 | $800.00 | $320.00 |
| 03/12/2024 | WK | 30-Litigation: Emails to and from M. Fishel regarding approval of the Settlement Agreement. | 0.20 | $800.00 | $160.00 |
| 03/12/2024 | WK | 30-Litigation: Begin review of the MPO edits to the draft of the 9019 Motion. | 0.50 | $800.00 | $400.00 |
| 03/13/2024 | MM | 3-Asset Sales: Receipt and review of title reports and property summaries of new found property from K. Toney. | 0.50 | $400.00 | $200.00 |
| 03/13/2024 | WK | 32-Fee Applications: Telephone conference with R. Woolley regarding settlement of fee issues with Province Financial. | 0.20 | $800.00 | $160.00 |
| 03/13/2024 | WK | 30-Litigation: Work on the Minden, Louisiana Settlement Agreement; emails and telephone conference with M. Fishel regarding same. | 0.90 | $800.00 | $720.00 |
| 03/13/2024 | WK | 30-Litigation: Receipt and review of the Wisconsin/Michigan 9019 motion and order; emails to J. Boland and J. Watts regarding same. | 0.70 | $800.00 | $560.00 |
| 03/13/2024 | WK | 3-Asset Sales: Review correspondence from K. Toney, Auctioneer regarding Alabama properties. | 0.20 | $800.00 | $160.00 |
| 03/14/2024 | WK | 30-Litigation: Edit the correction deed for the Minden | 0.30 | $800.00 | $240.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | "Silver Parcel"; review with the Trustee for signature. | | | |
| 03/14/2024 | WK | 30-Litigation: Emails and telephone conference with M. Fishel regarding correction deed and problems with certain of the language. | 0.30 | $800.00 | $240.00 |
| 03/15/2024 | AL | 3-Asset Sales: Forward property condition reports to Shari Heyen and John Elrod. | 0.10 | $225.00 | $22.50 |
| 03/15/2024 | AL | 7-Claims Administration, Analysis and Objections: Review Srijay's Application for Administrative Expenses. | 0.20 | $225.00 | $45.00 |
| 03/15/2024 | HM | 2-Asset Analysis and Recovery: Receive and review inquiry from Pennsylvania regarding remediation work and work with J. Eiband and M. Moerschell regarding process for identifying buyer to direct Pennsylvania to. | 0.20 | $725.00 | $145.00 |
| 03/15/2024 | HM | 3-Asset Sales: Receive and review multiple emails regarding multiple properties from real estate broker and attend to same. | 0.30 | $725.00 | $217.50 |
| 03/15/2024 | HM | 3-Asset Sales: Receive and review additional title report for ownership of one of 3 cow pens properties. | 0.10 | $725.00 | $72.50 |
| 03/15/2024 | HM | 2-Asset Analysis and Recovery: Receive and review information regarding credit with State of North Dakota and work on obtaining information needed to obtain. | 0.20 | $725.00 | $145.00 |
| 03/15/2024 | HM | 3-Asset Sales: Telephone conference with K. Toney regarding auction issues for real estate. | 0.20 | $725.00 | $145.00 |
| 03/15/2024 | WK | 30-Litigation: Emails to and from M. Fishel regarding 9019 motion and order on the Minden settlement. | 0.20 | $800.00 | $160.00 |
| 03/15/2024 | WK | 30-Litigation: Review email and motion to compel regarding Schreiber 2004 exam. | 0.30 | $800.00 | $240.00 |
| 03/18/2024 | AL | 7-Claims Administration, Analysis and Objections: Review Srijay's application for administrative claim/ expenses and review the attached contract and contract amendments regarding security deposit. | 0.50 | $225.00 | $112.50 |
| 03/18/2024 | AL | 32-Fee Applications: Review draft HWA invoice for February 2024 (.6) and draft HWA's 6th Fee Statement for February 2024 (.6). | 1.20 | $225.00 | $270.00 |
| 03/18/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming proofs of claim. | 0.20 | $725.00 | $145.00 |
| 03/18/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with DIP Agent and Trustee's counsel regarding open items including cash collateral, real estate auction, pending adversaries and settlements and books and records. | 0.40 | $725.00 | $290.00 |
| 03/18/2024 | HM | 2-Asset Analysis and Recovery: Receive and review latest CNR invoice and confer with lender regarding preservation of books and records. | 0.10 | $725.00 | $72.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/18/2024 | HM | 32-Fee Applications: Finalize HWA January fee statement (.3) and notice of fee increase and attention to file same (.1). | 0.40 | $725.00 | $290.00 |
| 03/18/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review application for administrative expense for SRIJAY. | 0.40 | $725.00 | $290.00 |
| 03/18/2024 | HM | 18-Use of Cash Collateral: Consider issues with ESA on terminal property and fuel inventory issues (.5) and email lender regarding use of cash collateral (.2) and fuel inventory issues (.1). | 0.80 | $725.00 | $580.00 |
| 03/18/2024 | HM | 3-Asset Sales: Research two possible new properties (.1) and confer with K. Toney, auctioneer, regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 03/18/2024 | HM | 2-Asset Analysis and Recovery: Confer with G. Juengling regarding possibility of further ERTC recoveries. | 0.10 | $725.00 | $72.50 |
| 03/18/2024 | HM | 32-Fee Applications: Work on February HWA fee statement. | 1.30 | $725.00 | $942.50 |
| 03/18/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with PDI regarding access and issues with access and cost. | 0.60 | $725.00 | $435.00 |
| 03/18/2024 | HM | 32-Fee Applications: Telephone conference with R. Woolley regarding status of Province negotiations resolving chapter 11 fee application objection. | 0.20 | $725.00 | $145.00 |
| 03/18/2024 | MM | 2-Asset Analysis and Recovery: Review submission for credit card settlement and determine if approved to file a claim. | 0.20 | $400.00 | $80.00 |
| 03/18/2024 | MM | 3-Asset Sales: Receipt and review of property records, photos, deeds, and reports from K. Toney of new properties owned by Mountain Express recently found. | 0.80 | $400.00 | $320.00 |
| 03/19/2024 | AL | 3-Asset Sales: Revise Notice of Additional Real Estate. | 0.10 | $225.00 | $22.50 |
| 03/19/2024 | AL | 2-Asset Analysis and Recovery: Review PDI Technology installation list for debtor entities. | 0.10 | $225.00 | $22.50 |
| 03/19/2024 | AL | 32-Fee Applications: Draft Trustee Fee Statements for January & February 2024. | 0.60 | $225.00 | $135.00 |
| 03/19/2024 | AL | 3-Asset Sales: Update Notice of Additional Real Estate and add summary. | 0.30 | $225.00 | $67.50 |
| 03/19/2024 | AL | 2-Asset Analysis and Recovery: Send email to Workforce Safety & Insurance of ND to inquire what is needed to obtain credit on Debtor's account. | 0.10 | $225.00 | $22.50 |
| 03/19/2024 | HM | 2-Asset Analysis and Recovery: Review list of entities in PDI for debtor entities for which access is needed. | 0.10 | $725.00 | $72.50 |
| 03/19/2024 | HM | 18-Use of Cash Collateral: Receive and review authority for use of cash collateral for additional O&E | 0.10 | $725.00 | $72.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | reports on additional discovered real estate. | | | |
| 03/19/2024 | HM | 18-Use of Cash Collateral: Work on motion for interim distribution. | 0.10 | $725.00 | $72.50 |
| 03/19/2024 | HM | 2-Asset Analysis and Recovery: Confer on PDI issues. | 0.20 | $725.00 | $145.00 |
| 03/19/2024 | HM | 3-Asset Sales: Telephone conference with Steve Griffin regarding auction process. | 0.10 | $725.00 | $72.50 |
| 03/19/2024 | HM | 2-Asset Analysis and Recovery: Receive and review Norm Gallivan inquiry regarding fuel agreements (.1) and confer with PH team regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 03/19/2024 | HM | 3-Asset Sales: Receive and review inquiry into buying further newly discovered real property (.1) and confer with auctioneer regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 03/19/2024 | HM | 3-Asset Sales: Revise and finalize notice of additional real estate (.2) and attention to filing (.1). | 0.10 | $725.00 | $72.50 |
| 03/19/2024 | HM | 3-Asset Sales: Receive and review quote for Phase I ESA for real property (.6) and email signed version to auctioneer (.1). | 0.70 | $725.00 | $507.50 |
| 03/19/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding open accounting items including pending Monthly Operating Report, ERTC status, and interim distribution. | 0.30 | $725.00 | $217.50 |
| 03/19/2024 | HM | 32-Fee Applications: Continue to work on HWA February fee statement. | 0.20 | $725.00 | $145.00 |
| 03/19/2024 | HM | 30-Litigation: Confer with M. Young-John regarding Imperial settlement per mediation and release issues. | 0.50 | $725.00 | $362.50 |
| 03/19/2024 | HM | 18-Use of Cash Collateral: Telephone conference with accountant regarding analysis for interim distribution. | 0.20 | $725.00 | $145.00 |
| 03/19/2024 | MM | 3-Asset Sales: Research Lee, Hancock, Hinds, Suffolk, Westchester counties; research many New Jersey and Louisiana counties to determine if Mountain Express owns any real property there, update chart with findings. | 2.20 | $400.00 | $880.00 |
| 03/19/2024 | WK | 30-Litigation: Emails to and from J. Watts and J. Boland regarding filing of 9019 Motion and Order on MPO. | 0.20 | $800.00 | $160.00 |
| 03/19/2024 | WK | 30-Litigation: Telephone conference with DIP Agent Counsel and Trustee regarding 9019 Motion for Wisconsin/Michigan settlement. | 0.30 | $800.00 | $240.00 |
| 03/19/2024 | WK | 3-Asset Sales: Emails to and from K. Toney regarding environmental matters and Phase I reports. | 0.20 | $800.00 | $160.00 |
| 03/19/2024 | WK | 30-Litigation: Emails to and from M. Fishel regarding Minden, Louisiana 9019 motion and order. | 0.20 | $800.00 | $160.00 |
| 03/19/2024 | WK | 3-Asset Sales: Review reports on additional real estate owned by Debtors. | 0.40 | $800.00 | $320.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/20/2024 | AL | 2-Asset Analysis and Recovery: Review document production from PNC Bank in response to subpoena request and circulate same. | 0.30 | $225.00 | $67.50 |
| 03/20/2024 | AL | 2-Asset Analysis and Recovery: Respond to document request from Workforce Safety & Insurance of ND to obtain credit owed to Debtor. | 0.10 | $225.00 | $22.50 |
| 03/20/2024 | HM | 18-Use of Cash Collateral: Analyze cash on hand for interim distribution purposes (.6) and telephone conference with accountant regarding chart showing undeployed funds (.5). | 1.10 | $725.00 | $797.50 |
| 03/20/2024 | HM | 32-Fee Applications: Receive and review order on Province chapter 11 fees. | 0.10 | $725.00 | $72.50 |
| 03/20/2024 | HM | 2-Asset Analysis and Recovery: Receive and review bank statements provided by PNC (.2) and email accountant regarding tying deposits with accounts and any outstanding funds to be turned over (.1). | 0.30 | $725.00 | $217.50 |
| 03/20/2024 | HM | 18-Use of Cash Collateral: Email lender with interim distribution analysis and comments. | 0.30 | $725.00 | $217.50 |
| 03/20/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with GT, Whitley Penn and M. Young-John regarding PDI needs and access. | 0.30 | $725.00 | $217.50 |
| 03/20/2024 | HM | 3-Asset Sales: Confer with auctioneer regarding additional title reports for Caddo Parish. | 0.10 | $725.00 | $72.50 |
| 03/20/2024 | HM | 2-Asset Analysis and Recovery: Analyze pre-turnover of fund transaction for purposes of complying with 1% carve out and possible 549 actions. | 0.50 | $725.00 | $362.50 |
| 03/20/2024 | HM | 5-Tax Matters: Receive and review tax statements and analyze for additional assets before sending to accountants. | 0.30 | $725.00 | $217.50 |
| 03/20/2024 | HM | 2-Asset Analysis and Recovery: Receive and review mail and analyze for additional assets. | 0.40 | $725.00 | $290.00 |
| 03/20/2024 | WK | 30-Litigation: Emails to and from S. Heyen and J. Watts regarding filing of Motion to Compromise and the settlement agreement. | 0.30 | $800.00 | $240.00 |
| 03/20/2024 | WK | 3-Asset Sales: Emails to and from K. Toney regarding auction of miscellaneous real estate. | 0.20 | $800.00 | $160.00 |
| 03/21/2024 | AL | 32-Fee Applications: Finalize HWA's Fee Statement for February 2024 to reflect revised HWA invoice. | 0.30 | $225.00 | $67.50 |
| 03/21/2024 | AL | 2-Asset Analysis and Recovery: Phone call to Capital One to follow up on subpoena. | 0.10 | $225.00 | $22.50 |
| 03/21/2024 | AL | 2-Asset Analysis and Recovery: Revise Weintraub letters to various accountants, consultants and law firms to demand turnover of client files. | 0.50 | $225.00 | $112.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/21/2024 | HM | 18-Use of Cash Collateral: Confer with DIP Agent regarding analysis for interim distribution. | 0.20 | $725.00 | $145.00 |
| 03/21/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to potential creditor inquiry regarding proofs of claims and administrative claims. | 0.20 | $725.00 | $145.00 |
| 03/21/2024 | HM | 2-Asset Analysis and Recovery: Review and revise 8 Weintraub letters to obtain Debtor's records necessary for Estate administration and potential litigation. | 0.50 | $725.00 | $362.50 |
| 03/21/2024 | HM | 7-Claims Administration, Analysis and Objections: Telephone conference with Kimberly Walsh with OAG regarding lottery commission administrative claim (.2) and forward draft stipulation and agreed order on same (.1). | 0.30 | $725.00 | $217.50 |
| 03/21/2024 | HM | 2-Asset Analysis and Recovery: Respond to Norm GlIvan inquiry regarding fuel supply agreements identifying debtor-provided equipment. | 0.30 | $725.00 | $217.50 |
| 03/21/2024 | HM | 2-Asset Analysis and Recovery: Receive and review issues related to Brothers matters including PDI access, accounting of funds. | 0.20 | $725.00 | $145.00 |
| 03/21/2024 | HM | 2-Asset Analysis and Recovery: Email S. Mayer for Brothers regarding interest in purchasing real estate/ stores. | 0.20 | $725.00 | $145.00 |
| 03/21/2024 | HM | 2-Asset Analysis and Recovery: Exchange emails regarding bill of sale for UST with Ramoco Fuels NC. | 0.20 | $725.00 | $145.00 |
| 03/21/2024 | WK | 2-Asset Analysis and Recovery: Emails to and from J. Eiband and H. McIntyre regarding FamFuels rents due and which landlords are involved. | 0.20 | $800.00 | $160.00 |
| 03/21/2024 | WK | 30-Litigation: Multiple emails and telephone conferences with J. Boland, Trustee, S. Heyen and J. Elrod regarding 9019 motion, order and the settlement agreement. | 0.40 | $800.00 | $320.00 |
| 03/21/2024 | WK | 30-Litigation: Revisions to the Wisconsin/Michigan Settlement Agreement. | 0.40 | $800.00 | $320.00 |
| 03/22/2024 | HM | 2-Asset Analysis and Recovery: Review inquiry regarding ATM issues at site. | 0.10 | $725.00 | $72.50 |
| 03/22/2024 | HM | 2-Asset Analysis and Recovery: Finalize and send 8 Weintraub letters to gather Debtors' books and records. | 0.20 | $725.00 | $145.00 |
| 03/22/2024 | HM | 30-Litigation: Confer with J. Elrod and J. Boland regarding status of WI MI settlement and filing 9019. | 0.40 | $725.00 | $290.00 |
| 03/22/2024 | HM | 2-Asset Analysis and Recovery: Request information needed for ERTC analysis from Proliant. | 0.30 | $725.00 | $217.50 |
| 03/22/2024 | HM | 30-Litigation: Receive and review two sets of signature pages and authorization to file 9019 (.2), confer with trustee (.2) and attention to filing same (.3). | 0.70 | $725.00 | $507.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/22/2024 | WK | 30-Litigation: Emails to and from J. Boland and J. Watts regarding 9019 motion and settlement. | 0.20 | $800.00 | $160.00 |
| 03/22/2024 | WK | 30-Litigation: Meeting with Trustee and H. McIntyre regarding MPO settlement issues. | 0.40 | $800.00 | $320.00 |
| 03/22/2024 | WK | 30-Litigation: Finalize changes to emergency 9019 motion on MPO. | 0.30 | $800.00 | $240.00 |
| 03/22/2024 | WK | 2-Asset Analysis and Recovery: Emails to and from J. Eiband regarding Fan Fuels rents and other lease issues. | 0.20 | $800.00 | $160.00 |
| 03/25/2024 | HM | 2-Asset Analysis and Recovery: Prepare for and attend call with DIP Agent regarding open issues including cash collateral, litigation and case issues. | 0.90 | $725.00 | $652.50 |
| 03/25/2024 | HM | 1-General Administration: Telephone conference with Neil Lansing regarding two leases in litigation and forthcoming amended schedule of leases. | 0.40 | $725.00 | $290.00 |
| 03/25/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Telephone conference with R. Woolley regarding access to PDI for preference analysis (.1) and email PDI regarding additional access (.1). | 0.20 | $725.00 | $145.00 |
| 03/25/2024 | HM | 2-Asset Analysis and Recovery: Receive and review incoming mail for assets or issues needing attention. | 0.20 | $725.00 | $145.00 |
| 03/25/2024 | HM | 2-Asset Analysis and Recovery: Review status of State of Pennsylvania inquiry and need for site addresses to find owners. | 0.10 | $725.00 | $72.50 |
| 03/25/2024 | HM | 2-Asset Analysis and Recovery: Confer with Trustee and Porter & Hedges regarding motion for administrative claim as it relates to fuel receipts. | 0.20 | $725.00 | $145.00 |
| 03/25/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with G. Juengling regarding PDI access status and ERTC deadline. | 0.20 | $725.00 | $145.00 |
| 03/25/2024 | MM | 2-Asset Analysis and Recovery: Email to A. Spirito with FTI Consulting regarding access to documents produced in response to demand letter. | 0.20 | $400.00 | $80.00 |
| 03/26/2024 | AL | 2-Asset Analysis and Recovery: Follow up on potential VISA settlement claim and send inquiry as to review of claim amount. | 0.40 | $225.00 | $90.00 |
| 03/26/2024 | HM | 3-Asset Sales: Confer with K. Toney on Phase I report (.1) and GT regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 03/26/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding open tax and accounting issues. | 0.20 | $725.00 | $145.00 |
| 03/26/2024 | HM | 18-Use of Cash Collateral: Receive and review cash collateral budget for Quarter 2 of 2024 (.2), confer with G. Juengling regarding variance (.2) and circulate to DIP Agent for approval (.1). | 0.40 | $725.00 | $290.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 03/26/2024 | HM | 30-Litigation: Receive and review order setting hearing on on 9019 for WI MI adversary (.1) and attention to service of same and calendaring relevant deadlines (.1). | 0.20 | $725.00 | $145.00 |
| 03/26/2024 | HM | 2-Asset Analysis and Recovery: Receive and review inquiry regarding cash machines at two sites and confer with J. Eiband regarding same. | 0.10 | $725.00 | $72.50 |
| 03/26/2024 | HM | 2-Asset Analysis and Recovery: Review status of claim for VISA settlement claim. | 0.30 | $725.00 | $217.50 |
| 03/26/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with Daniel Denny for Raymond James regarding Weintraub letter. | 0.30 | $725.00 | $217.50 |
| 03/26/2024 | MM | 3-Asset Sales: Research county to determine if Mountain Express owns property and update summary in chart. | 0.20 | $400.00 | $80.00 |
| 03/27/2024 | MM | 3-Asset Sales: Research Elk (.5) and Clearfield (.5) counties to determine if Mountain Express owns properties sent by Department of Environmental Protection (.9); email to J. Eiband regarding results of searches (.2). | 1.10 | $400.00 | $440.00 |
| 03/27/2024 | HM | 3-Asset Sales: Confer with auctioneer regarding issues with Phase I study on Alabama Terminal. | 0.20 | $725.00 | $145.00 |
| 03/27/2024 | HM | 2-Asset Analysis and Recovery: Review status of investigation into properties per State of Pennsylvania EPA request. | 0.20 | $725.00 | $145.00 |
| 03/27/2024 | HM | 2-Asset Analysis and Recovery: Receive and review response form counsel for Raymond James regarding outstanding Weintraub request. | 0.40 | $725.00 | $290.00 |
| 03/27/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with Daniel Denny for RJ regarding Weintraub letter request. | 0.30 | $725.00 | $217.50 |
| 03/27/2024 | HM | 2-Asset Analysis and Recovery: Confer with J. Wolfshohl regarding fuel receipts issue and pending administrative claim. | 0.10 | $725.00 | $72.50 |
| 03/27/2024 | WK | 30-Litigation: Emails and telephone conference with Jim Johnston regarding possible settlement of the Nemon litigation in Georgia; discuss same with Trustee. | 0.40 | $800.00 | $320.00 |
| 03/27/2024 | WK | 30-Litigation: Emails to and from GT team regarding discovery requests and document preservation. | 0.20 | $800.00 | $160.00 |
| 03/27/2024 | WK | 18-Use of Cash Collateral: Review the Q2 cash collateral budget and request. | 0.30 | $800.00 | $240.00 |
| 03/27/2024 | WK | 30-Litigation: Emails to and from J. Boland and H. McIntyre regarding removal of the lis pendens and the agreed order restrictions. | 0.30 | $800.00 | $240.00 |
| 03/27/2024 | MM | 3-Asset Sales: Research Cherokee (.5), Stephens (.3), | 1.90 | $400.00 | $760.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Spartanburg (.1), Aitkin (.1), Millie Lacs (.1), Saint Louis (.1), Linn (.1), Johnson (.1), Cross (.1), Marion (.2), Kanabec (.1), and Henry (.1) counties to determine if Mountain Express owns any real property there, update chart with findings. | | | |
| 03/28/2024 | HM | 32-Fee Applications: Receive and review PH fee notice and confer on payment of same pursuant to interim order on professional fees. | 0.10 | $725.00 | $72.50 |
| 03/28/2024 | HM | 3-Asset Sales: Receive and review emails on leases in real property and potential terms for leases with potential buyers. | 0.10 | $725.00 | $72.50 |
| 03/28/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with J. Elrod regarding turnover issues of records form UCC counsel and Raymond James. | 0.20 | $725.00 | $145.00 |
| 03/28/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with Ben Kadden regarding transfer of files per 542 turnover demand (.1) and exchange emails regarding accomplishing turnover (.1). | 0.20 | $725.00 | $145.00 |
| 03/28/2024 | HM | 2-Asset Analysis and Recovery: Respond to FTI regarding turnover of files per 542 demand. | 0.10 | $725.00 | $72.50 |
| 03/28/2024 | HM | 2-Asset Analysis and Recovery: Review mail for potential assets (.2) and send tax notices to accountant (.2). | 0.40 | $725.00 | $290.00 |
| 03/28/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with Daniel Denny for Raymond Janes regarding refusal to turnover email records pursuant to 542. | 0.50 | $725.00 | $362.50 |
| 03/28/2024 | AL | 18-Use of Cash Collateral: Begin drafting Motion for Interim Distribution. | 1.60 | $225.00 | $360.00 |
| 03/28/2024 | HM | 30-Litigation: Receive and review objection filed by Schierl to settlement of WI MI motion. | 0.40 | $725.00 | $290.00 |
| 03/28/2024 | HM | 2-Asset Analysis and Recovery: Confer with Loomis regarding safe removal at multiple West Hill ranch locations. | 0.20 | $725.00 | $145.00 |
| 03/28/2024 | HM | 3-Asset Sales: Receive and review multiple emails regarding ground lease issues on Willston property set for auction. | 0.20 | $725.00 | $145.00 |
| 03/28/2024 | HM | 30-Litigation: Confer with Trustee regarding Schierl objection (.2) and email DIP Agent regarding same (.1). | 0.30 | $725.00 | $217.50 |
| 03/28/2024 | MM | 3-Asset Sales: Research Pike, Leake, Neshoba, Attala, Harrison, Stone, Madison, Holmes and Washington counties to determine if Moutain Express owns any real property and update chart with findings. | 1.00 | $400.00 | $400.00 |
| 03/28/2024 | WK | 30-Litigation: Emails to and from J. Johnston regarding Memon Settlement (Georgia litigation); discuss same with Trustee. | 0.30 | $800.00 | $240.00 |

|  |  |
|---|---:|
| **Quantity Subtotal** | 81.6 |
| **Services Subtotal** | $49,880.00 |

**Expenses**

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---:|---:|---:|
| Expense | 03/18/2024 | LS | E108 Postage: Postage for HWA 5th Fee Notice. | 23.00 | $0.64 | $14.72 |
| Expense | 03/18/2024 | LS | E101 Copying: Copies for HWA 5th Fee Notice. | 184.00 | $0.20 | $36.80 |
| Expense | 03/21/2024 | LS | E108 Postage: Postage for HWA 6th Fee Notice. | 27.00 | $0.64 | $17.28 |
| Expense | 03/21/2024 | LS | E101 Copying: Copies for HWA 6th Fee Notice. | 243.00 | $0.20 | $48.60 |
| Expense | 03/26/2024 | LS | E108 Postage: Postage for Certificate of Service for Order Setting Hearing on 9019 in Adversary. | 23.00 | $0.64 | $14.72 |
| Expense | 03/26/2024 | LS | E101 Copying: Copies for Certificate of Service for Order Setting Hearing on 9019 in Adversary. | 46.00 | $0.20 | $9.20 |

|  |  |
|---|---:|
| **Expenses Subtotal** | $141.32 |

| Time Keeper | Quantity | Rate | Total |
|---|---:|---:|---:|
| Wayne Kitchens | 19.4 | $800.00 | $15,520.00 |
| Heather McIntyre | 37.3 | $725.00 | $27,042.50 |
| Mandy Moerschell | 9.8 | $400.00 | $3,920.00 |
| Abdiel Lopez-Castro | 15.1 | $225.00 | $3,397.50 |

|  |  |
|---|---:|
| **Quantity Total** | 81.6 |
| **Subtotal** | $50,021.32 |
| **Total** | $50,021.32 |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 9149 | 01/23/2024 | $48,723.79 | $38,989.29 | $9,734.50 |
| 9373 | 03/18/2024 | $113,109.46 | $90,618.46 | $22,491.00 |
| 9382 | 03/21/2024 | $103,465.66 | $0.00 | $103,465.66 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9514 | 04/22/2024 | $50,021.32 | $0.00 | $50,021.32 |
| | | | **Outstanding Balance** | **$185,712.48** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$185,712.48** |

Please make all amounts payable to: HughesWattersAskanase
To pay by credit card you may go through our link at:
https://app.clio.com/link/7e3rrnDf7g9g

Mountain Express Oil Company

| Task Code and Timekeeper | Sum of Hours | Sum of Billable |
|---|---|---|
| Heather McIntyre | 0.4 | $290.00 |
| Wayne Kitchens | 0.3 | $240.00 |
| **1-General Administration Total** | **0.7** | **$530.00** |
| Abdiel Lopez-Castro | 2.4 | $540.00 |
| Heather McIntyre | 13.2 | $9,570.00 |
| Mandy Moerschell | 1.6 | $640.00 |
| Wayne Kitchens | 0.7 | $560.00 |
| **2-Asset Analysis and Recovery Total** | **17.9** | **$11,310.00** |
| Abdiel Lopez-Castro | 0.5 | $112.50 |
| Heather McIntyre | 4.7 | $3,407.50 |
| Mandy Moerschell | 8.2 | $3,280.00 |
| Wayne Kitchens | 1 | $800.00 |
| **3-Asset Sales Total** | **14.4** | **$7,600.00** |
| Heather McIntyre | 0.2 | $145.00 |
| **4-Chapter 5 Avoidance Action Investig** | **0.2** | **$145.00** |
| Heather McIntyre | 1.2 | $870.00 |
| **5-Tax Matters Total** | **1.2** | **$870.00** |
| Abdiel Lopez-Castro | 0.9 | $202.50 |
| Heather McIntyre | 3.1 | $2,247.50 |
| **7-Claims Administration, Analysis and** | **4** | **$2,450.00** |
| Heather McIntyre | 0.1 | $72.50 |
| **12-Relief from Stay Proceedings Total** | **0.1** | **$72.50** |
| Abdiel Lopez-Castro | 1.6 | $360.00 |
| Heather McIntyre | 3.4 | $2,465.00 |
| Wayne Kitchens | 0.3 | $240.00 |
| **18-Use of Cash Collateral Total** | **5.3** | **$3,065.00** |
| Abdiel Lopez-Castro | 0.4 | $90.00 |
| Heather McIntyre | 0.4 | $290.00 |
| **23-Monthly Operating Reports Total** | **0.8** | **$380.00** |
| Abdiel Lopez-Castro | 5.5 | $1,237.50 |
| Heather McIntyre | 3.5 | $2,537.50 |
| Wayne Kitchens | 15.9 | $12,720.00 |
| **30-Litigation Total** | **24.9** | **$16,495.00** |
| Abdiel Lopez-Castro | 3.8 | $855.00 |
| Heather McIntyre | 7.1 | $5,147.50 |
| Wayne Kitchens | 1.2 | $960.00 |
| **32-Fee Applications Total** | **12.1** | **$6,962.50** |
| **Grand Total** | **81.6** | **$49,880.00** |

EXHIBIT A