

**V A L U E · D R I V E N · L A W**

1201 Louisiana, 28th Floor
Houston, Texas 77002
Phone: 713-759-0818
Fax: 713-759-6834

# INVOICE

Invoice # 9765
Date: 06/21/2024
Due Upon Receipt

Janet Northrup (HWA Attorney for Trustee)

## 2023-02460-Mountain Express Oil Company (Attorney for Trustee)

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 05/01/2024 | AL | 32-Fee Applications: Update exhibits for HWA's 2nd Fee Application for December 1, 2023 - February 29, 2024. | 0.20 | $350.00 | $70.00 |
| 05/01/2024 | AL | 30-Litigation: Attend Northrup v. MPO status conference on 9019 Motion. | 0.20 | $350.00 | $70.00 |
| 05/01/2024 | HM | 2-Asset Analysis and Recovery: Confer on information needed for safe removal at multiple locations. | 0.10 | $725.00 | $72.50 |
| 05/01/2024 | HM | 2-Asset Analysis and Recovery: Work on matters concerning ATM rent and proper disposition of funds. | 0.20 | $725.00 | $145.00 |
| 05/01/2024 | HM | 2-Asset Analysis and Recovery: Address issues raised by auctioneer regarding Williston property with proposed offer (.3) and confer with DIP Agent counsel regarding same (.1). | 0.40 | $725.00 | $290.00 |
| 05/01/2024 | HM | 2-Asset Analysis and Recovery: Draft disclosure for auction on Alabama Terminal location as to leases. | 0.20 | $725.00 | $145.00 |
| 05/01/2024 | HM | 23-Monthly Operating Reports: Review operations for March monthly operating report and revise same. | 0.80 | $725.00 | $580.00 |
| 05/01/2024 | HM | 18-Use of Cash Collateral: Work on motion for interim distribution. | 0.20 | $725.00 | $145.00 |
| 05/01/2024 | HM | 7-Claims Administration, Analysis and Objections: Review motion for administrative claim filed by P. Holzer and confer with Trustee regarding same. | 0.20 | $725.00 | $145.00 |
| 05/01/2024 | HM | 32-Fee Applications: Work on second interim trustee fee application. | 0.20 | $725.00 | $145.00 |
| 05/01/2024 | HM | 32-Fee Applications: Work on second interim HWA fee application. | 0.10 | $725.00 | $72.50 |

EXHIBIT A

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 05/01/2024 | HM | 30-Litigation: Continue to confer with MPO and Schierl, and Trustee regarding ongoing negotiation as to transition of stores holding up WI MI settlement. | 0.50 | $725.00 | $362.50 |
| 05/01/2024 | HM | 30-Litigation: Confer with DIP Agent counsel regarding status of of WI MI settlement. | 0.10 | $725.00 | $72.50 |
| 05/01/2024 | HM | 3-Asset Sales: Receive and review documents from Pilot counsel regarding closing of Williston between Pilot and MEX related to current auction of property (.4) and confer with auctioneer regarding proposed terms for sale to RS Bakken (.1). | 0.40 | $725.00 | $290.00 |
| 05/01/2024 | HM | 30-Litigation: Prepare for (.1) and attend continued hearing on WI MI 9019 motion (.2). | 0.30 | $725.00 | $217.50 |
| 05/01/2024 | HM | 7-Claims Administration, Analysis and Objections: Review and revise proposed stipulation and agreed order for chapter 11 administrative claim for Texas Lottery Commission. | 0.20 | $725.00 | $145.00 |
| 05/01/2024 | HM | 30-Litigation: Confer with Trustee regarding status of MPO/Schierl deal and options. | 0.60 | $725.00 | $435.00 |
| 05/01/2024 | AL | 1-General Administration: Download and review document production by Capital One regarding bank statements for Brother's Petroleum, LLC and Madison Auto Truck Plaza and Lucky Dollar. | 0.20 | $350.00 | $70.00 |
| 05/01/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Telephone conference with R. Woolley regarding bringing additional claims under contingency fee arrangement. | 0.30 | $725.00 | $217.50 |
| 05/01/2024 | WK | 30-Litigation: Attend status conference on WI MI settlement. | 0.30 | $800.00 | $240.00 |
| 05/01/2024 | WK | 3-Asset Sales: Emails to and from K. Toney regarding Williamson North Dakota property. | 0.30 | $800.00 | $240.00 |
| 05/01/2024 | WK | 18-Use of Cash Collateral: Receipt and review of the Motion for Interim Distribution; discuss same with H. McIntyre and Trustee. | 0.30 | $800.00 | $240.00 |
| 05/01/2024 | WK | 32-Fee Applications: Receipt and review of the HWA 2nd fee application; discuss same with H. McIntyre. | 0.40 | $800.00 | $320.00 |
| 05/01/2024 | WK | 3-Asset Sales: Review the "corrected" correction deed; discuss same with Trustee regarding Minden, Louisiana property. | 0.20 | $800.00 | $160.00 |
| 05/02/2024 | AE | 2-Asset Analysis and Recovery: Review SE Transport and Spatco leases and address rental payment issues. | 1.50 | $500.00 | $750.00 |
| 05/02/2024 | AL | 2-Asset Analysis and Recovery: Review email chain regarding Truliant's payment of rent for ATMs at multiple of Debtors' locations and possible recovery (.1) and confer with H. McIntyre on same (.1). | 0.20 | $350.00 | $70.00 |
| 05/02/2024 | AL | 32-Fee Applications: Draft HWA's 7th fee statement for | 0.70 | $350.00 | $245.00 |

EXHIBIT A

Invoice # 9765

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | March 2024 and compile exhibit. | | | |
| 05/02/2024 | AL | 32-Fee Applications: Draft Trustee's 7th fee statement for March 2024. | 0.40 | $350.00 | $140.00 |
| 05/02/2024 | HM | 30-Litigation: Continue to confer on current status of ongoing WI MI negotiations. | 0.60 | $725.00 | $435.00 |
| 05/02/2024 | HM | 2-Asset Analysis and Recovery: Review analysis of Spatco rent obligations and prepare demand on Spatco for unpaid rent per executed lease agreements. | 0.40 | $725.00 | $290.00 |
| 05/02/2024 | HM | 3-Asset Sales: Work on lease issues with two remaining properties being sold including possible assignment and listing for auction. | 0.40 | $725.00 | $290.00 |
| 05/02/2024 | HM | 23-Monthly Operating Reports: Receive and review further production from Capital One (.1) and confer with G. Juengling regarding impact on April monthly operating report (.1). | 0.20 | $725.00 | $145.00 |
| 05/02/2024 | HM | 15-Insurance: Receive and review status of D&O insurance and wasting policy and insurer intention to provide costs to defendants. | 0.10 | $725.00 | $72.50 |
| 05/02/2024 | WK | 13-Environmental and Regulatory Matters: Receipt and review of the email from S. Flynn and TCEQ regarding environmental issues and certain technical issues on settlement. | 0.30 | $800.00 | $240.00 |
| 05/02/2024 | WK | 30-Litigation: Extended conference with J. Boland (.8); emails to J. Boland and update to GT Team and Trustee their requested changes to settlement agreement and request for $650,000 payment on WI MI settlement (.4). | 1.20 | $800.00 | $960.00 |
| 05/03/2024 | AL | 3-Asset Sales: Conduct and analyze research on tenants rights to rejected lease on real property sale and trustees obligations/duties under same. | 3.00 | $350.00 | $1,050.00 |
| 05/03/2024 | AL | 32-Fee Applications: Revise and update Trustee's 7th fee statement for March 2024 and compile exhibits. | 0.30 | $350.00 | $105.00 |
| 05/03/2024 | AL | 30-Litigation: Update and finalize term sheet for 9019 Motion with MPO and circulate same to trustee and counsel. | 0.50 | $350.00 | $175.00 |
| 05/03/2024 | AL | 30-Litigation: Attend and aid in the presentation of evidence for the status conference/approval of the 9019 Motion regarding the MPO adversary. | 0.80 | $350.00 | $280.00 |
| 05/03/2024 | HM | 3-Asset Sales: Analyze case law and authorities on tenant rights after rejected lease and 363 sale in Fifth Circuit. | 0.10 | $725.00 | $72.50 |
| 05/03/2024 | HM | 30-Litigation: Analyze current proposed settlement agreement as to possession claims made by MPO in ongoing WI MI negotiations. | 0.50 | $725.00 | $362.50 |
| 05/03/2024 | HM | 30-Litigation: Receive and review ongoing multiple | 2.80 | $725.00 | $2,030.00 |

EXHIBIT A

Invoice # 9765

| | | | | | |
|---|---|---|---|---|---|
| | | proposals to resolve Schierl objection to WI MI 9019 motion (1.6) and exchange multiple calls (.8) and emails among parties regarding same (.4). | | | |
| 05/03/2024 | HM | 30-Litigation: Confer with J. Elrod and S. Heyen regarding status of WI MI settlement developments. | 0.90 | $725.00 | $652.50 |
| 05/03/2024 | HM | 30-Litigation: Attend hearing on motion to compromise WI MI adversary. | 0.90 | $725.00 | $652.50 |
| 05/03/2024 | WK | 30-Litigation: Emails to and from D. Kane regarding changes to the 9019 motion and settlement agreement. | 0.20 | $800.00 | $160.00 |
| 05/03/2024 | WK | 30-Litigation: Review updates to Term Sheet for WI MI settlement; emails to and from J. Watts regarding same. | 0.30 | $800.00 | $240.00 |
| 05/03/2024 | WK | 30-Litigation: Meeting with Trustee regarding payment of the $325,000 in partial settlement funds. | 0.20 | $800.00 | $160.00 |
| 05/03/2024 | WK | 3-Asset Sales: Review of research on tenant rights in a rejected lease; discuss same with H. McIntyre and A. Lopez-Castro. | 0.40 | $800.00 | $320.00 |
| 05/03/2024 | WK | 30-Litigation: Emails to and from D. Kane regarding business partnership between Schierl and former debtor's principals. | 0.30 | $800.00 | $240.00 |
| 05/03/2024 | WK | 30-Litigation: Attend status hearing in WI MI Adversary. | 0.30 | $800.00 | $240.00 |
| 05/03/2024 | WK | 30-Litigation: Conference call with Trustee and GT Team prior to WI MI hearing. | 0.40 | $800.00 | $320.00 |
| 05/06/2024 | AL | 32-Fee Applications: Confer with H. McIntyre regarding HWA 7th Fee Statement (.2) and Trustee 7th Fee Statement (.2). | 0.40 | $350.00 | $140.00 |
| 05/06/2024 | AL | 32-Fee Applications: Update and revise HWA's 7th fee statement for March 2024 and exhibit. | 0.20 | $350.00 | $70.00 |
| 05/06/2024 | AL | 32-Fee Applications: Revise and update Trustee's 2nd Fee Application and exhibits. | 0.20 | $350.00 | $70.00 |
| 05/06/2024 | AL | 1-General Administration: Follow up with G. Juengling to confirm if a request for production/turnover needs to be sent to First Bank. | 0.10 | $350.00 | $35.00 |
| 05/06/2024 | WK | 30-Litigation: Telephone conference with J. Elrod regarding settlement agreement and order in WI MI Adversary. | 0.20 | $800.00 | $160.00 |
| 05/06/2024 | AL | 30-Litigation: Review and revise draft Stipulated Agreed Order on Trustee's 9019 Motion and First Amended Settlement Agreement (1.0), compile authorizations of parties (.2), prepare Exhibits (.3), and finalize all for filing (.1). | 1.60 | $350.00 | $560.00 |
| 05/06/2024 | AL | 2-Asset Analysis and Recovery: Review stipulation/ agreed order and service agreement for policy to cancel PDI Technologies, Inc. services. | 0.50 | $350.00 | $175.00 |

EXHIBIT A

Invoice # 9765

| 05/06/2024 | AL | 1-General Administration: Download and review additional document production by Nichols Cauley. | 0.90 | $350.00 | $315.00 |
|---|---|---|---|---|---|
| 05/06/2024 | HM | 30-Litigation: Consider issues with revised order granting WI MI settlement. | 0.30 | $725.00 | $217.50 |
| 05/06/2024 | HM | 30-Litigation: Telephone conference with J. Watts regarding additional revisions to first amended settlement agreement and agreed order. | 0.20 | $725.00 | $145.00 |
| 05/06/2024 | HM | 3-Asset Sales: Analyze case law and authorities regarding Trustee duties as to tenant of rejected lease. | 0.10 | $725.00 | $72.50 |
| 05/06/2024 | HM | 1-General Administration: Call with DIP Agent and Trustee counsel regarding open issues including real estate, fuel receipts and cash collateral. | 0.50 | $725.00 | $362.50 |
| 05/06/2024 | HM | 30-Litigation: Receive and review multiple revisions to agreed order and amended settlement agreement in WI MI Adversary. | 1.10 | $725.00 | $797.50 |
| 05/06/2024 | HM | 32-Fee Applications: Review HWA 7th fee statement for compliance with interim fee order and cash collateral budget. | 0.40 | $725.00 | $290.00 |
| 05/06/2024 | HM | 32-Fee Applications: Review Trustee 7th Fee statement for compliance with interim fee order and cash collateral budget. | 0.20 | $725.00 | $145.00 |
| 05/06/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding status of monthly operating report and ongoing projects. | 0.20 | $725.00 | $145.00 |
| 05/06/2024 | WK | 30-Litigation: Status call with GT, PH and Trustee teams regarding litigation and claims. | 0.50 | $800.00 | $400.00 |
| 05/06/2024 | WK | 30-Litigation: Receipt and review of the latest redline of the Schierl agreement; discuss same with H. McIntyre. | 0.30 | $800.00 | $240.00 |
| 05/06/2024 | WK | 2-Asset Analysis and Recovery: Review the P-66 and the 9019 motions and orders. | 0.40 | $800.00 | $320.00 |
| 05/07/2024 | AL | 30-Litigation: Review signed stipulated order to Trustee's 9019 Motion with MPO and contact Court regarding attaching exhibits for clarity. | 0.20 | $350.00 | $70.00 |
| 05/07/2024 | AL | 2-Asset Analysis and Recovery: Review draft letters from Porter Hedges on return of rent payments to landlord. | 0.20 | $350.00 | $70.00 |
| 05/07/2024 | AL | 1-General Administration: Review production from banks subpoenaed for outstanding records to follow up with. | 0.50 | $350.00 | $175.00 |
| 05/07/2024 | AL | 1-General Administration: Draft initial request for bank statements and turnover of funds to First Bank, along with appropriate exhibits. | 1.00 | $350.00 | $350.00 |
| 05/07/2024 | AL | 1-General Administration: Download and review additional document production by Nichols Cauley. | 0.60 | $350.00 | $210.00 |

EXHIBIT A

Invoice # 9765

| 05/07/2024 | AL | 2-Asset Analysis and Recovery: Send follow up email to Proliant with supporting documents to produce required documents for credit issuance on Debtors' Workforce Safety & Insurance of ND. | 0.20 | $350.00 | $70.00 |
|---|---|---|---|---|---|
| 05/07/2024 | HM | 30-Litigation: Review deposition transcript of former MEX CFO. | 0.80 | $725.00 | $580.00 |
| 05/07/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling and Trustee regarding ongoing issues with interim distribution analysis, monthly operating reports, carve out analysis, tax returns. | 0.40 | $725.00 | $290.00 |
| 05/07/2024 | HM | 2-Asset Analysis and Recovery: Review demand for turnover against First Bank. | 0.10 | $725.00 | $72.50 |
| 05/07/2024 | HM | 1-General Administration: Review further incoming production from Nichols Cauley, former auditor of debtor. | 0.10 | $725.00 | $72.50 |
| 05/07/2024 | HM | 12-Relief from Stay Proceedings: Review objection to Sheiker relief from stay motion. | 0.20 | $725.00 | $145.00 |
| 05/07/2024 | HM | 2-Asset Analysis and Recovery: Confer with A. Lopez on status of turnover of funds from Farmers and Merchants Bank. | 0.10 | $725.00 | $72.50 |
| 05/07/2024 | HM | 3-Asset Sales: Confer with auctioneer and lender on current status of auction on two properties. | 0.20 | $725.00 | $145.00 |
| 05/07/2024 | HM | 32-Fee Applications: Confer with DIP Agent counsel regarding fee application for MRW on chapter 11 professional fee objections and resolutions. | 0.10 | $725.00 | $72.50 |
| 05/07/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming proofs of claims for secured claims. | 0.20 | $725.00 | $145.00 |
| 05/07/2024 | HM | 3-Asset Sales: Consider assignment issue raised by buyer on Jasper GA property; (.3) and confer with auctioneer regarding same (.1). | 0.30 | $725.00 | $217.50 |
| 05/07/2024 | HM | 3-Asset Sales: Confer with auctioneer regarding lease issues on Alabama Terminals property and assignment request. | 0.10 | $725.00 | $72.50 |
| 05/07/2024 | HM | 2-Asset Analysis and Recovery: Analyze any interest in insurance proceeds related to building (.1) and confer with Trustee regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 05/07/2024 | WK | 30-Litigation: Review transcript of the G. Zanarelli deposition regarding financial state of the company pre-petition and discuss same with Trustee and S. Heyen. | 0.40 | $800.00 | $320.00 |
| 05/08/2024 | HM | 3-Asset Sales: Investigate new property in Cherokee county. | 0.60 | $725.00 | $435.00 |
| 05/08/2024 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding executing bills of sale on tank transfer to Blue Owl in relation to order compromising WI MI Adversary. | 0.20 | $725.00 | $145.00 |

EXHIBIT A

| 05/08/2024 | HM | 3-Asset Sales: Telephone conference with auctioneer regarding pending closings and continued live auction on Willisoton. | 0.30 | $725.00 | $217.50 |
|---|---|---|---|---|---|
| 05/08/2024 | HM | 7-Claims Administration, Analysis and Objections: Confer with Jeannie Andersen for Texas taxing authorities regarding proof of claims and withdrawal. | 0.20 | $725.00 | $145.00 |
| 05/08/2024 | HM | 3-Asset Sales: Review Alabama Terminal PSA and confer with auctioneer regarding same. | 0.20 | $725.00 | $145.00 |
| 05/09/2024 | AL | 2-Asset Analysis and Recovery: Review turnover chart for status on production and turnover of funds from Farmers & Merchants Bank (.1), call F&MB to follow up (.1), and send a follow up email to F&MB. | 0.30 | $350.00 | $105.00 |
| 05/09/2024 | HM | 18-Use of Cash Collateral: Receive and review Porter Hedges April fee statement for compliance with cash collateral budget. | 0.10 | $725.00 | $72.50 |
| 05/09/2024 | HM | 32-Fee Applications: Receive and review accountant March fee notice for compliance (.3) and confer with Trustee regarding same (.1). | 0.40 | $725.00 | $290.00 |
| 05/09/2024 | HM | 3-Asset Sales: Confer with Trustee and auctioneer regarding multiple real estate closings. | 0.20 | $725.00 | $145.00 |
| 05/09/2024 | HM | 5-Tax Matters: Confer with Nichols Cauley regarding status of production and producing tax workpapers. | 0.20 | $725.00 | $145.00 |
| 05/09/2024 | HM | 18-Use of Cash Collateral: Review and revise interim distribution analysis based on court orders and forecast of chapter 7 administrative costs. | 0.60 | $725.00 | $435.00 |
| 05/09/2024 | HM | 3-Asset Sales: Receive and review update on Shreveport closing pending release from separate title company. | 0.10 | $725.00 | $72.50 |
| 05/09/2024 | HM | 7-Claims Administration, Analysis and Objections: Confer with Trustee on secured claims analysis and follow up on status. | 0.10 | $725.00 | $72.50 |
| 05/09/2024 | HM | 18-Use of Cash Collateral: Telephone conference with Trustee regarding interim distribution analysis (.4) and email DIP Agent regarding same (.1). | 0.50 | $725.00 | $362.50 |
| 05/09/2024 | WK | 3-Asset Sales: Review materials regarding change in ownership of fuel storage tanks and value for same. | 0.30 | $800.00 | $240.00 |
| 05/09/2024 | WK | 3-Asset Sales: Review PSA's on Montgomery, Alabama and Williston, North Dakota. | 0.30 | $800.00 | $240.00 |
| 05/09/2024 | WK | 15-Insurance: Emails to and from J. Wolfshohl and J. Eiband regarding insurance claims in the Rodriguez matter. | 0.20 | $800.00 | $160.00 |
| 05/13/2024 | HM | 1-General Administration: Telephone conference with DIP Agent regarding open issues including cash collateral, ongoing litigation, estate proceeds and interim distribution. | 0.80 | $725.00 | $580.00 |

EXHIBIT A

| 05/13/2024 | HM | 15-Insurance: Receive and review update on insurance coverage for D&O claims and Sheiker's additional coverage. | 0.10 | $725.00 | $72.50 |
|---|---|---|---|---|---|
| 05/13/2024 | HM | 2-Asset Analysis and Recovery: Review CNR invoices, in relation to cash collateral budget and confer with CNR regarding invoices and status of preserving books and records. | 0.40 | $725.00 | $290.00 |
| 05/13/2024 | HM | 3-Asset Sales: Confer with Trustee regarding status of real estate closings and order for sale. | 0.10 | $725.00 | $72.50 |
| 05/13/2024 | HM | 3-Asset Sales: Receive and review amendment and assignment on Jasper closing and confer with auctioneer regarding same. | 0.20 | $725.00 | $145.00 |
| 05/13/2024 | HM | 3-Asset Sales: Receive and review multiple amendments to closings on multiple pieces of real property. | 0.20 | $725.00 | $145.00 |
| 05/13/2024 | HM | 18-Use of Cash Collateral: Analyze and revise interim distribution analysis. | 0.40 | $725.00 | $290.00 |
| 05/13/2024 | HM | 18-Use of Cash Collateral: Receive and review incoming invoices related to real property auctions and CNR books and records preservation and confirm authority to use cash collateral (.2) and confer with Trustee regarding same (.2). | 0.30 | $725.00 | $217.50 |
| 05/13/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review taxing authority responses to request for withdrawal of claims and basis for requested unsecured claims. | 0.10 | $725.00 | $72.50 |
| 05/13/2024 | HM | 18-Use of Cash Collateral: Telephone conference with G. Juengling and Trustee regarding tax liability associated with receipts for interim distribution analysis. | 1.10 | $725.00 | $797.50 |
| 05/13/2024 | HM | 18-Use of Cash Collateral: Telephone conference with DIP Agent regarding interim distribution analysis of cash collateral. | 0.50 | $725.00 | $362.50 |
| 05/13/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to J. Anderson regarding Texas taxing authorities withdrawing secured claims without need for formal objection. | 0.20 | $725.00 | $145.00 |
| 05/13/2024 | HM | 18-Use of Cash Collateral: Analyze expected real estate proceeds, Iberia liens and estimated cash to estate for interim distribution analysis. | 0.20 | $725.00 | $145.00 |
| 05/13/2024 | AL | 3-Asset Sales: Download and review various real estate closing documents. | 0.20 | $350.00 | $70.00 |
| 05/13/2024 | AL | 1-General Administration: Download and review Farmers & Merchants Bank production (.2) and send same to G. Juengling (.1). | 0.30 | $350.00 | $105.00 |
| 05/13/2024 | AL | 32-Fee Applications: Review case docket for Whitley Penn fee statements and fee applications to confirm | 0.20 | $350.00 | $70.00 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | they are current and in compliance with interim fee order. | | | |
| 05/13/2024 | AL | 1-General Administration: Download and review final document production by Nichols Cauley. | 1.20 | $350.00 | $420.00 |
| 05/13/2024 | AL | 18-Use of Cash Collateral: Review cash collateral and additional budget chart to confirm CNR invoices were provided for in March and April. | 0.20 | $350.00 | $70.00 |
| 05/13/2024 | WK | 1-General Administration: Conference call with GT Team, PH Team, Trustee and H. McIntyre to discuss status of fuel settlements, real estate sale issues and litigation issues. | 1.00 | $800.00 | $800.00 |
| 05/13/2024 | WK | 7-Claims Administration, Analysis and Objections: Telephone conference with Trustee to discuss payment of certain claims. | 0.20 | $800.00 | $160.00 |
| 05/13/2024 | WK | 18-Use of Cash Collateral: Conference call with Trustee and DIP Agent team to discuss tax implications of settlement and partial distribution. | 0.40 | $800.00 | $320.00 |
| 05/13/2024 | WK | 5-Tax Matters: Emails to and from Trustee regarding tax issues. | 0.20 | $800.00 | $160.00 |
| 05/14/2024 | AL | 7-Claims Administration, Analysis and Objections: Circulate link and access to folder containing secured claims chart. | 0.10 | $350.00 | $35.00 |
| 05/14/2024 | AL | 2-Asset Analysis and Recovery: Draft letter and emails to potential landlords regarding possible rent proceeds held by the estate. | 0.70 | $350.00 | $245.00 |
| 05/14/2024 | HM | 7-Claims Administration, Analysis and Objections: Confer with D. Kokenes regarding resolution of various secured claims without need for objection. | 0.30 | $725.00 | $217.50 |
| 05/14/2024 | HM | 2-Asset Analysis and Recovery: Confer with PDI regarding monthly extension rate for books and records preservation. | 0.10 | $725.00 | $72.50 |
| 05/14/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee regarding tax analysis for interim distribution. | 0.30 | $725.00 | $217.50 |
| 05/14/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding status of tax returns and estimated tax liability. | 0.50 | $725.00 | $362.50 |
| 05/14/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with Andy Tarr regarding Spatco return of rebate to estate. | 0.50 | $725.00 | $362.50 |
| 05/14/2024 | HM | 2-Asset Analysis and Recovery: Confer with Trustee on return of rebate from Spatco. | 0.20 | $725.00 | $145.00 |
| 05/14/2024 | HM | 5-Tax Matters: Confer with Nichols Cauley regarding tax work papers necessary for preparation of tax returns. | 0.20 | $725.00 | $145.00 |

EXHIBIT A

Invoice # 9765

| 05/14/2024 | HM | 5-Tax Matters: Review production from Nichols Cauley for tax work papers (.2) and request tax work papers from Nichols Cauley (.1). | 0.30 | $725.00 | $217.50 |
|---|---|---|---|---|---|
| 05/14/2024 | HM | 30-Litigation: Review inquiry from interested party regarding possible claims and confer with special counsel regarding same. | 0.10 | $725.00 | $72.50 |
| 05/14/2024 | HM | 2-Asset Analysis and Recovery: Receive and review fully executed Spatco rebate agreement. | 0.10 | $725.00 | $72.50 |
| 05/14/2024 | HM | 15-Insurance: Attend hearing on D&O coverage hearing. | 0.80 | $725.00 | $580.00 |
| 05/14/2024 | HM | 30-Litigation: Receive and review filing related to ongoing litigation against insurer regarding claims coverage (.2) and confer with Trustee regarding same (.1). | 0.30 | $725.00 | $217.50 |
| 05/14/2024 | HM | 2-Asset Analysis and Recovery: Review correspondence to Fam Fuels landlords regarding rent proceeds. | 0.10 | $725.00 | $72.50 |
| 05/14/2024 | AL | 1-General Administration: No Charge - Observe hearing regarding Sheiker's Motion for Relief from Stay. | 0.80 | $0.00 | $0.00 |
| 05/14/2024 | WK | 2-Asset Analysis and Recovery: Review the final Motiva 9019 motion and order; emails to J. Eiband regarding same. | 0.40 | $800.00 | $320.00 |
| 05/15/2024 | HM | 3-Asset Sales: Receive and review emails regarding additional de minimis sale for USTs. | 0.20 | $725.00 | $145.00 |
| 05/15/2024 | HM | 30-Litigation: Confer with Trustee on ongoing litigation against insurance. | 0.20 | $725.00 | $145.00 |
| 05/15/2024 | HM | 18-Use of Cash Collateral: Prepare response to DIP Agent on interim distribution. | 0.40 | $725.00 | $290.00 |
| 05/15/2024 | HM | 32-Fee Applications: Review and revise HWA's April invoice for fee statement pursuant to order on interim compensation | 0.70 | $725.00 | $507.50 |
| 05/15/2024 | HM | 3-Asset Sales: Telephone conference with K. Toney regarding current proposal on Williston sale. | 0.10 | $725.00 | $72.50 |
| 05/15/2024 | HM | 3-Asset Sales: Confer with DIP Agent on Williston sale options. | 0.20 | $725.00 | $145.00 |
| 05/15/2024 | HM | 23-Monthly Operating Reports: Telephone conference with G. Juengling regarding April monthly operating report. | 0.20 | $725.00 | $145.00 |
| 05/15/2024 | HM | 5-Tax Matters: Request tax work papers contact at former firm Nichols Cauley needed for tax preparation. | 0.10 | $725.00 | $72.50 |
| 05/15/2024 | HM | 5-Tax Matters: Review issues from Nichols Cauley production regarding missing documents needed for tax preparation and correspond with Whitley Penn and Nichols Cauley regarding obtaining documents | 0.30 | $725.00 | $217.50 |

EXHIBIT A

Invoice # 9765

| | | | | | |
|---|---|---|---|---|---|
| | | necessary for tax preparation. | | | |
| 05/15/2024 | AL | 1-General Administration: Phone call with G. Juengling regarding Farmers and Merchants Bank production and status on First Bank production (.2) and send him an email with contact information for F&M Bank (.1). | 0.30 | $350.00 | $105.00 |
| 05/15/2024 | AL | 7-Claims Administration, Analysis and Objections: Draft letter to CCS Commercial LLC regarding filing a proof of claim in case. | 0.30 | $350.00 | $105.00 |
| 05/15/2024 | AL | 1-General Administration: Update and finalize letter to potential landlord regarding possible rent proceeds held by the estate. | 0.20 | $350.00 | $70.00 |
| 05/15/2024 | AL | 2-Asset Analysis and Recovery: Phone call with agency handling Debtors' potential Visa claim (.2) and send further inquiry request on web portal (.1). | 0.30 | $350.00 | $105.00 |
| 05/15/2024 | WK | 2-Asset Analysis and Recovery: Review draft of the Valero Stipulation and Agreed Order; discuss same with J. Eiband. | 0.50 | $800.00 | $400.00 |
| 05/15/2024 | WK | 18-Use of Cash Collateral: Receipt and review of the email to GT Team and the proposed distribution analysis; discuss same with H. McIntyre and Trustee. | 0.50 | $800.00 | $400.00 |
| 05/16/2024 | AL | 1-General Administration: Review complete document production by Nichols Cauley to confirm everything has been downloaded. | 0.30 | $350.00 | $105.00 |
| 05/16/2024 | AL | 1-General Administration: Follow up with J. Eiband to obtain potential landlord contact information to send possible rental proceeds email. | 0.10 | $350.00 | $35.00 |
| 05/16/2024 | AL | 7-Claims Administration, Analysis and Objections: Phone call with CCS Commercial LLC regarding letter sent about possibly filing a proof of claim in case. | 0.20 | $350.00 | $70.00 |
| 05/16/2024 | AE | 2-Asset Analysis and Recovery: Review and provide notes and comments regarding lease between debtor and RS Bakken One, LLC concerning property in Williams County, ND (1.3). Confer with H. McIntyre regarding same (.2). | 1.50 | $500.00 | $750.00 |
| 05/16/2024 | AL | 32-Fee Applications: No Charge - Review April time entries for accuracy on potential duplicate. | 0.10 | $0.00 | $0.00 |
| 05/16/2024 | AL | 1-General Administration: Obtain and review contact information from J. Eiband for potential landlords regarding possible rental proceeds (.2) and send correspondence to potential landlords on the possible rental proceeds (.3). | 0.50 | $350.00 | $175.00 |
| 05/16/2024 | HM | 3-Asset Sales: Confer with DIP Agent and Trustee regarding counter to offer on Williston property. | 0.20 | $725.00 | $145.00 |
| 05/16/2024 | HM | 7-Claims Administration, Analysis and Objections: Review emails with J. Anderson for Texas taxing authorities regarding claims and possible debtor-owned | 0.10 | $725.00 | $72.50 |

EXHIBIT A

Invoice # 9765

| | | property. | | | |
|---|---|---|---|---|---|
| 05/16/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding problems with Nichols Cauley production and lack of tax work papers. | 0.40 | $725.00 | $290.00 |
| 05/16/2024 | HM | 2-Asset Analysis and Recovery: Confer with CNR regarding quote for hard drive and offloading books and records to reduce ongoing costs. | 0.20 | $725.00 | $145.00 |
| 05/16/2024 | HM | 3-Asset Sales: Confer with auctioneer regarding ground lease issue on Willison property. | 0.20 | $725.00 | $145.00 |
| 05/16/2024 | HM | 32-Fee Applications: Continue to Review and edit HWA April time for fee statement. | 0.30 | $725.00 | $217.50 |
| 05/16/2024 | HM | 23-Monthly Operating Reports: Review and revise April monthly operating report for filing. | 0.40 | $725.00 | $290.00 |
| 05/16/2024 | HM | 5-Tax Matters: Confer with DIP Agent and Whitley Penn regarding NOL issues. | 0.10 | $725.00 | $72.50 |
| 05/16/2024 | HM | 3-Asset Sales: Confer with Trustee on potential buyer request on ground lease and options. | 0.20 | $725.00 | $145.00 |
| 05/16/2024 | HM | 3-Asset Sales: Confer with Trustee on quitclaim of lease rights in Williston property. | 0.20 | $725.00 | $145.00 |
| 05/16/2024 | WK | 30-Litigation: Emails to and from T. Wilson regarding correction deed and tax issues. | 0.20 | $800.00 | $160.00 |
| 05/16/2024 | WK | 18-Use of Cash Collateral: Emails to and from J. Elrod and K. Zuckerbrot regarding interim distribution and tax issues. | 0.30 | $800.00 | $240.00 |
| 05/16/2024 | WK | 3-Asset Sales: Emails to and from A. Espinoza and review least terms regarding Williston, North Dakota property. | 0.40 | $800.00 | $320.00 |
| 05/16/2024 | WK | 3-Asset Sales: Emails to and from J. Day and J. Eiband regarding legal notices concerning three (3) of the Debtors. | 0.30 | $800.00 | $240.00 |
| 05/16/2024 | WK | 3-Asset Sales: Emails to and from Trustee and J. Eiband regarding sale of the intellectual property. | 0.20 | $800.00 | $160.00 |
| 05/17/2024 | HM | 2-Asset Analysis and Recovery: Confer with J. Eiband regarding next steps with Truliant executory contracts and stipulation and agreed order for return of funds. | 0.10 | $725.00 | $72.50 |
| 05/17/2024 | WK | 1-General Administration: Status call with PH and GT Teams, H. McIntyre and Trustee regarding litigation status, fuel supplier issues, GA litigation and interim distribution. | 0.50 | $800.00 | $400.00 |
| 05/20/2024 | HM | 3-Asset Sales: Confer with auctioneer regarding quitclaim assignment on Williston. | 0.20 | $725.00 | $145.00 |
| 05/20/2024 | HM | 18-Use of Cash Collateral: Status call with DIP Agent regarding open issues including cash collateral. | 0.30 | $725.00 | $217.50 |

EXHIBIT A

Invoice # 9765

| 05/20/2024 | HM | 18-Use of Cash Collateral: Review outstanding items pending for continued administration of the estate per DIP Agent's request (.6) and email DIP Agent counsel regarding quarter 2024 cash collateral budget (.2). | 0.80 | $725.00 | $580.00 |
|---|---|---|---|---|---|
| 05/20/2024 | HM | 2-Asset Analysis and Recovery: Correspond with A. Tarr for Spatco regarding monies due estate in response to inquiry. | 0.20 | $725.00 | $145.00 |
| 05/20/2024 | HM | 3-Asset Sales: Telephone conference with K. Toney regarding status of auction closings, Williston negotiations and Troy NC auction. | 0.20 | $725.00 | $145.00 |
| 05/20/2024 | HM | 23-Monthly Operating Reports: Review incoming bank statements and forward to G. Juengling for monthly operating reports. | 0.10 | $725.00 | $72.50 |
| 05/20/2024 | HM | 3-Asset Sales: Receive and review costs associated with Willison property and forward to auctioneer. | 0.20 | $725.00 | $145.00 |
| 05/20/2024 | HM | 2-Asset Analysis and Recovery: Receive and review incoming mail regarding ongoing litigation, claims and potential assets, underground storage tank issues and insurance notices. | 0.20 | $725.00 | $145.00 |
| 05/20/2024 | HM | 5-Tax Matters: Receive and review incoming mail and notices regarding tax issues. | 0.20 | $725.00 | $145.00 |
| 05/20/2024 | HM | 3-Asset Sales: Continue negotiations on Williston property via auctioneer and DIP Agent. | 0.20 | $725.00 | $145.00 |
| 05/20/2024 | AL | 32-Fee Applications: Draft HWA fee statement for April 2024. | 0.40 | $350.00 | $140.00 |
| 05/20/2024 | AL | 32-Fee Applications: Draft Trustee fee statement for April 2024. | 0.50 | $350.00 | $175.00 |
| 05/20/2024 | AL | 5-Tax Matters: No Charge - Review multiple emails regarding setting up a conference call with tax professionals. | 0.20 | $0.00 | $0.00 |
| 05/20/2024 | HM | 30-Litigation: Confer with Trustee regarding 9019 hearing results and next steps. | 0.10 | $725.00 | $72.50 |
| 05/20/2024 | HM | 5-Tax Matters: Telephone conference with Trustee regarding status of tax work and open issues needed from Whitley Penn tax team. | 0.10 | $725.00 | $72.50 |
| 05/20/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding tax issues needing addressing. | 0.20 | $725.00 | $145.00 |
| 05/20/2024 | WK | 3-Asset Sales: Emails to and from K. Toney regarding terms for Williston, North Dakota earnest money contract. | 0.20 | $800.00 | $160.00 |
| 05/21/2024 | AL | 5-Tax Matters: Confer with G. Juengling regarding inquiry on Nichols Cauley production. | 0.20 | $350.00 | $70.00 |
| 05/21/2024 | HM | 5-Tax Matters: Call with Whitley Penn team regarding open tax issues. | 0.50 | $725.00 | $362.50 |

EXHIBIT A

| 05/21/2024 | HM | 32-Fee Applications: Review and revise HWA April fee statement in compliance with order (.3) on interim professional fees and cash collateral order and confer with Trustee (.1). | 0.40 | $725.00 | $290.00 |
|---|---|---|---|---|---|
| 05/21/2024 | HM | 7-Claims Administration, Analysis and Objections: Prepare email for taxing entity withdrawal of tax claims under 502(b)(3). | 0.20 | $725.00 | $145.00 |
| 05/21/2024 | HM | 2-Asset Analysis and Recovery: Confer with special counsel and accountants regarding need for PDI access and ongoing costs for cash collateral purposes. | 0.10 | $725.00 | $72.50 |
| 05/21/2024 | HM | 32-Fee Applications: Review Trustee April fee statement for compliance with order on interim compensation (.1) and confer with Trustee regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 05/21/2024 | HM | 3-Asset Sales: Receive and review incoming funds and confer with J. Eiband regarding sale of additional USTs. | 0.20 | $725.00 | $145.00 |
| 05/22/2024 | AL | 5-Tax Matters: Confer with G. Juengling regarding complete Nichols Cauley production and file size. | 0.20 | $350.00 | $70.00 |
| 05/22/2024 | AL | 32-Fee Applications: Update and finalize HWA fee statement for April 2024. | 0.20 | $350.00 | $70.00 |
| 05/22/2024 | AL | 32-Fee Applications: Update and finalize Trustee fee statement for April 2024. | 0.20 | $350.00 | $70.00 |
| 05/22/2024 | HM | 3-Asset Sales: Confer with auctioneer regarding agreed to terms for sale of Williston. | 0.10 | $725.00 | $72.50 |
| 05/22/2024 | HM | 3-Asset Sales: Receive and review confirmation of additional sale proceeds for USTs per order for deminimis sales. | 0.10 | $725.00 | $72.50 |
| 05/22/2024 | HM | 7-Claims Administration, Analysis and Objections: Analyze issues with Ford claims still pending as secured and duplicative. | 0.10 | $725.00 | $72.50 |
| 05/22/2024 | HM | 3-Asset Sales: Review bill of sale and notice required by de minimis sale order for further sale of 6 underground storage tanks. | 0.20 | $725.00 | $145.00 |
| 05/22/2024 | HM | 3-Asset Sales: Receive and analyze request from auctioneer for approval of additional expenses related to 4 found pieces of real estate property (.2) and confer with Trustee regarding same (.1). | 0.30 | $725.00 | $217.50 |
| 05/22/2024 | HM | 18-Use of Cash Collateral: Confer with DIP Agent regarding additional costs to selling real estate and authority to use cash collateral. | 0.10 | $725.00 | $72.50 |
| 05/22/2024 | HM | 2-Asset Analysis and Recovery: Confer with professionals regarding need to extend PDI services on a month to month basis. | 0.20 | $725.00 | $145.00 |
| 05/22/2024 | HM | 18-Use of Cash Collateral: Confer with DIP Agent on authority to use cash collateral to pay PDI on month to | 0.20 | $725.00 | $145.00 |

EXHIBIT A

Invoice # 9765

| | | month basis (.1) and email PDI regarding same (.1). | | | |
|---|---|---|---|---|---|
| 05/22/2024 | HM | 3-Asset Sales: Confer with counsel for Spatco regarding return of rebates for 2024 and June payment in relation to expected closing of real estate sale. | 0.10 | $725.00 | $72.50 |
| 05/23/2024 | AL | 2-Asset Analysis and Recovery: Follow up with J. Eliband and H. McIntyre regarding inquiry from Blue Owl on possible rental proceeds held by the estates. | 0.10 | $350.00 | $35.00 |
| 05/23/2024 | AL | 5-Tax Matters: Attend conference call with tax professionals regarding possible tax holdback and liabilities. | 0.60 | $350.00 | $210.00 |
| 05/23/2024 | HM | 2-Asset Analysis and Recovery: Review PDI invoice and confer regarding revisions with PDI. | 0.30 | $725.00 | $217.50 |
| 05/23/2024 | HM | 18-Use of Cash Collateral: Confer with CNR regarding renewal and need for invoice (.1); receive and review renewal invoice (.1); confer with DIP Agent regarding authority to use cash collateral for same (.1). | 0.20 | $725.00 | $145.00 |
| 05/23/2024 | HM | 2-Asset Analysis and Recovery: Receive and review inquiries regarding release of UCC filing and alleged causes of action. | 0.10 | $725.00 | $72.50 |
| 05/23/2024 | HM | 30-Litigation: Receive and review draft joint notice of agreed vacatur of lis pendens in WI MI adversary and notice of dismissal of adversary. | 0.20 | $725.00 | $145.00 |
| 05/23/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding status of tax returns and holdbacks for interim distribution. | 0.20 | $725.00 | $145.00 |
| 05/23/2024 | HM | 2-Asset Analysis and Recovery: Receive and review correspondence from Blue Owl regarding Fam Fuels rent. | 0.20 | $725.00 | $145.00 |
| 05/23/2024 | HM | 18-Use of Cash Collateral: Confer with DIP Agent regarding authority to use cash collateral to pay additional PDI and CNR invoices. | 0.10 | $725.00 | $72.50 |
| 05/23/2024 | HM | 3-Asset Sales: Confer with auctioneer regarding additional change in terms on Williston property. | 0.10 | $725.00 | $72.50 |
| 05/23/2024 | HM | 18-Use of Cash Collateral: Email DIP Agent regarding authority to pay March and April CNR invoices. | 0.10 | $725.00 | $72.50 |
| 05/24/2024 | AL | 2-Asset Analysis and Recovery: Obtain and review category reports of Estates' accounts for identifiable information on the Fam Fuels rental payments. | 0.40 | $350.00 | $140.00 |
| 05/24/2024 | AL | 18-Use of Cash Collateral: Revise and finalize Certificate of No Objection regarding the Trustee's Motion to Disburse Cash Collateral to DIP Agent. | 0.20 | $350.00 | $70.00 |
| 05/24/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee on payment of outstanding invoices per order to operate and authorization for use of cash collateral per DIP Agent. | 0.20 | $725.00 | $145.00 |

EXHIBIT A

Invoice # 9765

| 05/24/2024 | HM | 30-Litigation: Telephone conference with S. Heyen regarding DIP Agent comments to joint notice of vacatur and dismissal of WI MI adversary. | 0.10 | $725.00 | $72.50 |
| 05/24/2024 | HM | 30-Litigation: Prepare joint notice of effective date of WI MI settlement agreement. | 0.30 | $725.00 | $217.50 |
| 05/24/2024 | HM | 18-Use of Cash Collateral: Prepare certificate of no objection for motion for interim distribution. | 0.20 | $725.00 | $145.00 |
| 05/24/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee regarding status of motion for interim distribution and procedures. | 0.20 | $725.00 | $145.00 |
| 05/24/2024 | HM | 18-Use of Cash Collateral: Prepare notice of interim distribution. | 0.30 | $725.00 | $217.50 |
| 05/24/2024 | HM | 13-Environmental and Regulatory Matters: Telephone conference with TCEQ regarding claim and administrative process relates to PSTs and requested agreed order for enforcement of environmental issues. | 0.40 | $725.00 | $290.00 |
| 05/28/2024 | AL | 30-Litigation: Circulate redline version of Stipulation of Dismissal of Adversary Proceeding to parties in matter. | 0.10 | $350.00 | $35.00 |
| 05/28/2024 | AL | 18-Use of Cash Collateral: Contact Court clerk to follow up on consideration of Trustee Motion to Disburse Cash Collateral to DIP Agent. | 0.20 | $350.00 | $70.00 |
| 05/28/2024 | AL | 2-Asset Analysis and Recovery: Compile data from Estates' accounts for accounting of all Fam Fuels rental payments and create chart on same. | 0.40 | $350.00 | $140.00 |
| 05/28/2024 | AL | 2-Asset Analysis and Recovery: Review potential Visa claim portal for update on status of claim (.2) and confer with H. McIntyre on same (.1). | 0.30 | $350.00 | $105.00 |
| 05/28/2024 | AL | 7-Claims Administration, Analysis and Objections: Compile documents to begin drafting motion for chapter 11 administrative claim guidelines. | 0.60 | $350.00 | $210.00 |
| 05/28/2024 | AL | 2-Asset Analysis and Recovery: Send follow up email to Proliant to produce required documents for credit issuance on Debtors' Workforce Safety & Insurance of ND. | 0.20 | $350.00 | $70.00 |
| 05/28/2024 | AL | 1-General Administration: Follow up on request for bank statements and turnover of funds to First Bank. | 0.20 | $350.00 | $70.00 |
| 05/29/2024 | AL | 1-General Administration: No Charge - Attend to filing of Certificate of Service for Order Setting Hearing on Trustee's Motion for Authority. | 0.20 | $0.00 | $0.00 |
| 05/29/2024 | AL | 2-Asset Analysis and Recovery: Download and review document production from First Bank (.2), circulate same to G. Juengling (.1), and send inquiry to First Bank regarding turnover of funds (.1). | 0.40 | $350.00 | $140.00 |
| 05/30/2024 | AL | 2-Asset Analysis and Recovery: Circulate First Bank's response to our request to turn over funds to H. | 0.10 | $350.00 | $35.00 |

EXHIBIT A

Invoice # 9765

|  |  | McIntyre and G. Juengling. |  |  |  |
|---|---|---|---|---|---|
| 05/30/2024 | AL | 3-Asset Sales: Return phone call to D. Bryant regarding interest in available Debtor real property located in LA or MI (.1) and circulate information to Trustee, H. McIntyre, and W. Kitchens (.1). | 0.20 | $350.00 | $70.00 |
| 05/30/2024 | HM | 18-Use of Cash Collateral: Confer with accountant regarding cash distribution analysis in response to DIP Agent inquiry. | 0.10 | $725.00 | $72.50 |
| 05/31/2024 | HM | 5-Tax Matters: Receive and review treatment for payment from Webster P and 1099 and tax reporting issues. | 0.10 | $725.00 | $72.50 |
| 05/31/2024 | HM | 3-Asset Sales: Receive and review interest in purchasing real property in Louisiana and forward to auctioneer. | 0.10 | $725.00 | $72.50 |
| 05/31/2024 | HM | 2-Asset Analysis and Recovery: Receive and review First Bank production and confer with accountant regarding funds flow. | 0.20 | $725.00 | $145.00 |
| 05/31/2024 | HM | 2-Asset Analysis and Recovery: Receive and review postponed deadline for claims in VISA class action settlement. | 0.10 | $725.00 | $72.50 |
| 05/31/2024 | HM | 32-Fee Applications: Receive and review order approving Trustee's second application for compensation. | 0.10 | $725.00 | $72.50 |
| 05/31/2024 | HM | 2-Asset Analysis and Recovery: Confer with J. Nieto regarding accounting for additional Spatco payment for 2024 lease payments per the lease agreement. | 0.10 | $725.00 | $72.50 |
| 05/31/2024 | HM | 2-Asset Analysis and Recovery: Conference with A. Lopez-Castro regarding FamFuels rents issue and return of funds to various tenants. | 0.10 | $725.00 | $72.50 |
| 05/31/2024 | HM | 18-Use of Cash Collateral: Confer with DIP Agent counsel regarding interim distribution analysis in response to inquiry regarding accounting of fuel receipts. | 0.30 | $725.00 | $217.50 |
| 05/31/2024 | HM | 30-Litigation: Receive and review multiple emails regarding clarifying language in dismissal of WI MI Adversary proceeding and respond to parties regarding same . | 0.30 | $725.00 | $217.50 |
| 05/31/2024 | HM | 2-Asset Analysis and Recovery: Review status of request for documents from debtors' PEO and necessity for subpoena due to non-response. | 0.10 | $725.00 | $72.50 |
| 05/31/2024 | HM | 2-Asset Analysis and Recovery: Review list of tenants and outstanding rents owed by two tenants and confer with J. Eiband and A. Lopez-Castro regarding same. | 0.20 | $725.00 | $145.00 |
| 05/31/2024 | HM | 18-Use of Cash Collateral: Prepare witness and exhibit list for hearing on motion for interim distribution. | 0.30 | $725.00 | $217.50 |

EXHIBIT A

Invoice # 9765

| 05/31/2024 | HM | 3-Asset Sales: Confer on timing of de minimis sales and notice of sales required per order allowing same. | 0.20 | $725.00 | $145.00 |
|---|---|---|---|---|---|
| 05/31/2024 | HM | 7-Claims Administration, Analysis and Objections: Confer with Texas Lottery Commission regarding stipulation and agreed order on chapter 11 administrative claims. | 0.20 | $725.00 | $145.00 |
| 05/31/2024 | HM | 3-Asset Sales: Confer with title on need for pay off statements on multiple real property closings in Alabama. | 0.10 | $725.00 | $72.50 |
| 05/31/2024 | HM | 30-Litigation: Telephone conference with J. Watts regarding status of dismissal of WI MI adversary and language required by Trustee. | 0.10 | $725.00 | $72.50 |
| 05/31/2024 | HM | 3-Asset Sales: Telephone conference with closing paralegal on Cowpens regarding closing issues including tax liens for business personal property taxes. | 0.40 | $725.00 | $290.00 |
| 05/31/2024 | HM | 3-Asset Sales: Confer with DIP Agent regarding additional real estate expenses to be paid and A. Casto Lopez regarding motion to pay administrative expenses. | 0.20 | $725.00 | $145.00 |
| 05/31/2024 | HM | 18-Use of Cash Collateral: Work on proffer for Trustee's testimony for hearing on motion for interim distribution. | 1.00 | $725.00 | $725.00 |
| 05/31/2024 | HM | 3-Asset Sales: Investigate real property taxes in Blount County AL and exchange emails with title and Blount County officials regarding taxes related to 355 State Highway 160 Warrior, AL in Blount County. | 0.40 | $725.00 | $290.00 |
| 05/31/2024 | HM | 3-Asset Sales: Confer with A. Espinoza regarding closing issues with Cowpens and status of taxes. | 0.20 | $725.00 | $145.00 |
| 05/31/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Investigate First Bank accounts continuing post conversion activity. | 0.30 | $725.00 | $217.50 |
| 05/31/2024 | AL | 2-Asset Analysis and Recovery: Check potential Visa claim portal for update on status of claim. | 0.10 | $350.00 | $35.00 |

| | | Quantity Subtotal | 90.4 |
|---|---|---|---|
| | | Services Subtotal | $55,785.00 |

## Expenses

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 05/02/2024 | LS | E101 Copying: Copies for HWA Second Fee Application. | 2,553.00 | $0.20 | $510.60 |
| Expense | 05/02/2024 | LS | E108 Postage: Postage for HWA Second Fee Application. | 23.00 | $1.12 | $25.76 |

EXHIBIT A

Invoice # 9765

| Expense | 05/13/2024 | LS | E108 Postage: Postage for Whitley Penn's 6th Fee Notice. | 23.00 | $0.64 | $14.72 |
|---------|------------|-----|----------------------------------------------------------|-------|-------|--------|
| Expense | 05/13/2024 | LS | E101 Copying: Copies for Whitley Penn's 6th Fee Notice. | 46.00 | $0.20 | $9.20 |
| Expense | 05/20/2024 | DK | Postage; Supplemental Application to Employ | 23.00 | $0.64 | $14.72 |
| Expense | 05/20/2024 | DK | Copies; Supplemental Application to Employ | 46.00 | $0.20 | $9.20 |
| Expense | 05/23/2024 | LS | E108 Postage: Postage for HWA Eighth Fee Notice. | 23.00 | $0.64 | $14.72 |
| Expense | 05/23/2024 | LS | E101 Copying: Copies for HWA Eighth Fee Notice. | 207.00 | $0.20 | $41.40 |

|  |  |  | **Expenses Subtotal** | **$640.32** |
|--|--|--|--|--|

| Time Keeper | Quantity | Rate | Total |
|-------------|----------|------|-------|
| Aaron Espinoza | 3.0 | $500.00 | $1,500.00 |
| Wayne Kitchens | 13.0 | $800.00 | $10,400.00 |
| Abdiel Lopez-Castro | 24.3 | $350.00 | $8,505.00 |
| Abdiel Lopez-Castro | 1.3 | $0.00 | $0.00 |
| Heather McIntyre | 48.8 | $725.00 | $35,380.00 |
| | **Quantity Total** | | **90.4** |
| | **Subtotal** | | **$56,425.32** |
| | **Total** | | **$56,425.32** |

Please make all amounts payable to: HughesWattersAskanase
To pay by credit card you may go through our link at: https://app.clio.com/link/7e3rrnDf7g9g

EXHIBIT A

**Mountain Express Oil Company**

| Task Code and Timekeeper | Sum of Hours | Sum of Billable |
|---|---|---|
| Abdiel Lopez-Castro | 7.4 | $2,240.00 |
| Heather McIntyre | 1.4 | $1,015.00 |
| Wayne Kitchens | 1.5 | $1,200.00 |
| **1-General Administration Total** | **10.3** | **$4,455.00** |
| | | |
| Aaron Espinoza | 3 | $1,500.00 |
| Abdiel Lopez-Castro | 4.4 | $1,540.00 |
| Heather McIntyre | 5.7 | $4,132.50 |
| Wayne Kitchens | 1.3 | $1,040.00 |
| **2-Asset Analysis and Recovery Total** | **14.4** | **$8,212.50** |
| | | |
| Abdiel Lopez-Castro | 3.4 | $1,190.00 |
| Heather McIntyre | 8.3 | $6,017.50 |
| Wayne Kitchens | 2.6 | $2,080.00 |
| **3-Asset Sales Total** | **14.3** | **$9,287.50** |
| | | |
| Heather McIntyre | 0.6 | $435.00 |
| **4-Chapter 5 Avoidance Action Investigation and Litigation Total** | **0.6** | **$435.00** |
| | | |
| Abdiel Lopez-Castro | 1.2 | $350.00 |
| Heather McIntyre | 4 | $2,900.00 |
| Wayne Kitchens | 0.2 | $160.00 |
| **5-Tax Matters Total** | **5.4** | **$3,410.00** |
| | | |
| Abdiel Lopez-Castro | 1.2 | $420.00 |
| Heather McIntyre | 2.1 | $1,522.50 |
| Wayne Kitchens | 0.2 | $160.00 |
| **7-Claims Administration, Analysis and Objections Total** | **3.5** | **$2,102.50** |
| | | |
| Heather McIntyre | 0.2 | $145.00 |
| **12-Relief from Stay Proceedings Total** | **0.2** | **$145.00** |
| | | |
| Heather McIntyre | 0.4 | $290.00 |
| Wayne Kitchens | 0.3 | $240.00 |
| **13-Environmental and Regulatory Matters Total** | **0.7** | **$530.00** |
| | | |
| Heather McIntyre | 1 | $725.00 |

EXHIBIT A

| | | |
|---|---|---|
| Wayne Kitchens | 0.2 | $160.00 |
| **15-Insurance Total** | **1.2** | **$885.00** |
| | | |
| Abdiel Lopez-Castro | 0.6 | $210.00 |
| Heather McIntyre | 9 | $6,525.00 |
| Wayne Kitchens | 1.5 | $1,200.00 |
| **18-Use of Cash Collateral Total** | **11.1** | **$7,935.00** |
| | | |
| Heather McIntyre | 1.7 | $1,232.50 |
| **23-Monthly Operating Reports Total** | **1.7** | **$1,232.50** |
| | | |
| Abdiel Lopez-Castro | 3.4 | $1,190.00 |
| Heather McIntyre | 11.3 | $8,192.50 |
| Wayne Kitchens | 4.8 | $3,840.00 |
| **30-Litigation Total** | **19.5** | **$13,222.50** |
| | | |
| Abdiel Lopez-Castro | 4 | $1,365.00 |
| Heather McIntyre | 3.1 | $2,247.50 |
| Wayne Kitchens | 0.4 | $320.00 |
| **32-Fee Applications Total** | **7.5** | **$3,882.50** |
| | | |
| **Grand Total** | **90.4** | **$55,785.00** |