IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 (EVR) §  |
| Mountain Express Oil Company, *et al.*, | § Case No. 23-90147 § |
| Debtors. | § Jointly Administered § |

## MONTHLY OPERATING REPORT FOR MARCH 2024

**BALANCE ON HAND AS OF MARCH 1, 2024**      $ 3,677,929.94

**TOTAL RECEIPTS**

| | | |
|---|---|---|
| 1) | Liquidation of Other Personal Property | $ 5,288,794.21 |
| 2) | Ch. 11 Professionals' Escrow Account Held at PSZJ[1] | $ 2,770,767.39 |
| 3) | Liquidation of Other Schedule A/B Property | $ 21,754.24 |
| 4) | Rents | $ 2,580.45 |
| 5) | Other Litigation | $ 50.00 |

Total Receipts      $ 8,083,946.29

**TOTAL DISBURSEMENTS**

| | | |
|---|---|---|
| 1) | Attorney for Trustee/ DIP Fees (Other Firm) | $ 2,788,774.98 |
| 2) | Ch. 11 Professionals' Escrow Account Held at PSZJ | $ 2,770,767.39 |
| 3) | Other Prior Chapter Administrative Case Expenses | $ 103,071.21 |
| 4) | Attorney for Trustee Fees & Expenses (Other Firm) | $ 67,569.52 |
| 5) | Chapter 7 Operating Case Expenses | $ 27,084.66 |
| 6) | Auctioneer for Trustee Fees | $ 732.50 |
| 7) | Other Professional's Expenses | $ 494.76 |

Total Disbursements[2]      $ 5,758,495.02

**BALANCE ON HAND AS OF MARCH 30, 2024**[3]      $ 6,003,381.21

---

[1] Order No. 2019 found that all funds held by Pachulski Stang Ziehl & Jones LLP ("PSZJ") are property of the estate. PSZJ distributed $980,871.49 to itself pursuant to Order No. 2019 and $1,789,895.90 to FTI Consulting Inc. pursuant to Order No. 2020.

[2] Consists of amounts disbursed as listed in attached category report and by PSZJ pursuant to Order Nos. 2019 and 2020.

[3] See attached reports for further detail. Balances by bank are based bank statements available as of the date of this monthly operating report. Should additional bank statements become available, these balances may be updated in an amended monthly operating report.

3107281

EXHIBIT B

DATED: May 1, 2024.

Respectfully submitted,

*/s/ Heather Heath McIntyre*
Wayne Kitchens    TBN 11541110
wkitchens@hwa.com
Heather McIntyre    TBN 24041076
hmcintyre@hwa.com
HUGHESWATTERSASKANASE, LLP
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone: (713) 590-4200
Facsimile: (713) 590-4230
**ATTORNEYS FOR JANET S. NORTHRUP, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on all parties receiving ECF in the above-referenced case via ECF on May 1, 2024.

*/s/ Heather Heath McIntyre*
Heather Heath McIntyre

3107281

EXHIBIT B

**Mountain Express Oil Company**
March 2024
Deposit and Disbursement Summary

| Bank | 3/1 Balance | Deposits | Disbursements | 3/31 Balance |
|---|---|---|---|---|
| Capital One | 19,908.98 | | | 19,908.98 |
| Farmers & Merchant Bank | 5,774.71 | | | 5,774.71 |
| First Bank | 3,375.50 | | | 3,375.50 |
| Veritex Bank | 3,648,870.75 | 5,313,178.90 | 2,987,727.63 | 5,974,322.02 |
| Total | 3,677,929.94 | 5,313,178.90 | 2,987,727.63 | 6,003,381.21 |

EXHIBIT B

| Trustee Name: | Janet S. Northrup | | | | Page No: 1 |
|---|---|---|---|---|---|
| | | **Category Report** | | | |
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | | | Beginning Date: | 3/1/2024 |
| Case Number: | 23-90147-H3 | | | Ending Date: | 3/31/2024 |
| Tax ID: | 582250873 | | | | |
| Date Filed: | 03/18/2023F | | | | |
| Judge: | EDUARDO V RODRIGUEZ | | | | |

| | | | | | Amount |
|---|---|---|---|---|---|
| **Receipt** | | | | | |
| 1129-000 | | Liquidation of Other Schedule A/B Property | | | |
| | 03/08/2024 | | Fifth Third Bank | | $18,937.87 |
| | 03/08/2024 | {92} | Brunos | | $400.00 |
| | 03/08/2024 | {92} | Tim Fields Logging | | $255.86 |
| | 03/08/2024 | {92} | Spiller Associated Furniture | | $1,637.97 |
| | 03/27/2024 | {92} | Entergy | | $42.54 |
| | 03/27/2024 | {92} | Quality I/N Signs | | $200.00 |
| | 03/27/2024 | {92} | Quality I/N Signs | | $200.00 |
| | 03/27/2024 | {92} | Rebecca Griggs | | $80.00 |
| | | | | Category Total: | $21,754.24 |
| 1222-000 | | Rents | | | |
| | 03/08/2024 | {2} | McDonalds | | $4,531.73 |
| | 03/25/2024 | {2} | DEP REVERSE: McDonald's | | $(4,531.73) |
| | 03/27/2024 | {2} | Truliant | | $400.00 |
| | 03/29/2024 | {2} | Spatco Energy | | $2,180.45 |
| | | | | Category Total: | $2,580.45 |
| 1229-000 | | Liquidation of Other Personal Property | | | |
| | 03/01/2024 | {228} | ExxonMobil Oil Corporation | | $2,736,039.14 |
| | 03/05/2024 | {229} | Pachulski Stang Ziehl & Jones, LLP | | $715,589.94 |
| | 03/07/2024 | {229} | Pachulski Stang Ziehl & Jones, LLP | | $1,825,062.52 |
| | 03/15/2024 | {230} | Rosen Systems, Inc. | | $8,057.50 |
| | 03/27/2024 | {233} | State of Mississippi Dept of Human Resources | | $87.61 |
| | 03/27/2024 | {231} | Insurance Payment Company | | $3,957.50 |
| | | | | Category Total: | $5,288,794.21 |
| 1249-000 | | Other Litigation | | | |
| | 03/27/2024 | {232} | Clerk of Superior Court- Randolph County | | $50.00 |
| | | | | Category Total: | $50.00 |
| | | | | Receipt Total: | $5,313,178.90 |
| 9999-000 | | Account Transfers | | | |
| | 03/08/2024 | | Transfer From: #9611239014701 | | $715,589.94 |
| | 03/08/2024 | | Transfer From: #9611239014701 | | $1,825,062.52 |
| | 03/22/2024 | | Transfer From: #9611239014706 | | $110,255.81 |
| | 03/25/2024 | | Transfer From: #9611239014701 | | $16,526.00 |
| | | | | Category Total: | $2,667,434.27 |
| | | | | Group Total: | $7,980,613.17 |
| **Disbursement** | | | | | |
| 2600-000 | | Bank Service Fees | | | |
| | 03/25/2024 | | Veritex Bank | | $7.00 |
| | 03/26/2024 | | Veritex Bank | | $(7.00) |
| | | | | Category Total: | $0.00 |
| 2690-000 | | Chapter 7 Operating Case Expenses | | | |
| | 03/04/2024 | | Strategic Market Services | | $662.00 |
| | 03/14/2024 | | Strategic Market Services | | $657.00 |
| | 03/14/2024 | | Property Purge, LLC | | $3,925.00 |
| | 03/19/2024 | | Computer & Network Repair LLC | | $7,701.59 |
| | 03/19/2024 | | Paycore, Inc. | | $174.23 |
| | 03/25/2024 | | Computer & Network Repair LLC | | $14,139.07 |
| | 03/26/2024 | | Paycore, Inc. | | $(174.23) |

EXHIBIT B

| Trustee Name: | Janet S. Northrup | | Page No: 2 |
|---|---|---|---|
| | | Category Report | |
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Beginning Date: | 3/1/2024 |
| Case Number: | 23-90147-H3 | Ending Date: | 3/31/2024 |
| Tax ID: | 582250873 | | |
| Date Filed: | 03/18/2023F | | |
| Judge: | EDUARDO V RODRIGUEZ | | |

| | | | Amount |
|---|---|---|---|
| | | Category Total: | $27,084.66 |
| 3210-000 | Attorney for Trustee Fees (Other Firm) | | |
| 03/25/2024 | Porter & Hedges LLP | | $66,104.00 |
| | | Category Total: | $66,104.00 |
| 3220-000 | Attorney for Trustee Expenses (Other Firm) | | |
| 03/25/2024 | Porter & Hedges LLP | | $1,465.52 |
| | | Category Total: | $1,465.52 |
| 3610-000 | Auctioneer for Trustee Fees | | |
| 03/26/2024 | Rosen Systems, Inc. | | $732.50 |
| | | Category Total: | $732.50 |
| 3992-000 | Other Professional Expenses | | |
| 03/26/2024 | Rosen Systems, Inc. | | $494.76 |
| | | Category Total: | $494.76 |
| 6210-000 | Attorney for Trustee/DIP Fees (Other Firm) | | |
| 03/07/2024 | Gable Gotwal | | $17,447.20 |
| 03/12/2024 | Luenbuhl, Wheaton, Peck, Rankin & Hubbard | | $73,809.75 |
| 03/12/2024 | Axim Veltrop & Harkrider, LLP | | $146,208.60 |
| 03/12/2024 | Akerman, LLP | | $99,488.00 |
| 03/19/2024 | Raymond James & Associates | | $825,408.14 |
| 03/20/2024 | McDermott Will & Emery, LLP | | $1,185,151.38 |
| 03/25/2024 | Province, LLC | | $441,261.91 |
| | | Category Total: | $2,788,774.98 |
| 6990-000 | Other Prior Chapter Administrative Expenses | | |
| 03/07/2024 | Gable Gotwal | | $52.80 |
| 03/12/2024 | Luenbuhl, Wheaton, Peck, Rankin & Hubbard | | $4,450.11 |
| 03/19/2024 | Raymond James & Associates | | $74,591.86 |
| 03/20/2024 | McDermott Will & Emery, LLP | | $21,288.81 |
| 03/25/2024 | Province, LLC | | $2,687.63 |
| | | Category Total: | $103,071.21 |
| | | Disbursement Total: | $2,987,727.63 |
| 9999-000 | Account Transfers | | |
| 03/08/2024 | Transfer To: #9611239014706 | | $715,589.94 |
| 03/08/2024 | Transfer To: #9611239014706 | | $1,825,062.52 |
| 03/22/2024 | Transfer To: #9611239014701 | | $110,255.81 |
| 03/25/2024 | Transfer To: #9611239014702 | | $16,526.00 |
| | | Category Total: | $2,667,434.27 |
| | | Group Total: | $5,655,161.90 |

| Summary of T-Codes | |
|---|---|
| 1000: | $5,313,178.90 |
| 2000: | $27,084.66 |
| 3000: | $68,796.78 |
| 4000: | $0.00 |
| 5000: | $0.00 |
| 6000: | $2,891,846.19 |
| 7000: | $0.00 |
| 8000: | $0.00 |
| 9000: | $5,334,868.54 |

EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7 (EVR)** |
| | § | |
| **Mountain Express Oil Company, *et al.*,** | § | **Case No. 23-90147** |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | |

### MONTHLY OPERATING REPORT FOR APRIL 2024

**BALANCE ON HAND AS OF APRIL 1, 2024**[1]     $   5,997,606.50

**TOTAL RECEIPTS**

| | | | | |
|---|---|---|---|---|
| 1) | Other Litigation | | $ | 23,306,000.00 |
| 2) | Liquidation of Other Schedule A/B Property[2] | | $ | 132,339.46 |
| 3) | Liquidation of Other Personal Property | | $ | 8,411.96 |
| 4) | Rents | | $ | 1,068.91 |
| | Total Receipts | | $ | 23,447,820.33 |

**TOTAL DISBURSEMENTS**

| | | | | |
|---|---|---|---|---|
| 1) | Attorney for Trustee Fees & Expenses (Trustee Firm) | | $ | 172,498.00 |
| 2) | Attorney for Trustee Fees & Expenses (Other Firm) | | $ | 65,310.25 |
| 3) | Chapter 7 Operating Case Expenses | | $ | 50,878.96 |
| 4) | Accountant for Trustee Fees | | $ | 44,026.30 |
| 5) | Other Professional Fees & Expenses | | $ | 43,868.20 |
| 6) | Trustee Compensation | | $ | 29,921.81 |
| | Total Disbursements | | $ | 406,503.52 |

**BALANCE ON HAND AS OF APRIL 30, 2024**[3]     $   29,038,923.31

---

[1] Balance on hand reduced by $5,774.41 previously reported as held at Farmers & Merchants Bank based on recently produced bank statements, which show this amount as previously collected in First Horizon bank accounts that were subsequently transferred to Trustee accounts.

[2] Trustee collected $151,448.09 which is reduced here by $19,908.98 as previously reported as held at Capital One.

[3] See attached reports for further detail. Balances by bank are based on bank statements available as of the date of this monthly operating report. Should additional bank statements become available, these balances may be updated in an amended monthly operating report.

3107411

EXHIBIT B

DATED: May 16, 2024.

          Respectfully submitted,

          */s/ Heather Heath McIntyre*
          Wayne Kitchens     TBN 11541110
          wkitchens@hwa.com
          Heather McIntyre     TBN 24041076
          hmcintyre@hwa.com
          HUGHESWATTERSASKANASE, LLP
          Total Plaza
          1201 Louisiana, 28th Floor
          Houston, Texas 77002
          Telephone: (713) 590-4200
          Facsimile: (713) 590-4230
          **ATTORNEYS FOR JANET S. NORTHRUP, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on all parties receiving ECF in the above-referenced case via ECF on May 16, 2024.

          */s/ Heather Heath McIntyre*
          Heather Heath McIntyre

3107411

EXHIBIT B

**Mountain Express Oil Company**
**April 2024**
**Deposit and Disbursement Summary**

| Bank | 4/1 Balance | Deposits | Disbursements | Transfer to Trustee Accounts | 4/30 Balance |
|---|---|---|---|---|---|
| Capital One | 19,908.98 | | | (19,908.98) | - |
| First Bank | 3,375.50 | | | | 3,375.50 |
| Veritex Bank | 5,974,322.02 | 23,447,820.33 | 406,503.52 | 19,908.98 | 29,035,547.81 |
| **Total** | **5,997,606.50** | **23,447,820.33** | **406,503.52** | **-** | **29,038,923.31** |

EXHIBIT B

| Trustee Name: | Janet S. Northrup | | | Page No: 1 |
|---|---|---|---|---|
| | | **Category Report** | | |
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | | Beginning Date: | 4/1/2024 |
| Case Number: | 23-90147-H3 | | Ending Date: | 4/30/2024 |
| Tax ID: | 582250873 | | | |
| Date Filed: | 03/18/2023F | | | |
| Judge: | EDUARDO V RODRIGUEZ | | | |

| | Amount |
|---|---:|

**Receipt**

| 1129-000 | | Liquidation of Other Schedule A/B Property | | |
|---|---|---|---|---:|
| | 04/03/2024 | {92} | Brunos | $400.00 |
| | 04/10/2024 | {38} | Capital One Bank | $400.35 |
| | 04/10/2024 | {38} | Capital One Bank | $151,448.09 |
| | | | **Category Total:** | **$152,248.44** |

| 1222-000 | | Rents | | |
|---|---|---|---|---:|
| | 04/03/2024 | {2} | Truliant | $400.00 |
| | 04/11/2024 | {2} | RS BAKKEN ONE | $668.91 |
| | | | **Category Total:** | **$1,068.91** |

| 1229-000 | | Liquidation of Other Personal Property | | |
|---|---|---|---|---:|
| | 04/03/2024 | {234} | BSBS Healthcare Plan | $5,109.28 |
| | 04/17/2024 | {235} | Ramco Fuels NC, LLC | $3,000.00 |
| | 04/25/2024 | {236} | First Horizon | $302.68 |
| | | | **Category Total:** | **$8,411.96** |

| 1249-000 | | Other Litigation | | |
|---|---|---|---|---:|
| | 04/03/2024 | {215} | Fidelity National Title Ins Company | $23,250,000.00 |
| | 04/29/2024 | {237} | Lamar K. Frady or Keith B. Frady | $56,000.00 |
| | | | **Category Total:** | **$23,306,000.00** |
| | | | **Receipt Total:** | **$23,467,729.31** |

| 9999-000 | | Account Transfers | | |
|---|---|---|---|---:|
| | 04/04/2024 | | Transfer From: #9611239014701 | $23,250,000.00 |
| | 04/04/2024 | | Transfer From: #9611239014701 | $22,491.00 |
| | 04/22/2024 | | Transfer From: #9611239014701 | $15,858.30 |
| | 04/25/2024 | | Transfer From: #9611239014701 | $151,448.09 |
| | 04/30/2024 | | Transfer From: #9611239014701 | $3,748.70 |
| | 04/30/2024 | | Transfer From: #9611239014701 | $3,842.80 |
| | | | **Category Total:** | **$23,447,388.89** |
| | | | **Group Total:** | **$46,915,118.20** |

**Disbursement**

| 2100-000 | | Trustee Compensation | | |
|---|---|---|---|---:|
| | 04/02/2024 | | JANET S. NORTHRUP | $29,921.81 |
| | | | **Category Total:** | **$29,921.81** |

| 2690-000 | | Chapter 7 Operating Case Expenses | | |
|---|---|---|---|---:|
| | 04/04/2024 | | PDI Technologies, Inc. | $36,634.77 |
| | 04/22/2024 | | M&M Title, LLC | $197.63 |
| | 04/22/2024 | | M&M Title, LLC | $463.91 |
| | 04/23/2024 | | PDI Technologies, Inc. | $13,582.65 |
| | | | **Category Total:** | **$50,878.96** |

| 3110-000 | | Attorney for Trustee Fees (Trustee Firm) | | |
|---|---|---|---|---:|
| | 04/02/2024 | | HUGHES, WATTERS & ASKANASE | $89,964.00 |
| | 04/24/2024 | | HUGHES, WATTERS & ASKANASE | $82,534.00 |
| | | | **Category Total:** | **$172,498.00** |

| 3210-000 | | Attorney for Trustee Fees (Other Firm) | | |
|---|---|---|---|---:|
| | 04/22/2024 | | Porter & Hedges LLP | $63,433.20 |
| | | | **Category Total:** | **$63,433.20** |

| 3220-000 | | Attorney for Trustee Expenses (Other Firm) | | |
|---|---|---|---|---:|
| | 04/02/2024 | | HUGHES, WATTERS & ASKANASE | $854.46 |

EXHIBIT B

Case 23-90147 Document 2124-2 Filed in TXSB on 05/16/24 Page 10 of 15

| Trustee Name: | Janet S. Northrup | | Page No: 2 |
|---|---|---|---|
| | | Category Report | |
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Beginning Date: | 4/1/2024 |
| Case Number: | 23-90147-H3 | Ending Date: | 4/30/2024 |
| Tax ID: | 582250873 | | |
| Date Filed: | 03/18/2023F | | |
| Judge: | EDUARDO V RODRIGUEZ | | |

| | | | Amount |
|---|---|---|---|
| 04/22/2024 | Porter & Hedges LLP | | $924.43 |
| 04/24/2024 | HUGHES, WATTERS & ASKANASE | | $298.16 |
| | | Category Total: | $1,877.05 |
| 3410-000 | Accountant for Trustee Fees (Other Firm) | | |
| 04/02/2024 | Whitley Penn, LLP | | $13,660.30 |
| 04/29/2024 | Whitley Penn, LLP | | $14,994.80 |
| 04/29/2024 | Whitley Penn, LLP | | $15,371.20 |
| | | Category Total: | $44,026.30 |
| 3991-000 | Other Professional Fees | | |
| 04/22/2024 | Lori Lapin Jones, PLLC | | $36,855.00 |
| | | Category Total: | $36,855.00 |
| 3992-000 | Other Professional Expenses | | |
| 04/22/2024 | Lori Lapin Jones, PLLC | | $6,975.20 |
| 04/29/2024 | Whitley Penn, LLP | | $38.00 |
| | | Category Total: | $7,013.20 |
| | | Disbursement Total: | $406,503.52 |
| 9999-000 | Account Transfers | | |
| 04/04/2024 | Transfer To: #9611239014707 | | $23,250,000.00 |
| 04/04/2024 | Transfer To: #9611239014702 | | $22,491.00 |
| 04/22/2024 | Transfer To: #9611239014702 | | $15,858.30 |
| 04/25/2024 | Transfer To: #9611239014708 | | $151,448.09 |
| 04/30/2024 | Transfer To: #9611239014702 | | $3,748.70 |
| 04/30/2024 | Transfer To: #9611239014702 | | $3,842.80 |
| | | Category Total: | $23,447,388.89 |
| | | Group Total: | $23,853,892.41 |

Summary of T-Codes

| | | |
|---|---|---|
| | 1000: | $23,467,729.31 |
| | 2000: | $80,800.77 |
| | 3000: | $325,702.75 |
| | 4000: | $0.00 |
| | 5000: | $0.00 |
| | 6000: | $0.00 |
| | 7000: | $0.00 |
| | 8000: | $0.00 |
| | 9000: | $46,894,777.78 |

EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 (EVR) |
| Mountain Express Oil Company, *et al.*, | § Case No. 23-90147 |
| Debtors. | § Jointly Administered |

## MONTHLY OPERATING REPORT FOR MAY 2024

| | | |
|---|---:|---:|
| **BALANCE ON HAND AS OF MAY 1, 2024**[1] | $ | 29,035,547.81 |
| **TOTAL RECEIPTS** | | |
| 1) Liquidation of Other Personal Property | $ | 54,488.83 |
| 2) Rents | $ | 35,279.81 |
| 3) Interest Income | $ | 22,306.70 |
| 4) Liquidation of Other Schedule A/B Property | $ | 692.47 |
| Total Receipts | $ | 112,767.81 |
| **TOTAL DISBURSEMENTS** | | |
| 1) Trustee Compensation | $ | 156,079.15 |
| 2) Attorney for Trustee Fees (Trustee Firm) | $ | 92,763.00 |
| 3) Chapter 7 Operating Case Expenses | $ | 72,208.48 |
| 4) Attorney for Trustee Fees (Other Firm) | $ | 40,008.20 |
| 5) Accountant for Trustee Fees (Other Firm) | $ | 22,358.80 |
| 6) Trustee Expenses | $ | 962.63 |
| 7) Attorney for Trustee Expenses (Trustee Firm) | $ | 141.32 |
| Total Disbursements | $ | 384,521.58 |
| **BALANCE ON HAND AS OF MAY 31, 2024**[2] | $ | 28,763,794.04 |

---

[1] Balance reduced by $3,375.50 based on recently produced bank statements. This amount was previously collected in bank accounts that were subsequently transferred to Trustee accounts.
[2] Previously filed monthly operating reports included attachments detailing balance on hand by bank. Currently all balances on hand are in Trustee controlled bank accounts. Please see attached Category Report for further detail.

3107634

EXHIBIT B

DATED: June 14, 2024.

        Respectfully submitted,

        */s/ Heather Heath McIntyre*
        Wayne Kitchens    TBN 11541110
        wkitchens@hwa.com
        Heather McIntyre    TBN 24041076
        hmcintyre@hwa.com
        HUGHESWATTERSASKANASE, LLP
        Total Plaza
        1201 Louisiana, 28th Floor
        Houston, Texas 77002
        Telephone: (713) 590-4200
        Facsimile: (713) 590-4230
        **ATTORNEYS FOR JANET S. NORTHRUP, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on all parties receiving ECF in the above-referenced case via ECF on June 14, 2024.

        */s/ Heather Heath McIntyre*
        Heather Heath McIntyre

3107634

EXHIBIT B

| Trustee Name: | Janet S. Northrup | | Category Report | | Page No: 1 | |
|---|---|---|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | | | Beginning Date: | 5/1/2024 | |
| Case Number: | 23-90147-H3 | | | Ending Date: | 5/31/2024 | |
| Tax ID: | 582250873 | | | | | |
| Date Filed: | 03/18/2023F | | | | | |
| Judge: | EDUARDO V RODRIGUEZ | | | | | |

|  |  |  |  |  | Amount |
|---|---|---|---|---|---|
| **Receipt** | | | | | |
| 1129-000 | | Liquidation of Other Schedule A/B Property | | | |
| | 05/23/2024 | {56} | First Horizon | | $92.47 |
| | 05/23/2024 | {92} | Quality I/N Signs | | $200.00 |
| | 05/23/2024 | {92} | BRUNOS | | $400.00 |
| | | | | Category Total: | $692.47 |
| 1222-000 | | Rents | | | |
| | 05/02/2024 | {2} | Spatco Energy | | $2,180.45 |
| | 05/09/2024 | {2} | RS BAKKEN ONE | | $668.91 |
| | 05/24/2024 | {2} | Spatco Energy | | $13,750.00 |
| | 05/31/2024 | {2} | Spatco Energy | | $18,680.45 |
| | | | | Category Total: | $35,279.81 |
| 1229-000 | | Liquidation of Other Personal Property | | | |
| | 05/02/2024 | {238} | Federated Insurance | | $997.22 |
| | 05/23/2024 | {239} | Insurance Management Inc. | | $324.94 |
| | 05/23/2024 | {240} | Ramoco Fuels NC LLC | | $6,000.00 |
| | 05/23/2024 | {241} | Monto Food Mart, Inc. | | $10,000.00 |
| | 05/23/2024 | {241} | American 1 Gas, Inc. | | $10,000.00 |
| | 05/23/2024 | {241} | Rajeev Malhotra | | $10,000.00 |
| | 05/23/2024 | {241} | Prime Petro, Inc. | | $5,833.33 |
| | 05/23/2024 | {241} | Riverdale Fuel, Inc. | | $5,666.67 |
| | 05/23/2024 | {241} | Broadway Fuel, Inc. | | $5,666.67 |
| | | | | Category Total: | $54,488.83 |
| 1270-000 | | Interest Income | | | |
| | 05/03/2024 | | Veritex Community Bank | | $3,528.07 |
| | 05/03/2024 | | Veritex Community Bank | | $63.95 |
| | 05/03/2024 | | Veritex Community Bank | | $56.48 |
| | 05/03/2024 | | Veritex Community Bank | | $24.90 |
| | 05/03/2024 | | Veritex Community Bank | | $694.94 |
| | 05/03/2024 | | Veritex Community Bank | | $739.73 |
| | 05/03/2024 | | Veritex Community Bank | | $17,198.63 |
| | | | | Category Total: | $22,306.70 |
| | | | | Receipt Total: | $112,767.81 |
| 9999-000 | | Account Transfers | | | |
| | 05/06/2024 | | Transfer From: #9611239014701 | | $20,633.50 |
| | 05/08/2024 | | Transfer From: #9611239014701 | | $18,937.87 |
| | 05/24/2024 | | Transfer From: #9611239014701 | | $5,589.70 |
| | 05/24/2024 | | Transfer From: #9611239014709 | | $5,589.70 |
| | 05/29/2024 | | Transfer From: #9611239014701 | | $9,976.00 |
| | 05/29/2024 | | Transfer From: #9611239014701 | | $1,990.06 |
| | 05/29/2024 | | Transfer From: #9611239014701 | | $45.84 |
| | 05/29/2024 | | Transfer From: #9611239014701 | | $2,432.91 |
| | 05/29/2024 | | Transfer From: #9611239014701 | | $34,550.97 |
| | | | | Category Total: | $99,746.55 |
| | | | | Group Total: | $212,514.36 |
| **Disbursement** | | | | | |
| 2100-000 | | Trustee Compensation | | | |
| | 05/06/2024 | | JANET S. NORTHRUP | | $7,960.25 |
| | 05/06/2024 | | JANET S. NORTHRUP | | $183.37 |
| | 05/06/2024 | | JANET S. NORTHRUP | | $9,731.65 |

EXHIBIT B

| Trustee Name: | Janet S. Northrup | | Page No: 2 |
|---|---|---|---|
| | | **Category Report** | |
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Beginning Date: | 5/1/2024 |
| Case Number: | 23-90147-H3 | Ending Date: | 5/31/2024 |
| Tax ID: | 582250873 | | |
| Date Filed: | 03/18/2023F | | |
| Judge: | EDUARDO V RODRIGUEZ | | |

| | | | | Amount |
|---|---|---|---|---|
| | 05/21/2024 | JANET S. NORTHRUP | | $138,203.88 |
| | | | Category Total: | $156,079.15 |
| 2200-000 | Trustee Expenses | | | |
| | 05/06/2024 | JANET S. NORTHRUP | | $235.20 |
| | 05/06/2024 | JANET S. NORTHRUP | | $86.40 |
| | 05/06/2024 | JANET S. NORTHRUP | | $273.60 |
| | 05/21/2024 | JANET S. NORTHRUP | | $367.43 |
| | | | Category Total: | $962.63 |
| 2690-000 | Chapter 7 Operating Case Expenses | | | |
| | 05/14/2024 | CNR Technologies | | $20,553.62 |
| | 05/14/2024 | CNR Technologies | | $17,171.05 |
| | 05/14/2024 | Goodwyn Mills Cawood, LLC | | $4,100.00 |
| | 05/21/2024 | CNR Technologies | | $329.12 |
| | 05/24/2024 | CNR Technologies | | $13,983.55 |
| | 05/28/2024 | PDI Technologies, Inc. | | $16,739.14 |
| | | | Category Total: | $72,876.48 |
| 2690-004 | Chapter 7 Operating Case Expenses | | | |
| | 05/30/2024 | STOP PAYMENT: Strategic Market Services | | $(668.00) |
| | | | Category Total: | $(668.00) |
| 3110-000 | Attorney for Trustee Fees (Trustee Firm) | | | |
| | 05/21/2024 | HUGHES, WATTERS & ASKANASE | | $39,904.00 |
| | 05/24/2024 | HUGHES, WATTERS & ASKANASE | | $52,859.00 |
| | | | Category Total: | $92,763.00 |
| 3210-000 | Attorney for Trustee Fees (Other Firm) | | | |
| | 05/14/2024 | Porter & Hedges LLP | | $40,008.20 |
| | | | Category Total: | $40,008.20 |
| 3220-000 | Attorney for Trustee Expenses (Other Firm) | | | |
| | 05/21/2024 | HUGHES, WATTERS & ASKANASE | | $141.32 |
| | | | Category Total: | $141.32 |
| 3410-000 | Accountant for Trustee Fees (Other Firm) | | | |
| | 05/24/2024 | Whitley Penn, LLP | | $22,358.80 |
| | | | Category Total: | $22,358.80 |
| | | | Disbursement Total: | $384,521.58 |
| 9999-000 | Account Transfers | | | |
| | 05/06/2024 | Transfer To: #9611239014702 | | $20,633.50 |
| | 05/08/2024 | Transfer To: #9611239014709 | | $18,937.87 |
| | 05/24/2024 | Transfer To: #9611239014702 | | $5,589.70 |
| | 05/24/2024 | Transfer To: #9611239014709 | | $5,589.70 |
| | 05/29/2024 | Transfer To: #9611239014702 | | $1,990.06 |
| | 05/29/2024 | Transfer To: #9611239014702 | | $45.84 |
| | 05/29/2024 | Transfer To: #9611239014702 | | $2,432.91 |
| | 05/29/2024 | Transfer To: #9611239014702 | | $34,550.97 |
| | 05/29/2024 | Transfer To: #9611239014702 | | $9,976.00 |
| | | | Category Total: | $99,746.55 |
| | | | Group Total: | $484,268.13 |

EXHIBIT B

| Trustee Name: | Janet S. Northrup | | Page No: 3 |
|---|---|---|---|
| | | Category Report | |
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Beginning Date: | 5/1/2024 |
| Case Number: | 23-90147-H3 | Ending Date: | 5/31/2024 |
| Tax ID: | 582250873 | | |
| Date Filed: | 03/18/2023F | | |
| Judge: | EDUARDO V RODRIGUEZ | | |

| | Amount |
|---|---|
| **Summary of T-Codes** | |
| 1000: | $112,767.81 |
| 2000: | $229,250.26 |
| 3000: | $155,271.32 |
| 4000: | $0.00 |
| 5000: | $0.00 |
| 6000: | $0.00 |
| 7000: | $0.00 |
| 8000: | $0.00 |
| 9000: | $199,493.10 |

EXHIBIT B