

**INVOICE**

Invoice # 9922
Date: 07/31/2024
Due Upon Receipt

1201 Louisiana, 28th Floor
Houston, Texas 77002
Phone: 713-759-0818
Fax: 713-759-6834

Janet Northrup (HWA Attorney for Trustee)

## 2023-02460-Mountain Express Oil Company (Attorney for Trustee)

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 06/01/2024 | HM | 18-Use of Cash Collateral: Revise Trustee's proffer for motion for interim distribution. | 0.20 | $725.00 | $145.00 |
| 06/01/2024 | HM | 2-Asset Analysis and Recovery: Review cease and desist communication to First Bank. | 0.10 | $725.00 | $72.50 |
| 06/01/2024 | AL | 1-General Administration: No Charge: Review case files and docket to search for identifiable information for the Fam Fuels rental payments. | 0.20 | $0.00 | $0.00 |
| 06/01/2024 | AL | 2-Asset Analysis and Recovery: Send correspondence to C. Nunn from First Bank regarding ceasing all activity from Debtor accounts. | 0.10 | $350.00 | $35.00 |
| 06/01/2024 | WK | 2-Asset Analysis and Recovery: Receipt and review of the Stipulation and 9019 motion with Citgo. | 0.40 | $800.00 | $320.00 |
| 06/02/2024 | HM | 3-Asset Sales: Confer with Trustee regarding lien payoff statements for real estate closings with Iberia Bank liens. | 0.10 | $725.00 | $72.50 |
| 06/03/2024 | HM | 3-Asset Sales: Confer with A. Espinzoa on deed for 1745 Hwy 53 West regarding requirements for HUD. | 0.10 | $725.00 | $72.50 |
| 06/03/2024 | HM | 3-Asset Sales: Confer with J. Elrod regarding payoff statements for real estate closings. | 0.20 | $725.00 | $145.00 |
| 06/04/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee before hearing on motion for interim distribution. | 0.20 | $725.00 | $145.00 |
| 06/04/2024 | HM | 18-Use of Cash Collateral: Prepare for hearing on motion for interim distribution. | 0.20 | $725.00 | $145.00 |
| 06/04/2024 | HM | 18-Use of Cash Collateral: Confer with accountant regarding updated analysis of holdback in compliance with stipulation for carve out. | 0.10 | $725.00 | $72.50 |

EXHIBIT A

Invoice # 9922

| 06/04/2024 | HM | 2-Asset Analysis and Recovery: Confer with counsel for Spatco regarding possible double payment of rent. | 0.10 | $725.00 | $72.50 |
|---|---|---|---|---|---|
| 06/04/2024 | HM | 18-Use of Cash Collateral: Attend hearing on Trustee's motion to distribute cash collateral to DIP Agent. | 0.20 | $725.00 | $145.00 |
| 06/04/2024 | HM | 18-Use of Cash Collateral: Revise motion to disburse additional $18,000,000.00 to DIP Agent. | 0.30 | $725.00 | $217.50 |
| 06/04/2024 | HM | 1-General Administration: Revise resolution to Hasani's request for release of UCC. | 0.10 | $725.00 | $72.50 |
| 06/04/2024 | HM | 30-Litigation: Email adversary parties regarding dismissal of WI MI adversary. | 0.10 | $725.00 | $72.50 |
| 06/04/2024 | HM | 3-Asset Sales: Review draft HUD on Hwy 53 and confer with A. Espinoza regarding revisions needed. | 0.30 | $725.00 | $217.50 |
| 06/04/2024 | AL | 18-Use of Cash Collateral: Revise notice of cash collateral distribution to DIP Agent. | 0.10 | $350.00 | $35.00 |
| 06/04/2024 | AL | 18-Use of Cash Collateral: No Charge - Attend hearing on Motion to Disburse Cash Collateral to DIP Agent. | 0.30 | $0.00 | $0.00 |
| 06/04/2024 | AL | 2-Asset Analysis and Recovery: Review Debtors' accounting to calculate total amount of payments received by R. Bakken (.2) and circulate same to J. Eliband (.1). | 0.30 | $350.00 | $105.00 |
| 06/04/2024 | AL | 2-Asset Analysis and Recovery: Make follow up call to Proliant regarding production of required documents for credit issuance on Debtors' Workforce Safety & Insurance of ND, left voicemail (.1) and send follow up with supporting documents on same (.1). | 0.20 | $350.00 | $70.00 |
| 06/05/2024 | AL | 3-Asset Sales: No Charge - Retrieve and circulate copies of Red Bay PSA to H. McIntyre. | 0.10 | $0.00 | $0.00 |
| 06/05/2024 | AE | 3-Asset Sales: Series of correspondence with H. McIntyre, Kelly Toney of Tranzon, and third-party law firms handling the closings for the sales of the seven properties in AL, LA, SC and GA (.8). Review and provide comments to closing statements and related documents (3.0). | 3.80 | $500.00 | $1,900.00 |
| 06/05/2024 | HM | 3-Asset Sales: Review issues with Jasper HUD and necessary revisions. | 0.20 | $725.00 | $145.00 |
| 06/05/2024 | HM | 3-Asset Sales: Request expense reallocation from Tranzon for real estate closings (.1) and telephone conference with K. Toney regarding same and status of closings (.2). | 0.30 | $725.00 | $217.50 |
| 06/05/2024 | HM | 3-Asset Sales: Review question from title company regarding Red Bay closing and parcels being sold. | 0.40 | $725.00 | $290.00 |
| 06/05/2024 | HM | 32-Fee Applications: Receive and review order allowing MRW legal fees for resolving chapter 11 professional fee claims. | 0.10 | $725.00 | $72.50 |

EXHIBIT A

Invoice # 9922

| 06/05/2024 | HM | 2-Asset Analysis and Recovery: Receive and review order approving payment from Motiva to Estate of $204,000 and calendar deadline for compliance. | 0.10 | $725.00 | $72.50 |
|---|---|---|---|---|---|
| 06/05/2024 | HM | 30-Litigation: Review J. Boland's counter revisions to Trustee's revisions to stipulation dismissing WI MI adversary. | 0.20 | $725.00 | $145.00 |
| 06/05/2024 | HM | 3-Asset Sales: Telephone conference with Anita Pate regarding Red Bay property and issues with Parcel 3 and Parcel 7 legal descriptions. | 0.60 | $725.00 | $435.00 |
| 06/05/2024 | HM | 3-Asset Sales: Review and revise draft HUD for Cowpens property and related information for state tax lien for motor fuel taxes. | 0.30 | $725.00 | $217.50 |
| 06/05/2024 | HM | 3-Asset Sales: Review deed for Red Bay. | 0.10 | $725.00 | $72.50 |
| 06/05/2024 | HM | 3-Asset Sales: Exchange multiple emails with A. Pate, closing agent for 4 real estate closings regarding status and items needed. | 0.30 | $725.00 | $217.50 |
| 06/06/2024 | AE | 3-Asset Sales: Review contracts and prepare deeds for sales of properties in AL, SC and LA (3.9). Series of correspondences and document review in connection with sales of properties in AL, GA, SC and LA (.6). | 4.50 | $500.00 | $2,250.00 |
| 06/06/2024 | HM | 30-Litigation: Exchange emails with J. Boland and J. Watts on dismissal of WI MI adversary and vacatur of lis pendens. | 0.10 | $725.00 | $72.50 |
| 06/06/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple claim withdrawals of secured claims. | 0.10 | $725.00 | $72.50 |
| 06/06/2024 | HM | 7-Claims Administration, Analysis and Objections: Review incoming withdrawals of secured claims to be filed. | 0.30 | $725.00 | $217.50 |
| 06/06/2024 | HM | 3-Asset Sales: Review final Cowpens HUD read for Trustee signature and closing. | 0.20 | $725.00 | $145.00 |
| 06/06/2024 | HM | 3-Asset Sales: Analyze security instrument on Jasper property in relation to First Horizon claim 207 for HUD closing statement sending funds directly to First Horizon (.7) and exchange multiple emails with title on HUD revisions (.2). | 0.90 | $725.00 | $652.50 |
| 06/06/2024 | HM | 3-Asset Sales: Telephone conference with Chasity regarding closing on Jasper property and revisions to HUD. | 0.50 | $725.00 | $362.50 |
| 06/06/2024 | HM | 3-Asset Sales: Revise seller acknowledgement of HUD on Jasper closing. | 0.30 | $725.00 | $217.50 |
| 06/06/2024 | HM | 3-Asset Sales: Review HUD for Vina and exchange emails for revisions (.3); review HUD for Warrior, AL and exchange emails for revisions (.3); review HUD for 1111 Market and exchange emails for revisions (.3); confer with A. Espinoza regarding closings for Red Bay, | 1.20 | $725.00 | $870.00 |

EXHIBIT A

Invoice # 9922

| | | | | | |
|---|---|---|---|---|---|
| | | Warrior, Alabama and Hunter Loop (.3) | | | |
| 06/06/2024 | HM | 1-General Administration: Confer with Trustee and counsel regarding fuel tank environmental liabilities and signing bills of sale for fuel tanks per master lease agreement. | 0.70 | $725.00 | $507.50 |
| 06/06/2024 | HM | 3-Asset Sales: Telephone conference with Trustee regarding distribution of closing proceeds to First Horizon or the seller depending on whether recorded lien exists in proper county. | 0.20 | $725.00 | $145.00 |
| 06/06/2024 | HM | 18-Use of Cash Collateral: Confer with J. Wolfshohl regarding scope of work and budget for cash collateral budget and interim distributions. | 0.10 | $725.00 | $72.50 |
| 06/06/2024 | HM | 30-Litigation: Review revised stipulation dismissing WI MI adversary and email parties regarding same. | 0.10 | $725.00 | $72.50 |
| 06/06/2024 | HM | 3-Asset Sales: Analyze final DIP order regarding DIP lien having priority as if filed in real property records, (.1), confer with Trustee regarding same (.1) and confer with J. Elrod and A, Espinoza regarding directing proceeds on remaining closings (.1). | 0.30 | $725.00 | $217.50 |
| 06/06/2024 | WK | 13-Environmental and Regulatory Matters: Conference call regarding US Trustee and environmental issues. | 0.50 | $800.00 | $400.00 |
| 06/06/2024 | WK | 13-Environmental and Regulatory Matters: Emails to and from J. Elrod regarding PSA's and Bills of Sale on US Trustee's and other storage issues. | 0.40 | $800.00 | $320.00 |
| 06/06/2024 | WK | 30-Litigation: Multiple emails with MPO counsel regarding vacatur and changes to agreed order and submission of same. | 0.40 | $800.00 | $320.00 |
| 06/06/2024 | WK | 30-Litigation: Receipt and review of the Sunoco 9019 motion regarding fuel deposits and emails to and from J. Eiband regarding same. | 0.30 | $800.00 | $240.00 |
| 06/07/2024 | HM | 30-Litigation: Exchange multiple emails with counsel in WI MI adversary regarding vacatur of lis pendens and dismissal of adversary per settlement agreement and court order. | 0.30 | $725.00 | $217.50 |
| 06/07/2024 | HM | 3-Asset Sales: Exchange multiple emails regarding closing of Warrior Way with title company. | 0.20 | $725.00 | $145.00 |
| 06/07/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee regarding second quarter cash collateral budget (.2) and telephone conference with S. Heyen regarding same (.2). | 0.40 | $725.00 | $290.00 |
| 06/07/2024 | HM | 3-Asset Sales: Exchange emails with title on Jasper closing. | 0.20 | $725.00 | $145.00 |
| 06/07/2024 | HM | 3-Asset Sales: Review three amendments to extend closing for revised HUDs. | 0.20 | $725.00 | $145.00 |
| 06/07/2024 | HM | 3-Asset Sales: Receive and review multiple emails | 0.30 | $725.00 | $217.50 |

EXHIBIT A

Invoice # 9922

| | | regarding multiple real estate closings. | | | |
|---|---|---|---|---|---|
| 06/07/2024 | HM | 3-Asset Sales: Confer with DIP Agent counsel regarding authorization to pay additional costs of selling real estate. | 0.10 | $725.00 | $72.50 |
| 06/07/2024 | HM | 30-Litigation: Review claims to stay on docket for litigation purposes per special counsel. | 0.30 | $725.00 | $217.50 |
| 06/07/2024 | HM | 5-Tax Matters: Review tax mail for additional real property and tax issues for accountants. | 0.40 | $725.00 | $290.00 |
| 06/07/2024 | HM | 2-Asset Analysis and Recovery: Receive and review general mail for potential assets including uncashed check. | 0.30 | $725.00 | $217.50 |
| 06/07/2024 | HM | 30-Litigation: Confer with opposing counsel on notice of vacatur, revise and attention to filing same. | 0.20 | $725.00 | $145.00 |
| 06/07/2024 | AE | 3-Asset Sales: Further series of correspondence with H. McIntyre, Kelly Toney of Tranzon, and third-party law firms handling the closings for the sales of the seven properties in AL, LA, SC and GA (.8). Review and provide comments to closing statements and related documents (1.7). | 2.50 | $500.00 | $1,250.00 |
| 06/10/2024 | AE | 3-Asset Sales: Further series of correspondence with H. McIntyre, Kelly Toney of Tranzon, and third-party law firms handling the closings for the sales of the properties in AL (.5). Review and provide comments to closing statements and related documents (1.5). | 2.00 | $500.00 | $1,000.00 |
| 06/10/2024 | HM | 3-Asset Sales: Confer with title on closing Jasper and wire information. | 0.10 | $725.00 | $72.50 |
| 06/10/2024 | HM | 1-General Administration: Call with DIP Agent counsel regarding open case issues including real estate closings, distribution of cash collateral, cash collateral budget, litigation. | 0.40 | $725.00 | $290.00 |
| 06/10/2024 | HM | 3-Asset Sales: Review revised HUD on Red Bay property. | 0.10 | $725.00 | $72.50 |
| 06/10/2024 | HM | 1-General Administration: Confirm no estate interest in insurance proceeds related to real property going to owner. | 0.10 | $725.00 | $72.50 |
| 06/10/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Review correspondence from First Bank's counsel regarding post petition activity in two debtor accounts (.1) and confer with accountant regarding same for possible chapter 5 causes of action (.1). | 0.20 | $725.00 | $145.00 |
| 06/10/2024 | HM | 3-Asset Sales: Confer with broker regarding amendments on Red Bay and Vina closing dates. | 0.20 | $725.00 | $145.00 |
| 06/10/2024 | HM | 3-Asset Sales: Review PSA for Williston (.2) and confer with K. Toney regarding same (.1) | 0.30 | $725.00 | $217.50 |
| 06/10/2024 | HM | 3-Asset Sales: Review and revise HUDs for Warrior, | 0.40 | $725.00 | $290.00 |

EXHIBIT A

Invoice # 9922

| | | | | | |
|---|---|---|---|---|---|
| | | Red Bay and Vina. | | | |
| 06/10/2024 | HM | 3-Asset Sales: Prepare motion to pay administrative expenses for additional real estate incurred by Tranzon auctioneer. | 1.40 | $725.00 | $1,015.00 |
| 06/10/2024 | HM | 13-Environmental and Regulatory Matters: Redline draft stipulation with TCEQ regarding underground storage tanks. | 0.30 | $725.00 | $217.50 |
| 06/10/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Receive and review inquiry regarding 4 Court Holdings and possible claims the Trustee may have (.1) and confer with J. Elrod, special counsel, regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 06/10/2024 | HM | 5-Tax Matters: Confer with Trustee and accountant regarding accounting for real property sales in accordance with cash collateral order, carve out order and possible tax liabilities. | 0.20 | $725.00 | $145.00 |
| 06/10/2024 | HM | 2-Asset Analysis and Recovery: Investigate alleged overpayment by Spatco (.1) and analyze payments made versus amounts owed under lease (.2). | 0.30 | $725.00 | $217.50 |
| 06/10/2024 | HM | 2-Asset Analysis and Recovery: Follow up on outstanding document request and subpoena of Taylor Cleek for Consolidated HR services for documents needed for North Dakota refund. | 0.10 | $725.00 | $72.50 |
| 06/10/2024 | HM | 32-Fee Applications: Receive and review order approving HWA fee application. | 0.10 | $725.00 | $72.50 |
| 06/10/2024 | WK | 1-General Administration: Status conference call with Lender's counsel, PH and HWA Teams and Trustee regarding real estate, fuel deposits and ongoing litigation. | 0.80 | $800.00 | $640.00 |
| 06/11/2024 | KR | 3-Asset Sales: Draft Motion For Authority to Pay Administrative Expense as to real estate to recover refund due Debtor. | 2.10 | $125.00 | $262.50 |
| 06/11/2024 | KR | 2-Asset Analysis and Recovery: Call to Taylor Cleek regarding Documents needed. | 0.10 | $125.00 | $12.50 |
| 06/11/2024 | KR | 2-Asset Analysis and Recovery: Draft Subpoena for Proliant, Inc. to recover refund due Debtor. | 1.00 | $125.00 | $125.00 |
| 06/11/2024 | AE | 3-Asset Sales: Further correspondence with H. McIntyre and Anita Pate with law firm handling the closings for the sales of three properties in AL (.5). Review and provide comments to closing statements and related documents (.5). Assist in getting documents signed and mailed out (.4). | 1.40 | $500.00 | $700.00 |
| 06/11/2024 | AL | 2-Asset Analysis and Recovery: Confer with clerk on follow up with to Proliant regarding production of required documents for credit issuance on Debtors' Workforce Safety & Insurance of ND (.2) and assist in preparation of subpoena for same (.2). | 0.40 | $350.00 | $140.00 |

EXHIBIT A

Invoice # 9922

| | | | | | |
|---|---|---|---|---|---|
| 06/11/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Telephone conference with G. Juengling regarding First Bank accounts to analyze post conversion activity for possible chapter 5 causes of action. | 0.70 | $725.00 | $507.50 |
| 06/11/2024 | HM | 5-Tax Matters: Call with accountant team on tax issues and status of tax compliance and projects. | 0.80 | $725.00 | $580.00 |
| 06/11/2024 | HM | 32-Fee Applications: Receive and review Porter & Hedges May 2024 fee statement. | 0.10 | $725.00 | $72.50 |
| 06/11/2024 | HM | 1-General Administration: Confer with Trustee regarding accounting for assets including real estate closings, 149 bank accounts, and WI MI litigation. | 0.20 | $725.00 | $145.00 |
| 06/11/2024 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding return of overpayment from Spatco (.1) and exchange emails with Sptaco regarding same (.2). | 0.30 | $725.00 | $217.50 |
| 06/11/2024 | HM | 5-Tax Matters: Send follow up email to Whitley Penn on outstanding tasks for tax compliance. | 0.20 | $725.00 | $145.00 |
| 06/11/2024 | HM | 7-Claims Administration, Analysis and Objections: Exchange emails with North Carolina Lottery Commission regarding potential chapter 11 administrative claim. | 0.20 | $725.00 | $145.00 |
| 06/11/2024 | HM | 3-Asset Sales: Review status of additional 3 real estate closings (.1) and exchange multiple emails regarding same on revised HUDs (.2). | 0.30 | $725.00 | $217.50 |
| 06/11/2024 | HM | 3-Asset Sales: Review revised set of three HUDs on pending real estate closings (.1), and exchange emails regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 06/11/2024 | HM | 3-Asset Sales: Review revisions to motion to pay administrative expense to Tranzon in connection with additional found real estate. | 0.20 | $725.00 | $145.00 |
| 06/11/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with J. Eiband regarding status of rent on Southern Transport rent proceeds, Truliant issues, and cash collateral budget. | 0.40 | $725.00 | $290.00 |
| 06/11/2024 | HM | 3-Asset Sales: Confer with DIP Agent for certificate of conference on motion to additional real estate expenses to Tranzon. | 0.10 | $725.00 | $72.50 |
| 06/11/2024 | HM | 3-Asset Sales: Exchange emails with auctioneer regarding status of selling Troy, NC property. | 0.10 | $725.00 | $72.50 |
| 06/11/2024 | HM | 2-Asset Analysis and Recovery: Confer with J. Wolfshohl regarding funds on hand in Capital One accounts and Brother's assertions regarding turnover of same. | 0.20 | $725.00 | $145.00 |
| 06/11/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding issues with books and records for tax returns. | 0.20 | $725.00 | $145.00 |

EXHIBIT A

Invoice # 9922

| 06/11/2024 | HM | 5-Tax Matters: Confer with Clint Crane regarding data needed for tax returns and preparation of same. | 0.20 | $725.00 | $145.00 |
|---|---|---|---|---|---|
| 06/11/2024 | WK | 2-Asset Analysis and Recovery: Emails to and from J. Eiband regarding potential sale of estate intellectual property (.2), and discuss same with H. McIntyre and Trustee (.1). | 0.30 | $800.00 | $240.00 |
| 06/12/2024 | AL | 2-Asset Analysis and Recovery: Review and respond to Proliant regarding the request to produce documents. | 0.10 | $350.00 | $35.00 |
| 06/12/2024 | HM | 1-General Administration: Email Suzie Dahleh for Blue Owl regarding execution of underground storage tank transfer documents. | 0.10 | $725.00 | $72.50 |
| 06/12/2024 | HM | 1-General Administration: Telephone conference with S. Heyen regarding open issues including found real estate, cash collateral and interim fee statements. | 0.40 | $725.00 | $290.00 |
| 06/12/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with J. Eiband regarding outstanding issues including Truliant license payments, additional real property and intellectual property. | 0.40 | $725.00 | $290.00 |
| 06/12/2024 | HM | 2-Asset Analysis and Recovery: Review status of obtaining documents from Consolidated HR Services for recovery of credit due debtor. | 0.10 | $725.00 | $72.50 |
| 06/12/2024 | HM | 2-Asset Analysis and Recovery: Exchange multiple emails with Travel Centers of America regarding possible newly discovered additional real property. | 0.30 | $725.00 | $217.50 |
| 06/12/2024 | HM | 3-Asset Sales: Receive and review email from closing agent on Alabama Terminal property regarding issues with closing and alleged tax sale (.2), telephone conference with K. Toney regarding same (.1), telephone conference with Montgomery County tax office regarding bankruptcy, bankruptcy code and pending closing of property of the estate (.2) and prepare and send email to Montgomery County demanding voiding of alleged tax sale in violation of the bankruptcy code (.3) and confer with Trustee regarding same (.2) | 1.00 | $725.00 | $725.00 |
| 06/12/2024 | HM | 3-Asset Sales: Confer with title company on Friday closing issues on Alabama Terminal property. | 0.20 | $725.00 | $145.00 |
| 06/12/2024 | HM | 2-Asset Analysis and Recovery: Review BP required attestation and confer with Trustee regarding same. | 0.30 | $725.00 | $217.50 |
| 06/12/2024 | HM | 3-Asset Sales: Telephone conference with K. Toney regarding buyer communications on Alabama Terminal property in light of title developments. | 0.10 | $725.00 | $72.50 |
| 06/12/2024 | HM | 1-General Administration: Confer with Suzie Dahleh regarding execution of UST transfer of bills of sales. | 0.10 | $725.00 | $72.50 |
| 06/12/2024 | WK | 5-Tax Matters: Review spreadsheet of property tax claims (.1) and emails to and from J. Eiband regarding same (.2). | 0.30 | $800.00 | $240.00 |

EXHIBIT A

Invoice # 9922

| 06/12/2024 | WK | 3-Asset Sales: Multiple emails to and from K. Toney and H. McIntyre regarding sale of South Carolina real property and issues with closing. | 0.40 | $800.00 | $320.00 |
|---|---|---|---|---|---|
| 06/13/2024 | AL | 2-Asset Analysis and Recovery: Follow up with Proliant regarding the request to produce documents. | 0.10 | $350.00 | $35.00 |
| 06/13/2024 | AE | 3-Asset Sales: Review and provide proposed edits and comments to PSA for property in Troy, NC (.3). Emails with Kelly Toney of Tranzon Asset Advisors regarding same (.2). | 0.50 | $500.00 | $250.00 |
| 06/13/2024 | AL | 2-Asset Analysis and Recovery: Update and revise Notice of Issuance of Subpoena to Proliant (.2) and Subpoena to Proliant (.2). | 0.40 | $350.00 | $140.00 |
| 06/13/2024 | HM | 2-Asset Analysis and Recovery: Receive and review order approving Motiva settlement (.1) and verify receipt of funds per court order with Trustee (.1). | 0.20 | $725.00 | $145.00 |
| 06/13/2024 | HM | 3-Asset Sales: Receive and review incoming receipts and confirm with HUD (.3) and reconcile with HUDs on 5 properties (.4). | 0.70 | $725.00 | $507.50 |
| 06/13/2024 | HM | 3-Asset Sales: Confer with J. Elrod for DIP Agent regarding no opposition to motion to pay Tranzon additional expenses on real estate sales. | 0.10 | $725.00 | $72.50 |
| 06/13/2024 | HM | 23-Monthly Operating Reports: Review and revise monthly operating report in compliance with order to operate and cash collateral order. | 0.40 | $725.00 | $290.00 |
| 06/13/2024 | HM | 3-Asset Sales: Receive and review draft HUD on Alabama Terminals property and confer with title agent regarding revisions (.4) and email Montgomery County regarding status of voiding alleged tax sale (.1). | 0.50 | $725.00 | $362.50 |
| 06/13/2024 | HM | 8-Employment Applications: Receive and review order authorizing supplemental employment of James Johnston on further matters. | 0.10 | $725.00 | $72.50 |
| 06/13/2024 | HM | 2-Asset Analysis and Recovery: Review Proliant email requiring subpoena to turnover over books and records of the Debtor and review (.1) and revise subpoena for same (.1). | 0.20 | $725.00 | $145.00 |
| 06/13/2024 | WK | 30-Litigation: Receipt and review of the settlement proposal. | 0.30 | $800.00 | $240.00 |
| 06/13/2024 | WK | 30-Litigation: Prepare the Settlement Agreement and Release (.9); meeting with Trustee regarding same (.2). | 1.10 | $800.00 | $880.00 |
| 06/14/2024 | AL | 2-Asset Analysis and Recovery: Attend to service of subpoena to Proliant (.1) and serve same to T. Cleek with Proliant via email (.1). | 0.20 | $350.00 | $70.00 |
| 06/14/2024 | AL | 32-Fee Applications: Draft Trustee's 9th Fee Statement for May 2024 (.4) and compile exhibits (.2). | 0.60 | $350.00 | $210.00 |
| 06/14/2024 | HM | 3-Asset Sales: Continue to review 163 v 175 Cowpens | 0.40 | $725.00 | $290.00 |

EXHIBIT A

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | ownership and exchange emails with interested buyer. | | | |
| 06/14/2024 | HM | 3-Asset Sales: Exchange emails with tax office on Alabama Terminals property. | 0.20 | $725.00 | $145.00 |
| 06/14/2024 | HM | 3-Asset Sales: Confer with closing agent and auctioneer on timing of closing of Alabama Terminals property. | 0.10 | $725.00 | $72.50 |
| 06/14/2024 | HM | 1-General Administration: Confer with S. Dahleh regarding executing fuel tank ownership forms. | 0.10 | $725.00 | $72.50 |
| 06/14/2024 | HM | 3-Asset Sales: Telephone conference with adjacent lessor of Cowpens regarding sale of Cowpens property (.1) and exchange emails regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 06/14/2024 | HM | 5-Tax Matters: Confer with DIP Agent and Whitley Penn regarding estimate for tax return preparation. | 0.10 | $725.00 | $72.50 |
| 06/14/2024 | HM | 3-Asset Sales: Confer with closing agent, trustee and auctioneer on extending closing date on Alabama Terminal due to unauthorized tax sale. | 0.30 | $725.00 | $217.50 |
| 06/17/2024 | HM | 3-Asset Sales: Exchange emails with tax office regarding voiding unauthorized tax sale of Alabama Terminals. | 0.30 | $725.00 | $217.50 |
| 06/17/2024 | HM | 3-Asset Sales: Exchange multiple emails with title to close Alabama Terminals. | 0.20 | $725.00 | $145.00 |
| 06/17/2024 | HM | 1-General Administration: Telephone conference with DIP Agent and Trustee team regarding open items including cash collateral, real estate closings, adversaries and tax issues. | 0.30 | $725.00 | $217.50 |
| 06/17/2024 | HM | 3-Asset Sales: Analyze HUDs for multiple real estate closings to account for bulk wire from Alabama closing agent. | 0.20 | $725.00 | $145.00 |
| 06/17/2024 | HM | 18-Use of Cash Collateral: Review latest CNR invoice and current authorization for use of cash collateral (.2) and email J. Elrod regarding authorization to pay May 2024 CNR invoice (.1). | 0.30 | $725.00 | $217.50 |
| 06/17/2024 | HM | 18-Use of Cash Collateral: Work on third quarter cash collateral budget. | 0.50 | $725.00 | $362.50 |
| 06/17/2024 | HM | 5-Tax Matters: Review draft excise tax analysis and escrow chart provided by Craig Cheng and consider motion to pay sale and use taxes in accordance with chapter 7 cash collateral use budget and escrowed funds. | 0.60 | $725.00 | $435.00 |
| 06/17/2024 | HM | 7-Claims Administration, Analysis and Objections: Review and revise proposed stipulation and agreed order for chapter 11 administrative claim of North Carolina lottery commission. | 0.50 | $725.00 | $362.50 |
| 06/17/2024 | HM | 7-Claims Administration, Analysis and Objections: Review and revise withdrawal claim for KCC claims. | 0.10 | $725.00 | $72.50 |

EXHIBIT A

Invoice # 9922

| 06/17/2024 | HM | 3-Asset Sales: Receive and review email regarding allegedly outstanding title report charges (.1) and confer with J. Nieto regarding same (.1). | 0.10 | $725.00 | $72.50 |
|---|---|---|---|---|---|
| 06/18/2024 | AL | 7-Claims Administration, Analysis and Objections: Review NC Lottery's draft Stipulation (.2) and review accounting of invoices (.1). | 0.30 | $350.00 | $105.00 |
| 06/18/2024 | AL | 32-Fee Applications: Update draft Trustee's 9th Fee Statement for May 2024. | 0.20 | $350.00 | $70.00 |
| 06/18/2024 | AL | 7-Claims Administration, Analysis and Objections: Review NC Lottery's updated accounting of invoices. | 0.20 | $350.00 | $70.00 |
| 06/18/2024 | AL | 32-Fee Applications: Confer with H. McIntyre regarding HWA's May Invoice. | 0.10 | $350.00 | $35.00 |
| 06/18/2024 | HM | 3-Asset Sales: Confer with auctioneer on Williston and Alabama Terminals closing. | 0.10 | $725.00 | $72.50 |
| 06/18/2024 | HM | 7-Claims Administration, Analysis and Objections: Confer with D. Kokenes regarding withdrawal of claims from KCC register and form of withdrawal. | 0.10 | $725.00 | $72.50 |
| 06/18/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review response form NC lottery regarding discrepancies in accounting for chapter 11 administrative claim. | 0.10 | $725.00 | $72.50 |
| 06/18/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling and Andy Barg regarding tax issues including sales and use tax, information needed for federal returns, status of tax transcript. | 0.60 | $725.00 | $435.00 |
| 06/18/2024 | HM | 5-Tax Matters: Review chart of sales and use taxes with proofs of claims and returns and basis for amounts to be paid out. | 0.30 | $725.00 | $217.50 |
| 06/18/2024 | HM | 32-Fee Applications: Review and edit invoice for HWA May 2024 fee notice. | 0.50 | $725.00 | $362.50 |
| 06/18/2024 | HM | 32-Fee Applications: Review Trustee fee statement for May 2024. | 0.10 | $725.00 | $72.50 |
| 06/18/2024 | WK | 3-Asset Sales: Status conference call with Lender's counsel, PH and HWA Teams and Trustee regarding real estate, fuel deposits and ongoing litigation. | 0.20 | $800.00 | $160.00 |
| 06/19/2024 | AE | 3-Asset Sales: Review and provide comments to deed and HUD for Montgomery, AL property sale (.5). Address other closing matters (.3). | 0.80 | $500.00 | $400.00 |
| 06/19/2024 | AL | 2-Asset Analysis and Recovery: Review and respond to inquiry from ND Workforce (.1), follow up with Proliant on production of documents in compliance with subpoena (.1), and receive and circulate produced information to ND Workforce (.1). | 0.30 | $350.00 | $105.00 |
| 06/19/2024 | HM | 3-Asset Sales: Exchange multiple emails regarding status of closing of Alabama Terminals (.2) and review | 0.30 | $725.00 | $217.50 |

EXHIBIT A

| | | draft HUD and needed revisions (.1). | | | |
|---|---|---|---|---|---|
| 06/19/2024 | HM | 5-Tax Matters: Confer with Trustee regarding motion and relief to be sought in relation to distribution of funds segregated for sales and use taxes. | 0.20 | $725.00 | $145.00 |
| 06/19/2024 | HM | 5-Tax Matters: Telephone conference with Scott Anderson for Nichols Cauley regarding request for documents necessary for Trustee to file tax returns (.2), telephone conference with G. Juengling regarding same (.1) and follow up email to Scott Anderson regarding next steps (.1). | 0.40 | $725.00 | $290.00 |
| 06/19/2024 | HM | 2-Asset Analysis and Recovery: Receive and review information produced by Proliant needed to obtain credit due debtor. | 0.20 | $725.00 | $145.00 |
| 06/19/2024 | HM | 2-Asset Analysis and Recovery: Review incoming mail for possible assets. | 0.20 | $725.00 | $145.00 |
| 06/19/2024 | HM | 5-Tax Matters: Review tax mail for issues and forward to accountants. | 0.20 | $725.00 | $145.00 |
| 06/19/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Return voice mail of Allan Mazzo regarding additional fraudulent transfers. | 0.50 | $725.00 | $362.50 |
| 06/19/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding list of items needed from Nichols Cauley to prepare tax returns. | 0.20 | $725.00 | $145.00 |
| 06/19/2024 | HM | 30-Litigation: Respond to Fidelity inquiry regarding recording documents related to WI MI settlement. | 0.10 | $725.00 | $72.50 |
| 06/19/2024 | AL | 3-Asset Sales: Confer with H. McIntyre regarding budget for payment of Tranzon expenses and cash collateral. | 0.20 | $350.00 | $70.00 |
| 06/19/2024 | AL | 3-Asset Sales: Review draft Motion for Admin Claims (.2) and circulate same to H. McIntyre (.1). | 0.30 | $350.00 | $105.00 |
| 06/19/2024 | HM | 5-Tax Matters: Receive and review records request from Whitley Penn for items needed from Nichols Cauley to prepare tax returns (.1) and email counsel for Nichols Cauley regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 06/19/2024 | WK | 30-Litigation: Review the Phillips 66 9019 motion (.3) and discuss same with Trustee (.1). | 0.40 | $800.00 | $320.00 |
| 06/19/2024 | WK | 30-Litigation: Emails to and from J. Eiband regarding Phillips 66 9019 motion. | 0.20 | $800.00 | $160.00 |
| 06/20/2024 | AL | 32-Fee Applications: Draft HWA's 9th Fee Statement for May 2024 (.3), review revised HWA May 2024 Invoice (.1), and update chart (.1). | 0.50 | $350.00 | $175.00 |
| 06/20/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Investigate possible claims related to fuel pumps. | 0.20 | $725.00 | $145.00 |

EXHIBIT A

Invoice # 9922

| 06/20/2024 | HM | 5-Tax Matters: Telephone conference with Nichols Cauley regarding turning over the tax and audit binders so the Trustee's professionals can prepare tax returns. | 0.40 | $725.00 | $290.00 |
|---|---|---|---|---|---|
| 06/20/2024 | HM | 7-Claims Administration, Analysis and Objections: Revise motion to set bar date for chapter 11 administrative claims. | 0.20 | $725.00 | $145.00 |
| 06/20/2024 | HM | 30-Litigation: Receive and review email from J Boland regarding forthcoming amendment to WI MI settlement. | 0.10 | $725.00 | $72.50 |
| 06/21/2024 | AL | 1-General Administration: Voicemail to C. O'Donnell on pending state litigation in Pennsylvania and Debtors being in active bankruptcy (.1) and correspondence to her on same (.2). | 0.30 | $350.00 | $105.00 |
| 06/21/2024 | AL | 32-Fee Applications: Revise HWA's 9th Fee Statement for May 2024 to account for edits on HWA May 2024 Invoice (.3), and update chart (.1). | 0.40 | $350.00 | $140.00 |
| 06/21/2024 | AL | 2-Asset Analysis and Recovery: Review property records and list of Debtors' assets to verify if they own two properties in Aitkin, MN. | 0.30 | $350.00 | $105.00 |
| 06/21/2024 | AL | 2-Asset Analysis and Recovery: Review property records and list of Debtors' assets to verify if they own two properties in Cape Girardeau, MO. | 0.40 | $350.00 | $140.00 |
| 06/21/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Review information related to possible fraudulent transfer related to fuel pumps and leasing of same. | 0.20 | $725.00 | $145.00 |
| 06/21/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee regarding employment of additional forensic accountant and cash collateral budget. | 0.10 | $725.00 | $72.50 |
| 06/21/2024 | HM | 18-Use of Cash Collateral: Email J. Wolfshohl regarding cash collateral budget. | 0.10 | $725.00 | $72.50 |
| 06/21/2024 | HM | 18-Use of Cash Collateral: Work on cash collateral budget as to anticipated ongoing expenses of special litigation counsel. | 0.40 | $725.00 | $290.00 |
| 06/21/2024 | HM | 32-Fee Applications: Revise HWA May 2024 fee statement. | 0.20 | $725.00 | $145.00 |
| 06/21/2024 | HM | 18-Use of Cash Collateral: Receive and review Porter and Hedges cash collateral budget for third quarter. | 0.20 | $725.00 | $145.00 |
| 06/21/2024 | HM | 3-Asset Sales: Exchange emails with DIP Agent regarding real estate closings. | 0.10 | $725.00 | $72.50 |
| 06/21/2024 | HM | 7-Claims Administration, Analysis and Objections: Work on motion to set chapter 11 administrative claim deadline and procedures. | 0.40 | $725.00 | $290.00 |
| 06/21/2024 | HM | 3-Asset Sales: Exchange emails with closing agent regarding status of Alabama Terminals property. | 0.20 | $725.00 | $145.00 |

EXHIBIT A

Invoice # 9922

| 06/21/2024 | HM | 3-Asset Sales: Leave voice mail with closing agent Anita Pate regarding status of corrected HUD and closing. | 0.10 | $725.00 | $72.50 |
|---|---|---|---|---|---|
| 06/21/2024 | HM | 3-Asset Sales: Telephone conference with Phil Williams regarding status of closing documents (.1), telephone conference with A. Espinoza regarding same (.1) and review documents for missing items required for closing (.1), and email K. Toney regarding amendment for closing date (.1). | 0.40 | $725.00 | $290.00 |
| 06/21/2024 | HM | 3-Asset Sales: Receive and review results of Troy, NC auction. | 0.10 | $725.00 | $72.50 |
| 06/21/2024 | HM | 3-Asset Sales: Reconcile HUDS with sales proceeds and holdbacks per DIP Agent inquiry. | 0.40 | $725.00 | $290.00 |
| 06/21/2024 | HM | 30-Litigation: Receive and review proposed changes to WI MI settlement agreement (.1) and confer with Trustee regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 06/24/2024 | AE | 3-Asset Sales: Address closing matters for Montgomery, AL property sale. | 0.50 | $500.00 | $250.00 |
| 06/24/2024 | AL | 5-Tax Matters: No Charge - Download, review, and save Motion to Pay Excise Taxes. | 0.10 | $0.00 | $0.00 |
| 06/24/2024 | HM | 1-General Administration: Telephone conference with Trustee and DIP Agent regarding open issues including cash collateral, real estate sales, fuel receipts and ongoing litigation. | 0.70 | $725.00 | $507.50 |
| 06/24/2024 | HM | 5-Tax Matters: Confer with G. Juengling regarding status of obtaining records for tax returns and interim distribution analysis. | 0.10 | $725.00 | $72.50 |
| 06/24/2024 | HM | 30-Litigation: Confer with DIP Agent regarding modification to Wi MI settlement agreement. | 0.10 | $725.00 | $72.50 |
| 06/24/2024 | HM | 3-Asset Sales: Continue to work on closing Alabama Terminals property (.1) and follow up as to missing document from closing agent (.1). | 0.20 | $725.00 | $145.00 |
| 06/24/2024 | HM | 30-Litigation: Consider claims against insurance policies (.1) and confer with potential litigation counsel regarding same (.1), | 0.20 | $725.00 | $145.00 |
| 06/24/2024 | HM | 3-Asset Sales: Receive and review emails regarding status of closing Troy, NC real estate sale. | 0.10 | $725.00 | $72.50 |
| 06/24/2024 | AL | 15-Insurance: No Charge - Download, review, and save D&O Insurance Policies. | 0.20 | $0.00 | $0.00 |
| 06/24/2024 | HM | 3-Asset Sales: Confer with auctioneer regarding deposit on Williston sale. | 0.10 | $725.00 | $72.50 |
| 06/24/2024 | AL | 2-Asset Analysis and Recovery: Send correspondence to Proliant to follow up on production inquiry (.1) and send update to ND Workforce regarding same (.1). | 0.20 | $350.00 | $70.00 |

EXHIBIT A

Invoice # 9922

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/2024 | AL | 2-Asset Analysis and Recovery: Send another follow up inquiry on possible VISA claim. | 0.10 | $350.00 | $35.00 |
| 06/24/2024 | HM | 30-Litigation: Exchange multiple emails with Schierl and MPO regarding revision to WI MI settlement (.3); Review further amendments to WI MI settlement (.1); and telephone conference with D. Kane regarding filing same (.1). | 0.50 | $725.00 | $362.50 |
| 06/24/2024 | HM | 2-Asset Analysis and Recovery: No Charge - Review status of VISA settlement. | 0.10 | $0.00 | $0.00 |
| 06/24/2024 | HM | 3-Asset Sales: Revise verification form needed to close Alabama Terminals real estate sale. | 0.10 | $725.00 | $72.50 |
| 06/24/2024 | HM | 18-Use of Cash Collateral: Work on third quarter cash collateral budget. | 0.70 | $725.00 | $507.50 |
| 06/24/2024 | HM | 3-Asset Sales: Confer with auctioneer regarding deposit on Williston sale. | 0.20 | $725.00 | $145.00 |
| 06/24/2024 | WK | 1-General Administration: Weekly all-hands call to discuss litigation, fuel contracts, settlement and estate claims and assets. | 0.50 | $800.00 | $400.00 |
| 06/24/2024 | WK | 18-Use of Cash Collateral: Meeting with Trustee and H. McIntyre to discuss cash collateral budget. | 0.30 | $800.00 | $240.00 |
| 06/24/2024 | WK | 18-Use of Cash Collateral: Review the cash collateral proposed budget and secured creditor's reservations regarding same. | 0.40 | $800.00 | $320.00 |
| 06/24/2024 | WK | 30-Litigation: Review materials regarding M. Healey sent to R. Woolley regarding possible claims. | 0.30 | $800.00 | $240.00 |
| 06/24/2024 | WK | 8-Employment Applications: Emails to and from S. Rosenwasser regarding Karen Fortune (.2); receipt and review of application to hire her (.2). | 0.40 | $800.00 | $320.00 |
| 06/25/2024 | AE | 3-Asset Sales: Further address closing matters for Montgomery, AL property sale. | 0.50 | $500.00 | $250.00 |
| 06/25/2024 | KR | 2-Asset Analysis and Recovery: Research and update data for the unclaimed property analysis and spreadsheet. | 2.80 | $125.00 | $350.00 |
| 06/25/2024 | HM | 3-Asset Sales: Exchange emails regarding closing Alabama Terminal property. | 0.10 | $725.00 | $72.50 |
| 06/25/2024 | HM | 3-Asset Sales: Exchange emails regarding forthcoming non-refundable deposit on Williston sale. | 0.10 | $725.00 | $72.50 |
| 06/25/2024 | HM | 2-Asset Analysis and Recovery: Review incoming mail and notices regarding possible assets. | 0.10 | $725.00 | $72.50 |
| 06/25/2024 | HM | 18-Use of Cash Collateral: Continue to work on cash collateral budget and circulate to DIP Agent. | 0.60 | $725.00 | $435.00 |
| 06/25/2024 | HM | 2-Asset Analysis and Recovery: Receive and review unclaimed funds at Fidelity Nation at title (.1) and email | 0.20 | $725.00 | $145.00 |

EXHIBIT A

Invoice # 9922

| | | | | | |
|---|---|---|---|---|---|
| | | Jameson Watts regarding same (.1). | | | |
| 06/25/2024 | HM | 2-Asset Analysis and Recovery: Exchange emails with Tyler Gray for CNR regarding ongoing services and outlook for needs and costs. | 0.10 | $725.00 | $72.50 |
| 06/25/2024 | HM | 30-Litigation: Investigate claims against former counsel and claims related to failure to escrow fuel taxes with R. Woolley. | 0.70 | $725.00 | $507.50 |
| 06/25/2024 | HM | 2-Asset Analysis and Recovery: Work on unclaimed property by state project. | 0.40 | $725.00 | $290.00 |
| 06/25/2024 | HM | 7-Claims Administration, Analysis and Objections: Continue to work on motion to set chapter 11 administrative claim bar date. | 0.20 | $725.00 | $145.00 |
| 06/25/2024 | HM | 30-Litigation: Receive and review entry of stipulation and order amending WI MI settlement and calendar updated deadlines. | 0.10 | $725.00 | $72.50 |
| 06/25/2024 | HM | 5-Tax Matters: Receive and review link to tax work papers form Nichols Cauley needed to preparation of tax returns. | 0.10 | $725.00 | $72.50 |
| 06/25/2024 | WK | 18-Use of Cash Collateral: Review cash collateral budgets and emails to and from J. Elrod and H. McIntyre regarding same. | 0.40 | $800.00 | $320.00 |
| 06/26/2024 | KR | 2-Asset Analysis and Recovery: Continue to analyze unclaimed property in states with Debtor operations. Continue research on unclaimed property for various LLCs in state unclaimed property databases (Alabama-South Carolina) and input information into unclaimed property spreadsheet. | 4.40 | $125.00 | $550.00 |
| 06/26/2024 | AL | 5-Tax Matters: Download and review additional production by Nichols Cauley (.2) and circulate the files to H. McIntyre and G. Juengling (.1). | 0.30 | $350.00 | $105.00 |
| 06/26/2024 | AL | 7-Claims Administration, Analysis and Objections: Review and revise draft Motion for Ch. 11 Admin Claims Bar Deadline and Procedures, Exhibits, and Proposed Order. | 4.80 | $350.00 | $1,680.00 |
| 06/26/2024 | HM | 30-Litigation: Confer wit J. Nieto regarding accounting for WI MI settlement proceeds. | 0.10 | $725.00 | $72.50 |
| 06/26/2024 | HM | 5-Tax Matters: Exchange multiple emails regarding access to Nichols Cauley most recent production for preparation of tax returns. | 0.30 | $725.00 | $217.50 |
| 06/27/2024 | KR | 2-Asset Analysis and Recovery: Completed searching state databases for potential unclaimed property and updated the unclaimed property chart. | 1.30 | $125.00 | $162.50 |
| 06/27/2024 | WK | 2-Asset Analysis and Recovery: Begin review of the Federated Insurance claims, credits and offsets (1.4); discuss same with H. McIntyre (.3). | 1.70 | $800.00 | $1,360.00 |

EXHIBIT A

Invoice # 9922

| 06/27/2024 | WK | 32-Fee Applications: Review of the KASE litigation and Motion to Compromise and payment of professional fees. | 0.30 | $800.00 | $240.00 |
|---|---|---|---|---|---|
| 06/27/2024 | HM | 1-General Administration: Receive and review signature pages from Kirkland for Blue Owl on transfer of USTs per master lease agreement. | 0.20 | $725.00 | $145.00 |
| 06/27/2024 | HM | 7-Claims Administration, Analysis and Objections: Review response from NC lottery regarding accounting of chapter 11 administrative expense (.2) and respond with revised motion and order as to same (.1). | 0.30 | $725.00 | $217.50 |
| 06/27/2024 | HM | 7-Claims Administration, Analysis and Objections: Review Federated's motion for chapter 11 administrative claim (.2) and consider proper application of post conversion creditors versus refunds (.1). | 0.30 | $725.00 | $217.50 |
| 06/27/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review late filed claim asserted as secured. | 0.10 | $725.00 | $72.50 |
| 06/27/2024 | HM | 3-Asset Sales: Exchange emails on status of closing Alabama Terminals. | 0.10 | $725.00 | $72.50 |
| 06/27/2024 | HM | 3-Asset Sales: Exchange multiple emails regarding deposit due on Williston PSA. | 0.10 | $725.00 | $72.50 |
| 06/27/2024 | HM | 3-Asset Sales: Exchange emails as to closing Troy NC sale and receipt of deposit. | 0.10 | $725.00 | $72.50 |
| 06/27/2024 | HM | 3-Asset Sales: Telephone conference with K. Toney regarding status of nonrefundable deposit due on Williston property per PSA. | 0.10 | $725.00 | $72.50 |
| 06/28/2024 | AL | 1-General Administration: Confer with Trustee on execution of Bills of Sales (.1) and forward copies of same to Kickland (.1). | 0.20 | $350.00 | $70.00 |
| 06/28/2024 | AL | 32-Fee Applications: Review relevant Orders, Notices, Invoices, and Payments made to James T. Johnston, PLLC for compliance with compensation procedures set for in the Chapter 11 Compensation Order and the Chapter 7 Employment Order (1.2), and circulate notes on same to HWA (.2). | 1.40 | $350.00 | $490.00 |
| 06/28/2024 | HM | 3-Asset Sales: Respond to P. Davis request regarding summary of real estate closings. | 0.20 | $725.00 | $145.00 |
| 06/28/2024 | HM | 32-Fee Applications: Review payment to Johnston in compliance with professional fee procedures. | 0.10 | $725.00 | $72.50 |
| 06/28/2024 | HM | 3-Asset Sales: Respond to inquiry on Cowpens property. | 0.10 | $725.00 | $72.50 |
| 06/28/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to Shell inquiry regarding payout on chapter 11 administrative claims. | 0.10 | $725.00 | $72.50 |

EXHIBIT A

Invoice # 9922

| | | | | | |
|---|---|---|---|---|---|
| 06/28/2024 | HM | 32-Fee Applications: Review draft fee application of Whitley Penn. | 0.30 | $725.00 | $217.50 |
| 06/28/2024 | HM | 2-Asset Analysis and Recovery: Receive and review Spatco's accounting on Alabama Terminals rents. | 0.10 | $725.00 | $72.50 |
| 06/28/2024 | HM | 2-Asset Analysis and Recovery: Work on analysis of rent owed by Southern Transport (.2), review lease agreement (.2), and make demand for accounting by July 3, 2024 (.1). | 0.50 | $725.00 | $362.50 |
| 06/28/2024 | HM | 32-Fee Applications: Analyze existing orders as to fees paid to James Johnston. | 0.30 | $725.00 | $217.50 |
| 06/28/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Receive and review further information on 4 Court transfers (.3) and confer with special counsel regarding same (.1). | 0.40 | $725.00 | $290.00 |

| | |
|---|---|
| **Quantity Subtotal** | **101.6** |
| **Services Subtotal** | **$58,100.00** |

### Expenses

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 06/03/2024 | CR | E106 Online research: Pacer Service | 1.00 | $28.90 | $28.90 |
| Expense | 06/13/2024 | LS | E101 Copying: Copies for Motion to Pay Tranzon for Additional Real Estate. | 93.00 | $0.20 | $18.60 |
| Expense | 06/13/2024 | LS | E108 Postage: Postage for Motion to Pay Tranzon for Additional Real Estate. | 23.00 | $0.64 | $14.72 |
| Expense | 06/24/2024 | LS | E101 Copying: Copies for HWA 9th Fee Statement. | 161.00 | $0.20 | $32.20 |
| Expense | 06/24/2024 | LS | E108 Postage: Postage for HWA 9th Fee Statement. | 23.00 | $0.64 | $14.72 |

| | |
|---|---|
| **Expenses Subtotal** | **$109.14** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Aaron Espinoza | 16.5 | $500.00 | $8,250.00 |
| Wayne Kitchens | 10.3 | $800.00 | $8,240.00 |
| Abdiel Lopez-Castro | 13.0 | $350.00 | $4,550.00 |
| Abdiel Lopez-Castro | 0.9 | $0.00 | $0.00 |
| Heather McIntyre | 49.1 | $725.00 | $35,597.50 |
| Heather McIntyre | 0.1 | $0.00 | $0.00 |

EXHIBIT A

Invoice # 9922

| Keith Rado | 11.7 | $125.00 | $1,462.50 |
|---|---|---|---|
| | | **Quantity Total** | **101.6** |
| | | **Subtotal** | **$58,209.14** |
| | | **Total** | **$58,209.14** |

Please make all amounts payable to: HughesWattersAskanase
To pay by credit card you may go through our link at: https://app.clio.com/link/7e3rrnDf7g9g

EXHIBIT A

**Mountain Express Oil Company**

| Task Code and Timekeeper | Sum of Hours | Sum of Billable |
|---|---|---|
| Abdiel Lopez-Castro | 0.7 | $175.00 |
| Heather McIntyre | 3.4 | $2,465.00 |
| Wayne Kitchens | 1.3 | $1,040.00 |
| **1-General Administration Total** | **5.4** | **$3,680.00** |
| | | |
| Abdiel Lopez-Castro | 3.1 | $1,085.00 |
| Heather McIntyre | 5.3 | $3,770.00 |
| Keith Rado | 9.6 | $1,200.00 |
| Wayne Kitchens | 2.4 | $1,920.00 |
| **2-Asset Analysis and Recovery Total** | **20.4** | **$7,975.00** |
| | | |
| Aaron Espinoza | 16.5 | $8,250.00 |
| Abdiel Lopez-Castro | 0.6 | $175.00 |
| Heather McIntyre | 18.8 | $13,630.00 |
| Keith Rado | 2.1 | $262.50 |
| Wayne Kitchens | 0.6 | $480.00 |
| **3-Asset Sales Total** | **38.6** | **$22,797.50** |
| | | |
| Heather McIntyre | 2.4 | $1,740.00 |
| **4-Chapter 5 Avoidance Action Investigation and Litigation Total** | **2.4** | **$1,740.00** |
| | | |
| Abdiel Lopez-Castro | 0.4 | $105.00 |
| Heather McIntyre | 5.7 | $4,132.50 |
| Wayne Kitchens | 0.3 | $240.00 |
| **5-Tax Matters Total** | **6.4** | **$4,477.50** |
| | | |
| Abdiel Lopez-Castro | 5.3 | $1,855.00 |
| Heather McIntyre | 3 | $2,175.00 |
| **7-Claims Administration, Analysis and Objections Total** | **8.3** | **$4,030.00** |
| | | |
| Heather McIntyre | 0.1 | $72.50 |
| Wayne Kitchens | 0.4 | $320.00 |
| **8-Employment Applications Total** | **0.5** | **$392.50** |
| | | |
| Heather McIntyre | 0.3 | $217.50 |
| Wayne Kitchens | 0.9 | $720.00 |
| **13-Environmental and Regulatory Matters Total** | **1.2** | **$937.50** |

EXHIBIT A

| | | |
|---|---|---|
| Abdiel Lopez-Castro | 0.2 | $0.00 |
| **15-Insurance Total** | **0.2** | **$0.00** |
| | | |
| Abdiel Lopez-Castro | 0.4 | $35.00 |
| Heather McIntyre | 4.6 | $3,335.00 |
| Wayne Kitchens | 1.1 | $880.00 |
| **18-Use of Cash Collateral Total** | **6.1** | **$4,250.00** |
| | | |
| Heather McIntyre | 0.4 | $290.00 |
| **23-Monthly Operating Reports Total** | **0.4** | **$290.00** |
| | | |
| Heather McIntyre | 3.4 | $2,465.00 |
| Wayne Kitchens | 3 | $2,400.00 |
| **30-Litigation Total** | **6.4** | **$4,865.00** |
| | | |
| Abdiel Lopez-Castro | 3.2 | $1,120.00 |
| Heather McIntyre | 1.8 | $1,305.00 |
| Wayne Kitchens | 0.3 | $240.00 |
| **32-Fee Applications Total** | **5.3** | **$2,665.00** |
| | | |
| **Grand Total** | **101.6** | **$58,100.00** |

EXHIBIT A