

# INVOICE

Invoice # 10073
Date: 08/15/2024
Due Upon Receipt

1201 Louisiana, 28th Floor
Houston, Texas 77002
Phone: 713-759-0818
Fax: 713-759-6834

Janet Northrup (HWA Attorney for Trustee)

## 2023-02460-Mountain Express Oil Company (Attorney for Trustee)

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/01/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with DIP agent and Trustee team regarding open items on ongoing case issues. | 0.60 | $725.00 | $435.00 |
| 07/01/2024 | HM | 2-Asset Analysis and Recovery: Exchange emails with Tyler Gray of CNR regarding preservation of records and ETA on record preservation. | 0.20 | $725.00 | $145.00 |
| 07/01/2024 | HM | 3-Asset Sales: Exchange emails with Spatco on July rent due to Trustee due to Alabama Terminals not closing. | 0.20 | $725.00 | $145.00 |
| 07/01/2024 | HM | 3-Asset Sales: Exchange multiple emails with buyer on Williston property regarding status of nonrefundable deposit due under PSA. | 0.10 | $725.00 | $72.50 |
| 07/01/2024 | HM | 3-Asset Sales: Work on demand letter to SE Transport on Alabama Terminals property. | 0.10 | $725.00 | $72.50 |
| 07/01/2024 | HM | 32-Fee Applications: Telephone conference with Trustee and W. Kitchens regarding authority to pay James Johnston. | 0.20 | $725.00 | $145.00 |
| 07/01/2024 | HM | 8-Employment Applications: Review order employing Jim Johnston (.1) and confer with Trustee regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 07/01/2024 | HM | 5-Tax Matters: Review status of ongoing tax issues and confer with accountant regarding timeline for returns. | 0.20 | $725.00 | $145.00 |
| 07/01/2024 | HM | 30-Litigation: Receive and review notice regarding ongoing litigation and status of informing plaintiff of chapter 7. | 0.10 | $725.00 | $72.50 |
| 07/01/2024 | HM | 2-Asset Analysis and Recovery: Review results of unclaimed property search and discuss submitting | 0.20 | $725.00 | $145.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | claims with K. Rado. | | | |
| 07/01/2024 | HM | 2-Asset Analysis and Recovery: Review accountant investigation into payments made by SE Transport and rents owed under lease. | 0.30 | $725.00 | $217.50 |
| 07/01/2024 | HM | 7-Claims Administration, Analysis and Objections: Review final stipulation and agreed order with NC lottery commission. | 0.10 | $725.00 | $72.50 |
| 07/01/2024 | HM | 3-Asset Sales: Revise notice of de minimis sales for May 2024 (.1) and confer with Trustee regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 07/01/2024 | HM | 3-Asset Sales: Exchange multiple emails with closing agent on wires to close Alabama Terminals. | 0.20 | $725.00 | $145.00 |
| 07/01/2024 | HM | 3-Asset Sales: Receive and review status of negotiations for sale of 3 USTs per de minimis sale procedures (.1) and confer with trustee regarding negotiating price (.1). | 0.20 | $725.00 | $145.00 |
| 07/01/2024 | WK | 1-General Administration: Standing conference call with GT and PH Teams and Trustee to discuss ongoing litigation, real estate, settlement, special counsel and discovery. | 0.70 | $800.00 | $560.00 |
| 07/01/2024 | WK | 30-Litigation: Conference call with Trustee and H. McIntyre to discuss special counsel matters and ongoing litigation issues. | 0.40 | $800.00 | $320.00 |
| 07/01/2024 | WK | 5-Tax Matters: Review research on 2022 taxes and emails to and from J. Elrod regarding same. | 0.40 | $800.00 | $320.00 |
| 07/01/2024 | WK | 32-Fee Applications: Research on payment to J. Johnston and issues concerning the Kase litigation and representation going forward. | 2.20 | $800.00 | $1,760.00 |
| 07/02/2024 | AL | 2-Asset Analysis and Recovery: Draft demand letter to Southeast Transport & Fleet Service LLC for turnover of rental proceeds. | 0.60 | $350.00 | $210.00 |
| 07/02/2024 | AL | 2-Asset Analysis and Recovery: Draft demand letter to Dormant Solutions Group for turnover of unclaimed funds held by Fidelity. | 0.40 | $350.00 | $140.00 |
| 07/02/2024 | KR | 2-Asset Analysis and Recovery: Researched and verified various possible unclaimed property claims by checking SOS business searches | 0.40 | $125.00 | $50.00 |
| 07/02/2024 | KR | 2-Asset Analysis and Recovery: Updated unclaimed property chart and erased potential claims that were not in debtor's name per SOS business search. | 0.10 | $125.00 | $12.50 |
| 07/02/2024 | HM | 5-Tax Matters: Telephone conference with A. Barg regarding status of sales tax returns and federal returns. | 0.30 | $725.00 | $217.50 |
| 07/02/2024 | HM | 18-Use of Cash Collateral: Receive and review July 2024 CNR invoice and confer with DIP Agent regarding | 0.10 | $725.00 | $72.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | authority to use cash collateral for same. | | | |
| 07/02/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review order for chapter 11 claim and confer with D. Kokenes and G. Juengling regarding tracking for distribution. | 0.10 | $725.00 | $72.50 |
| 07/02/2024 | HM | 2-Asset Analysis and Recovery: Review demand letter for funds held by Fidelity. | 0.10 | $725.00 | $72.50 |
| 07/02/2024 | HM | 2-Asset Analysis and Recovery: Investigate multiple unclaimed property cases in multiple states. | 0.70 | $725.00 | $507.50 |
| 07/02/2024 | HM | 18-Use of Cash Collateral: Follow up with lender on third quarter cash collateral budget. | 0.10 | $725.00 | $72.50 |
| 07/02/2024 | AL | 2-Asset Analysis and Recovery: Circulate signed Stipulation and Agreed Order with CITGO to the Trustee. | 0.10 | $350.00 | $35.00 |
| 07/02/2024 | AE | 3-Asset Sales: Regarding Montgomery, AL property sale: Review file and confer with H. McIntyre regarding handling of rent received from tenant given that the sales proceeds have not yet been received from the title company. | 0.50 | $500.00 | $250.00 |
| 07/02/2024 | WK | 3-Asset Sales: Emails to and from A. Sands regarding recordation of correction deeds. | 0.20 | $800.00 | $160.00 |
| 07/02/2024 | WK | 30-Litigation: Emails to and from J. Johnston regarding Nemon settlement; discuss same with Trustee. | 0.30 | $800.00 | $240.00 |
| 07/02/2024 | WK | 30-Litigation: Review Nemon settlement documents. | 0.40 | $800.00 | $320.00 |
| 07/03/2024 | AL | 2-Asset Analysis and Recovery: Phone call with Faiez, an interested buyer in possible real property owned by Debtor in New Orleans, LA (.2), correspondence to same requesting documents to prove ownership (.2), and circulate notes on same to Trustee and H. McIntyre (.1). | 0.50 | $350.00 | $175.00 |
| 07/03/2024 | HM | 3-Asset Sales: Telephone conference with Trustee regarding July rent due from Spatco (.1); confirm closing proceeds on Alabama Terminals (.1), exchange multiple emails with buyer regarding July rent (.3). | 0.30 | $725.00 | $217.50 |
| 07/03/2024 | HM | 3-Asset Sales: Review closing agent inquiry on Alabama Terminals property. | 0.10 | $725.00 | $72.50 |
| 07/03/2024 | HM | 5-Tax Matters: Receive and review tax notice and forward to accountants. | 0.10 | $725.00 | $72.50 |
| 07/03/2024 | WK | 5-Tax Matters: Emails to and from J. Day regarding New York state tax matters. | 0.20 | $800.00 | $160.00 |
| 07/05/2024 | WK | 30-Litigation: Extended telephone conference with J. Johnston regarding litigation and potential conflicts. | 0.30 | $800.00 | $240.00 |
| 07/05/2024 | WK | 30-Litigation: Multiple emails and texts with Trustee regarding Johnston cases. | 0.30 | $800.00 | $240.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/2024 | HM | 2-Asset Analysis and Recovery: Receive and review update on PDI access (.1) and confer with DIP Agent regarding use of cash collateral (.1) and confer with PDI regarding additional month of service (.1). | 0.30 | $725.00 | $217.50 |
| 07/08/2024 | HM | 32-Fee Applications: Confer with Trustee regarding monthly fee statements and monthly operating statements. | 0.10 | $725.00 | $72.50 |
| 07/08/2024 | HM | 23-Monthly Operating Reports: Confer with accountant regarding June monthly operating report. | 0.10 | $725.00 | $72.50 |
| 07/08/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with lender's counsel and trustee team regarding open issues including cash collateral budget, authority to extend PDI, litigation update. | 0.30 | $725.00 | $217.50 |
| 07/08/2024 | HM | 7-Claims Administration, Analysis and Objections: Revise motion for chapter 11 administrative claim bar date. | 0.40 | $725.00 | $290.00 |
| 07/09/2024 | HM | 5-Tax Matters: Telephone conference with Whitley Penn regarding status of sales tax returns, federal income taxes, and open items. | 0.30 | $725.00 | $217.50 |
| 07/09/2024 | HM | 23-Monthly Operating Reports: Work on June monthly operating report. | 0.30 | $725.00 | $217.50 |
| 07/09/2024 | HM | 2-Asset Analysis and Recovery: Receive and review order for Sunoco to pay $1.6M and calendar deadline. | 0.10 | $725.00 | $72.50 |
| 07/09/2024 | HM | 3-Asset Sales: Review request form Fidelity regarding correction MPO deeds and confer with special counsel regarding same. | 0.10 | $725.00 | $72.50 |
| 07/09/2024 | HM | 2-Asset Analysis and Recovery: Receive and review order for Valero to pay $933K to Trustee and calendar deadline. | 0.10 | $725.00 | $72.50 |
| 07/09/2024 | HM | 3-Asset Sales: Receive and review order allowing additional real estate expenses and confer with trustee regarding same. | 0.10 | $725.00 | $72.50 |
| 07/09/2024 | HM | 3-Asset Sales: Confer with closing agent regarding draft HUD and holdbacks on Troy NC. | 0.20 | $725.00 | $145.00 |
| 07/09/2024 | HM | 3-Asset Sales: Request closing set of documents from closing agent on Alabama Terminals property. | 0.10 | $725.00 | $72.50 |
| 07/09/2024 | HM | 2-Asset Analysis and Recovery: Confer with PDI regarding continued access to books and records. | 0.20 | $725.00 | $145.00 |
| 07/09/2024 | HM | 18-Use of Cash Collateral: Follow up with DIP Agent regarding authority to use cash collateral for CNR invoice to continue download of Debtors books and records. | 0.10 | $725.00 | $72.50 |
| 07/10/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Receive and review multiple emails regarding possible causes of action against regarding fuel pumps | 0.20 | $725.00 | $145.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and 100+ locations. | | | |
| 07/10/2024 | HM | 5-Tax Matters: Confer with accountant regarding tax claims and regarding forthcoming estimate for 2022 tax claim. | 0.10 | $725.00 | $72.50 |
| 07/10/2024 | HM | 2-Asset Analysis and Recovery: Email Fidelity with form to turnover refund to the Trustee. | 0.20 | $725.00 | $145.00 |
| 07/10/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Receive and review inquiry regarding Time and Water real property (.1) and confer with special counsel regarding possible chapter 5 transfer (.1). | 0.20 | $725.00 | $145.00 |
| 07/10/2024 | HM | 3-Asset Sales: Exchange multiple emails regarding closing of Troy NC property. | 0.30 | $725.00 | $217.50 |
| 07/10/2024 | HM | 2-Asset Analysis and Recovery: Receive and review inquiry from State of Pennsylvania regarding underground storage tanks (.1) and confer with J. Wolfshohl regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 07/10/2024 | HM | 23-Monthly Operating Reports: Review monthly operating report and confer with J. Nieto regarding accounting of real estate sales. | 0.20 | $725.00 | $145.00 |
| 07/10/2024 | AL | 2-Asset Analysis and Recovery: Revise letter to Southeast Transport & Fleet Service LLC and Jonathon Huff regarding turnover of rental proceeds (.2) and circulate same to H. McIntyre (.1). | 0.30 | $350.00 | $105.00 |
| 07/11/2024 | HM | 3-Asset Sales: Review response to Pennsylvania request for action regarding USTs and confer on bills of sale regarding same. | 0.20 | $725.00 | $145.00 |
| 07/11/2024 | AL | 5-Tax Matters: Download primary Debtor's petition and schedules for listing of any pre-petition tax claims (.2) and confer with H. McIntyre on same (.1). | 0.30 | $350.00 | $105.00 |
| 07/11/2024 | AL | 2-Asset Analysis and Recovery: Revise and send letter and exhibits to Dormant Solutions regarding unclaimed funds. | 0.20 | $350.00 | $70.00 |
| 07/11/2024 | AL | 3-Asset Sales: Circulate executed Bill of Sales with Blue Owl to H. McIntyre and the Trustee. | 0.10 | $350.00 | $35.00 |
| 07/12/2024 | AL | 2-Asset Analysis and Recovery: Finalize and send Demand Letter to Southeast Transportation & Fleet Services and Johnathon Huff via email and first class mail. | 0.20 | $350.00 | $70.00 |
| 07/12/2024 | AL | 7-Claims Administration, Analysis and Objections: Review Federal Mutual Insurance Application for Chapter 11 expenses (.2), calendar objection deadlines (.1) and confer with H. McIntyre on same (.1). | 0.40 | $350.00 | $140.00 |
| 07/12/2024 | AL | 5-Tax Matters: Download, save, and circulate primary Debtor's initial and amended schedules to tax group to review for pre-petition tax claims owed to the IRS. | 0.20 | $350.00 | $70.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/2024 | WK | 30-Litigation: Review emails from S. Rosenwasser regarding the Birenbaum transaction and issues with Andrew Ackerman and fraudulent transfer and review discovery and production related to same. | 0.80 | $800.00 | $640.00 |
| 07/12/2024 | HM | 18-Use of Cash Collateral: Follow up with J. Elrod regarding cash collateral authority for CNR invoice to continue downloading debtors' books and records and Q3 budget. | 0.10 | $725.00 | $72.50 |
| 07/12/2024 | HM | 2-Asset Analysis and Recovery: Receive and review order setting hearing on turnover of funds from Phillips 66. | 0.10 | $725.00 | $72.50 |
| 07/12/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling regarding status of PDI data for 2022 return and progress as to same. | 0.20 | $725.00 | $145.00 |
| 07/12/2024 | HM | 32-Fee Applications: Receive and review tenth fee statement form Porter and Hedges and review compliance with cash collateral budget | 0.10 | $725.00 | $72.50 |
| 07/12/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review inquiry regarding claim against debtor. | 0.10 | $725.00 | $72.50 |
| 07/12/2024 | HM | 32-Fee Applications: Receive and review inquiry regarding funds in trust for attorneys fees and request additional information including information as to possible additional real property to sell. | 0.20 | $725.00 | $145.00 |
| 07/12/2024 | HM | 3-Asset Sales: Review holdbacks for closing on Troy, NC real estate. | 0.10 | $725.00 | $72.50 |
| 07/12/2024 | HM | 5-Tax Matters: Confer with accountant regarding status of 2022 return and IRS prepetition claim. | 0.10 | $725.00 | $72.50 |
| 07/13/2024 | WK | 30-Litigation: Telephone conference and emails with J. Johnston regarding Nemon litigation settlement. | 0.30 | $800.00 | $240.00 |
| 07/15/2024 | AE | 3-Asset Sales: Review file and prepare Special Warranty Deed for sale of property in Troy, NC (.3). Emails with title company regarding same (.2). | 0.50 | $500.00 | $250.00 |
| 07/15/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with DIP agent counsel and trustee team regarding open issues including status of cash collateral use, real estate closings and litigation. | 0.30 | $725.00 | $217.50 |
| 07/15/2024 | HM | 2-Asset Analysis and Recovery: Receive and review procedure for obtaining Sunoco payment. | 0.10 | $725.00 | $72.50 |
| 07/15/2024 | HM | 3-Asset Sales: Work on closing docs for Troy NC sale. | 0.20 | $725.00 | $145.00 |
| 07/15/2024 | HM | 32-Fee Applications: Receive and review information from former attorney for debtor for pre-conversion work and trust balance (.2) and advise Trustee as to same (.1). | 0.30 | $725.00 | $217.50 |
| 07/15/2024 | HM | 32-Fee Applications: Receive and review Porter & | 0.40 | $725.00 | $290.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Hedges fee statement and provide analysis required by fee application cover sheet. | | | |
| 07/15/2024 | HM | 32-Fee Applications: Work on third interim fee application for HWA and Trustee. | 0.10 | $725.00 | $72.50 |
| 07/15/2024 | HM | 3-Asset Sales: Receive and review draft HUD on Troy NC property and exchange multiple emails regarding same with closing agent regarding revisions. | 0.20 | $725.00 | $145.00 |
| 07/15/2024 | HM | 2-Asset Analysis and Recovery: Receive and review further inquiries from P. Holtzer and confer with trustee regarding next steps. | 0.10 | $725.00 | $72.50 |
| 07/15/2024 | HM | 2-Asset Analysis and Recovery: Receive and review Pennsylvania correspondence and follow up with J. Wolfshohl regarding same on claims regarding underground storage tanks in Pennsylvania. | 0.10 | $725.00 | $72.50 |
| 07/15/2024 | HM | 32-Fee Applications: Review and edit time for June HWA fee statement. | 0.40 | $725.00 | $290.00 |
| 07/16/2024 | AL | 32-Fee Applications: Draft Trustee's 3rd Interim Fee Application (1.4), compile Exhibits (.2), and update chart (.2). | 1.80 | $350.00 | $630.00 |
| 07/16/2024 | HM | 5-Tax Matters: Telephone conference with Whitley Penn team on open tax issues. | 0.40 | $725.00 | $290.00 |
| 07/16/2024 | HM | 2-Asset Analysis and Recovery: Review incoming money from Valero in compliance with Dkt 2299. | 0.10 | $725.00 | $72.50 |
| 07/16/2024 | HM | 3-Asset Sales: Work on analysis of HUDs for proper accounting of proceeds and distributions. | 0.90 | $725.00 | $652.50 |
| 07/16/2024 | HM | 5-Tax Matters: Update Trustee with status of tax returns and developments. | 0.20 | $725.00 | $145.00 |
| 07/16/2024 | HM | 32-Fee Applications: Work on third interim fee application for Trustee. | 0.40 | $725.00 | $290.00 |
| 07/16/2024 | HM | 7-Claims Administration, Analysis and Objections: Draft limited objection to Federated Mutual request for immediate payment of chapter 11 administrative claim. | 0.60 | $725.00 | $435.00 |
| 07/16/2024 | HM | 5-Tax Matters: Review incoming mail related to taxes and forward to accountants. | 0.20 | $725.00 | $145.00 |
| 07/16/2024 | HM | 2-Asset Analysis and Recovery: Review incoming mail for asset recovery. | 0.20 | $725.00 | $145.00 |
| 07/17/2024 | AL | 2-Asset Analysis and Recovery: Review Truliant check received (.1) and confer with J. Nieto on same (.1). | 0.20 | $350.00 | $70.00 |
| 07/17/2024 | AL | 2-Asset Analysis and Recovery: Review correspondence regarding VISA Claim research request (.1) and confer with H. McIntyre on same (.1). | 0.20 | $350.00 | $70.00 |
| 07/17/2024 | HM | 2-Asset Analysis and Recovery: Confer with J. Nieto regarding TIN and issues with receiving Sunoco | 0.20 | $725.00 | $145.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | payment per court order. | | | |
| 07/17/2024 | HM | 2-Asset Analysis and Recovery: Receive and review communication regarding VISA class settlement claim. | 0.10 | $725.00 | $72.50 |
| 07/17/2024 | HM | 7-Claims Administration, Analysis and Objections: Work on motion to set chapter 11 administrative claim bar date and procedures. | 0.70 | $725.00 | $507.50 |
| 07/17/2024 | HM | 23-Monthly Operating Reports: Work on revised monthly operating report with updated accounting to account for multiple real estate transactions. | 0.40 | $725.00 | $290.00 |
| 07/17/2024 | HM | 3-Asset Sales: Review and revise Troy NC revised draft HUD (.3) and telephone conference with K. Toney regarding same (.2). | 0.50 | $725.00 | $362.50 |
| 07/17/2024 | WK | 3-Asset Sales: Emails to and from N. Sorenson regarding miscellaneous real estate including the Williston North Dakota property. | 0.30 | $800.00 | $240.00 |
| 07/18/2024 | HM | 18-Use of Cash Collateral: Receive and review authorization from J. Elrod for third quarter cash collateral budget. | 0.10 | $725.00 | $72.50 |
| 07/18/2024 | HM | 2-Asset Analysis and Recovery: Request information from accountants regarding VISA claim. | 0.10 | $725.00 | $72.50 |
| 07/18/2024 | HM | 3-Asset Sales: Confer with Trustee regarding accounting for real estate commissions on real property closings. | 0.10 | $725.00 | $72.50 |
| 07/18/2024 | AL | 32-Fee Applications: Begin drafting HWA's 3rd Fee Application. | 2.20 | $350.00 | $770.00 |
| 07/18/2024 | AL | 32-Fee Applications: Draft Trustee's Fee Statement for June 2024. | 0.50 | $350.00 | $175.00 |
| 07/18/2024 | HM | 23-Monthly Operating Reports: Review updated category report in preparation for June monthly operating report and confer with accountant regarding same. | 0.20 | $725.00 | $145.00 |
| 07/18/2024 | HM | 2-Asset Analysis and Recovery: Confer with accountants on 1% calculation of holdback. | 0.10 | $725.00 | $72.50 |
| 07/19/2024 | AL | 2-Asset Analysis and Recovery: Draft and send correspondence to Travelers Insurance (.1) and circulate notes on same to H. McIntyre (.1). | 0.20 | $350.00 | $70.00 |
| 07/19/2024 | AL | 2-Asset Analysis and Recovery: Review correspondence from Proliant on production inquiry (.2) and send updated information to ND Workforce regarding same (.1). | 0.30 | $350.00 | $105.00 |
| 07/19/2024 | AL | 32-Fee Applications: Update and finalize draft Trustee's Fee Statement for June 2024. | 0.30 | $350.00 | $105.00 |
| 07/19/2024 | AL | 32-Fee Applications: Continue drafting HWA's 3rd Fee Application. | 2.40 | $350.00 | $840.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/2024 | HM | 23-Monthly Operating Reports: Work on June 2024 monthly operating report and attention to filing same. | 0.50 | $725.00 | $362.50 |
| 07/19/2024 | HM | 1-General Administration: Work on TIN number issue and prepare notice of correct TIN number. | 0.20 | $725.00 | $145.00 |
| 07/19/2024 | HM | 3-Asset Sales: Compile closing packet signed by Trustee for closing agent. | 0.20 | $725.00 | $145.00 |
| 07/19/2024 | HM | 18-Use of Cash Collateral: Confer with accountants regarding updated cash distribution analysis. | 0.10 | $725.00 | $72.50 |
| 07/19/2024 | HM | 18-Use of Cash Collateral: Confer with J. Elrod regarding authority to use cash collateral for June CNR invoice. | 0.10 | $725.00 | $72.50 |
| 07/19/2024 | HM | 2-Asset Analysis and Recovery: Check on status of refund from Consolidate HR Services LLC. | 0.10 | $725.00 | $72.50 |
| 07/19/2024 | HM | 32-Fee Applications: Work on Trustee's tenth fee statement and attention to filing same. | 0.10 | $725.00 | $72.50 |
| 07/19/2024 | HM | 12-Relief from Stay Proceedings: Receive and review status of insurer to move to lift stay to send insurance proceeds to landlord. | 0.10 | $725.00 | $72.50 |
| 07/19/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Respond to inquiry as to fraudulent transfer of CT property. | 0.10 | $725.00 | $72.50 |
| 07/19/2024 | HM | 2-Asset Analysis and Recovery: Receive and review letter from landlord at Texas location regarding abandoning contents of premises and verify sent to DIP Agent as well. | 0.10 | $725.00 | $72.50 |
| 07/19/2024 | HM | 32-Fee Applications: Confer with DIP Agent regarding funds sitting in prior attorneys IOLTA account. | 0.10 | $725.00 | $72.50 |
| 07/20/2024 | AL | 32-Fee Applications: Continue drafting HWA's 3rd Fee Application. | 2.60 | $350.00 | $910.00 |
| 07/21/2024 | AL | 32-Fee Applications: Continue drafting HWA's 3rd Fee Application. | 1.80 | $350.00 | $630.00 |
| 07/22/2024 | AE | 3-Asset Sales: Regarding sale of property located at 6421 13 Mile Center Rd NW, Williston, ND 58801: Review status of transaction and email to principal of buyer regarding same and status of earnest money deposit. | 0.40 | $500.00 | $200.00 |
| 07/22/2024 | HM | 3-Asset Sales: Receive and review multiple emails regarding status of buyer and earnest money deposit. | 0.20 | $725.00 | $145.00 |
| 07/22/2024 | HM | 3-Asset Sales: Review draft notice of de minimis sale for one location (.2) and three tanks and telephone conference with J. Eiband regarding same (.2). | 0.40 | $725.00 | $290.00 |
| 07/22/2024 | AL | 2-Asset Analysis and Recovery: Circulate demand letter to Southeast Transport & Jonathan Huff to J. Eliband. | 0.10 | $350.00 | $35.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/22/2024 | AL | 5-Tax Matters: Correspondence to G. Juengling regrading obtaining verified certificate of Debtor's TIN. | 0.10 | $350.00 | $35.00 |
| 07/23/2024 | AL | 32-Fee Applications: Finalize drafting HWA's 3rd Fee Application. | 1.20 | $350.00 | $420.00 |
| 07/23/2024 | AL | 2-Asset Analysis and Recovery: Correspondence with ND Workforce regarding inquiry on what is needed to reimburse the Estate the refund held. | 0.10 | $350.00 | $35.00 |
| 07/23/2024 | WK | 32-Fee Applications: Receipt and review of 3rd HWA fee application; meeting with A. Lopez-Castro regarding same. | 1.10 | $800.00 | $880.00 |
| 07/24/2024 | AL | 12-Relief from Stay Proceedings: Respond to inquiry from J. Lemkin on possible stipulation to lift stay to proceed against Debtor's insurance in civil PA litigation (.2) and confer with the Trustee on same (.1). | 0.30 | $350.00 | $105.00 |
| 07/24/2024 | AL | 7-Claims Administration, Analysis and Objections: Returned phone call with a claimant, J. Canchola, to answer basic inquires on his proof of claim. | 0.20 | $350.00 | $70.00 |
| 07/24/2024 | AL | 7-Claims Administration, Analysis and Objections: Respond to inquiry from S. Milbrath regarding pre-conversion services and need to file fee application. | 0.20 | $350.00 | $70.00 |
| 07/24/2024 | AL | 2-Asset Analysis and Recovery: Review documents containing Merchant Number (.1) and resubmit VISA claim with same (.1). | 0.20 | $350.00 | $70.00 |
| 07/24/2024 | WK | 30-Litigation: Meeting with Trustee regarding discovery in the Bierenbaum litigation and status of Johnston issues. | 0.30 | $800.00 | $240.00 |
| 07/24/2024 | WK | 12-Relief from Stay Proceedings: Meeting with A. Lopez-Castro regarding Watts litigation in Pennsylvania; receipt and review of Stipulation and Agreed Order Lifting Stay to go after insurance. | 0.50 | $800.00 | $400.00 |
| 07/25/2024 | AL | 32-Fee Applications: Draft HWA's 13th Fee Statement for June 2024 (.3) and update chart on same (.1). | 0.40 | $350.00 | $140.00 |
| 07/25/2024 | AL | 32-Fee Applications: Revise HWA's 3rd Fee Application. | 0.40 | $350.00 | $140.00 |
| 07/25/2024 | AL | 2-Asset Analysis and Recovery: Review correspondence and document sent by ND Workforce (.1) and send additional request to Proliant on same (.2). | 0.30 | $350.00 | $105.00 |
| 07/26/2024 | AL | 32-Fee Applications: Review and revise Whitley Penn's 2nd Fee Application and Exhibit (.8) and circulate same to G. Juenling (.1). | 0.90 | $350.00 | $315.00 |
| 07/26/2024 | AL | 32-Fee Applications: Review and revise HWA's June 2024 invoice for compliance with Court orders and procedures. | 0.60 | $350.00 | $210.00 |
| 07/29/2024 | AL | 32-Fee Applications: Respond to G. Juengling inquiry | 0.10 | $350.00 | $35.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | on WP's 2nd Fee App. | | | |
| 07/29/2024 | AL | 7-Claims Administration, Analysis and Objections: Review the Order Setting Hearing for the Application of Federated Mutual Insurance Company for Administrative Expenses (.1) and confer with H. McIntyre on same (.1). | 0.20 | $350.00 | $70.00 |
| 07/29/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review order setting hearing on administrative claim of insurance provider (.1) and confer with W. Kitchens regarding accounting of claim (.1). | 0.20 | $725.00 | $145.00 |
| 07/30/2024 | AL | 7-Claims Administration, Analysis and Objections: Calendar hearing on Federated Mutual Insurance Company's Admin Claim (.1), confer with H. McIntyre, W. Kitchens, and Trustee on same (.2), and respond to counsel for FMIC's inquiry on proposed stipulated order (.1). | 0.40 | $350.00 | $140.00 |
| 07/30/2024 | HM | 2-Asset Analysis and Recovery: Receive and review wire confirmation for Sunoco court ordered payment and address discrepancy. | 0.10 | $725.00 | $72.50 |
| 07/30/2024 | WK | 7-Claims Administration, Analysis and Objections: Detailed analysis of Federated Insurance's administrative claim and history of payments going back to the beginning of the case to determine proper amount of unpaid administrative premiums and advise H. McIntyre and Trustee of same. | 1.50 | $800.00 | $1,200.00 |
| 07/30/2024 | WK | 7-Claims Administration, Analysis and Objections: Emails to and from Federated's Counsel regarding Agreed Order on the administrative claim and terms thereof. | 0.30 | $800.00 | $240.00 |
| 07/31/2024 | HM | 5-Tax Matters: Confer with G. Juengling and Clint Crane of Whitley Penn regarding status of 2022 return. | 0.20 | $725.00 | $145.00 |
| 07/31/2024 | HM | 3-Asset Sales: Receive and review multiple emails regarding wire of nonrefundable deposit on Williston property. | 0.20 | $725.00 | $145.00 |
| 07/31/2024 | HM | 2-Asset Analysis and Recovery: Review status of credit due from North Dakota. | 0.10 | $725.00 | $72.50 |
| 07/31/2024 | HM | 12-Relief from Stay Proceedings: Work on stipulation and agreed order to lift stay for litigation as to insurance only. | 0.30 | $725.00 | $217.50 |
| 07/31/2024 | HM | 32-Fee Applications: Review second fee application of Whitely Penn for filing. | 0.10 | $725.00 | $72.50 |
| 07/31/2024 | HM | 32-Fee Applications: Review June HWA fee statement for filing. | 0.10 | $725.00 | $72.50 |
| 07/31/2024 | HM | 3-Asset Sales: Confer with First Horizon and closing agent on status of closing sale of Troy, NC. | 0.30 | $725.00 | $217.50 |

| Date | Attorney | Notes | | | |
|---|---|---|---|---|---|
| 07/31/2024 | HM | 3-Asset Sales: Exchange multiple emails regarding lien releases on Alabama real property closings. | 0.10 | $725.00 | $72.50 |
| 07/31/2024 | AL | 32-Fee Applications: Review revised HWA invoice for June 2024 for compliance with Court's rules and procedures (.2), revise draft HWA June 2024 Fee Statement to reflect changes on invoice (.2), update chart on same (.1), and confer with H. McIntyre and Trustee on same (.1). | 0.60 | $350.00 | $210.00 |
| 07/31/2024 | AL | 2-Asset Analysis and Recovery: Follow up with Proliant with request for production (.1), review and respond to T. Cleek on additional documents produced and what remains outstanding (.3). | 0.40 | $350.00 | $140.00 |
| 07/31/2024 | AL | 12-Relief from Stay Proceedings: Receive and respond to C. Rumbolo's inquiry on limited lift stay for state litigation to proceed against insurance. | 0.20 | $350.00 | $70.00 |
| 07/31/2024 | AL | 32-Fee Applications: Finalization of Whitley Penn's 2nd Fee Application and HWA's Notice on same. | 0.20 | $350.00 | $70.00 |
| 07/31/2024 | AL | 7-Claims Administration, Analysis and Objections: Correspondence to C. Harayda on status of proposed stipulated order as to Federated Mutual Insurance Company's administrative claim. | 0.10 | $350.00 | $35.00 |
| 07/31/2024 | WK | 30-Litigation: Begin review of Bierenbaum depositions. | 2.20 | $800.00 | $1,760.00 |
| | | **Quantity Subtotal** | | | **59.7** |
| | | **Services Subtotal** | | | **$34,995.00** |

## Expenses

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 07/26/2024 | DK | Copies; 3rd Fee Application (HWA) | 299.00 | $0.20 | $59.80 |
| Expense | 07/26/2024 | DK | Postage; 3rd Fee Application (HWA) | 23.00 | $1.25 | $28.75 |
| Expense | 07/31/2024 | LS | E108 Postage: Postage for HWA 13the Fee Statement. | 23.00 | $0.64 | $14.72 |
| Expense | 07/31/2024 | LS | E101 Copying: Copies for HWA 10th Fee Statement. | 161.00 | $0.20 | $32.20 |
| | | | **Expenses Subtotal** | | | **$135.47** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Aaron Espinoza | 1.4 | $500.00 | $700.00 |
| Wayne Kitchens | 12.7 | $800.00 | $10,160.00 |
| Abdiel Lopez-Castro | 23.0 | $350.00 | $8,050.00 |

Invoice # 10073

| | | | |
|---|---|---|---|
| Heather McIntyre | 22.1 | $725.00 | $16,022.50 |
| Keith Rado | 0.5 | $125.00 | $62.50 |
| | | **Quantity Total** | **59.7** |
| | | **Subtotal** | **$35,130.47** |
| | | **Total** | **$35,130.47** |

Please make all amounts payable to: HughesWattersAskanase
To pay by credit card you may go through our link at: https://app.clio.com/link/7e3rrnDf7g9g

**Mountain Express Oil Company**

| Task Code and Timekeeper | Sum of Hours | Sum of Billable |
|---|---|---|
| Heather McIntyre | 0.2 | $145.00 |
| Wayne Kitchens | 0.7 | $560.00 |
| **1-General Administration Total** | **0.9** | **$705.00** |
| Abdiel Lopez-Castro | 4.3 | $1,505.00 |
| Heather McIntyre | 5.4 | $3,915.00 |
| Keith Rado | 0.5 | $62.50 |
| **2-Asset Analysis and Recovery Total** | **10.2** | **$5,482.50** |
| Aaron Espinoza | 1.4 | $700.00 |
| Abdiel Lopez-Castro | 0.1 | $35.00 |
| Heather McIntyre | 5.8 | $4,205.00 |
| Wayne Kitchens | 0.5 | $400.00 |
| **3-Asset Sales Total** | **7.8** | **$5,340.00** |
| Heather McIntyre | 0.5 | $362.50 |
| **4-Chapter 5 Avoidance Action Investigation and Litigation Total** | **0.5** | **$362.50** |
| Abdiel Lopez-Castro | 0.6 | $210.00 |
| Heather McIntyre | 2.3 | $1,667.50 |
| Wayne Kitchens | 0.6 | $480.00 |
| **5-Tax Matters Total** | **3.5** | **$2,357.50** |
| Abdiel Lopez-Castro | 1.5 | $525.00 |
| Heather McIntyre | 2.2 | $1,595.00 |
| Wayne Kitchens | 1.8 | $1,440.00 |
| **7-Claims Administration, Analysis and Objections Total** | **5.5** | **$3,560.00** |
| Heather McIntyre | 0.2 | $145.00 |
| **8-Employment Applications Total** | **0.2** | **$145.00** |
| Abdiel Lopez-Castro | 0.5 | $175.00 |
| Heather McIntyre | 0.4 | $290.00 |
| Wayne Kitchens | 0.5 | $400.00 |
| **12-Relief from Stay Proceedings Total** | **1.4** | **$865.00** |
| Heather McIntyre | 0.7 | $507.50 |
| **18-Use of Cash Collateral Total** | **0.7** | **$507.50** |
| Heather McIntyre | 1.7 | $1,232.50 |

EXHIBIT A

| | | |
|---|---:|---:|
| **23-Monthly Operating Reports Total** | **1.7** | **$1,232.50** |
| | | |
| Heather McIntyre | 0.1 | $72.50 |
| Wayne Kitchens | 5.3 | $4,240.00 |
| **30-Litigation Total** | **5.4** | **$4,312.50** |
| | | |
| Abdiel Lopez-Castro | 16 | $5,600.00 |
| Heather McIntyre | 2.6 | $1,885.00 |
| Wayne Kitchens | 3.3 | $2,640.00 |
| **32-Fee Applications Total** | **21.9** | **$10,125.00** |
| | | |
| **Grand Total** | **59.7** | **$34,995.00** |