

# INVOICE

Invoice # 10151
Date: 09/11/2024
Due Upon Receipt

1201 Louisiana, 28th Floor
Houston, Texas 77002
Phone: 713-759-0818
Fax: 713-759-6834

Janet Northrup (HWA Attorney for Trustee)

## 2023-02460-Mountain Express Oil Company (Attorney for Trustee)

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 06/17/2024 | HM | 18-Use of Cash Collateral: Prepare cash collateral budget for third quarter 2024 and analyze expected expenses and case costs (.7) and prepare email to lender counsel regarding same (.1). | 0.80 | $725.00 | $580.00 |
| 06/17/2024 | HM | 32-Fee Applications: Review and revise HWA fourth interim fee application for January through March 2024. | 0.30 | $725.00 | $217.50 |
| 08/01/2024 | HM | 7-Claims Administration, Analysis and Objections: Confer with Federated counsel regarding stipulation and agreed order on chapter 11 administrative claim. | 0.20 | $725.00 | $145.00 |
| 08/01/2024 | HM | 3-Asset Sales: Receive and review further information on deposit for Williston sale (.1)and confer with buyer regarding same and closing (.1). | 0.20 | $725.00 | $145.00 |
| 08/01/2024 | HM | 7-Claims Administration, Analysis and Objections: Redline draft stipulation and order for Federated chapter 11 claim. | 0.20 | $725.00 | $145.00 |
| 08/01/2024 | HM | 8-Employment Applications: Review application to employ forensic accountant and expert witness (.2) and confer with Trustee regarding same (.1). | 0.30 | $725.00 | $217.50 |
| 08/01/2024 | HM | 30-Litigation: Exchange emails with J. Boland and D. Kane regarding MPO and Schierl extension of deadline changes to settlement agreement to pay Schierl (.2) and confer with Trustee regarding same (.2). | 0.40 | $725.00 | $290.00 |
| 08/01/2024 | HM | 2-Asset Analysis and Recovery: Work on accounting with Pilot regarding possible amounts owed to estate. | 0.10 | $725.00 | $72.50 |
| 08/01/2024 | AL | 7-Claims Administration, Analysis and Objections: Correspondence to C. Harayda to follow up on status of proposed stipulated order as to Federated Mutual Insurance Company's admin claim and confirmation of | 0.20 | $350.00 | $70.00 |

EXHIBIT A

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | hearing date. | | | |
| 08/02/2024 | AL | 7-Claims Administration, Analysis and Objections: Correspondence to C. Harayda and B. McGowen regarding correction of the filing for the stipulated order as to Federated Mutual Insurance Company's administrative claim and confirmation of hearing date (.2), correspondence to the Court on corrected filing (.1), and prepare for hearing on Federated's Administrative Claim (was terminated) (.3). | 0.60 | $350.00 | $210.00 |
| 08/02/2024 | AL | 12-Relief from Stay Proceedings: Review draft Motion and Stipulation and Agreed Order to Lift Stay as to proceed against insurance for state litigation prepared by C. Rumbolo (.4) and confer with H. McIntyre on same (.1). | 0.50 | $350.00 | $175.00 |
| 08/02/2024 | HM | 7-Claims Administration, Analysis and Objections: Review Federated pleading on administrative claim and discuss corrections. | 0.20 | $725.00 | $145.00 |
| 08/02/2024 | HM | 18-Use of Cash Collateral: Receive and review inquiry from PDI regarding services and review cash collateral authority for same (.1) and email DIP Agent regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 08/02/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with CNR regarding status of hard drive download. | 0.20 | $725.00 | $145.00 |
| 08/02/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee regarding PDI and CNR services and cash collateral authority for same. | 0.10 | $725.00 | $72.50 |
| 08/02/2024 | HM | 2-Asset Analysis and Recovery: Work on unclaimed property forms and requested indemnification clause. | 0.10 | $725.00 | $72.50 |
| 08/02/2024 | HM | 12-Relief from Stay Proceedings: Revise proposed motion and order lifting stay for litigation against insurance only. | 0.20 | $725.00 | $145.00 |
| 08/02/2024 | HM | 2-Asset Analysis and Recovery: Receive and review CNR update on services and closing down and inform DIP Agent as to same. | 0.10 | $725.00 | $72.50 |
| 08/03/2024 | HM | 16-Asset Abandonment: Receive and review notice of abandonment of contents at convenience store. | 0.10 | $725.00 | $72.50 |
| 08/03/2024 | HM | 2-Asset Analysis and Recovery: Confer with PDI regarding extension of services to access books and records. | 0.10 | $725.00 | $72.50 |
| 08/03/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review comments on motion for administrative bar date (.1) and revise same (.2). | 0.30 | $725.00 | $217.50 |
| 08/05/2024 | AL | 12-Relief from Stay Proceedings: Revise draft Motion and Stipulation and Agreed Order to Lift Stay as to proceed against insurance for state litigation prepared by C. Rumbolo (.1), confer with H. McIntyre and Trustee on same (.1), and correspond with C. Rumbolo | 0.30 | $350.00 | $105.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | on approval of same (.1). | | | |
| 08/05/2024 | AL | 32-Fee Applications: Begin drafting J. Johnston's First & Final Nunc Pro Tunc Fee Application for services rendered as special litigation counsel. | 3.00 | $350.00 | $1,050.00 |
| 08/05/2024 | HM | 2-Asset Analysis and Recovery: Confer with special counsel and accountants regarding expected continued need of PDI access. | 0.10 | $725.00 | $72.50 |
| 08/05/2024 | HM | 2-Asset Analysis and Recovery: Status call with DIP Agent and Trustee team regarding real estate closings, potential litigation, fuel receipts, tax status and books and records. | 0.50 | $725.00 | $362.50 |
| 08/05/2024 | HM | 3-Asset Sales: Exchange multiple emails with buyer and title company regarding closing Williston and possible need for extension. | 0.30 | $725.00 | $217.50 |
| 08/05/2024 | HM | 32-Fee Applications: Work on Jim Johnston nunc pro tunc fee application. | 0.10 | $725.00 | $72.50 |
| 08/05/2024 | HM | 12-Relief from Stay Proceedings: Review redlined changes to stipulation and agreed order on lifting stay as to insurance proceeds litigation. | 0.10 | $725.00 | $72.50 |
| 08/05/2024 | HM | 7-Claims Administration, Analysis and Objections: Finalize and file motion to set chapter 11 administrative bar date. | 0.20 | $725.00 | $145.00 |
| 08/06/2024 | AL | 32-Fee Applications: No Charge - Continue drafting J. Johnston's First & Final Nunc Pro Tunc Fee Application for services rendered as special litigation counsel (3.4) and circulate to H. McIntyre (.1). | 3.50 | $0.00 | $0.00 |
| 08/06/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with G. Juengling regarding status of interim distribution analysis, tax returns and access to debtors books and records via CNR and PDI. | 0.20 | $725.00 | $145.00 |
| 08/06/2024 | HM | 5-Tax Matters: Review outstanding tax projects (.3) and telephone conference with Whitley Penn regarding status of projects (.5). | 0.80 | $725.00 | $580.00 |
| 08/06/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Confer with R. Woolley regarding status of non-insider transfer analysis for chapter 5s and access to books and records required for analysis. | 0.20 | $725.00 | $145.00 |
| 08/06/2024 | HM | 2-Asset Analysis and Recovery: Receive and review EIN verification letter and work on notice of correct EIN to correct docket. | 0.10 | $725.00 | $72.50 |
| 08/06/2024 | HM | 3-Asset Sales: Telephone conference with closing agent regarding underwriting requirement and further documents needed on Williston closing. | 0.30 | $725.00 | $217.50 |
| 08/06/2024 | HM | 2-Asset Analysis and Recovery: Confer with PDI on monthly extension as allowed by Court order. | 0.10 | $725.00 | $72.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/06/2024 | WK | 30-Litigation: Emails to and from S. Rosenwasser and J. Johnston regarding discovery and production of documents (.3); discuss same with H. McIntyre and Trustee on how best to proceed with potential conflict issues (.3). | 0.60 | $800.00 | $480.00 |
| 08/06/2024 | WK | 30-Litigation: Receipt and review of Weintraub letter to J. Johnston (.2); discuss same with Trustee (.1). | 0.30 | $800.00 | $240.00 |
| 08/07/2024 | AL | 1-General Administration: Revise draft Notice of Debtor's Correct EIN. | 0.20 | $350.00 | $70.00 |
| 08/07/2024 | WK | 30-Litigation: Emails to and from S. Rosenwasser regarding Johnston document request. | 0.20 | $800.00 | $160.00 |
| 08/08/2024 | AL | 7-Claims Administration, Analysis and Objections: Review K. Walsh's inquiry on Motion for Administrative Claims (.1), draft Amended Order on same to cure issue (.2) and confer with H. McIntyre and Trustee on same (.1). | 0.40 | $350.00 | $140.00 |
| 08/08/2024 | AE | 3-Asset Sales: Sale of North Dakota property to Chesterfield Faring Ltd. - Review emails from title company and proposed buyer and title commitment (.3). Emails regarding existing fee or leasehold mortgages on title (.2). | 0.50 | $500.00 | $250.00 |
| 08/08/2024 | HM | 3-Asset Sales: Receive and review multiple emails regarding possible liens on Williston property (.2) and confer with Trustee regarding same (.1). | 0.30 | $725.00 | $217.50 |
| 08/09/2024 | AL | 7-Claims Administration, Analysis and Objections: Revise draft Amended Order on Administrative Claims (.1), confer with H. McIntyre and Trustee on same (.2), and multiple correspondence with K. Walsh's on same (.2). | 0.50 | $350.00 | $175.00 |
| 08/09/2024 | HM | 32-Fee Applications: Receive and review Porter & Hedges fee statement and confer with accountant regarding cash analysis of funds on hand. | 0.10 | $725.00 | $72.50 |
| 08/09/2024 | HM | 2-Asset Analysis and Recovery: Receive and review multiple emails with PDI regarding access to books and records and possible consulting fees for same. | 0.20 | $725.00 | $145.00 |
| 08/09/2024 | HM | 2-Asset Analysis and Recovery: Confer with accountant regarding gathering information from PDI for 2023 return by end of August. | 0.10 | $725.00 | $72.50 |
| 08/09/2024 | HM | 1-General Administration: Revise Notice of Correct EIN per IRS provided letter. | 0.20 | $725.00 | $145.00 |
| 08/09/2024 | HM | 32-Fee Applications: Receive and review orders granting Trustee and Porter & Hedges fees. | 0.20 | $725.00 | $145.00 |
| 08/12/2024 | HM | 32-Fee Applications: Revise first and final fee application for Johnston as to KASE litigation. | 0.60 | $725.00 | $435.00 |
| 08/12/2024 | HM | 3-Asset Sales: Confer on Bills of Sale related to USTs and transmittal to State of Pennsylvania regarding their | 0.10 | $725.00 | $72.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | concerns with current owner. | | | |
| 08/13/2024 | AL | 7-Claims Administration, Analysis and Objections: Receive email from A. Tarr regarding adding language in proposed order on Motion for Administrative Claims to exclude creditors who already filed applications (.1), confer with H. McIntyre on same (.2), and draft Second Amended Proposed Order on same (.3). | 0.60 | $350.00 | $210.00 |
| 08/13/2024 | AL | 32-Fee Applications: Revise Johnston's draft First & Final Nunc Pro Tunc Fee Application for services rendered as special litigation counsel. | 1.60 | $350.00 | $560.00 |
| 08/13/2024 | HM | 2-Asset Analysis and Recovery: Confer with accountants regarding status of ongoing projects with ETAs. | 0.20 | $725.00 | $145.00 |
| 08/13/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review request for redlines to order on chapter 11 expense application process from Andy Tarr (.1) and revise proposal to address objection (.2). | 0.30 | $725.00 | $217.50 |
| 08/13/2024 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding 1% carve out. | 0.10 | $725.00 | $72.50 |
| 08/14/2024 | HM | 2-Asset Analysis and Recovery: Confer on claims collection efforts by State of Louisiana against Brothers Petroleum. | 0.10 | $725.00 | $72.50 |
| 08/14/2024 | HM | 3-Asset Sales: Confer with J. Nieto regarding closing and HUD allocations for Troy, NC. | 0.20 | $725.00 | $145.00 |
| 08/14/2024 | HM | 3-Asset Sales: Respond to inquiry on possible sale of USTs. | 0.10 | $725.00 | $72.50 |
| 08/14/2024 | HM | 32-Fee Applications: Revise time for July HWA fee statement in accordance with order on interim compensation for professionals. | 0.30 | $725.00 | $217.50 |
| 08/14/2024 | HM | 5-Tax Matters: Review tax worksheets provided by Clint Crane (.2) and confer with DIP Agent regarding same (.1). | 0.30 | $725.00 | $217.50 |
| 08/15/2024 | AE | 3-Asset Sales: Regarding sale of property in Williston, ND: Conference call with H. McIntyre and Kendra Baldt of The Title Team (title company) regarding apparent lien issues and general status of transaction (.4). Review and revise Special Warranty Deed and Quitclaim Assignment of Lease (1.2). Emails with Kendra regarding same (.2). | 1.80 | $500.00 | $900.00 |
| 08/15/2024 | HM | 3-Asset Sales: Exchange multiple emails regarding release of liens on Williston property with title and buyer. | 0.30 | $725.00 | $217.50 |
| 08/15/2024 | HM | 2-Asset Analysis and Recovery: Confer with J. Nieto regarding balance of 1% holdback account based on receipts. | 0.10 | $725.00 | $72.50 |
| 08/15/2024 | HM | 5-Tax Matters: Telephone conference with G. Juengling | 0.60 | $725.00 | $435.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding PDI data and access and reports availability after PDI shut down, July 2024 MOR, and review analysis of cash on hand, use of cash collateral and possible interim distribution. | | | |
| 08/15/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee regarding cash analysis for possible interim distribution. | 0.40 | $725.00 | $290.00 |
| 08/15/2024 | HM | 3-Asset Sales: Telephone conference with Kendra Baldt and A. Espinoza regarding issues raised by Buyer on Williston closing and items in process necessary for closing and delivery free and clear title to buyer. | 0.50 | $725.00 | $362.50 |
| 08/15/2024 | HM | 5-Tax Matters: Call with Whitley Penn tax team, DIP Lender counsel, and Trustee regarding status of tax returns and open tax issues. | 0.90 | $725.00 | $652.50 |
| 08/15/2024 | HM | 23-Monthly Operating Reports: Receive and revise July Monthly Operating Report. | 0.20 | $725.00 | $145.00 |
| 08/15/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to State of Alabama inquiry. | 0.10 | $725.00 | $72.50 |
| 08/15/2024 | HM | 3-Asset Sales: Exchange multiple emails with title and auctioneer providing items needed for Williston closing. | 0.50 | $725.00 | $362.50 |
| 08/16/2024 | AL | 23-Monthly Operating Reports: Update and revise Monthly Operating Report for July 2024. | 0.20 | $350.00 | $70.00 |
| 08/16/2024 | AL | 32-Fee Applications: Draft HWA's Fee Statement for July 2024 and compile exhibits. | 0.60 | $350.00 | $210.00 |
| 08/16/2024 | AL | 32-Fee Applications: Draft Trustee's Fee Statement for July 2024 and compile exhibits. | 0.40 | $350.00 | $140.00 |
| 08/16/2024 | HM | 3-Asset Sales: Confer with title agent regarding collecting unpaid rent at closing Williston. | 0.10 | $725.00 | $72.50 |
| 08/16/2024 | HM | 2-Asset Analysis and Recovery: Receive and review CNR status of download of books and records (.1) and confer with estate professionals regarding preservation of same (.1). | 0.20 | $725.00 | $145.00 |
| 08/16/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to inquiry on chapter 11 administrative claim process. | 0.10 | $725.00 | $72.50 |
| 08/16/2024 | HM | 3-Asset Sales: Review and revise documents requested by title for closing Williston property (.2) and respond accordingly (.2). | 0.40 | $725.00 | $290.00 |
| 08/21/2024 | HM | 3-Asset Sales: Multiple emails with broker and title regarding buyer issues with title and delaying closing of Williston per buyer request. | 0.30 | $725.00 | $217.50 |
| 08/21/2024 | HM | 12-Relief from Stay Proceedings: Receive and review order lifting stay as to insurance only for E. Watts. | 0.10 | $725.00 | $72.50 |
| 08/21/2024 | HM | 2-Asset Analysis and Recovery: Follow up with DIP agent regarding CNR hard drive and preservation of | 0.10 | $725.00 | $72.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | records. | | | |
| 08/22/2024 | HM | 18-Use of Cash Collateral: Receive and review request for interim distribution from DIP Agent (.1) and confer with G. Juengling regarding analysis for same (.1). | 0.20 | $725.00 | $145.00 |
| 08/22/2024 | HM | 18-Use of Cash Collateral: Receive and review information regarding proposed expert witness and request cost for interim distribution analysis. | 0.20 | $725.00 | $145.00 |
| 08/22/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Review demand letter on insiders for return of compensation. | 0.10 | $725.00 | $72.50 |
| 08/22/2024 | HM | 32-Fee Applications: Receive and review order approving second interim fee application of Whitley Penn. | 0.10 | $725.00 | $72.50 |
| 08/22/2024 | HM | 2-Asset Analysis and Recovery: Confer with J. Wolfshohl on incoming proceeds and related asset. | 0.10 | $725.00 | $72.50 |
| 08/22/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with J. Elrod regarding CNR services (.1) and email CNR regarding preservation of records (.1). | 0.20 | $725.00 | $145.00 |
| 08/22/2024 | HM | 2-Asset Analysis and Recovery: Receive and review emails regarding collateral abandoned by Trustee and forwarded to DIP Agent. | 0.10 | $725.00 | $72.50 |
| 08/22/2024 | WK | 30-Litigation: Emails to and from J. Elrod regarding expert witness for issues with the Bierenbaum litigation and cost for same (.2); discuss same with H. McIntyre (.1). | 0.30 | $800.00 | $240.00 |
| 08/23/2024 | HM | 18-Use of Cash Collateral: Confer with G. Juengling regarding interim cash distribution analysis. | 0.60 | $725.00 | $435.00 |
| 08/23/2024 | HM | 2-Asset Analysis and Recovery: Confer with CNR and counsel regarding status of download of CNR hosted documents for preservation of books and records. | 0.10 | $725.00 | $72.50 |
| 08/23/2024 | HM | 18-Use of Cash Collateral: Work on additional expected expenses to include in cash analysis including multiple expert witnesses and special litigation monthly expenses. | 0.20 | $725.00 | $145.00 |
| 08/23/2024 | HM | 8-Employment Applications: Receive and review order employing IAG/Karen Fortune. | 0.10 | $725.00 | $72.50 |
| 08/26/2024 | AE | 3-Asset Sales: Regarding sale of property in Williston, ND: Review and provide comments to drafts of First Amendment to Contract and Assignment. | 0.20 | $500.00 | $100.00 |
| 08/26/2024 | HM | 18-Use of Cash Collateral: Telephone conference with DIP Agent counsel and Trustee regarding open items including interim cash distribution and ongoing litigation. | 0.40 | $725.00 | $290.00 |
| 08/26/2024 | HM | 3-Asset Sales: Confer with broker on Williston closing and needed amendment. | 0.20 | $725.00 | $145.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/27/2024 | AL | 2-Asset Analysis and Recovery: Create new account with Debtor's correct TIN number for possible VISA claim. | 0.20 | $350.00 | $70.00 |
| 08/27/2024 | AL | 32-Fee Applications: Confer with H. McIntyre on HWA and Trustee Fee Statements for July 2024. | 0.20 | $350.00 | $70.00 |
| 08/27/2024 | HM | 3-Asset Sales: Confer with A. Espinoza and broker regarding amendment and assignment for Williston closing and extension of same. | 0.40 | $725.00 | $290.00 |
| 08/27/2024 | HM | 3-Asset Sales: Confer with J. Eiband and J. Nieto on accounting for UST sales. | 0.20 | $725.00 | $145.00 |
| 08/27/2024 | HM | 5-Tax Matters: Telephone conference with A. Barg and C. Crane regarding status of federal returns and excise tax allocation for disbursement. | 0.60 | $725.00 | $435.00 |
| 08/27/2024 | HM | 32-Fee Applications: Review and revise April and May Whitley Penn fee statements (.2) and confer with Trustee regarding same (.1). | 0.30 | $725.00 | $217.50 |
| 08/27/2024 | HM | 32-Fee Applications: Revise July HWA and Trustee fee statements for filing. | 0.30 | $725.00 | $217.50 |
| 08/28/2024 | HM | 32-Fee Applications: Review revised April and May fee statements for Whitely Penn and attention to filing same. | 0.10 | $725.00 | $72.50 |
| 08/28/2024 | HM | 30-Litigation: Receive and review case law regarding look back period (.1) and confer with J. Elrod, special counsel, regarding jurisdictions for filing claims (.2). | 0.30 | $725.00 | $217.50 |
| 08/28/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review order granting chapter 11 administrative claim deadline (.1) and work on executing same (.1). | 0.20 | $725.00 | $145.00 |
| 08/28/2024 | HM | 2-Asset Analysis and Recovery: Review multiple emails regarding personal property issues. | 0.10 | $725.00 | $72.50 |
| 08/28/2024 | HM | 7-Claims Administration, Analysis and Objections: Exchange emails with P. Holzer regarding chapter 11 administrative claim and confer with G. Juengling regarding same. | 0.10 | $725.00 | $72.50 |
| 08/29/2024 | AL | 2-Asset Analysis and Recovery: Review status of possible VISA claim (.1), investigate entity associated to the VISA claim (.2), and confer with H. McIntyre and Trustee on same (.1). | 0.40 | $350.00 | $140.00 |
| 08/29/2024 | HM | 2-Asset Analysis and Recovery: Receive and review inquiry regarding property to be sold from Huntington Bank and possible additional assets (.1) and analyze alleged proof of claim and lien (.2). | 0.30 | $725.00 | $217.50 |
| 08/29/2024 | AL | 32-Fee Applications: Update and revise draft First and Final Fee Application for J. Johnston (.3) and circulate/confer with Trustee and W. Kitchens on same (.1). | 0.40 | $350.00 | $140.00 |

| Date | | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 08/29/2024 | AL | 2-Asset Analysis and Recovery: Phone call with Rosen regarding trailer with possible lien from Huntington National Bank (.2), follow up with correspondence to Rosen on same (.2), review and investigate Huntington's proof of claim (.2), and confer with H. McIntyre and Trustee on same (.1). | 0.70 | $350.00 | $245.00 |
| 08/29/2024 | HM | 3-Asset Sales: Confer with J. Eiband de minimis sale report in compliance with court order. | 0.10 | $725.00 | $72.50 |
| 08/30/2024 | AL | 2-Asset Analysis and Recovery: Phone conference with H. McIntyre to discuss possible lien from Huntington National Bank on a trailer. | 0.20 | $350.00 | $70.00 |
| 08/30/2024 | AL | 30-Litigation: Phone conference with H. McIntyre and Trustee to discuss possible issues regarding J. Johnston and potential future litigation (.3) and discuss with H. McIntyre change in Motion (.1). | 0.40 | $350.00 | $140.00 |
| 08/30/2024 | HM | 30-Litigation: Review Jim Johnston case issues with collection of agreed judgment. | 0.20 | $725.00 | $145.00 |
| 08/30/2024 | HM | 30-Litigation: Confer with Trustee regarding refusal turnover of documents from Jim Johnston without payment. | 0.20 | $725.00 | $145.00 |
| 08/30/2024 | HM | 18-Use of Cash Collateral: Analyze and revise multiple versions of interim cash distribution chart. | 0.80 | $725.00 | $580.00 |
| 08/30/2024 | HM | 30-Litigation: Receive and review multiple emails of Jim Johnston refusing to turnover Debtor's legal files in response to Weintruab letter. | 0.20 | $725.00 | $145.00 |
| 08/30/2024 | HM | 30-Litigation: Confer with J. Wolfshohl regarding motion to pay J. Johnston and issues with collection cases. | 0.50 | $725.00 | $362.50 |
| 08/30/2024 | HM | 30-Litigation: Prepare motion to pay Johnston nunc pro tunc on Kase Litigation. | 0.90 | $725.00 | $652.50 |
| 08/30/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with C. Heaton regarding ownership of vacuum trailer (.1) and exchange multiple emails regarding same with landlord and Huntington Bank requesting proof of ownership and alleged properly perfected security interest (.2). | 0.30 | $725.00 | $217.50 |
| 08/30/2024 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding vacuum trailer onsite in Alpharetta and possible auction of same. | 0.10 | $725.00 | $72.50 |
| 08/30/2024 | HM | 2-Asset Analysis and Recovery: Review issues with Debtor TIN and possible recovery of VISA settlement funds. | 0.10 | $725.00 | $72.50 |
| 08/30/2024 | HM | 2-Asset Analysis and Recovery: Confer with special counsel regarding preservation of records and cancellation of CNR. | 0.10 | $725.00 | $72.50 |
| | | **Quantity Subtotal** | **43.4** | | |

|  |  | **Services Subtotal** | **$24,120.00** |
|---|---|---:|---:|

## Expenses

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---:|---:|---:|
| Expense | 07/26/2024 | RV | Postage: Postage | 1.00 | $2.00 | $2.00 |
| Expense | 08/05/2024 | LS | E108 Postage: Postage for Motion to Set Bar Date for Chapter 7 Admin Claims. | 23.00 | $0.64 | $14.72 |
| Expense | 08/05/2024 | LS | E101 Copying: Copies for Motion to Set Bar Date for Chapter 11 Claims. | 138.00 | $0.20 | $27.60 |
| Expense | 08/23/2024 | RV | Mach 5 Couriers Invoice 4099-66296 served 08.15.24; Document Retrieval | 1.00 | $70.60 | $70.60 |
| Expense | 08/27/2024 | LS | E108 Postage: Postage for Jan and HWA's 11th Fee Notices. | 23.00 | $0.64 | $14.72 |
| Expense | 08/27/2024 | LS | E101 Copying: Copies for Jan and HWA's 11th Fee Notices. | 138.00 | $0.20 | $27.60 |

|  | **Expenses Subtotal** | **$157.24** |
|---|---:|---:|

| Time Keeper | Quantity | Rate | Total |
|---|---:|---:|---:|
| Aaron Espinoza | 2.5 | $500.00 | $1,250.00 |
| Wayne Kitchens | 1.4 | $800.00 | $1,120.00 |
| Abdiel Lopez-Castro | 11.6 | $350.00 | $4,060.00 |
| Abdiel Lopez-Castro | 3.5 | $0.00 | $0.00 |
| Heather McIntyre | 24.4 | $725.00 | $17,690.00 |

|  | **Quantity Total** | **43.4** |
|---|---:|---:|
|  | **Subtotal** | **$24,277.24** |
|  | **Total** | **$24,277.24** |

Please make all amounts payable to: HughesWattersAskanase
To pay by credit card you may go through our link at: https://app.clio.com/link/7e3rrnDf7g9g

**Mountain Express Oil Company**

| Task Code and Timekeeper | Sum of Hours | Sum of Billable |
|---|---|---|
| Abdiel Lopez-Castro | 0.2 | $70.00 |
| Heather McIntyre | 0.2 | $145.00 |
| **1-General Administration Total** | **0.4** | **$215.00** |
| Abdiel Lopez-Castro | 1.5 | $525.00 |
| Heather McIntyre | 4.2 | $3,045.00 |
| **2-Asset Analysis and Recovery Total** | **5.7** | **$3,570.00** |
| Aaron Espinoza | 2.5 | $1,250.00 |
| Heather McIntyre | 4.5 | $3,262.50 |
| **3-Asset Sales Total** | **7** | **$4,512.50** |
| Heather McIntyre | 0.3 | $217.50 |
| **4-Chapter 5 Avoidance Action Investigation and Litigation Total** | **0.3** | **$217.50** |
| Heather McIntyre | 3.2 | $2,320.00 |
| **5-Tax Matters Total** | **3.2** | **$2,320.00** |
| Abdiel Lopez-Castro | 2.3 | $805.00 |
| Heather McIntyre | 1.9 | $1,377.50 |
| **7-Claims Administration, Analysis and Objections Total** | **4.2** | **$2,182.50** |
| Heather McIntyre | 0.4 | $290.00 |
| **8-Employment Applications Total** | **0.4** | **$290.00** |
| Abdiel Lopez-Castro | 0.8 | $280.00 |
| Heather McIntyre | 0.4 | $290.00 |
| **12-Relief from Stay Proceedings Total** | **1.2** | **$570.00** |
| Heather McIntyre | 0.1 | $72.50 |
| **16-Asset Abandonment Total** | **0.1** | **$72.50** |
| Heather McIntyre | 3.9 | $2,827.50 |
| **18-Use of Cash Collateral Total** | **3.9** | **$2,827.50** |
| Abdiel Lopez-Castro | 0.2 | $70.00 |
| Heather McIntyre | 0.2 | $145.00 |

EXHIBIT A

| | | |
|---|---:|---:|
| **23-Monthly Operating Reports Total** | **0.4** | **$215.00** |
| | | |
| Abdiel Lopez-Castro | 0.4 | $140.00 |
| Heather McIntyre | 2.7 | $1,957.50 |
| Wayne Kitchens | 1.4 | $1,120.00 |
| **30-Litigation Total** | **4.5** | **$3,217.50** |
| | | |
| Abdiel Lopez-Castro | 9.7 | $2,170.00 |
| Heather McIntyre | 2.4 | $1,740.00 |
| **32-Fee Applications Total** | **12.1** | **$3,910.00** |
| | | |
| **Grand Total** | **43.4** | **$24,120.00** |

EXHIBIT A