**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| MOUNTAIN EXPRESS OIL COMPANY, *et al.*, | ) | Case No. 23-90147 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**APPLICATION FOR ALLOWANCE
AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

| | |
|---|---|
| **CREDITOR NAME:** | Mountain Portfolio Owner NJ 2 LLC |
| **OTHER NAMES USED WITH THE DEBTOR:** | Blue Owl Real Estate Capital LLC; Oak Street Real Estate Capital, LLC |
| **CREDITOR ADDRESS:** | 30 N LaSalle Street, Suite 4140 Chicago, IL 60602 |
| **CREDITOR EMAIL ADDRESS:** | drew.wides@blueowl.com |
| **CREDITOR PHONE NUMBER:** | (773) 389-6502 |
| **DEBTOR AGAINST WHOM CLAIM IS ASSERTED:** | MEX RE-NE-NJ LLC |
| **AMOUNT OF CLAIM:[2]** | $4,145.81 |
| **BASIS OF CLAIM:** | Unpaid rent from August 1, 2023 through and including August 24, 2023 arising under that certain lease attached hereto as Exhibit A |

---

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov. The location of Debtor Mountain Express Oil Company's principal place of business was 3650 Mansell Road, Suite 250, Alpharetta, GA 30022. The Debtors' service address is Neil Lansing, Designated Representative, 2295 Haynes Trail, Johns Creek, GA 30022.

[2] For the avoidance of doubt, the administrative claim asserted by this Application was included in the proof of claim filed on April 18, 2024 in advance of the general claims bar date established in these chapter 7 cases [Docket No. 1853]. *See* Claim 391.

2

| | |
|---|---|
| **BASES FOR RELIEF:** | Sections 365(d), 503(b)(1), and 507(a)(2) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 |

I swear or affirm under penalty of perjury that I am over the age of eighteen and otherwise competent to make this declaration and that the foregoing statements are within my personal knowledge and are true and correct.

| | |
|---|---|
| **SIGNED:** | */s/ Steven N. Serajeddini* |
| **PRINTED NAME AND TITLE:** | Steven N. Serajeddini Partner, Kirkland & Ellis LLP |
| **ADDRESS:** | 601 Lexington Avenue New York, NY 10022 |
| **EMAIL ADDRESS:** | steven.serajeddini@kirkland.com |
| **PHONE NUMBER:** | (212) 446-4800 |

**<u>Exhibit A</u>**

**Lease**

**FIRST AMENDMENT TO**
**AMENDED AND RESTATED MASTER LEASE AGREEMENT**
**(FUND V)**

This First Amendment to Amended and Restated Master Lease Agreement (Fund V) (the "Amendment") is made and entered into as of January 16, 2023 (the "Effective Date"), by and between the entities listed as Landlord on the signature page hereto ("Landlord"), and the entities listed as Tenant on the signature page hereto ("Tenant"), and acknowledged and agreed to by Mountain Express Oil Company, a Georgia Corporation ("Mountain Express"), as guarantor of the Master Lease (as defined below), Turjo Wadud, an individual residing in the State of Georgia, and Lamar Frady, an individual residing in the State of Georgia (together, the "MEX Principals").

RECITALS:

A.      Landlord and Tenant entered into that certain Amended and Restated Master Lease Agreement (Fund V) dated as of January 1, 2023 (as amended from time to time, the "Master Lease"), with respect to the properties more particularly described therein (individually and/or collectively, as the context may require, the "Properties").  All capitalized terms not otherwise defined herein have the meanings assigned to such terms in the Master Lease.

B.      Landlord and Tenant now desire to amend the Master Lease upon the terms and conditions contained herein.

AGREEMENT:

NOW, THEREFORE, for Ten and No/100 Dollars and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows:

1.      **Additional Advance**.  Within one (1) business day after the Effective Date, Landlord will fund Five Million Eight Hundred Forty-Four Thousand One Hundred Fifty-Two and 05/100 Dollars ($5,844,152.05) (the "Additional Advance") into an escrow account (the "Escrow Account") held by Old Republic Title Insurance Company ("Escrow Agent"), pursuant to an escrow agreement entered into between Landlord and Escrow Agent. Upon request by Tenant, Landlord shall provide to Tenant reasonable evidence that the Additional Advance has been deposited into the Escrow Account. The fee of Five Hundred and No/100 Dollars ($500.00) charged by the Escrow Agent to maintain the Escrow Account shall be paid from the Additional Advance. Landlord and Tenant hereby acknowledge and agree that such Additional Advance shall be deemed to be added to the purchase price paid by Landlord for the Properties and shall be allocated proportionately among the Properties in proportion to the applicable purchase price previously paid by the applicable Landlord for the applicable Properties.

2.      **Base Rent**.  As of the Effective Date, Exhibit A of the Master Lease is hereby deleted and replaced in its entirety with Exhibit A attached hereto, reflecting (i) an increase in the Base Rent to take into account the Additional Advance, and (ii) a ten percent (10%) increase in the Base Rent commencing as of April 1, 2023.  As of the Effective Date, Exhibit B-2 of the Master Lease is hereby deleted and replaced in its entirety with Exhibit B-2 attached hereto, reflecting (x) an increase in the Allocated Base Rent to take into account the Additional Advance, and (y) a ten

percent (10%) increase in the Allocated Base Rent commencing as of April 1, 2023. However, if, and only if, the New Capital Requirement (as defined below) is satisfied in the required timeframes set forth in Section 6 below, then (A) such ten percent (10%) Base Rent increase described in the foregoing clauses (ii) and (y) shall be null and void, (B) Landlord shall credit back to Tenant the incremental Base Rent reflecting such ten percent (10%) increase to the extent actually paid by Tenant prior to the New Capital Requirement being satisfied (which credit may, at Landlord's election, be in the form of a cash payment by Landlord to Tenant or in the form of an offset by Tenant against Base Rent payable to Landlord on the next succeeding Base Rent payment dates), and (C) the columns on Exhibit A and Exhibit B-2 of the Master Lease setting forth amounts of Base Rent and Allocated Base Rent that do not reflect such ten percent (10%) increase shall thereafter be applicable.

3.      **Disbursements from Escrow Account**.   The Additional Advance shall be disbursed from the Escrow Account as follows:

(a)      Provided that no new or additional Event of Default (i.e., excluding (x) Events of Default that exist as of the Effective Date and (y) Events of Default that occur after the Effective Date but that are caused solely by events that occurred or conditions that existed prior to the Effective Date) (a "Prospective Event of Default") has occurred and is continuing:

(i)      On the Effective Date, Landlord shall direct Escrow Agent to disburse a portion of the Additional Advance equal to Three Million Thirty-Four Thousand Two Hundred Seventy-Three and 05/100 Dollars ($3,034,273.05) from the Escrow Account to Landlord to be applied to the Base Rent that was due and payable by Tenant to Landlord on January 1, 2023 under the Master Lease.

(ii)      On or before February 1, 2023, Landlord shall direct Escrow Agent to disburse a portion of the Additional Advance equal to Three Million One Hundred Thirty-Two Thousand Eight Hundred Forty-Eight and 48/100 Dollars ($3,132,848.48) from the Escrow Account to Landlord to be applied to the Base Rent due and payable by Tenant to Landlord on February 1, 2023 under the Master Lease.

(iii)      On or before March 1, 2023, Landlord shall direct Escrow Agent to disburse a portion of the Additional Advance equal to Three Million One Hundred Thirty-Two Thousand Eight Hundred Forty-Eight and 48/100 Dollars ($3,132,848.48) from the Escrow Account to Landlord to be applied to the Base Rent due and payable by Tenant to Landlord on March 1, 2023 under the Master Lease.

(b)      If a Prospective Event of Default has occurred and is continuing, Landlord shall have the right, in its sole and absolute discretion, to direct Escrow Agent to disburse any remaining Additional Advance from the Escrow Account to Landlord. If Landlord elects to cause any such portion of the Additional Advance to be disbursed from the Escrow Account pursuant to this Section 3(b), Landlord shall notify Tenant thereof promptly thereafter.

(c)     Unless a Prospective Event of Default has occurred and is continuing, it shall not be an Event of Default under the Lease (including for purposes of this Section 3) if Tenant fails to pay Base Rent on the Effective Date, February 1, 2023 or March 1, 2023 if such failure results from the Landlord's or Escrow Agent's failure to disburse the Additional Advance and apply it to Base Rent.

4.     **Cooperation**.  Upon the occurrence of any Event of Default, Tenant, Mountain Express and the MEX Principals shall cooperate with Landlord in all respects, at the sole cost and expense of Mountain Express, to transfer operation of all or any portion of the Sites (as determined by Landlord) to a replacement operator designated by Landlord.  Without limitation of the foregoing, within ten (10) days after the Effective Date, Tenant, Mountain Express and the MEX Principals shall deliver to Landlord executed pledge agreements, in form and substance reasonably satisfactory to Landlord, pledging in favor of Landlord (x) one hundred percent (100%) of the equity interests in each Tenant (and any other entity that owns assets used in the operation of the Properties) and (y) all of the operating assets used in the operation of the Properties (collectively, the "Pledges"), which Pledges shall be enforceable by Landlord upon the occurrence of any Event of Default; provided, however, that, if delivery of such Pledges is prohibited by the express terms and conditions of the credit documents evidencing and securing the indebtedness of Mountain Express as of the Effective Date, then Tenant, Mountain Express and MEX Principals shall not be so required to deliver such Pledges so long as such prohibition remains in effect; provided, further, that Tenant, Mountain Express and MEX Principals shall use good faith, best efforts to cause the applicable lenders with respect to such credit documents to modify or waive such prohibitions to permit the Pledges to be provided to Landlord.  Notwithstanding the foregoing, but without limitation of any other provisions of the Master Lease, the foregoing obligations of Mountain Express and the MEX Principals to so cooperate with such transfer of operations shall not apply (a) to any Event of Default caused solely by the failure of Mountain Express and/or Tenant, as applicable, to comply with financial covenants set forth in Section 31(B) of the Master Lease, financial reporting requirements in Sections 31(C) and 31(D) of the Master Lease or notice requirements under Section 33 the Master Lease nor (b) to any Event of Default first occurring after September 30, 2024.

5.     **Cooperation Regarding Amendments**.  Prior to March 31, 2023, Landlord and Tenant agree to negotiate in good faith with respect to amendments to certain reporting, financial and audit covenants contained in Section 31 of the Master Lease to reflect the current circumstances in and condition of the Mountain Express business, provided that, for the avoidance of doubt, the foregoing shall not require Landlord to agree to any such amendments that it in good faith does not approve.

6.     **New Capital Requirement**.  The MEX Principals shall (and, to the extent the MEX Principals do not have sufficient capital to do so, shall use their best efforts to cause one or more third parties to) contribute at least Ten Million and No/100 Dollars ($10,000,000.00) in new capital into Mountain Express, in the form of a cash contribution to be structured as subordinated debt and/or equity, in the amounts and within the timeframes as follows (the "New Capital Requirement"):    (i) no later than March 31, 2023, Two Million and No/100 Dollars ($2,000,000.00); (ii) no later than June 30, 2023, an additional Two Million and No/100 Dollars ($2,000,000.00); and (iii) no later than September 30, 2023, an additional Six Million and No/100

3

Dollars ($6,000,000.00).  The failure to satisfy the New Capital Requirement shall constitute an Event of Default but shall not constitute a direct claim or liability against the MEX Principals.

7.    **Costs**.    On the Effective Date, Mountain Express will pay or reimburse (as applicable) Landlord's reasonable and documented costs and expenses (including, without limitation, reasonable attorney's fees and other legal costs) incurred in connection with the transaction contemplated by this Amendment (which amount may be funded by Landlord and certain of its affiliates as part of the Additional Advance and capitalized into the Master Lease as described above).

8.    **Intentionally Deleted**.

9.    **Representations and Warranties**.  As of the Effective Date, each of Tenant and Mountain Express each represents and warrants to Landlord as follows:

(a)    Each of Tenant and Mountain Express is duly organized, validly existing, and in good standing under the laws of their state of organization and are duly qualified as a foreign entities and are currently in good standing in each state in which such qualification is required for the conduct of each of Tenant's and Mountain Express's business as it is currently being conducted (including, as applicable, the state where the Property is located).

(b)    Each of Tenant and Mountain Express has the full authority and due capacity to execute, deliver, and perform this Amendment and all documents, instruments and agreements executed in connection herewith to which they are a party.  Such execution, delivery, and performance has been duly authorized as required under the organizational documents of each of Tenant and Mountain Express, and the individuals and entities executing this Amendment on behalf of each of Tenant and Mountain Express have been duly authorized and empowered to bind each such party by such execution.

(c)    This Amendment has been duly executed and delivered to Landlord by each of Tenant and Mountain Express and is valid, binding, and enforceable against each of them in accordance with its terms.

(d)    Neither the execution and delivery of this Amendment nor the performance of its terms and compliance with its conditions will conflict with or result in a breach of any of the terms, conditions or provisions of or constitute a violation or default under any organizational document of either of Tenant or Mountain Express or, to the actual knowledge of Tenant or Mountain Express, applicable law, regulation, judgment, writ, order or decree to which either of Tenant or Mountain Express or any property of either of Tenant or Mountain Express is subject.  Any breach of the representations and warranties set forth in this Section 9(d) shall be subject to the notice and cure period set forth in Section 24(ix) of the Master Lease.

(e)    To the actual knowledge of Tenant or Mountain Express, each of Tenant and Mountain Express is in compliance in all material respects with all federal, state and local laws, rules, and regulations applicable to their respective properties, operations, businesses, and finances.  Any breach of the representations and warranties set forth in this

4

Section 9(e) shall be subject to the notice and cure periods set forth in Section 24(ix) of the Master Lease.

10. **Landlord Release**. As of the Effective Date, each of Tenant, Mountain Express and the MEX Principals and their respective past, present and future employees, agents, attorneys, representatives, successors and assigns, and all persons or entities claiming by, through or under any of them (and their respective successors and assigns, collectively, the "MEX Releasing Parties"), hereby:

(a) acknowledges, agrees and affirms that none of them possesses any claims, defenses, offsets, rights of recoupment or counterclaims of any kind or nature against or with respect to the enforcement or administration of the Master Lease or the Guaranty, or any knowledge of any facts or circumstances that might give rise to or be the basis of any such claims, defenses, offsets, rights of recoupment or counterclaims;

(b) remises, releases, acquits and forever discharges Landlord, and its predecessors in interest, affiliates, subsidiaries and assigns, and all of their respective past, present and future shareholders, members, directors, managers, officers, employees, attorneys, advisers, consultants, servicers, representatives or agents (collectively, the "Landlord Released Parties") from any and all manner of debts, accounts, bonds, warranties, representations, controversies, liabilities, obligations, expenses, damages, judgments, executions, actions, claims, demands and causes of action of any nature whatsoever, whether at law or in equity, whether known or unknown, that any of the MEX Releasing Parties now have or may hereafter have by reason of any act, omission, matter, cause or thing, from the beginning of the world to and including the date this Amendment is executed and delivered by all parties hereto, except for those arising from any act or omission that constituted actual fraud, willful misconduct or gross negligence by such Landlord Released Party (all of the foregoing released claims are referred to as the "MEX Released Claims");

(c) agrees that it is the intention of each of the MEX Releasing Parties that the foregoing release shall be effective with respect to all matters, past and present, known and unknown, suspected and unsuspected, and each of the MEX Releasing Parties realizes and acknowledges that factual matters now unknown to it may have given or may hereafter give rise to losses, damages, liabilities, costs and expenses which are presently unknown, unanticipated and unsuspected, and that each of the MEX Releasing Parties further agrees that the waivers and releases in this Amendment have been negotiated and agreed upon in light of that realization and that each of the MEX Releasing Parties nevertheless hereby intends to release, discharge and acquit the Landlord Released Parties from any such unknown losses, damages, liabilities, costs and expenses;

(d) agrees, jointly and severally, to indemnify the Landlord Released Parties for, hold the Landlord Released Parties harmless from and against, and undertake the defense of the Landlord Released Parties with respect to, all MEX Released Claims that each of the Releasing Parties may assert with respect to any of the MEX Released Claims, despite the existence of the releases granted by the MEX Releasing Parties herein;

5

(e)      acknowledges that Landlord is specifically relying upon each of the MEX Releasing Parties' acknowledgements and agreements in this Section in executing this Amendment, and that in the absence of such agreements Landlord would be unwilling to agree to the modifications provided for in this Amendment; and

(f)      agrees that all releases and discharges by each of the MEX Releasing Parties in this Amendment shall have the same effect as if each released or discharged matter had been the subject of a legal proceeding, adjudicated to final judgment from which no appeal could be taken and therein dismissed with prejudice.

11.      **Intentionally Deleted**.

12.      **Ratification**.      Each of Tenant and Mountain Express hereby expressly, unconditionally, irrevocably and unequivocally (i) ratifies each of their obligations under the Master Lease and the Guaranty (the "Ratifying Parties Obligations") and confirms that such Ratifying Parties Obligations, and all waivers, covenants and agreements by each of Tenant and Mountain Express in the Master Lease and the Guaranty, remain in full force and effect for the benefit of Landlord, (ii) reaffirms its continuing absolute liability for the payment and performance of all of the Ratifying Parties Obligations, and (iii) confirms that such Ratifying Parties Obligations have not been modified or amended and that each of Tenant's and Mountain Express's liabilities under such Ratifying Parties Obligations have not been limited, impaired or affected in any manner by any existing or previous event, fact or circumstance, in each case subject to the terms of this Amendment, including without limitation Section 5(a) hereof.

13.      **Miscellaneous**.  The provisions of this Amendment shall govern and control in the event of any conflict between this Amendment and the provisions of the Master Lease.  The parties hereto, and each of them, agree to execute from time to time, any and all documents reasonably requested by the others to carry out the intent of this Amendment.  Wherever possible, each provision of this Amendment shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Amendment shall be prohibited by or invalid under applicable law, such provision shall be ineffective to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Amendment.  This Amendment shall be governed by the laws of the State of Louisiana.  EACH OF THE PARTIES HERETO, BY ACCEPTANCE OF THIS AMENDMENT, HEREBY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, THE RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM, WHETHER IN CONTRACT, TORT OR OTHERWISE, RELATING DIRECTLY OR INDIRECTLY TO THIS AMENDMENT.  This Amendment shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assigns.  Time is of the essence with respect to all agreements and obligations of each of Tenant, Mountain Express and the MEX Principals contained herein.  This Amendment is solely for the benefit of the parties hereto and no persons other than the parties hereto and the Landlord Released Parties shall be entitled to claim or receive any benefit by reason of this Amendment.

14.      **Counterparts**.  This Amendment may be executed in counterparts, each of which shall constitute an original, but all together shall constitute one and the same instrument. Signatures

6

to this Amendment delivered electronically via .pdf, .jpeg, .TIF, .TIFF, DocuSign or similar electronic format shall be deemed an original signature and fully effective as such for all purposes.

15.     **Survival**. The provisions of Sections 4, 10, 12, 13, 14 and 15 of this Amendment shall survive the expiration or earlier termination of the Master Lease.

[SIGNATURE PAGES ON FOLLOWING PAGE]

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date first set forth above.

LANDLORD:

**MOUNTAIN DATX001 LLC**
**MOUNTAIN BSTX001 LLC**
**MOUNTAIN DATX003 LLC**
**MOUNTAIN PORTFOLIO OWNER LA 3 LLC**
**MOUNTAIN PORTFOLIO OWNER LA 2 LLC**
**MOUNTAIN PORTFOLIO OWNER LA 2 LLC**
**MOUNTAIN PORTFOLIO OWNER NJ LLC**
**MOUNTAIN PORTFOLIO OWNER NC 2 LLC**
**MOUNTAIN PORTFOLIO OWNER OK LLC**
**MOUNTAIN BMTX001 LLC**
**MOUNTAIN FWTX001 LLC**
**MOUNTAIN FWTX002 LLC**
**MOUNTAIN FWTX003 LLC**
**MOUNTAIN NRTX001 LLC**
**MOUNTAIN PORTFOLIO OWNER NY LLC**
**MOUNTAIN PORTFOLIO OWNER MS LLC**
**MOUNTAIN PORTFOLIO OWNER LA 5 LLC**
**MOUNTAIN PORTFOLIO OWNER NJ LLC**
**MOUNTAIN PORTFOLIO OWNER PA LLC**
**MOUNTAIN PORTFOLIO OWNER LA 4 LLC**
**MOUNTAIN PORTFOLIO OWNER LA 6 LLC**
**MOUNTAIN PORTFOLIO OWNER LA ND LLC**
**MOUNTAIN PORTFOLIO OWNER WI MI LLC**
**MOUNTAIN PORTFOLIO OWNER NJ 2 LLC**
**MOUNTAIN PORTFOLIO OWNER MS 3 LLC**
**MOUNTAIN PORTFOLIO OWNER AL LLC**
**MOUNTAIN PORTFOLIO OWNER OK 2 LLC**,
each a Delaware limited liability company

By: _____
Name:    Michael Reiter
Title:    Authorized Representative

8

DocuSign Envelope ID: CDF051D5-3079-44AB-BBD6-A636239A2A05

**TENANT:**

**MEX RE-NE-NJ LLC**
**MEX RE-SW-LA LLC**
**MEX RE-SE-AL LLC**
**MEX RE-NW-WI LLC**
**MEX RE-SE-MS LLC**
**MEX RE-SW-TX LLC**
**MEX RE-SW-OK LLC**
**MEX-RE-SE-NC LLC**
**MEX RE-SW-LA LLC**
**MEX RE-NE-PA LLC**
**MEX RE-NE-NY LLC**,
each a Wyoming limited liability company

By: Mountain Express Oil Company,
a Georgia corporation, its manager

By: _Turjo Wadud_

Name: _____

Title: CEO

9

DocuSign Envelope ID: CDF051D5-3979-44AB-BBD6-A636239A2A95

**GUARANTOR:**

**MOUNTAIN EXPRESS OIL COMPANY,**
a Georgia corporation

By: _____

Name: _____

Title: _____CEO_____

**Solely for purposes of acknowledging and agreeing to Section 4 and Section 9 of this Amendment:**

**MEX PRINCIPALS:**

_____
Turjo Wadud

_____
Lamar Frady

**Exhibit A**

**EXHIBIT A**
**TO**
**LEASE AGREEMENT**

**BASE RENT SCHEDULE**

| Lease Year | Annual Base Rent (with 10% Increase) | Monthly Base Rent (with 10% Increase) | Annual Base Rent (without 10% Increase) | Monthly Base Rent (without 10% Increase) |
|---|---|---|---|---|
| **Initial Term** | | | | |
| 1* | $ 40,414,882.15 | $ 3,367,906.85 | $ 37,594,181.82 | $ 3,132,848.48 |
| 2 | $ 42,197,677.02 | $ 3,516,473.08 | $ 38,361,524.56 | $ 3,196,793.71 |
| 3 | $ 43,041,630.56 | $ 3,586,802.55 | $ 39,128,755.05 | $ 3,260,729.59 |
| 4 | $ 43,902,463.17 | $ 3,658,538.60 | $ 39,911,330.16 | $ 3,325,944.18 |
| 5 | $ 44,780,512.44 | $ 3,731,709.37 | $ 40,709,556.76 | $ 3,392,463.06 |
| 6 | $ 45,676,122.68 | $ 3,806,343.56 | $ 41,523,747.89 | $ 3,460,312.32 |
| 7 | $ 46,589,645.14 | $ 3,882,470.43 | $ 42,354,222.85 | $ 3,529,518.57 |
| 8 | $ 47,521,438.04 | $ 3,960,119.84 | $ 43,201,307.31 | $ 3,600,108.94 |
| 9 | $ 48,471,866.80 | $ 4,039,322.23 | $ 44,065,333.46 | $ 3,672,111.12 |
| 10 | $ 49,441,304.14 | $ 4,120,108.68 | $ 44,946,640.12 | $ 3,745,553.34 |
| 11 | $ 50,430,130.22 | $ 4,202,510.85 | $ 45,845,572.93 | $ 3,820,464.41 |
| 12 | $ 51,438,732.82 | $ 4,286,561.07 | $ 46,762,484.39 | $ 3,896,873.70 |
| 13 | $ 52,467,507.48 | $ 4,372,292.29 | $ 47,697,734.07 | $ 3,974,811.17 |
| 14 | $ 53,516,857.63 | $ 4,459,738.14 | $ 48,651,688.75 | $ 4,054,307.40 |
| 15 | $ 54,587,194.78 | $ 4,548,932.90 | $ 49,624,722.53 | $ 4,135,393.54 |
| 16 | $ 55,678,938.68 | $ 4,639,911.56 | $ 50,617,216.98 | $ 4,218,101.42 |
| 17 | $ 56,792,517.45 | $ 4,732,709.79 | $ 51,629,561.32 | $ 4,302,463.44 |
| 18 | $ 57,928,367.80 | $ 4,827,363.98 | $ 52,662,152.55 | $ 4,388,512.71 |
| 19 | $ 59,086,935.16 | $ 4,923,911.26 | $ 53,715,395.60 | $ 4,476,282.97 |
| 20 | $ 60,268,673.86 | $ 5,022,389.49 | $ 54,789,703.51 | $ 4,565,808.63 |
| 21 | $ 61,474,047.34 | $ 5,122,837.28 | $ 55,885,497.58 | $ 4,657,124.80 |
| 22 | $ 62,703,528.28 | $ 5,225,294.02 | $ 57,003,207.53 | $ 4,750,267.29 |
| 23 | $ 63,957,598.85 | $ 5,329,799.90 | $ 58,143,271.68 | $ 4,845,272.64 |
| 24 | $ 65,236,750.83 | $ 5,436,395.90 | $ 59,306,137.12 | $ 4,942,178.09 |
| 25 | $ 66,541,485.84 | $ 5,545,123.82 | $ 60,492,259.86 | $ 5,041,021.65 |
| **Option 1** | | | | |
| 26 | $ 67,872,315.56 | $ 5,656,026.30 | $ 61,702,105.05 | $ 5,141,842.09 |
| 27 | $ 69,229,761.87 | $ 5,769,146.82 | $ 62,936,147.16 | $ 5,244,678.93 |
| 28 | $ 70,614,357.11 | $ 5,884,529.76 | $ 64,194,870.10 | $ 5,349,572.51 |
| 29 | $ 72,026,644.25 | $ 6,002,220.35 | $ 65,478,767.50 | $ 5,456,563.96 |
| 30 | $ 73,467,177.14 | $ 6,122,264.76 | $ 66,788,342.85 | $ 5,565,695.24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Option 2** | | | | | | | |
| 31 | $ | 74,936,520.68 | $ | 6,244,710.06 | $ | 68,124,109.71 | $ | 5,677,009.14 |
| 32 | $ | 76,435,251.09 | $ | 6,369,604.26 | $ | 69,486,591.90 | $ | 5,790,549.33 |
| 33 | $ | 77,963,956.11 | $ | 6,496,996.34 | $ | 70,876,323.74 | $ | 5,906,360.31 |
| 34 | $ | 79,523,235.24 | $ | 6,626,936.27 | $ | 72,293,850.22 | $ | 6,024,487.52 |
| 35 | $ | 81,113,699.94 | $ | 6,759,475.00 | $ | 73,739,727.22 | $ | 6,144,977.27 |
| **Option 3** | | | | | | | |
| 36 | $ | 82,735,973.94 | $ | 6,894,664.50 | $ | 75,214,521.76 | $ | 6,267,876.81 |
| 37 | $ | 84,390,693.42 | $ | 7,032,557.78 | $ | 76,718,812.20 | $ | 6,393,234.35 |
| 38 | $ | 86,078,507.29 | $ | 7,173,208.94 | $ | 78,253,188.44 | $ | 6,521,099.04 |
| 39 | $ | 87,800,077.43 | $ | 7,316,673.12 | $ | 79,818,252.21 | $ | 6,651,521.02 |
| 40 | $ | 89,556,078.98 | $ | 7,463,006.58 | $ | 81,414,617.26 | $ | 6,784,551.44 |
| **Option 4** | | | | | | | |
| 41 | $ | 91,347,200.56 | $ | 7,612,266.71 | $ | 83,042,909.60 | $ | 6,920,242.47 |
| 42 | $ | 93,174,144.57 | $ | 7,764,512.05 | $ | 84,703,767.79 | $ | 7,058,647.32 |
| 43 | $ | 95,037,627.46 | $ | 7,919,802.29 | $ | 86,397,843.15 | $ | 7,199,820.26 |
| 44 | $ | 96,938,380.01 | $ | 8,078,198.33 | $ | 88,125,800.01 | $ | 7,343,816.67 |
| 45 | $ | 98,877,147.61 | $ | 8,239,762.30 | $ | 89,888,316.01 | $ | 7,490,693.00 |

*Includes January prorated rent increase & 10% April rent increase for those months indicted

12

**Exhibit B-2**

**EXHIBIT B-2**
**TO**
**AMENDED AND RESTATED MASTER LEASE AGREEMENT**

**ALLOCATED BASE RENT**

| Property Address | City | State | Allocated Base Rent (with 10% Increase) | Allocated Base Rent (without 10% Increase) |
|---|---|---|---|---|
| 3603 Marvin D Love FWY | Dallas | TX | $ 973,111.96 | $ 905,194.96 |
| 4290 South Beltline Rd | Balch Springs | TX | $ 2,886,474.38 | $ 2,685,016.92 |
| 4290 South Beltline Rd | Balch Springs | TX | $ 1,536,312.34 | $ 1,429,087.56 |
| 3220 Jefferson Highway | Jefferson | LA | $ 339,646.26 | $ 315,941.12 |
| 9000 Westbank Expwy. | Westwego | LA | $ 548,344.98 | $ 510,074.01 |
| 8692 River Road. | Waggaman | LA | $ 404,726.14 | $ 376,478.84 |
| 123 Terry Parkway. | Terrytown | LA | $ 501,089.32 | $ 466,116.49 |
| 3441 Manhattan Blvd. | Harvey | LA | $ 386,976.90 | $ 359,968.39 |
| 4408 S I-10 Service Road | Metairie | LA | $ 161,332.46 | $ 150,072.49 |
| 1926 Newton St | New Orleans | LA | $ 406,152.65 | $ 377,805.79 |
| 502 Terry Parkway | Terrytown | LA | $ 543,768.21 | $ 505,816.67 |
| 5701 Crowder Blvd | New Orleans | LA | $ 1,043,032.14 | $ 970,235.17 |
| 1675 Gause Blvd | Slidell | LA | $ 539,207.87 | $ 501,574.61 |
| 3622 General DeGaulle Dr. | New Orleans | LA | $ 926,796.89 | $ 862,112.40 |
| 4940 Groom Rd. | Baker | LA | $ 164,693.27 | $ 153,198.73 |
| 4662 General Degaulle Dr | New Orleans | LA | $ 74,900.12 | $ 69,672.57 |
| 2601 General Degaulle Dr | New Orleans | LA | $ 511,450.09 | $ 475,754.15 |
| 5310 Flannery Rd. | Baton Rouge | LA | $ 48,818.07 | $ 45,410.88 |
| 9410 Greenwell Springs | Baton Rouge | LA | $ 193,290.17 | $ 179,799.75 |

| | | | $ | $ |
|---|---|---|---|---|
| 4520 Jefferson Hwy | Metairie | LA | 50,829.29 | 47,281.73 |
| 4115 Airline Dr. | Metairie | LA | 466,565.38 | 434,002.10 |
| 2900 US Hwy 90 | Avondale | LA | 374,945.27 | 348,776.49 |
| 13289 Old Hammond Hwy. | Baton Rouge | LA | 197,643.20 | 183,848.97 |
| 798 Jean Lafitte | Lafitte | LA | 391,348.59 | 364,034.96 |
| 1200 Westbank Expwy | Westwego | LA | 696,803.16 | 648,170.76 |
| 1308 Jefferson Davis | New Orleans | LA | 362,995.50 | 337,660.74 |
| 3409 Loyola Drive | Kenner | LA | 1,086,976.65 | 1,011,112.63 |
| 2850 Belle Chasse Hwy | Gretna | LA | 235,956.39 | 219,488.14 |
| 4101 S Claiborne Ave | New Orleans | LA | 319,311.27 | 297,025.39 |
| 468 Lapalco Blvd | Gretna | LA | 500,783.25 | 465,831.78 |
| 6801 Tilton Road | Egg Harbor | NJ | 165,896.00 | 154,317.52 |
| 6501 Delilah Road | Egg Harbor | NJ | 88,661.42 | 82,473.42 |
| 1451 White Horse Pike | Egg Harbor | NJ | 135,565.90 | 126,104.27 |
| 950 S. White Horse Pike | Hammonton | NJ | 133,095.73 | 123,806.50 |
| 843 Route 40 | Pilesgrove | NJ | 99,042.35 | 92,129.83 |
| 101 N. Woodbury Road | Pitman | NJ | 121,931.68 | 113,421.63 |
| 1528 Route 206 | Tabernacle | NJ | 250,206.02 | 232,743.24 |
| 1520 Route 539 | Tuckerton | NJ | 95,967.39 | 89,269.48 |
| 3 Haddonfield Berlin Road | Voorhees | NJ | 147,023.60 | 136,762.29 |
| 2119 Route 35 | Oakhurst | NJ | 121,602.25 | 113,115.19 |
| 1001 Route 35 | Wanamassa | NJ | 122,537.36 | 113,985.03 |
| 1453 Hanover Street | Pottstown | PA | 123,371.92 | 114,761.35 |
| 1803 S. Delaware Street | Paulsboro | NJ | 66,244.53 | 61,621.08 |
| 898 Route 73 | West Berlin | NJ | 78,372.97 | 72,903.04 |

14

| | | | $ | $ |
|---|---|---|---|---|
| 2 W. Black Horse Pike | Collings Lake | NJ | 79,039.90 | 73,523.42 |
| 880 So. White Horse Pike | Hammonton | NJ | 59,550.02 | 55,393.81 |
| 705 Mullica Hill Road | Mullica Hill | NJ | 304,828.13 | 283,553.08 |
| 2921 E M.L.K. Jr Drive | High Point | NC | 302,753.89 | 281,623.60 |
| 1901 Brentwood Street | High Point | NC | 261,399.79 | 243,155.76 |
| 2715 S Elm-Eugene St | Greensboro | NC | 214,314.58 | 199,356.79 |
| 424 N Van Buren St | Enid | OK | 180,617.23 | 168,011.30 |
| 9062 Hwy 69 | Savanna | OK | 578,571.97 | 538,191.35 |
| 11249 OK-56 | Okemah | OK | 538,348.31 | 500,775.04 |
| 1013 S Blue Mound Rd | Blue Mound | TX | 276,266.71 | 256,985.06 |
| 1225 Oakland Blvd | Fort Worth | TX | 147,526.91 | 137,230.47 |
| 9400 White Settlement Rd | Fort Worth | TX | 246,520.47 | 229,314.92 |
| 5600 N. Tarrant Pkwy. | Fort Worth | TX | 283,251.66 | 263,482.51 |
| 5255 Davis Blvd | North Richland | TX | 250,735.53 | 233,235.79 |
| 320 Forest Ave | Locust Valley | NY | 459,532.51 | 427,460.08 |
| 380 Riverdale Ave | Yonkers | NY | 345,979.66 | 321,832.50 |
| 575 S Broadway | Hicksville | NY | 670,761.41 | 623,946.55 |
| 1310 Sunrise Hwy | Copiague | NY | 53,186.83 | 49,474.73 |
| 434 Clinton St | Hempstead | NY | 143,543.83 | 133,525.39 |
| 500 NY-109 | Lindenhurst | NY | 91,607.92 | 85,214.28 |
| 723 S Oyster Bay Rd | Plainview | NY | 392,319.18 | 364,937.81 |
| 86 Sunrise Highway | Lindenhurst | NY | 1,086,283.09 | 1,010,467.47 |
| 430 Jericho Tpke | Jericho | NY | 486,234.70 | 452,298.63 |
| 905 W. Northside Dr. | Jackson | MS | 175,120.05 | 162,897.79 |
| 1201 Ellis Ave. | Jackson | MS | 115,136.00 | 107,100.24 |

15

| | | | $ | $ |
|---|---|---|---|---|
| 6709 Medger Evers Blvd. | Jackson | MS | 152,616.07 | 141,964.45 |
| 632 Pine Hill Rd | Blanchard | LA | 51,583.78 | 47,983.56 |
| 6850 Buncombe Rd | Shreveport | LA | 65,594.19 | 61,016.13 |
| 1300 McArthur St | Mansfield | LA | 34,630.60 | 32,213.60 |
| 700 Homer Rd | Minden | LA | 26,638.92 | 24,779.70 |
| 3326 Hearne Ave | Shreveport | LA | 42,400.28 | 39,441.02 |
| 104 Route 130 | Cinnaminson | NJ | 90,570.37 | 84,249.13 |
| 160 Route 73 | Marlton | NJ | 128,039.93 | 119,103.56 |
| 500 Stokes Road | Medford | NJ | 115,224.58 | 107,182.64 |
| 3703 Route 27 | Princeton | NJ | 167,853.04 | 156,137.97 |
| 1400 Dreshertown Road | Dresher | PA | 126,694.53 | 117,852.06 |
| 3201 West Ridge Pike | Eagleville | PA | 106,824.54 | 99,368.87 |
| 2000 Earhart Blvd | New Orleans | LA | 332,986.53 | 309,746.20 |
| 10405 Airline Hwy | St. Rose | LA | 990,634.93 | 921,494.94 |
| 2198 Highway 532 | Minden | LA | 621,574.86 | 578,192.91 |
| 4301 Main St. | Laplace | LA | 1,496,829.95 | 1,392,360.79 |
| 1212 N 47th St | Grand Forks | ND | 369,060.07 | 343,302.04 |
| 13553 64th St. NW | Williston | ND | 472,008.41 | 439,065.24 |
| 308 Stewart Ave. | Wausau | WI | 187,249.43 | 174,180.61 |
| 100 S. Rosera St. | Lena | WI | 147,790.52 | 137,475.69 |
| 1000 Main St. | Junction City | WI | 186,416.96 | 173,406.25 |
| 1011 Post Rd. | Plover | WI | 146,347.58 | 136,133.45 |
| 1201 Badger Ave. Ste. A | Stevens Point | WI | 481,720.51 | 448,099.50 |
| 1304 S. Central Ave. | Marshfield | WI | 318,945.60 | 296,685.23 |
| 1505 W. McMillan St. | Marshfield | WI | 256,399.63 | 238,504.57 |

16

| 151101 County Road NN | Wausau | WI | $ 225,320.89 | $ 209,594.93 |
|---|---|---|---|---|
| 1703 Shore Dr. | Marinette | WI | $ 359,625.45 | $ 334,525.90 |
| 201 W. Clark St. | Stevens Point | WI | $ 209,226.54 | $ 194,623.86 |
| 32 Park Ridge Dr. | Stevens Point | WI | $ 136,718.72 | $ 127,176.63 |
| 4005 Westview Blvd. | Weston | WI | $ 222,351.76 | $ 206,833.02 |
| 4010 80th St. S. | Wisconsin Rapids | WI | $ 299,687.88 | $ 278,771.58 |
| 404 E. Green Bay St. | Shawano | WI | $ 306,347.61 | $ 284,966.50 |
| 425 W. Grand Ave. | Rosholt | WI | $ 153,173.80 | $ 142,483.25 |
| 430 S. Bridge St. | Manawa | WI | $ 339,646.26 | $ 315,941.12 |
| 5070 Hwy. 141 | Oconto | WI | $ 252,237.30 | $ 234,632.75 |
| 5601 Carrie Frost Dr. | Stevens Point | WI | $ 447,866.88 | $ 416,608.64 |
| 6018 Main St. | Auburndale | WI | $ 252,514.79 | $ 234,890.87 |
| 6606 County Rd. J | Weston | WI | $ 344,086.08 | $ 320,071.07 |
| 705 French St. | Peshtigo | WI | $ 519,458.99 | $ 483,204.07 |
| 901 S. Lincoln Rd. | Escanaba | MI | $ 514,741.68 | $ 478,816.00 |
| 9630 Hwy. 13 | Wisconsin Rapids | WI | $ 338,536.31 | $ 314,908.64 |
| N115 State Park Rd. | Appleton | WI | $ 110,995.51 | $ 103,248.73 |
| 700-702 NJ Route 57 | Stewartsville | NJ | $ 69,927.17 | $ 65,046.70 |
| 616 US-90 #147 | Waveland | MS | $ 159,833.53 | $ 148,678.18 |
| 5495 Co Rd 388 | Cusseta | AL | $ 1,165,452.85 | $ 1,084,111.70 |
| 2500 N. Milt Phillips | Seminole | OK | $ 90,081.49 | $ 83,794.37 |
| 1820 S. Main | McAlester | OK | $ 36,700.37 | $ 34,138.92 |
| 1400 E. Carl Alberts | McAlester | OK | $ 126,986.60 | $ 118,123.75 |
| 15879 State Hwy 9E | Eufaula | OK | $ 149,113.84 | $ 138,706.65 |
| 1922 N Main | McAlester | OK | $ 62,461.44 | $ 58,102.03 |

17

| 650 S Main | McAlester | OK | $ 37,921.06 | $ 35,274.41 |
|------------|-----------|-----|-------------|-------------|