IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:             CASE NO. 23-90147

MOUNTAIN EXPRESS OIL COMPANY, s JOINTLY ADMINISTERED et al.

   Debtors.             CHAPTER 7

## CHAPTER 11 ADMINISTRATIVE EXPENSE APPLICATION

NAME:             Georgia Department of Revenue

            Print name and title (if applicable)

ADDRESS:             1800 Century Blvd NE, Ste 9100

            Atlanta, GA 30345-3205

EMAIL ADDRESS:             bankruptcy.notices@dor.ga.gov

PHONE NUMBER:             404.417.6543

AMOUNT OF CLAIM:             $15,858,762.45

BASIS OF CLAIM:             taxes

Attach copies of documents supporting the amount and basis set forth above.

I swear or affirm under penalty of perjury that I am over the age of eighteen and otherwise competent to make this declaration and that the foregoing statements are within my personal knowledge and are true and col-rect.

SIGNED:             *Sabeller Lee*

PRINTED NAME AND TITLE Sabeller Lee, Authorized Represenative

[1] A complete list of cach of the Debtors in these Chapter 7 Cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov. The location of Debtor Mountain Express Oil Company's principal place of business was 3650 Mansell Road, Suite 250, Alpharetta, GA 30022. The Debtors' service address is Neil Lansing, Designated Representative, 2295 Haynes Trail, Johns Creek, GA 30022.

3108478

ADDRESS WHERE SIGNED IF DIFFERENT THAN ABOVE: _____

Please file this Chapter 11 Administrative Expense Application by either (i) electronic submission through PACER (Public Access to Court Electronic Records at http:/!ecf.txsb.uscourts.gov) or (ii) by U.S. Mail or other hand delivery systems, at the following address:

    United States Bankruptcy Court
    Attention: Clerk's Office
    515 Rusk Street
    Houston,   TX   77002

with a copy to:

    Janet S. Northrup, Chapter 7 Trustee
    c/o Heather McIntyre
    Hughes Watters Askanase, LLP
    1201 Louisiana, 28th Floor
    Houston, TX 77002

    Or via email at hmcintyre@hwa.com; jsn@hwallp.com

| Debtor Name: MOUNTAIN EXPRESS OIL COMPANY | | Case Number: 23-90147 | | | Petition Date: 18-Mar-2023 | | |
|---|---|---|---|---|---|---|---|

**P** - Priority Unsecured, **S** - Secured, **U** - General Unsecured

| Tax Type | Account Id | Period | Tax | Interest | Penalty | Other | Note |
|---|---|---|---|---|---|---|---|
| MFD | 11588-GR | 3/31/2023 | (P) $3,309,485.64 | (P) $330,998.64 | (P) $203,864.29 | $0.00 | Return |
| MFD | 11588-GR | 4/30/2023 | (P) $1,810,049.34 | (P) $181,054.93 | (P) $95,570.58 | $0.00 | Return |
| MFD | 11588-GR | 5/31/2023 | (P) $1,996,436.33 | (P) $199,643.63 | (P) $87,843.20 | $0.00 | Return |
| MFD | 11588-GR | 6/30/2023 | (P) $1,888,085.85 | (P) $188,808.58 | (P) $66,460.64 | $0.00 | Return |
| MFD | 11588-GR | 7/31/2023 | (P) $1,711,149.09 | (P) $171,164.91 | (P) $45,174.33 | $0.00 | Return |
| MFD | 11588-GR | 8/31/2023 | (P) $750,418.09 | (P) $75,041.81 | (P) $13,207.36 | $0.00 | Return |
| Sales & Use | 308-259590 | 3/31/2023 | (P) $917,472.12 | (P) $180,629.59 | (P) $39,358.57 | $0.00 | Return |
| Sales & Use | 308-259590 | 7/31/2023 | (P) $439,820.22 | (P) $75,291.76 | (P) $11,611.26 | $0.00 | Return |
| Sales & Use | 308-259590 | 8/31/2023 | (P) $168,186.24 | (P) $16,818.62 | (P) $2,960.08 | $0.00 | Return |

Total Priority (P) $15,858,762.45    Total Secured (S)    Total General Unsecured (U)    Total Claim $15,858,762.45