

# INVOICE

Invoice # 10392
Date: 10/23/2024
Due Upon Receipt

1201 Louisiana, 28th Floor
Houston, Texas 77002
Phone: 713-759-0818
Fax: 713-759-6834

Janet Northrup (HWA Attorney for Trustee)

## 2023-02460-Mountain Express Oil Company (Attorney for Trustee)

**Services**

| Date | Attorney | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| 09/03/2024 | AL | 7-Claims Administration, Analysis and Objections: Draft Notice of Bar Date for Admin Claims and Exhibits (.2), obtain complete creditor matrix (.1), and confer with H. McIntyre regarding service of Notice (.2). | 0.50 | $350.00 | $175.00 |
| 09/03/2024 | HM | 5-Tax Matters: Telephone conference with Whitley Penn regarding status of pending tax projects | 0.30 | $725.00 | $217.50 |
| 09/03/2024 | HM | 7-Claims Administration, Analysis and Objections: Work on proper notice of chapter 11 administrative bar date. | 0.20 | $725.00 | $145.00 |
| 09/03/2024 | HM | 2-Asset Analysis and Recovery: Work on unclaimed property claims. | 0.10 | $725.00 | $72.50 |
| 09/03/2024 | HM | 7-Claims Administration, Analysis and Objections: Confer with accountant regarding entity on VISA settlement claim. | 0.10 | $725.00 | $72.50 |
| 09/03/2024 | HM | 18-Use of Cash Collateral: Analyze and revise cash analysis for interim distribution. | 0.40 | $725.00 | $290.00 |
| 09/04/2024 | AL | 7-Claims Administration, Analysis and Objections: Revise draft Notice of Bar Date for Admin Claims and Exhibits (.1), confer with H. McIntyre regarding service of Notice (.2), draft Certificate of Service for the Notice (.2), and attend to proper service of the Notice (.2). | 0.70 | $350.00 | $245.00 |
| 09/04/2024 | HM | 3-Asset Sales: Confer with Huntington Bank and auctioneer regarding vacuum trailer to possibly auction. | 0.20 | $725.00 | $145.00 |
| 09/04/2024 | HM | 7-Claims Administration, Analysis and Objections: Attend to proper service of chapter 11 administrative claim bar date in compliance with ordered procedures. | 0.30 | $725.00 | $217.50 |
| 09/04/2024 | HM | 2-Asset Analysis and Recovery: Review UCC provided by Huntington Bank and request UCC with collateral | 0.10 | $725.00 | $72.50 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | description. | | | |
| 09/04/2024 | HM | 2-Asset Analysis and Recovery: Confer with Trustee regarding newly discovered vacuum trailer and email Huntington regarding no opposition to lift stay motion. | 0.30 | $725.00 | $217.50 |
| 09/04/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee regarding cash analysis (.2) and revise and review further revised versions (.2) and confer with J. Elrod regarding analysis (.1). | 0.50 | $725.00 | $362.50 |
| 09/05/2024 | HM | 2-Asset Analysis and Recovery: Receive and review inquiry from PDI and confer with counsel regarding need for access to PDI and CNR and additional reports needed (.2); negotiate extension at no cost with PDI (.1). | 0.30 | $725.00 | $217.50 |
| 09/05/2024 | HM | 18-Use of Cash Collateral: Respond to J. Elrod inquiry regarding cash analysis. | 0.10 | $725.00 | $72.50 |
| 09/05/2024 | HM | 30-Litigation: Revise motion to pay Jim Johnston for KASE litigation. | 0.20 | $725.00 | $145.00 |
| 09/05/2024 | HM | 3-Asset Sales: Work on items needed for Williston closing. | 0.50 | $725.00 | $362.50 |
| 09/05/2024 | HM | 2-Asset Analysis and Recovery: Confer with PDI regarding no cost extension due to delay in getting R. Woolley what he needs. | 0.10 | $725.00 | $72.50 |
| 09/05/2024 | HM | 15-Insurance: Review Federated's motion to release insurance proceeds. | 0.10 | $725.00 | $72.50 |
| 09/06/2024 | AL | 18-Use of Cash Collateral: Update draft Notice of Disbursement to DIP Agent (.1) and attend to service on same (.2). | 0.30 | $350.00 | $105.00 |
| 09/06/2024 | HM | 3-Asset Sales: Confer with Trustee on execution of SWD and quitclaim for Williston. | 0.10 | $725.00 | $72.50 |
| 09/06/2024 | HM | 18-Use of Cash Collateral: Telephone conference with S. Heyen and J. Elrod and Trustee regarding cash analysis for interim distribution. | 0.60 | $725.00 | $435.00 |
| 09/06/2024 | HM | 18-Use of Cash Collateral: Prepare notice of interim distribution. | 0.20 | $725.00 | $145.00 |
| 09/09/2024 | HM | 2-Asset Analysis and Recovery: Status call update with DIP Agent and Trustee counsel. | 0.20 | $725.00 | $145.00 |
| 09/09/2024 | HM | 18-Use of Cash Collateral: Review real estate receipts to DIP Agent and account for same in cash analysis for proper tax holdbacks. | 0.20 | $725.00 | $145.00 |
| 09/09/2024 | HM | 18-Use of Cash Collateral: Receive and review Porter Hedges fee statement and review cash collateral budget for compliance. | 0.10 | $725.00 | $72.50 |
| 09/09/2024 | HM | 32-Fee Applications: Revise time for HWA fee statement in compliance with order on interim | 0.20 | $725.00 | $145.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | professional compensation. | | | |
| 09/10/2024 | HM | 5-Tax Matters: Telephone conference with Whitley Penn tax team regarding status on returns, exise taxes and monthly operating report. | 0.40 | $725.00 | $290.00 |
| 09/10/2024 | HM | 32-Fee Applications: Continue to review and edit time for HWA fee statement in compliance with order on interim professional compensation. | 0.40 | $725.00 | $290.00 |
| 09/10/2024 | HM | 3-Asset Sales: Confer with title on Williston closing regarding draft HUD and any further documents needed from Trustee. | 0.20 | $725.00 | $145.00 |
| 09/10/2024 | HM | 2-Asset Analysis and Recovery: Confer with Trustee on vacuum trailer and terms for carve out (.1) and confer with Huntington Bank regarding same (.1). | 0.20 | $725.00 | $145.00 |
| 09/10/2024 | HM | 30-Litigation: Confer with Trustee regarding Jim Johston litigation. | 0.30 | $725.00 | $217.50 |
| 09/10/2024 | AL | 32-Fee Applications: Draft HWA's Monthly Fee Statement for August 2024. | 0.60 | $350.00 | $210.00 |
| 09/10/2024 | WK | 30-Litigation: Emails and telephone conference with J. Johnston regarding collection cases, possible conflicts of interest and issues with Bierenbaums. | 0.50 | $800.00 | $400.00 |
| 09/10/2024 | WK | 30-Litigation: Review updated case chart of cases currently handled by J. Johnston. | 0.20 | $800.00 | $160.00 |
| 09/11/2024 | HM | 3-Asset Sales: Confer with J. Eiband on sale of 4 USTs and procedures for de minimus sales per court order. | 0.10 | $725.00 | $72.50 |
| 09/11/2024 | HM | 14-Employee Benefits / Pensions: Receive and review status of 401K administration. | 0.10 | $725.00 | $72.50 |
| 09/11/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to inquiry regarding chapter 11 administrative claim notice and possible claim. | 0.20 | $725.00 | $145.00 |
| 09/11/2024 | AL | 32-Fee Applications: Revise draft HWA's Monthly Fee Statement for August 2024. | 0.10 | $350.00 | $35.00 |
| 09/11/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to creditor inquiry regarding filing proof of claim. | 0.20 | $725.00 | $145.00 |
| 09/12/2024 | AL | 32-Fee Applications: Draft Trustee's Fee Statement for August 2024 and compile exhibits. | 0.40 | $350.00 | $140.00 |
| 09/12/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming chapter 11 administrative claims per court-ordered procedures. | 0.20 | $725.00 | $145.00 |
| 09/12/2024 | HM | 32-Fee Applications: Review and revise accountant June fee statement in accordance with order for interim professional compensation. | 0.20 | $725.00 | $145.00 |
| 09/12/2024 | HM | 18-Use of Cash Collateral: Email DIP Agent regarding | 0.20 | $725.00 | $145.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Porter & Hedges August fee statement and use of cash collateral. | | | |
| 09/12/2024 | HM | 23-Monthly Operating Reports: Revise August 2024 Monthly Operating Report for filing. | 0.40 | $725.00 | $290.00 |
| 09/12/2024 | HM | 2-Asset Analysis and Recovery: Confer with accountant and R. Woolley regarding data to be extracted from PDI and cost. | 0.20 | $725.00 | $145.00 |
| 09/12/2024 | HM | 30-Litigation: Telephone conference with Jim Johnston regarding turnover of records and status of collection lawsuits (.6) and confer with Trustee regarding next steps (.2). | 0.90 | $725.00 | $652.50 |
| 09/12/2024 | HM | 2-Asset Analysis and Recovery: Follow up with Trustee professionals regarding continued CNR access. | 0.10 | $725.00 | $72.50 |
| 09/12/2024 | HM | 30-Litigation: Update special counsel with status of Jim Johnston collection status and turnover of legal files per Weintraub letter. | 0.20 | $725.00 | $145.00 |
| 09/12/2024 | HM | 32-Fee Applications: Receive and review revised accountant June fee statement (.1) and confer with Trustee before attention to filing and service (.1). | 0.20 | $725.00 | $145.00 |
| 09/12/2024 | WK | 30-Litigation: Multi party conference call with J. Johnston regarding ongoing litigation, discovery requests and litigation issues. | 0.60 | $800.00 | $480.00 |
| 09/12/2024 | WK | 18-Use of Cash Collateral: Emails to and from Bank Counsel regarding use of cash collateral; discuss same with H. McIntyre and Trustee. | 0.30 | $800.00 | $240.00 |
| 09/13/2024 | AL | 32-Fee Applications: Update and revise draft Trustee's Fee Statement for August 2024 and compile exhibits. | 0.20 | $350.00 | $70.00 |
| 09/13/2024 | HM | 18-Use of Cash Collateral: Receive and review DIP Agent response to PH August fee statement and confer with trustee regarding same. | 0.10 | $725.00 | $72.50 |
| 09/13/2024 | HM | 2-Asset Analysis and Recovery: Receive and review confirmation that all documents downloaded from CNR. | 0.10 | $725.00 | $72.50 |
| 09/13/2024 | HM | 7-Claims Administration, Analysis and Objections: Exchange emails with multiple chapter 11 administrative claim claimants. | 0.30 | $725.00 | $217.50 |
| 09/13/2024 | HM | 3-Asset Sales: Receive and review notice of de minimis sale for four USTs. | 0.10 | $725.00 | $72.50 |
| 09/13/2024 | HM | 3-Asset Sales: Exchange emails with closing agent as to documents needed from trustee seller to close Williston sale and basis for payment to First Horizon per final DIP order. | 0.30 | $725.00 | $217.50 |
| 09/13/2024 | HM | 7-Claims Administration, Analysis and Objections: Address multiple incoming calls on chapter 11 administrative claim procedures. | 0.20 | $725.00 | $145.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/13/2024 | HM | 3-Asset Sales: Receive and review additional seller documents for Williston closing. | 0.20 | $725.00 | $145.00 |
| 09/13/2024 | HM | 18-Use of Cash Collateral: Telephone conference with Trustee regarding DIP Agent refusal to pay reasonable Porter Hedges August fee statement. | 0.30 | $725.00 | $217.50 |
| 09/13/2024 | HM | 18-Use of Cash Collateral: Telephone conference with S. Heyen regarding DIP Agent refusal to pay overage of Porter Hedges August fee statement. | 0.20 | $725.00 | $145.00 |
| 09/13/2024 | HM | 7-Claims Administration, Analysis and Objections: Prepare response to multiple incoming inquiries regarding chapter 11 administrative claim process. | 0.30 | $725.00 | $217.50 |
| 09/13/2024 | HM | 18-Use of Cash Collateral: Confer with J. Wolfshohl regarding cash collateral budget going forward. | 0.10 | $725.00 | $72.50 |
| 09/13/2024 | HM | 32-Fee Applications: Revise Trustee August fee statement. | 0.20 | $725.00 | $145.00 |
| 09/13/2024 | HM | 2-Asset Analysis and Recovery: Receive and review confirmation that accountants have everything out of PDI. | 0.10 | $725.00 | $72.50 |
| 09/16/2024 | HM | 18-Use of Cash Collateral: Telephone conference with J. Wolfshohl regarding cash collateral budget. | 0.30 | $725.00 | $217.50 |
| 09/16/2024 | HM | 18-Use of Cash Collateral: Telephone conference with Trustee regarding use of cash collateral and cash collateral budget. | 0.30 | $725.00 | $217.50 |
| 09/16/2024 | HM | 3-Asset Sales: Exchange emails regarding carve out for Trustee's sale of vacuum trailer with Huntington Bank. | 0.20 | $725.00 | $145.00 |
| 09/16/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review objectionable MB Rentals chapter 11 administrative claim (.2) and respond to inquiry (.1). | 0.20 | $725.00 | $145.00 |
| 09/16/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review proposed stipulation and order for $2M chapter 11 administrative claim alleged by Necessity Landlords and confer with counsel regarding same. | 0.20 | $725.00 | $145.00 |
| 09/16/2024 | HM | 15-Insurance: Redline proposed order directing insurance proceeds to landlord. | 0.20 | $725.00 | $145.00 |
| 09/16/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with R. Woolley regarding status of extracting data from PDI. | 0.10 | $725.00 | $72.50 |
| 09/17/2024 | HM | 3-Asset Sales: Review and revise closing documents to be signed by Trustee to close Williston sale. | 0.30 | $725.00 | $217.50 |
| 09/17/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming chapter 11 claim from Lake Grove and email filing instructions. | 0.20 | $725.00 | $145.00 |
| 09/17/2024 | HM | 5-Tax Matters: Conference call with Whitely Penn | 0.50 | $725.00 | $362.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding status of tax issues and ERTC rejection and analysis. | | | |
| 09/17/2024 | HM | 5-Tax Matters: Confer with G. Juenglig and A. Barg regarding facts and detail of Debtors' activities. | 0.10 | $725.00 | $72.50 |
| 09/18/2024 | HM | 3-Asset Sales: Exchange emails with closing agent and broker regarding closing Williston. | 0.20 | $725.00 | $145.00 |
| 09/18/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming objectionable chapter 11 administrative claim. | 0.10 | $725.00 | $72.50 |
| 09/18/2024 | HM | 2-Asset Analysis and Recovery: Receive and review incoming mail for potential assets. | 0.20 | $725.00 | $145.00 |
| 09/18/2024 | HM | 2-Asset Analysis and Recovery: Receive and review incoming tax-related mail for potential assets or issues. | 0.20 | $725.00 | $145.00 |
| 09/18/2024 | HM | 1-General Administration: Respond to inquiry from defendant in Schierl suit regarding Subway. | 0.20 | $725.00 | $145.00 |
| 09/18/2024 | HM | 2-Asset Analysis and Recovery: Revise notice of abandonment of vacuum pump in Alpharetta. | 0.10 | $725.00 | $72.50 |
| 09/18/2024 | HM | 15-Insurance: Review further revised order on direction of insurance proceeds to landlord. | 0.10 | $725.00 | $72.50 |
| 09/18/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to creditor inquiry. | 0.10 | $725.00 | $72.50 |
| 09/19/2024 | AL | 7-Claims Administration, Analysis and Objections: Review draft Stipulation and Agreed Order and Proof of Claim of Necessity Landlords (.4), review related pleadings relevant to draft Stipulation as it relates to allowance as an administrative claim (.8), confer with H. McIntyre and W. Kitchens on same (.3), and send correspondence to Counsel for Necessity Landlords for request of accounting (.1). | 1.60 | $350.00 | $560.00 |
| 09/19/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming chapter 11 administrative claims per court ordered procedure. | 0.10 | $725.00 | $72.50 |
| 09/19/2024 | HM | 3-Asset Sales: Receive and review update on additional tank sales. | 0.10 | $725.00 | $72.50 |
| 09/19/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review filed chapter 11 administrative claim from Arknasa taxing authority (.1) and confer with A. Bar regarding withdrawal of same (.1). | 0.20 | $725.00 | $145.00 |
| 09/19/2024 | HM | 7-Claims Administration, Analysis and Objections: Review supporting order regarding alleged $2.1M claim by Necessity Landlords. | 0.20 | $725.00 | $145.00 |
| 09/19/2024 | HM | 2-Asset Analysis and Recovery: Receive and review email from CNR regarding expiration of access and confer with special counsel regarding same. | 0.10 | $725.00 | $72.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/19/2024 | HM | 2-Asset Analysis and Recovery: Email counsel and professionals regarding deadline to extract data from CNR or PDI. | 0.20 | $725.00 | $145.00 |
| 09/19/2024 | HM | 2-Asset Analysis and Recovery: Exchange emails with Spactco's attorney regarding removal of dispensers (.10) and confer with Heaton regarding possible auction (.2). | 0.30 | $725.00 | $217.50 |
| 09/19/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review mutliple incoming chapter 11 administrative claims. | 0.20 | $725.00 | $145.00 |
| 09/19/2024 | WK | 7-Claims Administration, Analysis and Objections: Meeting with H. McIntyre and A. Lopez regarding administrative claims by insurance company; review correspondence related to same. | 0.40 | $800.00 | $320.00 |
| 09/20/2024 | HM | 16-Asset Abandonment: Revise notice of abandonment. | 0.20 | $725.00 | $145.00 |
| 09/20/2024 | HM | 18-Use of Cash Collateral: Work on Q4 cash collateral budget and confer (.3) with Trustee regarding same (.1) and send to DIP Agent counsel (.1). | 0.50 | $725.00 | $362.50 |
| 09/20/2024 | HM | 5-Tax Matters: Receive and review voicemail form Arkansas taxing authority and confer with A. Barg regarding same. | 0.10 | $725.00 | $72.50 |
| 09/23/2024 | AL | 32-Fee Applications: Confer with H. McIntyre regarding Motion to Pay J. Johnston. | 0.10 | $350.00 | $35.00 |
| 09/23/2024 | WK | 30-Litigation: Conference call with Trustee and H. McIntyre and GT Team to review current status including the Johnston matters and Bierenbaum litigation. | 0.40 | $800.00 | $320.00 |
| 09/23/2024 | WK | 2-Asset Analysis and Recovery: Edit the 19 page demand letter to Blue Owl and Sheiker and comments back to Rosenwasser, et al. | 2.50 | $800.00 | $2,000.00 |
| 09/23/2024 | HM | 3-Asset Sales: Exchange emails with title, auctioneer and buyer regarding closing Williston sale. | 0.20 | $725.00 | $145.00 |
| 09/23/2024 | HM | 30-Litigation: Receive and review emails and voice mail regarding Jim Johnston access to PDI for the Gulri case. | 0.20 | $725.00 | $145.00 |
| 09/23/2024 | HM | 30-Litigation: Confer with CNR and special counsel regarding discovery in Gulri collection case. | 0.20 | $725.00 | $145.00 |
| 09/23/2024 | HM | 30-Litigation: Telephone conference with DIP Agent's counsel and Trustee regarding case status and open items including ongoing litigation. | 0.40 | $725.00 | $290.00 |
| 09/23/2024 | HM | 2-Asset Analysis and Recovery: Email cancellation of PDI services to PDI. | 0.10 | $725.00 | $72.50 |
| 09/23/2024 | HM | 2-Asset Analysis and Recovery: Email cancellation of CNR services to CNR. | 0.10 | $725.00 | $72.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/23/2024 | HM | 30-Litigation: Confer with CNR regarding access to debtor's records request form J. Johnston. | 0.10 | $725.00 | $72.50 |
| 09/23/2024 | HM | 2-Asset Analysis and Recovery: Confer with USI Insurance Services regarding refund due to debtor. | 0.10 | $725.00 | $72.50 |
| 09/23/2024 | HM | 5-Tax Matters: Receive and review status of amending tax claims from estimated to actual for motion to pay excise taxes. | 0.10 | $725.00 | $72.50 |
| 09/23/2024 | HM | 5-Tax Matters: Confer with A. Barg regarding status of chapter 11 administrative claim for prepetition taxes (.1) and confer with D. Kokenes regarding withdrawal of same (.1). | 0.20 | $725.00 | $145.00 |
| 09/23/2024 | HM | 3-Asset Sales: Confer with J. Eiband regarding de minimis sales and reporting for August 2024 sales per order on de minimis sales. | 0.10 | $725.00 | $72.50 |
| 09/23/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review chapter 11 administrative claim for June 2023 services. | 0.10 | $725.00 | $72.50 |
| 09/23/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review mutliple incoming chapter 11 administrative claims, some of which are objectionable. | 0.10 | $725.00 | $72.50 |
| 09/24/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review order striking chapter 11 administrative claim. | 0.10 | $725.00 | $72.50 |
| 09/24/2024 | HM | 2-Asset Analysis and Recovery: Receive and review email regarding State of Louisiana prosecutions against Brothers employees with possible recovery to the Estate from ADA prosecuting cases and respond accordingly. | 0.20 | $725.00 | $145.00 |
| 09/24/2024 | HM | 7-Claims Administration, Analysis and Objections: Review claims against Blue Owl in preparation for mediation. | 0.40 | $725.00 | $290.00 |
| 09/24/2024 | HM | 5-Tax Matters: Work on motion to pay excise taxes. | 2.40 | $725.00 | $1,740.00 |
| 09/24/2024 | HM | 5-Tax Matters: Telephone conference with accountants regarding status of tax returns, excise taxes owed and budget to actual analysis for cash collateral. | 0.30 | $725.00 | $217.50 |
| 09/24/2024 | HM | 32-Fee Applications: Review and revise Whitley Penn accountants third interim fee application (.2) and confer on numbers for fee application cover sheet (.2). | 0.40 | $725.00 | $290.00 |
| 09/24/2024 | HM | 32-Fee Applications: Revise motion to pay Johnston nunc pro tunc on KASE litigation and attention to filing. | 0.20 | $725.00 | $145.00 |
| 09/24/2024 | WK | 30-Litigation: Receipt and review of the Blue Owl claim overview; emails to and from Trustee, S. Rosenwasser and S. Hayen. | 2.30 | $800.00 | $1,840.00 |
| 09/25/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review order vacating Court's prior order | 0.10 | $725.00 | $72.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | striking chapter 11 administrative claim. | | | |
| 09/25/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with Whitley Penn regarding no basis for ERTCs and possible clawback on ERTCs back. | 0.20 | $725.00 | $145.00 |
| 09/25/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review inquiry regarding chapter 11 administrative claims process and confer with D. Kokenes regarding same. | 0.10 | $725.00 | $72.50 |
| 09/25/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims pursuant to court-approved process. | 0.20 | $725.00 | $145.00 |
| 09/26/2024 | HM | 2-Asset Analysis and Recovery: Exchange emails with CNR and special counsel regarding CNR services and complete download of emails. | 0.20 | $725.00 | $145.00 |
| 09/26/2024 | HM | 5-Tax Matters: Receive and review Louisiana response regarding estimated August tax numbers (.1) and confer with A. Barg regarding filing returns necessary to distribute segregated excise tax funds (.10). | 0.20 | $725.00 | $145.00 |
| 09/26/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims per court-approved procedure. | 0.20 | $725.00 | $145.00 |
| 09/27/2024 | AL | 7-Claims Administration, Analysis and Objections: Receive and briefly review response and documents from counsel of Necessity Landlords on accounting of administrative claim (.2) and confer with H. McIntyre on same (.1). | 0.30 | $350.00 | $105.00 |
| 09/27/2024 | HM | 3-Asset Sales: Receive and review mutliple emails regarding closing Williston (.1) confer with Trustee regarding further extension and additional deposit to continue with buyer (.1) and confer with auctioneer regarding new terms (.1). | 0.30 | $725.00 | $217.50 |
| 09/27/2024 | HM | 30-Litigation: Confer with Trustee on issues with Jim Johnston contingency fee cases. | 0.10 | $725.00 | $72.50 |
| 09/27/2024 | HM | 3-Asset Sales: Revise amendment to contract to sell Williston. | 0.20 | $725.00 | $145.00 |
| 09/27/2024 | HM | 30-Litigation: Telephone conference with Trustee and special counsel regarding forthcoming motions as to Jim Johnston matters. | 0.30 | $725.00 | $217.50 |
| 09/27/2024 | HM | 3-Asset Sales: Telephone conference with auctioneer regarding second amendment to PSA for Williston. | 0.10 | $725.00 | $72.50 |
| 09/27/2024 | HM | 30-Litigation: Receive and review multiple emails regarding J. Johnston position on Weintraub turnover. | 0.20 | $725.00 | $145.00 |
| 09/30/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims. | 0.20 | $725.00 | $145.00 |

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 09/30/2024 | HM | 7-Claims Administration, Analysis and Objections: Review additional detail for asserted chapter 11 administrative claim for post-petition rent. | 0.10 | $725.00 | $72.50 |
| 09/30/2024 | HM | 3-Asset Sales: Receive and review updated title commitment on Willison sale. | 0.10 | $725.00 | $72.50 |
| 09/30/2024 | HM | 3-Asset Sales: Receive and review mutliple emails from buyer regarding status of funding second amendments to PSA to extend closing to 10/11/24 on Williston property. | 0.20 | $725.00 | $145.00 |
| 09/30/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with DIP Agent and special counsel regarding case status and outstanding issues. | 0.40 | $725.00 | $290.00 |
| 09/30/2024 | WK | 30-Litigation: Status call with GT Team and H. McIntyre regarding litigation, cash collateral budget, depositions. | 0.40 | $800.00 | $320.00 |
| | | **Quantity Subtotal** | | | **40.4** |
| | | **Services Subtotal** | | | **$28,060.00** |

## Expenses

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 09/04/2024 | LS | E108 Postage: Postage for Notice of Bar Date for Chapter 11 Admin Claims, | 23.00 | $0.64 | $14.72 |
| Expense | 09/04/2024 | LS | E101 Copying: Copies for Notice of Bar Date for Chapter 11 Admin Claims. | 115.00 | $0.20 | $23.00 |
| Expense | 09/04/2024 | MT | Certificateofservice.com Notice if bar date for CH. 11 admin claims, Paid on website with echeck # 3235 | 1.00 | $15,992.19 | $15,992.19 |
| Expense | 09/06/2024 | AL | E108 Postage: Postage for Notice of Disbursement to DIP Agent. | 23.00 | $0.69 | $15.87 |
| Expense | 09/11/2024 | LS | E108 Postage: Postage for HWA 12th Fee Notice. | 23.00 | $0.69 | $15.87 |
| Expense | 09/11/2024 | LS | E101 Copying: Copies for HWA 12th Fee Notice. | 115.00 | $0.20 | $23.00 |
| Expense | 09/12/2024 | LS | E108 Postage: Postage for WP 9th Fee Notice. | 23.00 | $0.69 | $15.87 |
| Expense | 09/12/2024 | LS | E101 Copying: Copies for WP 9th Fee Notice. | 69.00 | $0.20 | $13.80 |
| Expense | 09/13/2024 | LS | E101 Copying: Copies for Jan's 12th Fee Notice. | 161.00 | $0.20 | $32.20 |
| Expense | 09/13/2024 | LS | E108 Postage: Postage for Jan's 12th Fee Notice. | 23.00 | $0.69 | $15.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Expense | 09/23/2024 | LS | E108 Postage: Postage for Motion to Pay Special Litigation Cousnelf or the Kase Litigation. | 23.00 | $0.69 | $15.87 |
| Expense | 09/23/2024 | LS | E101 Copying: Copies for Motion to Pay Special Litigation Counsel for the Kase Litigation. | 92.00 | $0.20 | $18.40 |
| Expense | 09/25/2024 | LS | E108 Postage: Postage for Notice of Whitley Penn 3rd Fee Application. | 23.00 | $0.69 | $15.87 |
| Expense | 09/25/2024 | LS | E101 Copying: Copies for Notice of Whiltley Penn 3rd Fee Application. | 46.00 | $0.20 | $9.20 |
| | | | | **Expenses Subtotal** | | **$16,221.73** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Wayne Kitchens | 7.6 | $800.00 | $6,080.00 |
| Abdiel Lopez-Castro | 4.8 | $350.00 | $1,680.00 |
| Heather McIntyre | 28.0 | $725.00 | $20,300.00 |
| | **Quantity Total** | | **40.4** |
| | | **Subtotal** | **$44,281.73** |
| | | **Total** | **$44,281.73** |

Please make all amounts payable to: HughesWattersAskanase
To pay by credit card you may go through our link at: https://app.clio.com/link/7e3rrnDf7g9g

**Mountain Express Oil Company**

| Task Code and Timekeeper | Sum of Hours | Sum of Billable |
|---|---|---|
| Heather McIntyre | 0.2 | $145.00 |
| **1-General Administration Total** | **0.2** | **$145.00** |
| Heather McIntyre | 4.3 | $3,117.50 |
| Wayne Kitchens | 2.5 | $2,000.00 |
| **2-Asset Analysis and Recovery Total** | **6.8** | **$5,117.50** |
| Heather McIntyre | 3.7 | $2,682.50 |
| **3-Asset Sales Total** | **3.7** | **$2,682.50** |
| Heather McIntyre | 4.6 | $3,335.00 |
| **5-Tax Matters Total** | **4.6** | **$3,335.00** |
| Abdiel Lopez-Castro | 3.1 | $1,085.00 |
| Heather McIntyre | 5.1 | $3,697.50 |
| Wayne Kitchens | 0.4 | $320.00 |
| **7-Claims Administration, Analysis and Objections Total** | **8.6** | **$5,102.50** |
| Heather McIntyre | 0.1 | $72.50 |
| **14-Employee Benefits / Pensions Total** | **0.1** | **$72.50** |
| Heather McIntyre | 0.4 | $290.00 |
| **15-Insurance Total** | **0.4** | **$290.00** |
| Heather McIntyre | 0.2 | $145.00 |
| **16-Asset Abandonment Total** | **0.2** | **$145.00** |
| Abdiel Lopez-Castro | 0.3 | $105.00 |
| Heather McIntyre | 4.1 | $2,972.50 |
| Wayne Kitchens | 0.3 | $240.00 |
| **18-Use of Cash Collateral Total** | **4.7** | **$3,317.50** |
| Heather McIntyre | 0.4 | $290.00 |
| **23-Monthly Operating Reports Total** | **0.4** | **$290.00** |
| Heather McIntyre | 3.1 | $2,247.50 |
| Wayne Kitchens | 4.4 | $3,520.00 |

EXHIBIT A

| | | |
|---|---:|---:|
| **30-Litigation Total** | **7.5** | **$5,767.50** |
| | | |
| Abdiel Lopez-Castro | 1.4 | $490.00 |
| Heather McIntyre | 1.8 | $1,305.00 |
| **32-Fee Applications Total** | **3.2** | **$1,795.00** |
| | | |
| **Grand Total** | **40.4** | **$28,060.00** |

EXHIBIT A