

# INVOICE

Invoice # 10501
Date: 11/07/2024
Due Upon Receipt

1201 Louisiana, 28th Floor
Houston, Texas 77002
Phone: 713-759-0818
Fax: 713-759-6834

Janet Northrup (HWA Attorney for Trustee)

## 2023-02460-Mountain Express Oil Company (Attorney for Trustee)

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| 10/01/2024 | HM | 18-Use of Cash Collateral: Teams meeting with G. Juengling regarding budget to actual analysis for cash collateral budgeting. | 0.40 | $725.00 | $290.00 |
| 10/01/2024 | HM | 5-Tax Matters: Telephone conference with A. Barg and G. Juengling regarding status of August 2023 sales tax returns and open accounting issues. | 0.40 | $725.00 | $290.00 |
| 10/01/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims and confirm part of court-approved process for delayed objection deadlines. | 0.20 | $725.00 | $145.00 |
| 10/02/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims per court approved process. | 0.10 | $725.00 | $72.50 |
| 10/02/2024 | HM | 2-Asset Analysis and Recovery: Receive and review incoming funds and confer on assets attributable to for accounting purposes. | 0.10 | $725.00 | $72.50 |
| 10/02/2024 | HM | 2-Asset Analysis and Recovery: Review August sales for de minimis notice required per court procedure and attention to filing same. | 0.20 | $725.00 | $145.00 |
| 10/02/2024 | HM | 30-Litigation: Review status of pending MTL on state court litigation and confer with Tustee regarding same. | 0.20 | $725.00 | $145.00 |
| 10/02/2024 | WK | 30-Litigation: Emails to and from Steven Rosenwasser regarding the Johnston motion to compel production; discuss same with Trustee. | 0.30 | $800.00 | $240.00 |
| 10/02/2024 | WK | 30-Litigation: Begin review of Motion to Compel in the Johnston matter. | 1.10 | $800.00 | $880.00 |
| 10/03/2024 | HM | 7-Claims Administration, Analysis and Objections: | 0.10 | $725.00 | $72.50 |

EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| | | Receive and review original late filed proof of claim in blue ink and forward to bankruptcy clerk for filing. | | | |
| 10/03/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims to confirm no deadline per court-approved procedures. | 0.10 | $725.00 | $72.50 |
| 10/03/2024 | HM | 3-Asset Sales: Exchange emails on outstanding items needed for closing on Williston real property. | 0.10 | $725.00 | $72.50 |
| 10/03/2024 | HM | 30-Litigation: Revise motion to compel turnover of client file from J. Johnston. | 0.40 | $725.00 | $290.00 |
| 10/03/2024 | HM | 2-Asset Analysis and Recovery: Receive and review Nichols Cauley correspondence regarding inadvertent disclosure. | 0.20 | $725.00 | $145.00 |
| 10/03/2024 | HM | 2-Asset Analysis and Recovery: Receive and review inquiry from CNR regarding debtor's computer hardware and confer with counsel for DIP Agent regarding same. | 0.10 | $725.00 | $72.50 |
| 10/03/2024 | WK | 30-Litigation: Receipt and review of the Johnston Motion to Compel Turnover (.4); emails to and from Rosenwasser et al regarding same (.2). | 0.60 | $800.00 | $480.00 |
| 10/04/2024 | AL | 7-Claims Administration, Analysis and Objections: Receive and review documents provided by Counsel for Necessity Landlords on accounting for admin claim and conduct own calculations of same (1.2) and confer with H. McIntyre and Trustee on same (.2). | 1.40 | $350.00 | $490.00 |
| 10/04/2024 | HM | 30-Litigation: Revise response to Nichols Cauley attempt to retrieve client file due to privilege. | 0.30 | $725.00 | $217.50 |
| 10/04/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims and verify compliance with court-ordred procedure as to objection deadline. | 0.10 | $725.00 | $72.50 |
| 10/04/2024 | HM | 2-Asset Analysis and Recovery: Confer with CNR on delivery of servers to special counsel offices for records and evidence preservation. | 0.10 | $725.00 | $72.50 |
| 10/07/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims according to court-ordered procedure and verify no current objection deadline. | 0.10 | $725.00 | $72.50 |
| 10/07/2024 | HM | 3-Asset Sales: Receive and review and exchange multiple emails regarding update from title regarding buyer failure to close Williston by further extended deadline and buyer responses. | 0.10 | $725.00 | $72.50 |
| 10/07/2024 | HM | 7-Claims Administration, Analysis and Objections: Analyze amounts sought by Necessary Landlords for administrative claim that was filed outside the Court-approved procedures for same. | 0.10 | $725.00 | $72.50 |

EXHIBIT A

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/07/2024 | HM | 3-Asset Sales: Confer with K. Toney regarding further extended closing date and additional non-refundable deposit as to Williston property. | 0.10 | $725.00 | $72.50 |
| 10/07/2024 | HM | 3-Asset Sales: Confer with title on draft HUD figures to close Williston. | 0.10 | $725.00 | $72.50 |
| 10/07/2024 | HM | 18-Use of Cash Collateral: Analyze cash collateral budget for final PDI and CNR invoices. | 0.10 | $725.00 | $72.50 |
| 10/07/2024 | HM | 32-Fee Applications: Review Whitley Penn 10th and 11th fee statements and confirm cash collateral budget adherence. | 0.40 | $725.00 | $290.00 |
| 10/07/2024 | HM | 2-Asset Analysis and Recovery: Confirm rent payments on Williston property and email owner for missing rent payment. | 0.30 | $725.00 | $217.50 |
| 10/08/2024 | AL | 2-Asset Analysis and Recovery: Confer with Trustee on status of possible VISA settlement claim. | 0.10 | $350.00 | $35.00 |
| 10/08/2024 | AL | 7-Claims Administration, Analysis and Objections: Receive and respond to Counsel for Necessity Landlords on accounting for admin claim and conduct own calculations of same (.1) and confer with H. McIntyre and Trustee on same (.1). | 0.20 | $350.00 | $70.00 |
| 10/08/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review claim inqiury and respond accordingly. | 0.10 | $725.00 | $72.50 |
| 10/08/2024 | HM | 32-Fee Applications: Exchange emails with accountant regarding fees within budget and attention to filing 10th and 11th fee statements with proper service. | 0.10 | $725.00 | $72.50 |
| 10/08/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee regarding issues with Q4 cash collateral budget. | 0.20 | $725.00 | $145.00 |
| 10/08/2024 | HM | 2-Asset Analysis and Recovery: Confer with lessee regarding forthcoming payment on Williston lease. | 0.10 | $725.00 | $72.50 |
| 10/08/2024 | HM | 18-Use of Cash Collateral: Confer with counsel for DIP agent regarding status of Q4 cash collateral budget. | 0.10 | $725.00 | $72.50 |
| 10/08/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review Chapter 11 administrative claim filed pursuant to court approved procedure. | 0.10 | $725.00 | $72.50 |
| 10/08/2024 | HM | 30-Litigation: Receive and review adversary complaint filed by lessees to stop Blue Owl from evicting. | 0.10 | $725.00 | $72.50 |
| 10/09/2024 | AL | 7-Claims Administration, Analysis and Objections: Receive, review, and revise stipulation and agreed order from Counsel for Necessity Landlords on administrative claim (.2), confer with H. McIntyre and Trustee on same (.1), and send revised form to Counsel (.1). | 0.40 | $350.00 | $140.00 |
| 10/09/2024 | AL | 32-Fee Applications: Confer with J. Nieto on Trustee expenses for September 2024 in preparation of Fee | 0.10 | $350.00 | $35.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Statement. | | | |
| 10/09/2024 | HM | 3-Asset Sales: Receive and review multiple emails regarding buyer failure to close on Williston property (.1); confer with Trustee regarding extension and amount of further non-refundable deposit (.1) and confer with broker regarding same (.1). | 0.30 | $725.00 | $217.50 |
| 10/09/2024 | HM | 7-Claims Administration, Analysis and Objections: Review further revised stipulation and agreed order for Necessity Landlords administrative claim. | 0.10 | $725.00 | $72.50 |
| 10/09/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review incoming chapter 11 administrative claim pursuant to court-ordered procedures. | 0.10 | $725.00 | $72.50 |
| 10/09/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming claims per chapter 11 administrative court-approved procedures. | 0.20 | $725.00 | $145.00 |
| 10/09/2024 | HM | 5-Tax Matters: Receive and review filing regarding claim agent and taxes owed. | 0.10 | $725.00 | $72.50 |
| 10/09/2024 | WK | 7-Claims Administration, Analysis and Objections: Receipt and review the response to motion to compel payment administrative claims to the Necessity Landlords (.4); discuss same with A. Lopez-Castro prior to filing of same (.1). | 0.50 | $800.00 | $400.00 |
| 10/10/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims filed in compliance with court-approved court procedures alleviating need for immediate objection. | 0.40 | $725.00 | $290.00 |
| 10/10/2024 | HM | 3-Asset Sales: Receive and review third amendment to sale contract for Williston with additional non-refundable earnest money and calendar new closing. | 0.10 | $725.00 | $72.50 |
| 10/10/2024 | HM | 32-Fee Applications: Review and revise September time for fee statement in compliance with order on interim professional compensation. | 0.40 | $725.00 | $290.00 |
| 10/10/2024 | WK | 30-Litigation: Review Nichol's response to clawback letters and multiple emails to and from S. Rosenwasser regarding same. | 0.40 | $800.00 | $320.00 |
| 10/11/2024 | AL | 32-Fee Applications: Draft Trustee's 4th Interim Fee Application (1.2), compile Exhibits (.2), update chart calculations (.2), and confer with H. McIntyre on status of same and of the Trustee's Fee Statement for September 2024 (.1). | 1.70 | $350.00 | $595.00 |
| 10/11/2024 | AL | 32-Fee Applications: Begin drafting HWA's 4th Fee Application (1.9), compile exhibits (.3), and create and update chart with calculations (.6). | 2.80 | $350.00 | $980.00 |
| 10/12/2024 | AL | 32-Fee Applications: Continue drafting HWA's 4th Fee Application. | 3.60 | $350.00 | $1,260.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/2024 | AL | 32-Fee Applications: Continue drafting HWA's 4th Fee Application (1.7) and confer with H. McIntyre on same (.1). | 1.80 | $350.00 | $630.00 |
| 10/15/2024 | AL | 7-Claims Administration, Analysis and Objections: Confer with Trustee and H. McIntyre on request by Amynta to extend bar date deadline (.1) and respond to J. Eliband on same (.1). | 0.20 | $350.00 | $70.00 |
| 10/15/2024 | AL | 32-Fee Applications: Update and revise draft Trustee's 4th Interim Fee Application (.3) and confer with Trustee on same (.1). | 0.40 | $350.00 | $140.00 |
| 10/15/2024 | AL | 7-Claims Administration, Analysis and Objections: Receive and review correspondence from GA Department of Revenue on inquiry as to administrative bar deadline (.1), confer with Trustee and H. McIntyre on same (.1), and respond to its counsel on same (.1). | 0.30 | $350.00 | $105.00 |
| 10/15/2024 | AL | 32-Fee Applications: Update and revise draft HWA's 4th Fee Application (.7) and confer with H. McIntyre on same (.2). | 0.90 | $350.00 | $315.00 |
| 10/15/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 claims pursuant to court-approved procedure. | 0.10 | $725.00 | $72.50 |
| 10/15/2024 | HM | 32-Fee Applications: Review and revise Trustee fee application pursuant to order for interim compensation procedures. | 0.30 | $725.00 | $217.50 |
| 10/15/2024 | HM | 32-Fee Applications: Review and revise fourth interim fee application for HWA pursuant to order for interim compensation procedures. | 0.70 | $725.00 | $507.50 |
| 10/15/2024 | HM | 2-Asset Analysis and Recovery: Receive and review inquiry from station operator regarding current owner for sale negotiations. | 0.10 | $725.00 | $72.50 |
| 10/15/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims per Court-approved procedure including 56 claims filed by Blue Owl entities for August unapid rent and tax claims forwarded to accoutnant for excise tax analysis. | 0.50 | $725.00 | $362.50 |
| 10/15/2024 | HM | 18-Use of Cash Collateral: Telephone conference with S. Heyen regarding open issues including cash collateral budget and Blue Owl claims. | 0.40 | $725.00 | $290.00 |
| 10/15/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review creditor inquiry into proof of claim for security deposit. | 0.10 | $725.00 | $72.50 |
| 10/15/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review taxing authority request as to chapter 11 administrative claim process and deadlines and prepare response accordingly. | 0.20 | $725.00 | $145.00 |
| 10/15/2024 | WK | 30-Litigation: Begin thorough review of the updated | 2.20 | $800.00 | $1,760.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Bierenbaum complaint (2.0); discuss same with Trustee (.2). | | | |
| 10/16/2024 | HM | 2-Asset Analysis and Recovery: Research incoming payment and verify GSS defendant current on monthly note payments. | 0.40 | $725.00 | $290.00 |
| 10/16/2024 | HM | 32-Fee Applications: Revise HWA 4th interim fee application and confer with trustee before filing. | 0.30 | $725.00 | $217.50 |
| 10/16/2024 | HM | 18-Use of Cash Collateral: Telephone conference with S. Heyen and S. Rossenwasser regarding litigation update and cash collateral budget issues. | 0.50 | $725.00 | $362.50 |
| 10/17/2024 | HM | 32-Fee Applications: Receive and review Porter & Hedges September monthly fee statement for compliance with cash collateral budget. | 0.10 | $725.00 | $72.50 |
| 10/17/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims filed per court-approved procedure. | 0.40 | $725.00 | $290.00 |
| 10/17/2024 | HM | 2-Asset Analysis and Recovery: Receive and review CNR invoices, confirm within cash collateral budget and advise Trustee as to payment of same and respond to CNR accordingly. | 0.10 | $725.00 | $72.50 |
| 10/17/2024 | HM | 23-Monthly Operating Reports: Review and revise September Monthly Operating Report. | 0.20 | $725.00 | $145.00 |
| 10/17/2024 | HM | 32-Fee Applications: Review Whitley Penn September Fee Statement and confer with G. Juengling regarding cash collateral budget. | 0.40 | $725.00 | $290.00 |
| 10/18/2024 | AL | 32-Fee Applications: Draft HWA's Thirteenth Fee Statement for September 2024 (.3), compile exhibit (.1), update chart on same (.2), and confer with H. McIntyre on same (.1). | 0.70 | $350.00 | $245.00 |
| 10/18/2024 | HM | 32-Fee Applications: Recieve and review order granting Whitely Penn interim fee application. | 0.10 | $725.00 | $72.50 |
| 10/21/2024 | AL | 32-Fee Applications: Draft Trustee's Fee Statement for September 2024 (.4), compile exhibits (.1), update chart (.2), and confer with H. McIntyre and Trustee on same (.1). | 0.80 | $350.00 | $280.00 |
| 10/21/2024 | HM | 23-Monthly Operating Reports: Review revised September monthly operating report and attention to filing same. | 0.10 | $725.00 | $72.50 |
| 10/21/2024 | HM | 32-Fee Applications: Receive and review order granting nunc pro tunc authority to pay J. Johnston for KASE litigation and confer with Trustee regarding same for UST purposes. | 0.10 | $725.00 | $72.50 |
| 10/21/2024 | HM | 32-Fee Applications: Review Trustee's September 2024 fee statement for compliance with bankruptcy code and order on interim compensation. | 0.10 | $725.00 | $72.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/21/2024 | HM | 5-Tax Matters: Receive and review administrative claim for Arkansas taxes and confer with A. Barg regarding same and status of excise taxes. | 0.10 | $725.00 | $72.50 |
| 10/21/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to creditor inquiry regarding claims. | 0.20 | $725.00 | $145.00 |
| 10/21/2024 | HM | 7-Claims Administration, Analysis and Objections: Receive and review multiple incoming chapter 11 administrative claims filed pursuant to court-approved procedure. | 0.10 | $725.00 | $72.50 |
| 10/22/2024 | HM | 2-Asset Analysis and Recovery: Receive and review multiple emails regarding P. Holzer client interest in personal property and status of possible Estate interest. | 0.20 | $725.00 | $145.00 |
| 10/22/2024 | HM | 5-Tax Matters: Confer with accountants on Arkansas tax claim and status of August 2024 excise tax returns. | 0.10 | $725.00 | $72.50 |
| 10/22/2024 | HM | 30-Litigation: Telephone conference with DIP Agent's counsel and special counsel regarding litigation status and cash collateral budget. | 0.60 | $725.00 | $435.00 |
| 10/22/2024 | HM | 5-Tax Matters: Telephone conference with Whitley Penn regarding status of federal tax returns and excise tax analysis. | 0.60 | $725.00 | $435.00 |
| 10/22/2024 | HM | 18-Use of Cash Collateral: Confer with Porter & Hedges regarding cash collateral budget for Q4. | 0.10 | $725.00 | $72.50 |
| 10/22/2024 | HM | 2-Asset Analysis and Recovery: Obtain and review two lease agreements (.3) and prepare stipulation and agreed order for return of funds not property of the estate (.9). | 1.20 | $725.00 | $870.00 |
| 10/22/2024 | HM | 2-Asset Analysis and Recovery: Receive and review multiple emails regaridng P. Holzer request to release fixture filing and telephone conference with J. Eiband regarding same. | 0.20 | $725.00 | $145.00 |
| 10/23/2024 | HM | 3-Asset Sales: Receive and review HUD statement for Williston sale and send revisions to title company. | 0.10 | $725.00 | $72.50 |
| 10/24/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to creditor inquiries. | 0.10 | $725.00 | $72.50 |
| 10/25/2024 | HM | 18-Use of Cash Collateral: Confer with Trustee regarding agreement with DIP Agent on quarterly cash collateral budgets being cumulative going forward. | 0.10 | $725.00 | $72.50 |
| 10/25/2024 | HM | 18-Use of Cash Collateral: Revise cash collateral budget with the quarterly cumulative terms and confer with DIP Agent for approval. | 0.20 | $725.00 | $145.00 |
| 10/25/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to former Debtor employee regarding claims for pre-chapter 7 claims with chapter 11 administrative procedures. | 0.20 | $725.00 | $145.00 |
| 10/25/2024 | HM | 3-Asset Sales: Review title confirmation of proceeds to | 0.10 | $725.00 | $72.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Trustee on Williston closing and follow up with title to revise ALTA. | | | |
| 10/28/2024 | HM | 2-Asset Analysis and Recovery: Telephone conference with GT team and Trustee regarding open issues and case status. | 0.40 | $725.00 | $290.00 |
| 10/28/2024 | HM | 7-Claims Administration, Analysis and Objections: Telephone conference with claimant owed under real property lease regarding pre petition claim and motion for chapter 11 administrative claim. | 0.20 | $725.00 | $145.00 |
| 10/28/2024 | HM | 4-Chapter 5 Avoidance Action Investigation and Litigation: Confer with R. Woolley on status of pursuing non-insider chapter 5 causes of action and exclusion of insiders. | 0.20 | $725.00 | $145.00 |
| 10/28/2024 | HM | 2-Asset Analysis and Recovery: Receive and review information regarding funds held at Fidelity in escrow possibley owed to Estate related to Moe's Mart real estate transaction. | 0.20 | $725.00 | $145.00 |
| 10/28/2024 | WK | 30-Litigation: Status call with Special Litigation Counsel and DIP Counsel regarding Bierenbaum complaint, Blue Owl Mediation, cash collateral and real estate. | 0.50 | $800.00 | $400.00 |
| 10/28/2024 | WK | 30-Litigation: Continue and finalizing editing of the Bierenbaum complaint (3.7) and multiple emails to Trustee and litigation counsel regarding same (.3). | 4.00 | $800.00 | $3,200.00 |
| 10/29/2024 | HM | 5-Tax Matters: Telephone conference with Whitley Penn and special counsel regarding fuel supply contracts and accounting, insolvency and open issues. | 0.50 | $725.00 | $362.50 |
| 10/29/2024 | HM | 3-Asset Sales: Receive and review updated HUD for Williston closing. | 0.10 | $725.00 | $72.50 |
| 10/29/2024 | HM | 7-Claims Administration, Analysis and Objections: Respond to chapter 11 administrative claimant. | 0.10 | $725.00 | $72.50 |
| 10/29/2024 | HM | 32-Fee Applications: Receive and revise GT fee expense statement for January through September 2024 (.5) and confer with Trustee regarding same (.1). | 0.60 | $725.00 | $435.00 |
| 10/29/2024 | HM | 18-Use of Cash Collateral: Telephone conference with S. Heyen regarding cash collateral budget for special counsel expenses. | 0.10 | $725.00 | $72.50 |
| 10/29/2024 | WK | 30-Litigation: Review Bierenbaum's production response and privilege log (.3); discuss same with litigation counsel (.2). | 0.50 | $800.00 | $400.00 |
| 10/30/2024 | HM | 30-Litigation: Receive and review Bierenbaum response to motion to compel compliance with Weintraub request (.2) and review and revise reply brief (.4). | 0.60 | $725.00 | $435.00 |
| 10/30/2024 | HM | 30-Litigation: Telephone conference with special counsel regarding Jim Johnston refusal to turnover of Client File necessitating contested matter. | 0.40 | $725.00 | $290.00 |

| 10/30/2024 | HM | 32-Fee Applications: Confer with Trustee regarding GT expense statement and respond to special counsel with revisions. | 0.10 | $725.00 | $72.50 |
| --- | --- | --- | --- | --- | --- |
| 10/30/2024 | HM | 18-Use of Cash Collateral: Circulate further revised Q4 cash collateral budget to counsel for DIP Agent for approval. | 0.10 | $725.00 | $72.50 |
| 10/30/2024 | HM | 2-Asset Analysis and Recovery: Review mail for possible assets and items to aid investigation into claims. | 0.20 | $725.00 | $145.00 |
| 10/30/2024 | HM | 18-Use of Cash Collateral: Advise Trustee on disbursement of fees per order to Porter & Hedges regarding cash collateral authority. | 0.10 | $725.00 | $72.50 |
| 10/30/2024 | HM | 18-Use of Cash Collateral: Respond to DIP Agent regarding inquiry as to cash collateral budget. | 0.10 | $725.00 | $72.50 |
| 10/30/2024 | HM | 30-Litigation: Receive and review J. Johnston settlement proposal (.1); confer with Trustee regarding issues with Johnston copying outside counsel and substitution of Greenberg Traurig as collection counsel (.2). | 0.30 | $725.00 | $217.50 |
| 10/30/2024 | HM | 30-Litigation: Confer with Trustee and respond to J. Johnston regarding collection cases and proposed settlement. | 0.20 | $725.00 | $145.00 |
| 10/30/2024 | HM | 30-Litigation: Review and revise motion to substitute GT in as counsel on Johnston collection cases. | 0.40 | $725.00 | $290.00 |
| 10/30/2024 | HM | 2-Asset Analysis and Recovery: Review notice of deminimis sales and attention to file same. | 0.20 | $725.00 | $145.00 |
| 10/30/2024 | HM | 30-Litigation: Exchange emails with J. Johnston about motion to substitute counsel and directive to NOT copy third parties on attorney client privileged communications. | 0.20 | $725.00 | $145.00 |
| 10/30/2024 | WK | 30-Litigation: Conference call with special counsel regarding Johnston response to Weintraub demand and Trustee's reply to same. | 0.40 | $800.00 | $320.00 |
| 10/30/2024 | WK | 30-Litigation: Receipt and review of the reply to Johnston response. | 0.30 | $800.00 | $240.00 |
| 10/30/2024 | WK | 30-Litigation: Emails to and from Special Litigation counsel, Johnston and Johnston counsel regarding the Weintraub demand for production (.2); discuss same with Trustee (.3). | 0.50 | $800.00 | $400.00 |
| 10/30/2024 | WK | 30-Litigation: Receipt and review of the emails to Johnston regarding production and substitution of counsel. | 0.40 | $800.00 | $320.00 |
| 10/30/2024 | WK | 30-Litigation: Review settlement proposal on Deepak Prahari collection case (.2); discuss same with Trustee (.1). | 0.30 | $800.00 | $240.00 |

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 10/30/2024 | WK | 30-Litigation: Review Johnston's response to the Weintraub's motion to compel. | 0.40 | $800.00 | $320.00 |
| 10/31/2024 | HM | 2-Asset Analysis and Recovery: Confer with proposed special counsel regarding settlement options on Deepak Pahari judgment. | 0.20 | $725.00 | $145.00 |
| 10/31/2024 | HM | 18-Use of Cash Collateral: Receive and review authority from DIP Agent for authority to use cash collateral for GT expense notice January through September 2024. | 0.10 | $725.00 | $72.50 |
| 10/31/2024 | HM | 32-Fee Applications: Receive and review special counsel's first expense notice for January thorugh Setptember 2024. | 0.10 | $725.00 | $72.50 |
| 10/31/2024 | HM | 30-Litigation: Receive and review motion to postpone hearing in collection case MEX v. Deepak. | 0.20 | $725.00 | $145.00 |
| 10/31/2024 | WK | 30-Litigation: Multiple emails to and from J. Johnston, S. Rossenwasser, J. Elrod and Trustee regarding the Pahari collection matter in Georgia and threats of attorney liens and other actions and respond to same after meeting with Trustee. | 0.80 | $800.00 | $640.00 |
| 10/31/2024 | WK | 30-Litigation: Edit letter to J. Johnston regarding the Pahari litigation and continuance of same. | 0.30 | $800.00 | $240.00 |
| 10/31/2024 | WK | 30-Litigation: Emails to and from R. Doherty, counsel for Johnston, regarding privilege issues and waiver of same and email to S. Rosenwasser regarding same. | 0.30 | $800.00 | $240.00 |

|  |  |
|---|---|
| Quantity Subtotal | 51.4 |
| Services Subtotal | $32,525.00 |

**Expenses**

| Type | Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Expense | 10/17/2024 | LS | E108 Postage: Postage for HWA 4th Fee Application. | 23.00 | $0.69 | $15.87 |
| Expense | 10/17/2024 | LS | E101 Copying: Copies for HWA 4th Fee Application. | 552.00 | $0.20 | $110.40 |
| Expense | 10/21/2024 | LS | E108 Postage: Postage for Jan's 13th Fee Notice. | 23.00 | $0.69 | $15.87 |
| Expense | 10/21/2024 | LS | E101 Copying: Copies for Jan's 13th Fee Notice. | 161.00 | $0.20 | $32.20 |
| Expense | 10/23/2024 | LS | E108 Postage: Postage for HWA 13th Fee Notice. | 23.00 | $0.69 | $15.87 |
| Expense | 10/23/2024 | LS | E101 Copying: Copies for HWA 13th Fee Notice. | 115.00 | $0.20 | $23.00 |

Invoice # 10501

|  | Expenses Subtotal | $213.21 |
|---|---:|---:|

| Time Keeper | Quantity | Rate | Total |
|---|---:|---:|---:|
| Wayne Kitchens | 13.8 | $800.00 | $11,040.00 |
| Abdiel Lopez-Castro | 15.4 | $350.00 | $5,390.00 |
| Heather McIntyre | 22.2 | $725.00 | $16,095.00 |
|  |  | **Quantity Total** | 51.4 |
|  |  | **Subtotal** | $32,738.21 |
|  |  | **Total** | $32,738.21 |

Please make all amounts payable to: HughesWattersAskanase
To pay by credit card you may go through our link at: https://app.clio.com/link/7e3rrnDf7g9g

EXHIBIT A

**Mountain Express Oil Company**

| Task Code and Timekeeper | Sum of Hours | Sum of Billable |
|---|---:|---:|
| Abdiel Lopez-Castro | 0.1 | $35.00 |
| Heather McIntyre | 4.5 | $3,262.50 |
| **2-Asset Analysis and Recovery Total** | **4.6** | **$3,297.50** |
| Heather McIntyre | 1.1 | $797.50 |
| **3-Asset Sales Total** | **1.1** | **$797.50** |
| Heather McIntyre | 0.2 | $145.00 |
| **4-Chapter 5 Avoidance Action Investigation and Litigation Total** | **0.2** | **$145.00** |
| Heather McIntyre | 1.8 | $1,305.00 |
| **5-Tax Matters Total** | **1.8** | **$1,305.00** |
| Abdiel Lopez-Castro | 2.5 | $875.00 |
| Heather McIntyre | 4 | $2,900.00 |
| Wayne Kitchens | 0.5 | $400.00 |
| **7-Claims Administration, Analysis and Objections Total** | **7** | **$4,175.00** |
| Heather McIntyre | 2.6 | $1,885.00 |
| **18-Use of Cash Collateral Total** | **2.6** | **$1,885.00** |
| Heather McIntyre | 0.3 | $217.50 |
| **23-Monthly Operating Reports Total** | **0.3** | **$217.50** |
| Heather McIntyre | 3.9 | $2,827.50 |
| Wayne Kitchens | 13.3 | $10,640.00 |
| **30-Litigation Total** | **17.2** | **$13,467.50** |
| Abdiel Lopez-Castro | 12.8 | $4,480.00 |
| Heather McIntyre | 3.8 | $2,755.00 |
| **32-Fee Applications Total** | **16.6** | **$7,235.00** |
| **Grand Total** | **51.4** | **$32,525.00** |

EXHIBIT A