IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-90147 |
| | § | (JOINTLY ADMINISTERED) |
| **MOUNTAIN EXPRESS OIL COMPANY,** | § | |
| *et al.* | § | CHAPTER 7 |
| Debtors. | § | |

**FOURTEENTH NOTICE OF REQUEST FOR INTERIM COMPENSATION
OF JANET NORTHRUP, CHAPTER 7 TRUSTEE FOR THE PERIOD OF
<u>OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024</u>**

[Related to Docket No. 1607]

| | |
|---|---|
| Name of Applicant: | Janet Northrup, Chapter 7 Trustee |
| Date of Appointment: | August 24, 2023 |
| Period for Which Fees and Expenses Incurred: | October 1, 2024 to October 31, 2024 |
| Interim Fees Incurred: | $4,480.55 |
| Interim Payment of Fees Requested (80%): | $3,584.44 |
| Interim Expenses Incurred: | $169.69 |
| Total Fees and Expenses Due:[1] | $3,754.10 |
| Total of 20% Fee Holdback: | $896.11 |

---

[1] On October 30, 2023, the Court entered its Order Establishing Interim Trustee Compensation Procedures ("Interim Compensation Order") [Docket No. 1607]. If no objection to the fees or expenses sought in the Monthly Statement is received by the expiration of the objection deadline, the Trustee is authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement. Parties have ten days to object.

3126739

**Fourteenth Interim Compensation Request**

*1.* Janet Northrup, Chapter 7 Trustee for the estates of Mountain Express Oil Company, *et al*, (the "**Trustee**") submits this *Fourteenth Notice of Request for Interim Compensation of Janet Northrup, Chapter 7 Trustee for the Period of October 1, 2024 Through October 31, 2024* (the "**Fee Statement**") for the period of October 1, 2024 to October 31, 2024 (the "**Application Period**") in accordance with the *Order Establishing Interim Trustee Compensation Procedures* (the "**Interim Compensation Order**") entered on October 30, 2023. [Docket No. 1607].

2. Trustee requests interim trustee compensation in the amount of $4,480.55 (the "**Fees**"), and for reimbursement of out-of-pocket expenses incurred in the amount of $169.69 (the "**Expenses**"), for the Application Period. Eighty percent (80%) of the Fees equals $3,584.44 and one hundred percent (100%) of the Expenses equals $169.69 for a total requested amount of $3,754.10.

3. The receipts deposited into the Estate's accounts for the Application Period total $14,711.17. The compensable distributions for the Application Period total $149,351.59.

4. Pursuant to 11 U.S.C § 326(a), the maximum compensation allowable to the Trustee based on the distribution of $149,351.59 is $4,480.55. The statutory compensation calculation is as follows:

| Percentage of Distributions | Maximum Compensation Allowable |
|---|---:|
| 25% of first $5,000 | |
| 10% of $5,000 to $50,000 ($45,000) | |
| 5% of $50,000 to $1M ($950,000) | |
| 3% of $1M+ | $4,480.55 |
| **Total Compensation** | $4,480.55 |
| **80%** | $3,584.44 |
| **20% holdback** | $896.11 |

3126739

5.  A copy of the Monthly Operating Report for October 2024 [Docket No. 2581] and the Trustee's Form 2 which itemizes deposits and disbursements is attached as **Exhibit "1"**. A summary of expenses is attached as **Exhibit "2"**.

## Notice and Objection Procedures

6.  Pursuant to the Interim Compensation Order, notice of this Fee Statement will be served via the court's electronic filing system ("**ECF**") and no additional service is required.

7.  Notice of the Fee Statement has been provided to the Trustee, the United States Trustee for the Southern District of Texas, the Debtors, and all parties requesting notice. In light of the nature of the relief requested herein, the Trustee submits that no further notice is required.

8.  Pursuant to the Interim Compensation Order, the parties receiving notice of this Fee Statement have until the tenth (10th) day following the filing of this Fee Statement to object to the requested fees and expenses.

9.  Pursuant to the Interim Compensation Order, and pending the expiration of the objection deadline, if no objections to the Fee Statement are received, the Trustee is authorized and directed to immediately pay to the Trustee the amount of $3,754.10, which is equal to the sum of 80% of her Fees and 100% of her Expenses incurred during the Application Period.

3126739

Dated: November 18, 2024

Respectfully submitted,

*/s/ Heather Heath McIntyre*
Wayne Kitchens      TBN 11541110
wkitchens@hwa.com
Heather H. McIntyre   TBN 24041076
hmcintyre@hwa.com
Abdiel Lopez-Castro   TBN 24140125
alopezcastro@hwa.com
HughesWattersAskanase, LLP
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone: (713) 590-4200
Facsimile: (713) 590-4230
**ATTORNEYS FOR CHAPTER 7 TRUSTEE, JANET S. NORTHRUP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 18, 2024, a true and correct copy of the foregoing has been served on the Trustee, the United States Trustee for the Southern District of Texas, the Debtors, and all parties receiving CM/ECF notice via the Court's CM/ECF system in the above-referenced case and on the parties listed on the attached Master Service List via first-class, U.S. Mail, postage-prepaid to the extent not sent via CM/ECF as indicated.

*/s/ Heather Heath McIntyre*
Heather H. McIntyre

3126739