IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 (EVR) |
| | § | |
| **Mountain Express Oil Company, *et al.*,** | § | Case No. 23-90147 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**MONTHLY OPERATING REPORT FOR OCTOBER 2024**

**BALANCE ON HAND AS OF OCTOBER 1, 2024** $ 7,511,672.27

**TOTAL RECEIPTS**

| | | | | |
|---|---|---|---|---|
| 1) | Interest Income | $ | 5,985.20 |
| 2) | Liquidation of Other Schedule A/B Property | $ | 5,061.30 |
| 3) | Other Litigation | $ | 1,500.00 |
| 4) | Liquidation of Other Personal Property | $ | 1,495.76 |
| 5) | Rents | $ | 668.91 |

Total Receipts $ 14,711.17

**TOTAL DISBURSEMENTS**

| | | | | |
|---|---|---|---|---|
| 1) | Accountant for Trustee Fees (Other Firm) | $ | 95,309.00 |
| 2) | Chapter 7 Operating Case Expenses | $ | 32,175.93 |
| 3) | Attorney for Trustee Fees (Other Firm) | $ | 16,934.40 |
| 4) | Bond Payments | $ | 4,907.36 |
| 5) | Other Professional's Expenses | $ | 24.90 |

Total Disbursements $ 149,351.59

**BALANCE ON HAND AS OF OCTOBER 31, 2024** $ 7,377,031.85

3126725

Dated: November 15, 2024.

                Respectfully submitted,

                */s/ Heather Heath McIntyre*
                Wayne Kitchens     TBN 11541110
                wkitchens@hwa.com
                Heather McIntyre     TBN 24041076
                hmcintyre@hwa.com
                HUGHESWATTERSASKANASE, LLP
                Total Plaza
                1201 Louisiana, 28th Floor
                Houston, Texas 77002
                Telephone:  (713) 590-4200
                Facsimile:  (713) 590-4230
                **ATTORNEYS FOR JANET S. NORTHRUP, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on all parties receiving ECF in the above-referenced case via ECF on November 15, 2024.

                */s/ Heather Heath McIntyre*
                Heather Heath McIntyre

3126725

| Trustee Name: | Janet S. Northrup | Category Report | | Page No: 1 |
|---|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | | Beginning Date: | 10/1/2024 |
| Case Number: | 23-90147-H3 | | Ending Date: | 10/31/2024 |
| Tax ID: | 582550873 | | | |
| Date Filed: | 03/18/2023F | | | |
| Judge: | EDUARDO V RODRIGUEZ | | | |

| | Amount |
|---|---|

**Receipt**

**1129-000 Liquidation of Other Schedule A/B Property**

| Date | Ref | Payer | Amount |
|---|---|---|---|
| 10/11/2024 | {92} | BRUNOS | $400.00 |
| 10/11/2024 | {92} | Barringer Tree Services, Inc. | $4,500.45 |
| 10/17/2024 | {92} | WHRG- Travel Centers | $83.45 |
| 10/30/2024 | {92} | Fleetcor Tech Operating Co | $77.40 |
| | | **Category Total:** | **$5,061.30** |

**1222-000 Rents**

| Date | Ref | Payer | Amount |
|---|---|---|---|
| 10/10/2024 | {2} | RS BAKKEN ONE | $668.91 |
| | | **Category Total:** | **$668.91** |

**1229-000 Liquidation of Other Personal Property**

| Date | Ref | Payer | Amount |
|---|---|---|---|
| 10/11/2024 | {262} | USI Insurance Services, LLC | $1,495.76 |
| | | **Category Total:** | **$1,495.76** |

**1249-000 Other Litigation**

| Date | Ref | Payer | Amount |
|---|---|---|---|
| 10/28/2024 | {257} | Sukhranjan S. Multani Or | $1,500.00 |
| | | **Category Total:** | **$1,500.00** |

**1270-000 Interest Income**

| Date | Payer | Amount |
|---|---|---|
| 10/31/2024 | Veritex Community Bank | $129.23 |
| 10/31/2024 | Veritex Community Bank | $71.94 |
| 10/31/2024 | Veritex Community Bank | $209.16 |
| 10/31/2024 | Veritex Community Bank | $0.19 |
| 10/31/2024 | Veritex Community Bank | $817.95 |
| 10/31/2024 | Veritex Community Bank | $2,104.43 |
| 10/31/2024 | Veritex Community Bank | $2,652.30 |
| | **Category Total:** | **$5,985.20** |
| | **Receipt Total:** | **$14,711.17** |

**9999-000 Account Transfers**

| Date | Description | Amount |
|---|---|---|
| 10/23/2024 | Transfer From: #9611239014701 | $8,201.95 |
| 10/23/2024 | Transfer From: #9611239014701 | $10,243.80 |
| 10/30/2024 | Transfer From: #9611239014702 | $3,746.80 |
| 10/30/2024 | Transfer From: #9611239014702 | $36,245.71 |
| | **Category Total:** | **$58,438.26** |
| | **Group Total:** | **$73,149.43** |

**Disbursement**

**2300-000 Bond Payments**

| Date | Payee | Amount |
|---|---|---|
| 10/10/2024 | International Sureties, LTD. | $4,907.36 |
| | **Category Total:** | **$4,907.36** |

**2690-000 Chapter 7 Operating Case Expenses**

| Date | Payee | Amount |
|---|---|---|
| 10/08/2024 | CNR Technologies | $14,332.00 |
| 10/11/2024 | PDI Technologies, Inc. | $17,843.93 |
| 10/23/2024 | CNR Technologies | $187.50 |
| | **Category Total:** | **$32,363.43** |

**2690-003 Chapter 7 Operating Case Expenses**

| Date | Payee | Amount |
|---|---|---|
| 10/23/2024 | VOID: CNR Technologies | $(187.50) |
| | **Category Total:** | **$(187.50)** |

**3210-000 Attorney for Trustee Fees (Other Firm)**

| Date | Payee | Amount |
|---|---|---|
| 10/30/2024 | Porter & Hedges LLP | $10,200.40 |
| 10/30/2024 | Porter & Hedges LLP | $6,734.00 |

| Trustee Name: | Janet S. Northrup | | |
|---|---|---|---|

### Category Report

| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Beginning Date: | 10/1/2024 |
|---|---|---|---|
| Case Number: | 23-90147-H3 | Ending Date: | 10/31/2024 |
| Tax ID: | 582550873 | | |
| Date Filed: | 03/18/2023F | | |
| Judge: | EDUARDO V RODRIGUEZ | | |

| | | | Amount |
|---|---|---|---|
| | | **Category Total:** | **$16,934.40** |
| 3410-000 | Accountant for Trustee Fees (Other Firm) | | |
| 10/23/2024 | Whitley Penn, LLP | | $21,526.00 |
| 10/23/2024 | Whitley Penn, LLP | | $32,807.80 |
| 10/23/2024 | Whitley Penn, LLP | | $40,975.20 |
| | | **Category Total:** | **$95,309.00** |
| 3992-000 | Other Professional Expenses | | |
| 10/23/2024 | Whitley Penn, LLP | | $17.50 |
| 10/23/2024 | Whitley Penn, LLP | | $7.40 |
| | | **Category Total:** | **$24.90** |
| | | **Disbursement Total:** | **$149,351.59** |
| 9999-000 | Account Transfers | | |
| 10/23/2024 | Transfer To: #9611239014702 | | $8,201.95 |
| 10/23/2024 | Transfer To: #9611239014702 | | $10,243.80 |
| 10/30/2024 | Transfer To: #9611239014701 | | $3,746.80 |
| 10/30/2024 | Transfer To: #9611239014701 | | $36,245.71 |
| | | **Category Total:** | **$58,438.26** |
| | | **Group Total:** | **$207,789.85** |

### Summary of T-Codes

| | |
|---|---|
| 1000: | $14,711.17 |
| 2000: | $37,083.29 |
| 3000: | $112,268.30 |
| 4000: | $0.00 |
| 5000: | $0.00 |
| 6000: | $0.00 |
| 7000: | $0.00 |
| 8000: | $0.00 |
| 9000: | $116,876.52 |

Case 23-90147 Document 2584-1 Filed in TXSB on 11/15/24 Page 4 of 17

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 23-90147-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 10/1/2024 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/08/2024 | 5084 | CNR Technologies | 082923; #1421; Order Granting Emergency Motion for Authority to Operate; Server labor 08/05/24 to 09/26/24; Invoice #s F1WWITZL129X and YCPMHNXBW18N | 2690-000 | | $14,332.00 | $3,133,638.18 |
| 10/10/2024 | (2) | RS BAKKEN ONE | lease payment | 1222-000 | $668.91 | | $3,134,307.09 |
| 10/10/2024 | 5085 | International Sureties, LTD. | 10/01/24 to 10/01/25 | 2300-000 | | $4,907.36 | $3,129,399.73 |
| 10/11/2024 | (262) | USI Insurance Services, LLC | Insurance refund | 1229-000 | $1,495.76 | | $3,130,895.49 |
| 10/11/2024 | | PDI Technologies, Inc. | 031124; #2046; Stipulation and Agreed Order Invoice # 1904776 | 2690-000 | | $17,843.93 | $3,113,051.56 |
| 10/23/2024 | | Transfer To: #*********4702 | 20% holdback of Whitley Penn Tenth Fee Statement; July 2024. | 9999-000 | | $8,201.95 | $3,104,849.61 |
| 10/23/2024 | | Transfer To: #*********4702 | 20% holdback of Whitley Penn Eleventh Fee Statement; August 2024. | 9999-000 | | $10,243.80 | $3,094,605.81 |
| 10/23/2024 | 5086 | Whitley Penn, LLP | 082923; #1421; Order Granting Emergency for Authority to Operate;; 100824; #2416; Tenth Monthly Fee Statement; July 2024. | * | | $32,825.30 | $3,061,780.51 |
| | | | Whitley Penn, LLP $(32,807.80) | 3410-000 | | | $3,061,780.51 |
| | | | Whitley Penn, LLP $(17.50) | 3992-000 | | | $3,061,780.51 |
| 10/23/2024 | 5087 | Whitley Penn, LLP | 082923; #1421; Order Granting Emergency for Authority to Operate;; 100824; #2417; Eleventh Monthly Fee Statement; August 2024. | * | | $40,982.60 | $3,020,797.91 |
| | | | Whitley Penn, LLP $(40,975.20) | 3410-000 | | | $3,020,797.91 |
| | | | Whitley Penn, LLP $(7.40) | 3992-000 | | | $3,020,797.91 |
| 10/23/2024 | 5088 | CNR Technologies | 082923; #1421; Order Granting Emergency Motion for Authority to Operate; Server services 09/26/24; Invoice #YCPMHNXBW18N | 2690-000 | | $187.50 | $3,020,610.41 |
| 10/23/2024 | 5088 | VOID: CNR Technologies | Payment issued on 10/08/24 Check no. 5084 | 2690-003 | | ($187.50) | $3,020,797.91 |
| 10/28/2024 | (257) | Sukhranjan S. Multani Or | 081424; #2341; Stipulation and Agreed Order | 1249-000 | $1,500.00 | | $3,022,297.91 |
| | | | SUBTOTALS | | $3,664.67 | $129,336.94 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-90147-H3 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 10/1/2024 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2024 | | Transfer From: #*********4702 | Cash collateral/over budget refund 20% holdback of Porter & Hedges Twelfth Monthly Fee Statement August 2024. | 9999-000 | $3,746.80 | | $3,026,044.71 |
| 10/30/2024 | | Transfer From: #*********4702 | Transfer of funds that should have been paid from 20% holdback account. **0824; #2330; Order Granting Second (THIRD) Interim Fee Application- March-May 2024. | 9999-000 | $36,245.71 | | $3,062,290.42 |
| 10/31/2024 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $2,652.30 | | $3,064,942.72 |
| | | | **TOTALS:** | | $46,309.48 | $129,336.94 | $3,064,942.72 |
| | | | **Less: Bank transfers/CDs** | | $39,992.51 | $18,445.75 | |
| | | | **Subtotal** | | $6,316.97 | $110,891.19 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,316.97 | $110,891.19 | |

| For the period of 10/1/2024 to 10/31/2024 | | For the entire history of the account between 08/24/2023 to 10/31/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,316.97 | Total Compensable Receipts: | $39,239,797.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,316.97 | Total Comp/Non Comp Receipts: | $39,239,797.96 |
| Total Internal/Transfer Receipts: | $39,992.51 | Total Internal/Transfer Receipts: | $1,538,112.46 |
| | | | |
| Total Compensable Disbursements: | $110,891.19 | Total Compensable Disbursements: | $9,675,463.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $110,891.19 | Total Comp/Non Comp Disbursements: | $9,675,463.87 |
| Total Internal/Transfer Disbursements: | $18,445.75 | Total Internal/Transfer Disbursements: | $28,037,503.83 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 23-90147-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | Checking Acct #: | ******4702 |
| Co-Debtor Taxpayer ID #: | | Account Title: | 20% holdback account |
| For Period Beginning: | 10/1/2024 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/23/2024 | | Transfer From: #*********4701 | 20% holdback of Whitley Penn Tenth Fee Statement; July 2024. | 9999-000 | $8,201.95 | | $254,481.29 |
| 10/23/2024 | | Transfer From: #*********4701 | 20% holdback of Whitley Penn Eleventh Fee Statement; August 2024. | 9999-000 | $10,243.80 | | $264,725.09 |
| 10/23/2024 | 8010 | Whitley Penn, LLP | 082923; #1421; Order Granting Emergency for Authority to Operate;; 101824; #2536; Order Approving Third Interim Application by Whitley Penn, LLP. | 3410-000 | | $21,526.00 | $243,199.09 |
| 10/30/2024 | | Transfer To: #*********4701 | Cash collateral/over budget refund 20% holdback of Porter & Hedges Twelfth Monthly Fee Statement August 2024. | 9999-000 | | $3,746.80 | $239,452.29 |
| 10/30/2024 | | Transfer To: #*********4701 | Transfer of funds that should have been paid from 20% holdback account. **0824; #2330; Order Granting Second (THIRD) Interim Fee Application- March-May 2024. | 9999-000 | | $36,245.71 | $203,206.58 |
| 10/30/2024 | 8011 | Porter & Hedges LLP | 102824; #2554; Order Approving Fourth Interim Fee Application for Porter & Hedges (June-August 2024) | 3210-000 | | $10,200.40 | $193,006.18 |
| 10/31/2024 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $209.16 | | $193,215.34 |
| | | | | SUBTOTALS | $18,654.91 | $71,718.91 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-90147-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | Checking Acct #: | ******4702 |
| Co-Debtor Taxpayer ID #: | | Account Title: | 20% holdback account |
| For Period Beginning: | 10/1/2024 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $18,654.91 | $71,718.91 | $193,215.34 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $18,445.75 | $39,992.51 | |
|  |  |  | Subtotal | | $209.16 | $31,726.40 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $209.16 | $31,726.40 | |

| For the period of 10/1/2024 to 10/31/2024 | | For the entire history of the account between 08/29/2023 to 10/31/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $209.16 | Total Compensable Receipts: | $961.97 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $209.16 | Total Comp/Non Comp Receipts: | $961.97 |
| Total Internal/Transfer Receipts: | $18,445.75 | Total Internal/Transfer Receipts: | $608,632.00 |
| | | | |
| Total Compensable Disbursements: | $31,726.40 | Total Compensable Disbursements: | $340,140.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31,726.40 | Total Comp/Non Comp Disbursements: | $340,140.41 |
| Total Internal/Transfer Disbursements: | $39,992.51 | Total Internal/Transfer Disbursements: | $76,238.22 |

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-90147-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | Checking Acct #: | ******4703 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Segregated Excise Tax Account |
| For Period Beginning: | 10/1/2024 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2024 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $817.95 | | $963,882.31 |
| | | | TOTALS: | | $817.95 | $0.00 | $963,882.31 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $817.95 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $817.95 | $0.00 | |

| For the period of 10/1/2024 to 10/31/2024 | | For the entire history of the account between 09/15/2023 to 10/31/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $817.95 | Total Compensable Receipts: | $944,944.44 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $817.95 | Total Comp/Non Comp Receipts: | $944,944.44 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $18,937.87 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| Case No. | 23-90147-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | Checking Acct #: | ******4704 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Segregated Account- Fam Fuels/ ARs |
| For Period Beginning: | 10/1/2024 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/11/2024 | (92) | BRUNOS | account receivables | 1129-000 | $400.00 | | $81,740.84 |
| 10/11/2024 | (92) | Barringer Tree Services, Inc. | account receivables | 1129-000 | $4,500.45 | | $86,241.29 |
| 10/17/2024 | (92) | WHRG- Travel Centers | account receivables | 1129-000 | $83.45 | | $86,324.74 |
| 10/30/2024 | (92) | Fleetcor Tech Operating Co | account receivables | 1129-000 | $77.40 | | $86,402.14 |
| 10/31/2024 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $71.94 | | $86,474.08 |
| | | | TOTALS: | | $5,133.24 | $0.00 | $86,474.08 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,133.24 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,133.24 | $0.00 | |

| For the period of 10/1/2024 to 10/31/2024 | | For the entire history of the account between 11/02/2023 to 10/31/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,133.24 | Total Compensable Receipts: | $61,479.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,133.24 | Total Comp/Non Comp Receipts: | $61,479.11 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $61,054.47 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $36,059.50 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-90147-H3 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | | Checking Acct #: | ******4705 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Schierl Sales- Segregated Account |
| For Period Beginning: | 10/1/2024 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2024 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $0.19 | | $220.27 |
| | | | TOTALS: | | $0.19 | $0.00 | $220.27 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.19 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.19 | $0.00 | |

| For the period of 10/1/2024 to 10/31/2024 | | For the entire history of the account between 01/03/2024 to 10/31/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.19 | Total Compensable Receipts: | $1,838.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.19 | Total Comp/Non Comp Receipts: | $1,838.70 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $1,000,000.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $1,001,618.43 |

**FORM 2**

Page No: 8

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-90147-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | Checking Acct #: | ******4706 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Pachulski Stang Ziehl & Jones, LLP |
| For Period Beginning: | 10/1/2024 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 10/1/2024 to 10/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/08/2024 to 10/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,540,652.46 |
| | |
| Total Compensable Disbursements: | $2,430,396.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,430,396.65 |
| Total Internal/Transfer Disbursements: | $110,255.81 |

**FORM 2**    Page No: 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 23-90147-H3 | | **Trustee Name:** | Janet S. Northrup |
| **Case Name:** | MOUNTAIN EXPRESS OIL COMPANY | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***0873 | | **Checking Acct #:** | ******4707 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Fidelity (MPO) 9019 Settlement Funds |
| **For Period Beginning:** | 10/1/2024 | | **Blanket bond (per case limit):** | $115,993,000.00 |
| **For Period Ending:** | 10/31/2024 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/31/2024 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $2,104.43 | | $2,479,900.95 |
| | | | **TOTALS:** | | $2,104.43 | $0.00 | $2,479,900.95 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,104.43 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,104.43 | $0.00 | |

| **For the period of 10/1/2024 to 10/31/2024** | | **For the entire history of the account between 04/03/2024 to 10/31/2024** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,104.43 | Total Compensable Receipts: | $54,900.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,104.43 | Total Comp/Non Comp Receipts: | $54,900.95 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $23,250,000.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $20,500,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $20,500,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $325,000.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10

| Case No. | 23-90147-H3 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | | Checking Acct #: | ******4708 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Segregated Account- Subject to Creditor Claims |
| For Period Beginning: | 10/1/2024 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2024 | (INT) | Veritex Community Bank | INTEREST PAID AT CLOSING | 1270-000 | $129.23 | | $152,291.74 |
| | | | TOTALS: | | $129.23 | $0.00 | $152,291.74 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $129.23 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $129.23 | $0.00 | |

**For the period of 10/1/2024 to 10/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $129.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $129.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/08/2024 to 10/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $350,843.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $350,843.65 |
| Total Internal/Transfer Receipts: | $151,448.09 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $350,000.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-90147-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | Checking Acct #: | ******4709 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Segregated Account- to pay Schierl |
| For Period Beginning: | 10/1/2024 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 10/1/2024 to 10/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/08/2024 to 10/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $349,527.57 |
| | |
| Total Compensable Disbursements: | $325,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $325,000.00 |
| Total Internal/Transfer Disbursements: | $24,527.57 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-90147-H3 | | Trustee Name: | Janet S. Northrup |
|---|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | | Checking Acct #: | ******4710 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | 1% carveout for distribution |
| For Period Beginning: | 10/1/2024 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2024 | 3001 | Porter & Hedges LLP | 102824; #2554; Order Approving Fourth Interim Fee Application for Porter & Hedges (June-August 2024) | 3210-000 | | $6,734.00 | $436,104.44 |
| | | | TOTALS: | | $0.00 | $6,734.00 | $436,104.44 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $6,734.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $6,734.00 | |

**For the period of 10/1/2024 to 10/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,734.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,734.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/05/2024 to 10/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $442,838.44 |
| | |
| Total Compensable Disbursements: | $6,734.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,734.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 13

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-90147-H3 | Trustee Name: | Janet S. Northrup |
|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0873 | Checking Acct #: | ******4710 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | 1% carveout for distribution |
| For Period Beginning: | 10/1/2024 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 10/31/2024 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $14,711.17 | $149,351.59 | $7,377,031.85 |

**For the period of 10/1/2024 to 10/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $14,711.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,711.17 |
| Total Internal/Transfer Receipts: | $58,438.26 |
| Total Compensable Disbursements: | $149,351.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $149,351.59 |
| Total Internal/Transfer Disbursements: | $58,438.26 |

**For the entire history of the case between 03/18/2023 to 10/31/2024**

| | |
|---|---|
| Total Compensable Receipts: | $40,654,766.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $40,654,766.78 |
| Total Internal/Transfer Receipts: | $29,961,203.36 |
| Total Compensable Disbursements: | $33,277,734.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $33,277,734.93 |
| Total Internal/Transfer Disbursements: | $29,961,203.36 |

/s/ JANET S. NORTHRUP

JANET S. NORTHRUP