# TIME AND BILLING EXPENSE REPORT

| | | |
|---|---|---|
| **Case No.:** | 23-90147-H3 | **Trustee Name** |
| **Case Name:** | MOUNTAIN EXPRESS OIL COMPANY | Janet S. Northrup |
| **Start Date:** | 10/1/2024 | |
| **End Date:** | 10/31/2024 | |

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant : Janet S. Northrup** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **Paralegal- Jose Nieto (2024)** | | | | | |
| 10/08/2024 | $65.260 | 0.20 | $13.05 | $13.05 | Billable |
| Description: Prepare and issue check to CNR Technologies. | | | | | |
| 10/10/2024 | $65.260 | 0.20 | $13.05 | $13.05 | Billable |
| Description: Wire deposit entry from RS Bakken One. | | | | | |
| 10/11/2024 | $65.260 | 0.20 | $13.05 | $13.05 | Billable |
| Description: Deposit check from USI Insurance Services, LLC | | | | | |
| 10/11/2024 | $65.260 | 0.20 | $13.05 | $13.05 | Billable |
| Description: Prepare outgoing wire to PDI Technologies. | | | | | |
| 10/11/2024 | $65.260 | 0.30 | $19.58 | $19.58 | Billable |
| Description: Deposit checks from Brunos and Barringer Tree Services. | | | | | |
| 10/17/2024 | $65.260 | 0.20 | $13.05 | $13.05 | Billable |
| Description: Deposit check from WHRG | | | | | |
| 10/23/2024 | $65.260 | 0.20 | $13.05 | $13.05 | Billable |
| Description: Prepare and issue check to CNR Technologies. | | | | | |
| 10/23/2024 | $65.260 | 0.40 | $26.10 | $26.10 | Billable |
| Description: Prepare and issue 3 checks to Whitley Penn. | | | | | |
| 10/28/2024 | $65.260 | 0.20 | $13.05 | $13.05 | Billable |
| Description: Wire deposit entry from Sukhranjan Multani | | | | | |
| 10/30/2024 | $65.260 | 0.20 | $13.05 | $13.05 | Billable |
| Description: Deposit check from Fleetcor Tech | | | | | |
| 10/30/2024 | $65.260 | 0.30 | $19.58 | $19.58 | Billable |
| Description: Prepare and issue checks Porter & Hedges. | | | | | |
| **Paralegal- Jose Nieto (2024) Total:** | | | **$169.66** | **$169.66** | |
| **Project Category  Total:** | | | **$169.66** | **$169.66** | |
| **Matter Code  Total:** | | | **$169.66** | **$169.66** | |
| **EXPENSE SUMMARY:** | | | **$169.66** | | |