**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **MOUNTAIN EXPRESS OIL COMPANY,** | § | |
| ***et al.,***[1] | § | |
| | § | **Case No. 23-90147** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**ORDER APPROVING COMPROMISE AND SETTLEMENT**
**WITH NICHOLS, CAULEY & ASSOCIATES, LLC**
(relates to Docket No. _____)

The Court has considered the Motion to Compromise Controversy under Bankruptcy Rule 9019 with Nichols, Cauley & Associates, LLC ("Nichols Cauley") filed by Janet Northrup, Chapter 7 Trustee of the jointly administered estates of Mountain Express Oil Company, et al. (the "Trustee"). The Court finds that notice of the proposed compromise is sufficient. The proposed compromise meets the requirements for a compromise as outlined in *Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414 (1968).

Accordingly, it is therefore **ORDERED THAT:**

1.      The Motion to Compromise Controversy under Bankruptcy Rule 9019 with Nichols, Cauley & Associates, LLC is **GRANTED**.

2.      The Settlement Agreement attached to the Motion to Compromise Controversy under Bankruptcy Rule 9019 as **Exhibit A** is hereby approved, and the Trustee is authorized to enter into and consummate the Settlement Agreement.

3.      Nichols Cauley agrees that it will withdraw any claim it has filed in the Debtors' Bankruptcy Cases and waive any rights it has under 11 U.S.C. § 502(h).

4.      Each party shall bear its respective fees and costs.

5.      All parties to this compromise and settlement shall execute and deliver all documents reasonably necessary to effectuate the intent of this compromise and settlement.

6.      Nichols Cauley shall pay the sum of $36,000.00 to the Trustee within five (5) days of entry of this Order.

[signature on following page]

---

1 A complete list of each of the Debtors in these Chapter 7 cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov.

Signed: