IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| | § Chapter 7 (EVR) |
| | § |
| Mountain Express Oil Company, *et al.*, | § Case No. 23-90147 |
| | § |
| Debtors. | § Jointly Administered |
| | § |

## MONTHLY OPERATING REPORT FOR FEBURARY 2025

| | | |
|---|---|---|
| **BALANCE ON HAND AS OF FEBURARY 1, 2025** | $ | 6,885,023.59 |
| **TOTAL RECEIPTS** | | |
| 1) Interest Income | $ | 5,863.33 |
| 2) Liquidation of Other Personal Property | $ | 3,000.00 |
| Total Receipts | $ | 8,863.33 |
| **TOTAL DISBURSEMENTS** | | |
| 1) Accountant for Trustee Fees (Other Firm) | $ | 28,487.60 |
| 2) Other Professional's Expenses | $ | 26,794.20 |
| 3) Attorney for Trustee Expenses & Fees (Trustee Firm) | $ | 9,950.27 |
| 4) Attorney for Trustee Fees (Other Firm) | $ | 3,020.60 |
| Total Disbursements | $ | 68,252.67 |
| **BALANCE ON HAND AS OF FEBURARY 28, 2025** | $ | 6,825,634.25 |

DATED: March 17, 2025.

3138063

Respectfully submitted,

*/s/ Heather Heath McIntyre*
Wayne Kitchens     TBN 11541110
wkitchens@hwa.com
Heather McIntyre     TBN 24041076
hmcintyre@hwa.com
HUGHESWATTERSASKANASE, LLP
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone: (713) 590-4200
Facsimile: (713) 590-4230
**ATTORNEYS FOR JANET S. NORTHRUP, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on all parties receiving ECF in the above-referenced case via ECF on March 17, 2025.

*/s/ Heather Heath McIntyre*
Heather Heath McIntyre

3138063

| | | | | | Page No: 1 |
|---|---|---|---|---|---|
| **Trustee Name:** | Janet S. Northrup | | **Category Report** | | |
| **Case Name:** | MOUNTAIN EXPRESS OIL COMPANY | | | **Beginning Date:** | 2/1/2025 |
| **Case Number:** | 23-90147-H3 | | | **Ending Date:** | 2/28/2025 |
| **Tax ID:** | 582550873 | | | | |
| **Date Filed:** | 03/18/2023F | | | | |
| **Judge:** | EDUARDO V RODRIGUEZ | | | | |

| | | | | | Amount |
|---|---|---|---|---|---|
| **Receipt** | | | | | |
| 1249-000 | | Other Litigation | | | |
| | 02/04/2025 | {257} | Sukhranjan S. Multani Or | | $1,500.00 |
| | 02/04/2025 | {257} | Sukhranjan S. Multani Or | | $1,500.00 |
| | | | | Category Total: | $3,000.00 |
| 1270-000 | | Interest Income | | | |
| | 02/02/2025 | | Veritex Community Bank | | $43.38 |
| | 02/02/2025 | | Veritex Community Bank | | $0.20 |
| | 02/02/2025 | | Veritex Community Bank | | $2,245.85 |
| | 02/02/2025 | | Veritex Community Bank | | $872.91 |
| | 02/02/2025 | | Veritex Community Bank | | $78.72 |
| | 02/02/2025 | | Veritex Community Bank | | $2,484.35 |
| | 02/02/2025 | | Veritex Community Bank | | $137.92 |
| | | | | Category Total: | $5,863.33 |
| | | | | **Receipt Total:** | **$8,863.33** |
| 9999-000 | | Account Transfers | | | |
| | 02/03/2025 | | Transfer From: #9611239014701 | | $9,793.82 |
| | 02/25/2025 | | Transfer From: #9611239014701 | | $2,472.50 |
| | 02/25/2025 | | Transfer From: #9611239014701 | | $3,896.00 |
| | 02/25/2025 | | Transfer From: #9611239014701 | | $3,225.90 |
| | 02/26/2025 | | Transfer From: #9611239014702 | | $1,275.00 |
| | | | | Category Total: | $20,663.22 |
| | | | | **Group Total:** | **$29,526.55** |
| **Disbursement** | | | | | |
| 3110-000 | | Attorney for Trustee Fees (Trustee Firm) | | | |
| | 02/26/2025 | | HUGHES, WATTERS & ASKANASE | | $9,890.00 |
| | | | | Category Total: | $9,890.00 |
| 3120-000 | | Attorney for Trustee Expenses (Trustee Firm) | | | |
| | 02/26/2025 | | HUGHES, WATTERS & ASKANASE | | $60.27 |
| | | | | Category Total: | $60.27 |
| 3210-000 | | Attorney for Trustee Fees (Other Firm) | | | |
| | 02/05/2025 | | Porter & Hedges LLP | | $3,020.60 |
| | | | | Category Total: | $3,020.60 |
| 3410-000 | | Accountant for Trustee Fees (Other Firm) | | | |
| | 02/26/2025 | | Whitley Penn, LLP | | $15,584.00 |
| | 02/26/2025 | | Whitley Penn, LLP | | $12,903.60 |
| | | | | Category Total: | $28,487.60 |
| 3992-000 | | Other Professional Expenses | | | |
| | 02/26/2025 | | Whitley Penn, LLP | | $25,122.30 |
| | 02/26/2025 | | Whitley Penn, LLP | | $1,671.90 |
| | | | | Category Total: | $26,794.20 |
| | | | | **Disbursement Total:** | **$68,252.67** |
| 9999-000 | | Account Transfers | | | |
| | 02/03/2025 | | Transfer To: #9611239014710 | | $9,793.82 |
| | 02/25/2025 | | Transfer To: #9611239014702 | | $2,472.50 |
| | 02/25/2025 | | Transfer To: #9611239014702 | | $3,896.00 |
| | 02/25/2025 | | Transfer To: #9611239014702 | | $3,225.90 |
| | 02/26/2025 | | Transfer To: #9611239014701 | | $1,275.00 |

| Trustee Name: | Janet S. Northrup | Category Report | | Page No: 2 |
|---|---|---|---|---|
| Case Name: | MOUNTAIN EXPRESS OIL COMPANY | | Beginning Date: | 2/1/2025 |
| Case Number: | 23-90147-H3 | | Ending Date: | 2/28/2025 |
| Tax ID: | 582550873 | | | |
| Date Filed: | 03/18/2023F | | | |
| Judge: | EDUARDO V RODRIGUEZ | | | |

|  | Amount |
|---|---|
| Category Total: | $20,663.22 |
| Group Total: | $88,915.89 |

Summary of T-Codes

| | |
|---|---|
| 1000: | $8,863.33 |
| 2000: | $0.00 |
| 3000: | $68,252.67 |
| 4000: | $0.00 |
| 5000: | $0.00 |
| 6000: | $0.00 |
| 7000: | $0.00 |
| 8000: | $0.00 |
| 9000: | $41,326.44 |