# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| | § |
| **In re:** | § **Chapter 7** |
| | § |
| **Mountain Express Oil Company,** *et al.***,** | § **Case No. 23-90147 (EVR)** |
| | § |
| **Debtors.**[1] | § **Jointly Administered** |
| | § |

## EIGHTEENTH MONTHLY FEE STATEMENT OF PORTER HEDGES LLP, SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE, JANET NORTHRUP, FOR THE PERIOD FROM FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025

| | |
|---|---|
| **Name of Applicant:** | Porter Hedges LLP, as Special Counsel for the Chapter 7 Trustee, Janet Northrup |
| **Date of Retention Order:** | October 4, 2023 (Doc. No. 1523) |
| **Period for which Fees and Expenses are Incurred:** | February 1, 2025 through and including February 28, 2025 |
| **Interim Fees Incurred:** | $4,204.50 |
| **Interim Payment of Fees Requested (80%):** | $3,363.60 |
| **Interim Expenses Incurred:** | $4.00 |
| **Total Fees and Expenses Due:** | $3,367.60 |

This is the Eighteenth Monthly Fee Statement.

---

[1]  A complete list of each of the Debtors in these chapter 7 cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov.  The location of Debtor Mountain Express Oil Company's principal place of business and the Debtors' service address in these chapter 7 cases is 3650 Mansell Road, Suite 250, Alpharetta, GA 30022.

Porter Hedges LLP ("Porter Hedges"), Special Counsel for the Chapter 7 Trustee, Janet Northrup (the "Trustee"), submits this Eighteenth Monthly Fee Statement (the "Fee Statement") for the period from February 1, 2025 through February 28, 2025 (the "Application Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Trustee* [Docket No. 1607] (the "Interim Compensation Order").

Porter Hedges requests compensation for professional services rendered in the amount of $4,204.50 (the "Fees") and reimbursement of out-of-pocket expenses incurred in the amount of $4.00 (the "Expenses"), for the period from February 1, 2025 through February 28, 2025.  Eighty percent (80%) of the fees equals $3,363.60 and one hundred percent (100%) of the Expenses equals $4.00 for a total requested amount of $3,367.60.

Summaries of the calculations for these fees by project category and expenses are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.  A summary of the time expended by Porter Hedges attorneys and support staff, together with their respective hourly rates, is attached hereto as **Exhibit 3**.  Porter Hedges' invoices for the Application Period is attached hereto as **Exhibit 4**.

**WHEREFORE**, Porter Hedges respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of eighty percent (80%) of the compensation sought, in the amount of $3,363.60 and reimbursement of one hundred percent (100%) of expenses incurred in the amount of $4.00 in the total amount of $3,367.60.

Dated:   March 17, 2025
      Houston, Texas

Respectfully Submitted,

By: */s/ Joshua W. Wolfshohl*
**PORTER HEDGES LLP**
Joshua W. Wolfshohl (TX Bar No. 24038592)
Megan Young-John (TX Bar No. 24088700)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
myoung-john@porterhedges.com

***Counsel for the Chapter 7 Trustee,
Janet Northrup***


## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on March 17, 2025.

This will further certify that a true and correct copy of the foregoing document was sent by first class mail to: (i) the Debtors; (ii) Neil Lansing; and (iii) the 20 largest unsecured creditors scheduled by the Debtors, in compliance with the Court's *Order Granting Trustee's Motion to Limit Notice* [Docket No. 1729] (the "Notice Order").

All other parties entitled to receive notice pursuant to the Notice Order received such notice by electronic transmission to all registered ECF users appearing in the case.

*/s/ Joshua W. Wolfshohl*
 Joshua W. Wolfshohl

17128567v1

## EXHIBIT 1

### SUMMARY OF TIME EXPENDED BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees Requested |
|---|---:|---:|
| Case Administration | 0.00 | 0.00 |
| Asset Analysis/Recovery | 5.90 | 4,204.50 |
| Adversary Proceeding/Litigation | 0.00 | 0.00 |
| Fee/Employment Applications | 0.00 | 0.00 |
|  |  |  |
| **TOTAL** | **5.90** | **4,204.50** |

17128567v1

## EXHIBIT 2

### SUMMARY OF OUT-OF-POCKET EXPENSES

| Expenses | Cost |
|---|---|
| Computer Assisted Legal Research | $4.00 |
| | |
| **TOTAL** | $4.00 |

**<u>EXHIBIT 3</u>**

**SUMMARY OF TIME EXPENDED BY ATTORNEYS AND SUPPORT STAFF**

| Professional | Hourly Rate | Total Hours |
|---|---:|---:|
| Joshua W. Wolfshohl | $995.00 | 1.00 |
| Michael B. Dearman | $745.00 | 0.00 |
| John M. Eiband | $655.00 | 4.90 |
| Eliana Garfias | $425.00 | 0.00 |
| | | |
| **TOTAL** | | 5.90 |

6

17128567v1

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

DEPT. 510
P.O. BOX 4346
HOUSTON, TEXAS 77210-4346

TELEPHONE (713) 226-6000
TELECOPIER (713) 228-1331

JANET NORTHRUP, CHAPTER 7 TRUSTEE
ATTN: JANET NORTHRUP
TOTAL PLAZA
1201 LOUISIANA, 28TH FLOOR
HOUSTON, TX 77002

| | |
|---|---|
| Invoice Date: | March 10, 2025 |
| Invoice Num.: | 574790 |
| Matter Number: | 018167-0002 |
| Billing Attorney: | Joshua W. Wolfshohl |
| Tax ID: | #74-2174193 |

Matter:        Mountain Express Oil Company, et al. – Chapter 7

For professional services rendered and costs incurred through February 28, 2025

| | |
|---|---|
| Professional Services | 4,204.50 |
| Disbursements | 4.00 |
| **Total Amount Due** | **$4,208.50** |

EXHIBIT 4

# PORTER HEDGES LLP

Client: JANET NORTHRUP, TRUSTEE

Matter: Mountain Express Oil Company, et al. – Chapter 7

| | |
|---|---|
| Invoice Date: | March 10, 2025 |
| Invoice Num.: | 574790 |
| Matter Number: | 018167-0002 |

**Time Detail**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/2025 | JME | Emails with Pilot's counsel and H. McIntyre regarding resolution of Pilot's claims. | 0.10 | 65.50 |
| 02/12/2025 | JME | Emails with H. McIntyre and Pilot counsel regarding settlement of funds (.1); review accounting of funds sent by Pilot (.1). | 0.20 | 131.00 |
| 02/13/2025 | JME | Analyze Pilot proof of claim and investigate emails related to amounts possible owed by Pilot (.5); meeting with Pilot and H. McIntyre on same (.4); call with H. McIntyre after Pilot meeting (.1); emails with J. Wolfshohl regarding summary of meeting and questions related to same (.4). | 1.40 | 917.00 |
| 02/14/2025 | JWW | Emails with D. Draper regarding retention of litigation counsel and review prior correspondence and revised engagement agreement. | 0.70 | 696.50 |
| 02/19/2025 | JME | Call and email with J. Crockett regarding properties in Arkansas, and investigate ownership of same (.2); investigate ownership of eleven properties in Mississippi and Georgia, and email E. Rose and H. McIntyre regarding same (.4). | 0.60 | 393.00 |
| 02/24/2025 | JWW | Review issues regarding North Carolina proceeding and emails with J. Eiband regarding same. | 0.30 | 298.50 |
| 02/24/2025 | JME | Emails with J. Crockett and J. Northrup regarding inquiry into property ownership in Arkansas (.1); attention to emails regarding N.C. industrial commission matter, analyze old notes and emails related to matter, and exchange emails with J. Wolfshohl and plaintiff's counsel regarding same (.7). | 0.80 | 524.00 |
| 02/26/2025 | JME | Emails with H. McIntyre regarding Pilot setoff. | 0.20 | 131.00 |
| 02/27/2025 | JME | Attention to email from D. Berger, and email J. Wolfshohl summary of issue. | 0.30 | 196.50 |
| 02/28/2025 | JME | Calls and email with D. Berger regarding N.C. workers compensation hearing (.6); call and email with J. | 1.30 | 851.50 |

**PORTER HEDGES LLP**

| | |
|---|---|
| Client: JANET NORTHRUP, TRUSTEE | Invoice Date:      March 10, 2025 |
| Matter: Mountain Express Oil Company, et al. – Chapter 7 | Invoice Num.:      574790 |
| | Matter Number:      018167-0002 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Wolfshohl regarding same (.3); emails with J. Northrup and H. McIntyre summarizing and addressing same issue (.4). | | |
| **Total** | | | **5.90** | **$4,204.50** |

| | |
|---|---|
| **Total Services** | **$4,204.50** |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| JWW | Joshua W. Wolfshohl | Partner | 1.00 | 995.00 | 995.00 |
| JME | John M. Eiband | Associate | 4.90 | 655.00 | 3,209.50 |
| **Total** | | | **5.90** | | **$4,204.50** |

**Cost Summary**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | 4.00 |
| **Total Disbursements** | **$4.00** |

| | |
|---|---|
| **Total This Invoice** | **$4,208.50** |