**Mountain Express**
Trust Fund Tax Claims

Segregated Trust Fund Tax Account Balance at 3/4/24:    $967,592.25

| Entity | Tax Type | Debtor Entity | Source of Estimates to the Right | August Trust Fund Tax | Penalty | Interest calculated on Chapter 11 Admin Tax from 9/20/23 to 4/30/25 | Total August 2023 Trust Fund Tax, Penalties, Interest thru 4/30/25 on Chapter 11 Admin Tax | % Pro Rata | August Trust Fund Tax, Penalties, and Interest thru 4/30/25 Prorated for Period 8/17/23 - 8/24/23 | Pro Rata Share of Remaining Funds paid for 8/1 - 8/16/2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| Alabama Business & License Tax Division Motor Fuels Section PO Box 327540 Montgomery, AL 36132-7540 | Terminal Excise Tax | Mountain Express Oil Company | Proof of Claim | $75,478.18 | $495.83 | 9,462.69 | 85,436.70 | 5.02% | 28,478.90 | 20,130.75 |
| State of Alabama, Dept. of Revenue Legal Division PO Box 320001 Montgomery, AL 36132-0001 | County Fuel Tax (Lowndes County) | Mountain Express Oil Company | Proof of Claim | $841.18 | $210.37 | 105.46 | 1,157.01 | 0.07% | 385.67 | 272.62 |
| State of Alabama, Dept. of Revenue Legal Division PO Box 320001 Montgomery, AL 36132-0001 | Local Gas Tax (Cullman County) | Mountain Express Oil Company | Proof of Claim | $249.71 | $24.97 | 31.31 | 305.99 | 0.02% | 102.00 | 72.10 |
| Madison County, Alabama J. Jeffery Rich, County Attorney 100 Northside Square Huntsville, AL 35801 | Motor Fuel Excise Tax (Madison County) | WHRGOPS SE-AL-NORTH LLC | Admin Claim | $10,557.45 | $2,639.36 | 1,323.59 | 14,520.40 | 0.85% | 4,840.13 | 3,421.32 |
| Madison County, Alabama J. Jeffery Rich, County Attorney 100 Northside Square Huntsville, AL 35801 | Sales Tax & Check Return (Madison County) | WHRGOPS SE-AL-NORTH LLC | Admin Claim | $243.40 | $4.43 | 30.52 | 278.35 | 0.02% | 92.78 | 65.58 |
| Avenu Insights & Analytics Attn: Audit Division 600 Beacon Pkwy W, Suite 900 Birmingham, AL 35209 | Motor Fuel (Camden County) | Mountain Express Oil Company | Proof of Claim | $2,443.43 | $488.68 | 306.33 | 3,238.44 | 0.19% | 1,079.48 | 763.05 |
| Avenu Insights & Analytics Attn: Audit Division 600 Beacon Pkwy W, Suite 900 Birmingham, AL 35209 | Motor Fuel (City of Ragland) | Mountain Express Oil Company | Proof of Claim | $606.55 | $121.32 | 76.04 | 803.91 | 0.05% | 267.97 | 189.42 |
| Avenu Insights & Analytics Attn: Audit Division 600 Beacon Pkwy W, Suite 900 Birmingham, AL 35209 | Motor Fuel (Walker County) | Mountain Express Oil Company | Proof of Claim | $2,141.25 | $440.01 | 268.45 | 2,849.71 | 0.17% | 949.90 | 671.45 |
| Avenu Insights & Analytics Attn: Audit Division 600 Beacon Pkwy W, Suite 900 Birmingham, AL 35209 | Motor Fuel (Wilcox County) | Mountain Express Oil Company | Proof of Claim | $2,443.43 | $488.68 | 306.33 | 3,238.44 | 0.19% | 1,079.48 | 763.05 |
| Arkansas Department of Finance Attn: Revenue Legal Counsel P.O. Box 1272, Rm. 2380 Little Rock, AR 72203 | Motor Fuels Tax | Mountain Express Oil Company | Tax Notice | 146,296.95 | 29,259.36 | 23,527.76 | 199,084.07 | 11.71% | 66,361.36 | 46,908.54 |

EXHIBIT A    1 of 3

| Entity | Tax Type | Debtor Entity | Source of Estimates to the Right | August Trust Fund Tax | Penalty | Interest calculated on Chapter 11 Admin Tax from 9/20/23 to 4/30/25 | Total August 2023 Trust Fund Tax, Penalties, Interest thru 4/30/25 on Chapter 11 Admin Tax | % Pro Rata | August Trust Fund Tax, Penalties, and Interest thru 4/30/25 Prorated for Period 8/17/23 - 8/24/23 | Pro Rata Share of Remaining Funds paid for 8/1 - 8/16/2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| Arkansas Department of Finance Attn: Revenue Legal Counsel P.O. Box 1272, Rm. 2380 Little Rock, AR 72203 | Dyed Diesel Tax | Mountain Express Oil Company | Tax Notice | 429.12 | 85.84 | 69.01 | 583.97 | 0.03% | 194.66 | 137.60 |
| Arkansas Department of Finance Attn: Revenue Legal Counsel P.O. Box 1272, Rm. 2380 Little Rock, AR 72203 | Sales & Use | WHRGOPS SW AR NWAR LLC | State Website | 3,957.00 | 1,187.10 | 636.37 | 5,780.47 | 0.34% | 1,926.82 | 1,362.01 |
| City of Baton Rouge - Parish of East Baton Rouge Attn: Paula Harmon P.O. Box 2590 Baton Rouge, LA 70821-2590 | Sales Tax | 13289 Old Hammond Highway LLC | Tax Notice | 6,016.00 | 1,519.00 | 1,089.10 | 8,624.10 | 0.51% | 2,874.70 | 2,032.03 |
| Florida Department of Revenue Attn: Taxpayer Services - MS 3-2000 5050 W. Tennessee St. Tallahassee, FL 32399-0112 | Fuel Tax | Mountain Express Oil Company | Tax Notice | 9,094.54 | 909.45 | 1,729.71 | 11,733.70 | 0.69% | 3,911.23 | 2,764.71 |
| Florida Department of Revenue Attn: Taxpayer Services - MS 3-2000 5050 W. Tennessee St. Tallahassee, FL 32399-0112 | Fuel and Pollutants | Mountain Express Oil Company | Tax Notice | 2,952.21 | 147.61 | 561.49 | 3,661.31 | 0.22% | 1,220.44 | 862.68 |
| Georgia Department of Revenue Compliance Division P.O. Box 105408 Atlanta, GA 30348-5408 | Sales & Use | Mountain Express Oil Company | Proof of Claim | 168,186.24 | 16,818.62 | 30,082.30 | 215,087.16 | 12.65% | 71,695.72 | 50,679.22 |
| Georgia Department of Revenue Compliance Division P.O. Box 105408 Atlanta, GA 30348-5408 | Motor Fuels Distributor | Mountain Express Oil Company | Proof of Claim | 750,418.09 | 75,041.81 | 134,222.04 | 959,681.94 | 56.43% | 319,893.98 | 226,121.97 |
| Indiana Department of Revenue PO Box 6032 Indianapolis, IN 46206-6032 | Motor Fuels | Mountain Express Oil Company | Tax Notice | 47,790.05 | 4,779.00 | 3,121.41 | 55,690.46 | 3.27% | 18,563.49 | 13,121.89 |
| Indiana Department of Revenue PO Box 6032 Indianapolis, IN 46206-6032 | Gasoline Use | Mountain Express Oil Company | Tax Notice | 26,489.34 | 2,648.93 | 1,730.15 | 30,868.42 | 1.82% | 10,289.47 | 7,273.27 |
| Louisiana Department of Revenue PO Box 66658 Baton Rouge, LA 70896-6658 | Sales & Use | West Hill Ranch Group LLC | Return Filed | 3,262.00 | 1,141.70 | 590.53 | 4,994.23 | 0.29% | 1,664.74 | 1,176.75 |
| Louisiana Department of Revenue PO Box 66658 Baton Rouge, LA 70896-6658 | Sales & Use | WHRG TC-SW-LA LLC | Return Filed | 12,682.00 | 4,438.70 | 2,295.88 | 19,416.58 | 1.14% | 6,472.19 | 4,574.97 |
| Louisiana Department of Revenue PO Box 66658 Baton Rouge, LA 70896-6658 | Sales & Use | MEX RE-SW-LA LLC | Proof of Claim | 12,353.75 | 6,794.58 | 2,236.45 | 21,384.78 | 1.26% | 7,128.26 | 5,038.72 |
| Mississippi Department of Revenue Attn: Bankruptcy Section PO Box 22808 Jackson, MS 39225-2808 | Sales Tax | Mountain Express Oil Company | Tax Notice | 300.00 | 30.00 | 28.95 | 358.95 | 0.02% | 119.65 | 84.58 |

| Entity | Tax Type | Debtor Entity | Source of Estimates to the Right | August Trust Fund Tax | Penalty | Interest calculated on Chapter 11 Admin Tax from 9/20/23 to 4/30/25 | Total August 2023 Trust Fund Tax, Penalties, Interest thru 4/30/25 on Chapter 11 Admin Tax | % Pro Rata | August Trust Fund Tax, Penalties, and Interest thru 4/30/25 Prorated for Period 8/17/23 - 8/24/23 | Pro Rata Share of Remaining Funds paid for 8/1 - 8/16/2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| Mississippi Department of Revenue<br>Attn: Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 | Gasoline Tax | Mountain Express Oil Company | Tax Notice | 11,790.36 | 1,179.04 | 1,137.69 | 14,107.09 | 0.83% | 4,702.36 | 3,323.94 |
| Mississippi Department of Revenue<br>Attn: Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 | Environmental Protection Fee | Mountain Express Oil Company | Tax Notice | 593.47 | 59.35 | 57.27 | 710.09 | 0.04% | 236.70 | 167.31 |
| Mississippi Department of Revenue<br>Attn: Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 | Special Fuel Tax | Mountain Express Oil Company | Tax Notice | 177.30 | 17.73 | 17.11 | 212.14 | 0.01% | 70.71 | 49.98 |
| Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | Motor Fuels Distributor | Mountain Express Oil Company | Proof of Claim | 26,147.66 | 6,929.14 | 3,144.88 | 36,221.68 | 2.13% | 12,073.89 | 8,534.62 |
| South Carolina Department of Revenue<br>Attn: SCDOR<br>PO Box 125<br>Columbia, SC 29214-0400 | Motor Fuel Importer | Mountain Express Oil Company | Tax Notice | 500.00 | 55.00 | 62.68 | 617.68 | 0.04% | 205.89 | 145.54 |
| | Total | | | $1,324,440.66 | 157,955.61 | 218,251.49 | 1,700,647.76 | 1.00 | 566,882.59 | 400,709.66 |

EXHIBIT A    3 of 3