United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 24, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 23-90147** |
| | § | |
| **MOUNTAIN EXPRESS OIL COMPANY,** | § | **JOINTLY ADMINISTERED** |
| ***et al.*,**[1] | § | |
| **DEBTORS.** | § | **CHAPTER 7** |

**AMENDED[2] ORDER GRANTING TRUSTEE'S MOTION
(A) TO SET DEADLINE FOR CLAIMS TO SEGREGATED FUNDS,
(B) FOR AUTHORITY TO PAY CERTAIN EXCISE TAX CLAIMS FROM
SEGREGTED FUNDS AFTER DEADLINE, (C) TO WITHDRAW PAID
EXCISE TAX CLAIMS AND (D) FOR RELATED RELIEF**

[Related to Docket No. 2719]

On this day came on to be considered the *Trustee's Motion (A) To Set Deadline for Claims to Segregated Funds, (B) To Pay Certain Excise Tax Claims from Segregated Funds after Deadline, to Set Bar Date for Certain Chapter 11 Excise Tax Claims, (C) to Withdraw Paid Excise Tax Claims, and (D) for Related Relief* (the "**Motion**")[3] by Janet Northrup, Chapter 7 Trustee of the jointly administered bankruptcy estates of Mountain Express Oil Company and its debtor affiliates (the "**Debtors**"). The Court having considered the same is of the opinion that it should be in all things granted; it is therefore

**ORDERED** that any creditor asserting an Unlisted Claim that failed to file a timely proof of claim and objection to the Motion is forever barred, estopped and enjoined from asserting such Unlisted Claim against the segregated Excise Tax Funds or Northrup. It is further

---

[1] A complete list of each of the Debtors in these Chapter 7 Cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov. The location of Debtor Mountain Express Oil Company's principal place of business was 3650 Mansell Road, Suite 250, Alpharetta, GA 30022. The Debtors' service address is Neil Lansing, Designated Representative, 2295 Haynes Trail, Johns Creek, GA 30022.
[2] This order is submitted as amended to include an updated chart of tax claims to be paid to include the State of Texas as a payee which changed the % pro rata column and Pro Rata Share of Remaining Funds column.
[3] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that the Trustee is authorized and directed to pay in full the Trustee Appointment Period Chapter 11 Excise Taxes from the segregated Excise Tax Funds as set forth on **Exhibit A** attached hereto. It is further

**ORDERED** that the Trustee is authorized and directed to pay pro rata the DIP Period Chapter 11 Excise Taxes from the segregated Excise Tax Funds as set forth on Exhibit A attached hereto. It is further

**ORDERED** that, upon payment of the Trustee Appointment Period Chapter 11 Excise Taxes from the segregated Excise Tax Funds as set forth on Exhibit A attached hereto, the holder of any claim based on a Trustee Appointment Period Chapter 11 Excise Tax is forever barred, estopped and enjoined from asserting such claim against the segregated Excise Tax Funds or Northrup. It is further

**ORDERED** that upon payment of the DIP Period Chapter 11 Excise Taxes from the segregated Excise Tax Funds as set forth on Exhibit A attached hereto, the holder of any claim based on a DIP Period Chapter 11 Excise Tax is forever barred, estopped and enjoined from asserting such claim against the segregated Excise Tax Funds or Northrup. It is further

**ORDERED** that, any claims paid by the Trustee from the segregated Excise Tax Funds pursuant to this Order are deemed withdrawn upon payment. It is further

**ORDERED** that the Trustee and the Estates shall have no further obligations as to the segregated Excise Tax Funds once such funds are disbursed in compliance with this Order. It is further

**ORDERED** that, to the extent a creditor accepts payment as listed on the attached Exhibit "A" for Trustee Appointment Period Chapter 11 Excise Taxes, such creditor is deemed (i) to release all further claims against the Debtors or the Bankruptcy Estates or Northrup based on Trustee

2

3138509

Appointment Period Chapter 11 Excise Taxes; and (ii) to the extent it receives payment on these claims from another source, is required to turn over such payment to the Trustee within ten (10) days of receiving such payment to avoid a double recovery on these claims arising. It is further

**ORDERED** that, without prejudice to the right of the Trustee or any party-in-interest to object to a claim, any creditor asserting a claim based on a DIP Period Chapter 11 Excise Tax may keep the unpaid balance of any such allowed claim as a chapter 11 administrative claim subject to this Court's Orders and the Bankruptcy Code. It is further

**ORDERED** that upon payment of the claims as listed on Exhibit "A" attached hereto, the Trustee is authorized to direct any balance of the Excise Tax Funds into an account held by the Trustee, but subject to the liens in favor of the DIP Agent for the benefit of the DIP Agent, and not segregated or escrowed for any purpose, but subject to, *inter alia,* the Final DIP Order and Conversion Order as Cash Collateral. It is further

**ORDERED** that to the extent applicable, Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure are waived and this Order shall be effective and enforceable immediately upon entry. It is further

**ORDERED** that nothing herein shall prejudice any claims or causes of action that the Trustee may hold against any former officer or director of the Debtors relating to the nonpayment of any DIP Period Chapter 11 Excise Taxes. It is further

3138509

**ORDERED** that this Court retains exclusive jurisdiction with respect to all matters, claims, rights or disputes arising from or related to the implementation, interpretation, and enforcement of this Order and any other orders entered in these cases.

Signed: April 24, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**Mountain Express**
Trust Fund Tax Claims

Segregated Trust Fund Tax Account Balance at 3/4/24:    $967,592.25

| Entity | Tax Type | Debtor Entity | Source of Estimates to the Right | August Trust Fund Tax | Penalty | Interest calculated on Chapter 11 Admin Tax from 9/20/23 to 4/30/25 | Total August 2023 Trust Fund Tax, Penalties, Interest thru 4/30/25 on Chapter 11 Admin Tax | % Pro Rata | August Trust Fund Tax, Penalties, and Interest thru 4/30/25 Prorated for Period 8/17/23 - 8/24/23 | Pro Rata Share of Remaining Funds paid for 8/1 - 8/16/2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| Alabama Business & License Tax Division Motor Fuels Section PO Box 327540 Montgomery, AL 36132-7540 | Terminal Excise Tax | Mountain Express Oil Company | Proof of Claim | $75,478.18 | $495.83 | 9,462.69 | 85,436.70 | 4.97% | 28,478.90 | 19,608.26 |
| State of Alabama, Dept. of Revenue Legal Division PO Box 320001 Montgomery, AL 36132-0001 | County Fuel Tax (Lowndes County) | Mountain Express Oil Company | Proof of Claim | $841.18 | $210.37 | 105.46 | 1,157.01 | 0.07% | 385.67 | 265.54 |
| State of Alabama, Dept. of Revenue Legal Division PO Box 320001 Montgomery, AL 36132-0001 | Local Gas Tax (Cullman County) | Mountain Express Oil Company | Proof of Claim | $249.71 | $24.97 | 31.31 | 305.99 | 0.02% | 102.00 | 70.23 |
| Madison County, Alabama J. Jeffery Rich, County Attorney 100 Northside Square Huntsville, AL 35801 | Motor Fuel Excise Tax (Madison County) | WHRGOPS SE-AL-NORTH LLC | Admin Claim | $10,557.45 | $2,639.36 | 1,323.59 | 14,520.40 | 0.84% | 4,840.13 | 3,332.52 |
| Madison County, Alabama J. Jeffery Rich, County Attorney 100 Northside Square Huntsville, AL 35801 | Sales Tax & Check Return (Madison County) | WHRGOPS SE-AL-NORTH LLC | Admin Claim | $243.40 | $4.43 | 30.52 | 278.35 | 0.02% | 92.78 | 63.88 |
| Avenu Insights & Analytics Attn: Audit Division 600 Beacon Pkwy W, Suite 900 Birmingham, AL 35209 | Motor Fuel (Camden County) | Mountain Express Oil Company | Proof of Claim | $2,443.43 | $488.68 | 306.33 | 3,238.44 | 0.19% | 1,079.48 | 743.24 |
| Avenu Insights & Analytics Attn: Audit Division 600 Beacon Pkwy W, Suite 900 Birmingham, AL 35209 | Motor Fuel (City of Ragland) | Mountain Express Oil Company | Proof of Claim | $606.55 | $121.32 | 76.04 | 803.91 | 0.05% | 267.97 | 184.50 |
| Avenu Insights & Analytics Attn: Audit Division 600 Beacon Pkwy W, Suite 900 Birmingham, AL 35209 | Motor Fuel (Walker County) | Mountain Express Oil Company | Proof of Claim | $2,141.25 | $440.01 | 268.45 | 2,849.71 | 0.17% | 949.90 | 654.03 |
| Avenu Insights & Analytics Attn: Audit Division 600 Beacon Pkwy W, Suite 900 Birmingham, AL 35209 | Motor Fuel (Wilcox County) | Mountain Express Oil Company | Proof of Claim | $2,443.43 | $488.68 | 306.33 | 3,238.44 | 0.19% | 1,079.48 | 743.24 |
| Arkansas Department of Finance Attn: Revenue Legal Counsel P.O. Box 1272, Rm. 2380 Little Rock, AR 72203 | Motor Fuels Tax | Mountain Express Oil Company | Tax Notice | 146,296.95 | 29,259.36 | 23,527.76 | 199,084.07 | 11.58% | 66,361.36 | 45,691.05 |
| Arkansas Department of Finance Attn: Revenue Legal Counsel P.O. Box 1272, Rm. 2380 Little Rock, AR 72203 | Dyed Diesel Tax | Mountain Express Oil Company | Tax Notice | 429.12 | 85.84 | 69.01 | 583.97 | 0.03% | 194.66 | 134.03 |

1 of 3

| Entity | Tax Type | Debtor Entity | Source of Estimates to the Right | August Trust Fund Tax | Penalty | Interest calculated on Chapter 11 Admin Tax from 9/20/23 to 4/30/25 | Total August 2023 Trust Fund Tax, Penalties, Interest thru 4/30/25 on Chapter 11 Admin Tax | % Pro Rata | August Trust Fund Tax, Penalties, and Interest thru 4/30/25 Prorated for Period 8/17/23 - 8/24/23 | Pro Rata Share of Remaining Funds paid for 8/1 - 8/16/2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| Arkansas Department of Finance<br>Attn: Revenue Legal Counsel<br>P.O. Box 1272, Rm. 2380<br>Little Rock, AR 72203 | Sales & Use | WHRGOPS SW AR NWAR LLC | State Website | 3,957.00 | 1,187.10 | 636.37 | 5,780.47 | 0.34% | 1,926.82 | 1,326.65 |
| City of Baton Rouge - Parish of East Baton Rouge<br>Attn: Paula Harmon<br>P.O. Box 2590<br>Baton Rouge, LA 70821-2590 | Sales Tax | 13289 Old Hammond Highway LLC | Tax Notice | 6,016.00 | 1,519.00 | 1,089.10 | 8,624.10 | 0.50% | 2,874.70 | 1,979.29 |
| Florida Department of Revenue<br>Attn: Taxpayer Services - MS 3-2000<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0112 | Fuel Tax | Mountain Express Oil Company | Tax Notice | 9,094.54 | 909.45 | 1,729.71 | 11,733.70 | 0.68% | 3,911.23 | 2,692.96 |
| Florida Department of Revenue<br>Attn: Taxpayer Services - MS 3-2000<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0112 | Fuel and Pollutants | Mountain Express Oil Company | Tax Notice | 2,952.21 | 147.61 | 561.49 | 3,661.31 | 0.21% | 1,220.44 | 840.29 |
| Georgia Department of Revenue<br>Compliance Division<br>P.O. Box 105408<br>Atlanta, GA 30348-5408 | Sales & Use | Mountain Express Oil Company | Proof of Claim | 168,186.24 | 16,818.62 | 30,082.30 | 215,087.16 | 12.51% | 71,695.72 | 49,363.86 |
| Georgia Department of Revenue<br>Compliance Division<br>P.O. Box 105408<br>Atlanta, GA 30348-5408 | Motor Fuels Distributor | Mountain Express Oil Company | Proof of Claim | 750,418.09 | 75,041.81 | 134,222.04 | 959,681.94 | 55.82% | 319,893.98 | 220,253.08 |
| Indiana Department of Revenue<br>PO Box 6032<br>Indianapolis, IN 46206-6032 | Motor Fuels | Mountain Express Oil Company | Tax Notice | 47,790.05 | 4,779.00 | 3,121.41 | 55,690.46 | 3.24% | 18,563.49 | 12,781.31 |
| Indiana Department of Revenue<br>PO Box 6032<br>Indianapolis, IN 46206-6032 | Gasoline Use | Mountain Express Oil Company | Tax Notice | 26,489.34 | 2,648.93 | 1,730.15 | 30,868.42 | 1.80% | 10,289.47 | 7,084.50 |
| Louisiana Department of Revenue<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Sales & Use | West Hill Ranch Group LLC | Return Filed | 3,262.00 | 1,141.70 | 590.53 | 4,994.23 | 0.29% | 1,664.74 | 1,146.21 |
| Louisiana Department of Revenue<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Sales & Use | WHRG TC-SW-LA LLC | Return Filed | 12,682.00 | 4,438.70 | 2,295.88 | 19,416.58 | 1.13% | 6,472.19 | 4,456.23 |
| Louisiana Department of Revenue<br>PO Box 66658<br>Baton Rouge, LA 70896-6658 | Sales & Use | MEX RE-SW-LA LLC | Proof of Claim | 12,353.75 | 6,794.58 | 2,236.45 | 21,384.78 | 1.24% | 7,128.26 | 4,907.94 |
| Mississippi Department of Revenue<br>Attn: Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 | Sales Tax | Mountain Express Oil Company | Tax Notice | 300.00 | 30.00 | 28.95 | 358.95 | 0.02% | 119.65 | 82.38 |
| Mississippi Department of Revenue<br>Attn: Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 | Gasoline Tax | Mountain Express Oil Company | Tax Notice | 11,790.36 | 1,179.04 | 1,137.69 | 14,107.09 | 0.82% | 4,702.36 | 3,237.67 |
| Mississippi Department of Revenue<br>Attn: Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 | Environmental Protection Fee | Mountain Express Oil Company | Tax Notice | 593.47 | 59.35 | 57.27 | 710.09 | 0.04% | 236.70 | 162.97 |

| Entity | Tax Type | Debtor Entity | Source of Estimates to the Right | August Trust Fund Tax | Penalty | Interest calculated on Chapter 11 Admin Tax from 9/20/23 to 4/30/25 | Total August 2023 Trust Fund Tax, Penalties, Interest thru 4/30/25 on Chapter 11 Admin Tax | % Pro Rata | August Trust Fund Tax, Penalties, and Interest thru 4/30/25 Prorated for Period 8/17/23 - 8/24/23 | Pro Rata Share of Remaining Funds paid for 8/1 - 8/16/2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| Mississippi Department of Revenue<br>Attn: Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 | Special Fuel Tax | Mountain Express Oil Company | Tax Notice | 177.30 | 17.73 | 17.11 | 212.14 | 0.01% | 70.71 | 48.69 |
| Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | Motor Fuels Distributor | Mountain Express Oil Company | Proof of Claim | 26,147.66 | 6,929.14 | 3,144.88 | 36,221.68 | 2.11% | 12,073.89 | 8,313.11 |
| South Carolina Department of Revenue<br>Attn: SCDOR<br>PO Box 125<br>Columbia, SC 29214-0400 | Motor Fuel Importer | Mountain Express Oil Company | Tax Notice | 500.00 | 55.00 | 62.68 | 617.68 | 0.04% | 205.89 | 141.76 |
| Texas Comptroller of Public Accounts<br>Attn: Office of Attorney General<br>Bankruptcy & Collections Division MC-008<br>PO Box 12548 | Sales Tax | West Hill Ranch Group LLC | Proof of Claim | 13,721.07 | 2,744.21 | 2,012.86 | 18,478.15 | 1.07% | 6,159.38 | 4,240.85 |
| | Total | | | $1,338,161.73 | 160,699.83 | 220,264.35 | 1,719,125.91 | 1.00 | 573,041.97 | 394,550.28 |