UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re** | § | Chapter 7 |
| | § | Case No. 23-90147 (EVR) |
| **Mountain Express Oil Company,** *et al.*, | § | |
| | § | Jointly Administered |
| Debtors.[1] | § | |
| | § | Re: Docket No. 2766 |

## CERTIFICATE OF NO OBJECTION REGARDING FIRST INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP, AS SPECIAL LITIGATION COUNSEL TO JANET NORTHRUP, SOLELY IN HER CAPACITY AS CHAPTER 7 TRUSTEE OF THE ESTATES OF MOUNTAIN EXPRESS, ET AL. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE BLUE OWL LITIGATION

1. Greenberg Traurig, LLP ("Greenberg Traurig" or the "Applicant"), as Special Litigation Counsel for the Chapter 7 Trustee, Janet Northrup (the "Trustee"), filed the *First Interim Fee Application of Greenberg Traurig, LLP, as Special Litigation Counsel to Janet Northrup, Solely in Her Capacity as Chapter 7 Trustee of the Estates of Mountain Express, et al. for Allowance of Compensation and Reimbursement of Expenses for the Blue Owl Litigation* [Dkt. No. 2766] (the "Application").[2]

2. Any objections to the Application were required to be filed and served by May 28, 2025 (the "Objection Deadline").

3. The undersigned certifies that the Court's docket has been reviewed in these chapter 7 cases, and no answer, objection, or other responsive pleading to the Application appears thereon. Further, the undersigned is unaware of any objections or responses to the Application received by the Trustee by the Objection Deadline, whether filed or unfiled.

---

[1] A complete list of each of the Debtors in these chapter 7 cases may be obtained on the Court's website at www.ecf.txsb.uscourts.gov.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them in the Application.

4. The undersigned further certifies that Greenberg Traurig is seeking entry of the Proposed Order, attached hereto (the "Proposed Order"). Accordingly, the undersigned respectfully requests that the Court enter the Proposed Order at the Court's earliest convenience.

Dated: May 30, 2025
Houston, Texas

**GREENBERG TRAURIG, LLP**

*/s/ Shari L. Heyen*
Shari L. Heyen Texas Bar No. 09564750
Shari.Heyen@gtlaw.com
1000 Louisiana St., Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3564
Facsimile: (713) 374-3505

– and –

John D. Elrod (admitted *pro hac vice*)
ElrodJ@gtlaw.com
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Telephone: (678) 553-2259
Facsimile: (678) 553-2269

**SPECIAL LITIGATION COUNSEL TO JANET NORTHRUP, SOLELY IN HER CAPACITY AS CHAPTER 7 TRUSTEE OF THE ESTATES OF MOUNTAIN EXPRESS, *ET AL.***

## **CERTIFICATE OF SERVICE**

On May 30, 2025, I hereby certify that a true and correct copy of the foregoing has been served on parties entitled to receive CM/ECF notice via the Court's CM/ECF system in the above referenced case.

This will further certify that a true and correct copy of the foregoing document was sent by first class mail to: (i) Neil Lansing, the person responsible for performing all acts of the Debtors under the Bankruptcy Code; and (ii) the 20 largest unsecured creditors scheduled by the Debtors, in compliance with the Court's *Order Granting Trustee's Motion to Limit Notice* [Dkt. No. 1729] (the "Notice Order").

All other parties entitled to receive notice pursuant to the Notice Order received such notice by electronic transmission to all registered ECF users appearing in the case.

/s/ Shari L. Heyen
Shari L. Heyen

ACTIVE 711540772