222 N. Pacific Coast Highway,
Suite 300, El Segundo, CA, 90245
310.823.9000
veritaglobal.com

verita

# MEMORANDUM

United States Courts
Southern District of Texas
FILED

JUN 22 2026

Nathan Ochsner, Clerk of Court

Date: June 18, 2026

To: Clerk of Court

From: Verita Global ("Verita") dba Kurtzman Carson Consultants, LLC

Re: Mountain Express Oil Company, et al., Case No. 23-90147

---

Enclosed please find 1 claim that was sent to our office. Per DN 1397, the case has converted, and Verita Global ("Verita") dba Kurtzman Carson Consultants, LLC is no longer the claims administrator for this case.

Kind Regards,

Verita Global dba Kurtzman Carson Consultants, LLC

New York State Department of
**Taxation and Finance**
Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

**Statement date:** 6/15/2026
**Amendment:** 1st
**Case number:** 23-90147 DRJ
**Refer to this number for inquiries**
**Total claim amount:** $3,725.00
**Taxpayer ID#:** B-58-2550873-5

# Pre-Petition Proof of Claim

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MOUNTAIN EXPRESS OIL COMPANY
c/o KURTZMAN CARSON CONSULTANTS LLC
222 N. PACIFIC COAST HIGHWAY 3RD FLOOR
ELSEGUNDO, CA 90245

This is a statement of tax liabilities for MOUNTAIN EXPRESS OIL COMPANY. Penalty and interest for each liability is computed to 3/18/2023.

**Unsecured Priority Liabilities**

| Tax Type | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| CORP | 12/31/22 | L-061386558-2 | 3,700.00 | 0.00 | 0.00 | 3,700.00 | ACT |
| CORP | 12/31/23 | L-063709611-9 | 25.00 | 0.00 | 0.00 | 25.00 | ACT |
| | | | | | Total $ | 3,725.00 | |

This claim amends and supercedes the previous claim dated 3/24/2025.
Current Annual Interest Rates by Tax Type: Corporation - 10%
Liability Type Descriptions: ACT - Actual Return Filed

TC-988 (10/00) 260609230025006224